| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF OKLAHOMA | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **PostRock Energy Corporation** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-0981065 | |
| 4. | **Debtor's address** | **Principal place of business**  **210 Park Avenue, Suite 2750**  **Oklahoma City, OK 73102**  Number, Street, City, State & ZIP Code  **Oklahoma**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | http://www.pstr.com/ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **PostRock Energy Corporation**                                Case number (*if known*)
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2131__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                               Relationship _____
District _____  When _____  Case number, if known _____

Debtor **PostRock Energy Corporation**    Case number (*if known*) _____
          Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ■ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **PostRock Energy Corporation**                                    Case number (*if known*)
           Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  1, 2016**
                MM / DD / YYYY

X **/s/ Clark Edwards**                                              **Clark Edwards**
  Signature of authorized representative of debtor                   Printed name

Title   **President**


**18. Signature of attorney**

X **/s/ Mark A. Craige OBA No.**                                     Date **April  1, 2016**
  Signature of attorney for debtor                                        MM / DD / YYYY

**Mark A. Craige OBA No.**
Printed name

**Crowe & Dunlevy**
Firm name

**500 Kennedy Building**
**321 South Boston Avenue**
**Tulsa, OK 74103-3313**
Number, Street, City, State & ZIP Code

Contact phone  **918.592.9800**       Email address  **mark.craige@crowedunlevy.com**

**1992**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PostRock Energy Corporation** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 1, 2016**    X **/s/ Clark Edwards**
                                     Signature of individual signing on behalf of debtor

                                     **Clark Edwards**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **PostRock Energy Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BBVA COMPASS<br>PO BOX 4444<br>HOUSTON, TX 77210-4444 | Mike Farquhar, attorney for creditor<br><br>mfarquhar@winstead.com | Substantially all assets. Money Loaned | | $12,745,296.00 | $8,395,710.00 | $4,349,586.00 |
| BLACK LAND MANAGEMENT, INC.<br>BRIAN D BLACK<br>PO BOX 38<br>BOWDEN, WV 26254 | C/O Timothy Miller, attorney<br><br>tmiller@babstcalland.com<br>Fax 681-205-8814 | Litigation | | | | $400,000.00 |
| Cadence Bank NA<br>2800 Post Oak Boulevard<br>Suite 3800<br>Houston, TX 77056 | Mike Farquhar, attorney for creditor<br><br>mfarquhar@winstead.com | Substantially all assets. Money Loaned | | $12,745,296.00 | $8,395,710.00 | $4,349,586.00 |
| CAWLEY, GILLESPIE & ASSOC, INC<br>306 WEST 7TH STREET<br>SUITE 302<br>FORT WORTH, TX 76102-4987 | fax 817-877-3728 | Trade Debt | | | | $33,864.00 |
| CDW DIRECT, LLC<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 | web.queries@computershare.com<br>fax 847.465.6800 | Contract | | | | $33,483.00 |
| CHANDLER OIL, LLC<br>P.O. BOX 564<br>CHANUTE, KS 66720 | 620-431-1610 | Trade Debt | | | | $34,970.00 |

Debtor **PostRock Energy Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CITIBANK NA**<br>3800 CITIBANK CENTER<br>BLG B 3RD FLOOR<br>TAMPA, FL 33610 | Mike Farquhar, attorney for creditor<br><br>mfarquhar@winstead.com | **Substantially all assets. Money Loaned** | | $18,409,872.00 | $8,395,710.00 | $10,014,162.00 |
| **COMPRESSOR SYSTEMS, INC**<br>P.O. BOX 841807<br>DALLAS, TX 75284-1807 | fax 432.563.0820 | **Trade Debt** | | | | $482,696.00 |
| **KANSAS DEPARTMENT OF REVENUE**<br>915 SW HARRISON ROOM 150<br>TOPEKA, KS 66612-2003 | tac@kdor.ks.gov<br>785-296-1279 | **Litigation: Tax Liability** | | | | $1,249,969.00 |
| **KINDER MORGAN OPERATING LP**<br>PO BOX 201607<br>DALLAS, TX 75320-1607 | fax 918-588-5001 | **Trade Debt** | | | | $108,485.00 |
| **NALCO CHAMPION**<br>P.O. BOX 730005<br>DALLAS, TX 75373-0005 | REMITADVICE@NALCO.COM | **Trade Debt** | | | | $134,810.77 |
| **OKLAHOMA TOWER REALTY**<br>204 N. ROBINSON SUITE 700<br>OKLAHOMA CITY, OK 73102 | MDUNCAN@NEWSMARKLB.COM | **Contract** | | | | $983,478.00 |
| **OneWest Bank, FSB**<br>888 East Walnut Street<br>Pasadena, CA 91101 | Mike Farquhar, attorney for creditor<br><br>mfarquhar@winstead.com | **Substantially all assets. Money Loaned.** | | $12,745,296.00 | $8,395,710.00 | $4,349,586.00 |
| **PITNEY BOWES GLOBAL**<br>PO BOX 371887<br>PITTSBURG, PA 15250-7887 | Attn:Bankruptcy Department<br><br>bankruptcy@pb.com<br>203-617-6292 | **Contract** | | | | $26,770.00 |
| **RADIANT ELECTRIC COOPERATIVE,**<br>P.O. BOX 842706<br>KANSAS CITY, MO 64184-2706 | rec@radiantec.coop<br>fax (620) 378-3164 | **Trade Debt** | | | | $94,166.00 |

Debtor **PostRock Energy Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SUNRISE OILFIELD SUPPLY, INC**<br>105 S. BROADWAY<br>SUITE 610<br>WICHITA, KS 67202 | fax 316-263-5916 | **Trade Debt** | | | | $65,152.00 |
| Texas Capital Bank, N.A.<br>2000 McKinney Avenue<br>Suite 700<br>Dallas, TX 75201 | Mike Farquhar, attorney for Creditor.<br><br>mfarquhar@winstead.com | **Substantially all assets. Money Loaned.** | | $7,080,720.00 | $0.00 | $7,080,720.00 |
| **TOPSOURCE, LLC**<br>PO BOX 337<br>RAPID CITY, MI 49676 | fax 620-251-2298 | **Trade Debt** | | | | $99,921.00 |
| **TRANSTEX HUNTER LLC**<br>909 LAKE CAROLYN PARKWAY<br>SUITE 600<br>IRVING, TX 75039 | HWALKER@TRANSTEXHUNTER.COM<br>fax 713-654-7155 | **Contract** | | | | $254,671.00 |
| **TRANSZAP, INC**<br>PO BOX 123597<br>DENVER, CO 75312-3597 | fax 303-863-2505 | **Contract** | | | | $43,730.00 |

# United States Bankruptcy Court
### Western District of Oklahoma

In re    **PostRock Energy Corporation**           Case No.        
                        Debtor(s)           Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 1, 2016**           **/s/ Clark Edwards**
                                              **Clark Edwards**/**President**
                                              Signer/Title

# United States Bankruptcy Court
## Western District of Oklahoma

In re  **PostRock Energy Corporation**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PostRock Energy Corporation**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  1, 2016**  
Date

**/s/ Mark A. Craige OBA No.**  
**Mark A. Craige OBA No. 1992**  
Signature of Attorney or Litigant  
Counsel for  **PostRock Energy Corporation**  
Crowe & Dunlevy  
500 Kennedy Building  
321 South Boston Avenue  
Tulsa, OK 74103-3313  
918.592.9800 Fax:918.592.9801  
mark.craige@crowedunlevy.com