A-1 ELECTRIC, INC
414 EAST MAIN
CHANUTE KS 66720

ALVAREZ & MARSAL VALUATION
600 MADISON AVE-8TH FL
NEW YORK NY 10022

BANK OF OKLAHOMA (ELAN)
PO BOX 790408
ST. LOUIS MO 63179-0408

A-1 FREEMAN MOVING &
11517 N BROADWAY EXTENSION
OKLAHOMA CITY OK 73114

AMERICAN MAID, LLC
21684 UDALL RD
CHANUTE KS 66720

BATTERY OUTFITTERS, INC
PO BOX 215 HWY 86
GOLDEN MO 65658

ABB, INC
PO BOX 88868
CHICAGO IL 60695-1868

AMSOIL INC
925 TOWER AVE
SUPERIOR WI 54880

BBVA COMPASS
PO BOX 4444
HOUSTON TX 77210-4444

ACC BUSINESS
PO BOX 105306
ATLANTA GA 30348-5306

APPALACHIAN POWER
PO BOX 24415
CANTON OH 44701-4415

BDOIL GATHERING CORP
649 MITCHELL'S LANE
MARIETTA OH 45750

ADP
PO BOX 842875
BOSTON MA 02284-2875

ARMSTRONG UTILITIES, INC
PO BOX 37750
PHILADELPHIA PA 19101-5050

BELCO, LLC
149 BENEDICT ROAD
BENEDICT KS 66714

AIRGAS MID SOUTH, INC
PO BOX 676015
DALLAS TX 75267-6015

ASTORG DODGE
1401 13TH STREET
PARKERSBURG WV 26101

BEST WELL SERVICES, LLC
5727 S. LEWIS AVE. SUITE 550
TULSA OK 74105

ALABAMA DEPARTMENT OF REVENUE
PO BOX 327320
MONTGOMERY AL 36132-7320

ATRONIC ALARMS, INC
8220 MELROSE DR
LENEXA KS 66214

BIRCH COMMUNICATIONS
PO BOX 105066
ATLANTA GA 30348-5066

ALEX WATKINS
506 TRAVIS LANE
OKARCHE OK 73762

AUSTIN DISTRIBUTING
P.O. BOX 7890
AMARILLO TX 79114

BLACK LAND MANAGEMENT, INC
BRIAN D BLACK
PO BOX 38
BOWDEN WV 26254

ALLIED OIL & TIRE COMPANY, INC
MS0655
PO BOX 2510
OMAHA NE 68103-2510

B & R PUMP & EQUIPMENT, INC
4001 SOUTH HIGH
OKLAHOMA CTTY OK 73129

BMC GROUP-SMARTROOM
PO BOX 748225
LOS ANGELES CA 90074-8225

| | | |
|---|---|---|
| BRENNTAG SOUTHWEST INC<br>P O BOX 970230<br>DALLAS TX 75397-0230 | CHANDLER OIL, LLC<br>P.O. BOX 564<br>CHANUTE KS 66720 | CLEAVER FARM & HOME, INC<br>2103 S SANTA FE<br>CHANUTE KS 66720 |
| BUMPER TO BUMPER INC.<br>102 S. EVERGREEN<br>CHANUTE KS 66720 | CHANUTE TRIBUNE<br>P.O. BOX 559<br>CHANUTE KS 66720 | COMFORT CONTRACTORS, INC<br>P.O. BOX 643<br>CHANUTE KS 66720 |
| BURNS PROPANE COMPANY<br>P.O BOX 288<br>OOLOGAH OK 74053 | CINTAS CORPORATION #459<br>P.O. BOX 88005<br>CHICAGO IL 60680-1005 | COMPRESSOR SYSTEMS, INC<br>P.O. BOX 841807<br>DALLAS TX 75284-1807 |
