**Dated: April 1, 2016**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: )<br>)<br>)<br>PostRock Energy Corporation )<br>PostRock Energy Services Corporation )<br>PostRock MidContinent Production LLC )<br>PostRock Eastern Production, LLC )<br>PostRock Holdco, LLC )<br>STP Newco, Inc. )<br>)<br>Debtors. )<br>) | Case No. 16-11230<br>Case No. 16-11231<br>Case No. 16-11232<br>Case No. 16-11233<br>Case No. 16-11235<br>Case No. 16-11236<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**ORDER UNDER FED.R.BANKR.P. 1015(B) AND BANKRUPTCY LOCAL RULE 1015
DIRECTING JOINT ADMINISTRATION OF CASES**
[THIS ORDER RELATES TO THE MOTION AT DKT. NO. 4]

Upon the EMERGENCY MOTION FOR ORDER UNDER FED.R.BANKR.P. 1015(B) AND BANKRUPTCY LOCAL RULE 1015 DIRECTING JOINT ADMINISTRATION OF CASES (the "Motion") filed by PostRock Energy Corporation, and its affiliated debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors") on April 1, 2016, and this Court having

jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this being a core proceeding under 28 U.S.C. § 157(b); and venue before this Court being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of all parties-in-interest and these estates; and adequate and appropriate notice of the Motion having been provided under the circumstances; and based upon the representations of the moving parties set forth in the Motion, and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**

1. The Motion is **GRANTED** in all respects.

2. The above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases") are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. One disclosure statement and plan of reorganization may be filed for the Chapter 11 Cases by any plan proponent.

4. Monthly Operating Reports shall be filed in each individual Debtor's Chapter 11 Case.

5. The official claims registers maintained in the Chapter 11 Cases shall reflect the identity of the particular Debtor against which each proof of claim is asserted.

6. Parties may request joint hearings on matters pending in any of Chapter 11 Cases.

7. The caption of the Chapter 11 Cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-11230 (SAH)<br>Jointly Administered |
| PostRock Energy Corporation, *et al.*<sup>FN</sup> |  |  |
| Debtors. |  |  |

FN: The Debtors in these chapter 11 cases include: PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc.

8.  The caption above shall be deemed to comply with the requirements of 11 U.S.C. § 342 and FED.R.BANKR.P. 1007 and 2002.

9.  A docket entry shall be made in each of the Debtor's cases, which reads as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases listed below. The docket in Case No. 11230 should be consulted for all matters affecting this case. The following chapter 11 cases have been consolidated pursuant to this Order:

| | |
|---|---|
| PostRock Energy Corporation | Case No. 16-11230 |
| PostRock Energy Services Corporation | Case No. 16-11231 |
| PostRock Holdco, LLC | Case No. 16-11232 |
| PostRock Eastern Production, LLC | Case No. 16-11233 |
| PostRock MidContinent Production, LLC | Case No. 16-11235 |
| STP Newco, Inc. | Case No. 16-11236 |

3

**APPROVED FOR ENTRY:**

/s/Mark A. Craige
Mark A. Craige, OBA No. 1992
CROWE & DUNLEVY, P.C.
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103-3313
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

and

John Paul K. Napier, OBA No. 32585
Christopher M. Staine, OBA No. 30263
CROWE & DUNLEVY, P.C.
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
405.235.7700 Telephone Number
405.239.6651 Facsimile Number
john.napier@crowedunlevy.com
christopher.staine@crowedunlevy.com

**Proposed Attorneys for**
**Debtors and Debtors in Possession**