| CADENCE BANK, N.A.<br>2800 POST OAK BOULEVARD<br>SUITE 3800<br>HOUSTON TX 77056 | CINTAS CORPORATION 063<br>PO BOX 88005<br>CHICAGO IL 60680-1005 | COMPUTERSHARE, INC<br>DEPT CH 16934<br>PALATINE IL 60055-9228 |
| CARTER AUTOMOTIVE WAREHOUSE<br>PO BOX 344<br>COFFEYVILLE KS 67337 | CINTAS CORPORATION J67<br>PO BOX 630910<br>CINCINNATI OH 45263-0803 | CONSOLIDTD RURAL WATER DI#1<br>P.O. BOX 328<br>HAVANA KS 67347 |
| CASEY E BIGELOW<br>8721 NW 156TH<br>EDMOND OK 73013 | CITIBANK NA<br>3800 CITIBANK CENTER<br>BLG B 3RD FLOOR<br>TAMPA FL 33610 | CORNISH WIRELINE SERVICES, IN<br>P.O. DRAWER H<br>CHANUTE KS 66720 |
| CAWLEY, GILLESPIE & ASSOC, INC<br>306 WEST 7TH STREET<br>SUITE 302<br>FORT WORTH TX 76102-4987 | CITY CENTER EAST GARAGE, LLC<br>204 N ROBINSON<br>SUITE 700<br>OKLAHOMA CITY OK 73102 | COX COMMUNICATIONS, INC<br>P.O. BOX 248851<br>OKLAHOMA CITY OK 73124-8851 |
| CDW DIRECT, LLC<br>P.O. BOX 75723<br>CHICAGO IL 60675-5723 | CITY OF COFFEYVILLE<br>PO BOX 1629<br>COFFEYVILLE KS 67337-0949 | CROSS MIDWEST TIRE INC<br>401 S 42ND ST<br>KANSAS CITY KS 66106 |
| CENTURY BUSINESS TECHNOLOGIES<br>P.O. BOX 2459<br>TOPEKA KS 66601 | CLARK W EDWARDS<br>4716 INNSBROOK LN<br>OKLAHOMA CITY OK 73142 | CRYSTALLINE TECHNOLOGY, LL<br>P.O. BOX 307<br>MONESSEN PA 15064 |

CSI COMPRESSCO OPERATING, LLC
PO BOX 840082
DALLAS TX 75284-0082

DUKE R LIGON
5400 N GRAND BLVD STE 305
OKLAHOMA CITY OK 73112

FOLEY EQUIPMENT COMPANY
1550 S. WEST ST.
WICHITA KS 67213

CT CORPORATION
P.O. BOX 4349
CAROL STREAM IL 60197-4349

E B ARCHBALD & ASSOCIATES INC
205 NW 63RD STREET
STE 360
OKLAHOMA CITY OK 73116

G&N WELL SERVICE
5670 DOUGLAS RD.
THAYER KS 66776

CULLIGAN OF INDEPENDENCE
PO BOX 623
INDEPENDENCE KS 67201

EAGLE RESEARCH CORPORATION
1076 STATE RT 34
HURRICANE WV 25526

GAS ANALYTICAL SERVICES, IN
PO BOX 66512
CHICAGO IL 60666-0512

CULLIGAN OF TULSA
P.O. BOX 9697
TULSA OK 74157-0697

EARLSBORO ENERGIES CORP
3007 NW 63RD SUITE 205
OKLAHOMA CITY OK 73116

GORILLA OFFICE SUPPLIES
PO BOX 630729
HOUSTON OK 77263-0729

DART CHEROKEE BASIN OPERATING
PO BOX 177
MASON MI 48854-0177

ELECTRONIC DESIGN FOR
100 AYERS BLVD
BELPRE OH 45714

GREEN ENVIRONMENTAL SERVI
P.O. BOX 17
ERIE KS 66733

DELAWARE DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
PO BOX 898
DOVER DE 19903

ELYNX TECHNOLOGIES, LLC
P.O. BOX 21228
TULSA OK 74121-1228

GREEN HUNTER WATER, LLC
1048 TEXAN TRAIL
GRAPEVINE TX 76051

DENISON, INC
405 MADISON
P.O. BOX 502
FREDONIA KS 66736

ENERGY PRODUCTS, INC
P.O. BOX 9471
TULSA OK 74157

GUGGENHEIM PARTNERS LLC
227 W MONROE ST STE 4000
CHICAGO IL 60606

DEVON ENERGY PRODUCTION COMPANY
333 W. SHERIDAN
ATTN.: TREASURER
OKLAHOMA CITY OK 73102-5015

EUREKA WATER CO & OZARKA WATER
P.O. BOX 26730
OKLAHOMA CITY OK 73126

HEWLETT PACKARD FINANCIAL
P.O. BOX 402582
ATLANTA GA 30384-2585

DISCOVERY BENEFITS, INC.
P.O BOX 2926
4321 20TH AVENUE SW
FARGO ND 58103

FASTENAL INDUSTRIAL &
P.O. BOX 1286
WINONA MN 55987-1286

HORTON TOOL CORPORATION
P.O. BOX 453
HOMINY OK 74035

| | | |
|---|---|---|
| IBT, INC<br>PO BOX 873065<br>KANSAS CITY MO 64187-3065 | KANSAS DEPARTMENT OF REVENUE<br>915 SW HARRISON ROOM 150<br>TOPEKA KS 66612-2003 | LOCKE SUPPLY<br>P.O. BOX 24980<br>OKC OK 73124 |
| IMAGENET CONSULTING, LLC<br>913 N. BROADWAY<br>OKLAHOMA CITY OK 73102 | KANSAS DEPARTMENT OF REVENUE<br>915 S.W. HARRISON ST<br>TOPEKA KS 66625-8000 | LOUISIANA DEPT OF REVENUE<br>P.O. BOX 751<br>BATON ROUGE LA 70821-0751 |
| INTERGRATED SOLUTIONS, INC<br>215 SOUTH LAURA<br>WICHITA KS 67211 | KANSAS DEPARTMENT OF REVENUE<br>915 SW HARRISON ST<br>TOPEKA KS 66612-1588 | MARKWEST HYDROCARBON, INC<br>22028 NETWORK PLACE<br>CHICAGO IL 60673-1220 |
| IRON MOUNTAIN<br>P.O. BOX 915004<br>DALLAS TX 75391-5004 | KIMRAY, INC<br>P.O. BOX 248869<br>OKLAHOMA CITY OK 73124 | MERLE KELLY FORD, INC<br>3501 S. SANTA FE<br>CHANUTE KS 66720 |
| IRS<br>PO BOX 219690<br>KANSAS CITY MO 64121-9690 | KINDER MORGAN OPERATING LP<br>PO BOX 201607<br>DALLAS TX 75320-1607 | MID-AMERICA SANITATION, INC<br>1035 N. 69 HWY<br>FRONTENAC KS 66763 |
| J PHILIP MCCORMICK CPA<br>3639 DURNESS WAY<br>HOUSTON TX 77024 | KINGSLY COMPRESSION, INC<br>VICTORY ROAD INDUSTRIAL PARK<br>3750 SOUTH NOAH DRIVE<br>SAXONBURG PA 16056 | MISSOURI DEPARTMENT OF RE<br>PO BOX 3375<br>JEFFERSON CITY MO 65105-3375 |
| JUDITH F MEAD<br>3595 COUNTY ROAD 158<br>EVANT TX 76525 | LANG DIESEL, INC<br>201 WEST 35TH PARKWAY<br>CHANUTE KS 66720 | MJ SYSTEMS INC<br>420 EAST 58TH AVENUE<br>STE 210<br>DENVER CO 80216 |
| K-W OIL WELL SERVICE, INC<br>19450 FORD ROAD<br>CHANUTE KS 66720 | LEVELOPS ENERGY, INC.<br>PO BOX 2407<br>ELK CITY OK 73648 | MON POWER<br>PO BOX 3615<br>AKRON OH 44309-3615 |
| KANSAS DEPARTMENT OF LABOR<br>401 SW TOPEKA BLVD<br>TOPEKA KS 66603-3182 | LEWIS GLASSER CASEY &<br>300 SUMMERS ST # 700<br>CHARLESTON WV 25301 | NALCO CHAMPION<br>P.O. BOX 730005<br>DALLAS TX 75373-0005 |

| | | |
|---|---|---|
| NATHAN M AVERY<br>4900 WOODWAY #575<br>HOUSTON TX 77056 | OKLAHOMA SECRETARY OF STATE<br>2300 N. LINCOLN BLVD<br>ROOM 101<br>OKLAHOMA CITY OK 73105-4897 | PERKINS SUPPLY INC<br>2966 NORTHWEST TPKE<br>PENNSBORO WV 26415-9624 |
| NATURAL GAS COMPRESSION<br>2480 AERO PARK DRIVE<br>TRAVERSE CITY MI 49686 | OKLAHOMA TAX COMMISSION<br>P.O. BOX 26860<br>OKLAHOMA CITY OK 73126-0860 | PITNEY BOWES GLOBAL<br>PO BOX 371887<br>PITTSBURG PA 15250-7887 |
| NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 98912<br>LINCOLN NE 68509-8912 | OKLAHOMA TAX COMMISSION<br>PO BOX 269058<br>OKC OK 73126-9058 | POSTROCK EASTERN<br>210 PARK AVENUE<br>SUITE 2750<br>OKLAHOMA CITY OK 73102 |
| NEOFIRMA, INC<br>P.O. BOX 678162<br>DALLAS TX 75267-8162 | OKLAHOMA TAX COMMISSION<br>PO BOX 26920<br>OKLAHOMA CITY OK 73126-0920 | POSTROCK ENERGY SERVICES<br>210 PARK AVENUE<br>SUITE 2750<br>OKLAHOMA CITY OK 73102 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | OKLAHOMA TAX COMMISSION (VEHICLES/TAGS)<br>P.O. BOX 269056<br>OKLAHOMA CITY OK 73126-9056 | POSTROCK HOLDCO, LLC<br>210 PARK AVENUE<br>SUITE 2750<br>OKLAHOMA CITY OK 73102 |
| NORTHEAST OKLAHOMA ELECTRIC<br>P.O. BOX 419458<br>KANSAS CITY MO 64141-9458 | OKLAHOMA TOWER REALTY<br>204 N. ROBINSON<br>SUITE 700<br>OKLAHOMA CITY OK 73102 | POSTROCK MIDCONTINENT PROLL<br>210 PARK AVENUE<br>SUITE 2750<br>OKLAHOMA CITY OK 73102 |
| O'REILLY AUTO PARTS<br>PO BOX 9464<br>SPRINGFIELD MO 65801-9464 | ONEWEST BANK, FSB<br>888 EAST WALNUT STREET<br>PASADENA CA 91101 | PRECISION FITTING & GAUGE, C<br>DEPT. 3653<br>TULSA OK 74182 |
| OIL PATCH PUMP & SUPPLY INC<br>P.O. BOX 591<br>CHANUTE KS 66720 | OPPORTUNE LLP<br>711 LOUISIANA STREET STE3100<br>HOUSTON TX 77002 | PROFESSIONAL GLASS INSTALL<br>PO BOX 811<br>CHANUTE KS 66720 |
| OKLAHOMA EMPLOYMENT SECURITY COMMISSION<br>P. O. BOX 52003<br>ATTN: DIRECTOR OF INTERNAL AUDIT<br>OKLAHOMA CITY OK 73152-2003 | P2 ENERGY SOLUTIONS<br>1670 BROADWAY, STE. 2800<br>DENVER CO 80202 | PROFESSIONAL WINDOW CLEAN<br>8840 S MERIDIAN STREET<br>HAYSVILLE KS 67060 |

| | | |
|---|---|---|
| PUBLIC SERVICE COMPANY OF OK<br>P O BOX 24421<br>CANTON OH 44701-4421 | SHAREHOLDERCOM<br>PO BOX 8500<br>LOCKBOX 30200<br>PHILADELPHIA PA 19178-0200 | THOMPSON & KNIGHT, LLP<br>333 CLAY STREET, STE 3300<br>HOUSTON TX 77002-4499 |
| QUALITY MOTORS<br>P.O. BOX 568<br>INDEPENDENCE KS 67301 | SIGNATURE STAFF RESOURCES LLC<br>2460 NORTH F.M. 740<br>HEATH TX 75032 | TIERPOINT OKLAHOMA, LLC<br>520 MARYVILLE CENTRE DRIVE<br>SUITE 300<br>ST. LOUIS MO 63141 |
| QUORUM BUSINESS SOLUTIONS<br>811 MAIN STREET, SUITE 2000<br>HOUSTON TX 77002 | STEPHEN L DEGIUSTI<br>5000 JESSIE JAMES DR<br>EDMOND OK 73034 | TOP DRILLING CORPORATION<br>107 LANCASTER STREET<br>STE. 301<br>MARIETTA OH 45750 |
| RADIANT ELECTRIC COOPERATIVE,<br>P.O. BOX 842706<br>KANSAS CITY MO 64184-2706 | STEVENS OIL & GAS, LLC<br>110 LYNCH CHURCH ROAD<br>MARIETTA OH 45750 | TOPSOURCE, LLC<br>PO BOX 337<br>RAPID CITY MI 49676 |
| REP ENTERPRISES LLC<br>P.O. BOX 332<br>BARTLESVILLE OK 74005 | STINSON, MORRISON, HECKER, LLP<br>P.O. BOX 843052<br>KANSAS CITY MO 64184-3052 | TORBECK PROPERTIES LLC<br>RT. 2 BOX 65-G1<br>HARRISVILLE WV 26362 |
| RLI INSURANCE COMPANY<br>8 GREENWAY PLAZA<br>SUITE 400<br>HOUSTON TX 77046 | STOCK & OPTION SOLUTIONS<br>910 CAMPISI WAY, STE. 2E<br>CAMPBELL CA 95008 | TOWN OF WEST HAMLIN WATE&<br>P.O. BOX 221<br>WEST HAMLIN WV 25571 |
| RPI ENGINES<br>5401 NORTH WOOD DRIVE<br>OKMULGEE OK 74447 | SUNRISE OILFIELD SUPPLY, INC<br>105 S. BROADWAY<br>SUITE 610<br>WICHITA KS 67202 | TRACTBUILDER LLC<br>1428 RIDGEWOOD<br>MAGNOLIA TX 77354 |
| RR DONNELLEY FINANCIAL, INC<br>PO BOX 93271<br>CLEVELAND OH 44193 | TERRY W CARTER<br>3308 LANGLEY DR<br>PLANO TX 75025 | TRANSTEX HUNTER LLC<br>909 LAKE CAROLYN PARKWAY<br>SUITE 600<br>IRVING TX 75039 |
| SAFETY-KLEEN SYSTEMS, INC<br>PO BOX 650509<br>DALLAS TX 75265-0509 | TEXAS CAPITAL BANK, N.A.<br>2000 MCKINNEY AVENUE<br>SUITE 700<br>DALLAS TX 75201 | TRANSZAP, INC<br>PO BOX 123597<br>DENVER CO 75312-3597 |

TRIANGLE PRODUCTION SYSTEM INC
P O BOX 861
11646 EAST PARK RD
CAMBRIDGE OH 43725

WEST VIRGINIA STATE TAX DEPARTMENT (INCO
THE REVENUE CENTER
1001 LEE ST E.
CHARLESTON WV 25301

TRUCK PARTS & EQUIPMENT, INC
4501 W. ESTHNER
WICHITA KS 67209

WESTFALL GMC TRUCK, INC
PO BOX 418050
KANSAS CITY MO 64141

UNITED MECHANICAL SERVICE, INC
117 NE 38TH TERRACE
OKLAHOMA CITY OK 73105-2403

WHITE DEER ENERGY
700 LOUISIANA STE 4770
HOUSTON TX 77002

VERDIGRIS VALLEY ELECTRIC COOP
P.O. BOX 219
COLLINSVILLE OK 74021-0219

WILLIAM H DAMON III
5405 DATA COURT
ANN ARBOR MI 48108

VERSATEQ, LLC
2901 S PORTLAND AVE
OKC OK 73108

WILSON PIPE TESTING LLC
P.O. BOX 561
EL DORADO KS 67042

VIOLET SMITH
147 LONG BRANCH RD
BRANCHLAND WV 25506

ZIMMERMAN ELECTRIC SERVICE,
P.O. BOX 533
1202 W. BEECH
CHANUTE KS 66720

WCA WASTE SYSTEMS, INC
PO BOX 553166
DETROIT MI 48255-3166

WEST VIRGINIA DEPARTMENT OF COMMERCE
CAPITOL COMPLEX, BLDG. 6, ROOM 525
CHARLESTON WV 25305-0311

WEST VIRGINIA STATE TAX DEPARTMENT
1206 QUARRIER STREET
CHARLESTON WV 25301