## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Case No. 16-11230-SAH |
| PostRock Energy Corporation, *et al.*[1] | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Stephen J. Moriarty, the Bankruptcy Court appointed Trustee (the "Trustee") has signed each set of the Schedules and Statements. Mr. Moriarty serves as the Trustee, or authorized signatory, for all of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Moriarty has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors. Mr. Moriarty and his advisors have not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning assets and amounts owed to creditors.

In preparing the Schedules, the Trustee relied upon the Debtor's financial data derived from their books and records that was available at the time of such preparation. Although the Trustee and Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules, subsequent information or discovery may result in material changes to the Schedules. Also, the Debtors general ledgers and trial balances do not include all intercompany transactions as

---

[1]    The Debtors in these chapter 11 cases include: PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc.

the Company reports and accounts for its transactions on a consolidated basis.  Therefore the entity by entity balances may not reflect the correct or actual entity rights. The separate entity Schedules may reflect assets and liabilities of other Related Debtors and noted reported on Related Debtors Schedules.  As such, inadvertent errors between entities or other omissions may exist.

**Fill in this information to identify the case:**

Debtor name   **PostRock Energy Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **16-11230-SAH**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2016**

X **/s/ Stephen J. Moriarty**
Signature of individual signing on behalf of debtor

**Stephen J. Moriarty**
Printed name

**Trustee**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PostRock Energy Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-11230-SAH**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     **4,613,256.58**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $     **4,613,256.58**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $     **62,026,844.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **6,232,894.67**

4.    Total liabilities .........................................................................................................
Lines 2 + 3a + 3b    $     **68,259,738.67**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PostRock Energy Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-11230-SAH**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BBVA-Compass** | **checking** | **2595** | **$2,648,965.09** |
| 3.2. | **BBVA-Compass** | **checking** | **4229** | **$0.00** |
| 3.3. | **BBVA-Compass** | **checking** | **4717** | **$0.00** |
| 3.4. | **BBVA-Compass** | **checking** | **3885** | **$35,351.08** |
| 3.5. | **BBVA-Compass** | **checking** | **3451** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,684,316.17 |
|---|

**Part 2:**    **Deposits and Prepayments**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **PostRock Energy Corporation**                                  Case number *(If known)* **16-11230-SAH**
_____
Name

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.  **See attached schedule**                                                    $830,328.91

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.  **See attached schedule**                                                    $879,144.17

        8.2.  **Land use obligation prepayments-see attached schedule**                    $219,467.33

9.      **Total of Part 2.**                                                               $1,928,940.41
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:    **0.00**  -  **0.00**  = ....                          **Unknown**
                                   face amount    doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                               **$0.00**
        Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                          % of ownership

        15.1.  **100% stock of PostRock Energy Services**
               **Corporation 16-11231**          **100** %                                 **Unknown**

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                        page 2

Debtor   **PostRock Energy Corporation**                           Case number *(If known)* **16-11230-SAH**
_____
Name

| | | | | |
|---|---|---|---|---|
| 15.2. | **100% of the membership interest in Constellation Energy Partners Management, LLC** | **100** % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                          **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Any inventory is reported through PostRock Energy Services Corp 16-11231, Post Rock MidContinent Production LLC 16-11232, PostRock Eastern Production LLC 16-11233** | | **$0.00** | | **Unknown** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                          **$0.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **PostRock Energy Corporation**                                   Case number *(If known)*  **16-11230-SAH**
_____
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Office Furniture - Listed and Reported on Related Debtor 16-11231 - PostRock Energy Services Corporation Schedules** | Unknown | | Unknown |
| 40.  **Office fixtures**<br>**Facility Shop Furniture and Fixtures - Listed and Reported on Related Debtor 16-11231 - PostRock Energy Services Corporation Schedules** | Unknown | | Unknown |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer Hardware - Listed and Reported on Related Debtor 16-11231 - PostRock Energy Services Corporation Schedules** | Unknown | | Unknown |
| **Computer software listed and reported on related debtor 16-11231 PostRock Energy services Corp Schedules** | Unknown | | Unknown |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.  **Art Work - Listed and Reported on Related Debtor 16-11231 - PostRock Energy Services Corporation Schedules** | Unknown | | Unknown |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

Debtor    **PostRock Energy Corporation**                              Case number *(If known)*  **16-11230-SAH**
_____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

47.1.  **Vehicles Listed and Reported on
Related Debtor 16-11231 - PostRock
Energy Services Corporation Schedules**            **Unknown**                                    **Unknown**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)
Gathering System - Appalachian Basin - Listed
and Reported on Related Debtor 16-11233 -
PostRock Eastern Production LLC**            **Unknown**                                    **Unknown**

**Gathering System - Cherokee Basin-Listed and
Reported on Related Debtor 16-11232 -
PostRock MidContinent Production LLC
Schedules**            **Unknown**                                    **Unknown**

**Various Oil and Gas Interest - Listed and
Reported on Related Debtor 16-11232 -
PostRock MidContinent Production LLC
Schedules**            **Unknown**                                    **Unknown**

**Various Oil and Gas Interest - Listed and
Reported on Related Debtor 16-11233 -
PostRock Eastern Production, LLC Schedules**            **Unknown**                                    **Unknown**

51.  **Total of Part 8.**            **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **PostRock Energy Corporation**                                        Case number *(If known)* **16-11230-SAH**
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements - Oklahoma Tower - Listed and Reported on Related Debtor 16-11231 - PostRock Energy Services Corporation Schedules** | | **Unknown** | | **Unknown** |
| 55.2. **10 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | **Unknown** | | **Unknown** |
| 55.3. **Edna Hollow Yard - 17.69 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | **Unknown** | | **Unknown** |
| 55.4. **1 acre - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | **Unknown** | | **Unknown** |
| 55.5. **9.50 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PostRock Energy Corporation**                          Case number *(If known)*  **16-11230-SAH**
          Name

| | | | | |
|---|---|---|---|---|
| 55.6. | **1 acre - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | **Unknown** | **Unknown** |
| 55.7. | **2.309 acres - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | **Unknown** | **Unknown** |
| 55.8. | **Land in Sec 32 Twp 10N Rng 6E - Listed and Reported on Related Debtor 16-11232 - PostRock MidContinent Production LLC Schedules** | | **Unknown** | **Unknown** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>**website: www.pstr.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **PostRock Energy Corporation**                                   Case number *(If known)*  **16-11230-SAH**
          Name

65.    **Goodwill**

66.    **Total of Part 10.**                                                                          **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)
       **Intercompany between related**          0.00   -          0.00   =
       **Debtors 16-11231, 16-11232,**    Total face amount    doubtful or uncollectible amount
       **16-11233, 16-11235 and 16-11236–See**
       **attached**                                                          **Unknown**

       **All accounts receivable are reported**          0.00   -          0.00   =
       **through related Debtor 16-11231**    Total face amount    doubtful or uncollectible amount    **Unknown**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **Tax refunds and unused net operating losses at**
       **December 31, 2014 were listed on Federal Form 1120 as**
       **$254,890,530.00 beginning in tax year December 31,**
       **2000**                                           Tax year                      **Unknown**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PostRock Energy Corporation**          Case number *(If known)*   **16-11230-SAH**
<br>Name

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | | $0.00 |
   |---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **PostRock Energy Corporation**                                    Case number *(If known)*  **16-11230-SAH**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,684,316.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,928,940.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,613,256.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,613,256.58 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**In re PostRock Energy Corporation**
**Case No.: 16-11230**
**Schedule A/B - Part 1-3.: Cash and Cash Equivalents**

| No. | Bank Name | Address | Type of Account | Account Holder | Account Name | Last 4 digits of Account Number | 4/1 Balance | Notes |
|-----|-----------|---------|-----------------|----------------|--------------|-------------------------------|-------------|-------|
| 3.1 | BBVA Compass | 2200 Post Oak Blvd., 21st Floor, Houston, TX, 77056 | Checking | PostRock Energy Company | PostRock Operating Account | 2595 | $  2,648,965.09 | (1) |
| 3.2 | BBVA Compass | 2200 Post Oak Blvd., 21st Floor, Houston, TX, 77056 | Zero Balance Account | PostRock Energy Company | PostRock Account Payables Account | 4229 | $           - | (2) |
| 3.3 | BBVA Compass | 2200 Post Oak Blvd., 21st Floor, Houston, TX, 77056 | Zero Balance Account | PostRock Energy Company | PostRock Revenue Payables Account | 4717 | $           - | (2) |
| 3.4 | BBVA Compass | 2200 Post Oak Blvd., 21st Floor, Houston, TX, 77056 | Checking | PostRock Energy Company | PostRock Payroll Account | 3885 | $      35,351.08 | |
| 3.5 | BBVA Compass | 2200 Post Oak Blvd., 21st Floor, Houston, TX, 77056 | Checking | PostRock Energy Company | PostRock MidContinent Pooling in Escrow | 3451 | $           - | |
| | | | | | | | $  2,684,316.17 | |

(1) This cash balance includes royalty and third party producer payments due of $420,478.86 for gas revenue deposits made March 25, 2016 or prior.  These amounts are listed on Form 206 E/F as Creditors with PRIORITY Unsecured Claims and noted the amounts were paid on or before 05/15/2016.  The $420,478.86 does not include any of the pre 03/2016 suspense royalties and/or third party producer payments due.

(2) These accounts are maintained and are set up so that funds are automatically transferred from a master account in an amount only large enough to cover checks presented, therefore carry a zero balance.

**In re PostRock Energy Corporation**
**Case No.: 16-11230**
**Schedule A/B - Part 2- 7.1: Deposits, including security deposits and utility deposits**

| DEPOSITS | Description | Name / Receiver | For Benefit of Related Debtor | Amount |
|---|---|---|---|---|
| 7.1 | Security Deposit | TORBECK PROPERTIES LLC | PSC, PMC, PEP | $ 1,600.00 |
| 7.2 | Security Deposit: Fuel Card | WRIGHT EXPRESS FINANCIAL | PSC, PMC, PEP | $ 80,000.00 |
| 7.3 | Security Deposit: Vendor | NALCO CHAMPION | PSC, PMC, PEP | $ 120,000.00 |
| 7.4 | FA Retainer | ALIXPARTNERS, LLP | All | $ 2,142.65 |
| 7.5 | Attorney Retainer | POTTER ANDERSON & CORROON, LLP | All | $ 25,000.00 |
| 7.6 | Attorney Retainer | CROWE & DUNLEVY | All | $ 250,000.00 |
| 7.7 | Attorney Retainer | VINSON & ELKINS | All | $ - |
| 7.8 | Utility Deposit-Construction | HEARTLAND RURAL ELECTRIC | PSC, PMC | $ 3,704.32 |
| 7.9 | Utility Deposit-Construction | TWIN VALLEY ELECTRIC COOP | PSC, PMC | $ 13,067.02 |
| 7.10 | Utility Deposit | CANEY VALLEY ELECTRIC COOP | PSC, PMC | $ 680.00 |
| 7.11 | Utility Deposit | CITY OF CHANUTE | PSC, PMC | $ 15,025.00 |
| 7.12 | Utility Deposit | CITY OF COFFEYVILLE | PSC, PMC | $ 200.00 |
| 7.13 | Utility Deposit | HEARTLAND RURAL ELECTRIC | PSC, PMC | $ 146,400.17 |
| 7.14 | Utility Deposit | PUBLIC SERVICE COMPANY OF OK | PSC, PMC | $ 414.75 |
| 7.15 | Utility Deposit | TWIN VALLEY ELECTRIC COOP | PSC, PMC | $ 111,200.00 |
| 7.16 | Utility Deposit | VERDIGRIS VALLEY ELECTRIC COOP | PSC, PMC | $ 25,595.00 |
| 7.17 | Utility Deposit | WESTAR ENERGY | PSC, PMC | $ 300.00 |
| 7.19 | Utility Deposit | CITY OF CHANUTE | PSC, PMC | $ 2,000.00 |
| 7.20 | Utility Deposit | CITY OF CHANUTE | PSC, PMC | $ 8,000.00 |
| 7.21 | Plugging Deposit | OKLAHOMA CORPORATION | PSC, PMC | $ 25,000.00 |
| | | | | $ 830,328.91 |

The security and other deposits and prepayments are being listed on PostRock Energy Corporation ("PEC") Schedules due to the source of funds providing the deposits/prepayments was from the accounts of PEC. The security and other deposits and prepayments may have and in some instances were paid for the benefit of the related Debtors.

**In re PostRock Energy Corporation**

**Case No.: 16-11230**

**Schedule A/B - Part 2-8.1: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | DEPOSITS | Description | Name / Receiver | For Benefit of Related Debtor | | Amount |
|---|---|---|---|---|---|---|
| | 8.1 | Prepaid D&O Insurance | JLT SPECIALTY INSURANCE | All | $ | 102,922.00 |
| | 8.2 | Prepaid D&O Insurance | JLT SPECIALTY INSURANCE | All | $ | 562,755.00 |
| | 8.3 | Software License | FLOW-CAL, INC | All | $ | 17,229.36 |
| | 8.4 | Software License | VISUAL SYSTEMS, INC | All | $ | 37,529.10 |
| | 8.5 | Prepaid Health Insurance | UNITED HEALTHCARE OF TEXAS | PSC | $ | 93,059.51 |
| | 8.6 | Prepaid Health Insurance | DELTA DENTAL OF OKLAHOMA | PSC | $ | 6,492.46 |
| | 8.7 | Overpayment SEC Registration | SECURITY AND EXCHANGE COMMISSION | All | $ | 1,566.74 |
| | 8.8 | Working Interest Deposit | CHARTER OAK PRODUCTION CO LLC | PSC, PMC | $ | 5,000.00 |
| | 8.9 | Rent Deposit | OKLAHOMA TOWER REALTY | PSC | $ | 52,590.00 |
| | | | | | $ | 879,144.17 |

The security and other deposits and prepayments are being listed on PostRock Energy Corporation ("PEC") Schedules due to the source of funds providing the deposits/prepayments was from the accounts of PEC.  The security and other deposits and prepayments may have and in some instances were paid for the benefit of the related Debtors.

In re PostRock MidContinent Production LLC
Case No.: 16-11232

**Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
**Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.**

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| KINSCH, ADAM L 6-1 | Adam L. & Peggy L. Kinsch, H/W | 26042 IRVING ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 48.37 |
| KINSCH, ADAM L 6-1 | Adam L. & Peggy L. Kinsch, H/W | 26042 IRVING ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| JOHN, VELMA 36-1 | ALAN & SHARON HOUGARDY | 1545 85TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 31.84 |
| JOHN, VELMA 36-1 | ALAN & SHARON HOUGARDY | 1545 85TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | ALAN B HOUGARDY | 1545 85TH ROAD | THAYER | KS | 66776 | ANNUAL COMPRESSOR PAYMENT | Y | 7,250.00 |
| DORRIS, ALBERT P 28-1 | ALBERT P DORRIS | 8255 LYON ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 54.50 |
| DORRIS, ALBERT P 28-1 | ALBERT P DORRIS | 8255 LYON ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| LDH FARMS 4-1 | ALEXANDER DAVID MIH | PO BOX 2 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 56.24 |
| LDH FARMS 4-1 | ALEXANDER DAVID MIH | PO BOX 2 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| MANNERS, ALFRED E 35-1 | ALFRED & VIRGINIA MANNERS LIV | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 40.95 |
| MANNERS, ALFRED E 35-1 | ALFRED & VIRGINIA MANNERS LIV | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| MANNERS, ALFRED E 30-1 | ALFRED & VIRGINIA MANNERS LIV TRST, ALFRED E MANNE | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 51.75 |
| MANNERS, ALFRED E 30-1 | ALFRED & VIRGINIA MANNERS LIV TRST, ALFRED E MANNE | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| MANNERS, ALFRED E 30-2 | ALFRED & VIRGINIA MANNERS LIV TRST, ALFRED E MANNE | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 86.25 |
| MANNERS, ALFRED E 30-2 | ALFRED & VIRGINIA MANNERS LIV TRST, ALFRED E MANNE | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| MANNERS, ALFRED E 36-2 | ALFRED & VIRGINIA MANNERS LIV TRST, ALFRED E MANNE | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 17.00 |
| MANNERS, ALFRED E 36-2 | ALFRED & VIRGINIA MANNERS LIV TRST, ALFRED E MANNE | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| MANNERS, ALFRED E 36-1 | Alfred & Virginia Manners Liv Trust | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 227.50 |
| MANNERS, ALFRED E 36-1 | Alfred & Virginia Manners Liv Trust | 22044 UDALL ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| WELCH, CH TRUST 6-1 | ANDREW D & KARI S KING | P.O. BOX 92 | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 85.07 |
| WELCH, CH TRUST 6-1 | ANDREW D & KARI S KING | P.O. BOX 92 | YATES CENTER | KS | 66783 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| WELCH, CH TRUST 6-2 | ANDREW D & KARI S KING | P.O. BOX 92 | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 14.03 |
| WELCH, CH TRUST 6-2 | ANDREW D & KARI S KING | P.O. BOX 92 | YATES CENTER | KS | 66783 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| BOLLIG, ANTHONY J 15-1 | ANTHONY J BOLLIG TEST TRST; | PO BOX 779 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 76.48 |
| BOLLIG, ANTHONY J 15-1 | ANTHONY J BOLLIG TEST TRST; | PO BOX 779 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| JIMENEZ, ANTHONY J 9-1 SWD | ANTHONY JIMENEZ | 23375 LYON ROAD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | - |
| PPL-FS LN 3-3 TO FS | BARBARA JEAN BEARD | 324 N. KANSAS | COLUMBUS | KS | 66725 | ANNUAL TOWER SITE PAYMENT | Y | 333.33 |
| BEACHNER BROS 10-29-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 24.79 |
| BEACHNER BROS 10-29-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 12-29-18-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 49.47 |
| BEACHNER BROS 12-29-18-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 12-29-18-4 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 8.62 |
| BEACHNER BROS 12-29-18-4 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 12-30-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 10.03 |
| BEACHNER BROS 12-30-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| BEACHNER BROS 12-30-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 87.34 |
| BEACHNER BROS 12-30-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 13-1 SWD | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL SWD PAYMENT | Y | 1,100.00 |
| BEACHNER BROS 13-29-18-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 19.25 |
| BEACHNER BROS 13-29-18-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 13-29-18-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 54.52 |
| BEACHNER BROS 13-29-18-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 13-29-18-5 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 47.16 |
| BEACHNER BROS 13-29-18-5 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| BEACHNER BROS 13-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 53.51 |
| BEACHNER BROS 13-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 13-30-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 173.51 |
| BEACHNER BROS 13-30-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 14-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 185.25 |
| BEACHNER BROS 14-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 14-29-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 128.09 |
| BEACHNER BROS 14-29-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 14-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 45.50 |
| BEACHNER BROS 14-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 14-31-17-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 32.80 |
| BEACHNER BROS 14-31-17-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| BEACHNER BROS 19-29-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 14.40 |
| BEACHNER BROS 19-29-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 19-29-19-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 68.62 |
| BEACHNER BROS 19-29-19-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 19-29-19-4 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 31.67 |
| BEACHNER BROS 19-29-19-4 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 19-29-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 23.88 |
| BEACHNER BROS 19-29-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 22-31-17-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| BEACHNER BROS 23-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 306.81 |
| BEACHNER BROS 23-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 24-30-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 28.76 |
| BEACHNER BROS 24-30-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 25-29-18-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 68.13 |
| BEACHNER BROS 25-29-18-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| BEACHNER BROS 25-29-18-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 52.30 |
| BEACHNER BROS 25-29-18-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 30-1 SWD | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| BEACHNER BROS 30-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 39.45 |
| BEACHNER BROS 30-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BEACHNER BROS 30-29-19-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 60.94 |
| BEACHNER BROS 30-29-19-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BEACHNER BROS 30-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 41.69 |
| BEACHNER BROS 30-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BEACHNER BROS 32-28-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 40.28 |
| BEACHNER BROS 32-28-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BEACHNER BROS 32-28-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 168.89 |
| BEACHNER BROS 32-28-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| BEACHNER BROS 34-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 60.01 |
| BEACHNER BROS 34-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 35-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 45.17 |
| BEACHNER BROS 35-29-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 35-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 56.16 |

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| BEACHNER BROS 35-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 4-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 69.09 |
| BEACHNER BROS 4-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 4-30-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 54.58 |
| BEACHNER BROS 4-30-19-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEACHNER BROS 7-29-19-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 27.58 |
| BEACHNER BROS 7-29-19-3 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BEACHNER BROS 9-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 96.17 |
| BEACHNER BROS 9-30-19-1 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BOOSTER - RAIDER | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL COMPRESSOR PAYMENT | Y | 1,166.67 |
| KRAMER, JOHN A 30-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 43.20 |
| KRAMER, JOHN A 30-2 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| PPL-FS LN 3-3 TO FS | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL COMPRESSOR PAYMENT | Y | 333.33 |
| PPL-RAIDER E SUCT TO 47 & QUEEN | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL VALVE SITE PAYMENT | Y | 687.50 |
| PPL-RAIDR LNGHRN-FS N TO 120 | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL VALVE SITE PAYMENT | Y | 687.50 |
| SIMMONS, JOHN 13-1 SWD | BEACHNER BROTHERS, INC | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL SWD PAYMENT | Y | 750.00 |
| BEACHNER BROS 11-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 76.59 |
| BEACHNER BROS 11-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BEACHNER BROS 11-30-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 205.91 |
| BEACHNER BROS 11-30-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BEACHNER BROS 11-30-19-3 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 435.68 |
| BEACHNER BROS 11-30-19-3 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BEACHNER BROS 12-29-18-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 51.17 |
| BEACHNER BROS 12-29-18-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| BEACHNER BROS 12-29-18-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 81.61 |
| BEACHNER BROS 12-29-18-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| BEACHNER BROS 12-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | - |
| BEACHNER BROS 12-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | - |
| BEACHNER BROS 1-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 78.18 |
| BEACHNER BROS 1-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BEACHNER BROS 14-30-19-3 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 64.09 |
| BEACHNER BROS 14-30-19-3 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BEACHNER BROS 18-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 102.47 |
| BEACHNER BROS 18-30-19-1 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| BEACHNER BROS 19-1 SWD | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL SWD PAYMENT | Y | 583.33 |
| BEACHNER BROS 19-30-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 19.61 |
| BEACHNER BROS 19-30-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| BEACHNER BROS 23-29-19-1 SWD | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL SWD PAYMENT | Y | 833.33 |
| BEACHNER BROS 30-29-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 70.48 |
| BEACHNER BROS 30-29-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| BEACHNER BROS 35-29-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | - |
| BEACHNER BROS 35-29-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | - |
| BEACHNER BROS 7-29-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 24.13 |
| BEACHNER BROS 7-29-19-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| KRAMER, JOHN A 32-2 | Beachner Brothers, Inc. | PO BOX 128 | ST.PAUL | KS | 66771 | ANNUAL SWD PAYMENT | Y | - |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| MYERS, BEN 21-1 | BEN & DONNA J MYERS | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 371.03 |
| MYERS, BEN 21-1 | BEN & DONNA J MYERS | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| MYERS, BEN 6-1 | BEN & DONNA J MYERS | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 95.40 |
| MYERS, BEN 6-1 | BEN & DONNA J MYERS | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| MYERS 1 SWD | BEN & DONNA J MYERS REV TRST | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL SWD PAYMENT | Y | - |
| MYERS, BEN 29-1 | BEN & DONNA J MYERS REV TRST | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 15.00 |
| MYERS, BEN 29-1 | BEN & DONNA J MYERS REV TRST | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| MYERS, BEN 29-2 | BEN & DONNA J MYERS REV TRST | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 73.84 |
| MYERS, BEN 29-2 | BEN & DONNA J MYERS REV TRST | 495 23000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| JOHN, VELMA 27-1 | BETTY JANE & STEVEN WHEELER, JTROS | 1705 85TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 63.64 |
| JOHN, VELMA 27-1 | BETTY JANE & STEVEN WHEELER, JTROS | 1705 85TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| PPL-JHK E SUCT TO STITCH SWD | Big O Properties, Inc. | 319 SOUTH LINCOLN | CHANUTE | KS | 66720 | ANNUAL TOWER SITE PAYMENT | Y | 700.00 |
| DICK, BRUCE 12-1 | Bruce & Cynthia Dick | 11580 HARPER RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 96.44 |
| DICK, BRUCE 12-1 | Bruce & Cynthia Dick | 11580 HARPER RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| THORNTON, BRUCE L 20-1 | BRUCE L & TONYA R THORTON | 24889 600 RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 15.43 |
| THORNTON, BRUCE L 20-1 | BRUCE L & TONYA R THORTON | 24889 600 RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| DICK, BRUCE 12-2 | BRUCE S & CYNTHIA A DICK | 11580 HARPER RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 29.87 |
| DICK, BRUCE 12-2 | BRUCE S & CYNTHIA A DICK | 11580 HARPER RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| TRIPLETT, DOUG 27-1 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 45.00 |
| TRIPLETT, DOUG 27-1 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| TRIPLETT, DOUG 27-2 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 27.85 |
| TRIPLETT, DOUG 27-2 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| TRIPLETT, SHIRLEY A 36-1 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 149.41 |
| TRIPLETT, SHIRLEY A 36-1 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| TRIPLETT, SHIRLEY A 36-2 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 172.10 |
| TRIPLETT, SHIRLEY A 36-2 | C D & CATHY J TRIPLETT H/W | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| BEACHNER BROS 7-29-19-4 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 108.09 |
| BEACHNER BROS 7-29-19-4 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| CLEVENGER, MARK A 6-2 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 32.76 |
| CLEVENGER, MARK A 6-2 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C D 25-2 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 11.46 |
| TRIPLETT, C D 25-2 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C D 36-1 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 41.00 |
| TRIPLETT, C D 36-1 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| TRIPLETT, C D 7-1 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 29.21 |
| TRIPLETT, C D 7-1 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| TRIPLETT, SHIRLEY 22-1 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 25.68 |
| TRIPLETT, SHIRLEY 22-1 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| TRIPLETT, SHIRLEY 22-2 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 24.64 |
| TRIPLETT, SHIRLEY 22-2 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| TRIPLETT, SHIRLEY A 36-3 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| TRIPLETT, SHIRLEY A 36-4 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 46.96 |
| TRIPLETT, SHIRLEY A 36-4 | C D & CATHY J TRIPLETT H/W, JTROS | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BALDWIN, RILEY G 5-1 | C D & Cathy Triplett | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 132.30 |
| TRIPLETT, C W 6-1A | C D & Cathy Triplett | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |

In re PostRock MidContinent Production LLC

Case No.: 16-11232

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| TRIPLETT, DOUG 25-1 | C D & Cathy Triplett | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 35.00 |
| TRIPLETT, DOUG 25-1 | C D & Cathy Triplett | 7675 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| CHEYNEY LAND 24-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 27.00 |
| CHEYNEY LAND 24-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| THORNTON, DALE 34-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 23.55 |
| THORNTON, DALE 34-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| TRIPLETT, C D 7-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 21.00 |
| TRIPLETT, C D 7-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C W 1-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 127.58 |
| TRIPLETT, C W 1-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| TRIPLETT, C W 11-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 162.19 |
| TRIPLETT, C W 11-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| TRIPLETT, C W 11-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 65.83 |
| TRIPLETT, C W 11-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| TRIPLETT, C W 11-3 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 61.10 |
| TRIPLETT, C W 11-3 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C W 11-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 71.34 |
| TRIPLETT, C W 11-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C W 1-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | - |
| TRIPLETT, C W 1-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | - |
| TRIPLETT, C W 2-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 163.18 |
| TRIPLETT, C W 2-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| TRIPLETT, C W 2-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 45.45 |
| TRIPLETT, C W 2-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| TRIPLETT, C W 2-3 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 32.00 |
| TRIPLETT, C W 2-3 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C W 23-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 90.91 |
| TRIPLETT, C W 23-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| TRIPLETT, C W 23-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 22.39 |
| TRIPLETT, C W 23-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| TRIPLETT, C W 2-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | - |
| TRIPLETT, C W 2-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | - |
| TRIPLETT, C W 25-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 26.82 |
| TRIPLETT, C W 25-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C W 25-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 15.85 |
| TRIPLETT, C W 25-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C W 27-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 38.85 |
| TRIPLETT, C W 27-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| TRIPLETT, C W 27-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 22.09 |
| TRIPLETT, C W 27-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| TRIPLETT, C W 33-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 55.04 |
| TRIPLETT, C W 33-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| TRIPLETT, C W 34-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 136.19 |
| TRIPLETT, C W 34-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| TRIPLETT, C W 34-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 107.95 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| TRIPLETT, C W 34-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| TRIPLETT, C W 34-3 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 7.96 |
| TRIPLETT, C W 34-3 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| TRIPLETT, C W 34-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 43.33 |
| TRIPLETT, C W 34-4 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| TRIPLETT, C W 35-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 120.00 |
| TRIPLETT, C W 35-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| TRIPLETT, C W 6-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 39.97 |
| TRIPLETT, C W 6-2 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| TRIPLETT, C W LEGACY 25-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 132.50 |
| TRIPLETT, C W LEGACY 25-1 | C W & CONSTANCE E TRIPLETT | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| TRIPLETT, C W 35-1 | C W & Constance Triplett | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 69.21 |
| TRIPLETT, C W 35-1 | C W & Constance Triplett | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| TRIPLETT, C W 6-1A | C W & Constance Triplett | 7720 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 41.84 |
| REAVES, CARL 30-1 | CARL D REAVES | 21538 2000 RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 152.00 |
| REAVES, CARL 30-1 | CARL D REAVES | 21538 2000 RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| REGIS, LEWIS S 26-1 | CAROL A & LEWIS S REGIS | 13030 PRATT RD | ALTAMONT | KS | 67330 | ANNUAL ROAD PAYMENT | Y | 175.23 |
| REGIS, LEWIS S 26-1 | CAROL A & LEWIS S REGIS | 13030 PRATT RD | ALTAMONT | KS | 67330 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BRADFORD LIVING TRUST 23-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL ROAD PAYMENT | Y | - |
| BRADFORD LIVING TRUST 23-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL WELL SITE PAYMENT | Y | - |
| BRADFORD LIVING TRUST 24-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL ROAD PAYMENT | Y | 2.50 |
| BRADFORD LIVING TRUST 24-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 25-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL ROAD PAYMENT | Y | 7.50 |
| BRADFORD LIVING TRUST 25-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 26-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| BRADFORD LIVING TRUST 26-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 29-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL ROAD PAYMENT | Y | 15.00 |
| BRADFORD LIVING TRUST 29-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL WELL SITE PAYMENT | Y | 50.00 |
| BRADFORD LIVING TRUST 30-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| BRADFORD LIVING TRUST 30-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 36-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL ROAD PAYMENT | Y | 2.50 |
| BRADFORD LIVING TRUST 36-1 | CAROL BRADFORD LIV TRST, CAROL BRADFORD, TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720-5528 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| ESSLINGER, CAROLYN 20-1 | CAROLYN S & DWIGHT W MYNATT | 961 2800TH STREET | LAHARPE | KS | 66751 | ANNUAL ROAD PAYMENT | Y | 23.82 |
| ESSLINGER, CAROLYN 20-1 | CAROLYN S & DWIGHT W MYNATT | 961 2800TH STREET | LAHARPE | KS | 66751 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| ESSLINGER, CAROLYN 20-2 | CAROLYN S & DWIGHT W MYNATT | 961 2800TH STREET | LAHARPE | KS | 66751 | ANNUAL ROAD PAYMENT | Y | 21.61 |
| ESSLINGER, CAROLYN 20-2 | CAROLYN S & DWIGHT W MYNATT | 961 2800TH STREET | LAHARPE | KS | 66751 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| MCPHERSON 13-1 SWD | CARROLL ENERGY, LLC | PO BOX 3950 | BARTLESVILLE, OK | OK | 74006 | ANNUAL SWD PAYMENT | Y | 1,200.00 |
| JOHN, VELMA 22-1 | CATHY SUE & PATRICK C HEIT, JTROS | 6530 10TH ROAD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 20.21 |
| JOHN, VELMA 22-1 | CATHY SUE & PATRICK C HEIT, JTROS | 6530 10TH ROAD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BOOSTER - R&H BRINKMAN | Charles D. Brown | RT 1 BOX 360 | S. COFFEYVILLE | OK | 74072 | ANNUAL COMPRESSOR PAYMENT | Y | 833.33 |
| MIDDLETON 9-1 SWD | CHARLES MIDDLETON | 2814 MORGAN | PARSONS | KS | 67357 | ANNUAL SWD PAYMENT | Y | 55.56 |
| HENRY, JAROLD W 4-2 | CHARLES N THUMMEL | 12030 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 10.88 |
| HENRY, JAROLD W 4-2 | CHARLES N THUMMEL | 12030 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| PPL-HSL LAT-FORD & 10000 RD | CHARLES P MEIWES & JOHN P | 9025 FORD ROAD | EDNA | KS | 67342 | ANNUAL PIG TRAP SITE | Y | 229.17 |
| PPL-HSL MAIN-8000 TO 11000 & FORD | CHARLES P MEIWES & JOHN P | 9025 FORD ROAD | EDNA | KS | 67342 | ANNUAL PIG TRAP SITE | Y | 229.17 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| BUSSINGER, CHARLES R 11-1 | Charles R. & Katherine M. Bussinger | 25031 GRAY ROAD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 47.17 |
| BUSSINGER, CHARLES R 11-1 | Charles R. & Katherine M. Bussinger | 25031 GRAY ROAD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| REAVES 31-1 SWD | CHARLES T REAVES LIV TR | 20814 1900 ROAD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 312.50 |
| REAVES, CHARLES T 31-1 | CHARLES T REAVES LIV TR | 20814 1900 ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 37.90 |
| REAVES, CHARLES T 31-1 | CHARLES T REAVES LIV TR | 20814 1900 ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| REAVES, CHARLES T 31-2 | CHARLES T REAVES LIV TR | 20814 1900 ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 54.77 |
| REAVES, CHARLES T 31-2 | CHARLES T REAVES LIV TR | 20814 1900 ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| ERBE, WAYNE E 3-1 | CHARLOTTE ERBE | 6570 ANDERSON ROA | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 44.39 |
| ERBE, WAYNE E 3-1 | CHARLOTTE ERBE | 6570 ANDERSON ROA | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| MARKHAM 18-1 SWD | CHESTER LEROY MARKHAM | 15001 1700 RD | BENEDICT | KS | 66714 | ANNUAL SWD PAYMENT | Y | 1,145.83 |
| JOHN, ROBERT K 33-2 | CHRISTINE H YOUNG | 222 GREENWOOD STR | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 9.25 |
| JOHN, ROBERT K 33-2 | CHRISTINE H YOUNG | 222 GREENWOOD STR | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| ERBE REV TRUST 30-1 | CHRISTINE M ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 34.23 |
| ERBE REV TRUST 30-1 | CHRISTINE M ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| ERBE REV TRUST 32-1 | CHRISTINE M ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 11.36 |
| ERBE REV TRUST 32-1 | CHRISTINE M ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| ERBE REV TRUST 32-2A | CHRISTINE M ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 67.59 |
| ERBE REV TRUST 32-2A | CHRISTINE M ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 183.33 |
| KEPHART, ALLEN 2 SWD | CLINTON T HUDSON & MELVA  HUDSON TTEES | 17840 150TH RD | ERIE | KS | 66733-4202 | ANNUAL SWD PAYMENT | Y | 166.67 |
| SMITH, MICHAEL L 18-1 | COMMERCIAL BANK F/A/O MICHAEL L SMITH | P.O. BOX 648 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | - |
| SMITH, MICHAEL L 18-1 | COMMERCIAL BANK F/A/O MICHAEL L SMITH | P.O. BOX 648 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | - |
| DANIELS, CURTIS 6-1 SWD | CURTIS D DANIELS | 18655 OTTAWA RD | ERIE | KS | 66733 | ANNUAL SWD PAYMENT | Y | 100.00 |
| BOGNER, DANIEL 1-1 | DANIEL G BOGNER REV TRST | 7800 20TH RD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 65.15 |
| BOGNER, DANIEL 1-1 | DANIEL G BOGNER REV TRST | 7800 20TH RD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BOGNER, DANIEL 26-1 | DANIEL G BOGNER REV TRST | 7800 20TH RD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 25.30 |
| BOGNER, DANIEL 26-1 | DANIEL G BOGNER REV TRST | 7800 20TH RD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| BOGNER, DANIEL 36-1 | DANIEL G BOGNER REV TRST | 7800 20TH RD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 37.50 |
| BOGNER, DANIEL 36-1 | DANIEL G BOGNER REV TRST | 7800 20TH RD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| EBY 1-H | DAVID & DEBORAH LOWE | 24649 KINGMAN RD | BUFFALO | KS | 66717 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| EBY 5-4 SWD | DAVID & DEBORAH LOWE | 24649 KINGMAN RD | BUFFALO | KS | 66717 | ANNUAL SWD PAYMENT | Y | 300.00 |
| CARLSON, DAVID L 8-1 | DAVID L & MARY SUE CARLSON, | 18915 WICHITA RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 43.48 |
| CARLSON, DAVID L 8-1 | DAVID L & MARY SUE CARLSON, | 18915 WICHITA RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | DAVID L & MARY SUE CARLSON, | 18915 WICHITA RD | CHANUTE | KS | 66720 | ANNUAL ROW PAYMENT | Y | 250.00 |
| MYERS, WAYNE D 34-1 | DAVID W KNUDSEN & MARY FINLEY-KNUDSEN, JTWROS | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 12.74 |
| MYERS, WAYNE D 34-1 | DAVID W KNUDSEN & MARY FINLEY-KNUDSEN, JTWROS | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| DOUGLAS, MARY 16-1 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 16.34 |
| DOUGLAS, MARY 16-1 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 100.00 |
| DOUGLAS, MARY 8-1 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 32.55 |
| DOUGLAS, MARY 8-1 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| DOUGLAS, MARY 8-2 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 48.00 |
| DOUGLAS, MARY 8-2 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| DOUGLAS, MARY 9-1 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 75.23 |
| DOUGLAS, MARY 9-1 | DEBBIE BRADFORD LIVING TRUST | 14373 VIOLA RD. | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| HARRIS, FRANK W 19-1 | DELTA RUTH HARRIS, TTEE OF THE DELTA RUTH HARRIS RE | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | - |
| HARRIS, FRANK W 19-1 | DELTA RUTH HARRIS, TTEE OF THE DELTA RUTH HARRIS RE | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | - |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| BOOSTER - R&H BRINKMAN | Diane K. Benson | RT 1 BOX 360-1 | S COFFEYVILLE | OK | 74072 | ANNUAL COMPRESSOR PAYMENT | Y | 416.67 |
| GASTINEAU 20-1 | DONALD A & PAM K GASTINEAU | 502 S WESTVIEW DR | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 22.37 |
| GASTINEAU 20-1 | DONALD A & PAM K GASTINEAU | 502 S WESTVIEW DR | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| MUSTAIN, DONALD R 21-1 | DONALD A & PAM K GASTINEAU | 502 S WESTVIEW DR | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 5.69 |
| MUSTAIN, DONALD R 21-1 | DONALD A & PAM K GASTINEAU | 502 S WESTVIEW DR | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| GREEN, DONALD R 3-1 SWD | DONALD R GREEN | 18832 1200 RD | ALTOONA | KS | 66710 | ANNUAL SWD PAYMENT | Y | 1,041.67 |
| MUSTAIN, DONALD R 28-3 | DONALD R MUSTAIN & WANDA MUSTAIN, H/W JTS | P.O. BOX 23 | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | - |
| MUSTAIN, DONALD R 28-3 | DONALD R MUSTAIN & WANDA MUSTAIN, H/W JTS | P.O. BOX 23 | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | - |
| THURMAN, DONALD 21-1 SWD | DONALD THURMAN & RUTH THURMAN, | 9386 RENO ROAD | ALTOONA | KS | 66710 | ANNUAL SWD PAYMENT | Y | 916.67 |
| HANSEN, DOROTHY D 10-1 | DOROTHY D HANSEN, TTEE OF THE | 983 W. LINWOOD AVE | NIXA | MO | 65714 | ANNUAL ROAD PAYMENT | Y | 168.01 |
| HANSEN, DOROTHY D 10-1 | DOROTHY D HANSEN, TTEE OF THE | 983 W. LINWOOD AVE | NIXA | MO | 65714 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HANSEN, DOROTHY D 10-2 | DOROTHY D HANSEN, TTEE OF THE KENNETH & DOROTHY | 983 W. LINWOOD AVE | NIXA | MO | 65714 | ANNUAL ROAD PAYMENT | Y | 26.21 |
| HANSEN, DOROTHY D 10-2 | DOROTHY D HANSEN, TTEE OF THE KENNETH & DOROTHY | 983 W. LINWOOD AVE | NIXA | MO | 65714 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| RICHARD, JACK H 5-2 | DOROTHY J WARD REV TRST | 3205 45TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 61.17 |
| RICHARD, JACK H 5-2 | DOROTHY J WARD REV TRST | 3205 45TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| SAYE, DOYLE L 28-1A | DOYAL L SAYE, JR | P.O. BOX 66 | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 80.38 |
| SAYE, DOYLE L 28-1A | DOYAL L SAYE, JR | P.O. BOX 66 | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| SAYE, DOYLE A 27-1 | Doyle & Terri Saye, H/W | 22003 FINNEY ROAD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BOOSTER - BEAR NORTH | DOYLE ANGLETON | 16 SOUTH TENNESSEE | CHANUTE | KS | 66720 | ANNUAL COMPRESSOR PAYMENT | Y | - |
| BILLER TRUST 33-1 SWD | DOYLE E BILLER FAMILY TRST | 9910 BIRCHDALE | DOWNEY | CA | 90240 | ANNUAL SWD PAYMENT | Y | 416.67 |
| BAILEY 1 SWD | Doyle F. Biller | 17962 JOEL BRATTAIN | YORBA LINDA | CA | 92886 | ANNUAL SWD PAYMENT | Y | 583.33 |
| FARRICE, JIMMIE L 5-1 | Doyle F. Biller | 17962 JOEL BRATTAIN | YORBA LINDA | CA | 92886 | ANNUAL ROAD PAYMENT | Y | 47.13 |
| FARRICE, JIMMIE L 5-1 | Doyle F. Biller | 17962 JOEL BRATTAIN | YORBA LINDA | CA | 92886 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| CDP - KEETON | EDDIE R HILL | 428158 E. 20 RD. | WELCH | OK | 74369 | ANNUAL COMPRESSOR PAYMENT | Y | 1,800.00 |
| KESTERSON, EDITH ANN 31-3 | EDITH ANN & GARY KESTERSON | 3495 30TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 22.85 |
| KESTERSON, EDITH ANN 31-3 | EDITH ANN & GARY KESTERSON | 3495 30TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 200.00 |
| LECK FAMILY TRUST 19-2 | EDITH KESTERSON | 3495 30TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | - |
| LECK FAMILY TRUST 19-2 | EDITH KESTERSON | 3495 30TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | - |
| LECK, DORIS 30-2 | EDITH KESTERSON | 3495 30TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 15.19 |
| LECK, DORIS 30-2 | EDITH KESTERSON | 3495 30TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| MCKINNEY, EDWARD J 17-1 | EDWARD J & GERTUDE I MCKINNEY | 608 LEAWOOD DRIVE | PARSONS | KS | 67357-3435 | ANNUAL ROAD PAYMENT | Y | 170.03 |
| MCKINNEY, EDWARD J 17-1 | EDWARD J & GERTUDE I MCKINNEY | 608 LEAWOOD DRIVE | PARSONS | KS | 67357-3435 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| MCKINNEY, EDWARD J 17-2 | EDWARD J & GERTUDE I MCKINNEY | 608 LEAWOOD DRIVE | PARSONS | KS | 67357-3435 | ANNUAL ROAD PAYMENT | Y | 27.66 |
| MCKINNEY, EDWARD J 17-2 | EDWARD J & GERTUDE I MCKINNEY | 608 LEAWOOD DRIVE | PARSONS | KS | 67357-3435 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| O'BRIEN 1 SWD | EDWARD J O'BRIEN | 214 LATHROP STREET | KINGSTON | PA | 18704 | ANNUAL SWD PAYMENT | Y | 83.33 |
| BOOSTER - YEOMAN | EDWIN H III & MARGARET E BIDEAU & DAVID J & DAIRLEE | 18 NORTH FOREST | CHANUTE | KS | 66720 | ANNUAL COMPRESSOR PAYMENT | Y | 1,687.50 |
| BOOSTER - YEOMAN | EDWIN H III & MARGARET E BIDEAU & DAVID J & DAIRLEE | 18 NORTH FOREST | CHANUTE | KS | 66720 | ANNUAL ROW PAYMENT | Y | 150.00 |
| SCOTT, JAMES H 14-1 | Elizabeth M. Scott | 611 LEAWOOD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 46.41 |
| SCOTT, JAMES H 14-1 | Elizabeth M. Scott | 611 LEAWOOD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| ERBE, MONTE 31-1 | Erbe Living Trust | 7565 UDALL ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 159.40 |
| ERBE, MONTE 31-1 | Erbe Living Trust | 7565 UDALL ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| CLEVENGER REV TRUST 11-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 49.48 |
| CLEVENGER REV TRUST 11-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| CLEVENGER REV TRUST 11-2 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 50.00 |
| CLEVENGER REV TRUST 11-2 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |

In re PostRock MidContinent Production LLC

Case No.: 16-11232

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| CLEVENGER REV TRUST 19-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 146.61 |
| CLEVENGER REV TRUST 19-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| CLEVENGER REV TRUST 20-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 119.65 |
| CLEVENGER REV TRUST 20-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| CLEVENGER REV TRUST 21-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 55.51 |
| CLEVENGER REV TRUST 21-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| CLEVENGER REV TRUST 21-2 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 55.47 |
| CLEVENGER REV TRUST 21-2 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| CLEVENGER REV TRUST 33-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 88.24 |
| CLEVENGER REV TRUST 33-1 | ERNEST & GERALDINE CLEVENGER | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BURNS, CURTIS 25-2 | ERNEST & GERALDINE CLEVENGER REV TRST, ERNEST & GE | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 9.57 |
| BURNS, CURTIS 25-2 | ERNEST & GERALDINE CLEVENGER REV TRST, ERNEST & GE | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| CLEVENGER REV TRUST 21-4 | ERNEST & GERALDINE CLEVENGER REV TRST, ERNEST & GE | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | - |
| CLEVENGER REV TRUST 21-4 | ERNEST & GERALDINE CLEVENGER REV TRST, ERNEST & GE | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | - |
| CLEVENGER REV TRUST 33-2 | ERNEST & GERALDINE CLEVENGER REV TRST, ERNEST & GE | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | - |
| CLEVENGER REV TRUST 33-2 | ERNEST & GERALDINE CLEVENGER REV TRST, ERNEST & GE | 11130 90TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | - |
| SHORT, STERLING 24-1 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | - |
| SHORT, STERLING 24-1 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL WELL SITE PAYMENT | Y | - |
| SHORT, STERLING 24-2 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | - |
| SHORT, STERLING 24-2 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL WELL SITE PAYMENT | Y | - |
| SHORT, STERLING 24-3 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | 13.99 |
| SHORT, STERLING 24-3 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| SHORT, STERLING 24-4 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | 29.61 |
| SHORT, STERLING 24-4 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| SHORT, STERLING 24-8 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | 66.67 |
| SHORT, STERLING 24-8 | EVELYN F SHORT REV TRST, EVELYN SHORT & WAYNE SHO | 1701 MADISON STREE | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | 16.33 |
| BAUGHER, RAYMOND C 6-1 | FARM SERVICE AGENCY FBO Casey & Stacey Decker | 410 PETER PAN ROAD | INDEPENDENCE | KS | 67301 | ANNUAL ROAD PAYMENT | Y | 108.62 |
| BAUGHER, RAYMOND C 6-1 | FARM SERVICE AGENCY FBO Casey & Stacey Decker | 410 PETER PAN ROAD | INDEPENDENCE | KS | 67301 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| TROTTER, RITA J 16-1 | FARM SERVICE AGENCY FBO CLAYTON S. MYERS | 410 PETER PAN ROAD | INDEPENDENCE | KS | 67301 | ANNUAL ROAD PAYMENT | Y | 53.34 |
| TROTTER, RITA J 16-1 | FARM SERVICE AGENCY FBO CLAYTON S. MYERS | 410 PETER PAN ROAD | INDEPENDENCE | KS | 67301 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| STICH 6-1 SWD | FARMERS NATIONAL BANK OF KANSAS F/A/O WILLIAM & | 15305 JACKSON ROAD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 500.00 |
| MIDDLETON 9-1 SWD | FRANK J MIDDLETON | 314 NETTLE DR. | GARLAND | TX | 74043 | ANNUAL SWD PAYMENT | Y | 27.78 |
| HARRIS, FRANK W 10-1 | FRANK W & DELTA R HARRIS | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 58.13 |
| HARRIS, FRANK W 10-1 | FRANK W & DELTA R HARRIS | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| HARRIS, FRANK W 13-1 | FRANK W & DELTA R HARRIS | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 6.72 |
| HARRIS, FRANK W 13-1 | FRANK W & DELTA R HARRIS | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| HARRIS, FRANK W 14-1 | FRANK W & DELTA R HARRIS | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL ROAD PAYMENT | Y | 37.24 |
| HARRIS, FRANK W 14-1 | FRANK W & DELTA R HARRIS | 9605 QUEEN ROAD | SAINT PAUL | KS | 66771 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BANOWETZ 10-1 SWD | FRED & ANITA VAIL | 650 7000 ROAD | EDNA | KS | 67342 | ANNUAL SWD PAYMENT | Y | 83.33 |
| BLACK 25-1 SWD | FRED BLACK | 857 17000 ROAD | MOUND VALLEY | KS | 67354 | ANNUAL SWD PAYMENT | Y | 500.00 |
| OSBURN, FREDDY 10-2 | FRED OSBORN | 11305 GRAY ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 18.00 |
| OSBURN, FREDDY 10-2 | FRED OSBORN | 11305 GRAY ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| LECK, FRED R 10-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 14.21 |
| LECK, FRED R 10-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| LECK, FRED R 20-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 12.24 |

In re PostRock MidContinent Production LLC

Case No.: 16-11232

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| LECK, FRED R 20-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| LECK, FRED R 25-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 78.87 |
| LECK, FRED R 25-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| LECK, FRED R 3-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 16.24 |
| LECK, FRED R 3-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.34 |
| LECK, FRED R 3-2 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 10.39 |
| LECK, FRED R 3-2 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.34 |
| LECK, FRED R 32-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 17.59 |
| LECK, FRED R 32-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| LECK, FRED R 36-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 21.80 |
| LECK, FRED R 36-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| LECK, FRED R 4-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 15.35 |
| LECK, FRED R 4-1 | FRED R & DIANA LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| LECK, DORIS 30-3 | Fred Richard Leck | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 42.85 |
| LECK, DORIS 30-3 | Fred Richard Leck | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| LECK, DORIS 30-4 | FRED RICHARD LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 61.44 |
| LECK, DORIS 30-4 | FRED RICHARD LECK | 2435 CHASE ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| OSBORNE, FREDDIE 10-1 | Freddy & Patricia Osborn | 11455 GRAY ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 60.29 |
| OSBORNE, FREDDIE 10-1 | Freddy & Patricia Osborn | 11455 GRAY ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| CARTER, GALE D 13-1 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 7.50 |
| CARTER, GALE D 13-1 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 33.33 |
| CARTER, GALE D 24-1 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 25.00 |
| CARTER, GALE D 24-1 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| CARTER, GALE D 24-2 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 30.00 |
| CARTER, GALE D 24-2 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| CARTER, GALE D 30-1 SWD | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 104.17 |
| CARTER, GALE D 30-2 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 11.67 |
| CARTER, GALE D 30-2 | GALE & RETHA CARTER | 20966 1500 R RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| THORSELL, GALEN REV TRUST 7-1 | GALEN E THORSELL REV TRST DTD | 1305 W. 4TH STREET | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 55.00 |
| THORSELL, GALEN REV TRUST 7-1 | GALEN E THORSELL REV TRST DTD | 1305 W. 4TH STREET | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| THORSELL, WILLIAM R 7-1 | GALEN E THORSELL REV TRST DTD | 1305 W. 4TH STREET | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 183.33 |
| THORSELL, WILLIAM R 34-1 | GALEN E THORSELL REV TRST, GEORGE ROBERT THORSELL | 19603 UDALL ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| FAIL, IVAN 10-1 | GARY & TONIA NELSON | 21461 LIMIT ROAD | EASTON | KS | 66020 | ANNUAL ROAD PAYMENT | Y | 9.45 |
| FAIL, IVAN 10-1 | GARY & TONIA NELSON | 21461 LIMIT ROAD | EASTON | KS | 66020 | ANNUAL WELL SITE PAYMENT | Y | 44.45 |
| FAIL, IVAN 33-1 | GARY & TONIA NELSON | 21461 LIMIT ROAD | EASTON | KS | 66020 | ANNUAL ROAD PAYMENT | Y | 36.06 |
| FAIL, IVAN 33-1 | GARY & TONIA NELSON | 21461 LIMIT ROAD | EASTON | KS | 66020 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| FAIL, IVAN 9-1 | GARY & TONIA NELSON | 21461 LIMIT ROAD | EASTON | KS | 66020 | ANNUAL ROAD PAYMENT | Y | 23.00 |
| FAIL, IVAN 9-1 | GARY & TONIA NELSON | 21461 LIMIT ROAD | EASTON | KS | 66020 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| BRENNECKE 9-1 SWD | Gary D Brennecke Rev Trust | 3100 JOHNSTON ROAD | PARSONS | KS | 67357 | ANNUAL SWD PAYMENT | Y | 750.00 |
| KILGORE, GARY L 22-1 | GARY L KILGORE & LORRAINE | 5365 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 41.25 |
| KILGORE, GARY L 22-1 | GARY L KILGORE & LORRAINE | 5365 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| GREVE, GEORGE 12-1 SWD | GEORGE & BETTY GREVE | 13010 230TH ROAD | ERIE | KS | 66733 | ANNUAL SWD PAYMENT | Y | 137.50 |
| GREVE, GEORGE 6-1 SWD | GEORGE & BETTY GREVE | 13010 230TH ROAD | ERIE | KS | 66733 | ANNUAL SWD PAYMENT | Y | 137.50 |
| PPL-YEOMAN RANGE | GEORGE & HELEN EISELE | ROUTE 4, BOX 164 | FREDONIA | KS | 66736 | ANNUAL COMPRESSOR PAYMENT | Y | 333.33 |
| PPL-EDNA HOLLOW | GEORGE SEALS | 6517 W 79TH ST | OVERLAND PARK | KS | 66204 | ANNUAL ROW PAYMENT | Y | - |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| PPL-FS LN 3-3 TO FS | Gerald & Elizabeth Sharp | P.O. BOX 721 | CHANUTE | KS | 66720 | ANNUAL TOWER SITE PAYMENT | Y | 583.33 |
| UMBARGER, GERALD E 30-1 | GERALD E & ELEANOR E UMBARGER | 1221 W 2ND | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 219.92 |
| UMBARGER, GERALD E 30-1 | GERALD E & ELEANOR E UMBARGER | 1221 W 2ND | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| UMBARGER, GERALD E 30-2 | GERALD E & ELEANOR E UMBARGER | 1221 W 2ND | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 61.73 |
| UMBARGER, GERALD E 30-2 | GERALD E & ELEANOR E UMBARGER | 1221 W 2ND | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| CAMPBELL, LOIS D 3-2 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 9.76 |
| CAMPBELL, LOIS D 3-2 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| CAMPBELL, LOIS D 3-3 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 50.00 |
| CAMPBELL, LOIS D 3-3 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| CAMPBELL, LOIS D 3-4 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 35.00 |
| CAMPBELL, LOIS D 3-4 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| CAMPBELL, LOIS D 3-5 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 52.42 |
| CAMPBELL, LOIS D 3-5 | GERICKE IRON & METAL, INC | 1212 N. SANTA FE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| DENNEY, BETTY J 20-2 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | - |
| DENNEY, BETTY J 20-2 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | - |
| FAIL, IVAN J 28-2 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 1.52 |
| FAIL, IVAN J 28-2 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| FAIL, IVAN J 29-1 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 6.28 |
| FAIL, IVAN J 29-1 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| MERRITT, ROBERT L 28-1 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 6.74 |
| MERRITT, ROBERT L 28-1 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| MERRITT, ROBERT L 28-2 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 2.67 |
| MERRITT, ROBERT L 28-2 | GG LAND & CATTLE, GARY HOLST, MANAGER | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| BERG, GLEN 32-1 SWD | Glen R. Berg Rev Trust | 1311 N. MAIN | GARDEN PLAIN | KS | 67050 | ANNUAL SWD PAYMENT | Y | 1,500.00 |
| BERG, GLEN REV TRUST 31-1 | Glen R. Berg Rev Trust | 1311 N. MAIN | GARDEN PLAIN | KS | 67050 | ANNUAL ROAD PAYMENT | Y | 124.00 |
| BERG, GLEN REV TRUST 31-1 | Glen R. Berg Rev Trust | 1311 N. MAIN | GARDEN PLAIN | KS | 67050 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| PPL-FS LN 3-3 TO FS | GLENN RETTMANN | 20310 1300 ROAD | CHANUTE | KS | 66720 | ANNUAL COMPRESSOR PAYMENT | Y | 1,458.33 |
| TAYLOR, WAYNE L 22-1 SWD | GRACE P TAYLOR FAMILY TRST | 11608 W 101ST TERR | OVERLAND PARK | KS | 66214 | ANNUAL SWD PAYMENT | Y | 343.75 |
| CARTER, GREG A 25-1 | Greg & Antoinette Carter | 23152 2100 ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 40.69 |
| CARTER, GREG A 25-1 | Greg & Antoinette Carter | 23152 2100 ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| CARTER, GREG A 36-1 | GREG A & ANTOINETTE M CARTER | 23152 2100 ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 12.54 |
| CARTER, GREG A 36-1 | GREG A & ANTOINETTE M CARTER | 23152 2100 ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| HUNN, GREG S 12-1 | GREG HUNN & REBECCA HUNN, H/W | 14250 115TH STREET | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 52.66 |
| HUNN, GREG S 12-1 | GREG HUNN & REBECCA HUNN, H/W | 14250 115TH STREET | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| PPL-R&H/FARMLAND | GWENDLYN PLACE | 2700 LEGACY COURT | BARTLESVILLE | OK | 74006 | ANNUAL COMPRESSOR PAYMENT | Y | 1,160.00 |
| JOHN, VELMA 20-1 | HAROLD LEON JOHN & PAULA JOHN | 120 SOUTH OKMULGE | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 67.70 |
| JOHN, VELMA 20-1 | HAROLD LEON JOHN & PAULA JOHN | 120 SOUTH OKMULGE | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| JOHN, VELMA 29-1 | HAROLD LEON JOHN & PAULA JOHN | 120 SOUTH OKMULGE | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 37.88 |
| JOHN, VELMA 29-1 | HAROLD LEON JOHN & PAULA JOHN | 120 SOUTH OKMULGE | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| WOOLERY, LARRY 29-1 | HAROLD LEON JOHN & PAULA JOHN | 120 SOUTH OKMULGE | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 24.00 |
| HINES LIVING TRUST 13-1 | HOLLY MICHAELIS | PO BOX 263 | REPUBLIC | MO | 65738 | ANNUAL ROAD PAYMENT | Y | 34.38 |
| HINES LIVING TRUST 13-1 | HOLLY MICHAELIS | PO BOX 263 | REPUBLIC | MO | 65738 | ANNUAL WELL SITE PAYMENT | Y | 183.33 |
| MARKLEY, HOWARD A 11-1 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 20.86 |
| MARKLEY, HOWARD A 11-1 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| MARKLEY, HOWARD A 11-2 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 30.07 |

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| MARKLEY, HOWARD A 11-2 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| MARKLEY, HOWARD A 2-2 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 60.26 |
| MARKLEY, HOWARD A 2-2 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| MARKLEY, HOWARD A 3-2 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 22.37 |
| MARKLEY, HOWARD A 3-2 | HOWARD A & GETA F MARKLEY REV TRST | 716 26000 RD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| PPL-R&H/FARMLAND | HOWARD C & DEBRA L WEBSTER | HC 61 BOX 24 | LENAPAH | OK | 74042 | ANNUAL RENTAL PAYMENT | Y | 416.67 |
| WEBSTER 6-A SWD | HOWARD C & SHIRLEY D WEBSTER | HC 6 BOX 217 | LENAPAH | OK | 74042 | ANNUAL SWD PAYMENT | Y | 500.00 |
| PPL-JHK E SUCT TO STITCH SWD | HUGO & LAURALEE SPIEKER LIV TR | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL TOWER SITE PAYMENT | Y | 916.67 |
| SPIEKER, HUGO 21-1 | HUGO & LAURALEE SPIEKER LIV TR | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 43.40 |
| SPIEKER, HUGO 21-1 | HUGO & LAURALEE SPIEKER LIV TR | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| SPIEKER, HUGO 21-2 | HUGO & LAURALEE SPIEKER LIV TR | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 47.62 |
| SPIEKER, HUGO 21-2 | HUGO & LAURALEE SPIEKER LIV TR | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| SPIEKER, HUGO 4-2 | HUGO & LAURALEE SPIEKER LIV TR, HUGO & LAURALEE SP | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 21.70 |
| SPIEKER, HUGO 4-2 | HUGO & LAURALEE SPIEKER LIV TR, HUGO & LAURALEE SP | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| SPIEKER, HUGO 4-1 | Hugo & Lauralee Spiekler Liv Tr | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 48.21 |
| SPIEKER, HUGO 4-1 | Hugo & Lauralee Spiekler Liv Tr | 15575 ELK RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| GOOD, IVAN L 27-1 | Ivan & Patricia Good Rev Trust | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL ROAD PAYMENT | Y | 42.66 |
| GOOD, IVAN L 27-1 | Ivan & Patricia Good Rev Trust | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| GOOD REV TRUST 6-1 | IVAN GOOD, TTEE | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL ROAD PAYMENT | Y | 18.01 |
| GOOD REV TRUST 6-1 | IVAN GOOD, TTEE | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| O'CONNER, THOMAS J JR 8-1 | IVAN GOOD, TTEE | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL ROAD PAYMENT | Y | 17.40 |
| O'CONNER, THOMAS J JR 8-1 | IVAN GOOD, TTEE | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| GOOD, IVAN L 27-2 | IVAN L & PATRICIA A GOOD REV TRST | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL ROAD PAYMENT | Y | 48.52 |
| GOOD, IVAN L 27-2 | IVAN L & PATRICIA A GOOD REV TRST | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| GOOD, IVAN L 34-1 | IVAN L & PATRICIA A GOOD REV TRST | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL ROAD PAYMENT | Y | 19.99 |
| GOOD, IVAN L 34-1 | IVAN L & PATRICIA A GOOD REV TRST | 2 RORI LANE | BELLA VISTA | AR | 72715-5609 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| FAIL, IVAN 10-1 | IVAN LEE FAIL | 846 S. LINDEN | SPARTA | MO | 65753 | ANNUAL ROAD PAYMENT | Y | 9.45 |
| FAIL, IVAN 10-1 | IVAN LEE FAIL | 846 S. LINDEN | SPARTA | MO | 65753 | ANNUAL WELL SITE PAYMENT | Y | 44.45 |
| FINLEY, J C 3-1 | J CARROLL & SHIRLEY F FINLEY | 1420 HIGHWAY 39 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 92.35 |
| FINLEY, J C 3-1 | J CARROLL & SHIRLEY F FINLEY | 1420 HIGHWAY 39 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| FINLEY, J CARROLL 29-1 | J CARROLL & SHIRLEY F FINLEY | 1420 HIGHWAY 39 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 33.54 |
| FINLEY, J CARROLL 29-1 | J CARROLL & SHIRLEY F FINLEY | 1420 HIGHWAY 39 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| PPL-FS LN 3-3 TO FS | JACK HUGHES REV TR | 8405 30TH RD | GALESBURG | KS | 66740 | ANNUAL RENTAL PAYMENT | Y | 166.67 |
| DYKE, JACK W 4-1 | JACK W DYKE, ET UX | 513 27000 ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 24.33 |
| DYKE, JACK W 4-1 | JACK W DYKE, ET UX | 513 27000 ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| FARRICE, JIMMIE L 5-2 | Jacob CP Schwartz | 26062 ELK ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 143.50 |
| FARRICE, JIMMIE L 5-2 | Jacob CP Schwartz | 26062 ELK ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| MCCLANAHAN, JAMES N 25-1 | JAMES & JUANITA MCCLANAHAN | 8434 S PHOENIX PL | TULSA | OK | 74135 | ANNUAL ROAD PAYMENT | Y | 50.61 |
| MCCLANAHAN, JAMES N 25-1 | JAMES & JUANITA MCCLANAHAN | 8434 S PHOENIX PL | TULSA | OK | 74135 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| MCCLANAHAN, JAMES N 25-2 | JAMES & JUANITA MCCLANAHAN | 8434 S PHOENIX PL | TULSA | OK | 74135 | ANNUAL ROAD PAYMENT | Y | 46.17 |
| MCCLANAHAN, JAMES N 25-2 | JAMES & JUANITA MCCLANAHAN | 8434 S PHOENIX PL | TULSA | OK | 74135 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| PPL-HSL LAT-PAYNE TO GRBL DISCHG | JAMES & MARIE BANOWETZ | 10012 FORD RD | EDNA | KS | 67342 | ANNUAL COOLING SITE PAYMENT | Y | - |
| BOOSTER - 1-10 | James &/or Sharon Holtzman | 24723 850 ROAD | THAYER | KS | 66776 | ANNUAL COMPRESSOR PAYMENT | Y | 583.33 |
| HOLTZMAN 13-1 SWD | James &/or Sharon Holtzman | 24723 850 ROAD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 583.33 |
| GRADY, JAMES A 5-1 | JAMES A & EVELYN L GRADY | 22094 1800 ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 37.23 |

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| GRADY, JAMES A 5-1 | JAMES A & EVELYN L GRADY | 22094 1800 ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| GRADY, JAMES A 5-2 | JAMES A & EVELYN L GRADY | 22094 1800 ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 56.29 |
| GRADY, JAMES A 5-2 | JAMES A & EVELYN L GRADY | 22094 1800 ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| GRADY, JAMES A 5-1 SWD | JAMES A & EVELYN L GRADY TRST | 22094 1800 ROAD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 125.00 |
| ALDRIDGE, JAMES E 20-1 | JAMES E ALDRIDGE | 1030 23000 RD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 4.14 |
| ALDRIDGE, JAMES E 20-1 | JAMES E ALDRIDGE | 1030 23000 RD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 33.33 |
| ERBE 35-1 SWD | Janet Erbe | 21184 800 ROAD | ALTOONA | KS | 66710 | ANNUAL SWD PAYMENT | Y | 583.33 |
| BURRIS, JOE ANN 7-1 | Janet Lynn Burris | 920 25000 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 85.30 |
| BURRIS, JOE ANN 7-1 | Janet Lynn Burris | 920 25000 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| CALDWELL LIVING TRUST 14-1 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 44.35 |
| CALDWELL LIVING TRUST 14-1 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| CALDWELL LIVING TRUST 14-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 13.07 |
| CALDWELL LIVING TRUST 14-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| CALDWELL LIVING TRUST 14-3 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 33.00 |
| CALDWELL LIVING TRUST 14-3 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HENRY, JAROLD W 20-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 44.07 |
| HENRY, JAROLD W 20-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| HENRY, JAROLD W 29-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 72.59 |
| HENRY, JAROLD W 29-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| HENRY, JAROLD W 29-3 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD SITE PAYMENT | Y | 165.48 |
| HENRY, JAROLD W 29-3 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| HENRY, JAROLD W 3-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 34.50 |
| HENRY, JAROLD W 3-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| HENRY, JAROLD W 34-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 72.91 |
| HENRY, JAROLD W 34-2 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HENRY, JAROLD W 34-3 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 71.37 |
| HENRY, JAROLD W 34-3 | JAROLD W & MARILYN HENRY | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HENRY TRUST 34-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 39.82 |
| HENRY TRUST 34-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HENRY, JAROLD W 19-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 33.08 |
| HENRY, JAROLD W 19-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 150.00 |
| HENRY, JAROLD W 20-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 72.99 |
| HENRY, JAROLD W 20-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HENRY, JAROLD W 25-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 157.21 |
| HENRY, JAROLD W 25-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HENRY, JAROLD W 29-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 42.75 |
| HENRY, JAROLD W 29-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HENRY, JAROLD W 4-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 122.54 |
| HENRY, JAROLD W 4-1 | JAROLD W & MARILYN HENRY JTS | 14385 ELK ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| HICKS, JAY D 36-1 | JAY D HICKS | 206 EAST 6TH, APT 6- | CHERRYVALE | KS | 67355 | ANNUAL ROAD PAYMENT | Y | 74.44 |
| HICKS, JAY D 36-1 | JAY D HICKS | 206 EAST 6TH, APT 6- | CHERRYVALE | KS | 67355 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| HICKS, JAY D 36-2 | JAY D HICKS | 206 EAST 6TH, APT 6- | CHERRYVALE | KS | 67355 | ANNUAL ROAD PAYMENT | Y | 11.74 |
| HICKS, JAY D 36-2 | JAY D HICKS | 206 EAST 6TH, APT 6- | CHERRYVALE | KS | 67355 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| HICKS, JAY D 6-1 | JAY D HICKS | 206 EAST 6TH, APT 6- | CHERRYVALE | KS | 67355 | ANNUAL ROAD PAYMENT | Y | 13.83 |
| HICKS, JAY D 6-1 | JAY D HICKS | 206 EAST 6TH, APT 6- | CHERRYVALE | KS | 67355 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| MIDDLETON 9-1 SWD | JEANNE A EPPERSON | 690 CEDAR RIDGE DRI | NEOSHO | MO | 64850 | ANNUAL SWD PAYMENT | Y | 27.78 |
| FOWLER, JEFF 16-1 SWD | JEFFREY S FOWLER | 2380 W MAIN | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 1,145.83 |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | JEREMY B THORNTON | 510 W NEOSHO | CHANUTE | KS | 66720 | ANNUAL COMPRESSOR PAYMENT | Y | 333.33 |
| STICH, JOSEPH W 8-2 | JERRY D & MARY R JORDAN | 16665 FORD ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 22.05 |
| STICH, JOSEPH W 8-2 | JERRY D & MARY R JORDAN | 16665 FORD ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | JERRY D HALL TRST JERRY J HALL, TTEE | 9267 MARION RD | FREDONIA | KS | 66736 | ANNUAL COMPRESSOR PAYMENT | Y | 333.33 |
| GREER, JERRY M TRUST 16-1 | JERRY M GREER TRST DANNY L THOMAS - TTEE | 105 MILLVIEW RD | SALINA | KS | 67401 | ANNUAL ROAD PAYMENT | Y | 25.32 |
| GREER, JERRY M TRUST 16-1 | JERRY M GREER TRST DANNY L THOMAS - TTEE | 105 MILLVIEW RD | SALINA | KS | 67401 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| BRANT 3-1 SWD | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 200.00 |
| BRANT, J W 3-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 14.65 |
| BRANT, J W 3-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| BRANT, JERRY 24-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 38.73 |
| BRANT, JERRY 24-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BRANT, JERRY 3-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 100.83 |
| BRANT, JERRY 3-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BRANT, JERRY 3-2 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 81.89 |
| BRANT, JERRY 3-2 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BRANT, JERRY 3-4 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 60.00 |
| BRANT, JERRY 3-4 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL SITE PAYMENT | Y | 133.33 |
| BRANT, JERRY 5-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 41.10 |
| BRANT, JERRY 5-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| BRANT, JERRY W 31-2 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 24.03 |
| BRANT, JERRY W 31-2 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL SITE PAYMENT | Y | 100.00 |
| BRANT, JERRY W 5-2 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 110.24 |
| BRANT, JERRY W 5-2 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| BRANT, JERRY W 6-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 19.88 |
| BRANT, JERRY W 6-1 | JERRY W & SHERRIE E BRANT, H/W JTS | 4070 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| CARTER, PHILLIP D 31-1 | Jimmy D. Carter | 11406 UDALL | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 10.00 |
| CARTER, PHILLIP D 31-1 | Jimmy D. Carter | 11406 UDALL | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| CLEVENGER, JOE D 15-1 | JOE D CLEVENGER | 1163 23000 RD | PARSON | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 45.86 |
| CLEVENGER, JOE D 15-1 | JOE D CLEVENGER | 1163 23000 RD | PARSON | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| PPL-PSI-DEARING | JOHN & JOYCE COONS | 2233 CR 4300 | COFFEYVILLE | KS | 67337 | ANNUAL METER STATION PAYMENT | Y | 233.33 |
| COPE, SHERRY 32-2 | John & Sherry Cope | ROUTE 1, BOX 18C | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 91.21 |
| COPE, SHERRY 32-2 | John & Sherry Cope | ROUTE 1, BOX 18C | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| MORRIS, NORMA 5-2 | JOHN C RUBOW & LINDA COLE RUBOW, H/W | PO BOX 563 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 9.23 |
| MORRIS, NORMA 5-2 | JOHN C RUBOW & LINDA COLE RUBOW, H/W | PO BOX 563 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| GOOD, JOHN L 28-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 23.77 |
| GOOD, JOHN L 28-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| GOOD, JOHN L 33-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 19.20 |
| GOOD, JOHN L 33-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| KEZAR, ROBYN A 35-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 40.39 |
| KEZAR, ROBYN A 35-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| KEZAR, ROBYN A 9-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 26.10 |
| KEZAR, ROBYN A 9-1 | JOHN L GOOD | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| SIMMONS, JOHN L 10-1 SWD | JOHN L SIMMONS & PATRICIA M | 4750 NESS RD | PARSONS | KS | 67357 | ANNUAL SWD PAYMENT | Y | 833.33 |

In re Postrock MidContinent Production LLC

Case No.: 16-11232

**Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
**Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.**

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| GOOD, JOHN L 26-1 | John L. Good | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 44.69 |
| GOOD, JOHN L 26-1 | John L. Good | 1086 2600 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| COPE, SHERRY 32-1 | JOHN M & SHERRY L COPE | ROUTE 1, BOX 18C | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 22.73 |
| COPE, SHERRY 32-1 | JOHN M & SHERRY L COPE | ROUTE 1, BOX 18C | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| MEARS 3 SWD | JOHN MEARS | 4100 240 RD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | - |
| SMITH 23-1 SWD | JOHN W & CAROL A SMITH | 6030 HARPER ROAD | EDNA | KS | 67342 | ANNUAL SWD PAYMENT | Y | - |
| STOTTMANN, JOSEPH J 10-1 | Joseph & Caroline Stottmann | 25037 LYON ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 137.50 |
| STOTTMANN, JOSEPH J 10-1 | Joseph & Caroline Stottmann | 25037 LYON ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BRINKMAN 7-3 SWD | JOSEPH A BRINKMAN | BOX 132 | LENAPAH | OK | 74042 | ANNUAL SWD PAYMENT | Y | 100.00 |
| HANSEN, JOE R 34-1 | JOSEPH R HANSEN REV TRST JOSEPH R HANSEN, TTEE | 19150 ANDERSON RO. | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 100.00 |
| GRAHAM 4A SWD | JOSEPH W & KATHERINE J BILLER | 1133 CAMBRIDGE DR. | YUKON | OK | 73099 | ANNUAL SWD PAYMENT | Y | 416.67 |
| BOOSTER - JORDAN | Justin & Jeannie McKee | P.O. BOX 56 | LENAPAH | OK | 74042 | ANNUAL COMPRESSOR PAYMENT | Y | 1,041.67 |
| JORDAN 11-1 SWD | JUSTIN & JEANNIE MCKEE | P.O. BOX 56 | LENAPAH | OK | 74042 | ANNUAL SWD PAYMENT | Y | 2,475.00 |
| MCPHERSON, ROBERT B 13-3 | JUSTIN D. JANTZ | 920 N. 6TH | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | - |
| MCPHERSON, ROBERT B 13-3 | JUSTIN D. JANTZ | 920 N. 6TH | FREDONIA | KS | 66736 | ANNUAL WELL SITE PAYMENT | Y | - |
| KANSAS 1178 LEGACY 17-1 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 33.39 |
| KANSAS 1178 LEGACY 17-1 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| KANSAS 1178 LLC 16-2 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 118.72 |
| KANSAS 1178 LLC 16-2 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| KANSAS 1178 LLC 16-3 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 6.66 |
| KANSAS 1178 LLC 16-3 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| KANSAS 1178 LLC 16-4 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 9.55 |
| KANSAS 1178 LLC 16-4 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| KANSAS 1178 LLC 17-2 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 124.55 |
| KANSAS 1178 LLC 17-2 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| KANSAS 1178 LLC 17-3 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 36.81 |
| KANSAS 1178 LLC 17-3 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| KANSAS 1178 LLC 17-4 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 37.88 |
| KANSAS 1178 LLC 17-4 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| KANSAS 1178 LLC 17-6 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 13.76 |
| KANSAS 1178 LLC 17-6 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| KANSAS 1178 LLC 21-1 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 37.42 |
| KANSAS 1178 LLC 21-1 | KANSAS 1178 LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| KANSAS 1178 LLC 21-2 | Kansas 1178, LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 111.21 |
| KANSAS 1178 LLC 21-2 | Kansas 1178, LLC | 411 HILLSIDE DRIVE | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| TRICHLER, WAYNE A 14-1 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| TRICHLER, WAYNE A 14-1 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL WELL SITE PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 16-1 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL ROAD PAYMENT | Y | 3.33 |
| TRICHLER, WAYNE A 16-1 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL WELL SITE PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 16-2 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL ROAD PAYMENT | Y | 1.67 |
| TRICHLER, WAYNE A 16-2 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL WELL SITE PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 9-1 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL ROAD PAYMENT | Y | 6.25 |
| TRICHLER, WAYNE A 9-1 | KAREN A ROGERS | 26923 S. KAUFMANN | HARRISONVILLE | MS | 64701 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| HULL 34-1 SWD | KAREN HULL, WIDOW | 13298 K 39 | BENEDICT | KS | 66714 | ANNUAL SWD PAYMENT | Y | 166.67 |
| KRAFT, KEITH R 3-1 | KEITH R & MARYLIN KRAFT | 6260 183RD ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 13.87 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| KRAFT, KEITH R 3-1 | KEITH R & MARYLIN KRAFT | 6260 183RD ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| KRAFT, KEITH R 3-2 | KEITH R & MARYLIN KRAFT | 6260 183RD ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 10.23 |
| KRAFT, KEITH R 3-2 | KEITH R & MARYLIN KRAFT | 6260 183RD ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| SWILER, KEN 3-2 | KEITH R & MARYLIN KRAFT | 6260 183RD ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 26.00 |
| SWILER, KEN 3-2 | KEITH R & MARYLIN KRAFT | 6260 183RD ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| PPL-FS LN 3-3 TO FS | Kelly & Judith Newberry | 6770 KINGMAN ROAD | GALESBURG | KS | 66740 | ANNUAL COMPRESSOR PAYMENT | Y | 583.33 |
| KUHN 5 SWD | KENNETH E & GLENNA P KUHN | P.O. BOX 724 | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | - |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | KENNETH RICHARDSON | 9798 HARPER ROAD | FREDONIA | KS | 66736 | ANNUAL ROW PAYMENT | Y | 83.33 |
| CARTER, KENNY 22-1 SWD | KENNY D CARTER & CHRISTINE G. CARTER | 18240 HIGHWAY K-47 | ALTOONA | KS | 66710 | ANNUAL SWD PAYMENT | Y | - |
| CARTER, PHILLIP D 5-1 | Kenny D. Carter & Christine G. Carter | 18240 HIGHWAY K-47 | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 49.82 |
| CARTER, PHILLIP D 5-1 | Kenny D. Carter & Christine G. Carter | 18240 HIGHWAY K-47 | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| CARTER, PHILLIP D 5-2 | Kenny D. Carter & Christine G. Carter | 18240 HIGHWAY K-47 | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 261.00 |
| CARTER, PHILLIP D 5-2 | Kenny D. Carter & Christine G. Carter | 18240 K 47 HWY | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| CARTER, KENNY D 22-1 | KENNY DEAN CARTER & CHRISTINE G CARTER, H/W | 18240 K 47 HWY | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 15.00 |
| CARTER, KENNY D 22-1 | KENNY DEAN CARTER & CHRISTINE G CARTER, H/W | 18240 K 47 HWY | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| CARTER, KENNY D 7-1 | KENNY DEAN CARTER & CHRISTINE G CARTER, H/W | 18240 K 47 HWY | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 57.91 |
| CARTER, KENNY D 7-1 | KENNY DEAN CARTER & CHRISTINE G CARTER, H/W | 18240 K 47 HWY | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| STEEVES, DONALD R 4-1 | KENNY DEAN CARTER & CHRISTINE G CARTER, H/W | 18240 K 47 HWY | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 38.40 |
| STEEVES, DONALD R 4-1 | KENNY DEAN CARTER & CHRISTINE G CARTER, H/W | 18240 K 47 HWY | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| KEPLEY, ROBERT A 18-1 SWD | Kepley Enterprises, LLC | 3035 160TH ROAD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 625.00 |
| CARTER, JIMMY D 12-1 | KIM & SHELLY KUHN JTWROS | 1630 200TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 28.20 |
| CARTER, JIMMY D 12-1 | KIM & SHELLY KUHN JTWROS | 1630 200TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| BRINKMAN 7-3 SWD | LA UNA NOLTE | BOX 132 | LENAPAH | OK | 74042 | ANNUAL SWD PAYMENT | Y | 100.00 |
| BENNING 36-1 | LaDonna Coffield | 14831 N TRENT ST. | TAHLEQUAH | OK | 74467 | ANNUAL SWD PAYMENT | Y | 350.00 |
| LECK, ROBERT J 27-2 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 5.44 |
| LECK, ROBERT J 27-2 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| WOOLERY, DELMER 20-1 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 56.06 |
| WOOLERY, DELMER 20-1 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| WOOLERY, DELMER 28-1 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| WOOLERY, DELMER 28-3 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 48.87 |
| WOOLERY, DELMER 28-3 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| WOOLERY, LARRY 21- 1 SWD | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 333.33 |
| WOOLERY, LARRY 21-1 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 25.80 |
| WOOLERY, LARRY 21-1 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| WOOLERY, LARRY 21-2 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 8.14 |
| WOOLERY, LARRY 21-2 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| WOOLERY, LARRY 29-1 | LARRY & JOY WOOLERY | 5880 90TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| PPL-R&H/FARMLAND | LARRY A & SHARON REITZ | HC 61, BOX 215 | LENAPAH | OK | 74042 | ANNUAL COMPRESSOR PAYMENT | Y | 2,900.00 |
| REITZ 24-1 SWD | LARRY A REITZ & SHARON REITZ | HC 61 BOX 215 | LENAPAH | OK | 74042 | ANNUAL SWD PAYMENT | Y | 2,025.00 |
| UMBARGER 10-1 | LARRY E & CAROL MAY UMBARGER | 1085 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 4.91 |
| UMBARGER 10-1 | LARRY E & CAROL MAY UMBARGER | 1085 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 50.00 |
| UMBARGER, LARRY 11-1 | LARRY E & CAROL MAY UMBARGER | 1085 120TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 13.91 |
| UMBARGER, LARRY 11-1 | LARRY E & CAROL MAY UMBARGER | 1085 120TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| CALLARMAN 3 SWD | LARRY L CALLARMAN & HARRIETT LEISA CALLARMAN | 21760 850TH ROAD | ALTOONA | KS | 66710 | ANNUAL SWD PAYMENT | Y | 83.33 |
| PPL-FS LN 3-3 TO FS | LARRY L CALLARMAN & HARRIETT LEISA CALLARMAN | 21760 850TH ROAD | ALTOONA | KS | 66710 | ANNUAL COMPRESSOR PAYMENT | Y | 333.33 |

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| PPL-JHK E SUCT TO STITCH SWD | LARRY W & RHONDA INGRAHAM, JTWROS | 2831 SOUTH PLUMME | CHANUTE | KS | 66720 | ANNUAL ROW PAYMENT | Y | - |
| MILLER, LAVERNE 14-1 SWD | LAVERNE H MILLER | 16970 THOMAS ROAD | ALTOONA | KS | 66710 | ANNUAL SWD PAYMENT | Y | 104.17 |
| MILLER, LAVERNE 14-1 | Laverne H. Miller | 16970 THOMAS ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 35.88 |
| MILLER, LAVERNE 14-1 | Laverne H. Miller | 16970 THOMAS ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| BRADFORD LIVING TRUST 23-1 | LEE BRADFORD LIV TRST | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | - |
| BRADFORD LIVING TRUST 23-1 | LEE BRADFORD LIV TRST | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | - |
| BRADFORD LIVING TRUST 24-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 2.50 |
| BRADFORD LIVING TRUST 24-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 25-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 7.50 |
| BRADFORD LIVING TRUST 25-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 26-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| BRADFORD LIVING TRUST 26-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 29-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 15.00 |
| BRADFORD LIVING TRUST 29-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 50.00 |
| BRADFORD LIVING TRUST 30-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| BRADFORD LIVING TRUST 30-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 36-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 2.50 |
| BRADFORD LIVING TRUST 36-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 16.67 |
| BRADFORD LIVING TRUST 9-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 39.45 |
| BRADFORD LIVING TRUST 9-1 | LEE BRADFORD LIV TRST, LEE BRADFORD TTEE | 14007 THOMAS RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| YARNELL, L L 2-1 SWD | LELAND L & SHARON L YARNELL | 18180 MEADE ROAD | ERIE | KS | 66733 | ANNUAL SWD PAYMENT | Y | 100.00 |
| BOGNER, LEO 12-1 | LEO N BOGNER TRST & MILDRED S BOGNER TRST | 1016 24000 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 35.13 |
| BOGNER, LEO 12-1 | LEO N BOGNER TRST & MILDRED S BOGNER TRST | 1016 24000 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| BOGNER, LEO 26-1 | LEO N BOGNER TRST & MILDRED S BOGNER TRST | 1016 24000 ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 29.33 |
| BOGNER, LEO 26-1 | LEO N BOGNER TRST & MILDRED S BOGNER TRST | 1016 24000 ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| PONTIOUS, WAYNE L 36-2 | Leoma Pontious | 200 E. SOUTHERN AVE | APACHE | AZ | 85119 | ANNUAL ROAD PAYMENT | Y | 35.88 |
| PONTIOUS, WAYNE L 36-2 | Leoma Pontious | 200 E. SOUTHERN AVE | APACHE | AZ | 85119 | ANNUAL WELL SITE PAYMENT | Y | 58.33 |
| BURK, LEROY E 19-1 SWD | LEROY E & CHERYL C BURK | 9615 JACKSON ROAD | GALESBURG | KS | 66740 | ANNUAL SWD PAYMENT | Y | 600.00 |
| MYERS, WAYNE D 29-1 | Linda Angleton | 20128 WICHITA RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 114.72 |
| MYERS, WAYNE D 29-1 | Linda Angleton | 20128 WICHITA RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| WOOLERY, DELMER 21-1 | LOIS L RAIDA REV TRST | 5670 80TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| WOOLERY, DELMER 21-4 | LOIS L RAIDA REV TRST | 5670 80TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 24.85 |
| WOOLERY, DELMER 21-4 | LOIS L RAIDA REV TRST | 5670 80TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| WOOLERY, DELMER 28-1 | LOIS L RAIDA REV TRST | 5670 80TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 25.76 |
| PARKER, LOIS MARIE 10-1 | LOIS MARIE PARKER TRST | 5155 MEADE ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 166.82 |
| PARKER, LOIS MARIE 10-1 | LOIS MARIE PARKER TRST | 5155 MEADE ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| WRIGHT REV TRUST 31-1 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL ROAD PAYMENT | Y | 5.16 |
| WRIGHT REV TRUST 31-2 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL ROAD PAYMENT | Y | 41.28 |
| WRIGHT REV TRUST 31-3 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL ROAD PAYMENT | Y | 8.90 |
| WRIGHT REV TRUST 31-4 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL ROAD PAYMENT | Y | 12.44 |
| WRIGHT REV TRUST 31-1 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| WRIGHT REV TRUST 31-2 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| WRIGHT REV TRUST 31-3 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| WRIGHT REV TRUST 31-4 | M & H WRIGHT, LLC, ANDREA SCHOMAKER MANAGER | 21317 HIGHLAND LAK | GARFIELD | AR | 73732 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| UMBARGER, M KEITH 35-2 | M KEITH & VICTORIA UMBARGER | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 55.16 |

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| UMBARGER, M KEITH 35-2 | M KEITH & VICTORIA UMBARGER | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| UMBARGER, M KEITH 35-3 | M KEITH & VICTORIA UMBARGER | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 73.44 |
| UMBARGER, M KEITH 35-3 | M KEITH & VICTORIA UMBARGER | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| UMBARGER, M KEITH 35-5 | M KEITH & VICTORIA UMBARGER | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 25.93 |
| UMBARGER, M KEITH 35-5 | M KEITH & VICTORIA UMBARGER | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| BOOSTER - BEAR SOUTH | MARIAM MIH | 701 SOUTH PLUMMER | CHANUTE | KS | 66720 | ANNUAL COMPRESSOR PAYMENT | Y | 1,250.00 |
| BURRIS, JOE ANN 35-1 | MARILYN S BURRIS | 2510 PRAIRIE ST | GERING | NE | 69341 | ANNUAL ROAD PAYMENT | Y | 165.15 |
| BURRIS, JOE ANN 35-1 | MARILYN S BURRIS | 2510 PRAIRIE ST | GERING | NE | 69341 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BAILEY, MARION L 14-4 | MARION & CHARLENE BAILEY REV T | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BAILEY, MARION L 14-4 | MARION & CHARLENE BAILEY REV T | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 16.37 |
| BAILEY, MARION 35-1 | MARION & CHARLENE BAILEY REV TRST, MARION & CHARL | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 8.19 |
| BAILEY, MARION 35-1 | MARION & CHARLENE BAILEY REV TRST, MARION & CHARL | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| BAILEY, MARION L 14-18 | MARION & CHARLENE BAILEY REV TRST, MARION & CHARL | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 19.86 |
| BAILEY, MARION L 14-18 | MARION & CHARLENE BAILEY REV TRST, MARION & CHARL | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| BAILEY, MARION 2-1 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 114.92 |
| BAILEY, MARION 2-1 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BAILEY, MARION 2-2 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 107.65 |
| BAILEY, MARION 2-2 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BAILEY, MARION 2-3 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 39.75 |
| BAILEY, MARION 2-3 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| BAILEY, MARION 2-4 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 151.43 |
| BAILEY, MARION 2-4 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| BAILEY, MARION L 14-1 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 161.82 |
| BAILEY, MARION L 14-1 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BAILEY, MARY V 35-1 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 73.70 |
| BAILEY, MARY V 35-1 | MARION & CHARLENE BAILEY REV TRUST | 913 S GRETCHEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HINES LIVING TRUST 13-1 | MARJORIE CRAGIN | 3816 CHRISTIANSEN D | BLUE SPRINGS | MO | 64014-5502 | ANNUAL ROAD PAYMENT | Y | 34.38 |
| HINES LIVING TRUST 13-1 | MARJORIE CRAGIN | 3816 CHRISTIANSEN D | BLUE SPRINGS | MO | 64014-5502 | ANNUAL WELL SITE PAYMENT | Y | 183.33 |
| SHOCKLEY, MARJORIE L 6-1 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 47.80 |
| SHOCKLEY, MARJORIE L 6-1 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| SHOCKLEY, MARJORIE L 6-2 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 27.07 |
| SHOCKLEY, MARJORIE L 6-2 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| SHOCKLEY, MARJORIE L 6-3 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 51.82 |
| SHOCKLEY, MARJORIE L 6-3 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| SHOCKLEY, MARJORIE L 6-4 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 56.89 |
| SHOCKLEY, MARJORIE L 6-4 | MARJORIE L SHOCKLEY, TTEE | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| SHOCKLEY, MARJORIE L 6-5 | MARJORIE L SHOCKLEY, TTEE UNDER BOBBY EUGENE SHO | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| SHOCKLEY, MARJORIE L 6-5 | MARJORIE L SHOCKLEY, TTEE UNDER BOBBY EUGENE SHO | 20932 U.S. 75 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 1.06 |
| INGELS 35-1 SWD | MARK & SUSAN INGELS, JTWROS | 2961 ARIZONA RD | SAVONBURG | KS | 66772 | ANNUAL SWD PAYMENT | Y | - |
| CLEVENGER, MARK 6-1 | MARK A CLEVENGER | 11107 HWY 47 | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 148.04 |
| CLEVENGER, MARK 6-1 | MARK A CLEVENGER | 11107 HWY 47 | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| FOWLER, RONALD D 16-2 | MARK A CLEVENGER | 11107 HWY 47 | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 15.46 |
| FOWLER, RONALD D 16-2 | MARK A CLEVENGER | 11107 HWY 47 | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| PPL-EDNA HOLLOW | MARK F KEETON | RR 1 BOX 147 | S. COFFEYVILLE | OK | 74072 | ANNUAL COMPRESSOR PAYMENT | Y | - |
| BRENNECKE 9-1 SWD | Martha B Brennecke Rev Trust | 3100 JOHNSTON ROA | PARSONS | KS | 67357 | ANNUAL SWD PAYMENT | Y | 750.00 |

In re PostRock MidContinent Production LLC

Case No.: 16-11232

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| KING FARMS 18-2 | MARTHA LAVON STRANGE & LARRY JOE STRANGE, JTS | 59 VIA VERDE | WICHITA | KS | 67230 | ANNUAL ROAD PAYMENT | Y | - |
| KING FARMS 18-2 | MARTHA LAVON STRANGE & LARRY JOE STRANGE, JTS | 59 VIA VERDE | WICHITA | KS | 67230 | ANNUAL WELL SITE PAYMENT | Y | - |
| STICH, WILLIAM A 13-3 | MARTHA LAVON STRANGE & LARRY JOE STRANGE, JTS | 59 VIA VERDE | WICHITA | KS | 67230 | ANNUAL ROAD PAYMENT | Y | 41.33 |
| STICH, WILLIAM A 13-3 | MARTHA LAVON STRANGE & LARRY JOE STRANGE, JTS | 59 VIA VERDE | WICHITA | KS | 67230 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| STRANGE, EVERETT G 30-1 | MARTHA LAVON STRANGE & LARRY JOE STRANGE, JTS | 59 VIA VERDE | WICHITA | KS | 67230 | ANNUAL ROAD PAYMENT | Y | 102.76 |
| STRANGE, EVERETT G 30-1 | MARTHA LAVON STRANGE & LARRY JOE STRANGE, JTS | 59 VIA VERDE | WICHITA | KS | 67230 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| LECK, FRED R 3-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 16.24 |
| LECK, FRED R 3-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.34 |
| LECK, FRED R 3-2 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 10.39 |
| LECK, FRED R 3-2 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.34 |
| LECK, MARVIN 36-1 SWD | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 166.67 |
| LECK, MARVIN G 29-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 14.92 |
| LECK, MARVIN G 29-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| LECK, MARVIN G 31-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 54.58 |
| LECK, MARVIN G 31-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| LECK, MARVIN G 36-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 85.99 |
| LECK, MARVIN G 36-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| LECK, MARVIN G 5-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 10.20 |
| LECK, MARVIN G 5-1 | MARVIN G & BONNIE LECK, H/W, JTS | 4170 BROWN RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| LECK, DORIS 24-1 | MARVIN G LECK | 4170 BROWN ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 24.55 |
| LECK, DORIS 24-1 | MARVIN G LECK | 4170 BROWN ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| LECK, DORIS 24-2 | MARVIN G LECK | 4170 BROWN ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 33.43 |
| LECK, DORIS 24-2 | MARVIN G LECK | 4170 BROWN ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| BROOKS 1 SWD | MARVIN L & SANDRA BROOKS | 24116 850 RD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 187.50 |
| CARNEY 1-1 SWD | MARVIN R & JO ANN CARNEY | 4024 GRAY RD | EDNA | KS | 67342 | ANNUAL SWD PAYMENT | Y | 2,400.00 |
| BOOSTER - JAYHAWK EAST | MARY ETTA TAYLOR TRST | 4305 N 141ST COURT | BASEHOR | KS | 66007 | ANNUAL COMPRESSOR PAYMENT | Y | 562.50 |
| TAYLOR, WAYNE L 22-1 SWD | MARY ETTA TAYLOR TRST | 4305 N 141ST COURT | BASEHOR | KS | 66007 | ANNUAL SWD PAYMENT | Y | 343.75 |
| DOUGLAS, MARY 8-1 SWD | MARY F DOUGLAS | 1202 PLUMMER AVE, | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 17.02 |
| DOUGLAS, MARY 8-1 SWD | MARY F DOUGLAS | 1202 PLUMMER AVE, | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 700.00 |
| DOUGLAS, MARY 8-1 SWD | MARY F DOUGLAS | 1202 PLUMMER AVE, | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| PPL-FS LN 3-3 TO FS | MARY F DOUGLAS | 1202 PLUMMER AVE, | CHANUTE | KS | 66720 | ANNUAL COMPRESSOR PAYMENT | Y | 533.33 |
| FINLEY, J KENT 30-1 | MARY FINLEY-KNUDSEN LIV TRST | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 98.75 |
| FINLEY, J KENT 30-1 | MARY FINLEY-KNUDSEN LIV TRST | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| FINLEY, J KENT 33-2 | MARY FINLEY-KNUDSEN LIV TRST | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 126.82 |
| FINLEY, J KENT 33-2 | MARY FINLEY-KNUDSEN LIV TRST | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| FINLEY, J KENT 34-1 | MARY FINLEY-KNUDSEN LIV TRST | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 90.00 |
| FINLEY, J KENT 34-1 | MARY FINLEY-KNUDSEN LIV TRST | 21730 YALE ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| ROBERTSON, MARY JOAN 30-1 | MARY JOAN ROBERTSON & MICHELE KIRCHOFF J/T | 1009 CHESNUT | ATLANTIC | IA | 50022 | ANNUAL ROAD PAYMENT | Y | 72.62 |
| ROBERTSON, MARY JOAN 30-1 | MARY JOAN ROBERTSON & MICHELE KIRCHOFF J/T | 1009 CHESNUT | ATLANTIC | IA | 50022 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| PPL-FS LN 3-3 TO FS | MARY LEA STICH | PO BOX 102 | GALESBURG | KS | 66740 | ANNUAL SURFACE USE PAYMENT | Y | 416.67 |
| STICH 16-1 SWD | Mary Lea Stitch | PO BOX 102 | GALESBURG | KS | 66740 | ANNUAL SWD PAYMENT | Y | 700.00 |
| PPL-R&H/FARMLAND | MAX H HARVEY | 6831 COUNTRY VIEW | SAN ANTONIO | TX | 78240-2706 | ANNUAL COMPRESSOR PAYMENT | Y | 83.33 |
| CARTER, JIMMY D 13-1 | MAX K RICKERSON LIV TRST (RESTATED) | P.O. BOX 431 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 28.20 |
| CARTER, JIMMY D 13-1 | MAX K RICKERSON LIV TRST (RESTATED) | P.O. BOX 431 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| BOOSTER - JAYHAWK | MELIA PROPERTIES, LLC | 5424 S MEMORIAL DR | TULSA | OK | 74145 | ANNUAL COMPRESSOR PAYMENT | Y | 1,250.00 |

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| PPL-E JHK DISCHARGE | MELIA PROPERTIES, LLC | 5424 S MEMORIAL DR | TULSA | OK | 74145 | ANNUAL TAP SITE AGREEMENT | Y | 1,500.00 |
| CARVER LIVING TRUST 19-1 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL ROAD PAYMENT | Y | - |
| CARVER LIVING TRUST 19-1 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL WELL SITE PAYMENT | Y | - |
| CARVER LIVING TRUST 19-2 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL ROAD PAYMENT | Y | - |
| CARVER LIVING TRUST 19-2 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL WELL SITE PAYMENT | Y | - |
| CARVER LIVING TRUST 19-3 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL ROAD PAYMENT | Y | - |
| CARVER LIVING TRUST 19-3 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL WELL SITE PAYMENT | Y | - |
| CARVER LIVING TRUST 19-4 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL ROAD PAYMENT | Y | - |
| CARVER LIVING TRUST 19-4 | MERIMA CARVER, INDIV AS TTEE OF THE MERIMA CARVER | PO BOX 406 | DERBY | KS | 67037 | ANNUAL WELL SITE PAYMENT | Y | - |
| MODESITT, MERLE D 4-1 | MERLE L & ANNA M MODESITT | 563 27000TH RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 60.10 |
| MODESITT, MERLE D 4-1 | MERLE L & ANNA M MODESITT | 563 27000TH RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BROOKS 1 SWD | MERVIN LEE & SHARON K BROOKS | P.O. BOX 214 | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 187.50 |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | MICHAEL J & ROBERTA J RUTLEDGE | 14736 VIOLA RD | CHANUTE | KS | 66720 | ANNUAL ROW PAYMENT | Y | 166.67 |
| NUNNENKAMP, MICHAEL K 30-2 | MICHAEL K & NANCY L NUNNENKAMP, JT | 19123 K47 HWY | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 28.00 |
| NUNNENKAMP, MICHAEL K 30-2 | MICHAEL K & NANCY L NUNNENKAMP, JT | 19123 K47 HWY | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| HENRY, JAROLD W 19-1 | MIKE S HENRY | 14970 ARKANSAS STR | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 33.08 |
| HENRY, JAROLD W 19-1 | MIKE S HENRY | 14970 ARKANSAS STR | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 150.00 |
| BOAZ, ALICE ESTATE 13-1 | NELSON & IDA KYLE FAMILY TRST | 2311 XANTHISMA | MISSION | TX | 78574-7927 | ANNUAL ROAD PAYMENT | Y | 104.00 |
| BOAZ, ALICE ESTATE 13-1 | NELSON & IDA KYLE FAMILY TRST | 2311 XANTHISMA | MISSION | TX | 78574-7927 | ANNUAL ROAD SITE PAYMENT | Y | 366.67 |
| ca | NELSON & IDA KYLE FAMILY TRST DTD 02/14/94 | 2311 XANTHISMA | MISSION | TX | 78574-7927 | ANNUAL ROAD PAYMENT | Y | - |
| CLEVENGER REV TRUST 21-3 | NELSON & IDA KYLE FAMILY TRST DTD 02/14/94 | 2311 XANTHISMA | MISSION | TX | 78574-7927 | ANNUAL WELL SITE PAYMENT | Y | - |
| PPL-RETT ALT-WILDCAT E | NORMAN & VICKI EISELE | 12500 NEWTON ROAD | FREDONIA | KS | 66736 | ANNUAL COMPRESSOR PAYMENT | Y | 333.33 |
| TRICHLER LIVING TRUST 27-1 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 10.50 |
| TRICHLER LIVING TRUST 27-1 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| TRICHLER, WAYNE A 14-1 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| TRICHLER, WAYNE A 14-1 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL WELL SITE PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 16-1 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 3.33 |
| TRICHLER, WAYNE A 16-1 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL WELL SITE PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 16-2 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 1.67 |
| TRICHLER, WAYNE A 16-2 | NORMAN DUANE TRICHLER | P.O. BOX 221 | YATES CENTER | KS | 66783 | ANNUAL WELL SITE PAYMENT | Y | 11.11 |
| MCPHERSON 13-1 SWD | ODETTE FAMILY LLC | 841 NE TIGERMISSION | BELFAIR | WA | 98528-5002 | ANNUAL SWD PAYMENT | Y | - |
| MCPHERSON, ROBERT B 13-2 | ODETTE FAMILY LLC | 841 NE TIGERMISSION | BELFAIR | WA | 98528-5002 | ANNUAL ROAD PAYMENT | Y | - |
| MCPHERSON, ROBERT B 13-2 | ODETTE FAMILY LLC | 841 NE TIGERMISSION | BELFAIR | WA | 98528-5002 | ANNUAL WELL SITE PAYMENT | Y | - |
| MCPHERSON, ROBERT B 13-4 | ODETTE FAMILY LLC | 841 NE TIGERMISSION | BELFAIR | WA | 98528-5002 | ANNUAL ROAD PAYMENT | Y | - |
| MCPHERSON, ROBERT B 13-4 | ODETTE FAMILY LLC | 841 NE TIGERMISSION | BELFAIR | WA | 98528-5002 | ANNUAL WELL SITE PAYMENT | Y | - |
| GOINS 1 SWD | OLIN GOINS MARITAL TRST, GAYLE GARRETSON SUCC TTE | 1760 120TH ROAD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | - |
| MEADOR, RICK 6-1 | PAMELA A MATTSON | 1310 N. OLD NORTH P | SAND SPRINGS | OK | 74063-8984 | ANNUAL ROAD PAYMENT | Y | 21.26 |
| MEADOR, RICK 6-1 | PAMELA A MATTSON | 1310 N. OLD NORTH P | SAND SPRINGS | OK | 74063-8984 | ANNUAL WELL SITE PAYMENT | Y | 150.00 |
| SMITH, JIMMY R 11-1 SWD | PAT YEOMAN | 199 26000 ROAD | CHERRYVALE | KS | 67335 | ANNUAL SWD PAYMENT | Y | 166.67 |
| JOHNSON, PATRICK A 12-1 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 47.53 |
| JOHNSON, PATRICK A 12-1 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| JOHNSON, PATRICK A 16-1 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 39.45 |
| JOHNSON, PATRICK A 16-1 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| JOHNSON, PATRICK A 16-2 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 177.73 |
| JOHNSON, PATRICK A 16-2 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| JOHNSON, PATRICK A 16-3 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 51.75 |
| JOHNSON, PATRICK A 16-3 | PATRICK A & JULIA ANN JOHNSON | 14882 115TH ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| SMITH, PATRICK E 20-1 | PATRICK E SMITH | 4030 JACKSON ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 133.33 |
| MEADOR, RICK 6-2 | Patrick E. Smith | 4030 JACKSON ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 168.50 |
| MEADOR, RICK 6-2 | Patrick E. Smith | 4030 JACKSON ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| JOHNSON, PATRICK A 9-1 | PATRICK TODD JOHNSON | 4801 ROANOKE #705 | KANSAS CITY | MO | 64112 | ANNUAL ROAD PAYMENT | Y | 56.75 |
| JOHNSON, PATRICK A 9-1 | PATRICK TODD JOHNSON | 4801 ROANOKE #705 | KANSAS CITY | MO | 64112 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| FAIL, IVAN 10-1 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL ROAD PAYMENT | Y | 9.45 |
| FAIL, IVAN 10-1 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL WELL SITE PAYMENT | Y | 44.45 |
| FAIL, IVAN 4-1 SWD | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL ROAD PAYMENT | Y | - |
| FAIL, IVAN 4-1 SWD | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL SWD PAYMENT | Y | - |
| FAIL, IVAN 4-1 SWD | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL WELL SITE PAYMENT | Y | - |
| FAIL, IVAN 4-2 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL ROAD PAYMENT | Y | 37.09 |
| FAIL, IVAN 4-2 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| FAIL, IVAN 4-3 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL ROAD PAYMENT | Y | 11.80 |
| FAIL, IVAN 4-3 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| FAIL, IVAN LEGACY 4-1 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL ROAD PAYMENT | Y | 30.09 |
| FAIL, IVAN LEGACY 4-1 | PATTY L HON | 101 BIG OAK LANE | MARBLE FALLS | TX | 78654 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BEARD, PAUL H 13-1 | Paul Beard | 14600 WALLACE ROAD | WALNUT | KS | 66780 | ANNUAL ROAD PAYMENT | Y | 64.90 |
| BEARD, PAUL H 13-1 | Paul Beard | 14600 WALLACE ROAD | WALNUT | KS | 66780 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BOGNER, PAUL J TRUST 25-1 | PAUL J BOGNER TRUST | 15635 20TH RD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 299.61 |
| BOGNER, PAUL J TRUST 25-1 | PAUL J BOGNER TRUST | 15635 20TH RD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| MYERS, PAUL W 13-1 | PAUL W & JANET MYERS | 16121 THOMAS ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 19.55 |
| MYERS, PAUL W 13-1 | PAUL W & JANET MYERS | 16121 THOMAS ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| BOOSTER - PAYNE | Phil & Inez Barners | 602 LEE ST | HAMBURG | AR | 71646 | ANNUAL COMPRESSOR PAYMENT | Y | 1,250.00 |
| PAYNE 20-1 SWD | PHIL & INEZ BARNES, H/W JTROS | 602 LEE ST | HAMBURG | AR | 71646 | ANNUAL SWD PAYMENT | Y | 83.33 |
| UMBARGER, M KEITH 35-6 | PHILIP W UMBARGER | 3450 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 20.00 |
| UMBARGER, M KEITH 35-6 | PHILIP W UMBARGER | 3450 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| UMBARGER, M KEITH 35-4 | PHILIP W UMBARGER & STUART W UMBARGER | 3450 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 27.42 |
| UMBARGER, M KEITH 35-4 | PHILIP W UMBARGER & STUART W UMBARGER | 3450 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| CARTER, PHILLIP D 10-1 | Phillip L. & Caroline S. Carter | 420 SOUTH ALLEN | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | - |
| CARTER, PHILLIP D 10-1 | Phillip L. & Caroline S. Carter | 420 SOUTH ALLEN | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | - |
| PPL-FS LN 3-3 TO FS | Preston W. Walker | 4107 S SYCAMORE PL | BROKEN ARROW | OK | 74011 | ANNUAL COMPRESSOR PAYMENT | Y | 583.33 |
| DOUGLAS 2-1 SWD | RALPH DOUGLAS | HC 61 BOX 114 | LENAPAH | OK | 74042 | ANNUAL SWD PAYMENT | Y | 800.00 |
| NEELY, RANDALL 4-1 | RANDAL E NEELY | 815 S HIGHLAND | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 109.09 |
| NEELY, RANDALL 4-1 | RANDAL E NEELY | 815 S HIGHLAND | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| CLINESMITH I-1 EOR | RAYMOND C OR MARY CLINESMITH | 24959 LANE ROAD | BUFFALO | KS | 66717 | ANNUAL SWD PAYMENT | Y | 1,604.17 |
| BAKER, RAYMOND J 24-1 | Raymond J. Jr & Tina M. Baker | 856 23000 RD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 49.81 |
| BAKER, RAYMOND J 24-1 | Raymond J. Jr & Tina M. Baker | 856 23000 RD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| PANEK, LEONARD 34-1 | RAYMOND L PANEK & NANELLEN | 12550 10TH ROAD | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 148.42 |
| PANEK, LEONARD 34-1 | RAYMOND L PANEK & NANELLEN | 12550 10TH ROAD | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| PANEK 34-1 SWD | RAYMOND L PANEK & NANELLEN PANEK | 12550 10TH ROAD | PARSONS | KS | 67357 | ANNUAL SWD PAYMENT | Y | 100.00 |
| PEARCE, RAYMOND L 1-2 | RAYMOND L PEARCE REV TRST | 44 INDIAN WELLS DRI | HOLIDAY ISLAND | AR | 72631 | ANNUAL ROAD PAYMENT | Y | 47.17 |
| PEARCE, RAYMOND L 1-2 | RAYMOND L PEARCE REV TRST | 44 INDIAN WELLS DRI | HOLIDAY ISLAND | AR | 72631 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| PEARCE, RAYMOND L 1-3 | RAYMOND L PEARCE REV TRST | 44 INDIAN WELLS DRI | HOLIDAY ISLAND | AR | 72631 | ANNUAL ROAD PAYMENT | Y | 281.91 |

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| PEARCE, RAYMOND L 1-3 | RAYMOND L PEARCE REV TRST | 44 INDIAN WELLS DRI | HOLIDAY ISLAND | AR | 72631 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BENNING 36-1 | R-Della Benning | 14818 N. HOUSTON | TAHLEQUAH | OK | 74464 | ANNUAL SWD PAYMENT | Y | 350.00 |
| HOUGHTON, RICHARD C 22-1 | Rex & Margaret Houghton | 9510 LYON ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 36.77 |
| HOUGHTON, RICHARD C 22-1 | Rex & Margaret Houghton | 9510 LYON ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| HOUGHTON, RICHARD C 22-2 | REX A HOUGHTON & MARGARET | 9510 LYON ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 18.45 |
| HOUGHTON, RICHARD C 22-2 | REX A HOUGHTON & MARGARET | 9510 LYON ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| HOUGHTON, RICHARD C 27-1 | REX A HOUGHTON & MARGARET | 9510 LYON ROAD | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 53.01 |
| HOUGHTON, RICHARD C 27-1 | REX A HOUGHTON & MARGARET | 9510 LYON ROAD | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| MILLER, DAVID E 21-3 | RH HOLDINGS, LLC | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | - |
| MILLER, DAVID E 21-3 | RH HOLDINGS, LLC | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | - |
| MILLER, DAVID E 21-4 | RH HOLDINGS, LLC | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | - |
| MILLER, DAVID E 21-4 | RH HOLDINGS, LLC | 9685 WICHITA ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | - |
| BRADFORD, RICHARD L 10-1 | RICHARD L & DEBRA D BRADFORD, JT | 14373 VIOLA ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 23.70 |
| BRADFORD, RICHARD L 10-1 | RICHARD L & DEBRA D BRADFORD, JT | 14373 VIOLA ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| BRADFORD, RICHARD L 16-1 | RICHARD L & DEBRA D BRADFORD, JT | 14373 VIOLA ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | - |
| BRADFORD, RICHARD L 16-1 | RICHARD L & DEBRA D BRADFORD, JT | 14373 VIOLA ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | - |
| BRADFORD, RICHARD L 8-1 | RICHARD L & DEBRA D BRADFORD, JT | 14373 VIOLA ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | - |
| BRADFORD, RICHARD L 8-1 | RICHARD L & DEBRA D BRADFORD, JT | 14373 VIOLA ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | - |
| MEADOR, RICK 6-1 | RICHARD STEVEN MEADOR | 1819 CORALBERRY CO | CINCINNATI | OH | 45230 | ANNUAL ROAD PAYMENT | Y | 21.26 |
| MEADOR, RICK 6-1 | RICHARD STEVEN MEADOR | 1819 CORALBERRY CO | CINCINNATI | OH | 45230 | ANNUAL WELL SITE PAYMENT | Y | 150.00 |
| STROUD 11-1 SWD | RICK & MARSHA WINGATE LIV TRST | 11725 HARPER ROAD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 1,000.00 |
| STROUD 14-1 SWD | RICK & MARSHA WINGATE LIV TRST | 11725 HARPER ROAD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 1,000.00 |
| PPL-HSL PAYNE TO GRAYBL TRANS | ROB & ELAINE SMITH | HC 67, BOX 560 | ANTLERS | OK | 74523 | ANNUAL TOWER SITE PAYMENT | Y | 166.67 |
| BROOKS 1 SWD | ROBERT & AIMEE VANDERFORD | 10936 S. 2151 STREET | BROKEN ARROW | OK | 74014 | ANNUAL SWD PAYMENT | Y | 187.50 |
| JOHN, VELMA 35-1 SWD | ROBERT & ANN JOHN | 8490 ELK ROAD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 400.00 |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | ROBERT CHARLES GIBBS & VICKI A RAWDON, H/W | 611 QUAIL CREEK ROA | PARSON | KS | 67357-2257 | ANNUAL COMPRESSOR PAYMENT | Y | - |
| WOLF, TED 3 | ROBERT CHARLES RAMEY | 13940 K47 HWY | FREDONIA | KS | 66736 | ANNUAL ROAD PAYMENT | Y | 41.67 |
| HAMSHER, ROBERT 33-1 | ROBERT E HAMSHER | 1147 CREEKSIDE COU | BURTON | MI | 48509-1460 | ANNUAL ROAD PAYMENT | Y | 18.31 |
| HAMSHER, ROBERT 33-1 | ROBERT E HAMSHER | 1147 CREEKSIDE COU | BURTON | MI | 48509-1460 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| ROBERTS 25-4 SWD | ROBERT E ROBERTS | 4062 CHASE ROAD | COFFEYVILLE | KS | 67337 | ANNUAL SWD PAYMENT | Y | 1,800.00 |
| LECK, DORIS 29-1 | ROBERT J LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 25.38 |
| LECK, DORIS 29-1 | ROBERT J LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| LECK, DORIS 29-2 | ROBERT J LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 59.30 |
| LECK, DORIS 29-2 | ROBERT J LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| LECK, FRED R 3-2 | ROBERT J LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 10.39 |
| LECK, FRED R 3-2 | ROBERT J LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.34 |
| LECK, ROBERT J 31-2 | Robert J. Leck | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 40.15 |
| LECK, ROBERT J 31-2 | Robert J. Leck | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| JOHN, VELMA 28-1 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 120.00 |
| JOHN, VELMA 28-1 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| JOHN, VELMA 28-2 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 66.65 |
| JOHN, VELMA 28-2 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| JOHN, VELMA 28-3 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 19.59 |
| JOHN, VELMA 28-3 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| WOOLERY, DELMER 21-1 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 51.82 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| WOOLERY, DELMER 21-2 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 167.12 |
| WOOLERY, DELMER 21-2 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| WOOLERY, DELMER 21-3 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 20.05 |
| WOOLERY, DELMER 21-3 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD SITE PAYMENT | Y | 100.00 |
| WOOLERY, DELMER 3-1 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 39.01 |
| WOOLERY, DELMER 3-1 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| WOOLERY, DELMER 3-2 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 23.87 |
| WOOLERY, DELMER 3-2 | ROBERT K & ANN M JOHN, H/W JTS | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| JOHN, ROBERT K 33-1 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 36.36 |
| JOHN, ROBERT K 33-1 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| JOHN, ROBERT K 35-1 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 40.91 |
| JOHN, ROBERT K 35-1 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| JOHN, ROBERT K 35-2 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 27.88 |
| JOHN, ROBERT K 35-2 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| JOHN, ROBERT K 5-1 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 15.20 |
| JOHN, ROBERT K 5-1 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| JOHN, ROBERT K 5-2 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 8.45 |
| JOHN, ROBERT K 5-2 | ROBERT K JOHN | 8490 ELK RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| MERRITT, ROBERT L 29-1 | ROBERT L MERRITT | 8742 WICHITA RD | THAYER | KS | 66776-8131 | ANNUAL ROAD PAYMENT | Y | 29.12 |
| MERRITT, ROBERT L 29-1 | ROBERT L MERRITT | 8742 WICHITA RD | THAYER | KS | 66776-8131 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| MERRITT, ROBERT L 29-2 | ROBERT L MERRITT | 8742 WICHITA RD | THAYER | KS | 66776-8131 | ANNUAL ROAD PAYMENT | Y | 7.72 |
| MERRITT, ROBERT L 29-2 | ROBERT L MERRITT | 8742 WICHITA RD | THAYER | KS | 66776-8131 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| LECK, FRED R 3-1 | ROBERT LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 16.24 |
| LECK, FRED R 3-1 | ROBERT LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 33.34 |
| LECK, ROBERT J 29-1 | ROBERT LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 18.22 |
| LECK, ROBERT J 29-1 | ROBERT LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| LECK, ROBERT J 31-1 | ROBERT LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 98.26 |
| LECK, ROBERT J 31-1 | ROBERT LECK | 1525 20TH ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| NOVOTNY, ROBERT M 33-2 | ROBERT M & ARDIS M NOVOTNY, H/W, JTROS | 5010 DOUGLAS RD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 4.74 |
| NOVOTNY, ROBERT M 33-2 | ROBERT M & ARDIS M NOVOTNY, H/W, JTROS | 5010 DOUGLAS RD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| MIDDLETON 9-1 SWD | ROBERT MIDDLETON & IRMA MIDDLETON | 824 2000 ROAD | MOUND VALLEY | KS | 67354 | ANNUAL SWD PAYMENT | Y | 55.56 |
| MIDDLETON, ROBERT 1-1 SWD | ROBERT MIDDLETON & IRMA MIDDLETON | 824 2000 ROAD | MOUND VALLEY | KS | 67354 | ANNUAL SWD PAYMENT | Y | 375.00 |
| KEZAR, ROBYN A 8-1 | ROBYN A KEZAR | 2131 SOUTH COOPER | WICHITA | KS | 67207 | ANNUAL ROAD PAYMENT | Y | 69.61 |
| KEZAR, ROBYN A 8-1 | ROBYN A KEZAR | 2131 SOUTH COOPER | WICHITA | KS | 67207 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| KEZAR, ROBYN A 7-1 | Robyn A. Kezar | 2131 SOUTH COOPER | WICHITA | KS | 67207 | ANNUAL ROAD PAYMENT | Y | 3.35 |
| KEZAR, ROBYN A 7-1 | Robyn A. Kezar | 2131 SOUTH COOPER | WICHITA | KS | 67207 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| LEE, ROGER J 6-1 | Roger J. & Carol A. Lee | 3015 DIRR | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 167.49 |
| LEE, ROGER J 6-1 | Roger J. & Carol A. Lee | 3015 DIRR | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| PPL-BUFFALO TRANS SYS | ROMA J & EDDIE D HENLEY | 8091 2400 ROAD | FREDONIA | KS | 66736 | ANNUAL BOOSTER SITE PAYMENT | Y | - |
| PPL-BUFFALO TRANS SYS | ROMA J & EDDIE D HENLEY | 8091 2400 ROAD | FREDONIA | KS | 66736 | ANNUAL TANK BATTERY PAYMENT | Y | 212.50 |
| PPL-FS LN 3-3 TO FS | RONALD TRIM | 10700 FORD ROAD | THAYER | KS | 66776 | ANNUAL COMPRESSOR PAYMENT | Y | 4,833.33 |
| TRIM 16-1 SWD | Ronald Trim | 10700 FORD ROAD | THAYER | KS | 66776 | ANNUAL SWD PAYMENT | Y | 1,666.67 |
| UMBARGER, M KEITH 26-2 | RONALD V ELY | 1505 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 13.92 |
| UMBARGER, M KEITH 26-2 | RONALD V ELY | 1505 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| UMBARGER, M KEITH 26-1 | Ronald V. Ely | 1505 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 165.93 |

In re PostRock MidContinent Production LLC
Case No.: 16-11232
Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| UMBARGER, M KEITH 26-1 | Ronald V. Ely | 1505 150TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| BOOSTER - 1-11 | RONNIE JOE & SONDRA D HARRIS | 9605 QUEEN ROAD | ST. PAUL | KS | 66771 | ANNUAL COMPRESSOR PAYMENT | Y | 583.33 |
| PPL-EDNA HOLLOW | ROSANNA SNYDER | 6517 W 79TH ST | OVERLAND PARK | KS | 66204 | ANNUAL ROW PAYMENT | Y | - |
| MATTOX, HAROLD J 2-1 | ROSEMARY A MATTOX REV TRST, ROSEMARY A MATTOX T | 935 N. LAKEVIEW | DERBY | KS | 67037 | ANNUAL ROAD PAYMENT | Y | - |
| MATTOX, HAROLD J 2-1 | ROSEMARY A MATTOX REV TRST, ROSEMARY A MATTOX T | 935 N. LAKEVIEW | DERBY | KS | 67037 | ANNUAL WELL SITE PAYMENT | Y | - |
| | ROXANNA L LINNEBUR | P.O. BOX 602 | STRASBURG | CO | 80136 | ANNUAL TOWER SITE PAYMENT | Y | 160.00 |
| VARNER 32-1 SWD | ROY E VARNER & ROBIN L VARNER, H/W, JTROS | 18911 U.S. 75 HWY | BENEDICT | KS | 66714 | ANNUAL SWD PAYMENT | Y | 312.50 |
| OLSON, RUBY A 2-1 SWD | RUBY A OLSON | 19676 1800TH ROAD | ALTOONA | KS | 66710 | ANNUAL SWD PAYMENT | Y | 83.33 |
| LINVILLE, RUTH A 34-1 | Ruth A. Linville | 3351 RAIN ROAD | CHAPMAN | KS | 67431 | ANNUAL ROAD PAYMENT | Y | 148.18 |
| LINVILLE, RUTH A 34-1 | Ruth A. Linville | 3351 RAIN ROAD | CHAPMAN | KS | 67431 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| SMITH, SCOTT 27-1 SWD | Scott Smith & Stacy Smith | 633 23000 ROAD | DENNIS | KS | 67341 | ANNUAL SWD PAYMENT | Y | 583.33 |
| FAIL, WILLIAM O 16-1 | SEE DER RIDGE, LLC | 24218 US 7 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 5.74 |
| FAIL, WILLIAM O 16-1 | SEE DER RIDGE, LLC | 24218 US 7 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 33.33 |
| FAIL, WILLIAM O 16-2 | SEE DER RIDGE, LLC | 24218 US 7 HWY | BUFFALO | KS | 66717 | ANNUAL ROAD PAYMENT | Y | 17.39 |
| FAIL, WILLIAM O 16-2 | SEE DER RIDGE, LLC | 24218 US 7 HWY | BUFFALO | KS | 66717 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| BROWNING, CRAIG 7-1 | SHADY CREEK AGRICULTURAL | 10600 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 143.15 |
| BROWNING, CRAIG 7-1 | SHADY CREEK AGRICULTURAL | 10600 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| BROWNING, CRAIG 7-2 | SHADY CREEK AGRICULTURAL | 10600 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 22.28 |
| BROWNING, CRAIG 7-2 | SHADY CREEK AGRICULTURAL | 10600 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD SITE PAYMENT | Y | 300.00 |
| BROWNING, CRAIG 8-1 | SHADY CREEK AGRICULTURAL | 10600 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 129.09 |
| BROWNING, CRAIG 8-1 | SHADY CREEK AGRICULTURAL | 10600 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| TRICHLER, WAYNE A 14-1 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| TRICHLER, WAYNE A 14-1 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 16-1 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 3.33 |
| TRICHLER, WAYNE A 16-1 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 16-2 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 1.67 |
| TRICHLER, WAYNE A 16-2 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 11.11 |
| TRICHLER, WAYNE A 26-1 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL ROAD PAYMENT | Y | 5.00 |
| TRICHLER, WAYNE A 26-1 | SHARON B TRICHLER STOCKEBRAND | 1964 110TH ROAD | YATES CENTER | KS | 66783 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| HICKS, JAY D 36-1 | SHARON K HICKS | 775 SOUTH LIBERTY | CHERRYVALE | KS | 67355 | ANNUAL ROAD PAYMENT | Y | 74.44 |
| HICKS, JAY D 36-1 | SHARON K HICKS | 775 SOUTH LIBERTY | CHERRYVALE | KS | 67355 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| HICKS, JAY D 36-2 | SHARON K HICKS | 775 SOUTH LIBERTY | CHERRYVALE | KS | 67355 | ANNUAL ROAD PAYMENT | Y | 11.74 |
| HICKS, JAY D 36-2 | SHARON K HICKS | 775 SOUTH LIBERTY | CHERRYVALE | KS | 67355 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| HICKS, JAY D 6-1 | SHARON K HICKS | 775 SOUTH LIBERTY | CHERRYVALE | KS | 67355 | ANNUAL ROAD PAYMENT | Y | 13.83 |
| HICKS, JAY D 6-1 | SHARON K HICKS | 775 SOUTH LIBERTY | CHERRYVALE | KS | 67355 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| BOOSTER - R&H BRINKMAN | Shirley Brinkman | RT 1 BOX 358 | S COFFEYVILLE | OK | 74072 | ANNUAL COMPRESSOR PAYMENT | Y | 416.67 |
| POWERS, FLOYD 16-1 | SHIRLEY POWERS | 5435 K-47 HWY | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 54.25 |
| POWERS, FLOYD 16-1 | SHIRLEY POWERS | 5435 K-47 HWY | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| UMBARGER, STANLEY 4-1 | STANLEY O & JENNIE L UMBARGER | 6725 FORD ROAD | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 11.83 |
| UMBARGER, STANLEY 4-1 | STANLEY O & JENNIE L UMBARGER | 6725 FORD ROAD | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| PPL-PSI-DEARING | STEVE HUSER | 2084 DECATUR ROAD | FREDONIA | KS | 66736 | ANNUAL TOWER SITE PAYMENT | Y | 666.67 |
| LDH FARMS 33-3 | STEVEN B FRIESS LIV TRST | 23458 6600 RD. | THAYER | KS | 66776-8169 | ANNUAL ROAD PAYMENT | Y | 16.64 |
| LDH FARMS 33-3 | STEVEN B FRIESS LIV TRST | 23458 6600 RD. | THAYER | KS | 66776-8169 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| LDH FARMS 33-4 | STEVEN B FRIESS LIV TRST | 23458 6600 RD. | THAYER | KS | 66776-8169 | ANNUAL ROAD PAYMENT | Y | 30.02 |
| LDH FARMS 33-4 | STEVEN B FRIESS LIV TRST | 23458 6600 RD. | THAYER | KS | 66776-8169 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |

In re Postrock MidContinent Production LLC

Case No.: 16-11232

**Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

**Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.**

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| SPIELBUSCH, S E 10-1 | STEVEN E & DIANA L SPIELBUSCH | 4270 U.S. HWY 59 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 174.93 |
| SPIELBUSCH, S E 10-1 | STEVEN E & DIANA L SPIELBUSCH | 4270 U.S. HWY 59 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| NEELY, RANDALL 32-1 | STEVEN E & PATTIE L POWERS | 4315 130TH RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 3.32 |
| NEELY, RANDALL 32-1 | STEVEN E & PATTIE L POWERS | 4315 130TH RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |
| PPL-1-3 BIG HILL MAIN-W BH TO MCCLANA | SUPERIOR INVESTMENT COMPANY, | 2020 N. 21ST STREET | PARSONS | KS | 67357 | ANNUAL ROW PAYMENT | Y | 750.00 |
| CDP - KEETON | SUSAN THOMAS UNDERWOOD | RT 1 BOX 188A | DELAWARE | OK | 74027 | ANNUAL COMPRESSOR PAYMENT | Y | 83.33 |
| PPL-EDNA HOLLOW | TANDY ROSS | 6517 W 79TH ST | OVERLAND PARK | KS | 66204 | ANNUAL ROW PAYMENT | Y | - |
| STEANSON, MARY M 7-1 | TERRY R & PEGGY D WEIDERT LV TRST | 967 26000 RD. | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 31.50 |
| STEANSON, MARY M 7-1 | TERRY R & PEGGY D WEIDERT LV TRST | 967 26000 RD. | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| ERBE LIVING TRUST 30-1 SWD | THE ALFRED E ERBE TRST DTD 09/15/86 | 19106 800 RD | ALTOONA | KS | 66710-8618 | ANNUAL SWD PAYMENT | Y | 500.00 |
| CDP - GRAYBILL | THE EST OF CLARENCE GRAYBILL | 1033 8000 ROAD | ALTAMONT | KS | 67330 | ANNUAL COMPRESSOR PAYMENT | Y | 1,375.00 |
| PPL-1-3 BIG HILL MCLANA TO OBRIEN | THE JAMES & JUANITA MCCLANAHAN REV TRST DTD 3/21 | 8434 S. PHOENIX PL. | TULSA | OK | 74132 | ANNUAL VALVE SITE PAYMENT | Y | 416.67 |
| TIMMONS 5-1 SWD | THE NANCY TIMMONS LIV TRST | 12797 KINGMAN RD | FREDONIA | KS | 66736 | ANNUAL SWD PAYMENT | Y | 833.33 |
| BOOSTER - FREDONIA NORTH | THE NANCY TIMMONS LIV TRST, | 12797 KINGMAN RD | FREDONIA | KS | 66736 | ANNUAL COMPRESSOR PAYMENT | Y | 458.33 |
| STICH, JOHN R 11-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 56.80 |
| STICH, JOHN R 11-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| STICH, JOHN R 11-2 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 34.39 |
| STICH, JOHN R 11-2 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| STICH, JOHN R 11-4 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 11.41 |
| STICH, JOHN R 11-4 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| STICH, JOHN R 14-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 63.79 |
| STICH, JOHN R 14-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| STICH, JOHN R 15-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 29.41 |
| STICH, JOHN R 15-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| STICH, JOHN R 15-2 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 5.07 |
| STICH, JOHN R 15-2 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| STICH, JOHN R 15-3 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 40.03 |
| STICH, JOHN R 15-3 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| STICH, JOHN R 15-4 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 10.04 |
| STICH, JOHN R 15-4 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| STICH, JOHN R 9-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 15.66 |
| STICH, JOHN R 9-1 | THE STICH LIVING TRUST BETTY L & JOHN R STICH TTEES C | PO BOX 628 | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| TAYLOR, WAYNE L 22-1 SWD | THE WAYNE TAYLOR ESTATE | 6845 160TH RD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | 343.75 |
| CDP - FT SCOTT | THELMA OFFENBACKER REV TR % BANK OF COMMERCE | 101 W MAIN | CHANUTE | KS | 66720 | ANNUAL COMPRESSOR PAYMENT | Y | 500.00 |
| PPL-VALEDA (OLD HSL) STP GATH | TIM & JANET COOKE | ROUTE 3 | COFFEYVILLE | KS | 67337 | ANNUAL SURFACE USE PAYMENT | Y | 166.67 |
| BROOKS 1 SWD | TIMOTHY A BROOKS | 303 N. CLARK | UDALL | KS | 67146 | ANNUAL SWD PAYMENT | Y | 187.50 |
| WALTERS, TOMMY 9-1 SWD | TOM A WALTERS REV TRST, TOM A WALTERS, TTEE | 1630 CRAWFORD | PARSONS | KS | 67357 | ANNUAL SWD PAYMENT | Y | 416.67 |
| TRIPLETT, SHIRLEY A 36-3 | TROY RUSSELL | 616 N. WOOD ST. | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 153.69 |
| SOMMARS, CHARLES A 7-1 | TWILA M SOMMARS | 3635 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 47.25 |
| SOMMARS, CHARLES A 7-1 | TWILA M SOMMARS | 3635 170TH ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| CRAWSHAW, ARLO 33-1 | Vern & Teresa Crawshaw | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 79.39 |
| CRAWSHAW, ARLO 33-1 | Vern & Teresa Crawshaw | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| CRAWSHAW LIVING TRUST 5-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 43.08 |
| CRAWSHAW LIVING TRUST 5-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| CRAWSHAW LIVING TRUST 5-2 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | - |

In re PostRock MidContinent Production LLC

Case No.: 16-11232

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|---|---|---|---|---|---|---|---|---|
| CRAWSHAW LIVING TRUST 5-2 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | - |
| CRAWSHAW, ARLO 8-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 37.42 |
| CRAWSHAW, ARLO 8-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 166.67 |
| CRAWSHAW, VERN 17-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 74.21 |
| CRAWSHAW, VERN 17-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| CRAWSHAW, VERN 29-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 34.64 |
| CRAWSHAW, VERN 29-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| CRAWSHAW, VERN 8-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL ROAD PAYMENT | Y | 72.28 |
| CRAWSHAW, VERN 8-1 | VERN L & TERESA D CRAWSHAW | 8649 VIOLA ROAD | ALTOONA | KS | 66710 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| HEILMAN, VERN L 25-1 | VERN L HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 56.62 |
| HEILMAN, VERN L 25-1 | VERN L HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| HEILMAN, VERN L 8-1 | Vern L Heilman | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 31.55 |
| HEILMAN, VERN L 8-1 | Vern L Heilman | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| HEILMAN, VERN L 8-2 | Vern L Heilman | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 33.50 |
| HEILMAN, VERN L 8-2 | Vern L Heilman | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| HEILMAN, VERN L 8-3 | VERN L HEILMAN & BARBARA J HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 35.46 |
| HEILMAN, VERN L 8-3 | VERN L HEILMAN & BARBARA J HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| HEILMAN, VERN L 8-4 | VERN L HEILMAN & BARBARA J HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 42.96 |
| HEILMAN, VERN L 8-4 | VERN L HEILMAN & BARBARA J HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| NEELY, WILLIAM G 25-2 | VERN L HEILMAN & BARBARA J HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 32.10 |
| NEELY, WILLIAM G 25-2 | VERN L HEILMAN & BARBARA J HEILMAN | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HEILMAN, VERN L 31-1 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 35.28 |
| HEILMAN, VERN L 31-1 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HEILMAN, VERN L 31-2 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 51.79 |
| HEILMAN, VERN L 31-2 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HEILMAN, VERN L 31-3 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 45.42 |
| HEILMAN, VERN L 31-3 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 300.00 |
| HEILMAN, VERN L 31-4 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 27.68 |
| HEILMAN, VERN L 31-4 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HEILMAN, VERN L 31-5 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 76.18 |
| HEILMAN, VERN L 31-5 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HEILMAN, VERN L 31-6 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 101.91 |
| HEILMAN, VERN L 31-6 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HEILMAN, VERN L 5-2 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 39.63 |
| HEILMAN, VERN L 5-2 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| STICH, WILLIAM A 32-4 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 58.15 |
| STICH, WILLIAM A 32-4 | VERN L HEILMAN FARM TRST | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 200.00 |
| HEILMAN, VERN L 5-1 | Vern L Heilman Farm Trust | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL ROAD PAYMENT | Y | 33.19 |
| HEILMAN, VERN L 5-1 | Vern L Heilman Farm Trust | 10125 130TH ROAD | GALESBURG | KS | 66740 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| UMBARGER REV TRUST 35-1 | VERNIE S UMBARGER REV TRST | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 91.56 |
| UMBARGER REV TRUST 35-1 | VERNIE S UMBARGER REV TRST | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 333.33 |
| UMBARGER REV TRUST 35-2 | VERNIE S UMBARGER REV TRST M KEITH UMBARGER, TTEE | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 16.55 |
| UMBARGER REV TRUST 35-2 | VERNIE S UMBARGER REV TRST M KEITH UMBARGER, TTEE | 13825 BROWN ROAD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| KUEHN, VERNON 13 SWD | VERNON & GLORIA KUEHN | RT 1, BOX 339 | S. COFFEYVILLE | OK | 74072 | ANNUAL SWD PAYMENT | Y | 191.67 |
| ERBE REV TRUST 30-1 | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 34.25 |

In re Postrock MidContinent Production LLC
Case No.: 16-11232

Schedule A/B - Part 2-8.2: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Annual Land Obligations for Right of Ways, Well and Road Payments, Site Rentals, etc.

| Well Name | Vendor Name | Address1 | City | St | Zip | COMMENT_1 | ACTIVE | Current Value of Debtors Interest |
|-----------|-------------|----------|------|----|----|-----------|--------|-----------------------------------|
| ERBE REV TRUST 30-1 | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| ERBE REV TRUST 32-1 | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 11.36 |
| ERBE REV TRUST 32-1 | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 83.33 |
| ERBE REV TRUST 32-2A | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 67.59 |
| ERBE REV TRUST 32-2A | VICTOR ALLEN ERBE REV TR, VICTOR ALLEN ERBE TTEE | BOX 82 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 183.33 |
| UMBARGER 10-1 | WANDA J. UMBARGER | PO BOX 2667 | MUSKOGEE | OK | 74402 | ANNUAL ROAD PAYMENT | Y | 4.91 |
| UMBARGER 10-1 | WANDA J. UMBARGER | PO BOX 2667 | MUSKOGEE | OK | 74402 | ANNUAL WELL SITE PAYMENT | Y | 50.00 |
| PONTIOUS, WAYNE L 36-2 | Wayne & Mary Pontious | 7305 HWY 59 | ERIE | KS | 66733 | ANNUAL ROAD PAYMENT | Y | 35.88 |
| PONTIOUS, WAYNE L 36-2 | Wayne & Mary Pontious | 7305 HWY 59 | ERIE | KS | 66733 | ANNUAL WELL SITE PAYMENT | Y | 175.00 |
| BOOSTER - JORDAN | WHITMIRE BAR W RANCHES, LLC | 7134 S. YALE AVE. SUI | TULSA | OK | 74136 | ANNUAL COMPRESSOR PAYMENT | Y | 666.67 |
| PPL-EDNA HOLLOW | WHITMIRE BAR W RANCHES, LLC | 7134 S. YALE AVE. SUI | TULSA | OK | 74136 | ANNUAL COMPRESSOR PAYMENT | Y | 833.33 |
| MCMILLEN 22-1 SWD | WILBUR L & MARY A MCMILLEN, TTEES | ROUTE 1, BOX 55E | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | - |
| PPL-CEDAR CREEK/YEOMAN DISCHRG | WILLARD & LUCILE CARTER REV LIV FAM TRST, LUCILE MY | 30 COTTONWOOD PO | AUGUSTA | KS | 67010 | ANNUAL ROW PAYMENT | Y | - |
| BOWEN REV TRUST 19-2 | William & Cheryl Bowen | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 31.42 |
| BOWEN REV TRUST 19-2 | William & Cheryl Bowen | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 233.33 |
| TAYLOR, WAYNE L 22-1 SWD | WILLIAM B & MARILYN TAYLOR | 13935 W 116TH TERR | OLATHE | KS | 66062 | ANNUAL SWD PAYMENT | Y | 343.75 |
| BOOSTER - JAYHAWK EAST | WILLIAM B TAYLOR | 11608 W. 101ST TERR | OVERLAND PARK | KS | 66214 | ANNUAL COMPRESSOR PAYMENT | Y | 562.50 |
| CRAIG, WILLIAM C 4-1 | WILLIAM CRAIG | PO BOX 207 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 25.89 |
| CRAIG, WILLIAM C 4-1 | WILLIAM CRAIG | PO BOX 207 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| CRAIG, WILLIAM C 4-2 | WILLIAM CRAIG | PO BOX 207 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 20.66 |
| CRAIG, WILLIAM C 4-2 | WILLIAM CRAIG | PO BOX 207 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| UMBARGER, STANLEY 4-2 | WILLIAM CRAIG | PO BOX 207 | THAYER | KS | 66776 | ANNUAL ROAD PAYMENT | Y | 49.66 |
| UMBARGER, STANLEY 4-2 | WILLIAM CRAIG | PO BOX 207 | THAYER | KS | 66776 | ANNUAL WELL SITE PAYMENT | Y | 100.00 |
| BOWEN REV TRUST 26-1 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 38.53 |
| BOWEN REV TRUST 26-1 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BOWEN REV TRUST 26-2 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 120.80 |
| BOWEN REV TRUST 26-2 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BOWEN REV TRUST 27-1 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 26.75 |
| BOWEN REV TRUST 27-1 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| BOWEN REV TRUST 28-1 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 73.15 |
| BOWEN REV TRUST 28-1 | WILLIAM D & CHERYL A BOWEN | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 366.67 |
| BOWEN REV TRUST 19-1 | WILLIAM D & CHERYL A BOWEN REV TRST | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL ROAD PAYMENT | Y | 68.56 |
| BOWEN REV TRUST 19-1 | WILLIAM D & CHERYL A BOWEN REV TRST | 19068 US HWY 59 | PARSONS | KS | 67357 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| PPL-W LENAPAH | WILLIAM F WILLIS TRST | HC, BOX 233 | LENAPAH | OK | 74042 | ANNUAL COMPRESSOR PAYMENT | Y | 250.00 |
| SCOTT, WILLIAM G 24-1 | WILLIAM G & GEORGIA F SCOTT | 26056 HARPER ROAD | DENNIS | KS | 67341 | ANNUAL ROAD PAYMENT | Y | 43.28 |
| SCOTT, WILLIAM G 24-1 | WILLIAM G & GEORGIA F SCOTT | 26056 HARPER ROAD | DENNIS | KS | 67341 | ANNUAL WELL SITE PAYMENT | Y | 266.67 |
| JOURNOT, WILLIAM M 29-1 | WILLIAM M JOURNOT | 4336 CR 5050 | INDEPENDENCE | KS | 67301 | ANNUAL ROAD PAYMENT | Y | 47.70 |
| JOURNOT, WILLIAM M 29-1 | WILLIAM M JOURNOT | 4336 CR 5050 | INDEPENDENCE | KS | 67301 | ANNUAL WELL SITE PAYMENT | Y | 133.33 |
| BOOSTER - MANGELS | WILLIAM MANGELS LIV TRST | HC 61, BOX 111 | LENAPAH | OK | 74042 | ANNUAL COMPRESSOR PAYMENT | Y | 916.67 |
| BOOSTER - MANGELS | WILLIAM MANGELS LIV TRST | HC 61, BOX 111 | LENAPAH | OK | 74042 | ANNUAL COMPRESSOR PAYMENT | Y | 1,166.67 |
| CAMPBELL, VERNA MAE TRUST 2-2 | WILLIAM R THORSELL | 19720 ULYSSES RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 49.58 |
| CAMPBELL, VERNA MAE TRUST 2-2 | WILLIAM R THORSELL | 19720 ULYSSES RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 66.67 |
| THORSELL 2-1 SWD | WILLIAM R THORSELL | 19720 ULYSSES RD | CHANUTE | KS | 66720 | ANNUAL SWD PAYMENT | Y | - |
| THORSELL, WILLIAM R 18-1 | WILLIAM R THORSELL | 19720 ULYSSES RD | CHANUTE | KS | 66720 | ANNUAL ROAD PAYMENT | Y | 3.75 |
| THORSELL, WILLIAM R 18-1 | WILLIAM R THORSELL | 19720 ULYSSES RD | CHANUTE | KS | 66720 | ANNUAL WELL SITE PAYMENT | Y | 33.33 |

**In re PostRock Energy Corporation**

**Case No.: 16-11230**

**Schedule A/B - Part 11 Line 71: Intercompany Accounts and Transactions**

Per the Company, the "Intercompany Accounts" amounts reported in the Company's general ledger and trial balance does not include all intercompany transactions.  The Company reports and accounts on a consolidated basis.  Although the intercompany accounts net to zero on the Consolidated Trial Balance's, the amounts on each entity's trial balance may not reflect the actual intercompany transactions booked to the correct entity and may not  include all intercompany transactions.  Therefore the entity by entity balances may not reflect the correct or actual intercompany amounts due to/from.

Also, per the Company, the transactions are accounted for in a consolidated format and the financial statements, audits and tax returns are prepared from this information on a consolidated basis.

The Company will look into reconciling the intercompany accounts and the Schedules may be supplemented once reconciliation can be completed.

**Fill in this information to identify the case:**

Debtor name    **PostRock Energy Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-11230-SAH**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **ALLEN COUNTY TREASURER**
Creditor's Name

**1 N. WASHINGTON IOLA, KS 66749**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Describe debtor's property that is subject to a lien | $2,927.00 | $0.00 |
| --- | --- | --- |
| **Taxes Due** | | |

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **BBVA COMPASS**
Creditor's Name

**PO BOX 4444 HOUSTON, TX 77210-4444**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Describe debtor's property that is subject to a lien | $11,919,539.00 | $0.00 |
| --- | --- | --- |
| **Money Loaned** | | |

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **PostRock Energy Corporation**                                    Case number (if know)  **16-11230-SAH**
_____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.3 | **BRAXTON COUNTY SHERIFF** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Taxes Due**

**P.O. BOX 546**
**SUTTON, WV 26601-0486**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
☐ Disputed
including this creditor and its relative
priority.

---

| 2.4 | **BUTLER COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | **$333.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Taxes Due**

**205 W. CENTRAL**
**ROOM 207**
**EL DORADO, KS 67042**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
☐ Disputed
including this creditor and its relative
priority.

---

| 2.5 | **CABELL COUNTY COURTHOUSE** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Taxes Due**

**PO BOX 2114**
**HUNTINGTON, WV**
**25721-2114**
_____
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **PostRock Energy Corporation**                                    Case number (if know)    **16-11230-SAH**
        Name

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Cadence Bank, N.A.** | Describe debtor's property that is subject to a lien | $11,919,539.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2800 Post Oak Boulevard Suite 3800 Houston, TX 77056**

**Money Loaned**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **CALHOUN COUNTY SHERIFF** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 340 GRANTSVILLE, WV 26147**

**Taxes Due**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  3 of 15

| Debtor | **PostRock Energy Corporation** | Case number (if know) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 2.8 | **CHAUTAUQUA COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $1,621.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**CHAUTAUQUA COUNTY TREASURER**

**215 N. CHAUTAUQUA SEDAN, KS 67361**

Creditor's mailing address

**Taxes Due**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **CITIBANK NA** | Describe debtor's property that is subject to a lien | $17,217,112.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3800 CITIBANK CENTER BLG B 3RD FLOOR TAMPA, FL 33610**

Creditor's mailing address

**Money Loaned**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **CITIBANK NA** | Describe debtor's property that is subject to a lien | $1,380,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3800 CITIBANK CENTER BLG B 3RD FLOOR TAMPA, FL 33610**

Creditor's mailing address

**Letters of Credit**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 15

Debtor    **PostRock Energy Corporation**

Name

Case number (if know)    **16-11230-SAH**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **COWLEY COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $76.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Taxes Due** | | |
| | **311 EAST 9TH** | | | |
| | **P.O. BOX 744** | | | |
| | **WINFIELD, KS 67156** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **CRAIG COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Taxes Due** | | |
| | **210 WEST DELAWARE** | | | |
| | **SUITE 104** | | | |
| | **VINITA, OK 74301-0597** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **DODDRIDGE COUNTY COURTHOUSE** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Taxes Due** | | |
| | **PO BOX 219** | | | |
| | **WEST UNION, WV** | | | |
| | **26456-0219** | | | |

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 5 of 15

| Debtor | **PostRock Energy Corporation** | | Case number (if know) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **ELK COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $1,282.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 325
HOWARD, KS 67349**

**Taxes Due**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | **GILMER COUNTY SHERIFF** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10 HOWARD STREET
GLENVILLE, WV 26351**

**Taxes Due**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PostRock Energy Corporation**

Name

Case number (if know)    **16-11230-SAH**

---

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **GREENWOOD COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $731.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**311 N. MAIN STREET
SUITE 4
EUREKA, KS 67045**

Creditor's mailing address

**Taxes Due**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **KANAWHA COUNTY SHERIFFS OFFICE** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**409 VIRGINIA ST E RM 120
CHARLESTON, WV
25301-2595**

Creditor's mailing address

**Taxes Due**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **KANSAS CORPORATION COMMISSION** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1500 SW ARROWHEAD
ROAD
TOPEKA, KS 66604-4027**

Creditor's mailing address

**Taxes Due**

Describe the lien

---

| Debtor | **PostRock Energy Corporation** | Case number (if know) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.19** | **KANSAS DEPARTMENT OF REVENUE**
Creditor's Name

**P.O. Box 12005**
**MINERAL TAX DIVISION**
**TOPEKA, KS 66612**
Creditor's mailing address

Describe debtor's property that is subject to a lien

**Taxes Due**

$0.00 | $0.00

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.20** | **KANSAS OIL & GAS RESOURCE FUND**
Creditor's Name

**P.O. BOX 757**
**WICHITA, KS 67201**
Creditor's mailing address

Describe debtor's property that is subject to a lien

**Taxes Due**

$0.00 | $0.00

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 15

Debtor    **PostRock Energy Corporation**                                    Case number (if know)    **16-11230-SAH**
_____
Name

| 2.2 1 | **LABETTE COUNTY TREASURER** | | Describe debtor's property that is subject to a lien | $160,754.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. BOX 388**
**OSWEGO, KS 67356**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Taxes Due**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **MONTGOMERY COUNTY TREASURER** | | Describe debtor's property that is subject to a lien | $6,460.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. BOX 767**
**INDEPENDENCE, KS 67301-0767**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Taxes Due**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **NEOSHO COUNTY TREASURER** | | Describe debtor's property that is subject to a lien | $676,117.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**100 S. MAIN**
**ERIE, KS 66733**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Taxes Due**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 15

Debtor    **PostRock Energy Corporation**                                    Case number (if know)    **16-11230-SAH**

Name

Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **NOWATA COUNTY TREASURER** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | | **Taxes Due** | | |

**P.O. BOX 427
NOWATA, OK 74048**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **OKLAHOMA COUNTY TREASURER** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | | **Taxes Due** | | |

**P.O. BOX 268875
OKLAHOMA CITY, OK
73126-8875**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **OKLAHOMA TAX COMMISSION** | | | |
|---|---|---|---|---|
| | | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

---

Debtor   **PostRock Energy Corporation**
                   Name                                                            Case number (if know)   **16-11230-SAH**

| | |
|---|---|
| Creditor's Name | **Taxes Due** |
| **P.O. BOX 26740** | |
| **OKLAHOMA CITY, OK** | |
| **73126-0740** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known        ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **OKLAHOMA TAX COMMISSION** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name        **Taxes Due**

**P.O. BOX 269056**
**OKLAHOMA CITY, OK**
**73126-9056**
Creditor's mailing address        **Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known        ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **OneWest Bank, FSB** | Describe debtor's property that is subject to a lien | $11,919,539.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name        **Money Loaned**

**888 East Walnut Street**
**Pasadena, CA 91101**
Creditor's mailing address        **Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known        ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if know)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **RITCHIE COUNTY SHERIFF** | | |
|---|---|---|---|

Creditor's Name

**115 EAST MAIN STREET ROOM 204 HARRISVILLE, WV 26362**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Taxes Due**                                          $0.00          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **SEMINOLE COUNTY TREASURER** | | |
|---|---|---|---|

Creditor's Name

**P.O. BOX 1340 WEWOKA, OK 74884**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Taxes Due**                                          $0.00          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **SHERIFF OF LINCOLN COUNTY** | | |
|---|---|---|---|

Creditor's Name

**P.O. BOX 467 HAMLIN, WV 25523**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Taxes Due**                                          $0.00          $0.00

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 15

| Debtor | **PostRock Energy Corporation** | Case number (if know) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **Texas Capital Bank, N.A.** | Describe debtor's property that is subject to a lien | $6,621,966.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2000 McKinney Avenue Suite 700 Dallas, TX 75201**

**Money Loaned**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **WAYNE COUNTY SHERIFF 1283** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P O BOX 218 WAYNE, WV 25570**

**Taxes Due**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 13 of 15

| Debtor | PostRock Energy Corporation | Case number (if know) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **WEST VIRGINIA SECRETARY OF** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Taxes Due**

**P.O. BOX 40300
CHARLESTON, WV 25364**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **WILSON COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | $198,139.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Taxes Due**

**615 MADISON ST., ROOM 105
FREDONIA, KS 66736**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **WOOD COUNTY SHERIFF** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Taxes Due**

**P O BOX 1985
PARKERSBURG, WV 26102**
Creditor's mailing address

**Describe the lien**

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
_____
Name

|  | Is the creditor an insider or related party? |
|---|---|
|  | ■ No |
| _____ | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
|  | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|  |  |
| **Last 4 digits of account number** |  |
|  | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an** | Check all that apply |
| **interest in the same property?** | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, | ☐ Disputed |
| including this creditor and its relative |  |
| priority. |  |

---

| 2.3 7 | **WOODSON COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $709.00 | $0.00 |
|---|---|---|---|---|
|  | Creditor's Name | **Taxes Due** |  |  |
|  | **105 WEST RUTLEDGE, ROOM 105 YATES CENTER, KS 66783-1498** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |

|  | **Is the creditor an insider or related party?** |
|---|---|
|  | ■ No |
| _____ | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
|  | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|  |  |
| **Last 4 digits of account number** |  |
|  | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an** | Check all that apply |
| **interest in the same property?** | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, | ☐ Disputed |
| including this creditor and its relative |  |
| priority. |  |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $62,026,844.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **PostRock Energy Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-11230-SAH**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ■ No. Go to Part 2.

      ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

   3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                       **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.44 |
|---|---|---|---|
| | **4-WALK FARMS, LLC**<br>**201 EAST 1ST**<br>**ALTOONA, KS 66710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:   **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.88 |
|---|---|---|---|
| | **4D LAND & CATTLE COMPANY, INC**<br>**995 W RD 140**<br>**SCOTT CITY, KS 67871** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:   **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $616.94 |
|---|---|---|---|
| | **710 CORPORATION**<br>**12864 STAUNTON TPKE**<br>**SMITHVILLE, WV 26178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:   **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.36 |
|---|---|---|---|
| | **A M ELLIOTT HEIRS**<br>**2161 KENYON AVE NW**<br>**MASSILLON, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:   **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141.48** |
| --- | --- | --- | --- |

**A-1 ELECTRIC, INC**
**414 EAST MAIN**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$578.00** |
| --- | --- | --- | --- |

**A-1 FREEMAN MOVING &**
**11517 N BROADWAY EXTENSION**
**OKLAHOMA CITY, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.89** |
| --- | --- | --- | --- |

**AARON K LELACHEAUR &**
**RT 1 BOX 172**
**SOUTH COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.12** |
| --- | --- | --- | --- |

**AARON MILLER**
**10562 US HIGHWAY 26**
**KINNEAR, WY 82516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$451.75** |
| --- | --- | --- | --- |

**ABB, INC**
**PO BOX 88868**
**CHICAGO, IL 60695-1868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,844.49** |
| --- | --- | --- | --- |

**ACC BUSINESS**
**PO BOX 105306**
**ATLANTA, GA 30348-5306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.70** |
| --- | --- | --- | --- |

**ADAM HARRIS**
**11550 60TH ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**
Name

Case number (if known)    **16-11230-SAH**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.89 |
|---|---|---|---|

**ADAM L & PEGGY L KINSCH, H/W**
**26042 IRVING ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.13 |
|---|---|---|---|

**ADAM NORRIS LEMON, JR**
**1338 COPPERHEAD ROAD**
**WAVERLY, WV 26184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.90 |
|---|---|---|---|

**ADOBE ACQUISITION, LLC**
**1000 BALLPARK WAY**
**STE 216**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,137.97 |
|---|---|---|---|

**ADP**
**PO BOX 842875**
**BOSTON, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.21 |
|---|---|---|---|

**ADP SCREENING AND SELECTION**
**PO BOX 645177**
**CINCINNATI, OH 45264-5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.65 |
|---|---|---|---|

**ADRIAN DALE COOMES**
**621 LAFAYETTE ST.**
**ST. PAUL, KS 66771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,122.82 |
|---|---|---|---|

**AIRGAS MID SOUTH, INC**
**PO BOX 676015**
**DALLAS, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.09 |
|---|---|---|---|

**ALAN & SHARON HOUGARDY**
**1545 85TH ROAD**
**THAYER, KS 66776**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.94 |
|---|---|---|---|

**ALAN CARL GRIFFEY**
**PO BOX 189**
**LENAPAH, OK 74042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.02 |
|---|---|---|---|

**ALAN E & EILEEN ANGLETON**
**13505 240TH RD**
**ERIE, KS 66773**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.60 |
|---|---|---|---|

**ALAN R HAUGHT**
**405 W. MAIN STREET**
**HARRISVILLE, WV 26362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALBERT J BENJAMIN TTEE**
**2518 PINOAK LANE**
**RESTON, VA 20191-4229**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.55 |
|---|---|---|---|

**ALBERT P DORRIS**
**8255 LYON ROAD**
**ERIE, KS 66733**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.25 |
|---|---|---|---|

**ALEX WATKINS**
**506 TRAVIS LANE**
**OKARCHE, OK 73762**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,972.86 |

**ALEXANDER DAVID MIH**
**1927 BREWSTER RD**
**INDIANAPOLIS, IN 46260-1589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.44 |

**ALFAB INC**
**PO BOX 26**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $183.75 |

**ALFRED & VIRGINIA MANNERS LIV**
**22044 UDALL ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172.88 |

**ALFRED E ERBE, THOMAS RAY ERBE**
**19106 800 RD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,465.02 |

**ALICE GOINS FAMILY TRUST**
**1760 120TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $41.94 |

**ALICE LONG**
**RT. 1 BOX 366**
**SO. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16.74 |

**ALICE STUMP**
**679 HIGHLAND ROAD**
**ELLENBORO, WV 26346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.57** |
|---|---|---|---|

**ALLAN PAUL CLINE**
**5204 SATTLER PL**
**SARASOTA, FL 34232-2677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.39** |
|---|---|---|---|

**ALLAN R SANDERS**
**683 21000 RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.48** |
|---|---|---|---|

**ALLEN & DIANN MYERS TRUST**
**16040 CHASE ROAD**
**CHERRYVALE, KS 67335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.27** |
|---|---|---|---|

**ALLEN D NOTTINGHAM**
**PO BOX 105**
**MINERALWELLS, WV 26150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.78** |
|---|---|---|---|

**ALLEN DEAN AYERS II**
**HC 75 BOX 4A**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138.87** |
|---|---|---|---|

**ALLEN L & CECILLE R NUNNENKAMP**
**13906 US 75 HIGHWAY**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$504.25** |
|---|---|---|---|

**ALLEN L & DIANN MYERS**
**16040 CHASE ROAD**
**CHERRYVALE, KS 67335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.22** |
| | **ALLEN R OR WANDA J CHEWNING** | ☐ Contingent | |
| | **509 BELL FONTAINE** | ☐ Unliquidated | |
| | **OKLAHOMA CITY, OK 73160** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.43** |
| | **ALLENE MAYNARD& WILBUR MAYNARD** | ☐ Contingent | |
| | **246 GUYAN STREET** | ☐ Unliquidated | |
| | **HUNTINGTON, WV 25702-9576** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,738.75** |
| | **ALLIED OIL & TIRE COMPANY, INC** | ☐ Contingent | |
| | **MS0655** | ☐ Unliquidated | |
| | **PO BOX 2510** | ☐ Disputed | |
| | **OMAHA, NE 68103-2510** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.94** |
| | **ALMA MEYER REV TRST,** | ☐ Contingent | |
| | **6 BERRYDALE PL** | ☐ Unliquidated | |
| | **BELLA VISTA, AR 72715** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.89** |
| | **ALTA M MERRILL** | ☐ Contingent | |
| | **4665 IRVING ROAD** | ☐ Unliquidated | |
| | **GALESBURG, KS 66740** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,012.50** |
| | **ALVAREZ & MARSAL VALUATION** | ☐ Contingent | |
| | **600 MADISON AVE-8TH FL** | ☐ Unliquidated | |
| | **NEW YORK, NY 10022** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.98** |
| | **ALVIN F DAUBENSPECK** | ☐ Contingent | |
| | **93 CISCO ROAD** | ☐ Unliquidated | |
| | **CAIRO, WV 26337** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.19 |
|---|---|---|---|

**AMANDA TURNER**
**2261 N. 545 RD.**
**TAHLEQUAH, OK 74464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.50 |
|---|---|---|---|

**AMERICAN ENERGY**
**301 NW 63RD SUITE 600**
**OKLAHOMA CITY, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.20 |
|---|---|---|---|

**AMERICAN ENERGY- WOODFORD LLC**
**PO BOX 678176**
**DALLAS, TX 75267-8176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN MAID, LLC**
**21684 UDALL RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,235.24 |
|---|---|---|---|

**AMERITAS LIFE INSURANCE CORP**
**ATTN:  OIL & GAS**
**PO BOX 40888**
**CINCINNATI, OH 45240-0888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,270.80 |
|---|---|---|---|

**AMSOIL INC**
**925 TOWER AVE**
**SUPERIOR, WI 54880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.36 |
|---|---|---|---|

**AMY M BERG & BRADLEY D BOHRER**
**220 HIGH STREET**
**BALDWIN CITY, KS 66006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **PostRock Energy Corporation**

Name

Case number (*if known*)  **16-11230-SAH**

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.26 |
|---|---|---|---|

**ANDREW D & KARI S KING**
P.O. BOX 92
YATES CENTER, KS 66783

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.20 |
|---|---|---|---|

**ANDREW G MEIWES**
4320 MOFFAT ROAD NW
PIEDMONT, OK 73078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.16 |
|---|---|---|---|

**ANDREWS FAMILY HOLDING CO LLC**
851 CEDAR DR
DEALE, MD 20751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANGELA K BEST**
107 AUTOMOTIVE BLVD.
ELKTON, MD 21921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.25 |
|---|---|---|---|

**ANGELYN W DAVIDSON,**
371 WOODLAWN MNR
LAWRENCE, KS 66049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.57 |
|---|---|---|---|

**ANN KOONTZ**
7509 NEW GRACE MEWS
COLUMBIA, MD 21046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.14 |
|---|---|---|---|

**ANNA HERRMANN**
7245 S BIRMINGHAM AVE
TULSA, OK 74136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.61** | Nonpriority creditor's name and mailing address

**ANNA MC CALLISTER**
**5156 STRAIGHT FORK**
**GRIFFITHSVILLE, WV 25521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$24.27**

---

**3.62** | Nonpriority creditor's name and mailing address

**ANNA MORRIS**
**10450 LAKEVIEW DR**
**NEW PRT RCHY, FL 34654-3549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**ANNABELLE MAYHEW**
**167 OAKBROOK LANE**
**MINERALWELLS, WV 26150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$46.26**

---

**3.64** | Nonpriority creditor's name and mailing address

**ANNE MCCAULEY**
**6855 150TH ROAD**
**MAYETTA, KS 66509**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$48.31**

---

**3.65** | Nonpriority creditor's name and mailing address

**ANNE R DECKER**
**9612 TRAILRIDGE TERRACE**
**POTOMAC, MD 20854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$1.99**

---

**3.66** | Nonpriority creditor's name and mailing address

**ANNETTA G BAXTER**
**700 BAY DRIVE**
**APT 1010**
**NICEVILLE, FL 32578-4148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.09**

---

**3.67** | Nonpriority creditor's name and mailing address

**ANTHIS LAND COMPANY, LLC**
**PO BOX 14470**
**TULSA, OK 74159-0480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$44.09**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address

**ANTHONY J BOLLIG TEST TRST;**
**PO BOX 779**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$956.01**

---

**3.69** | Nonpriority creditor's name and mailing address

**ANTHONY JIMENEZ**
**23375 LYON ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$55.98**

---

**3.70** | Nonpriority creditor's name and mailing address

**ANTHONY LYNN ROGERS**
**5527 W AMHURST AVE**
**DALLAS, TX 75209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$83.29**

---

**3.71** | Nonpriority creditor's name and mailing address

**APPALACHIAN POWER**
**PO BOX 24415**
**CANTON, OH 44701-4415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$9.95**

---

**3.72** | Nonpriority creditor's name and mailing address

**APPALACHIAN ROYALTIES INC**
**PO DRAWER 1917**
**CLARKSBURG, WV 26302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$434.23**

---

**3.73** | Nonpriority creditor's name and mailing address

**ARDITH A BRENEMAN**
**33000 S. 544 ROAD**
**JAY, OK 74346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$80.37**

---

**3.74** | Nonpriority creditor's name and mailing address

**ARLENE RIDGELY**
**1265 CAMPUS COURT**
**WESTMINSTER, MD 21157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.63**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.55 |
|---|---|---|---|

**ARLO L CRAWSHAW LIV TRST**
**24345 S. NAVAJO DR.**
**CHANNAHON, IL 60410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.38 |
|---|---|---|---|

**ARLO WAYNE & RUTH ANN**
**6512 NW FAIRWAY DRIVE**
**PARKVILLE, MO 64152-2518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.94 |
|---|---|---|---|

**ARMILDA ADKINS**
**3657 PIEDMONT ROAD**
**HUNTINGTON, WV 25704-1940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARMSTRONG UTILITIES, INC**
**PO BOX 37750**
**PHILADELPHIA, PA 19101-5050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.45 |
|---|---|---|---|

**ARNA M WALLS**
**299 LONG BRANCH ROAD**
**BRANCHLAND, WV 25506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.04 |
|---|---|---|---|

**ARNALDO BARROS & MARIA BARROS**
**900 WASHINGTON ST**
**HOLLYWOOD, FL 33019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.55 |
|---|---|---|---|

**ARROW W RANCH, LLC**
**685 W. 77TH STREET**
**TULSA, OK 74132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.29 |
|---|---|---|---|

**ARTHA DEEN CHAMBERLIN**
**5256 MANDARIN DRIVE**
**OCEANSIDE, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $248.40 |
|---|---|---|---|

**ARTHUR LEE CRANOR**
**114 W NORTH STREET**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.51 |
|---|---|---|---|

**ARTHUR W GIBSON TRST**
**P O BOX 3480**
**OMAHA, NE 68103-0480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $146.06 |
|---|---|---|---|

**ARVIN E CLEMANS**
**705 N KENTUCKY**
**IOLA, KS 66749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82.62 |
|---|---|---|---|

**ASHLEY HOLT**
**P.O. BOX 680997**
**FRANKLIN, TN 37068-0997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,638.87 |
|---|---|---|---|

**ASTORG DODGE**
**1401 13TH STREET**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $672.95 |
|---|---|---|---|

**AT&T**
**PO BOX 5001**
**CAROL STREAM, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**
Name

Case number (if known)  **16-11230-SAH**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.90 |

**ATMOS ENERGY**
**2929 W SAM HOUSTON PKWY**
**STE. 200**
**HOUSTON, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |

**ATRONIC ALARMS, INC**
**8220 MELROSE DR**
**LENEXA, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.63 |

**AUDREY I YOUNG, TTEE OF THE**
**19500 MEADE RD.**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.26 |

**AUSTIN A DUVERNOY**
**1440 TRUMANSBURG RD**
**ITHACA, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,236.24 |

**AUSTIN DISTRIBUTING**
**P.O. BOX 7890**
**AMARILLO, TX 79114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.02 |

**AUSTIN M RICHARD**
**20155 HARPER ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.30 |

**AVANELLE CUMMINGS ESTATE**
**35 LOWER FALLS DRIVE**
**ST ALBANS, WV 25177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
Name

Case number *(if known)*    **16-11230-SAH**

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**B & R PUMP & EQUIPMENT, INC**
**4001 SOUTH HIGH**
**OKLAHOMA CTTY, OK 73129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.22 |

**B DOUGLAS HAUGHT II**
**12864 STAUNTON TPKE**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,491.63 |

**BANK OF OKLAHOMA (ELAN)**
**PO BOX 790408**
**ST. LOUIS, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.07 |

**BARBARA A ESTES TRST - 1/24/92**
**9624 U.S. HIGHWAY 75**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.38 |

**BARBARA ANN BOTTOMS**
**ROUTE 1, BOX 175A**
**DELAWARE, OK 74027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.15 |

**BARBARA BAYNE**
**2700 G RD**
**UNIT #11-C**
**GRAND JUNCTION, CO 81506-1426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.51 |

**BARBARA BLASCHKE & WILLIAM A**
**404 MERCER DRIVE**
**WOODSTOCK, GA 30189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.08 |
|---|---|---|---|

**BARBARA JEAN BEARD**
**324 N. KANSAS**
**COLUMBUS, KS 66725**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.13 |
|---|---|---|---|

**BARBARA JUNE BUSENBARRICK**
**6205 183RD ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.91 |
|---|---|---|---|

**BARBARA K STICH**
**8740 150TH RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.78 |
|---|---|---|---|

**BARBARA M WELLS**
**RT 1 BOX 39**
**CAIRO, WV 26337**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.15 |
|---|---|---|---|

**BARBARA PORTER**
**1133 WICK RD.**
**MIDDLEBOURNE, WV 26149**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.68 |
|---|---|---|---|

**BARNEY PONTIOUS**
**14400 50TH ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.25 |
|---|---|---|---|

**BARRY KEN CARNAHAN**
**422 ROYAL CREST**
**RICHARDSON, TX 75081**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.110** Nonpriority creditor's name and mailing address

**BART KOLSTE**
**1301 EAST I STREET**
**OGALLALA, NE 69153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$29.99

---

**3.111** Nonpriority creditor's name and mailing address

**BARTIE ANN BLACK REV TRST**
**857 17000 RD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$156.14

---

**3.112** Nonpriority creditor's name and mailing address

**BATTERY OUTFITTERS, INC**
**PO BOX 215 HWY 86**
**GOLDEN, MO 65658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$500.51

---

**3.113** Nonpriority creditor's name and mailing address

**BDL PARTNERS**
**PO BOX 3**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$83.91

---

**3.114** Nonpriority creditor's name and mailing address

**BDOIL GATHERING CORP**
**649 MITCHELL'S LANE**
**MARIETTA, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$536.17

---

**3.115** Nonpriority creditor's name and mailing address

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL, KS 66771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$10,539.84

---

**3.116** Nonpriority creditor's name and mailing address

**BEACHNER SOUTHWEST FARMING CO**
**P.O. BOX 128**
**ST. PAUL, KS 66771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$116.34

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BELCO, LLC**
**149 BENEDICT ROAD**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.70 |
|---|---|---|---|

**BEN & DONNA J MYERS**
**495 23000 RD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.51 |
|---|---|---|---|

**BEN & MERRY CARLENE HINKLE**
**1277 16000 ROAD**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.63 |
|---|---|---|---|

**BEN E HINKLE**
**1277 16000 RD.**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.09 |
|---|---|---|---|

**BEN R DOUD**
**25528 GENESEE TRAIL RD**
**GOLDEN, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.58 |
|---|---|---|---|

**BENJAMIN HALE THOMAS**
**100 BELLE MEADOW DRIVE**
**MARIETTA, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.70 |
|---|---|---|---|

**BENTON & MELISSA DUFF, H/W**
**612 SOUTH WESTVIEW**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.66**

**BERNARD & HELEN G CRUSE**
**1288 24500 RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$452.04**

**BERNARD J HARDIN, JR**
**24371 1500 ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.37**

**BERNARD L GOUGH**
**6885 NESS ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.13**

**BERNICE HAMMER**
**4800 PARK HILL RD**
**TAHLEQUAH, OK 74464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.66**

**BERNIE J KOGER**
**2880 LYON RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**BEST WELL SERVICES, LLC**
**5727 S. LEWIS AVE. SUITE 550**
**TULSA, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.64**

**BETSY MAE WELCH WILSON**
**P. O. BOX 2524**
**MT. PLEASANT, SC 29465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.68 |
|---|---|---|---|

**BETTIE L PARKS**
**224 CARRINGTON DRIVE**
**PAWLEYS ISLAND, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.52 |
|---|---|---|---|

**BETTY J MCMILLEN**
**23424 1800 ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.37 |
|---|---|---|---|

**BETTY J STILES REV TRST**
**21455 900 RD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.75 |
|---|---|---|---|

**BETTY JANE & STEVEN WHEELER,**
**1705 85TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.54 |
|---|---|---|---|

**BETTY JANE ADAMS**
**RT 1 BOX 176A**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.72 |
|---|---|---|---|

**BETTY JANE BLACK**
**401 HARMONY LN**
**MT HOLLY, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.59 |
|---|---|---|---|

**BETTY JO ASH**
**P O BOX 581**
**KERNVILLE, CA 93238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**

Name

Case number *(if known)*   **16-11230-SAH**

| | |
|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** |

**BETTY K SELL FAMILY TRST**
**1835 E. JACKSON RD**
**FREDONIA, KS 66736**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$14.36**

---

| | |
|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** |

**BETTY LAWERENCE**
**142 HILLSIDE ST**
**ASHVILLE, NC 28801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$28.74**

---

| | |
|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** |

**BEULAH WRIGHT**
**203 - 20TH STREET**
**DUNBAR, WV 25064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$29.36**

---

| | |
|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** |

**BEVERLY BAILEY**
**RT 1 BOX 391**
**SALT ROCK, WV 25559**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$2.84**

---

| | |
|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** |

**BIG BEN LLC**
**5709 SNOWBERRY DR.**
**LITTLETON, CO 80123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$210.29**

---

| | |
|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** |

**BIG HILL FARMS**
**17075 BROWN RD**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$134.91**

---

| | |
|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** |

**BIG SKY MINERAL TRST**
**P.O. BOX 3788**
**ARLINGTON, TX 76007-3788**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$6.60**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.42 |

**BILL E REINHARDT**
**1105 S. ALLEN**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.63 |

**BILL J WESTERMAN**
**12905 HWY 39**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.72 |

**BILL MCMILLEN & KATHY A**
**RT. 1**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,392.67 |

**BILLER FAMILY TRST B OF 2007**
**9910 BIRCHDALE**
**DOWNEY, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.63 |

**BILLY J & SUSAN M MITCHELL**
**18523 SCOTT ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.26 |

**BILLY JOE & JUDITH A MCDANIEL**
**2061 EAST BLUE HAVEN RD**
**TISHOMINGO, OK 73460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.26 |

**BILLY WAYNE BURRIS**
**24097 IRVING ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BIRCH COMMUNICATIONS**
PO BOX 105066
ATLANTA, GA 30348-5066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $921.44 |
|---|---|---|---|

**BIRMINGHAM CORPORATION**
P.O. BOX 52043
TULSA, OK 74152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.58 |
|---|---|---|---|

**BLACK GOLD GROUP, LTD**
PO BOX 85
STRASBURG, OH 44680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|

**BLACK LAND MANAGEMENT, INC.**
**BRIAN D BLACK**
PO BOX 38
BOWDEN, WV 26254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.13 |
|---|---|---|---|

**BLACK RIVER ROYALTIES, LLC**
1499 BLAKE STREET
DENVER, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.59 |
|---|---|---|---|

**BLACKBIRD PARTNERS LLC**
P O BOX 270894
LITTLETON, CO 80127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.39 |
|---|---|---|---|

**BLUE RIBBON RANCH, INC**
P.O. BOX 279
DEWEY, OK 74029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

**3.159**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **BMC GROUP-SMARTROOM**<br>**PO BOX 748225**<br>**LOS ANGELES, CA 90074-8225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.160**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.70 |
|---|---|---|
| **BOB H DAVIS**<br>**PO BOX 26**<br>**FLATWOODS, WV 26621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.161**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.94 |
|---|---|---|
| **BOB J GROSS**<br>**3252 S. 4290 ROAD**<br>**WELCH, OK 74369** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.162**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.83 |
|---|---|---|
| **BOB WILLIS FARMS #4 LLC**<br>**HC 61 BOX 233**<br>**LENAPAH, OK 74042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.163**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|
| **BOBBY D & LADONNA S BEARD**<br>**3070 DOUGLAS RD**<br>**COFFEYVILLE, KS 67337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.164**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.90 |
|---|---|---|
| **BONEVA V SPURGEON**<br>**24427 STAUNTON TURNPIKE**<br>**SMITHVILLE, WV 26178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.165**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.21 |
|---|---|---|
| **BONITA A ROSKOV**<br>**20 COUNTRY VIEW LANE**<br>**FINLEYVILLE, PA 15332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.18 |
|---|---|---|---|

**BONNIE K SIMPSON**
**BOX 84**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.71 |
|---|---|---|---|

**BONNIE L GROSSNICKLE, A-I-F**
**12655 80TH ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.10 |
|---|---|---|---|

**BOYD L BURNS TRST DTD 8/8/88**
**8101 MISSION ROAD**
**APT. 203**
**PRAIRIE VILLAGE, KS 66208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.51 |
|---|---|---|---|

**BRAD R & SENTA B MEISTER,**
**21900 10TH ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.06 |
|---|---|---|---|

**BRAD THOMPSON**
**906 12TH ST**
**VIRGINIA BEACH, WV 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.69 |
|---|---|---|---|

**BRANDON D NUNNENKAMP &**
**522 N.E. VIEWPARK DRIVE**
**LEE SUMMIT, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.25 |
|---|---|---|---|

**BRANDON N VOGEL**
**9900 80TH RD**
**GALESBURG, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.41 |
|---|---|---|---|

**BRENDA BRITTON JOBES**
**44 SILOS**
**WILLIAMSTOWN, WV 26187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.42 |
|---|---|---|---|

**BRENDA CLEMENS**
**26057 KIOWA RD.**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.64 |
|---|---|---|---|

**BRENDA FOSTER**
**3580 JENNANN AVE**
**PADUCAHA, KY 42001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.16 |
|---|---|---|---|

**BRENDA L TAYLOR**
**8001 TREGO ROAD**
**OSWEGO, KS 67356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.51 |
|---|---|---|---|

**BRENDA RAY & RICHARD RAY, H/W**
**7403 MONTICELLO PARKWAY**
**COLLEYVILLE, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.51 |
|---|---|---|---|

**BRENDA SUE WHITTINGTON**
**117 NORTH 2ND AVE.**
**PADEN CITY, WV 26159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**BRENNTAG SOUTHWEST INC**
**P O BOX 970230**
**DALLAS, TX 75397-0230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**BRENNTAG SOUTHWEST INC**
**P O BOX 970230**
**DALLAS, TX 75397-0230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.26** |
|---|---|---|---|

**BRENT & BECKY SMITH**
**410 5000 ROAD**
**COFFEYVILLE, KS 67337**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.03** |
|---|---|---|---|

**BRENT REVELL**
**5485 KIOWA ROAD**
**GALESBURG, KS 66704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.24** |
|---|---|---|---|

**BRIAN & TERESA LAHEY**
**5170 LYON ROAD**
**GALESBURG, KS 66740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.26** |
|---|---|---|---|

**BRIAN D KNIGHT**
**8106 CAIRO ROAD**
**HARRISVILLE, WV 26362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.60** |
|---|---|---|---|

**BRIAN G HAUGHT**
**76 GRANADA CICLE**
**PARKERSBURG, WV 26104-9784**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.37** |
|---|---|---|---|

**BRIAN G MOORE**
**5554 CR 5800**
**CHERRYVALE, KS 67325**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

3.187 | Nonpriority creditor's name and mailing address

**BRIAN HEATH TURNER**
**4315 E. 74TH PLACE**
**TULSA, OK 74136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1.68

---

3.188 | Nonpriority creditor's name and mailing address

**BRIAN J ANDERSON**
**2217 FAIRWAY COURT**
**DERBY, KS 67037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$93.60

---

3.189 | Nonpriority creditor's name and mailing address

**BRIAN MOORE & DENA MOORE H/W**
**1013 FORD RD.**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$110.19

---

3.190 | Nonpriority creditor's name and mailing address

**BRIAN TAYLOR**
**22290 1600 ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$3.37

---

3.191 | Nonpriority creditor's name and mailing address

**BROKEN ARROW ROYALTIES LLC**
**PO BOX 960**
**ARTESIA, NM 88211-0960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$5,776.68

---

3.192 | Nonpriority creditor's name and mailing address

**BRONWEN T FRANCIS TRST**
**617 N. 2ND STREET**
**HUMBOLDT, KS 66748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$11.71

---

3.193 | Nonpriority creditor's name and mailing address

**BRUCE L CRITCHFIELD**
**98 TANGLEWOOD DRIVE**
**BUCKHANNON, WV 26201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$9.85

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53.14**

**BRUCE L THORNTON & TONJA R**
**24889 600 RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$261.81**

**BRUCE S DICK &**
**11580 HARPER ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.07**

**BRUMMITT LIVING TRUST**
**6533 ZARDA DR**
**SHAWNEE, KS 66226-3375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157.34**

**BRYAN & DEBRA COOVER**
**6165 JACKSON ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168.47**

**BRYAN & KIMBERLY SCHULZ TRST**
**7630 80TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.30**

**BRYAN & LORETTA HUCKE**
**859 21000 RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.27**

**BRYAN R DEEM**
**7014 BETHEL ROAD**
**GREENBRIER, TN 37073-5743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,483.56** |
|---|---|---|---|

**BUMPER TO BUMPER,INC.**
**102 S. EVERGREEN**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.99** |
|---|---|---|---|

**BURDETTE S ROMIG**
**974 ANDERS RD**
**LANSDALE, PA 19446**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**BURNS PROPANE COMPANY**
**P.O BOX 288**
**OOLOGAH, OK 74053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$469.66** |
|---|---|---|---|

**BURRESS FARMS, INC**
**1151 26000 ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82.33** |
|---|---|---|---|

**C C RUHL**
**407 N. MAPLE**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,225.53** |
|---|---|---|---|

**C D & CATHY J TRIPLETT H/W**
**7675 120TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$574.95** |
|---|---|---|---|

**C D TRIPLETT**
**7675 120TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.208**

**Nonpriority creditor's name and mailing address**

**C DIANE EDDY &**
**183 CLOHAN AVE.**
**MARTINSBURG, WV 25404-0737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$45.96**

---

**3.209**

**Nonpriority creditor's name and mailing address**

**C F LAIR OR JANICE K LAIR OR**
**P. O. BOX 44**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$57.67**

---

**3.210**

**Nonpriority creditor's name and mailing address**

**C G WASS HEIRS TRST**
**P O BOX 29**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$7.21**

---

**3.211**

**Nonpriority creditor's name and mailing address**

**C JOE MOYERS**
**1024 PALM AVE.**
**WILDWOOD, FL 34785**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$14.21**

---

**3.212**

**Nonpriority creditor's name and mailing address**

**C W & CONSTANCE E TRIPLETT**
**7720 120TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3,999.55**

---

**3.213**

**Nonpriority creditor's name and mailing address**

**CABOT OIL & GAS CORPORATION**
**P.O. BOX 4544**
**HOUSTON, TX 77210-4544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214**

**Nonpriority creditor's name and mailing address**

**CAL FARLEY'S BOYS RANCH**
**P.O. BOX 1**
**AMARILLO, TX 79105-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$8.41**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CALVIN CARTER**
**1072 RD 26**
**SEDAN, KS 67361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.35 |
|---|---|---|---|

**CALVIN D & KAREN L PHILLIPS**
**25078 ELK ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.08 |
|---|---|---|---|

**CAMDEN ENERGY CORPORATION**
**P.O. BOX 31196**
**EDMOND, OK 73003-7603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.39 |
|---|---|---|---|

**CAMERON & SHIRLEY JANTZ**
**10272 1400 ROAD**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.60 |
|---|---|---|---|

**CAMILLA GATRELL**
**2367 MURRAYSVILLE ROAD**
**RAVENSWOOD, WV 26164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.64 |
|---|---|---|---|

**CANDACE ANN GFELLER**
**2857 230TH**
**MARION, KS 66861**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.16 |
|---|---|---|---|

**CARA SUE SOMMERVILLE AGENT**
**79 SMITH AVE.**
**BUCKHANNON, WV 26201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.88**

**CARL & ELIZABETH HOGAN REV**
**3756 COUNTY ROAD 6030**
**NEODESHA, KS 66757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.46**

**CARL A & MARTHA J SHUFELDT, JT**
**RT 1 BOX 343**
**SOUTH COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.85**

**CARL D REAVES**
**21538 2000 RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.27**

**CARL F & SHERYL A JOHNSON J.T.**
**621 N CENTRAL AVE**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.43**

**CARL J & DORIS W STUDEBAKER**
**9585 JEWELL RD**
**FREDONIA, KS 66736-7600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33.80**

**CARL JORDAN**
**5260 TIMUCUA CIRCLE**
**ST. AUGUSTINE, FL 32086-5622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.42**

**CARL LEROY & JUDY JONES**
**#2 BRENTWOOD DRIVE**
**STILLWATER, OK 74075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**                     Case number (if known)  **16-11230-SAH**
_____
Name

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.00 |
|---|---|---|---|

**CARL P BRUNGARDT**
**12950 70TH ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.67 |
|---|---|---|---|

**CARL P BRUNGARDT &**
**12950 70TH RD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.49 |
|---|---|---|---|

**CARL W & CONNIE DENISE HENRY**
**RT. 1, BOX 165**
**SOUTH COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.61 |
|---|---|---|---|

**CARLA A MCKINNEY & DOUGLAS**
**1311 EAST 25TH AVENUE**
**HUTCHINSON, KS 67502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.07 |
|---|---|---|---|

**CARLA MCKINNEY**
**1311 EAST 25TH AVENUE**
**HUTCHINSON, KS 67502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.63 |
|---|---|---|---|

**CARLTON E. KASPER**
**5915 PALM SPRINGS COURT**
**ELK GROVE, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.45 |
|---|---|---|---|

**CAROL A & LEWIS S REGIS**
**13030 PRATT RD**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.76**

**CAROL BRADFORD LIV TRST**
**14007 THOMAS RD**
**CHANUTE, KS 66720-5528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.93**

**CAROL F MANGELS**
**4300 SOUTH TAMARACK AVE**
**BROKEN ARROW, OK 74011-1344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.62**

**CAROL J MADRON REV TRST**
**198 B 5000 ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82.79**

**CAROL OTT**
**106 MELROSE AVE.**
**DELRAN, NJ '08075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.13**

**CAROL ROBINSON**
**P.O. BOX 43**
**MILTON, WV 25541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.06**

**CAROL SUE ANDREWS**
**1317 86TH AVE N., APT 240**
**MINNEAPOLIS, MN 55444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.06**

**CAROL WALTERS**
**1005 SMITH ROAD**
**FREMONT, OH 43420-8860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**    Case number *(if known)*    **16-11230-SAH**

Name

| | | |
|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN C LAMB & MARLENE A**<br>**8775 QUEEN ROAD**<br>**ST. PAUL, KS 66771**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$268.33** |

| | | |
|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN HEINEY**<br>**263 MATHEWS ROAD**<br>**GRANTSVILLE, WV 26147**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1.09** |

| | | |
|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN HURST & ROBERT A**<br>**12900 170TH ROAD**<br>**ERIE, KS 66733**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.12** |

| | | |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN K STARR**<br>**600 TANEYTOWN PIKE**<br>**WESTMINSTER, MD 21158**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8.57** |

| | | |
|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN KAY CRANOR**<br>**25919 BRICK HILL DRIVE**<br>**SPRING, TX 77389**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$85.50** |

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN R PARKS FULPER**<br>**HC 68 BOX 24**<br>**SMITHVILLE, WV 26178**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1.91** |

| | | |
|---|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address**<br>**CAROLYN ROGERS**<br>**72 COUNTRY ROAD 2305**<br>**BARNSDALE, OK 74002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$54.91** |

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.85 |
|---|---|---|---|

**CAROLYN S & RANDALL W ROGERS**
**ROUTE 1, BOX 881**
**BARNSDALL, OK 74002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**CAROLYN S MYNATT**
**961 2800TH STREET**
**LAHARPE, KS 66751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAROLYN SHEETS**
**RT 2, BOX 73B**
**PENNSBORO, WV 26145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.86 |
|---|---|---|---|

**CAROLYN SUE CREMEANS**
**1256 GEORGIA AVE.**
**MILTON, WV 25541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.47 |
|---|---|---|---|

**CARRIE J SCARBRO**
**109 STONE STREET**
**MT HOPE, WV 25880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.21 |
|---|---|---|---|

**CARROL & LAVON CUMMINGS**
**1501 S. WASHINGTON AVE.**
**CHANUTE, KS 66720-2812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,832.64 |
|---|---|---|---|

**CARROLL ENERGY, LLC**
**PO BOX 3950**
**BARTLESVILLE, OK, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267.00** |
|---|---|---|---|

**CARTER AUTOMOTIVE WAREHOUSE**
**PO BOX 344**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.88** |
|---|---|---|---|

**CARY & JENNIFER BRADY, JTWROS**
**17700 DOUGLAS ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Royalty Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.56** |
|---|---|---|---|

**CARY FAMILY LLC**
**1716 EAST 138TH PLACE SOUTH**
**BIXBY, OK 74008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Royalty Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,746.22** |
|---|---|---|---|

**CASCADE ACQUISITION**
**PO BOX 7849**
**DALLAS, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Royalty Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.14** |
|---|---|---|---|

**CATHERINE AMOS**
**1240 CEDARDELL CR**
**BIRMINGHAM, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Royalty Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.50** |
|---|---|---|---|

**CATHERINE C REECE**
**3917 GLADSTONE DR.**
**CORPUS CHRISTI, TX 78414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Royalty Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.71** |
|---|---|---|---|

**CATHERINE L YOUNTZ**
**692 COUNTY ROAD 2280**
**BARNSDALL, OK 74002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Royalty Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.91 |
|---|---|---|---|

**CATHERINE SUE WEESE**
**405 GOFFS RD**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.50 |
|---|---|---|---|

**CATHY MARSHALL**
**581 MCCLURE**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $73.52 |
|---|---|---|---|

**CATHY SUE & PATRICK C HEIT,**
**6530 10TH ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,911.02 |
|---|---|---|---|

**CAWLEY, GILLESPIE & ASSOC, INC**
**306 WEST 7TH STREET**
**SUITE 302**
**FORT WORTH, TX 76102-4987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,483.23 |
|---|---|---|---|

**CDW DIRECT, LLC**
**P.O. BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53.09 |
|---|---|---|---|

**CECELIA STODOLA, BRENDA L**
**% BRENDA SHIRLEY**
**PO BOX 1306**
**WARNER, OK 74469-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17.04 |
|---|---|---|---|

**CECIL RAY KIRBY & MARILYN**
**11990 HIGHWAY 47**
**ERIE, KS 66773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                    Case number (if known) **16-11230-SAH**
_____
Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.28 |

**CECILIA A MITCHELL**
**PO BOX 753**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.77 |

**CECILIA M BAUGHER REV TRST**
**20100 KIOWA RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.19 |

**CECILLE R NUNNENKAMP**
**13906 US 75 HIGHWAY**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.60 |

**CEDAR CREEK LLC**
**11984 S PROVENCE STREET**
**UNIT 2003**
**OLATHE, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CENTURY BUSINESS TECHNOLOGIES**
**P.O. BOX 2459**
**TOPEKA, KS 66601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.88 |

**CEP MID-CONTINENT, LLC**
**1000 MAIN STREET**
**SUITE 3000**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,520.00 |

**CERTENT INC**
**4683 CHABOT DR. # 260**
**PLEASANTON, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $111.08 |
|---|---|---|---|

**CHAD L & JEANA D ANDERES**
**1035 200TH ROAD**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $816.27 |
|---|---|---|---|

**CHAD MCDOWELL & ANGELA**
**P.O. BOX 967**
**MUSTANG, OK 73064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,596.88 |
|---|---|---|---|

**CHANDLER OIL, LLC**
**P.O. BOX 564**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $352.80 |
|---|---|---|---|

**CHANUTE TRIBUNE**
**P.O. BOX 559**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $184.44 |
|---|---|---|---|

**CHARLES & BARBARA S WHEELER,**
**6165 IRVING RD**
**GALESBURG, KS 66740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.35 |
|---|---|---|---|

**CHARLES B. PARKS**
**5765 S.W. 87 AVE.**
**COOPER CITY, FL 33328**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46.11 |
|---|---|---|---|

**CHARLES D BROWN**
**RT 1 BOX 360**
**S. COFFEYVILLE, OK 74072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                    Case number *(if known)*    **16-11230-SAH**
_____
Name

| | |
|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.26 |

**3.285** | **Nonpriority creditor's name and mailing address**

**CHARLES DUANE BROWN &**
**569 VALEDA ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$697.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address**

**CHARLES E & CAROL LUNDY**
**519 EDGEWOOD COURT**
**NOWATA, OK 74048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$62.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address**

**CHARLES E CONLEY**
**115 WOODRIDGE DR**
**ELYRIA, OH 44035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$13.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address**

**CHARLES EDWARD STEINBACHER**
**14745 20TH RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$18.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address**

**CHARLES H MURPHY & ROSSINDA J**
**8492 US 75 HWY**
**ALTOONA, KS 66710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$64.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address**

**CHARLES H VARNER & DOROTHY M**
**16754 2000 RD**
**BENEDICT, KS 66714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$79.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address**

**CHARLES KLINTWORTH**
**578 CATON STREET**
**SEYMOUR, TN 37865**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number (if known) **16-11230-SAH**

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.52 |

**CHARLES M CANTRELL**
**909 ELK ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.76 |

**CHARLES MIDDLETON**
**2814 MORGAN**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.36 |

**CHARLES P & CAROL D MEIWES H/W**
**9025 FORD ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.89 |

**CHARLES P MEIWES & JOHN P**
**9025 FORD ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.98 |

**CHARLES R BUSSINGER &**
**25031 GRAY ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.76 |

**CHARLES R FAIL &**
**1531 VIA SAN CAYETANO**
**RIO RICO, AZ 85648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.78 |

**CHARLES R POWELL**
**720 VIRGINIA LANE**
**ARDMORE, OK 73401-3012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.79 |
|---|---|---|---|

**CHARLES S EVANS-LOMBE**
**P O BOX 814**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.78 |
|---|---|---|---|

**CHARLES T REAVES & SHARON L**
**20814 1900 ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.61 |
|---|---|---|---|

**CHARLES W GOFF III**
**20311 800 ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.46 |
|---|---|---|---|

**CHARLES W MOATS**
**15021 BELLEPOINT RD**
**OSTRANDER, OH 43061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.14 |
|---|---|---|---|

**CHARLETTE SEARS**
**1609 NW 36TH ST**
**LAWTON, OK 73505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.90 |
|---|---|---|---|

**CHARLEY DEWEESE LIV TR**
**624 S SYCAMORE**
**IOLA, KS 66749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.15 |
|---|---|---|---|

**CHARLOTTE ERBE**
**6570 ANDERSON ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.94 |
|---|---|---|---|

**CHARLOTTE M STEPHENS**
**622 SOUTH RUFFNER DR.**
**CHARLESTON, WV 25311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.20 |
|---|---|---|---|

**CHARLOTTE MAXON**
**29125 NORTH 2960 ROAD**
**CASHION, OK 73016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.67 |
|---|---|---|---|

**CHARLOTTE P SELLERS**
**504 MONTICELLO LANE**
**BLACKSBURG, VA 24060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**CHASE OIL CORPORATION**
**P.O. BOX 1767**
**ARTESIA, NM 88211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.16 |
|---|---|---|---|

**CHEROKEE LEGACY MINERALS, LTD**
**P.O. BOX 3217**
**ALBANY, TX 76430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.06 |
|---|---|---|---|

**CHERYL LEWEKE**
**314 EXNER**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.38 |
|---|---|---|---|

**CHERYL STROHM WINDSOR**
**2905 CHESTNUT DRIVE**
**WALDORF, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHESAPEAKE APPALACHIA LLC**
**P.O. BOX 18496**
**OKLAHOMA CITY, OK 73154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $114.93 |
|---|---|---|---|

**CHESTER & DANA HOBBS**
**13052 2100 ROAD**
**BUFFALO, KS 66717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,019.16 |
|---|---|---|---|

**CHESTER LEROY MARKHAM**
**15001 1700 RD**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $136.18 |
|---|---|---|---|

**CHETOPA 14, LLC**
**10920 GRAY ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $357.24 |
|---|---|---|---|

**CHEYNEY LAND, LLC**
**8655 170 ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.16 |
|---|---|---|---|

**CHILDERS-BROWN, LLC**
**2389 IRONWOOD ROAD**
**FT. SCOTT, KS 66701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.46 |
|---|---|---|---|

**CHRIS LANCASTER**
**405 CUMBERLAND DRIVE**
**BARTLESVILLE, OK 74003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.20 |
|---|---|---|---|

**CHRIS TROXELL & GWEN TROXELL**
**20700 HARPER ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.81 |
|---|---|---|---|

**CHRISSCOTT, LP**
**5623 N WESTERN, SUITE B**
**OKLAHOMA CITY, OK 73118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.59 |
|---|---|---|---|

**CHRISTINE H YOUNG**
**222 GREENWOOD STREET**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.49 |
|---|---|---|---|

**CHRISTINE M ERBE REV TR**
**BOX 82**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.07 |
|---|---|---|---|

**CHRISTINE YOUNG &/OR CATHERINE**
**222 GREENWOOD STREET**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.08 |
|---|---|---|---|

**CHRISTOPHER HAYMOND AS TTEE**
**P.O. BOX 426**
**PENNSBORO, WV 26415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.32 |
|---|---|---|---|

**CHRISTOPHER J LUBBERS & ELLA J**
**14925 20TH ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**
_____
Name

Case number (if known)  **16-11230-SAH**

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.47 |

**CHRISTOPHER M MEANS**
**PO BOX 215**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.06 |

**CHRISTOPHER M STOCKEBRAND &**
**1964 110TH RD**
**YATES CENTER, KS 66783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.39 |

**CHRISTOPHER RYAN AYERS**
**PO BOX 117**
**PONSFORD, MN 56575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.67 |

**CHRISTOPHER T & DEBORAH S**
**17300 NESS ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.40 |

**CINDY M FAGER FINDLEY**
**4050 LOGGING TRAIL LANE**
**KEWADIN, MI 49648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,280.01 |

**CINTAS CORPORATION #459**
**P.O. BOX 88005**
**CHICAGO, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,327.08 |

**CINTAS CORPORATION 063**
**PO BOX 88005**
**CHICAGO, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$348.04**

**CINTAS CORPORATION J67**
PO BOX 630910
CINCINNATI, OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,644.33**

**CINTAS FIRST AID & SAFETY F70**
P.O. BOX 636525
CINCINNATI, OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,405.91**

**CITY CENTER EAST GARAGE, LLC**
204 N ROBINSON
SUITE 700
OKLAHOMA CITY, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,794.79**

**CITY OF CHANUTE**
DEPARTMENT OF UTILITIES
P.O. BOX 723
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.79**

**CITY OF COFFEYVILLE**
PO BOX 1629
COFFEYVILLE, KS 67337-0949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.75**

**CLAIRE ANN CHRISP**
17640 BECK ST.
LAKE MILTON, OH 44429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.03**

**CLAIRE ROBINSON**
41 ESCARGOT CROSSING
HARRISVILLE, WV 26362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.73 |

**CLARA ROSE**
**121 HATTIE BRANCH RD**
**SERVIREVILLE, TN 37876**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.38 |

**CLARENCE E & JO A MCDANIEL,**
**12411 E 14TH PLACE**
**TULSA, OK 74128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.72 |

**CLARENCE E & SHELLY A PEARCE**
**828 26000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.71 |

**CLARENCE E &JO A MCDANIEL, J/T**
**12411 E 14TH PLACE**
**TULSA, OK 74128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.17 |

**CLARISSA HAMMER**
**701 W FOX ST, APT 25**
**TAHLEQUAH, OK 74464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.31 |

**CLARK R & SHARON L CLEAVER**
**17400 130TH ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.65 |

**CLAUDE S RHEA**
**1429 GREENBRIER DR**
**MT VERNON, OH 43050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.80**

**CLAYTON & NICKIE WHEELER**
6339 US 75 HWY
NEODESHA, KS 66757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.88**

**CLAYTON D WARD & LAURIE I**
6335 160TH ROAD
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.19**

**CLAYTON J MCCLURE & SHIRLEY A**
59511 E. 240 RD.
GROVE, OK 74344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.62**

**CLEAR FORK ROYALTY II, LP**
309 W. 7TH ST., STE. 500
FORT WORTH, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.54**

**CLEATOUS C & LORENE RICHARDSON**
P.O. BOX 811
COFFEYVILLE, KS 67337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,361.78**

**CLEAVER FARM & HOME, INC**
2103 S SANTA FE
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.80**

**CLEMENT D EIKENBERRY**
5078 GRAY ROAD
EDNA, KS 67342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.35 |
|---|---|---|---|

**CLEONICE C HENDRICKS**
**125 HWY 26 W**
**OGALLALA, NE 69153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.84 |
|---|---|---|---|

**CLIFFORD E JOHNSON**
**1713 E 123RD STREET**
**LOS ANGELES, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.71 |
|---|---|---|---|

**CLIFTON VALENTINE**
**3524 IMPERIAL LA.**
**LAKELAND, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.20 |
|---|---|---|---|

**CLINT W DILLOW**
**200 WEST STREET**
**CASSVILLE, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.42 |
|---|---|---|---|

**CLIPE, LLC**
**P.O. BOX 815**
**QUOGUE, NY 11959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.45 |
|---|---|---|---|

**CLYDE & NAOMI BARNHART JTWROS**
**PO BOX 105**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.17 |
|---|---|---|---|

**CLYDE P KEITH, II**
**1003 ORMA DR**
**PETROLEUM, WV 26161-6413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290.47** |
| --- | --- | --- | --- |
| | **COASTAL FOREST RESOURCES COMPA** <br> P.O. BOX 709 <br> BUCKHANNON, WV 26201 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.09** |
| --- | --- | --- | --- |
| | **COBANK, FCB** <br> 245 N. WACO, P.O. BOX 2940 <br> WICHITA, KS 67201 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.46** |
| --- | --- | --- | --- |
| | **COBRA PETROLEUM COMPANY, LP** <br> P. O. BOX 136355 <br> FORT WORTH, TX 76136 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.78** |
| --- | --- | --- | --- |
| | **CODY W & BELINDA A GARTEN, H/W** <br> 10740 LYON ROAD <br> ERIE, KS 66733 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.47** |
| --- | --- | --- | --- |
| | **COLLEEN SALISBURY** <br> 317 WHISKEY CREEK CT <br> OCOEE, FL 34761 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.42** |
| --- | --- | --- | --- |
| | **COLT NATURAL GAS, LLC** <br> PO BOX 388 <br> IOLA, KS 66749 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.53** |
| --- | --- | --- | --- |
| | **COMFORT CONTRACTORS, INC** <br> P.O. BOX 643 <br> CHANUTE, KS 66720 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **PostRock Energy Corporation**

Case number *(if known)*    **16-11230-SAH**

Name

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.39 |
|---|---|---|---|

**COMMERCIAL BANK**
**1821 MAIN STREET**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.41 |
|---|---|---|---|

**COMMERCIAL BANK**
**1821 MAIN STREET**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.22 |
|---|---|---|---|

**COMMERCIAL BANK F/A/O**
**P.O. BOX 648**
**PARSON, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.68 |
|---|---|---|---|

**COMMERCIAL BANK F/A/O MICHAEL**
**1901 MAIN STREET**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.88 |
|---|---|---|---|

**COMMISSIONERS OF LAND OFFICE**
**P.O. BOX 248896**
**OKLAHOMA CITY, OK 73124-8896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449,019.15 |
|---|---|---|---|

**COMPRESSOR SYSTEMS, INC**
**P.O. BOX 841807**
**DALLAS, TX 75284-1807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,375.00 |
|---|---|---|---|

**COMPUTERSHARE INC**
**DEPT CH 16934**
**PALATINE, IL 60055-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.376** | Nonpriority creditor's name and mailing address

**COMPUTERSHARE, INC**
**DEPT CH 16934**
**PALATINE, IL 60055-9228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | Nonpriority creditor's name and mailing address

**CONNIE K NEHRBASS**
**621 4000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$25.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address

**CONQUEST ENERGY, INC**
**PO BOX 3950**
**BARTLESVILLE, OK 74006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,015.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address

**CONSOLIDTD RURAL WATER DIST #1**
**P.O. BOX 328**
**HAVANA, KS 67347**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$4.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address

**CONSTANCE J DODGE**
**1800 WASHINGTON AVENUE**
**GOLDEN, CO 80401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address

**CONSTANCE VAN HARN**
**6602 E 114TH ST S**
**BIXBY, OK 74008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$5.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address

**CONSUELO ANN LANHAM MORENO**
**3370 VIRGINIA STREET**
**LYNWOOD, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$51.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.383** | Nonpriority creditor's name and mailing address

**CONSUL PROPERTIES, LLC**
**2800 W COUNTRY CLUB DR**
**OKLAHOMA CITY, OK 73116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$7.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address

**COOK ENTERPRISES, LP**
**12908 WESTGATE**
**OVERLAND PARK, KS 66213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$57.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address

**CORNISH WIRELINE SERVICES, INC**
**P.O. DRAWER H**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,473.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address

**COX COMMUNICATIONS, INC**
**P.O. BOX 248851**
**OKLAHOMA CITY, OK 73124-8851**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,810.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address

**CRAIG E CUNNINGHAM**
**6596 YORK ROAD**
**PARMA HEIGHTS, OH 44130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address

**CRAIG EMMANUEL**
**PO BOX 86**
**LARAMIE, WY 82073-0086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$61.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address

**CRAIG SMITH**
**115 BROOKSIDE ESTATES**
**SCOTT DEPOT, WV 25560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
         _____
         Name

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,202.10 |
|---|---|---|---|

**CROSS MIDWEST TIRE INC**
**401 S 42ND ST**
**KANSAS CITY, KS 66106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.90 |
|---|---|---|---|

**CRYSTALLINE TECHNOLOGY, LLC**
**P.O. BOX 307**
**MONESSEN, PA 15064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CSI COMPRESSCO OPERATING, LLC**
**PO BOX 840082**
**DALLAS, TX 75284-0082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,183.95 |
|---|---|---|---|

**CT CORPORATION**
**P.O. BOX 4349**
**CAROL STREAM, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.28 |
|---|---|---|---|

**CULLIGAN OF INDEPENDENCE**
**PO BOX 623**
**INDEPENDENCE, KS 67201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.88 |
|---|---|---|---|

**CULLIGAN OF TULSA**
**P.O. BOX 9697**
**TULSA, OK 74157-0697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.84 |
|---|---|---|---|

**CURT L JANSSEN**
**11045 16TH ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.28**

**CURTIS D DANIELS**
**18655 OTTAWA RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61.46**

**CURTIS R & TERESA A BURNS,**
**10231 E FUNSTON COURT**
**WICHITA, KS 67207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.05**

**CURTIS R THOMPSON**
**1486 HEIGHTS VIEW DRIVE**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.14**

**CYNTHIA KEES**
**59301 E 301 RD**
**GROVE, OK 74344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299.71**

**D BAR D LAND, LLC**
**13214 K47 HWY**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.23**

**DALE & MARGARET ALLEN**
**19120 KINGMAN RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149.31**

**DALE E GEORGE**
**P.O. BOX 118**
**5010 2ND AVE.**
**ALBERT, KS 67511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                                   Case number (if known) **16-11230-SAH**
_____
Name

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.92 |
|---|---|---|---|

**DALE G & ETHELENA SMALL**
**9400 170TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.68 |
|---|---|---|---|

**DALE J & IRIS VAN METER**
**3800 120TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.44 |
|---|---|---|---|

**DALE J STEINMAN & PHYLLIS J**
**ROUTE 2**
**HUMBOLDT, KS 66748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.64 |
|---|---|---|---|

**DALLAS HONAKER**
**13771 CR 2133**
**WHITEHOUSE, TX 75791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**DAN R RICKORDS**
**501 KELLEY ROAD**
**WOODLAND PARK, CO 80863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.39 |
|---|---|---|---|

**DANA BURKE**
**313 LYNWOOD CIRCLE**
**LONG BEACH, MS 39560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.89 |
|---|---|---|---|

**DANA P SWEETEN & JEFFREY**
**653 5000 ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.411** Nonpriority creditor's name and mailing address
**DANIEL E & TAMMY L MILLER**
**6520 IRVING ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$24.63**

---

**3.412** Nonpriority creditor's name and mailing address
**DANIEL G BOGNER REV TRST**
**7800 20TH RD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$565.63**

---

**3.413** Nonpriority creditor's name and mailing address
**DANIEL J. KEPLEY**
**1029 23000 RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$66.32**

---

**3.414** Nonpriority creditor's name and mailing address
**DANIEL K.& ELLA BRAZIL JTWROS**
**13015 ELK ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$111.15**

---

**3.415** Nonpriority creditor's name and mailing address
**DANIEL THORNTON**
**5005 DOUGLAS ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$190.54**

---

**3.416** Nonpriority creditor's name and mailing address
**DANIEL W DARNOLD**
**3248 ROSEMAR RD**
**PARKERSBURG, WV 26101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417** Nonpriority creditor's name and mailing address
**DANIEL W SOMMERS**
**717 ALAN DRIVE**
**BURLESON, TX 76028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$64.16**

---

Debtor **PostRock Energy Corporation**                    Case number *(if known)*  **16-11230-SAH**

Name

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.26** |

**DANNY C & DEE ANN K CARRICO**
**811 5000 ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.75** |
|---|---|---|

**DANNY CARRICO & DEE ANN**
**811 5000 ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.13** |
|---|---|---|

**DANNY J DEBLER**
**1417 S. MALCOLM**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.84** |
|---|---|---|

**DANNY L & PEGGY D MAXSON**
**4384 S 4270 ROAD**
**WELCH, OK 74369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.77** |
|---|---|---|

**DANNY LAIRD**
**2415 NEAL ST**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.30** |
|---|---|---|

**DARIA A CONDON**
**16105 NESS RD.**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.94** |
|---|---|---|

**DARLENE O'NEILL**
**RT 1 BOX 367-1**
**SOUTH COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **PostRock Energy Corporation**
_____
Name

Case number (if known)   **16-11230-SAH**

| | |
|---|---|
| 3.425 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**DARLENE TAYLOR**
**543 13TH AVENUE**
**NEW BRIGHTON, PA 15066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$14.42**

---

3.426   **Nonpriority creditor's name and mailing address**
**DAROLD COOMES REV TRST**
**409 SHERIDAN**
**ST. PAUL, KS 66771**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$157.65**

---

3.427   **Nonpriority creditor's name and mailing address**
**DARREL & CAROLYN MONTGOMERY**
**2820 NORTH 8TH**
**INDEPENDENCE, KS 67301-1745**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$157.43**

---

3.428   **Nonpriority creditor's name and mailing address**
**DARREN BABCOCK**
**1345 OTTAWA RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$5.92**

---

3.429   **Nonpriority creditor's name and mailing address**
**DARREN MICHAEL WILEY AND**
**1580 9000 RD**
**OSWEGO, KS 67356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$15.60**

---

3.430   **Nonpriority creditor's name and mailing address**
**DARRIN W WOOLFOLK & DEANA A**
**3040 HARPER RD**
**EDNA, KS 67342**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$118.77**

---

3.431   **Nonpriority creditor's name and mailing address**
**DART CHEROKEE BASIN OPERATING**
**PO BOX 177**
**MASON, MI 48854-0177**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.39 |
|---|---|---|---|

**DARYL D AHLQUIST**
**102 S LINCOLN AVE**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.54 |
|---|---|---|---|

**DAVE & BELINDA COMPSTON**
**4719 STATE ST**
**BARLESVILLE, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.61 |
|---|---|---|---|

**DAVE L & TERESA L COX**
**6700 40TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.64 |
|---|---|---|---|

**DAVID & APRIL SEMRAD**
**9450 90TH RD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.66 |
|---|---|---|---|

**DAVID & DEBBIE CASTLE**
**9280 50TH ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.73 |
|---|---|---|---|

**DAVID & DEBORAH LOWE**
**24649 KINGMAN RD**
**BUFFALO, KS 66717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.74 |
|---|---|---|---|

**DAVID & DONNA WILLIS**
**7120 160TH ROAD**
**CHANUTE, KS 66720-6800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                    Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.51 |
|---|---|---|---|

**DAVID & GINA BURNETT**
**8405 MEADE ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,054.26 |
|---|---|---|---|

**DAVID & HARRIET THORNTON**
**7450 BETHANY ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.08 |
|---|---|---|---|

**DAVID & MICHELLE HINKLE**
**300 QUAIL RUN**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.14 |
|---|---|---|---|

**DAVID A & BARBARA POWERS, H/S,**
**11185 ELK RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.57 |
|---|---|---|---|

**DAVID A PETERSON**
**20050 50TH RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.91 |
|---|---|---|---|

**DAVID ALLEN BEAM &**
**611 N.W. 1751**
**KINGSVILLE, MO 64061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.60 |
|---|---|---|---|

**DAVID B ELY & TONYA R ELY**
**10720 BROWN ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number (if known) **16-11230-SAH**

| | |
|---|---|
| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.91 |

**3.446**

Nonpriority creditor's name and mailing address

**DAVID BOSCH**
**6077 QUEEN ROAD**
**NEODESHA, KS 66757**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$60.91

---

**3.447**

Nonpriority creditor's name and mailing address

**DAVID C ROSS & DONNA S ROSS**
**1910 WILLOW**
**VALLEY FALLS, KS 66088-4040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$111.44

---

**3.448**

Nonpriority creditor's name and mailing address

**DAVID CALLAGHAN**
**1713 LOUDON HEIGHTS RD**
**CHARLESTON, WV 25314**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$151.78

---

**3.449**

Nonpriority creditor's name and mailing address

**DAVID D & RHONDA J MARPLE**
**20389 2000 RD**
**BUFFALO, KS 66717**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$113.18

---

**3.450**

Nonpriority creditor's name and mailing address

**DAVID D MARPLE**
**20389 2000 ROAD**
**BUFFALO, KS 66717**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$53.28

---

**3.451**

Nonpriority creditor's name and mailing address

**DAVID D. & PATRICIA ANN MARPLE**
**20389 2000 ROAD**
**BUFFALO, KS 66717**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$62.80

---

**3.452**

Nonpriority creditor's name and mailing address

**DAVID EUGENE BURDUE &**
**P.O. BOX 720182**
**OKLAHOMA CITY, OK 73172**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$341.83

---

Debtor  **PostRock Energy Corporation**                          Case number *(if known)*  **16-11230-SAH**
_____
Name

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.97 |
|---|---|---|---|

**DAVID G GROBLEBE**
**PO BOX 2265**
**DURANGO, CO 81302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.09 |
|---|---|---|---|

**DAVID H & CAROLYN M WINTERS,**
**BOX 135**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.41 |
|---|---|---|---|

**DAVID H WINTERS, JR &**
**16000 IRVING RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.32 |
|---|---|---|---|

**DAVID K & KIMBERLY R KRAMER**
**6955 JACKSON ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.67 |
|---|---|---|---|

**DAVID K THORNTON**
**24916 850 RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.97 |
|---|---|---|---|

**DAVID KEN & TAMMY F THORNTON**
**24916 850 RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.44 |
|---|---|---|---|

**DAVID L & DONNA J ERBE, JT**
**1209 POTOMAC**
**BURLINGTON, KS 66839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.22

**DAVID L & DONNA L MAXEY**
**HC 61 BOX 23**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.00

**DAVID L & JUDITH D OSBORN**
**2510 HWY 169**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $616.76

**DAVID L & MARY SUE CARLSON,**
**18915 WICHITA RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.80

**DAVID L HARRIS & PAM L HARRIS**
**13225 K-47 HIGHWAY**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.72

**DAVID L SCHLARB**
**307 55TH STREET**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.18

**DAVID M & KRISTEN K MILLER,**
**14475 250TH RD**
**SAVONBURG, KS 66772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.14

**DAVID MAXSON**
**123 N 160TH**
**GIRARD, KS 66743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **PostRock Energy Corporation**                                   Case number (if known)    **16-11230-SAH**
_____
Name

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.60 |
|---|---|---|---|

**DAVID P ANDERSON**
**721 N. HUNTINGTON COURT**
**LAWRENCE, KS 66049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.33 |
|---|---|---|---|

**DAVID P ELLIOTT, JR**
**619 LIMESTONE RUN ROAD**
**WESTON, WV 26452-7667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.66 |
|---|---|---|---|

**DAVID R & AUDREY A MAHURIN**
**5215 20TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.37 |
|---|---|---|---|

**DAVID T HOLT**
**P.O. BOX 680997**
**FRANKLIN, TN 37068-0997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.47 |
|---|---|---|---|

**DAVID W BAUGHER REV TRST**
**20048 NESS RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.14 |
|---|---|---|---|

**DAVID W ENGELMAN & ELAINE C**
**17454 2000 RD**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.62 |
|---|---|---|---|

**DAVID W HINKLE**
**300 QUAIL RUN**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.06 |
|---|---|---|---|

**DAVID W KNUDSEN & MARY**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID WAYNE FOSTER, JR**
**RT. 1 BOX 229B**
**CAIRO, WV 26337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.36 |
|---|---|---|---|

**DAVID WELCH**
**1307 DARWIN STREET**
**ODENTEN, MD 21113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.14 |
|---|---|---|---|

**DAVIS BROS LLC**
**110 W. 7TH ST. STE. 1000**
**TULSA, OK 74119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $72.85 |
|---|---|---|---|

**DEAN & JERI COOPER**
**429 498 E 20 ROAD**
**WELCH, OK 74369-9658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.69 |
|---|---|---|---|

**DEAN HOLLENSBE**
**PO BOX 1257**
**MT VERNON, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $391.50 |
|---|---|---|---|

**DEANNA KELSO**
**1049 NORTH PEBBLE CREEK DRIVE**
**NIXA, MO 65714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**                          Case number (*if known*)  **16-11230-SAH**
_____
Name

| | | |
|---|---|---|
| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.21** |

**DEANNA L DIBRELL**
**1915 MOFFAT RD NW**
**PIEDMONT, OK 73078**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.482 **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$185.39**

**DEANNA SPOON**
**4650 RENO RD**
**NEODESHA, KS 66757**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.483 **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$56.30**

**DEBORAH EWBANK**
**206 S RUTLER**
**CHANUTE, KS 66720**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.484 **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$30.87**

**DEBORAH G (BUZZARD) MOORE**
**7705 FORD ROAD**
**THAYER, KS 66776**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.485 **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$4.32**

**DEBORAH L CURFMAN**
**RT. 2 BOX 328**
**CAIRO, WV 26337**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.486 **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$1.13**

**DEBORAH LESH**
**4241 CLOVE ST.**
**MIDDLEBURG, FL 32068**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.487 **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$5.10**

**DEBRA L HATFIELD**
**1511 MADISON CREEK RD.**
**BRANCHLAND, WV 25506**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**
Name

Case number (*if known*)   **16-11230-SAH**

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.51 |

**DEBRA S DELATORRE**
**18676 ANDERSON ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.94 |

**DEBRA S DELATORRE & KELLY A**
**18676 ANDERSON ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.11 |

**DEE & VICKI WEST**
**RT 1 BOX 133A**
**DELAWARE, OK 74027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.01 |

**DELISA LYNN HOPPES**
**881 22000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.69 |

**DELL MARIE SHANAHAN SWEARER**
**2901 WESTMINISTER DR**
**HUTCHINSON, KS 67502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DELMA CARTER**
**% BEV BAILEY**
**SALTROCK, WV 25559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.73 |

**DELORES CARR**
**STAR RT 83, BOX 45**
**ELLENBORO, WV 26346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | |
|---|---|
| Debtor | **PostRock Energy Corporation** |
| | Name |

Case number (if known)    **16-11230-SAH**

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.27 |
|---|---|---|---|

**DELORES SANDERS**
**17 LONG BRANCH ROAD**
**BRANCHLAND, WV 25506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.13 |
|---|---|---|---|

**DELORIS MAE WEST**
**HC 61, BOXX 21**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.23 |
|---|---|---|---|

**DELPHINE HANSEN, TTEE OF THE**
**983 W. LINWOOD AVE.**
**NIXA, MO 65714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,695.31 |
|---|---|---|---|

**DELTA RUTH HARRIS, TTEE OF THE**
**305 E. CANVILLE**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.22 |
|---|---|---|---|

**DENISON, INC**
**405 MADISON**
**P.O. BOX 502**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.74 |
|---|---|---|---|

**DENNIS H CUNNINGHAM**
**6113 GALLERY ST**
**BOWIE, MD 20720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.83 |
|---|---|---|---|

**DENNIS R & RITA F GRAHAM**
**2670 60 RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**
Name

Case number *(if known)*  **16-11230-SAH**

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.98 |

**DENNIS S & CARRIE R COOPER**
**494 SQUIRREL RD.**
**YATES CENTER, KS 66783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.17 |

**DENNIS STEIG & ELLEN STEIG,**
**317 24000 RD**
**CHERRYVALE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.57 |

**DENZIL R RUTHERFORD**
**RT. 6 BOX 217**
**ROCK LAKE**
**FAIRMONT, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.11 |

**DEREK ALAN STEINMAN**
**4343 NORTH CLARENDON AVE.**
**APT. #1817**
**CHICAGO, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.73 |

**DEV BEESON & LEIGH ANN BEESON**
**19064 JACKSON**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.70 |

**DEVARA KINKEAD**
**925 COUNTY RD, 1003A**
**GODLEY, TX 76044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.75 |

**DEWAYNE A & VERDA ILENE**
**17417 E. 54TH TERRACE COURT S**
**INDEPENDENCE, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                     Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.74 |
|---|---|---|---|

**DIANA AROCHENA**
**11409 IVY FLOWER LOOP**
**RIVERVIEW, FL 33569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $432.89 |
|---|---|---|---|

**DIANA SHOWALTER**
**P.O. BOX 64**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.33 |
|---|---|---|---|

**DIANA WELCH**
**333 W. HIGH STREET**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.28 |
|---|---|---|---|

**DIANE BLACKBIRD**
**21835 COFFEE HOLLY RD**
**TAHLEQUAH, OK 74464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.06 |
|---|---|---|---|

**DIANE K BENSON**
**RT 1 BOX 360-1**
**S COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.35 |
|---|---|---|---|

**DIANE M IULIANO**
**3016 WINTERS LANE**
**LAGRANGE, KY 40031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.10 |
|---|---|---|---|

**DIANE S BOWER**
**507 51ST STREET**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.516** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.78**

**DIANNA PHILLIPS & MICHAEL**
**1624 E HOLLY AVE**
**SAND SPRINGS, OK 74063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.79**

**DIETER & SEDANA S BEUSCH**
**ROUTE 2 BOX 6020**
**NOWATA, OK 74048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67.67**

**DIETRICH LECK**
**ROUTE 1, BOX 172**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DISCOVERY BENEFITS, INC.**
**P.O BOX 2926**
**4321 20TH AVENUE SW**
**FARGO, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.57**

**DIXIE L MURDOCK**
**2922 GRAND**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.58**

**DOLORES SCOCCHIO**
**25927 MARKET PLACE**
**LOMITA, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,136.67**

**DOMESTIC ENERGY PARTNERS**
**5201 CAMP BOWIE BLVD. STE. 200**
**FORT WORTH, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**

Case number *(if known)*   **16-11230-SAH**

Name

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.22 |
|---|---|---|---|

**DON & ROSILEE RISSEN TTEES OF**
**5420 FORD RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.49 |
|---|---|---|---|

**DON C GRIFFEY**
**5350 EAST 46TH STREET # 145**
**TULSA, OK 74135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.70 |
|---|---|---|---|

**DON L & NORMA J HALL**
**5118 BALLENTINE**
**SHAWNEE, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,502.69 |
|---|---|---|---|

**DON L GOSNEY**
**PO BOX 256**
**BAYFIELD, CO 81122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.94 |
|---|---|---|---|

**DON L GROSS**
**3252 S. 4290 ROAD**
**WELCH, OK 74369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.07 |
|---|---|---|---|

**DON L WEBSTER TRST**
**2507 GLYNNWOOD LANE**
**BARTLESVILLE, OK 74005-6223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.72 |
|---|---|---|---|

**DONAL R BURRIS**
**1875 NESS RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.43 |
|---|---|---|---|

**DONALD & DARLENE CHILDERS**
**1305 BOWEN CREEK RD**
**BRANCHLAND, WV 25506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.54 |
|---|---|---|---|

**DONALD & HELEN JANSSEN**
**12640 90TH ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.33 |
|---|---|---|---|

**DONALD A & PAMELA K GASTINEAU**
**502 S WESTVIEW DR**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.79 |
|---|---|---|---|

**DONALD D DIXON &**
**777 21000 RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.91 |
|---|---|---|---|

**DONALD D PROPS**
**P.O. BOX 73**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.41 |
|---|---|---|---|

**DONALD E BABCOCK & JUDY A**
**1475 OTTAWA RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.55 |
|---|---|---|---|

**DONALD E HEADY**
**1900 PRATT ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.74 |
|---|---|---|---|

**DONALD E JANSSEN**
**12640 90TH RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.32 |
|---|---|---|---|

**DONALD F MOYERS**
**6779 CR201**
**MILLERSBURG, OH 44654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.51 |
|---|---|---|---|

**DONALD K STOUT**
**110 COUNTRYSIDE DR**
**SENOIA, GA 30276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.19 |
|---|---|---|---|

**DONALD L & RICKEY E FREEBERG**
**26066 MEADE ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.14 |
|---|---|---|---|

**DONALD L LACEN & CATHY L LACEN**
**2420 60TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.83 |
|---|---|---|---|

**DONALD LEE SONGER &**
**18567 950 ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.24 |
|---|---|---|---|

**DONALD O & CHERYL A FRIEDRICK**
**19895 BROWN ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.20**

**DONALD P & MARILYN J GOOD, H/W**
**23054 FORD ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$472.54**

**DONALD P COOVER**
**9305 70TH RD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84.93**

**DONALD R & KATHY E GARBER**
**4095 BROWN ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87.72**

**DONALD R GREEN**
**18832 1200 RD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,144.15**

**DONALD R MUSTAIN & WANDA**
**P.O. BOX 23**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485.63**

**DONALD R VITT & VERA M VITT,**
**12425 TREGO ROAD**
**ST. PAUL, KS 66771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84.84**

**DONALD THURMAN & RUTH THURMAN,**
**9386 RENO ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
          Name

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.30 |
|---|---|---|---|

**DONALD TOLLES**
**22047 GRAY RD.**
**DENNIS, KS 67341-9036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.18 |
|---|---|---|---|

**DONNA & EUGENE WAKEFIELD**
**7501 NW 234TH**
**EDMOND, OK 73025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.74 |
|---|---|---|---|

**DONNA BECK**
**2532 NORTHWEST TURNPIKE**
**PENNSBORO, WV 26415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.08 |
|---|---|---|---|

**DONNA BENTLEY**
**PO BOX 127**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.22 |
|---|---|---|---|

**DONNA J ENGELMANN**
**4422 CR 4700**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.91 |
|---|---|---|---|

**DONNA J PARKS RICHARDS**
**122 3RD STREET**
**NEW LONDON, OH 44851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.08 |
|---|---|---|---|

**DONNA JEAN EARHART**
**123 BROOKSTONE BOULEVARD**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.91** |
|---|---|---|---|

**DONNA L PROVALENKO FORMERLY**
**1810 FAIRLAWN**
**ROCK HILL, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.29** |
|---|---|---|---|

**DONNA LYNN BEIDL**
**1134 HARVEST GLEN DRIVE NW**
**CLEVELAND, TN 37312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.55** |
|---|---|---|---|

**DONNIE R & VERA M BELL TRST**
**2565 100TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.09** |
|---|---|---|---|

**DONNIE YARNELL & DOLORES M**
**16510 PRYOR RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.14** |
|---|---|---|---|

**DORA M CLAYTON**
**748 TRAIL RIDGE RD**
**MATTHEWS, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$442.25** |
|---|---|---|---|

**DORIS J SWILER**
**10415 160TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.47** |
|---|---|---|---|

**DORIS L DAVIS**
**6647 PRUNTY RD.**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.81 |
|---|---|---|---|

**DORIS L DODD**
**PO BOX 118**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $126.66 |
|---|---|---|---|

**DORIS L STICE, TTEE**
**26039 MEADE ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.15 |
|---|---|---|---|

**DORIS LEE DODD**
**PO BOX 118**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $757.94 |
|---|---|---|---|

**DORIS N STREETS**
**332 NORTH 12TH**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $213.91 |
|---|---|---|---|

**DORIS O OGLESBEE TRST**
**344 S CRESTWAY**
**WICHITA, KS 67218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66.89 |
|---|---|---|---|

**DOROTHA LADONNA THUMMEL, LIFE**
**12030 ELK ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $68.18 |
|---|---|---|---|

**DOROTHA MASON**
**24501 NORTH COUNCIL**
**EDMOND, OK 73025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)*  **16-11230-SAH**

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.70 |
|---|---|---|---|

**DOROTHEA LEE BASLER TRUST**
**1404 NW 122ND STREET**
**APARTMENT 305**
**OKLAHOMA CITY, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.07 |
|---|---|---|---|

**DOROTHY ANN RUTLEDGE**
**804 S. GARFIELD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.80 |
|---|---|---|---|

**DOROTHY FARROW**
**8233 NW WOLF RD**
**LAWTON, OK 73507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.31 |
|---|---|---|---|

**DOROTHY J WARD REV TRST**
**3205 45TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.03 |
|---|---|---|---|

**DORWARD ENERGY CORPORATION**
**447 3RD AVE N STE 400**
**ST PETERSBURG, FL 33701-3255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.33 |
|---|---|---|---|

**DOUGLAS & MELINDA KEATON**
**7745 PRATT ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.56 |
|---|---|---|---|

**DOUGLAS A DIETSCH &**
**19220 BROWN RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Case number *(if known)* **16-11230-SAH**

Name

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $203.49 |
|---|---|---|---|
| | **DOUGLAS B BRUNGARDT**<br>**6500 WIPPOORWILL**<br>**OLIVE BRANCH, MS 38654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $280.14 |
|---|---|---|---|
| | **DOUGLAS E FICKEL &**<br>**518 W 1ST STREET**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $213.06 |
|---|---|---|---|
| | **DOUGLAS L ALLMON**<br>**314 EXNER**<br>**COFFEYVILLE, KS 67337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.87 |
|---|---|---|---|
| | **DOUGLAS L FRYDENDALL &**<br>**16355 JACKSON ROAD**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $133.76 |
|---|---|---|---|
| | **DOUGLAS P & LOIS A LOONEY**<br>**809 W PUTTER CT**<br>**ANDOVER, KS 67002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61.10 |
|---|---|---|---|
| | **DOUGLAS PITCHER**<br>**1349 N. GREENFIELD**<br>**MULVANE, KS 67110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65.88 |
|---|---|---|---|
| | **DOUGLAS Q REED & LAURIE K REED**<br>**13860 80TH RD**<br>**ERIE, KS 66733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.586** | Nonpriority creditor's name and mailing address

**DOUGLAS W BARNOW & RONDA L**
**7490 160TH RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　**$19.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | Nonpriority creditor's name and mailing address

**DOUGLAS W SOMMERS**
**1001 S PLUMMER**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　**$71.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address

**DOYAL & MIRIAM SAYE REV TRST**
**P.O. BOX 66**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　**$36.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | Nonpriority creditor's name and mailing address

**DOYAL L SAYE, JR**
**P.O. BOX 66**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　**$72.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | Nonpriority creditor's name and mailing address

**DOYLE A & TERRI L SAYE, H/W**
**22003 FINNEY ROAD**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　**$53.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | Nonpriority creditor's name and mailing address

**DOYLE CONRAD BROWN**
**511 STALCUP STREET**
**COLUMBIA, MO 65203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　**$562.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address

**DOYLE E BILLER FAMILY TRST**
**9910 BIRCHDALE**
**DOWNEY, CA 90240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　**$1,176.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
| --- | --- | --- | --- |
| | Name | | |

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.35 |
| --- | --- | --- | --- |

**DOYLE F BILLER**
**17962 JOEL BRATTAIN**
**YORBA LINDA, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.24 |
| --- | --- | --- | --- |

**DREAMA DEARDORFF**
**PO BOX 135**
**KEVIL, KY 72053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.05 |
| --- | --- | --- | --- |

**DUANE A & BETTY ANGLETON**
**270 1000 RD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.90 |
| --- | --- | --- | --- |

**DUANE E & SHIRLEY J MOYER**
**DTD 3/23/00**
**15050 GRAY RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.63 |
| --- | --- | --- | --- |

**DUANE WADSWORTH**
**3967 TRUITT LANE**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.73 |
| --- | --- | --- | --- |

**DWAYNE D & TONI D UMBARGER,**
**1585 70TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.79 |
| --- | --- | --- | --- |

**DWAYNE D UMBARGER**
**1585 70TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**                                Case number (if known)  **16-11230-SAH**
_____
Name

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.74 |

**DWIGHT & TINA MOORE, JTWOS**
**RT. 2 BOX 152A**
**WEST UNION, WV 26456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |

**E B ARCHBALD & ASSOCIATES INC**
**205 NW 63RD STREET**
**STE 360**
**OKLAHOMA CITY, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.96 |

**E C WOLFE**
**5453 MANDARIN CIRCLE**
**HIXSON, TN 37343-6803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.43 |

**E E BUSH HEIRS**
**3407 8TH AVE.**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.07 |

**E ELOISE HAHN**
**1540 4000 ROAD**
**BARTLETT, KS 67332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.64 |

**E PHILLIP COUCH, AKA EP COUCH**
**1320 WEST OKLMULGEE**
**MUSKOGEE, OK 74401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.16 |

**E REX NAANES TRST**
**114 E. MARSHALL**
**ERIE, KS 66733-1128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,430.18 |
|---|---|---|---|

**E WAYNE WILLHITE & EUGENA L**
**TR U/A DTD 11/29/2007**
**PO BOX 707**
**HOWARD, KS 67349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $257.28 |
|---|---|---|---|

**EAGLE RESEARCH CORPORATION**
**1076 STATE RT 34**
**HURRICANE, WV 25526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.24 |
|---|---|---|---|

**EAGLE SKY PATROL INC**
**PO BOX 407**
**DEADWOOD, SD 57732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119.91 |
|---|---|---|---|

**EARL & HELEN JOHNSON**
**655 3000 ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $61.39 |
|---|---|---|---|

**EARL R TROUT JR & BETTY C**
**346 24000 ROAD**
**CHERRYVALE, KS 67335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.86 |
|---|---|---|---|

**EARL S FOX**
**2310 COLERIDGE DRIVE**
**SILVER SPRING, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $124.45 |
|---|---|---|---|

**EARL W STOVER &**
**23255 IRVING ROAD**
**HUMBOLDT, KS 66748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**　　Case number (if known)　**16-11230-SAH**

Name

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.56 |

**EARNEST & MICHELLE PUPANEK**
**12658 QUEEN ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.29 |

**EARNIE A BARR & KATHY L BARR**
**1300 S. 11TH**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.94 |

**EDDIE O'NEILL**
**1324 W. FIRST STREET**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.46 |

**EDDIE R HILL**
**428158 E. 20 RD.**
**WELCH, OK 74369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.21 |

**EDGAR G WILSON**
**403 N. 20TH STREET**
**WEIRTON, WV 26062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.68 |

**EDGAR J & JOANNE HUTCHISON,**
**18303 UDALL ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.54 |

**EDITH & GARY KESTERSON**
**3495 30TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**                                     Case number *(if known)*   **16-11230-SAH**
         Name

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.78 |
|---|---|---|---|

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.01 |
|---|---|---|---|

**EDNA C FOSTER**
**434 OLD TURNPIKE ROAD**
**PARKERSBURG, WV 26104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.66 |
|---|---|---|---|

**EDNA FLANAGAN**
**1517 27TH STREET**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.50 |
|---|---|---|---|

**EDNA KLINGENBERG**
**4225 OAKCREST**
**ENID, OK 73703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.40 |
|---|---|---|---|

**EDNA M PARKS WOTRING**
**1000 ROLLING WOOD DR.**
**MARSHALL, TX 75670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.96 |
|---|---|---|---|

**EDNA W HARDMAN**
**2278 OXBOW CIR.**
**STONE MOUNTAIN, GA 30087-0121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.91 |
|---|---|---|---|

**EDSEL E NOLAND & SONYA S**
**DTD 5/29/99**
**1119 S. RUTTER AVE.**
**CHANUTE, KS 66720-2659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **PostRock Energy Corporation**                     Case number *(if known)*    **16-11230-SAH**
_____
Name

| | |
|---|---|
| 3.628 | **Nonpriority creditor's name and mailing address** |
| | **EDWARD BENNETT WEBSTER, TRSTE** |
| | **1706 SKYLINE DRIVE** |
| | **BARTLESVILLE, OK 74006** |

As of the petition filing date, the claim is: *Check all that apply.*                     **$5.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.629 | **Nonpriority creditor's name and mailing address** |
| | **EDWARD BIRK, LINDA BIRK,** |
| | **1044 HWY 75** |
| | **BURLINGTON, KS 66839-3094** |

As of the petition filing date, the claim is: *Check all that apply.*                     **$552.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.630 | **Nonpriority creditor's name and mailing address** |
| | **EDWARD J & GERTRUDE I MCKINNEY** |
| | **608 LEAWOOD** |
| | **PARSONS, KS 67357** |

As of the petition filing date, the claim is: *Check all that apply.*                     **$314.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.631 | **Nonpriority creditor's name and mailing address** |
| | **EDWARD J O'BRIEN** |
| | **214 LATHROP STREET** |
| | **KINGSTON, PA 18704** |

As of the petition filing date, the claim is: *Check all that apply.*                     **$430.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.632 | **Nonpriority creditor's name and mailing address** |
| | **EDWARD R MCKINSEY & BRENDA C** |
| | **22520 OTTAWA RD** |
| | **ERIE, KS 66733** |

As of the petition filing date, the claim is: *Check all that apply.*                     **$275.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.633 | **Nonpriority creditor's name and mailing address** |
| | **EDWARD WAYNE WALL & NORMA A** |
| | **PO BOX 64** |
| | **ALTOONA, KS 66710** |

As of the petition filing date, the claim is: *Check all that apply.*                     **$13.69**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.634 | **Nonpriority creditor's name and mailing address** |
| | **EDWIN G WILLIAMS** |
| | **RR. 1, BOX 247** |
| | **HARRISVILLE, WV 26362** |

As of the petition filing date, the claim is: *Check all that apply.*                     **$5.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
Name

Case number (if known) **16-11230-SAH**

| | |
|---|---|
| 3.635 | Nonpriority creditor's name and mailing address |

**EDWIN J WILTSE**
**PO BOX 895**
**135 S. DELAWARE**
**DIGHTON, KS 67839**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$56.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.636 | Nonpriority creditor's name and mailing address |

**EHRLICH FAMILY TRST**
**RT 1 BOX 134**
**DELAWARE, OK 74027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$45.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.637 | Nonpriority creditor's name and mailing address |

**EIGG LAND LIMITED**
**PO BOX 31**
**NEW PHILADELPHIA, OH 44663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$23.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.638 | Nonpriority creditor's name and mailing address |

**EILEEN FLUHARTY**
**P.O. BOX 13**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$145.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.639 | Nonpriority creditor's name and mailing address |

**EILEEN HOUGH, TTEE OF THE**
**1614 S. WALNUT**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$227.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.640 | Nonpriority creditor's name and mailing address |

**EILEEN SHANAHAN THORNBURG &**
**8909 SCIROCCO CIRCLE**
**OKLAHOMA CITY, OK 73135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$50.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.641 | Nonpriority creditor's name and mailing address |

**ELAINE CAROL CONLEY**
**HC 75, BOX 1**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$1.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.75 |
|---|---|---|---|

**ELAINE FRENETT**
**660 S 3RD STREET**
**JACKSONVILLE, OR 97530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317.63 |
|---|---|---|---|

**ELDON J HAUGHT**
**P.O. BOX 6**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.44 |
|---|---|---|---|

**ELDON W, SR & SONYA M BARRIGER**
**20760 MEADE RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.14 |
|---|---|---|---|

**ELECTRONIC DESIGN FOR**
**100 AYERS BLVD**
**BELPRE, OH 45714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.59 |
|---|---|---|---|

**ELENOR GEORGEN**
**9 BLUE STONE TERRACE**
**MORRISTOWN, NJ 79600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.89 |
|---|---|---|---|

**ELIZABETH ANN WALL**
**311 ARNOLD ROAD**
**BRENTWOOD, TN 37027-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.41 |
|---|---|---|---|

**ELIZABETH HEWITT TAYLOR**
**PO BOX 550289**
**ATLANTA, GA 30355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.13** |
|---|---|---|---|

**ELIZABETH HEWITT TAYLOR**
**PO BOX 550289**
**ATLANTA, GA 30355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.35** |
|---|---|---|---|

**ELIZABETH L PICKENS**
**2604 UNITY PLACE #301 UNITY CT**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.31** |
|---|---|---|---|

**ELIZABETH M SCOTT**
**611 LEAWOOD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.94** |
|---|---|---|---|

**ELIZABETH WOODS-GAGE**
**1820 SOUTH ALSACE AVE.**
**LOS ANGELES, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.79** |
|---|---|---|---|

**ELK CREEK AGRICULTURAL LP**
**P.O. BOX 8744**
**HOUSTON, TX 77249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.45** |
|---|---|---|---|

**ELLA BOONE**
**5 HILL CIRCLE**
**LEXINGTON, VA 24450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.78** |
|---|---|---|---|

**ELLA J REED**
**RT. 2 BOX 63**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.656**

**Nonpriority creditor's name and mailing address**

**ELLEN GRAYCE HARRINGTON**
**2100 36TH AVENUE NW**
**APT 52**
**NORMAN, OK 73072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$40.93**

---

**3.657**

**Nonpriority creditor's name and mailing address**

**ELLEN L. TITUS**
**22102 GRAY RD.**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$34.38**

---

**3.658**

**Nonpriority creditor's name and mailing address**

**ELMER E SCHIELDS, JR &**
**1005 S. ALLEN AVE.**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$13.78**

---

**3.659**

**Nonpriority creditor's name and mailing address**

**eLYNX TECHNOLOGIES, LLC**
**P.O. BOX 21228**
**TULSA, OK 74121-1228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,307.43**

---

**3.660**

**Nonpriority creditor's name and mailing address**

**EMERY R & SHIELA M PROPER**
**2062 - 10TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$283.34**

---

**3.661**

**Nonpriority creditor's name and mailing address**

**EMMA JEAN MERCER AGENT**
**2306 WINCHESTER ROAD**
**S CHARLESTON, WV 25303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$32.17**

---

**3.662**

**Nonpriority creditor's name and mailing address**

**EMOGENE CARPENTER**
**200 STOUT STREET**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$2.08**

---

Debtor **PostRock Energy Corporation**                                   Case number (if known) **16-11230-SAH**
        Name

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.64 |
|---|---|---|---|

**ENERGY DEEP RESOURCES INC**
**1028 REGENCY WAY**
**BIRMINGHAM, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,591.15 |
|---|---|---|---|

**ENERGY PRODUCTS, INC**
**P.O. BOX 9471**
**TULSA, OK 74157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.34 |
|---|---|---|---|

**ENGLAND HOLDINGS LLC**
**1 INNWOOD CIRCLE, SUITE 204**
**LITTLE ROCK, AR 72211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.74 |
|---|---|---|---|

**ENID C YAWORSKY**
**911 MELROSE AVE.**
**AMBRIDGE, PA 15003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.36 |
|---|---|---|---|

**EQUITY TRUST COMPANY**
**PO BOX 451340**
**WESTLAKE, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.36 |
|---|---|---|---|

**EQUITY TRUST COMPANY**
**PO BOX 451340**
**WESTLAKE, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $641.96 |
|---|---|---|---|

**ERBE LIV TRST**
**7565 UDALL ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.52 |
|---|---|---|---|

**ERIK MITCHELL**
**3218 STATE RT 82 #127**
**MANTUACH, OH 44255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.03 |
|---|---|---|---|

**ERIN E KLINTWORTH**
**600 JUNEWAY DR.**
**BAY VILLAGE, OH 44140**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERMA K PETHTEL**
**2317 BROAD STREET**
**PARKERSBURG, WV 26101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.13 |
|---|---|---|---|

**ERNEST & CAROLINE PETERS**
**16750 K-47 HIGHWAY**
**ERIE, KS 66733**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.38 |
|---|---|---|---|

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG, KS 66740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.39 |
|---|---|---|---|

**ERNEST H & PHYLLIS A KRENZ**
**BOX 188 HC 61**
**LENAPAH, OK 74042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.41 |
|---|---|---|---|

**ERNEST H KRENZ & PHYLLIS A**
**HC-61 BOX 188**
**LENAPAH, OK 74042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **PostRock Energy Corporation**
    Name

Case number *(if known)* **16-11230-SAH**

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.05 |

**ERNEST HAUGHT JR**
**16837 STAUNTON TPKE**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.96 |

**ERNEST L HARTSHORN**
**PO BOX 315**
**GRANTSVILLE, WV 26147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.83 |

**ESTATE OF DEANNA LYNN MARTIN**
**994 BURKE ROAD**
**GUNTER, TX 75058-4186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.89 |

**ESTATE OF MILO I UMBARGER**
**304 E 35TH ST**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.08 |

**ESTATE OF SHIRLEY PERKINS**
**4501 SANDALWOOD PL**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.39 |

**ESTATE OF STEPHEN CURTIS MEANS**
**ROUTE 1, BOX 234-49**
**SO. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.24 |

**ESTATE OF WILLIAM STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)* **16-11230-SAH**

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.46 |

**ETHEL ALEXANDER**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.43 |

**EUGENE E & SANDRA REINHARDT**
**11695 HWY 39**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.92 |

**EUGENE HATFIELD**
**879 W. HIGHLAND RD**
**SAGAMORE HILLS, OH 44067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.07 |

**EUGENE TOWERS**
**243 SE FENWAY PLACE**
**BARTLESVILLE, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.66 |

**EUREKA WATER CO & OZARKA WATER**
**P.O. BOX 26730**
**OKLAHOMA CITY, OK 73126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.91 |

**EVA ANN SNYDER PARKS**
**1258 CEDAR GROVE RD**
**SMITHVILLE, WV 26178-7012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.54 |

**EVA M MALES**
**RR 1, BOX 169**
**S.COFFEYVILLE, OK 74072-9766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **PostRock Energy Corporation**

Case number (if known)   **16-11230-SAH**

Name

| | |
|---|---|
| 3.691 | **Nonpriority creditor's name and mailing address** |

**EVELYN & WALTER LACEY JTS**
**21648 ANDERSON ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$134.90

---

| | |
|---|---|
| 3.692 | **Nonpriority creditor's name and mailing address** |

**EVELYN A J BRUNGARDT REV TRST,**
**PO BOX 99**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$414.34

---

| | |
|---|---|
| 3.693 | **Nonpriority creditor's name and mailing address** |

**EVELYN A J BRUNGARDT, SUCC**
**P.O. BOX 99**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$414.33

---

| | |
|---|---|
| 3.694 | **Nonpriority creditor's name and mailing address** |

**EVELYN F SHORT REV TRST**
**1701 MADISON STREET, APT 110**
**FREDONIA, KS 66736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$297.69

---

| | |
|---|---|
| 3.695 | **Nonpriority creditor's name and mailing address** |

**EVELYN HUNT**
**2900 GULF TO BAY BLVD**
**LOT 213**
**CLEARWATER, FL 33759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$46.20

---

| | |
|---|---|
| 3.696 | **Nonpriority creditor's name and mailing address** |

**EVELYN I ADAMS**
**RT 4**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$60.49

---

| | |
|---|---|
| 3.697 | **Nonpriority creditor's name and mailing address** |

**EVERETT BLAINE SMITH, JR**
**HC 65, BOX 38C**
**OCEANA, WV 24870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$15.47

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358.01 |
|---|---|---|---|

**EVERETT RAY THORNTON**
**24867 850TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,211.56 |
|---|---|---|---|

**EXODUS GAS & OIL, LLC**
**1001 MCKINNEY ST., STE. 804**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**F & M BANK**
**115 N. CAMERON STREET**
**WINCHESTER, VA 22601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.97 |
|---|---|---|---|

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.86 |
|---|---|---|---|

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.75 |
|---|---|---|---|

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.79 |
|---|---|---|---|

**FARM SERVICE AGENCY**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**     Case number *(if known)* **16-11230-SAH**

Name

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.47 |
|---|---|---|---|

**FARM SERVICE AGENCY**
410 PETER PAN ROAD
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.67 |
|---|---|---|---|

**FARM SERVICE AGENCY**
410 PETER PAN ROAD
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.56 |
|---|---|---|---|

**FARM SERVICE AGENCY**
410 PETER PAN ROAD
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.81 |
|---|---|---|---|

**FARM SERVICE AGENCY**
410 PETER PAN ROAD
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.52 |
|---|---|---|---|

**FARM SERVICE AGENCY**
410 PETER PAN ROAD
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.98 |
|---|---|---|---|

**FARM SERVICE AGENCY**
410 PETER PAN ROAD
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.93 |
|---|---|---|---|

**FARM SERVICE AGENCY FAO**
410 PETER PAN ROAD
INDEPENDENCE, KS 67301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalty Payments

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.96 |
|---|---|---|---|

**FARM SERVICE AGENCY FAO**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.72 |
|---|---|---|---|

**FARM SERVICE AGENCY,**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.88 |
|---|---|---|---|

**FARM SERVICE AGENCY, F/A/O**
**24081 GRAY ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.59 |
|---|---|---|---|

**FARM SERVICE AGENCY, FARM**
**410 PETER PAN ROAD**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.82 |
|---|---|---|---|

**FARMERS NAT'L BANK OF KANSAS**
**8775 PRATT ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.81 |
|---|---|---|---|

**FARMERS NATIONAL BANK OF**
**200 MAIN ST.**
**WALNUT, KS 66780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.80 |
|---|---|---|---|

**FARON W & SHEILA M DYKE**
**9635 BROWN ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                                      Case number *(if known)*    **16-11230-SAH**

Name

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,611.07 |
|---|---|---|---|

**FASTENAL INDUSTRIAL &**
**P.O. BOX 1286**
**WINONA, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FATHER FLANAGAN'S BOYS HOME**
**14100 CRAWFORD STREET**
**BOYS TOWN, NE 68010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.26 |
|---|---|---|---|

**FAY THOMISON**
**2438 POINT O'WOODS COURT**
**OVIDA, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.61 |
|---|---|---|---|

**FEDEX**
**P.O. BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.47 |
|---|---|---|---|

**FEJEANA SONDALEE EVANS**
**308 BUTCHER BEND ROAD**
**MINERAL WELLS, WV 26150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.23 |
|---|---|---|---|

**FELICIA FOREMAN**
**PO BOX 151**
**OAKS, OK 74359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.40 |
|---|---|---|---|

**FERN CHILDERS**
**RR 1, BOX 305**
**SALTROCK, WV 25559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.34 |
|---|---|---|---|

**FISH OUT OF WATER, LLC**
**P.O. BOX 11247**
**ST. THOMAS, VA '00801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.40 |
|---|---|---|---|

**FLOYD & JEANNE K WASSON, JT**
**10398 RENO RD.**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.98 |
|---|---|---|---|

**FLOYD A TIMMONS**
**14585 JADE ROAD**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.70 |
|---|---|---|---|

**FLOYD E & HILDA B WHEELER**
**5262 RENO ROAD**
**NEODESHA, KS 66757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.30 |
|---|---|---|---|

**FOLEY EQUIPMENT COMPANY**
**1550 S. WEST ST.**
**WICHITA, KS 67213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.93 |
|---|---|---|---|

**FOREST ACRES LP**
**PO BOX 189**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.24 |
|---|---|---|---|

**FRANCENE ALLSUP BRYANT**
**5713 PARK HILL PLACE**
**BARTLESVILLE, OK 74006-9112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**                              Case number *(if known)*  **16-11230-SAH**
_____
Name

| | | |
|---|---|---|
| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$55.03** |

**3.733**

**Nonpriority creditor's name and mailing address**
**FRANCENE E & ALAN D JOHNSON**
**20580 HARPER ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$55.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.734**

**Nonpriority creditor's name and mailing address**
**FRANCES CAROLYN O'DELL**
**11933 N WOODLEA DRIVE**
**WAYNESBORO, PA 17268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$9.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.735**

**Nonpriority creditor's name and mailing address**
**FRANCES PATRICIA HADA, LE**
**1715 CR 3775**
**PAWHUSKA, OK 74056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$6.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.736**

**Nonpriority creditor's name and mailing address**
**FRANCIS A GRILLOT, JR TTEE OF**
**601 WOODLAWN DRIVE**
**FAIRFIELD BAY, AR 72088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$65.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.737**

**Nonpriority creditor's name and mailing address**
**FRANCIS M GARCIA JR**
**470 S. EDGESIDE AVE.**
**TUCSON, AZ 85748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$69.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.738**

**Nonpriority creditor's name and mailing address**
**FRANK ADKINS**
**P O BOX 70**
**ONA, WV 25545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$11.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.739**

**Nonpriority creditor's name and mailing address**
**FRANK J MIDDLETON**
**314 NETTLE DR.**
**GARLAND, TX 74043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$61.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.27 |
|---|---|---|---|

**FRANK K & KATHLEEN BRAZLE**
**9745 210TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.93 |
|---|---|---|---|

**FRANK MARSALIS HODGES**
**2114 HUMMINGBIRD NW DR**
**PIEDMONT, OK 73078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.96 |
|---|---|---|---|

**FRANKLIN L STEPHENS AGENT**
**P.O. BOX 631**
**EAST POINT, FL 32328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.50 |
|---|---|---|---|

**FRED & NORMA JEAN SIMON, H/W**
**1206 N. ARMOUR**
**WICHITA, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.44 |
|---|---|---|---|

**FRED F BLACK &**
**857 17000 RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.67 |
|---|---|---|---|

**FRED F BLACK REV TRST,**
**857 17000 RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.49 |
|---|---|---|---|

**FRED H GOFF JR**
**203 JEFFERSON ST**
**BRIDGEPORT, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **PostRock Energy Corporation**

Case number *(if known)* **16-11230-SAH**
Name

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673.06 |

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.30 |

**FRED RICHARD LECK**
**2435 CHASE ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.08 |

**FREDA H STOTTS**
**137 W. SECOND ST.**
**MORGANTOWN, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.69 |

**FREDA M MILLER**
**4863 ORANGE TREE PLACE**
**VENICE, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.86 |

**FRIESS FARMS LAND AND CATTLE**
**23458 6600 ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $417.94 |

**FULLERTON TR AGR DTD 10/6/00**
**PO BOX 1435**
**RAPID CITY, SD 57709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,064.09 |

**G&N WELL SERVICE**
**5670 DOUGLAS RD.**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**                              Case number *(if known)*  **16-11230-SAH**
_____
Name

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.40 |

**GALE A WHITAKER**
**3090 CHASE ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.12 |

**GALE D & RETHA CARTER, H/W JTS**
**20966 1500 R RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $419.89 |

**GALEN E THORSELL REV TRST**
**19603 UDALL ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.21 |

**GARETH WHITEHURST**
**550 EAST LAKE DRIVE**
**TARPON SPRINGS, FL 34688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.19 |

**GAROLD L POWERS**
**5435 HWY 47**
**THAYERS, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.43 |

**GARRICK & ANNA OGLE, JTWROS**
**22783 1900 ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.04 |

**GARRY O. & MARY E.L. ECKERT**
**1421 BELMONT ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | PostRock Energy Corporation | Case number (*if known*) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.41 |
|---|---|---|---|

**GARY & DEBRA WILLHITE JOINT**
**1708 NORTH MAIN STREET**
**ELDORADO, KS 67042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.82 |
|---|---|---|---|

**GARY & TONIA NELSON**
**21461 LIMIT ROAD**
**EASTON, KS 66020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.16 |
|---|---|---|---|

**GARY A & JANELLE A WEIDERT LIV**
**24063 MEADE RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.01 |
|---|---|---|---|

**GARY B CARR**
**6101 ELLIS**
**WICHITA, KS 67216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.76 |
|---|---|---|---|

**GARY C SPLANE**
**PO BOX 254**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.62 |
|---|---|---|---|

**GARY D BRENNECKE REV TRST;**
**3100 JOHNSTON ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.27 |
|---|---|---|---|

**GARY D DEEM**
**1448 HARVEY RD.**
**HUNTINGTON, WV 25701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                     Case number (if known) **16-11230-SAH**

Name

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.61 |
|---|---|---|---|

**GARY DALE PALMER**
**371 12000 ROAD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.95 |
|---|---|---|---|

**GARY L KILGORE & LORRAINE**
**5365 170TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.10 |
|---|---|---|---|

**GARY L NICKELSON & BONNIE M**
**1860 KIOWA RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.06 |
|---|---|---|---|

**GARY L PONTIOUS & ELEANOR C**
**2156 MORNINGSIDE AVE.**
**UPLAND, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.49 |
|---|---|---|---|

**GARY LEE & LUELLA M HUCKE**
**20009 IRVING ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.83 |
|---|---|---|---|

**GARY R & NANCY KITTERMAN**
**ROUTE 1 BOX 72-4**
**SOUTH COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.23 |
|---|---|---|---|

**GARY R & SUZANNE PETERS**
**16050 MARSHALL ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)*  **16-11230-SAH**

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.63 |
|---|---|---|---|

**GARY T & CARLA J BREWER**
**4012 BEAR HOLLOW RD**
**WILSON, OK 73463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.80 |
|---|---|---|---|

**GAS ANALYTICAL SERVICES, INC**
**PO BOX 66512**
**CHICAGO, IL 60666-0512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GATES GATES ETAL PTR**
**108-1/2 CAPITOL STREET**
**CHARLESTON, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.68 |
|---|---|---|---|

**GENE F LANG & CO**
**P.O. BOX 850**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.96 |
|---|---|---|---|

**GENEVA LOU ANN WHITE &**
**7625 KIOWA RD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.84 |
|---|---|---|---|

**GEORGE & IONA BENNING**
**383 3000 ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.61 |
|---|---|---|---|

**GEORGE & JANICE OWENS**
**9046 HIGHWAY101**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
_____
Name

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.69 |
|---|---|---|---|

**GEORGE & LUMONIA DAVIS**
**ROUTE 1, BOX 372**
**S. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.58 |
|---|---|---|---|

**GEORGE A KASPER**
**5657 HOLLAND LANE**
**SAN JOSE, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.60 |
|---|---|---|---|

**GEORGE A SHAW**
**11450 160TH RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.16 |
|---|---|---|---|

**GEORGE BENNING**
**383 3000 ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.14 |
|---|---|---|---|

**GEORGE E CRANE**
**215 WOODLAKE DR.**
**GEORGETOWN, TX 78628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.89 |
|---|---|---|---|

**GEORGE F HOUGH**
**107 3000 ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.11 |
|---|---|---|---|

**GEORGE G VAUGHT, JR**
**PO BOX 13557**
**DENVER, CO 80201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**                                    Case number (if known)   **16-11230-SAH**
_____
Name

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.77 |

**GEORGE K BEARD**
**3541 S.E. CLAYBOURNE STREET**
**PORTLAND, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.10 |

**GEORGE N LUNDY JR**
**8913 WEST 89TH STREET**
**OVERLAND PARK, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.68 |

**GEORGE VERNON 2006 REV TR**
**17275 NE 23RD ST**
**CHOCTAW, OK 73020-8413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.20 |

**GEORGIANA HEDDEN**
**5309 YAGER DRIVE**
**THE COLONY, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.63 |

**GERALD & BARBARA HOOVER REV**
**414 W 128TH S**
**JENKS, OK 74037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.05 |

**GERALD D & ELIZABETH B SHARP**
**P.O. BOX 721**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.33 |

**GERALD D SNEERINGER & JUDY A**
**18480 FORD ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PostRock Energy Corporation**
          _____    Case number *(if known)*    **16-11230-SAH**
          Name

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.76 |

**GERALD E & ELEANOR E UMBARGER**
**1221 W 2ND**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.09 |

**GERALD L & DEBRA A CALLARMAN**
**1785 60TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.79 |

**GERALD L & SHARON M POWELL**
**PO BOX 84**
**ANDOVER, KS 67002-0084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.79 |

**GERALD L HUFFMAN**
**14 CIRCLE DRIVE**
**MOORESTOWN, NJ '08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.10 |

**GERALD P FLAGEL**
**5831 PERSIMMON WAY**
**NAPLES, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.10 |

**GERALD W LUNDY**
**304 NE SHANNON**
**BARTLESVILLE, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.19 |

**GERALDINE COCHRAN**
**4242 MIDFIELD ST**
**SPRINGFIELD, OH 45503-6254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
| | Name | | |

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.76 |
|---|---|---|---|

**GERALDINE LUCILE MORRIS**
**2210 WILLIE ST**
**ST. MARYS, WV 26170-2617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.33 |
|---|---|---|---|

**GERALDINE SMITH**
**300 SEVILLE RD**
**SUNBRIDGE-PUTNAM**
**HURRICANE, WV 25526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.68 |
|---|---|---|---|

**GERICKE IRON & METAL, INC**
**1212 N. SANTA FE**
**BOX 504**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.46 |
|---|---|---|---|

**GG LAND & CATTLE**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.61 |
|---|---|---|---|

**GIEFER LAND, LLC**
**4705 QUEEN RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.60 |
|---|---|---|---|

**GILMER E & MARY JO MOSTELLER**
**50 DRY BRANCH RD**
**GRIFFITHSVILLE, WV 25521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.35 |
|---|---|---|---|

**GINA L RICHARDS**
**1608 9TH AVENUE**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **PostRock Energy Corporation**
Name

Case number (*if known*) **16-11230-SAH**

| | |
|---|---|
| 3.810 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$399.13** |
| **GLASS-GLEN BURNIE FOUNDATION** | ☐ Contingent |
| **5147 S. HARVARD AVE., STE 110** | ☐ Unliquidated |
| **TULSA, OK 74135-3587** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.811 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$119.43** |
| **GLEN A NOVOTNY** | ☐ Contingent |
| **5670 DOUGLAS RD** | ☐ Unliquidated |
| **THAYER, KS 66776** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.812 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$95.45** |
| **GLEN ALLEN** | ☐ Contingent |
| **6780 LYON RD.** | ☐ Unliquidated |
| **GALESBURG, KS 66740** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.813 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$238.34** |
| **GLEN E SHOMBER REV TRST** | ☐ Contingent |
| **746 160000 RD** | ☐ Unliquidated |
| **MOUND VALLEY, KS 67354** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.814 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$341.82** |
| **GLEN L BURDUE &** | ☐ Contingent |
| **914 E. 120TH AVE. NORTH** | ☐ Unliquidated |
| **BELLE PLAINE, KS 67013** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.815 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$87.65** |
| **GLEN R BERG REV TRST** | ☐ Contingent |
| **1311 N. MAIN** | ☐ Unliquidated |
| **GARDEN PLAIN, KS 67050** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.816 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$8.25** |
| **GLENDA CARTER** | ☐ Contingent |
| **20367 1700 ROAD** | ☐ Unliquidated |
| **ALTOONA, KS 66710** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **PostRock Energy Corporation**         Case number *(if known)*   **16-11230-SAH**

Name

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.20 |
|---|---|---|---|

**GLENDA RIDDLE**
**2711 BARNSLEY LANE**
**KISSIMMEE, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.53 |
|---|---|---|---|

**GLENDA STATES**
**11552 ECONTUCHKA ROAD**
**PRAGUE, OK 74864-7647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358.65 |
|---|---|---|---|

**GLENN & DEANNA BARNHART**
**9795 190TH RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.60 |
|---|---|---|---|

**GLENN L & MARLENE A RETTMAN,**
**20310 1300 ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**GLENN L PARKS**
**815 SHEFFIELD ROAD**
**SHEFFIELD LAKE, OH 44054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.50 |
|---|---|---|---|

**GLENN MARSHALL COX JR**
**RT 3 BOX 145**
**CLARKSBURG, WV 26301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.33 |
|---|---|---|---|

**GLENNA L MANGELS LIV TRST**
**HC 61 BOX 111**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                           Case number *(if known)*    **16-11230-SAH**

Name

| | | |
|---|---|---|
| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.71** |

**GODDARD FAMILY PARTNERSHIP LP**
**1 PINETREE WAY**
**DURANGO, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.49** |

**GOLDIE I GUDDE**
**20571 500 RD**
**NEODESHA, KS 66757-9548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.50** |

**GOOD NEWS**
**PO BOX 96**
**CANEY, KS 67333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.14** |

**GORDON & EVA REXWINKLE**
**4005 GRAY ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.08** |

**GORDON H SYMPSON**
**P.O. BOX 2015**
**BRENTWOOD, TN 37024-2015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.52** |

**GORDON R HATFIELD**
**6604 FULLERTON AVE.**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**GORILLA OFFICE SUPPLIES**
**PO BOX 630729**
**HOUSTON, OK 77263-0729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.831** | Nonpriority creditor's name and mailing address
**GRACE P TAYLOR FAMILY TRST**
**11608 W 101ST TERR**
**OVERLAND PARK, KS 66214**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$472.70**

---

**3.832** | Nonpriority creditor's name and mailing address
**GRACE P TAYLOR TESTAMENTARY**
**13935 W 116TH TERR**
**OLATHE, KS 66062**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$48.59**

---

**3.833** | Nonpriority creditor's name and mailing address
**GRANDELL CHILDERS**
**1307 BOWEN CREEK RD**
**BRANCHLAND, WV 25506**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$38.63**

---

**3.834** | Nonpriority creditor's name and mailing address
**GREAT SOUTHERN BANK**
**11050 ROE AVENUE**
**SUITE 200**
**OVERLAND PARK, KS 66211**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$57.25**

---

**3.835** | Nonpriority creditor's name and mailing address
**GREEN BANDIT LLC**
**P O BOX 1004**
**VINITA, OK 74301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$173.49**

---

**3.836** | Nonpriority creditor's name and mailing address
**GREEN ENVIRONMENTAL SERVICES**
**P.O. BOX 17**
**ERIE, KS 66733**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$251.85**

---

**3.837** | Nonpriority creditor's name and mailing address
**GREEN HUNTER WATER, LLC**
**1048 TEXAN TRAIL**
**GRAPEVINE, TX 76051**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,450.00**

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**

_____
Name

| | | |
|---|---|---|
| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$68.80** |

3.838 | **Nonpriority creditor's name and mailing address**

**GREG & FLORINE MORRISON**
**5830 COUNTY RD 523**
**BAYFIELD, CO 81122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$68.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.839 | **Nonpriority creditor's name and mailing address**

**GREG A & ANTOINETTE M CARTER**
**23152 2100 ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$793.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.840 | **Nonpriority creditor's name and mailing address**

**GREG HUNN & REBECCA HUNN, H/W**
**14250 115TH STREET**
**ERIE, KS 66733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$173.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.841 | **Nonpriority creditor's name and mailing address**

**GREG R THOME**
**17737 E BELLEVIEW PL**
**CENTENNIAL, CO 80015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$84.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.842 | **Nonpriority creditor's name and mailing address**

**GREG W & ANN M SEMRAD**
**9320 90TH RD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$23.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.843 | **Nonpriority creditor's name and mailing address**

**GREGORY & TERESA BLACKMORE**
**16700 MARSHALL RD.**
**ERIE, KS 66733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$19.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.844 | **Nonpriority creditor's name and mailing address**

**GREGORY A CARTER**
**321 SYCAMORE RIDGE WAY**
**GAHANNA, OH 43230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **$47.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                                    Case number *(if known)*  **16-11230-SAH**
_____
Name

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.10 |

**GREGORY A RAMEY & REVONDA M**
22087 IRVING RD
PARSONS, KS 67357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.80 |

**GREGORY D & MARY K DUFF,**
6662 100TH ROAD
THAYER, KS 66776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.52 |

**GREGORY E CARTER**
PO BOX 158
THAYER, KS 66776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $339.59 |

**GREGORY N BRUNGARDT**
11450 70TH ROAD
GALESBURG, KS 66740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.37 |

**GREGORY N GROSDIDIER**
11730 SCOTT ROAD
ST PAUL, KS 66771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,231.40 |

**GREGORY W & VIRGINIA S PECK**
16405 HWY 146
ERIE, KS 66733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.35 |

**GROVER FAMILY TRST**
RT 1 BOX 200
SOUTH COFFEYVIL, OK 74072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.852** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.88**

**GUADALUPE HATFIELD**
**P.O. BOX 458**
**NOGALES, AZ 85628-0458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.853** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.19**

**GWENDLYN PLACE**
**2700 LEGACY COURT**
**BARTLESVILLE, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.30**

**H EDDIE & RITA SMITH**
**1110 SOUTH RUTTER**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.33**

**HAROLD D & MARY A KNEWTSON**
**884 9000TH ROAD**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.54**

**HAROLD E & PHYLISS L ENOS, H/W**
**15550 GRAY ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.98**

**HAROLD LEE FAWL**
**17428 UDALL ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$909.64**

**HAROLD LEON & MILDRED LUCILLE**
**HC 61 BOX 126**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                              Case number *(if known)*    **16-11230-SAH**
Name

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.25 |

**HAROLD LEON HEADY &**
**15400 30TH ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.75 |

**HAROLD LEON JOHN & PAULA JOHN**
**120 SOUTH OKMULGEE STREET**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.99 |

**HAROLD LEONARD HARVEY & LINDA**
**19600 QUINTER RD**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.18 |

**HAROLD W PARKS**
**405 ASHLAND COURT**
**ELYRIA, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.74 |

**HAROLD WEST**
**132 SPUNKY CREEK DRIVE**
**CATOOSA, OK 74015-2312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504.25 |

**HARPER OIL COMPANY**
**1599 EAST 5200 STREET**
**CHERRYVALE, KS 67335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.24 |

**HARRISVILLE BAPTIST CHURCH**
**PO BOX 193**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.68** |
|---|---|---|---|

**HARRY & RUTH M OEHLERT**
**13520 197TH ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.36** |
|---|---|---|---|

**HARRY F PARKS & KATHLEEN PARKS**
**9290 RAWIGA RD**
**SEVILLE, OH 44273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.10** |
|---|---|---|---|

**HARVEY E DLUGATCH**
**18909 SHERMAN WAY**
**RESEDA, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$783.01** |
|---|---|---|---|

**HAT CREEK OIL & GAS, INC**
**P.O. BOX 2512**
**LYONS, CO 80540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.23** |
|---|---|---|---|

**HATTON W SUMNERS FOUNDATION**
**325 N. ST. PAUL STREET,**
**STE. 3920**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.80** |
|---|---|---|---|

**HAUGHT CEMETERY INC**
**HC-80 BOX 9**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,167.92** |
|---|---|---|---|

**HAUGHT FAMILY TRST**
**210 E. MAIN STREET**
**HARRISVILLE, WV 26362-1204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                              Case number (if known)    **16-11230-SAH**
_____
Name

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,783.73 |
|---|---|---|---|

**HAVEN C ENGLAND**
**1224 PINE VALLEY ROAD**
**LITTLE ROCK, AR 72207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.17 |
|---|---|---|---|

**HAYWARD W COLLINS JR**
**114 GARNETT DRIVE**
**DUNBAR, WV 25064-0181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.72 |
|---|---|---|---|

**HEATH W HARDING**
**203 N. LINCOLN**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.39 |
|---|---|---|---|

**HEATHER M AYERS**
**28720 COUNTY HWY 48**
**PARK RAPIDS, MN 56470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.94 |
|---|---|---|---|

**HELEN E HUTCHISON**
**19588 PRATT ROAD**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.41 |
|---|---|---|---|

**HELEN GRAYBILL**
**1033 8000 ROAD**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.81 |
|---|---|---|---|

**HELEN GRAYBILL REV. TRUST**
**2871 CR 5900**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87.98** |

**HELEN J ELI, TTEE OF THE**
**P.O. BOX 159**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.93** |

**HELEN KAY CALLAGHAN**
**4279 INDIAN RIVER DR**
**COCOA, FL 32927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.81** |

**HELEN M HOLDER**
**5624 NW 37TH**
**OKLAHOMA CITY, OK 73122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.03** |

**HENRY & JANIS STOCKEBRAND**
**86 3200 STREET**
**SAVONBURG, KS 66772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.49** |

**HESTER GERALDINE TICHY**
**607 55TH STREET**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,079.75** |

**HEWLETT PACKARD FINANCIAL**
**P.O. BOX 402582**
**ATLANTA, GA 30384-2585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.94** |

**HIGHLAND ENERGY PARTNERS, LLC**
**4 BROOKHAVEN TRL**
**LITTLETON, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**                                      Case number *(if known)*   **16-11230-SAH**
_____
Name

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,588.93 |

**HIGHMARK ENERGY OPERATING, LLC**
**PO BOX 205309**
**DALLAS, TX 75320-5309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.99 |

**HILDA DEEM**
**5607 4TH AVENUE**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $915.20 |

**HINES FARMS INC**
**13350 160TH ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.73 |

**HIRAM S GREEN**
**PO BOX 77**
**SPURLOCK, WV 25565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76.73 |

**HOLLY MICHAELIS**
**PO BOX 263**
**REPUBLIC, MO 65738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $555.65 |

**HOLST LAND & CATTLE, LLC**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.88 |

**HOOVER B AYERS**
**PO BOX 163**
**SANDYVILLE, WV 25275-0163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**
_____
Name

Case number (*if known*)    **16-11230-SAH**

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.55** |
|---|---|---|---|

**HOPEWELL OPERATING, INC**
**4600 GREENVILLE AVE., #200**
**DALLAS, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.60** |
|---|---|---|---|

**HOPPES FARMS, LLC**
**21016 NESS RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.74** |
|---|---|---|---|

**HORIZON NATURAL RESOURCES, INC**
**2131 W 73RD STREET**
**TULSA, OK 74132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**HORTON TOOL CORPORATION**
**P.O. BOX 453**
**HOMINY, OK 74035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.53** |
|---|---|---|---|

**HOWARD & VICKIE BAILEY**
**RT 1, BOX 394**
**SALT ROCK, WV 25559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$402.39** |
|---|---|---|---|

**HOWARD A & GETA F MARKLEY REV**
**716 26000 RD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$648.90** |
|---|---|---|---|

**HOWARD C & SHIRLEY D WEBSTER**
**HC 6 BOX 217**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | PostRock Energy Corporation | | Case number (if known) | 16-11230-SAH |
|---|---|---|---|---|
| | Name | | | |

---

**3.901**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.29 |
|---|---|---|
| **HOWARD E BAILEY &**<br>**306 S. LARSON**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.902**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.57 |
|---|---|---|
| **HOWARD E KOONTZ III**<br>**320 COLLEGE VIEW BLVD.**<br>**WESTMINSTER, MD 21158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.903**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.11 |
|---|---|---|
| **HOWARD JR & DEBRA WEBSTER,**<br>**HC 61 BOX 24**<br>**LENAPAH, OK 74042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.904**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.12 |
|---|---|---|
| **HOWARD WEIDERT & PAULA WEIDERT**<br>**8855 30TH ROAD**<br>**GALESBURG, KS 66740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.905**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.19 |
|---|---|---|
| **HUDSON FAMILY FARMS, LLC**<br>**1164 11TH LANE SW**<br>**BURLINGTON, KS 66839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.906**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.14 |
|---|---|---|
| **HUGH E & HAZEL GOOD, TTEE OF**<br>**8063 VICTORY RD.**<br>**OSWEGO, KS 67356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.907**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.47 |
|---|---|---|
| **HUGHES RIVER OIL & GAS INC**<br>**71 OLD MILL LANE**<br>**WALKER, WV 26180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **PostRock Energy Corporation**                     Case number *(if known)*   **16-11230-SAH**
_____
Name

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.88 |

3.908  Nonpriority creditor's name and mailing address
**HUGO & LAURALEE SPIEKER LIV TR**
**15575 ELK RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$639.88

---

3.909  Nonpriority creditor's name and mailing address
**HUNTER & DENISE HASTINGS**
**1520 200TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$60.16

---

3.910  Nonpriority creditor's name and mailing address
**HYGRADE CONSTRUCTION &**
**P.O. BOX 206**
**ST. PAUL, KS 66771**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$243.49

---

3.911  Nonpriority creditor's name and mailing address
**IBT, INC**
**PO BOX 873065**
**KANSAS CITY, MO 64187-3065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$70.22

---

3.912  Nonpriority creditor's name and mailing address
**II MOORE FARMS, A PARTNERSHIP**
**210 NATIONS ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$555.30

---

3.913  Nonpriority creditor's name and mailing address
**ILA EMOGENE WOLFE ESTATE**
**1484 BLENNERHASSETT HEIGHTS**
**PARKERSBURG, WV 26101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$14.72

---

3.914  Nonpriority creditor's name and mailing address
**ILEANA R CROWLEY**
**6013 ROOSEVELT ST**
**BETHESDA, MD 20817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$10.68

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.915** | Nonpriority creditor's name and mailing address

**ILENE T BUSSMAN REV TRST;**
**370 12000 ROAD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$562.87**

---

**3.916** | Nonpriority creditor's name and mailing address

**IMAGENET CONSULTING, LLC**
**913 N. BROADWAY**
**OKLAHOMA CITY, OK 73102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$17,376.65**

---

**3.917** | Nonpriority creditor's name and mailing address

**IMOGENE R RAYMOND ESTATE,**
**6323 EAST 5TH STREET**
**TULSA, OK 74112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$9.90**

---

**3.918** | Nonpriority creditor's name and mailing address

**INSURICA INSURANCE MANAGMENT**
**PO BOX 25928**
**OKLAHOMA CITY, OK 73125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$91,430.67**

---

**3.919** | Nonpriority creditor's name and mailing address

**INTERGRATED SOLUTIONS INC**
**DBA ISI ENVIRONMENTAL**
**215 SOUTH LAURA**
**WICHITA, KS 67211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$617.50**

---

**3.920** | Nonpriority creditor's name and mailing address

**INTERGRATED SOLUTIONS, INC**
**215 SOUTH LAURA**
**WICHITA, KS 67211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.921** | Nonpriority creditor's name and mailing address

**IONA KRAMER COLE**
**P.O. BOX 28**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$127.23**

---

Debtor  **PostRock Energy Corporation**                          Case number *(if known)*  **16-11230-SAH**
_____
Name

| | |
|---|---|
| 3.922 | **Nonpriority creditor's name and mailing address** |

**3.922**

**Nonpriority creditor's name and mailing address**
**IRA M HAUGHT**
**210 E. MAIN STREET**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$93.80

---

**3.923**

**Nonpriority creditor's name and mailing address**
**IRENE J CONAWAY**
**RR 1, BOX 272**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$64.52

---

**3.924**

**Nonpriority creditor's name and mailing address**
**IRMA FAYE GOSS LIFE ESTATE**
**605 FIRELANE RD**
**EDMOND, OK 73003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$16.97

---

**3.925**

**Nonpriority creditor's name and mailing address**
**IRMA WILSON**
**3027 SWEITZER ST. NW**
**UNIONTOWN, OH 44685-9325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$67.86

---

**3.926**

**Nonpriority creditor's name and mailing address**
**IRON MOUNTAIN**
**P.O. BOX 915004**
**DALLAS, TX 75391-5004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$82.32

---

**3.927**

**Nonpriority creditor's name and mailing address**
**IRREV LOJ TRST**
**6820 30TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$68.91

---

**3.928**

**Nonpriority creditor's name and mailing address**
**IRWIN LEE & LINDA JO DIEDIKER**
**DIEDIKER LIV TRST**
**12650 20TH RD**
**PARSONS, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$981.31

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$624.20** |
|---|---|---|---|

**J CARROLL FINLEY &**
**1420 HIGHWAY 39**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.33** |
|---|---|---|---|

**J CHRISTOPHER DYKES**
**PO BOX 280235**
**LAKEWOOD, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.45** |
|---|---|---|---|

**J CLINTON WALKER TRST**
**14403 FAIRWAY**
**LEAWOOD, KS 66224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266.03** |
|---|---|---|---|

**J D COOK, INC**
**P.O. BOX 373**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.98** |
|---|---|---|---|

**J DAVID CECIL**
**526 EVEREST AVENUE**
**ST ALBANS, WV 25177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.99** |
|---|---|---|---|

**J F DEEM**
**4541 EMERSON AVENUE**
**#1 FLOOR 2**
**PARKERSBURG, WV 26104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.97** |
|---|---|---|---|

**J H SNYDER HEIRS**
**27 STONERIDGE ROAD**
**WASHINGTON, WV 26181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.936**  Nonpriority creditor's name and mailing address

**J KYLE JONES**
**PO BOX 1874**
**MIDLAND, TX 79702**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$23.47**

---

**3.937**  Nonpriority creditor's name and mailing address

**J NELSON ELLIOTT**
**12324 CATALINA**
**LEAWOOD, KS 66209**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$342.13**

---

**3.938**  Nonpriority creditor's name and mailing address

**J V OIL LLC**
**PO BOX 151**
**CHANUTE, KS 66720**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$218.59**

---

**3.939**  Nonpriority creditor's name and mailing address

**J W ELLIOTT HEIRS**
**2404 WV HWY 47W**
**LINN, WV 26384-7817**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$27.94**

---

**3.940**  Nonpriority creditor's name and mailing address

**J. IRWIN DIEDIKER REV TR**
**1970 MEADE RD**
**PARSONS, KS 67357**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$44.86**

---

**3.941**  Nonpriority creditor's name and mailing address

**JACK & GAYLA THOMAS**
**H.C. 61, BOX 238**
**LENAPAH, OK 74042**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1.51**

---

**3.942**  Nonpriority creditor's name and mailing address

**JACK & HELEN HINES, JTS**
**212 N. GRANT STREET**
**ERIE, KS 66733**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$117.67**

---

Debtor **PostRock Energy Corporation**
Name

Case number *(if known)* **16-11230-SAH**

| | | |
|---|---|---|
| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.25 |

**Nonpriority creditor's name and mailing address**
**JACK & MARY JO HUGHES**
**8405 30TH ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$28.25

---

3.944 **Nonpriority creditor's name and mailing address**
**JACK B JETT**
**24070 FINNEY**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$16.10

---

3.945 **Nonpriority creditor's name and mailing address**
**JACK HUGHES, AS TTEE OF THE**
**8405 30TH ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$72.03

---

3.946 **Nonpriority creditor's name and mailing address**
**JACK J ROWLAND**
**13003 ROOKS ROAD**
**OSWEGO, KS 67356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$13.23

---

3.947 **Nonpriority creditor's name and mailing address**
**JACK R CHEYNEY**
**8655 170TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$95.53

---

3.948 **Nonpriority creditor's name and mailing address**
**JACK ROBERT SCOTT & LADONNA R**
**6763 E. 32ND PLACE**
**TULSA, OK 74145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$67.02

---

3.949 **Nonpriority creditor's name and mailing address**
**JACQUELINE COOK BREEN AGENT**
**1525 NW 183 AVENUE**
**PEMBROKE PINES, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$27.97

---

Debtor  **PostRock Energy Corporation**
Name

Case number (if known)  **16-11230-SAH**

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.78 |

**JAKE BARNES**
**28812 N 141 ST**
**SCOTTSDALE, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.70 |

**JAMES & DIXIE ALDRIDGE RV TRST**
**1030 23000 RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.53 |

**JAMES & MARIE BANOWETZ**
**10012 FORD RD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.88 |

**JAMES & ROBERTA MCCOY**
**P. O. BOX 5**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.81 |

**JAMES & RUETTA PRICE - JT**
**100 KANSAS ST.**
**SUSANK, KS 67544-9016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.53 |

**JAMES &/OR SHARON HOLTZMAN**
**24723 850 ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.84 |

**JAMES A & EVELYN L GRADY TR**
**22094 1800 ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.957** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.78**

**JAMES A & WILMA WESTHOFF**
**13450 GRAY RD.**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.958** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JAMES A DAUGHERTY**
**HC 64 BOX 2890**
**THREE CHURCHES, WV 26757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.959** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$455.96**

**JAMES A SLAYTER III & CHERYL**
**1172-7000 ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.29**

**JAMES A VITT & JUDITH ANN**
**1164 26000 RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.69**

**JAMES B HAYHURST JR**
**29 ASHWOOD PLACE**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.962** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61.10**

**JAMES B MCGEE & BRENDA K MCGEE**
**4078 GRAY ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68.73**

**JAMES BOYLE**
**14 HARWOOD COURT**
**SUITE 225**
**SCARSDALE, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **PostRock Energy Corporation** |
| | Name |

Case number (if known)   **16-11230-SAH**

---

**3.964**

Nonpriority creditor's name and mailing address
**JAMES C & DONNA S BATES,**
**6015 IRVING RD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$74.83**

---

**3.965**

Nonpriority creditor's name and mailing address
**JAMES C & VIRGINIA WILLIAMS**
**RT 1, BOX 169**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$79.09**

---

**3.966**

Nonpriority creditor's name and mailing address
**JAMES D & MARY L WALTERMIRE**
**15215 250TH RD**
**SAVONBURG, KS 66772**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$64.16**

---

**3.967**

Nonpriority creditor's name and mailing address
**JAMES D BURNHAM &**
**6047 DOUGLAS RD.**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$149.96**

---

**3.968**

Nonpriority creditor's name and mailing address
**JAMES D CHILDERS**
**RT #1 BOX 305**
**SALT ROCK, WV 25559**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$11.62**

---

**3.969**

Nonpriority creditor's name and mailing address
**JAMES D ROBERTS**
**1047 ANDERSON ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$73.89**

---

**3.970**

Nonpriority creditor's name and mailing address
**JAMES DENNIS HARDING**
**20526 1700 RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$60.10**

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
_____
Name

| | | |
|---|---|---|
| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.23 |

**JAMES E & TERRI S DEGEER**
**14305 210 ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $89.87 |

**JAMES E BOLLIG**
**16798 WICHITA ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54.99 |

**JAMES E DEEM**
**724 COOPER ST**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $137.17 |

**JAMES E KNOX & ARLENE D KNOX**
**824 LOOKOUT POINT ROAD**
**C/O DOUG KNOX**
**SELAH, WA 98942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47.98 |

**JAMES E STARR**
**614 WIGNER AVENUE**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $288.55 |

**JAMES F & MARY J SOODSMA REV**
**20052 HARPER RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14.21 |

**JAMES F. MOYERS**
**111 DAYTON ROAD**
**MARIETTA, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.69 |
|---|---|---|---|

**JAMES H EARLE**
**53253 ZACHARY DRIVE**
**CHESTERFIELD, MI 48047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.88 |
|---|---|---|---|

**JAMES J & JANET S CALLARMAN**
**2 SCARBA LANE**
**BELLA VISTA, AR 72715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.27 |
|---|---|---|---|

**JAMES J & SUSANN M PIASZYNSKI**
**1508 COLLINS ST.**
**WEBSTER CITY, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES JEROME, THOMAS JEROME,**
**1834 N. DENENE STREET**
**WICHITA, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.95 |
|---|---|---|---|

**JAMES K & DESIREE A KEPLEY**
**19450 FORD ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.46 |
|---|---|---|---|

**JAMES KRAMER & JOYCE KRAMER**
**4040 MEADE ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.32 |
|---|---|---|---|

**JAMES L & MARY L YORK**
**23996 700 ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**
_____
Name

Case number (if known)  **16-11230-SAH**

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.30 |
|---|---|---|---|

**JAMES M & RACHEL POWERS**
**1030 S GRETCHEN**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.49 |
|---|---|---|---|

**JAMES M DYE**
**13848 HEBRON RD**
**ELLENBORO, WV 26346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.58 |
|---|---|---|---|

**JAMES M KASPER**
**1496 MCPHERSON STREET**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.71 |
|---|---|---|---|

**JAMES MCCOY**
**P.O. BOX 5**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.53 |
|---|---|---|---|

**JAMES MICHAEL RENEHAN**
**11651 BRIDGEPORT ROAD**
**TANEYTOWN, MD 21787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.81 |
|---|---|---|---|

**JAMES O MORRIS & MARY L MORRIS**
**16924 UDALL RD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.77 |
|---|---|---|---|

**JAMES P & COLLEEN M NEELY,**
**9050 140TH RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PostRock Energy Corporation**                              Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.05 |

**JAMES P HARRINGTON**
**2060 CANYON LAKES DRIVE**
**SAN RAMON, CA 94582-4921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.18 |

**JAMES R & RHONDA ROHLING**
**10053 CLAY ROAD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.45 |

**JAMES R & SUSANNAH E WEIL, H/W**
**20711 CR 53**
**KERSEY, CO 80644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.11 |

**JAMES R GROVER &**
**BOX 2136 K ST SW**
**MIAMI, OK 74354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,358.55 |

**JAMES R PERKINS ENERGY TRST**
**PO BOX 707**
**HOWARD, KS 67349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.90 |

**JAMES R PERKINS, TTEE**
**PO BOX 707**
**HOWARD, KS 67349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.94 |

**JAMES R ROSS**
**RT 3 BOX 91**
**ONA, WV 25545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123.22** |
|---|---|---|---|
| | **JAMES STOVER** | ☐ Contingent | |
| | **3125 240TH ROAD** | ☐ Unliquidated | |
| | **CHANUTE, KS 66720** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Royalty Payments__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.51** |
|---|---|---|---|
| | **JAMES W & JANET E SYMONS** | ☐ Contingent | |
| | **31757 US HIGHWAY 160** | ☐ Unliquidated | |
| | **BAYFIELD, CO 81122** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Royalty Payments__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$669.79** |
|---|---|---|---|
| | **JAMES W &/OR E FAYE ROBERTSON** | ☐ Contingent | |
| | **2815 85TH ROAD** | ☐ Unliquidated | |
| | **THAYER, KS 66776** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Royalty Payments__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.45** |
|---|---|---|---|
| | **JAMES W CLEMENS** | ☐ Contingent | |
| | **26024 OTTAWA ROAD** | ☐ Unliquidated | |
| | **PARSONS, KS 67357** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Royalty Payments__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.98** |
|---|---|---|---|
| | **JAMES W MCGUIRE JR & CONNIE J** | ☐ Contingent | |
| | **8475 QUEEN ROAD** | ☐ Unliquidated | |
| | **ST. PAUL, KS 66771** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Royalty Payments__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.32** |
|---|---|---|---|
| | **JANE ANN WILKINSON RUNYAN** | ☐ Contingent | |
| | **917 NOTTINGHAM COURT** | ☐ Unliquidated | |
| | **BENTON, AR 72019-2398** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Royalty Payments__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00** |
|---|---|---|---|
| | **JANE BURNS TRST** | ☐ Contingent | |
| | **8101 MISSION RD** | ☐ Unliquidated | |
| | **APT. 203** | ☐ Disputed | |
| | **PRAIRIE VILLAGE, KS 66208** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Royalty Payments__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **PostRock Energy Corporation**       Case number *(if known)*    **16-11230-SAH**

Name

---

**3.100 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.25 |
|---|---|---|

**JANET K STEPHENS TRST**
**1441 30TH STREET**
**SEVERY, KS 67137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.100 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.92 |
|---|---|---|

**JANET L ERBE**
**21184 800 ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.100 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.74 |
|---|---|---|

**JANET LYNN BURRIS**
**920 25000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.100 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.57 |
|---|---|---|

**JANET M STANLEY**
**1410 LYNN CAMP ROAD**
**PENNSBORO, WV 26415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.101 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.33 |
|---|---|---|

**JANET SUE ELLIOTT**
**619 LIMESTONE RUN ROAD**
**WESTON, WV 26452-7667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.101 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $782.41 |
|---|---|---|

**JANICE A COLE**
**508 N CLINE ROAD APT J**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.101 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.55 |
|---|---|---|

**JANICE L CONGLETON**
**159 EMMAUS RD**
**BELPRE, OH 45714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number (if known)   **16-11230-SAH**

---

| 3.101 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.71 |
|---|---|---|---|

**JANICE STAHL**
**120 W. JACKSON**
**PITTSBURG, KS 66762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**JANICE SWALLEY**
**13515 GRAY ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.79 |
|---|---|---|---|

**JANIE L SCOTT, LIFE ESTATE**
**722 SW STATELINE LANE**
**ASBURY, MO 64832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.17 |
|---|---|---|---|

**JARED G & HEIDI L RANZ, J.T.**
**17017 UDALL ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.17 |
|---|---|---|---|

**JAROLD HENRY**
**14385 ELK ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,581.53 |
|---|---|---|---|

**JAROLD W & MARILYN HENRY JTS**
**14385 ELK ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.65 |
|---|---|---|---|

**JARROD BIAS**
**RT 1 BOX 323B**
**SALT ROCK, WV 25559-1240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**JASMINE ROYALTIES LLC**
**1720 S BELLAIRE ST STE 1209**
**DENVER, CO 80222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$89.31**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**JASON & TERA ELLIOTT HW/JTROS**
**14250 220TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$145.21**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**JASON DANIEL VAVRINA**
**49 TUCKER LANE**
**BAYFIELD, CO 81122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$139.70**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

**JASON H WHEELER**
**1309 N 14TH ST**
**MARYSVILLE, KS 66508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$58.70**

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**JASON HARRIS & JENNIFER HARRIS**
**15240 80TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$366.64**

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**JASON R BOURNE**
**3715 SHORE AVE**
**EVERETT, WA 98203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$4.66**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**JAY BEE ROYALTY, LLC**
**1720 US HIGHWAY 22 CTR**
**UNION, NJ '07083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$74.36**

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.102 7**

Nonpriority creditor's name and mailing address

**JAY C & KRISTINA R BARNHART**
**16600 MARSHALL RD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$52.16

---

**3.102 8**

Nonpriority creditor's name and mailing address

**JAY D LAMONS & ELLA J LAMONS**
**20530 NESS ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$11.93

---

**3.102 9**

Nonpriority creditor's name and mailing address

**JEAN ALKIRE**
**HC 71 BOX 114**
**AUGUSTA, WV 26704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.103 0**

Nonpriority creditor's name and mailing address

**JEANNE A EPPERSON**
**690 CEDAR RIDGE DRIVE**
**NEOSHO, MO 64850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$61.88

---

**3.103 1**

Nonpriority creditor's name and mailing address

**JEANNE C BERRY**
**PO BOX 102**
**TORNADO, WV 25202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.78

---

**3.103 2**

Nonpriority creditor's name and mailing address

**JEANNETTE HOLTZBACH**
**2140 MENTONE BLVD., #164**
**MENTONE, CA 92359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.103 3**

Nonpriority creditor's name and mailing address

**JEFF CHADWELL**
**2398 INDEPENDENCE ROAD**
**SEDAN, KS 67361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**JEFF KEPHART**
**4230 DOUGLAS ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

$60.15

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**JEFFERY L PETERSON & DANNY**
**14680 115TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

$57.59

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**JEFFERY TODD & MELISSA G GREEN**
**837 3000 RD**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

$52.64

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**JEFFREY & CHARLOTTE KEPHART**
**4230 DOUGLAS RD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

$112.28

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**JEFFREY & HAILEY DEAN JTWROS**
**23546 1900 ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

$63.51

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**JEFFREY & SANDRA GOINS**
**5693 CR 5700**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

$6.33

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**JEFFREY D & DEBORAH NOAKES**
**606 SOUTH EAST STREET**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

$98.20

---

Debtor  **PostRock Energy Corporation**
_____
Name

Case number (if known)  **16-11230-SAH**

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $124.96 |

**JEFFREY D HULL & JOYCE R HULL**
**17438 1200 RD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,243.27 |

**JEFFREY S FOWLER**
**2380 W MAIN**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.15 |

**JENNIE L UMBARGER**
**6725 FORD RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17.12 |

**JENNIE LEE MANGUM**
**1215 WEST MARTIN STREET**
**CHERRYVALE, KS 67335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.08 |

**JENNIFER ALLEN**
**736 LOWER DONNALLY RD**
**CHARLESTON, WV 25304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23.88 |

**JENNIFER MELLERT**
**219 COURT ST, SW**
**HUNTINGTON, WV 25704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33.57 |

**JENNIFER SMITH-BEAL**
**803 PINE STREET**
**HUMBOLDT, KS 66749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**
　　　　　Name

Case number (if known)    **16-11230-SAH**

---

| 3.104 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $81.17 |
| **JERALD G & BARBARA KUEHN**<br>**ROUTE 1, BOX 335**<br>**SOUTH COFFEYVILLE, OK 74072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.104 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55.45 |
| **JEREMY BOSS**<br>**679 24500 ROAD**<br>**DENNIS, KS 67341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.58 |
| **JERRY D & MARY R JORDAN**<br>**16665 FORD ROAD**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53.11 |
| **JERRY D & PATRICIA A STATES**<br>**220 S OSAGE AVE**<br>**SHAWNEE, OK 74801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
| **JERRY D HUGHES & MARTHA D**<br>**6275 160TH ROAD**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $259.73 |
| **JERRY L & DORIS A KENDALL**<br>**971 2000 ROAD**<br>**EDNA, KS 67342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $121.61 |
| **JERRY M GREER TRST**<br>**105 MILLVIEW RD**<br>**SALINA, KS 67401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**JERRY W & H ELAINE HOUSLEY,**
**15001 GROVE RD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$69.97**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**JERRY W & SHERRIE E BRANT,**
**4070 120TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1,081.78**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**JERRY W BRANT**
**4070 120TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$110.44**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**JILL & DALE ORTH, W&H**
**2003 MILL CREEK DR.**
**ARLINGTON, TX 76010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$174.34**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**JILL ORTH**
**2003 MILL CREEK DRIVE**
**ARLINGTON, TX 76010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$174.34**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**JIM ARDEN GILBREATH & MARTHA**
**45 COVINGTON LANE**
**MAMMOTH LAKES, CA 93546**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$789.29**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**JIM DEEM**
**P. O. BOX 391**
**HEPZIBAH, WV 26369**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$7.86**

---

| Debtor | PostRock Energy Corporation | | Case number (if known) | 16-11230-SAH |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

JIM L TRANSUE
199-3000 RD.
COFFEYVILLE, KS 67337

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$75.98**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

JIMMEY R SMITH
900 ALICE, APT. 25
PARSONS, KS 67357

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$230.46**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

JIMMIE C HUGHES
106 NETTLECREEK
FAIRPORT, NY 14450

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$23.88**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

JIMMY D & JOAN E PLUTE -
315 S. DELAWARE
EDNA, KS 67342

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$127.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

JIMMY D CARTER
11406 UDALL
ALTOONA, KS 66710

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$756.29**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

JIMMY KLINTWORTH
8996 STATE RT 62
KILLBUCK, OH 44637

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.06**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

JIMMY O & MARILYN S FARMER
14648 SCOTT RD
ALTOONA, KS 66710

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$25.11**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.1069**

**Nonpriority creditor's name and mailing address**
**JIMMY OMER & MARY ALICE WOODY**
**ROUTE 1, BOX 328**
**SOUTH COFFEYVILLE, OK 74072**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$226.16**

---

**3.1070**

**Nonpriority creditor's name and mailing address**
**JO ANN CHAPPELL**
**4 CIRCLE DRIVE**
**BERRYVILLE, VA 22611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$29.33**

---

**3.1071**

**Nonpriority creditor's name and mailing address**
**JO LYNN WRIGHT**
**12226 E. 81ST PL. N.**
**OWASSO, OK 74055**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$78.30**

---

**3.1072**

**Nonpriority creditor's name and mailing address**
**JOAN FOGGIN**
**610 55TH**
**VIENNA, WV 26105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$17.49**

---

**3.1073**

**Nonpriority creditor's name and mailing address**
**JOAN JONES**
**15 DEVONSHIRE COURT**
**MIDDLETOWN, NJ '07748**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$38.60**

---

**3.1074**

**Nonpriority creditor's name and mailing address**
**JOAN KNIGHT**
**34 SAWMILL RD**
**CULLODEN, WV 25510-9576**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$9.78**

---

**3.1075**

**Nonpriority creditor's name and mailing address**
**JOAN W DOTSON**
**730 10TH ST. DR NW**
**CONOVER, NC 28613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$26.30**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**JOE A DAYER**
**11402 N 131 E AVE**
**OWASSO, OK 74055**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

**$53.74**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**JOE A HELMS SR & CONNIE K**
**24080-B FINNEY ROAD**
**DENNIS, KS 67341**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

**$16.10**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**JOE ALLEN BUTTS**
**598 17500 RD**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

**$101.49**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**JOE D & SHARON J KEPHART**
**6355 50TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

**$54.01**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**JOE D & TINA R KNIGHT H/W J/T**
**9740 NESS RD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

**$23.41**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**JOE D CLEVENGER**
**1163 23000 RD**
**PARSON, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

**$73.04**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**JOE R LAIN & SAMMIE L LAIN, JT**
**RT 1 BOX 192**
**S COFFEYVILLE, OK 74072**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.32**

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65.72** |
| --- | --- | --- | --- |

**JOE SHIELDS & MELBA SHIELDS**
**6885 IRVING ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Royalty Payments_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.50** |
| --- | --- | --- | --- |

**JOHN & BEVERLY ALTMAN**
**10255 MEADE RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Royalty Payments_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112.74** |
| --- | --- | --- | --- |

**JOHN & DEBRA HEADY**
**1767 CR 1425**
**CANEY, KS 67333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Royalty Payments_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.43** |
| --- | --- | --- | --- |

**JOHN & JULIE STEWART**
**17620 GRADY ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Royalty Payments_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.16** |
| --- | --- | --- | --- |

**JOHN & RAMONA CULBERTSON**
**147 MEADOW PLACE**
**WINDSOR, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Royalty Payments_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$261.63** |
| --- | --- | --- | --- |

**JOHN & ROBIN COOK**
**715 FOX AVE**
**HARRISVILLE, WV 26362-1103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Royalty Payments_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$498.65** |
| --- | --- | --- | --- |

**JOHN A & JANET S KRAMER**
**7750 JACKSON RD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Royalty Payments_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
Name

Case number (*if known*) **16-11230-SAH**

| 3.109 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.10 |
|---|---|---|---|

**JOHN A & LUCINDA J HAGER**
6125 70TH ROAD
THAYER, KS 66776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.68 |
|---|---|---|---|

**JOHN A & WINIFRED GUYAN DAVIS**
10175 50TH ROAD
GALESBURG, KS 66740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.87 |
|---|---|---|---|

**JOHN A KRAMER**
7750 JACKSON RD
GALESBURG, KS 66740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.43 |
|---|---|---|---|

**JOHN A. HEAD REVOCABLE TRUST**
2975 65 ROAD
THAYER, KS 66776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $494.29 |
|---|---|---|---|

**JOHN C & JUANITA E MEARS,**
4100 240TH ROAD
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.16 |
|---|---|---|---|

**JOHN C & LINDA COLE RUBOW,**
PO BOX 705
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.44 |
|---|---|---|---|

**JOHN C DIEDIKER, TTEE OF**
24064 KIOWA RD
PARSONS, KS 67357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**          Case number *(if known)*    **16-11230-SAH**

              Name

---

**3.109 7**

**Nonpriority creditor's name and mailing address**

**JOHN C FRASER**
**119 N 15TH STREET**
**FREDONIA, KS 66736**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$322.66

---

**3.109 8**

**Nonpriority creditor's name and mailing address**

**JOHN C KIRKPATRICK REV TRST**
**P.O. BOX 3048**
**TULSA, OK 74101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$184.76

---

**3.109 9**

**Nonpriority creditor's name and mailing address**

**JOHN C WELLS & DEBORAH W WELLS**
**14135 90TH RD**
**ERIE, KS 66733**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$75.21

---

**3.110 0**

**Nonpriority creditor's name and mailing address**

**JOHN CLINTON WALKER DBA**
**14403 FAIRWAY ST**
**LEAWOOD, KS 66224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$347.07

---

**3.110 1**

**Nonpriority creditor's name and mailing address**

**JOHN D TILLACK**
**3311 S MAGNOLIA ST**
**DENVER, OK 80224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$22.07

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

**JOHN DEMERITT**
**P.O. BOX 156**
**CHANUTE, KS 66720**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$610.68

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**JOHN E & YOUNDA D FLOYD,**
**PO BOX 724**
**WHITEWRIGHT, TX 75491**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$195.88

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.110**
**4**

Nonpriority creditor's name and mailing address

**JOHN E CAMPANELLA**
**2401 S. SANTA FE AVE. # 207**
**VERNON, CA 90058-1150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$2.62**

---

**3.110**
**5**

Nonpriority creditor's name and mailing address

**JOHN E STEINMITZ**
**26419 VINTAGE TRACE DR**
**CLAREMORE, OK 74019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$5.14**

---

**3.110**
**6**

Nonpriority creditor's name and mailing address

**JOHN EUGENE & LAVETA M MAHAN,**
**11057 KIOWA RD**
**ALTAMONT, KS 67330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$82.26**

---

**3.110**
**7**

Nonpriority creditor's name and mailing address

**JOHN F ERWIN**
**RT 1, BOX 74**
**NEW MILTON, WV 26411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110**
**8**

Nonpriority creditor's name and mailing address

**JOHN G SCHULTZ**
**17275 ELK ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.58**

---

**3.110**
**9**

Nonpriority creditor's name and mailing address

**JOHN K BRUNGARDT**
**10242 WALMER**
**OVERLAND PARK, KS 66212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$97.43**

---

**3.111**
**0**

Nonpriority creditor's name and mailing address

**JOHN KEVIN STOUT**
**RT 1 BOX 147**
**CAIRO, WV 26337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$5.51**

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
_____
Name

| 3.111 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.05 |

**JOHN L BLAIR**
**11305 KIOWA ROAD**
**GALESBURG, KS 66740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.61 |

**JOHN L GOOD**
**1086 2600 ROAD**
**PARSONS, KS 67357**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.55 |

**JOHN L SIMMONS & PATRICIA M**
**4750 NESS RD**
**PARSONS, KS 67357**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.21 |

**JOHN L. MOYERS, JR.**
**P.O. BOX 69**
**BARLOW, OH 45712**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.91 |

**JOHN M & JANET E RAUSCH, H/W**
**24295 CHASE RD**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.29 |

**JOHN M JUNGLES, JR & DEBORAH**
**566 23000 ROAD**
**DENNIS, KS 67341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.86 |

**JOHN M RAUSCH**
**24295 CHASE RD**
**CHANUTE, KS 66720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.111
8**

**Nonpriority creditor's name and mailing address**

**JOHN MCDOWELL**
**PO BOX 665**
**HAMLIN, WV 25523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$10.59

---

**3.111
9**

**Nonpriority creditor's name and mailing address**

**JOHN P MEIWES**
**12925 59TH SW**
**MINCO, OK 73059**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$61.67

---

**3.112
0**

**Nonpriority creditor's name and mailing address**

**JOHN P STEPHENS**
**2800 INDUSTRY RD.**
**ROOTSTOWN, OH 44272**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$22.17

---

**3.112
1**

**Nonpriority creditor's name and mailing address**

**JOHN R & ELIZABETH A ZANOVICH,**
**10824 S. 93RD EAST AVE**
**TULSA, OK 74133-6181**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$57.06

---

**3.112
2**

**Nonpriority creditor's name and mailing address**

**JOHN R & GAYLA N EDWARDS,**
**21345 OTTAWA ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$71.68

---

**3.112
3**

**Nonpriority creditor's name and mailing address**

**JOHN R & KAREN S WALTERS, H/W**
**15670 240TH RD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$126.57

---

**3.112
4**

**Nonpriority creditor's name and mailing address**

**JOHN R & MAVIS GARD**
**16678 OTTAWA ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$79.22

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.112**
**5**

**Nonpriority creditor's name and mailing address**

**JOHN S POSTON LIV TRST**
**P O BOX 75225**
**WICHITA, KS 67275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$17.54

---

**3.112**
**6**

**Nonpriority creditor's name and mailing address**

**JOHN S SPIRIDULIAS**
**23641 GOLDEN SPRINGS DR**
**SPACE C-14**
**DIAMOND BAR, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$21.58

---

**3.112**
**7**

**Nonpriority creditor's name and mailing address**

**JOHN W & CAROL A SMITH**
**6030 HARPER ROAD**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$71.90

---

**3.112**
**8**

**Nonpriority creditor's name and mailing address**

**JOHN W & DEANNE L DEAN**
**309 W. NEOSHO AVE**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$35.10

---

**3.112**
**9**

**Nonpriority creditor's name and mailing address**

**JOHN W EARLE**
**13950 TIMBERVIEW**
**SHELBY TOWNSHIP, MI 48315**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.69

---

**3.113**
**0**

**Nonpriority creditor's name and mailing address**

**JOHN W LARUE & DOROTHY LARUE**
**11400 190TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$938.65

---

**3.113**
**1**

**Nonpriority creditor's name and mailing address**

**JOHN W WALKER, JR**
**6170 SE 40TH**
**EL DORADO, KS 67042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$163.28

---

Debtor  **PostRock Energy Corporation**
_____
Name

Case number (*if known*)  **16-11230-SAH**

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.94 |

**JOHN W YERKEY**
**135 N. PARK DR.**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88.06 |

**JOHNNY G ELI, TTEE OF THE**
**P.O. BOX 159**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.94 |

**JOHNNY K AYERS**
**106 BRONSON ST**
**ST MARYS, WV 26170-4553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14.36 |

**JOHNNY N SCHROCK AND KATIE**
**715 2500 ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87.03 |

**JOLINDA F WARD**
**4113 LINDSEY DR.**
**MANHATTAN, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56.89 |

**JON D & MARY F BURGHART, H/W**
**41600 N. VARGAS DRIVE**
**SAN TAN VALLEY, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.37 |

**JONATHAN R LEWIS**
**103 EVENING STAR CIRCLE**
**RED OAK, TX 75154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.113 9**

**Nonpriority creditor's name and mailing address**
**JONATHAN R SMITH**
**7929 BATTURE DR**
**SHREVEPORT, LA 71115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$21.91

---

**3.114 0**

**Nonpriority creditor's name and mailing address**
**JONATHAN W NORRIS & MARY A**
**20090 HARPER RD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$22.34

---

**3.114 1**

**Nonpriority creditor's name and mailing address**
**JOSEFINA BLANCO-RIVAS**
**4021 GULF SHORE BLVD. N**
**APT 501**
**NAPLES, FL 34103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$282.07

---

**3.114 2**

**Nonpriority creditor's name and mailing address**
**JOSEPH & CHARLOTTE STOTTMANN**
**25037 LYON ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$22.24

---

**3.114 3**

**Nonpriority creditor's name and mailing address**
**JOSEPH A BRINKMAN**
**BOX 132**
**LENAPAH, OK 74042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$19.29

---

**3.114 4**

**Nonpriority creditor's name and mailing address**
**JOSEPH A SCARPINO**
**6 BLANKET FLOWER CR**
**SANTA FE, NM 87506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$89.11

---

**3.114 5**

**Nonpriority creditor's name and mailing address**
**JOSEPH CHRISTOPHER CARSON TRST**
**24073 VINE RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$64.79

---

| Debtor | PostRock Energy Corporation | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**JOSEPH D GARTRELL**
**P O BOX 31**
**NEW PHILADELPHIA, OH 44663**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$5.25**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**JOSEPH E & DORIS J CAMPBELL**
**26 HILLSDALE CIRCLE**
**SCOTT DEPOT, WV 25560**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$48.40**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**JOSEPH E RELPH II & LYNSEE N**
**14160 QUINTER ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$215.03**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**JOSEPH L & CAROL L NEWBY**
**3345 80TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$82.19**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**JOSEPH N & FRANCES M**
**SCHOENECKER LIV TR**
**20151 NESS RD**
**BENEDICT, KS 66714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$132.05**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**JOSEPH R & ALICE E ROBINSON**
**9475 50TH ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$13.77**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**JOSEPH R GORMLEY, JR & ALLIE M**
**2311 W. 3RD ST. TERRACE**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$64.35**

---

Debtor **PostRock Energy Corporation**
Name

Case number (if known) **16-11230-SAH**

---

| 3.115 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.30 |

**JOSEPH R HANSEN REV TRST**
**19150 ANDERSON ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.55 |

**JOSEPH W & REBECKA K STICH**
**8740 150TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.58 |

**JOSEPH W BILLER &**
**1133 CAMBRIDGE DR.**
**YUKON, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.79 |

**JOSEPH W BILLER REV LIV TRST**
**1133 CAMBRIDGE DR**
**YUKON, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.71 |

**JOSEPH W RITTER**
**5180 CHASE ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.48 |

**JOSEPH W STICH**
**8740 150TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.49 |

**JOSEPHINE BAUGH**
**PO BOX 682**
**TEXHOMA, TX 73949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **PostRock Energy Corporation**
Name

Case number *(if known)*  **16-11230-SAH**

| 3.116 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88.90 |
| **JOSHUA & KAISHA NOVOTNY** | ☐ Contingent | |
| **240 PLUM DRIVE** | ☐ Unliquidated | |
| **AUSTIN, AR 72007** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.116 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21.75 |
| **JOSHUA K MEIGS & JENNIFER LEE** | ☐ Contingent | |
| **16866 1800 RD** | ☐ Unliquidated | |
| **BENEDICT, KS 66714** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.116 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.13 |
| **JOSHUA W. KINSCH** | ☐ Contingent | |
| **1309 S 32ND ST** | ☐ Unliquidated | |
| **PARSONS, KS 67357** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.116 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $133.16 |
| **JOSIAH D & AMANDA G KEPHART,** | ☐ Contingent | |
| **4270 GRAY RD.** | ☐ Unliquidated | |
| **THAYER, KS 66776** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.116 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17.87 |
| **JOY E GOOD** | ☐ Contingent | |
| **BOX 12** | ☐ Unliquidated | |
| **DENNIS, KS 67341** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.116 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39.03 |
| **JOY SPINO** | ☐ Contingent | |
| **1771 VICTORY AVE.** | ☐ Unliquidated | |
| **GRAFTON, WV 26354** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.116 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.79 |
| **JOYCE ELAINE CARSON TRST** | ☐ Contingent | |
| **24073 VINE RD** | ☐ Unliquidated | |
| **PARSONS, KS 67357** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **PostRock Energy Corporation**
      Name

Case number (*if known*)    **16-11230-SAH**

---

| 3.116<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.11** |
|---|---|---|---|

**JOYCE L MAXSON, INDIV & JOYCE**
**PO BOX 451413**
**GROVE, OK 74345-1413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.67** |
|---|---|---|---|

**JOYCE MINK**
**RT 1 BOX 147**
**S. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.74** |
|---|---|---|---|

**JOYCE WILSON**
**150 CR 4603**
**BOGATA, TX 75417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.28** |
|---|---|---|---|

**JOYCLYN SUE BUNCH**
**140 CHANDLER DR**
**SHINNSTON, WV 26431-9637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.92** |
|---|---|---|---|

**JUANITA E THOMPSON**
**1309 SACKETT AVE.**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JUDITH A DOLVEN**
**130 SEARS RD**
**GOSHEN, MA 10320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$211.95** |
|---|---|---|---|

**JUDITH ANN FAGER**
**9905 PRATT ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**

Name

Case number *(if known)*    **16-11230-SAH**

---

| 3.117 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDITH ANN FAGER-LIFE ESTATE**
**9905 PRAT ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$51.52

---

| 3.117 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDITH ANN SMITH**
**507 SHERIDAN**
**ST. PAUL, KS 66771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$157.64

---

| 3.117 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDITH LAURENE COKELEY**
**10841 S FAIRWAY POINT COURT**
**VAIL, AZ 85641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$3.98

---

| 3.117 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDITH M & GREGORY P FARBER**
**7001 SOUTH 99TH STREET EAST**
**DERBY, KS 67037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$84.01

---

| 3.117 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDITH M VINER**
**1605 HOFFMAN DRIVE**
**LOVELAND, CO 80538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.87

---

| 3.117 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDY M POWERS FROEHLICH &**
**20 S. TENNESSEE**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$120.86

---

| 3.118 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUDY M WATSON**
**RT 1 BOX 52**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$6.57

---

Debtor  **PostRock Energy Corporation**
Name

Case number (if known)   **16-11230-SAH**

| | |
|---|---|
| 3.118<br>1 | **Nonpriority creditor's name and mailing address** |

**JULIA N COOPER**
**1730 DEVIL HOLE RD**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$7.50

---

| | |
|---|---|
| 3.118<br>2 | **Nonpriority creditor's name and mailing address** |

**JULIANNE J RIZZO**
**28055 CAMBRIDGE**
**HARRISON TWP, MI 48045**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$2.23

---

| | |
|---|---|
| 3.118<br>3 | **Nonpriority creditor's name and mailing address** |

**JULIE A GREGORY**
**45 SPRING HILLS RD**
**GRAFTON, WV 26354**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$3.74

---

| | |
|---|---|
| 3.118<br>4 | **Nonpriority creditor's name and mailing address** |

**JUSTIN & MARY CALLARMAN**
**PO BOX 150**
**NEODESHA, KS 66757**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$12.78

---

| | |
|---|---|
| 3.118<br>5 | **Nonpriority creditor's name and mailing address** |

**JUSTIN CARNAHAN BOND**
**808 WESTWOOD DRIVE**
**RICHARDSON, TX 75080**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$8.49

---

| | |
|---|---|
| 3.118<br>6 | **Nonpriority creditor's name and mailing address** |

**JUSTIN D. JANTZ**
**920 N. 6TH**
**FREDONIA, KS 66736**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$23.19

---

| | |
|---|---|
| 3.118<br>7 | **Nonpriority creditor's name and mailing address** |

**JUSTIN MCKEE & JEANNIE MCKEE,**
**P.O. BOX 56**
**LENAPAH, OK 74042**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$65.23

---

Debtor **PostRock Energy Corporation**
_____
Name

Case number *(if known)* **16-11230-SAH**

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | | **$48.14** |
|---|---|---|---|

**JUSTIN MILLARD**
**23251 E JONES ROAD**
**SEDRO WOLLEY, WA 98284**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | | **$22,891.34** |
|---|---|---|---|

**K-W OIL WELL SERVICE, INC**
**19450 FORD ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | | **$866.04** |
|---|---|---|---|

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | | **$1,249,968.51** |
|---|---|---|---|

**KANSAS DEPARTMENT OF REVENUE**
**915 SW HARRISON ROOM 150**
**TOPEKA, KS 66612-2003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation: Tax Liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | | **$225.00** |
|---|---|---|---|

**KANSAS INDEPENDENT OIL & GAS**
**ASSOCIATION**
**229 E. WILLIAM SUITE 211**
**WICHITA, KS 67020-4027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**KANSAS PRODUCTION CO INC**
**301 W 4TH STREET**
**CANEY, KS 67333**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | | **$49.78** |
|---|---|---|---|

**KAREN & JIMMY DUFOE JTWROS**
**2022 GRAY ROAD**
**EDNA, KS 67342**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **PostRock Energy Corporation**

Name

Case number (*if known*)    **16-11230-SAH**

---

| 3.119 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.12** |
|---|---|---|---|

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE, MS 64701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.28** |
|---|---|---|---|

**KAREN FAYE KEESEE**
**123 MIDVILLE HEIGHTS RD**
**LAVALETTE, WV 25535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.41** |
|---|---|---|---|

**KAREN LOUISE MCINTYRE,**
**333 PATRICIA AVE.**
**WEIRTON, WV 26062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.78** |
|---|---|---|---|

**KAREN M FRITZ**
**119 SO. 5TH ST.**
**MIFFLENBURG, PA 17844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.88** |
|---|---|---|---|

**KAREN R RICH**
**205 MONTEREY CT**
**BOLINGBROOK, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.18** |
|---|---|---|---|

**KAREN S KEHRLI**
**7619 HARRINGTON LANE**
**BRADENTON, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.72** |
|---|---|---|---|

**KAREN SUE STARR**
**215 CONGER ROAD**
**WASHINGTON, WV 26181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.120**
**2**

**Nonpriority creditor's name and mailing address**

**KARL J SPINO**
**1661 VICTORY AVE**
**GRAFTON, WV 26354**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$39.03

---

**3.120**
**3**

**Nonpriority creditor's name and mailing address**

**KARL W OAKLEAF**
**13266 S. CEDAR**
**CLAREMORE, OK 74017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$43.81

---

**3.120**
**4**

**Nonpriority creditor's name and mailing address**

**KARLA C MENAUGH REV TR**
**3201 HARVARD ROAD**
**LAWRENCE, KS 66049**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$68.90

---

**3.120**
**5**

**Nonpriority creditor's name and mailing address**

**KARLA J HOUSER**
**924 THIRD RUN RD**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$4.88

---

**3.120**
**6**

**Nonpriority creditor's name and mailing address**

**KATHERINE E WILLIAMS**
**167 SONGBIRD LANE**
**BERKLEY SPRINGS, WV 25411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120**
**7**

**Nonpriority creditor's name and mailing address**

**KATHERINE J BILLER REV LIV**
**1133 CAMBRIDGE DR.**
**YUKON, OK 73099**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$208.91

---

**3.120**
**8**

**Nonpriority creditor's name and mailing address**

**KATHLEEN ANNE MENSINGER**
**257 BIG OAK DRIVE**
**LURAY, VA 22835**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$69.35

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|

Name

---

**3.1209**

Nonpriority creditor's name and mailing address

**KATHLEEN D MCCULLEY**
**7470 SO. DAHLIA CT**
**CENTENNIAL, CO 80122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$2.87

---

**3.1210**

Nonpriority creditor's name and mailing address

**KATHLEEN H NICHOLLS**
**3 LAMBERTS LANE**
**STONINGTON, CT 06378-2905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$77.14

---

**3.1211**

Nonpriority creditor's name and mailing address

**KATHRYN E & JACK DYKE**
**513 27000TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$131.62

---

**3.1212**

Nonpriority creditor's name and mailing address

**KATHY A PRUITT & ROBERT E**
**12439 N. 172ND EAST AVE.**
**COLLINSVILLE, OK 74021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$23.38

---

**3.1213**

Nonpriority creditor's name and mailing address

**KATHY CARRICO**
**3205 45TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$85.99

---

**3.1214**

Nonpriority creditor's name and mailing address

**KATHY L MATTOX**
**1195 E. MEADOW LANE**
**OLATHE, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$195.60

---

**3.1215**

Nonpriority creditor's name and mailing address

**KATHY SCALISE**
**307 O'DONNELL LANE**
**CINNAMINSON, NJ '08077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$82.79

---

Debtor **PostRock Energy Corporation**

Name

Case number (*if known*)  **16-11230-SAH**

---

| 3.121<br>6 | Nonpriority creditor's name and mailing address<br>**KAY POWERS**<br>**453574 KIAWA ST**<br>**AFTON, OK 74331** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $89.26 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>7 | Nonpriority creditor's name and mailing address<br>**KEITH & KAREN WADE**<br>**259 HOLLISTER RD**<br>**GRIFFITHSVILLE, WV 25521** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $95.80 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>8 | Nonpriority creditor's name and mailing address<br>**KEITH M ASTON**<br>**HC 61, BOX 26**<br>**LENAPAH, OK 74042** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.71 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121<br>9 | Nonpriority creditor's name and mailing address<br>**KEITH R KIRK & JOYCE M KIRK**<br>**2514 GREEN MEADOW COURT**<br>**WICHITA, KS 67205** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.94 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>0 | Nonpriority creditor's name and mailing address<br>**KEITH R KRAFT**<br>**6260 183RD RD**<br>**CHANUTE, KS 66720** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $124.99 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>1 | Nonpriority creditor's name and mailing address<br>**KEITH R KRAFT & MARYLIN K**<br>**6260 183RD ROAD**<br>**CHANUTE, KS 66720** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82.43 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122<br>2 | Nonpriority creditor's name and mailing address<br>**KEITH UMBARGER**<br>**13825 BROWN**<br>**CHANUTE, KS 66720** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $335.84 |
|---|---|---|---|

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)* **16-11230-SAH**

---

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.72 |

**KELLI HEADY**
**708 SOUTH 31ST STREET**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.95 |

**KELLY & JUDITH NEWBERRY**
**6770 KINGMAN ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.27 |

**KELLY D COOVER &**
**6300 KINGMAN ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.30 |

**KELLY DIEDIKER**
**7527 SHOSHONE**
**BAYTOWN, TX 77521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $858.49 |

**KELLY G BUSKE**
**881 22000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.08 |

**KELLY J HAUGHT**
**PO BOX 6**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.31 |

**KENDALL L CLEVENGER**
**8535 59 HWY**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.1230**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.16 |
|---|---|---|
| **KENEBREW MINERALS, LP**<br>**P.O. BOX 917**<br>**IDALOU, TX 79329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1231**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.42 |
|---|---|---|
| **KENNETH & SHIRLEY FROEBE**<br>**18080 KIOWA RD**<br>**PARSONS, KS 67357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1232**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.77 |
|---|---|---|
| **KENNETH C LAIRD**<br>**23233 CROFT**<br>**FLAT ROCK, MI 48134-1405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1233**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.40 |
|---|---|---|
| **KENNETH C VAN CLEAVE, JR &**<br>**9435 60TH ROAD**<br>**GALESBURG, KS 66740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1234**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.42 |
|---|---|---|
| **KENNETH C WILLIAMS LIV TRST**<br>**17404 EAST 78TH STREET NORTH**<br>**OWASSO, OK 74055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1235**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.49 |
|---|---|---|
| **KENNETH E & MISTCHA POWERS,**<br>**2575 RT 1750**<br>**EAST POINT, KY 41216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1236**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.26 |
|---|---|---|
| **KENNETH E &/OR GLENNA P KUHN**<br>**P.O. BOX 724**<br>**CHANUTE, KS 66720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **PostRock Energy Corporation**                    Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.123 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.34 |
|---|---|---|---|

**KENNETH E. KEPLEY**
21160 E. 1170 RD.
FOSS, OK 73647-2200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.44 |
|---|---|---|---|

**KENNETH J & SHELLY D HAYDEN**
P.O. BOX 253
SOUTH COFFEYVILLE, OK 74072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.73 |
|---|---|---|---|

**KENNETH L BROTT**
PO BOX 103
OGALLA, NE 69153-0103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.97 |
|---|---|---|---|

**KENNETH L RICHARDSON & JOAN E**
9798 HARPER RD
FREDONIA, KS 66736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.89 |
|---|---|---|---|

**KENNETH L STREETS LIV TR**
332 N. 12TH ST
FREDONIA, KS 66736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.45 |
|---|---|---|---|

**KENNETH LEE MOLDENHAUER**
2910 E. 85TH ST. N.
VALLEY CENTER, KS 67147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.85 |
|---|---|---|---|

**KENNETH LEON SWILER &**
16291 YALE RD
CHANUTE, KS 66720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PostRock Energy Corporation**

Name

Case number (if known)  **16-11230-SAH**

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $108.80 |

**KENNETH M & TAMMY BAKER**
**3500 60TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.34 |

**KENNETH R & BRENDA L JOHNSON,**
**7135 CR 2145**
**BARTLESVILLE, OK 74003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.03 |

**KENNETH R GUERIN**
**PO BOX 210251**
**NASHVILLE, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.41 |

**KENNETH S & BARBARA M MCCLURE,**
**24516 K-47 HWY**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.52 |

**KENNETH SIMMONS**
**249 PRINCETOWN ROAD**
**WESTON, WV 26452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.35 |

**KENNETH W BARSCH FAMILY TRST**
**4411 NEBRASKA**
**MORAN, KS 66755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $95.87 |

**KENNETH W CURNUTTE**
**780 18000 RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
_____
Name

Case number (if known) **16-11230-SAH**

| 3.125 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.53 |

**KENNETH W SWILER**
**12785 ELK RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.88 |

**KENNY D CARTER &**
**18240 HIGHWAY K-47**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.93 |

**KENNY DEAN CARTER &**
**18240 K 47 HWY**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.39 |

**KENNY GILL**
**263 WIND DANCER LANE**
**PARKERSBURG, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.78 |

**KENNY JOE SMITH**
**P.O. BOX 2365**
**TULSA, OK 74101-2365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.65 |

**KENT D BLACKBURN**
**25060 HARPER RD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.73 |

**KENT HEADY**
**1239 NORTH BRAKEN COURT**
**WICHITA, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

KENT L & JANIS K HANSEN,
4856 FARMSTEAD
WICHITA, KS 67220

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ☑ No ☐ Yes

**$15.12**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

KENTON N BYRD
7995 4TH STREET
MINDEN CITY, MI 48456

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ☑ No ☐ Yes

**$9.85**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

KEPLEY ENTERPRISES, LLC
3035 160TH ROAD
CHANUTE, KS 66720

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ☑ No ☐ Yes

**$1,702.65**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

KEPLEY WELL SERVICE LLC
19245 FORD ROAD
CHANUTE, KS 66720

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$1,711.95**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

KEVIN LEE WHITTINGTON
126 FRANKLIN ST
MARIETTA, OH 45750

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ☑ No ☐ Yes

**$7.25**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

KEVIN R & SHERRY SEIBERT
25091 KIOWA ROAD
PARSONS, KS 67357

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ☑ No ☐ Yes

**$111.90**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

KIEDAISCH & SUMMERS ENTERPRISE
PO BOX 254
HARRISVILLE, WV 26362

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **PostRock Energy Corporation**
Name

Case number *(if known)*    **16-11230-SAH**

---

| 3.126 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129.88** |
| **KIM & SHELLY KUHN JTWROS** | ☐ Contingent | |
| **1630 200TH ROAD** | ☐ Unliquidated | |
| **CHANUTE, KS 66720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Payments_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.94** |
| **KIM E. KUHN** | ☐ Contingent | |
| **1630 200TH RD.** | ☐ Unliquidated | |
| **CHANUTE, KS 66720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Payments_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$130.79** |
| **KIM UDEN RUTTER** | ☐ Contingent | |
| **21254 2400 ROAD** | ☐ Unliquidated | |
| **CHANUTE, KS 66720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Payments_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.42** |
| **KIMBERLY G BAKKEN** | ☐ Contingent | |
| **302 S MAIN STREET** | ☐ Unliquidated | |
| **BLUE RIDGE, TX 75424** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Payments_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,001.96** |
| **KIMCO** | ☐ Contingent | |
| **PO BOX 1007** | ☐ Unliquidated | |
| **SPENCER, WV 25276** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Royalty Payments_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **KIMRAY, INC** | ☐ Contingent | |
| **P.O. BOX 248869** | ☐ Unliquidated | |
| **OKLAHOMA CITY, OK 73124** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,242.58** |
| **KINDER MORGAN OPERATING LP** | ☐ Contingent | |
| **PO BOX 201607** | ☐ Unliquidated | |
| **DALLAS, TX 75320-1607** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|--------|--------------------------------|--------------------------|------------------|
| | Name | | |

---

**3.127
2**

**Nonpriority creditor's name and mailing address**

**KING FARMS AGRICULTURAL**
**10600 170TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1,673.90**

---

**3.127
3**

**Nonpriority creditor's name and mailing address**

**KINGSLY COMPRESSION, INC**
**VICTORY ROAD INDUSTRIAL PARK**
**3750 SOUTH NOAH DRIVE**
**SAXONBURG, PA 16056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127
4**

**Nonpriority creditor's name and mailing address**

**KPMG LLP**
**DEPT 0754**
**PO BOX 120754**
**DALLAS, TX 75312-0754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.127
5**

**Nonpriority creditor's name and mailing address**

**KRIS D MARPLE**
**15476 2000 ROAD**
**BENEDICT, KS 66714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$171.34**

---

**3.127
6**

**Nonpriority creditor's name and mailing address**

**KRISTA L OVERSTREET**
**10426 EAST POWERS PLACE**
**GREENWOOD VILLAGE, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$983.26**

---

**3.127
7**

**Nonpriority creditor's name and mailing address**

**KRISTI  MAXSON-ESQUIBEL**
**1002 3000 RD.**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$131.96**

---

**3.127
8**

**Nonpriority creditor's name and mailing address**

**KRISTOPHER & MICHELLE KOWALSKY**
**543A 22000 RD**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$10,631.67**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.1279**

**Nonpriority creditor's name and mailing address**
**KURTIS A NUNNENKAMP &**
**12459 US 75 HWY**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$17.70**

---

**3.1280**

**Nonpriority creditor's name and mailing address**
**KURTIS ALLEN NUNNENKAMP**
**12459 US 75 HWY**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$98.01**

---

**3.1281**

**Nonpriority creditor's name and mailing address**
**KW BRANT & MARY C BRANT, TTEES**
**13770 BROWN RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$926.50**

---

**3.1282**

**Nonpriority creditor's name and mailing address**
**KYLE & HAYDEN SEIFERT JTWROS**
**1300 KIOWA RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$74.37**

---

**3.1283**

**Nonpriority creditor's name and mailing address**
**L & M INVESTMENT CO., LLC**
**PO BOX 547**
**PENNSBORO, WV 26415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$54.79**

---

**3.1284**

**Nonpriority creditor's name and mailing address**
**L A HOOVER ESTATE**
**RT 1 BOX 8**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$22.02**

---

**3.1285**

**Nonpriority creditor's name and mailing address**
**L A LAMP**
**109 WILD GROVE DRIVE**
**GUNBARREL CITY, TX 75147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$10.16**

---

Debtor    **PostRock Energy Corporation**
Name

Case number (if known)    **16-11230-SAH**

| 3.128 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.18 |
|---|---|---|---|

**L MARLENE LAW**
**110 DAVID DRIVE**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.78 |
|---|---|---|---|

**L&W VENTURES, LLC**
**PO BOX 850**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.33 |
|---|---|---|---|

**LA UNA NOLTE**
**BOX 132**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.95 |
|---|---|---|---|

**LABETTE BANK**
**P.O. BOX 135**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.48 |
|---|---|---|---|

**LABETTE CO STATE BANK F/A/O**
**PO BOX 497**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.62 |
|---|---|---|---|

**LABETTE COUNTY STATE BANK**
**P.O. BOX 497**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.25 |
|---|---|---|---|

**LABETTE COUNTY STATE BANK, FOR**
**P.O. BOX 497**
**ALTAMONT, KS 67330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PostRock Energy Corporation**
_____
Name

Case number (if known)    **16-11230-SAH**

---

| 3.129 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LADDER ENERGY COMPANY**
**PO BOX 4470**
**TULSA, OK 74159-0470**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$4,433.85

---

| 3.129 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LAKEVIEW FORGE COMPANY**
**1725 PITTSBURGH**
**ERIE, PA 16505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$135.89

---

| 3.129 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LANE & SHERRY HENDRICKSON**
**13260 197TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$18.68

---

| 3.129 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LANG DIESEL, INC**
**201 WEST 35TH PARKWAY**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$26.79

---

| 3.129 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LANNY G & CYRILLA J COOPER H/W**
**19352 YALE RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$117.79

---

| 3.129 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LARKSPUR ROYALTIES LLC**
**1720 S BELLAIRE ST STE 1209**
**DENVER, CO 80222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$122.02

---

| 3.129 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LARRY & CAROL UMBARGER REV**
**1085 120TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$123.78

---

Debtor **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
Name

| 3.130 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $665.56 |
| **LARRY & TERRY CRAWFORD**<br>**24 E. BAKER ROAD**<br>**ROCKY COMFORT, MO 64861-7456** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $570.61 |
| **LARRY A & JOY WOOLERY, H/W**<br>**5880 90TH RD**<br>**THAYER, KS 66776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $252.34 |
| **LARRY A REITZ & SHARON REITZ**<br>**HC 61 BOX 215**<br>**LENAPAH, OK 74042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $701.59 |
| **LARRY D & JEANNINE A NORDSTEDT**<br>**310 S DEXTER**<br>**VALLEY CENTER, KS 67147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $508.04 |
| **LARRY E UMBARGER &**<br>**1085 120TH RD**<br>**THAYER, KS 66776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $537.95 |
| **LARRY G & CAROLYN J MARPLE**<br>**19678 QUEEN ROAD**<br>**BENEDICT, KS 66714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.04 |
| **LARRY J WYRICK**<br>**RT. 1 BOX 137**<br>**DELAWARE, OK 74027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **PostRock Energy Corporation**                                    Case number (if known)  **16-11230-SAH**
        _____
        Name

| 3.130 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.86 |

**3.130 7** | Nonpriority creditor's name and mailing address

**LARRY JOE & SHARON KAY STRANGE**
**59 VIA VERDE**
**WICHITA, KS 67230**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$268.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130 8** | Nonpriority creditor's name and mailing address

**LARRY K LAMP**
**9177 RUTLEDGE RD**
**HOWARD, OH 43028-9789**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$12.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130 9** | Nonpriority creditor's name and mailing address

**LARRY L & TERESSA L STEEBY**
**828 21000 ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$83.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131 0** | Nonpriority creditor's name and mailing address

**LARRY L CALLARMAN**
**21760 850TH ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$247.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131 1** | Nonpriority creditor's name and mailing address

**LARRY L CALLARMAN &**
**21760 850TH ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$205.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131 2** | Nonpriority creditor's name and mailing address

**LARRY L CALLERMAN &**
**21760 850TH RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$90.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131 3** | Nonpriority creditor's name and mailing address

**LARRY MCCLOY**
**922 33RD ST**
**PARKERSBURG, WV 26104**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$1.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.131
4**

**Nonpriority creditor's name and mailing address**

**LARRY MCHENRY**
**P. O. BOX 188**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$52.90

---

**3.131
5**

**Nonpriority creditor's name and mailing address**

**LARRY R WHITE**
**3739 S. KATY**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$145.05

---

**3.131
6**

**Nonpriority creditor's name and mailing address**

**LARRY W & RHONDA INGRAHAM,**
**2831 SOUTH PLUMMER**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$43.55

---

**3.131
7**

**Nonpriority creditor's name and mailing address**

**LARRY W BARSCH**
**6646 W 900 S**
**ROSEDALE, IN 47874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$18.35

---

**3.131
8**

**Nonpriority creditor's name and mailing address**

**LARRY W INGRAHAM**
**2831 SOUTH PLUMMER**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$51.02

---

**3.131
9**

**Nonpriority creditor's name and mailing address**

**LARRY W LUTES & KAREN S KIRK**
**542 21500 ROAD**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$84.54

---

**3.132
0**

**Nonpriority creditor's name and mailing address**

**LARRY W RENSING**
**19100 IRVING ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$278.27

---

Debtor    **PostRock Energy Corporation**
Name

Case number (*if known*)    **16-11230-SAH**

---

| 3.132 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.31** |
| **LARRY W TAYLOR & CATHY MIH** <br> **1502 WEST 9TH** <br> **CHANUTE, KS 66720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.58** |
| **LARRY W TAYLOR & SUSAN L** <br> **1502 WEST 9TH STREET** <br> **CHANUTE, KS 66720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.75** |
| **LARRY W. TAYLOR** <br> **1502 WEST 9TH** <br> **CHANUTE, KS 66720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.29** |
| **LATHROP K FLINTOM** <br> **1837 KUDZA ROAD** <br> **WEST PALM BEACH, FL 33415** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.69** |
| **LAURA M PARISH** <br> **20702 HARPER ROAD** <br> **CHANUTE, KS 66720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.52** |
| **LAURIE M GOSNEY** <br> **P.O. BOX 20301** <br> **FOUNTAIN HILLS, AZ 85269** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.42** |
| **LAVERNA KAY HAUGHT** <br> **615 RIVERVIEW DRIVE** <br> **BELMONT, WV 26134** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known)   **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.132 8**

**Nonpriority creditor's name and mailing address**
**LAVERNE H MILLER**
**16970 THOMAS ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$172.41

---

**3.132 9**

**Nonpriority creditor's name and mailing address**
**LAWRENCE E & JOAN W DOTSON**
**730 10TH STREET DRIVE N.W.**
**CONOVER, NC 28613**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$47.88

---

**3.133 0**

**Nonpriority creditor's name and mailing address**
**LAWRENCE E SHEPARD**
**1206 S. RUTTER AVENUE**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$56.60

---

**3.133 1**

**Nonpriority creditor's name and mailing address**
**LAWRENCE S. PARKS**
**1252 SKYLARK AVE.**
**MARCO ISLAND, FL 34145**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$8.34

---

**3.133 2**

**Nonpriority creditor's name and mailing address**
**LAWRENCE W MARSHALLL**
**6825 90 RD**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$99.63

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
**LEE BRADFORD & CAROL BRADFORD,**
**14007 THOMAS RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$200.61

---

**3.133 4**

**Nonpriority creditor's name and mailing address**
**LEE BRADFORD LIV TRST**
**14007 THOMAS ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$373.75

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
| | Name | | | |

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.14** |
| | **LEE C RANEY REV LIV TRST** | ☐ Contingent | |
| | **6928 S UTICA CIRCLE** | ☐ Unliquidated | |
| | **TULSA, OK 74136** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Royalty Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,627.93** |
| | **LEGACY FARMS, LLC** | ☐ Contingent | |
| | **2850 160TH ROAD** | ☐ Unliquidated | |
| | **CHANUTE, KS 66720** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Royalty Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.62** |
| | **LELA M. ATKINS** | ☐ Contingent | |
| | **18666 NILES DRIVE** | ☐ Unliquidated | |
| | **HESPERIA, CA 92345** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Royalty Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.59** |
| | **LELAND L & SHARON L YARNELL** | ☐ Contingent | |
| | **18180 MEADE ROAD** | ☐ Unliquidated | |
| | **ERIE, KS 66733** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Royalty Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.50** |
| | **LELIA ATKINSON HRS** | ☐ Contingent | |
| | **610 - 55TH STREET** | ☐ Unliquidated | |
| | **VIENNA, WV 26105** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Royalty Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.52** |
| | **LENAPAH PUBLIC WORKSAUTHORITY** | ☐ Contingent | |
| | **PO BOX 130** | ☐ Unliquidated | |
| | **LENAPAH, OK 74042-0130** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Royalty Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290.27** |
| | **LENORE M WALKER** | ☐ Contingent | |
| | **23991 1000 ROAD** | ☐ Unliquidated | |
| | **THAYER, KS 66776** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Royalty Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

**LEO A & GENA R BURNETT**
**16250 90TH RD.**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$59.21**

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

**LEO N BOGNER REV TRST**
**1016 24000 ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$148.59**

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**LEOMA PONTIOUS**
**200 E. SOUTHERN AVE. #127**
**APACHE, AZ 85119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$70.05**

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**LEONA B KLINTWORTH**
**629 CO RD 175**
**WEST SALEM, OH 44287**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$4.32**

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**LEONARD D BURROWS**
**2292 STATE ROUTE 555**
**LITTLE HOCKING, OH 45742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$232.80**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**LEONARD G DRAIN, AS AGENT FOR**
**401 N. PENN AVE.**
**HARRISVILLE, WV 26362-1127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$4.23**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**LEROY B MYERS**
**835 26000 ROAD**
**DENNIS, KS 67341-9050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$98.58**

---

Debtor    **PostRock Energy Corporation**                                      Case number (if known)    **16-11230-SAH**
_____
Name

| 3.134 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137.04 |

**LEROY E & CHERYL C BURK**
**9615 JACKSON ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.17 |

**LEROY TURNER**
**PO BOX 276**
**PARK HILL, OK 74451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.78 |

**LESA ADKINS**
**P O BOX 44**
**CULLODEN, WV 25519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.04 |

**LESLIE L & CATHERINE J**
**429757 E. 10 RD.**
**WELCH, OK 74369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.83 |

**LESLIE R & JANICE M KIMREY**
**1016 4000 RD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.07 |

**LESTER L HOLE & R KAY HOLE,**
**1222 MULBERRY PLACE**
**WICHITA, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.61 |

**LETA MARIE ELLIOTT**
**19730 IRVING ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

**Nonpriority creditor's name and mailing address**
**LEVELOPS ENERGY, INC.**
**PO BOX 2407**
**ELK CITY, OK 73648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,455.87

---

**3.135 7**

**Nonpriority creditor's name and mailing address**
**LEW R FORMAN JR**
**815 W 4TH ST**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$504.20

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
**LEWIS GLASSER CASEY &**
**300 Summers St # 700**
**Charleston, WV 25301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,761.75

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
**LEWIS MATZ**
**46646 SR 78**
**WOODSFIELD, OH 43793**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$44.16

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
**LEWIS W MORRIS**
**1005 MARY ST.**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
**LEXISNEXIS RISK SOLUTIONS FL**
**1000 ALDERMAN DRIVE**
**ALPHARETTA, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$19.50

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
**LF & SHARON YOUNG**
**19150 NESS ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$52.28

---

Debtor    **PostRock Energy Corporation**
          _____
          Name

Case number (*if known*)    **16-11230-SAH**

---

| 3.136 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72.52** |

**LILA DANIELS, TTEE OF**
**204 N WEBSTER**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$955.28** |

**LILLIE IRENE PHILLIPS,**
**25084 DOUGLAS RD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.21** |

**LILY M ROBERTS**
**105 MAPLE STREET**
**MARIETTA, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143.85** |

**LINDA ANGLETON**
**20128 WICHITA RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.75** |

**LINDA C RAMNYTZ**
**408 48TH ST SW**
**CANTON, OH 44706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.27** |

**LINDA DAVIDSON**
**3670 100TH ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.28** |

**LINDA J DRISKILL**
**295 RD 3000**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalty Payments__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**
**LINDA K (BUZZARD) BYFIELD**
**PO BOX 24**
**FAIRVIEW, OK 73737**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$30.87

---

**3.137 1**

**Nonpriority creditor's name and mailing address**
**LINDA K GIBSON**
**RT. 1 BOX 181**
**MERRITS CREEK**
**SALT ROCK, WV 25559**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$5.10

---

**3.137 2**

**Nonpriority creditor's name and mailing address**
**LINDA MARIE COVEY**
**5702 9TH AVE**
**VIENNA, WV 26105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$4.05

---

**3.137 3**

**Nonpriority creditor's name and mailing address**
**LINDA S MEEKS & VICKI S**
**874 15000 RD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$56.79

---

**3.137 4**

**Nonpriority creditor's name and mailing address**
**LINDA S WOODALL**
**188 PLEASANT LANE**
**NEW BRAUNFELS, TX 78131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$17.11

---

**3.137 5**

**Nonpriority creditor's name and mailing address**
**LINDSEY BARTLETT**
**RT 2, BOX 53**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$65.52

---

**3.137 6**

**Nonpriority creditor's name and mailing address**
**LISA FERGUSON**
**PO BOX 982**
**BARBOURSVILLE, WV 25504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$39.48

---

Debtor    **PostRock Energy Corporation**
_____
Name

Case number (if known)    **16-11230-SAH**

---

| 3.137 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.86 |

**LLOYD & CAROL KEBERT LIVING**
**12846 700 ROAD**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.43 |

**LLOYD H BANTA**
**PO BOX 576**
**LYONS, CO 80540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LLOYD LEON SHIELDS ESTATE**
**1909 CENTENARY DRIVE**
**LONGVIEW, TX 75601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $159.01 |

**LOCKE SUPPLY**
**P.O. BOX 24980**
**OKC, OK 73124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.07 |

**LOETHER LIVING TR**
**6642 ROSSI DR**
**PLANO, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.84 |

**LOIS ANN HADDOX**
**3732 RIVIERA GRV. #103**
**COLORADO SPRINGS, CO 80922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58.06 |

**LOIS K HAUGHT SIMMONS**
**5604 WADESVILLE RD**
**BELLEVILLE, WV 26133-8145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
Name

Case number (if known) **16-11230-SAH**

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.48 |
|---|---|---|---|

**LOIS K VAIL**
**12017 BROWN ROAD**
**CHERRYVALE, KS 67335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.57 |
|---|---|---|---|

**LOIS KRAMER**
**9300 70TH ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.09 |
|---|---|---|---|

**LOIS MARIE PARKER, TTEE OF THE**
**5155 MEADE ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $340.39 |
|---|---|---|---|

**LOIS RAIDA**
**5670 80TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.38 |
|---|---|---|---|

**LORA L CORSON**
**326 VISTA GRANDE CIRCLE**
**CHARLOTTE, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.42 |
|---|---|---|---|

**LOREN BATES & CAROLE BATES**
**5853 MCCLELLAN HWY**
**BRANCHLAND, WV 25506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.12 |
|---|---|---|---|

**LOREN STANLEY BASLER TR**
**301 SE MORNINGSIDE**
**BARTLESVILLE, OK 74006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.139
1**

**Nonpriority creditor's name and mailing address**

**LORENE BOLLIG
14374 ANDERSON RD
CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$649.95

---

**3.139
2**

**Nonpriority creditor's name and mailing address**

**LORENE M NEWTON
19627 K47 HWY
ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$48.66

---

**3.139
3**

**Nonpriority creditor's name and mailing address**

**LORENE SWANSON REV TR
RT 1 BOX 180
DELAWARE, OK 74027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$48.38

---

**3.139
4**

**Nonpriority creditor's name and mailing address**

**LORETTA L HUCKE
859 21000 RD
PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$160.36

---

**3.139
5**

**Nonpriority creditor's name and mailing address**

**LORETTA M HOLTZMAN
1125 S GARFIELD
CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$45.65

---

**3.139
6**

**Nonpriority creditor's name and mailing address**

**LORETTA M TATUM
18490 E. 116TH ST. N.
OWASSO, OK 74055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$35.22

---

**3.139
7**

**Nonpriority creditor's name and mailing address**

**LORETTA PARKS STANLEY
1361 COUNTY RD 16
NEW LONDON, OH 44851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1.91

---

| Debtor | PostRock Energy Corporation | | Case number (if known) | 16-11230-SAH |
|---|---|---|---|---|
| | Name | | | |

---

**3.1398**

**Nonpriority creditor's name and mailing address**
LORI ANN BEAM, A SINGLE PERSON
162 MYSIC VALLEY DRIVE
LINN VALLEY, KS 66040

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$46.59

---

**3.1399**

**Nonpriority creditor's name and mailing address**
LORI ANN JOYCE
21510 1000 RD
ALTOONA, KS 66710

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$197.65

---

**3.1400**

**Nonpriority creditor's name and mailing address**
LORNA KAY PARKS
125 WILDERNESS LN
WILLIAMSBURG, VA 23188

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$1.91

---

**3.1401**

**Nonpriority creditor's name and mailing address**
LOU RITA J PERES
421 S. MAIN
LAHARPE, KS 66751

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$56.04

---

**3.1402**

**Nonpriority creditor's name and mailing address**
LOUIE G ELLIOTT TRUST
7867 HAZELGREEN ROAD
SMITHVILLE, WV 26178

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$21.39

---

**3.1403**

**Nonpriority creditor's name and mailing address**
LOUIS D & JOAN W HIGGS
1304 NEMESIA PL NE
ALBUQUERQUE, NM 87112

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$6.84

---

**3.1404**

**Nonpriority creditor's name and mailing address**
LOUIS E & BARBARA E HECK
1850 60TH ROAD
THAYER, KS 66776

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$144.22

---

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.140 5**

Nonpriority creditor's name and mailing address

**LOUIS E GULICK**
**3014 DIRR**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$41.01

---

**3.140 6**

Nonpriority creditor's name and mailing address

**LOUISE H OSBORNE ATTY**
**4727 BOILING BROOK PARKWAY**
**ROCKVILLE, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$12.43

---

**3.140 7**

Nonpriority creditor's name and mailing address

**LOUISE H TAYLOR**
**765 S. RACE STREET**
**DENVER, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$76.94

---

**3.140 8**

Nonpriority creditor's name and mailing address

**LOY & JANIS REINHARDT**
**14355 210TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$543.62

---

**3.140 9**

Nonpriority creditor's name and mailing address

**LUCILLE A JANSSEN**
**2175 LYON ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$64.14

---

**3.141 0**

Nonpriority creditor's name and mailing address

**LUCILLE A JANSSEN**
**2175 LYON ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$51.84

---

**3.141 1**

Nonpriority creditor's name and mailing address

**LYDA R WALDE CASTO**
**1717 AVERY STREET**
**PARKERSBURG, WV 26101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$33.55

---

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.141
2**

**Nonpriority creditor's name and mailing address**
**LYDIA J ENOS AGENT**
**1780 S. WESTWOOD DR.**
**SAGINAW, MI 48638-4657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$14.70

---

**3.141
3**

**Nonpriority creditor's name and mailing address**
**LYLE & CONNIE LOMAS**
**24052 DOUGLAS ROAD**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$24.86

---

**3.141
4**

**Nonpriority creditor's name and mailing address**
**M & H WRIGHT, LLC**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD, AR 73732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$491.95

---

**3.141
5**

**Nonpriority creditor's name and mailing address**
**M A BANTA LIV TRST DTD 8/22/94**
**2078 CR 4500**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$14.84

---

**3.141
6**

**Nonpriority creditor's name and mailing address**
**M BAR RANCH**
**14026 KNOX**
**OVERLAND PARK, KS 66221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$11.71

---

**3.141
7**

**Nonpriority creditor's name and mailing address**
**MABEL M LOUR**
**1405 N WALNUT ROADE**
**IOLA, KS 66749-1621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$245.18

---

**3.141
8**

**Nonpriority creditor's name and mailing address**
**MADELINE G WELLS**
**212 NINTH STREET**
**ELYRIA, OH 44035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.18

---

Debtor **PostRock Energy Corporation**

Name

Case number (if known) **16-11230-SAH**

---

**3.141
9**

**Nonpriority creditor's name and mailing address**

**MADELINE M JORDAN**
**117 SOUTH LONG ROAD**
**ALIQUIPPA, PA 15001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$33.83

---

**3.142
0**

**Nonpriority creditor's name and mailing address**

**MAGGIE JONES**
**24789 E 869 ROAD**
**WELLING, OK 74471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.23

---

**3.142
1**

**Nonpriority creditor's name and mailing address**

**MALYNDA PARKS HEIRS**
**791 COLLINS RD**
**LITTLE HOCKING, OH 45742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.142
2**

**Nonpriority creditor's name and mailing address**

**MANSFIELD HAUGHT ESTATE**
**6575 ARK. RD**
**GLOUCESTER, VA 23061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$198.85

---

**3.142
3**

**Nonpriority creditor's name and mailing address**

**MARCETTA KAY HELMS**
**5044 HICKORY HILLS DR.**
**WOODSTOCK, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$131.31

---

**3.142
4**

**Nonpriority creditor's name and mailing address**

**MARCEY KAY DESCHER ANTHIS**
**3244 66TH AVE. SW**
**#69**
**OLYMPIA, WA 98512-7080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.14

---

**3.142
5**

**Nonpriority creditor's name and mailing address**

**MARCIA HALE BOWDEN &**
**1025 ROCKFORD PLACE**
**ARDMORE, OK 73401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$3.78

---

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.142 6**

**Nonpriority creditor's name and mailing address**
**MARCIA HALE BOWDEN, TTEE**
**1025 N ROCKFORD PLACE**
**ARDMORE, OK 73401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3.78**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**
**MARCIA MORRIS**
**10450 LAKEVIEW DR**
**NEW PRT RCHY, FL 34654-3549**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**
**MARCUS D MORRIS REV TRST,**
**3619 MAIN**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$76.30**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**
**MARCUS O KEPHART &**
**6900 50TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$20.02**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**
**MARGARET J MILLER**
**3808 GRAND CENTRAL AVE.**
**VIENNA, WV 26105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3.11**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**
**MARGARET LOUISE TUNSTALL**
**2705 BETHEL CHURCH RD., APT. B**
**BETHEL PARK, PA 15102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$14.21**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**
**MARGARET SEIWERT**
**% JOSEPH SEIWERT**
**310 N. PERSHING**
**WICHITA, KS 67208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$117.27**

---

| | |
|---|---|
| Debtor | **PostRock Energy Corporation** |
| | Name |

Case number (*if known*)   **16-11230-SAH**

---

**3.143
3**

**Nonpriority creditor's name and mailing address**
**MARGIE L DUNAWAY**
**9372 HOCKING NW**
**MASSILLON, OH 44646**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$8.75

---

**3.143
4**

**Nonpriority creditor's name and mailing address**
**MARGIE M MOYERS**
**103 MOYERS RUN**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$17.06

---

**3.143
5**

**Nonpriority creditor's name and mailing address**
**MARGUERITE C TURNER**
**1924 BARBECUE RD**
**NORMANTOWN, WV 25267**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$9.46

---

**3.143
6**

**Nonpriority creditor's name and mailing address**
**MARGUERITE NAANES TRST**
**114 E. MARSHALL**
**ERIE, KS 66733-1128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$409.47

---

**3.143
7**

**Nonpriority creditor's name and mailing address**
**MARHA S. JEROME**
**9421 THURMAN ROAD**
**WICHITA, KS 67212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$18.79

---

**3.143
8**

**Nonpriority creditor's name and mailing address**
**MARIAN A JOHNSON**
**1190 25000 ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$309.30

---

**3.143
9**

**Nonpriority creditor's name and mailing address**
**MARIAN FRANCES ORTIZ**
**188 CEDAR SPRINGS ROAD**
**LEXINGTON, NC 27292**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$3.90

---

Debtor **PostRock Energy Corporation**                                    Case number *(if known)*  **16-11230-SAH**
_____
Name

| | |
|---|---|
| 3.144 0 | **Nonpriority creditor's name and mailing address**<br>**MARIAN LEE CARSON**<br>**2116 W COMSTOCK DR**<br>**CHANDLER, AZ 85224** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$54.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 1 | **Nonpriority creditor's name and mailing address**<br>**MARILYN FOLK**<br>**BOX 127**<br>**SOUTH COFFEYVILLE, OK 74075** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$117.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 2 | **Nonpriority creditor's name and mailing address**<br>**MARILYN KYLER**<br>**P.O. BOX 117**<br>**PAWHUSKA, OK 74056** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$6.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 3 | **Nonpriority creditor's name and mailing address**<br>**MARILYN LOCK**<br>**1028 WINDSOR ROAD**<br>**CHANUTE, KS 66720** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$176.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 4 | **Nonpriority creditor's name and mailing address**<br>**MARILYN S BURRIS**<br>**2510 PRAIRIE ST**<br>**GERING, NE 69341** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$52.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 5 | **Nonpriority creditor's name and mailing address**<br>**MARILYN W WINCE**<br>**901 39TH STREET**<br>**VIENNA, WV 26105-2745** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$6.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 6 | **Nonpriority creditor's name and mailing address**<br>**MARILYN WHARTON ROBINETT**<br>**20424 NORTH AURORA DRIVE**<br>**SUN CITY WEST, AZ 85375** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$26.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
Name

Case number (if known) **16-11230-SAH**

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.75 |
|---|---|---|---|

**MARINA CHOTZINOFF**
**726 DOWNING STREET**
**DENVER, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,341.60 |
|---|---|---|---|

**MARION & CHARLENE BAILEY REV T**
**913 S GRETCHEN**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.57 |
|---|---|---|---|

**MARION JORDAN**
**837 ETON DR.**
**BARTLESVILLE, OK 74006-8313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.71 |
|---|---|---|---|

**MARION L ROBY**
**RT 1 BOX 174-C**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.47 |
|---|---|---|---|

**MARITA LAVETT HUDSON**
**311 BUMGARNER**
**NORMAN, OK 73026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.53 |
|---|---|---|---|

**MARJORIE CRAGIN**
**3816 CHRISTIANSEN DR**
**BLUE SPRINGS, MO 64014-5502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.21 |
|---|---|---|---|

**MARJORIE D STRINGER**
**525 MEADOW LANE**
**FORT SCOTT, KS 66701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.145 4**

**Nonpriority creditor's name and mailing address**
**MARJORIE F NEELY TRST**
**8150 170TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$390.72**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**
**MARJORIE J & MARK A CRAGIN**
**3816 S.W. CHRISTIANSEN DR.**
**BLUE SPRINGS, MO 64014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$16.71**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**
**MARJORIE L DILWORTH**
**17326 GAY STREET**
**HAGERSTOWN, MD 21740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$22.07**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**
**MARJORIE L SHOCKLEY, TTEE**
**20932 U.S. 75 HWY**
**BUFFALO, KS 66717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$651.28**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**
**MARK & LISA MULLER**
**177 8000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$242.51**

---

**3.145 9**

**Nonpriority creditor's name and mailing address**
**MARK & SUSAN INGELS, JTWROS**
**2961 ARIZONA RD**
**SAVONBURG, KS 66772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$172.78**

---

**3.146 0**

**Nonpriority creditor's name and mailing address**
**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$195.60**

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.146**
**1**

**Nonpriority creditor's name and mailing address**
**MARK A GILPIN &**
**25068 QUEENS ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$72.09

---

**3.146**
**2**

**Nonpriority creditor's name and mailing address**
**MARK A O'DANIEL**
**20395 40TH RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$139.06

---

**3.146**
**3**

**Nonpriority creditor's name and mailing address**
**MARK A PATTON**
**601 N. GRANT**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$4.23

---

**3.146**
**4**

**Nonpriority creditor's name and mailing address**
**MARK DEEM**
**760 CHESHIRE ROAD**
**SUNBURY, OH 43074**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$39.58

---

**3.146**
**5**

**Nonpriority creditor's name and mailing address**
**MARK E & DOROTHY J NEELY, JTS**
**17440 HARPER ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$52.01

---

**3.146**
**6**

**Nonpriority creditor's name and mailing address**
**MARK E & KAREN C WING LIV TRST**
**18687 1800 ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1,329.54

---

**3.146**
**7**

**Nonpriority creditor's name and mailing address**
**MARK E & KAREN WING LIV TRST**
**18687 1800 ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$136.22

---

| Debtor | PostRock Energy Corporation | Case number *(if known)* | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.1468**

**Nonpriority creditor's name and mailing address**

**MARK E CORBETT**
**20345 OTTAWA ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$25.71**

---

**3.1469**

**Nonpriority creditor's name and mailing address**

**MARK EUGENE LEMON**
**46 OAK STREET**
**PARKERSBURG, WV 26104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$3.79**

---

**3.1470**

**Nonpriority creditor's name and mailing address**

**MARK F KEETON**
**RR 1 BOX 147**
**S. COFFEYVILLE, OK 74072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$66.67**

---

**3.1471**

**Nonpriority creditor's name and mailing address**

**MARK L SHIDLER**
**1313 CAMPBELL RD, BLDG D**
**HOUSTON, TX 77055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$80.56**

---

**3.1472**

**Nonpriority creditor's name and mailing address**

**MARK LAMP**
**191 GINGERWOOD LANE**
**PARKERSBURG, WV 26101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$12.40**

---

**3.1473**

**Nonpriority creditor's name and mailing address**

**MARK R BLACKBURN &**
**18050 HIGHWAY 47**
**ST. PAUL, KS 66771**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$452.38**

---

**3.1474**

**Nonpriority creditor's name and mailing address**

**MARKWEST HYDROCARBON, INC**
**22028 NETWORK PLACE**
**CHICAGO, IL 60673-1220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$597.72**

---

Debtor  **PostRock Energy Corporation**
        _____
        Name

Case number (*if known*)  **16-11230-SAH**

---

| 3.147 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **MARLENE NAUDIN** | ☐ Contingent | |
| **1605 LONGLEAF TRAIL** | ☐ Unliquidated | |
| **CUMMING, GA 30041** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.76** |
| **MARSHALL FRANKLIN DEEM** | ☐ Contingent | |
| **1540 MAPLE ST** | ☐ Unliquidated | |
| **BARBARTON, OH 44203** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.49** |
| **MARTHA A YARNELL LT DTD** | ☐ Contingent | |
| **15200 150TH ROAD** | ☐ Unliquidated | |
| **ERIE, KS 66733** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.62** |
| **MARTHA B BRENNECKE REV TRST;** | ☐ Contingent | |
| **3100 JOHNSTON ROAD** | ☐ Unliquidated | |
| **PARSONS, KS 67357** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.75** |
| **MARTHA JEAN CARNEY** | ☐ Contingent | |
| **549 AETNA DRIVE** | ☐ Unliquidated | |
| **CHENEY, KS 67205** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.54** |
| **MARTHA L MORRIS** | ☐ Contingent | |
| **4207 10TH AVE.** | ☐ Unliquidated | |
| **VIENNA, WV 26102** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.94** |
| **MARTHA L WAGNER EXECUTRIX** | ☐ Contingent | |
| **RT 7, BOX 42** | ☐ Unliquidated | |
| **CLARKSBURG, WV 26301** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**MARTHA LAHMEYER**
**PO BOX 173**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$21.46**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**MARTHA LAVON STRANGE &**
**59 VIA VERDE**
**WICHITA, KS 67230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$166.14**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**MARTHA S GABROSEK**
**707 ORIOLE DRIVE**
**EASTLAKE, OH 44095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$22.17**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**MARTIN C & CARLA L. UNDERWOOD**
**380 PARKERS CORNER ROAD**
**CARLISLE, AR 72024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$16.09**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**MARTIN D VOLZ**
**5560 JACKSON ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$90.29**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**MARVIN DALE FRANCISCO &**
**745 MEADOW LANE**
**LEAVENWORTH, KS 66048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3.64**

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

**MARVIN G & BONNIE LECK, H/W**
**4170 BROWN RD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$583.40**

---

Debtor  **PostRock Energy Corporation**
Name

Case number (if known)  **16-11230-SAH**

---

| 3.148 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.78 |

**MARVIN G HAUGHT**
**1072 N. HAMETOWN ROAD**
**AKRON, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.37 |

**MARVIN G LECK**
**4170 BROWN ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.13 |

**MARVIN L & SANDRA BROOKS**
**24116 850 RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.31 |

**MARVIN L BLACKBURN &**
**4701 MAIN STREET**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |

**MARVIN LACY**
**16608 RUGOSA ROSE DRIVE**
**EDMOND, OK 73012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.54 |

**MARVIN R & JO ANN CARNEY**
**4024 GRAY RD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.29 |

**MARY ANN GIDEON**
**1721 OLD STATE ROAD**
**COOLVILLE, OH 45723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.1496**

Nonpriority creditor's name and mailing address
**MARY ANN THOMPSON**
**798 CEDAR COVE RD**
**WELLINGTON, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$29.86**

---

**3.1497**

Nonpriority creditor's name and mailing address
**MARY ANNETTE RICHARDS**
**841 BIG SPRINGS RD**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.94**

---

**3.1498**

Nonpriority creditor's name and mailing address
**MARY B FINLEY**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$76.89**

---

**3.1499**

Nonpriority creditor's name and mailing address
**MARY CAROLYN CAIL**
**21 PRESTON CIRCLE**
**STILLWATER, OK 74075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$15.09**

---

**3.1500**

Nonpriority creditor's name and mailing address
**MARY CARPENTER**
**5229 CHOWCHILLA MT**
**MARIPOSA, CA 95338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$10.72**

---

**3.1501**

Nonpriority creditor's name and mailing address
**MARY DYKE**
**26033 ELK ROAD**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$46.04**

---

**3.1502**

Nonpriority creditor's name and mailing address
**MARY E COUCH**
**4700 FRANCISCO ROAD**
**PENSACOLA, FL 32504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$54.64**

---

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.150
3**

**Nonpriority creditor's name and mailing address**

**MARY E HIZEY REV TRST DTD**
**1743 2400 RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$20.91

---

**3.150
4**

**Nonpriority creditor's name and mailing address**

**MARY E LAYFIELD**
**84 ORCHARD STREET**
**PARKERSBURG, WV 26101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$37.50

---

**3.150
5**

**Nonpriority creditor's name and mailing address**

**MARY E SCHAAKE**
**16135 1800 ROAD**
**BENEDICT, KS 66714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$83.08

---

**3.150
6**

**Nonpriority creditor's name and mailing address**

**MARY E WILLIAMS**
**1991 CAROLINA ST N.W.**
**DOVER, OH 44622-9605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$28.98

---

**3.150
7**

**Nonpriority creditor's name and mailing address**

**MARY ELLEN EYE**
**7023 ELK ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$97.55

---

**3.150
8**

**Nonpriority creditor's name and mailing address**

**MARY ETTA TAYLOR TRST**
**4305 N 141ST COURT**
**BASEHOR, KS 66007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$444.09

---

**3.150
9**

**Nonpriority creditor's name and mailing address**

**MARY F DUNN**
**2320 FLORIDA RD.**
**HUMBOLDT, KS 66748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$69.32

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1510**

Nonpriority creditor's name and mailing address
**MARY FINLEY-KNUDSEN LIV TRST**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$361.31**

---

**3.1511**

Nonpriority creditor's name and mailing address
**MARY GEHO SMITH**
**1109 27TH STREET**
**VIENNA, WV 26105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$20.74**

---

**3.1512**

Nonpriority creditor's name and mailing address
**MARY HELENA SOMMARS, LIFE**
**7440 220th ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$23.31**

---

**3.1513**

Nonpriority creditor's name and mailing address
**MARY J HUGHES & JACK HUGHES,**
**8405 30TH RD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$319.58**

---

**3.1514**

Nonpriority creditor's name and mailing address
**MARY JANE & MAX PAGE**
**18505 UDALL ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$163.71**

---

**3.1515**

Nonpriority creditor's name and mailing address
**MARY JANE GARRETT**
**12083 ROOKS ROAD**
**OSWEGO, KS 67356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$166.16**

---

**3.1516**

Nonpriority creditor's name and mailing address
**MARY JANE KITTERMAN**
**ROUTE 1, BOX 208**
**S. COFFEYVILLE, OK 74072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

**$72.47**

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
Name

---

| 3.151 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.88** |
| **MARY JANE ROBINSON** | ☐ Contingent | |
| **679 BULL FORD RD.** | ☐ Unliquidated | |
| **TANNER, WV 26137** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.151 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.93** |
| **MARY JANET JACOBSON** | ☐ Contingent | |
| **580 NW BELLA VISTA DR** | ☐ Unliquidated | |
| **GRESHAM, OR 97030** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.151 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.04** |
| **MARY JO HUGHES, TTEE FOR MARY** | ☐ Contingent | |
| **8405 30TH ROAD** | ☐ Unliquidated | |
| **GALESBURG, KS 66740** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.152 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.46** |
| **MARY JO PARKER** | ☐ Contingent | |
| **1101 CIRCLE M DR. APT. C** | ☐ Unliquidated | |
| **KILLEEN, TX 76549** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.152 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.02** |
| **MARY JOAN ROBERTSON &** | ☐ Contingent | |
| **1009 CHESNUT** | ☐ Unliquidated | |
| **ATLANTIC, IA 50022** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.152 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.49** |
| **MARY KATHRYN ATKINSON** | ☐ Contingent | |
| **5 RIVER CREST** | ☐ Unliquidated | |
| **VIENNA, WV 26105** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.152 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.10** |
| **MARY KATHRYN UMPLEBY** | ☐ Contingent | |
| **711 27TH STREET** | ☐ Unliquidated | |
| **VIENNA, WV 26105** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

| 3.152 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.34 |
|---|---|---|---|

**MARY L CHAPMAN**
**979 20000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.23 |
|---|---|---|---|

**MARY L WATKINS**
**HC 61 BOX 83**
**LENAPAH, OK 74042-9708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.02 |
|---|---|---|---|

**MARY LEA STICH**
**PO BOX 102**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.85 |
|---|---|---|---|

**MARY LOU & SHELDON MANLEY**
**698 5000 ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.97 |
|---|---|---|---|

**MARY LOU NATH TTEE ROBERTS**
**3311 SIERRA CIRCLE**
**TAMPA, FL 33629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.63 |
|---|---|---|---|

**MARY LOU ROSS, EXECUTRIX**
**657 STATE PARK RD**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,505.59 |
|---|---|---|---|

**MARY LOUISE HINES REV TRST**
**15520 HIGHWAY 59**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)* **16-11230-SAH**

| | | |
|---|---|---|
| 3.153<br>1 | **Nonpriority creditor's name and mailing address**<br>**MARY LOUISE RETTMANN TRST**<br>**11234 THOMAS ROAD**<br>**ALTOONA, KS 66710** | **$250.38** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153<br>2 | **Nonpriority creditor's name and mailing address**<br>**MARY M HAUGHT**<br>**12329 STAUTON TURNPIKE**<br>**SMITHVILLE, WV 26178** | **$108.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153<br>3 | **Nonpriority creditor's name and mailing address**<br>**MARY M SMITH**<br>**519 S 15TH**<br>**APT 14**<br>**FREDONIA, KS 66736** | **$34.86** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153<br>4 | **Nonpriority creditor's name and mailing address**<br>**MARY M STEINERT**<br>**16900 MARSHALL RD.**<br>**ERIE, KS 66733** | **$60.91** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153<br>5 | **Nonpriority creditor's name and mailing address**<br>**MARY MARGARET MAXSON REV TRST**<br>**3922 E. 63RD STREET**<br>**TULSA, OK 74136** | **$41.94** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153<br>6 | **Nonpriority creditor's name and mailing address**<br>**MARY PARKS RYAN**<br>**42 HOPE HILL**<br>**MANNINGTON, WV 26582** | **$41.47** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153<br>7 | **Nonpriority creditor's name and mailing address**<br>**MARY PAULINE SMITH**<br>**1109 27TH STREET**<br>**VIENNA, WV 26105** | **$58.01** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.1538**

**Nonpriority creditor's name and mailing address**
**MARY V STEVENS, A WIDOW**
**19381 US HWY 75**
**BENEDICT, KS 66714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$265.73

---

**3.1539**

**Nonpriority creditor's name and mailing address**
**MATT W ROECKER & LILA S**
**17745 FORD RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$530.69

---

**3.1540**

**Nonpriority creditor's name and mailing address**
**MATTHEW M ATTEBERRY & PAMELA**
**19030 JACKSON RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$98.25

---

**3.1541**

**Nonpriority creditor's name and mailing address**
**MATTHEW RICHARD & JENNIFER**
**20155 HARPER RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$149.33

---

**3.1542**

**Nonpriority creditor's name and mailing address**
**MAUREEN PARKS BRUENSKI**
**624 WEST CHESTNUT STREET**
**JUNCTION CITY, KS 66441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.64

---

**3.1543**

**Nonpriority creditor's name and mailing address**
**MAX AND BETTY ROBERTS LIV TR**
**15725 150TH RD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$65.20

---

**3.1544**

**Nonpriority creditor's name and mailing address**
**MAX BRITTON**
**607 46TH ST**
**VIENNA, WV 26105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.21

---

Debtor **PostRock Energy Corporation**
Name

Case number (*if known*) **16-11230-SAH**

---

| 3.154 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MAX K RICKERSON LIV TRST**
**P.O. BOX 431**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$37.40

---

| 3.154 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MAX MARPLE & ELAINE MARPLE,**
**17421 US HIGHWAY 75**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$47.59

---

| 3.154 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MAX W & BONNIE L GROSSNICKLE**
**12655 80TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$173.19

---

| 3.154 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MCCABE LAND CO**
**PO BOX 1692**
**CHARLESTON, WV 25326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.154 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MCES FARMS, INC**
**2850 160TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$854.19

---

| 3.155 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MELIA HOLDING D/B/A**
**5424 S MEMORIAL DR- BLDG E**
**TULSA, OK 74145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$491.71

---

| 3.155 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MELINDA A SHERRY**
**PO BOX 197**
**LAKE SHORE, CA 93634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$9.33

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**MELISSA A GILBERT**
**118 LAKE RD**
**BELPRE, OH 45714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$9.80**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**MELISSA D GARDNER**
**2512 KATINA DRIVE**
**FLOWER MOUND, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$305.27**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**MELISSA DAWN AYERS**
**HC 75 BOX 2A**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3.39**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**MELODEE MORELAND**
**328 CHASE BEND ROAD**
**ESTILL SPRINGS, TN 37330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3.86**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**MELVA I HUDSON LIV TRST**
**17840 150TH ROAD**
**ERIE, KS 66733-4202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$146.06**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**MELVIN E RILEY & SHARON F**
**P.O. BOX 94**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$19.89**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**MELVIN F PONTIOUS**
**4641 TOEPFER RD.**
**MIDDLETON, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$70.05**

---

Debtor   **PostRock Energy Corporation**

Name

Case number (if known)   **16-11230-SAH**

---

| 3.1559 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.23** |

**MELVIN L POWELL**
**709 INDIANA STREET**
**NEODESHA, KS 66757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1560 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.02** |

**MERCY FOUNDATION WESTERN HILLS**
**4600 MCAULEY PLACE**
**CINCINNATI, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1561 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.10** |

**MERLE D GREVE**
**10785 230TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1562 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,050.83** |

**MERLE KELLY FORD, INC**
**3501 S. SANTA FE**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1563 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.68** |

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1564 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.46** |

**MERLIN E SMITH**
**26 TOWNSHIP RD. #508**
**SOUTH POINT, OH 45680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1565 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$356.18** |

**MERRICK OIL COMPANY**
**574 16500 ROAD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
Name

Case number *(if known)* **16-11230-SAH**

---

| 3.156 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.71** |

**MERRILL D KRAMER**
**2106 WALNUT**
**COLLINSVILLE, OK 74021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.48** |

**META GOINS**
**6434 WICHITA ROAD**
**THAYER, KS 66776-8126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.88** |

**MICHAEL & BARBARA WATTS**
**21350 JACKSON ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.82** |

**MICHAEL & BRENDA ELSWORTH**
**7905 PRATT RD.**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.99** |

**MICHAEL & CAROLYN L CERELLI**
**14905 120TH RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.94** |

**MICHAEL & STEPHANY LAPINA**
**522 26000 ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.74** |

**MICHAEL A & ELLA JEAN REED**
**2494 GOFFS ROAD**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | PostRock Energy Corporation | Case number *(if known)* | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**MICHAEL BARRY &**
**17775 DURHAM ROAD**
**STUTTGART, AR 72160**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$16.09**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**MICHAEL C & E AGNES PAULIE**
**7350 170TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$44.34**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**MICHAEL D & KRISTIN SNOOKS**
**PO BOX 1181**
**BAYFIELD, CO 81122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$73.68**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**MICHAEL D CAMPBELL**
**3586 BIG SPRING RD**
**BIG SPRINGS, WV 26137-6405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$136.68**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**MICHAEL D STOUT**
**2775 SAWNEE VIEW DR**
**CUMMING, GA 30040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$5.51**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**MICHAEL D. OLSON &**
**18676 2000 RD.**
**BUFFALO, KS 66717**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$81.96**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**MICHAEL E HUCKE & LEIA C HUCKE**
**19026 HARPER RD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$84.01**

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
_____
Name

| 3.158 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.36 |
|---|---|---|---|

**MICHAEL E HUCKE & LEIA C HUCKE**
**19026 HARPER RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.91 |
|---|---|---|---|

**MICHAEL E MUGRAGE REV TR**
**PO DRAWER G**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.51 |
|---|---|---|---|

**MICHAEL E SEMRAD**
**8720 90TH RD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.17 |
|---|---|---|---|

**MICHAEL G KEPLEY & CARLA M**
**2850 160TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.45 |
|---|---|---|---|

**MICHAEL H SHELBY**
**4600 GREENVILLE AVE, STE 200**
**DALLAS, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $783.28 |
|---|---|---|---|

**MICHAEL J COLE**
**16009 E 40TH TERR S**
**INDEPENDENCE, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.36 |
|---|---|---|---|

**MICHAEL J MCGUIRE & LORIE M**
**14582 K-47 HWY**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.1587**

**Nonpriority creditor's name and mailing address**
**MICHAEL JOE ALLMON**
**314 EXNER**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$213.06**

---

**3.1588**

**Nonpriority creditor's name and mailing address**
**MICHAEL K & NANCY L**
**19123 K47 HWY**
**ALTOONA, KS 66710**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$341.70**

---

**3.1589**

**Nonpriority creditor's name and mailing address**
**MICHAEL L & MARCIA A MCCOY,**
**8725 IRVING RD**
**GALESBURG, KS 66740**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$70.34**

---

**3.1590**

**Nonpriority creditor's name and mailing address**
**MICHAEL L EBERS**
**7800 WISDOM LANE**
**KNOXVILLE, TN 37938**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$93.99**

---

**3.1591**

**Nonpriority creditor's name and mailing address**
**MICHAEL M MARTIN**
**17541 WICHITA ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$221.52**

---

**3.1592**

**Nonpriority creditor's name and mailing address**
**MICHAEL OLSON**
**18676 2000 RD**
**BUFFALO, KS 66717**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$21.75**

---

**3.1593**

**Nonpriority creditor's name and mailing address**
**MICHAEL R DENT, LIFE ESTATE**
**4475 170TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$18.80**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.159
4**

**Nonpriority creditor's name and mailing address**

**MICHAEL RAY BLACKMORE**
**6320 BROWN RD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$34.83

---

**3.159
5**

**Nonpriority creditor's name and mailing address**

**MICHAEL S FLINTOM**
**201 LINDSEY HOWARD ROAD**
**LANCING, TN 37770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.29

---

**3.159
6**

**Nonpriority creditor's name and mailing address**

**MICHAEL S MITCHELL, TTEE**
**P.O. BOX 753**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$111.28

---

**3.159
7**

**Nonpriority creditor's name and mailing address**

**MICHAEL S OR CAROLYN M STIMSON**
**13373 S 4250 RD**
**CHELSEA, OK 74016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.51

---

**3.159
8**

**Nonpriority creditor's name and mailing address**

**MICHAEL T & REGINA FOSTER**
**13429 WEST 106TH ST**
**LENEXA, KS 66215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$48.27

---

**3.159
9**

**Nonpriority creditor's name and mailing address**

**MICHAEL T MEANS**
**PO BOX 94**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$21.46

---

**3.160
0**

**Nonpriority creditor's name and mailing address**

**MICHAEL WAYNE GUARNIERO**
**16664 BUCKHORN ROAD**
**MIDDLETON, CA 95461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$15.47

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

| 3.160<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.23 |
|---|---|---|---|

**MICHAEL WILLIAMS**
**2200 WINDING RD**
**PARKERSBURG, WV 26104**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56.56 |
|---|---|---|---|

**MICHAELIS LIVING TRUST**
**PO BOX 588**
**CADDO, OK 74729**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69.52 |
|---|---|---|---|

**MICHAL VALENCIA**
**509 PROSPECT ROAD**
**LONGVIEW, TX 75603**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.30 |
|---|---|---|---|

**MICHELLE HUDSON LOVE REV LIV TR**
**15600 PUTNAM ROAD**
**ROGERS, AR 72756-7875**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.49 |
|---|---|---|---|

**MICKIE Y UNDERWOOD**
**575 8000 ROAD**
**EDNA, KS 67342**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.15 |
|---|---|---|---|

**MID-AMERICA SANITATION, INC**
**1035 N. 69 HWY**
**FRONTENAC, KS 66763**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,883.70 |
|---|---|---|---|

**MID-WEST FERTILIZER INC -**
**1971 S. COUNTRY CLUB ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **PostRock Energy Corporation**
_____
Name

Case number (if known)    **16-11230-SAH**

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.36 |

**MIKE & JEFF CASPER**
**20200 HARPER ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.07 |

**MIKE H & TINA R HENRY, H/W**
**6300 80TH RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.11 |

**MIKE ROSS INC**
**P. O. BOX 219**
**COALTON, WV 26257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.67 |

**MIKE S & STEPHANIE A HENRY**
**14970 ARKANSAS STREET**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.17 |

**MIKE S HENRY**
**14970 ARKANSAS STREET**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.38 |

**MIKE SEXTON**
**18140 MARION ROAD**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.35 |

**MILDRED HEATH PAXTON, TTEE**
**5120 WEST 66TH ST.**
**PRAIRIE VILLAGE, KS 66208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.161
5**

**Nonpriority creditor's name and mailing address**
**MILDRED S BOGNER REV TRST**
**1016 24000 ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$148.57

---

**3.161
6**

**Nonpriority creditor's name and mailing address**
**MILFORD M DRISKILL & SHIRLEY**
**6873 SCOTT ROAD**
**NEODESHA, KS 66757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$357.92

---

**3.161
7**

**Nonpriority creditor's name and mailing address**
**MILFORD SHAUN SLONE**
**4380 COUNTY ROAD 29**
**PEDRO, OH 45659**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$56.86

---

**3.161
8**

**Nonpriority creditor's name and mailing address**
**MILTON KEITH UMBARGER &**
**13825 BROWN**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$803.80

---

**3.161
9**

**Nonpriority creditor's name and mailing address**
**MILTON KEITH UMBARGER, AS TTEE**
**13825 BROWN RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$522.45

---

**3.162
0**

**Nonpriority creditor's name and mailing address**
**MINERAL OWNERS 2013, LLC**
**2660 S BIRMINGHAM PL**
**TULSA, OK 74114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$219.96

---

**3.162
1**

**Nonpriority creditor's name and mailing address**
**MIRIAM L MIH**
**701 S. PLUMMER**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$235.56

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.162 2**

**Nonpriority creditor's name and mailing address**
MITZIE SHIDLER
1313 CAMPBELL RD, BLDG D
HOUSTON, TX 77055

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

**$80.68**

---

**3.162 3**

**Nonpriority creditor's name and mailing address**
MJ SYSTEMS INC
420 EAST 58TH AVENUE
STE 210
DENVER, CO 80216

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract

Is the claim subject to offset? ■ No ☐ Yes

**$12,908.77**

---

**3.162 4**

**Nonpriority creditor's name and mailing address**
MON POWER
PO BOX 3615
AKRON, OH 44309-3615

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 5**

**Nonpriority creditor's name and mailing address**
MONTE L HERMRECK
839 21000 ROAD
PARSONS, KS 67357

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

**$44.56**

---

**3.162 6**

**Nonpriority creditor's name and mailing address**
MONTEE A SCOTT
25057 GRAY RD
DENNIS, KS 67341

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

**$439.92**

---

**3.162 7**

**Nonpriority creditor's name and mailing address**
MORRIS & DONNA WILTSE LIV TRST
18030 1600 ROAD
ALTOONA, KS 66710

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

**$600.28**

---

**3.162 8**

**Nonpriority creditor's name and mailing address**
MORRIS W & KAREN A CARES
10370 10TH ROAD
PARSONS, KS 67357

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

**$16.53**

---

Debtor    **PostRock Energy Corporation**      Case number *(if known)*    **16-11230-SAH**

Name

---

| 3.162 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.58 |
|---|---|---|---|

**MOZELLE TURNER**
**629 GREEN COUNTRY DR**
**TAHLEQUAH, OK 74464**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.10 |
|---|---|---|---|

**MRS GUSSIE E DEEVER**
**3614 CYPRUS ST**
**PARKERSBURG, WV 26101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.41 |
|---|---|---|---|

**MRS JULIA D KING**
**517 EAST WASHINGTON STREET**
**LEWISBURG, WV 24901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.04 |
|---|---|---|---|

**MRS MABEL ANN DYGERT**
**12001 GULFPORT DR.**
**CINCINNATI, OH 45246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54.81 |
|---|---|---|---|

**MUDCAT INVESTMENTS, LLC**
**256 SEABOARD LANE**
**SUITE H-101**
**FRANKLIN, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.93 |
|---|---|---|---|

**MURRAY L & KAREN M BROWN,**
**18808 1600TH RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.47 |
|---|---|---|---|

**MYRALD CANTLEY**
**11 BEECH DRIVE**
**JIM THORPE, PA 18229-9553**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.163 6**

**Nonpriority creditor's name and mailing address**
MYRNA G BURKHART
PO BOX 154
STEVENSVILLE, MD 21666

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$44.36**

---

**3.163 7**

**Nonpriority creditor's name and mailing address**
N DEAN ALLOWAY & BARBARA L
3015 IRVING RD
EDNA, KS 67342

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$73.15**

---

**3.163 8**

**Nonpriority creditor's name and mailing address**
NALCO CHAMPION
P.O. BOX 730005
DALLAS, TX 75373-0005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$227,976.61**

---

**3.163 9**

**Nonpriority creditor's name and mailing address**
NANCY J CLINE
1604 W LUNT AVE
CHICAGO, IL 60626

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3.12**

---

**3.164 0**

**Nonpriority creditor's name and mailing address**
NANCY L WOLFE
11814 ROCKING HORSE RD
ROCKVILLE, MD 20852

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$448.39**

---

**3.164 1**

**Nonpriority creditor's name and mailing address**
NANCY MOSLEY
915 HENLEY PLACE
CHAROLETTE, NC 28207

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$28.74**

---

**3.164 2**

**Nonpriority creditor's name and mailing address**
NANCY S SCHWEIGER
5111 SPRINGFIELD COURT
WESTERVILLE, OH 43081

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$14.90**

---

Debtor   **PostRock Energy Corporation**

Case number (if known)   **16-11230-SAH**

Name

---

**3.164
3**

**Nonpriority creditor's name and mailing address**

**NANCY V BROOKS OR ED RIDENHOU**
**121 N. COURT STREET**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$41.04**

---

**3.164
4**

**Nonpriority creditor's name and mailing address**

**NANNIE M SMITH**
**360 FOREST AVE**
**MINERALWELLS, WV 26150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$39.23**

---

**3.164
5**

**Nonpriority creditor's name and mailing address**

**NAOMI ROLLINS**
**10143 STAUNTON TPKE**
**SMITHVILLE, WV 26178-7036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$31.17**

---

**3.164
6**

**Nonpriority creditor's name and mailing address**

**NAOMI TOME**
**1827 EASTFIELD DR.**
**MISSOURI, TX 77459**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1.92**

---

**3.164
7**

**Nonpriority creditor's name and mailing address**

**NATALIE S DENT**
**14600 WALLACE ROAD**
**WALNUT, KS 66780**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$87.16**

---

**3.164
8**

**Nonpriority creditor's name and mailing address**

**NATHAN J RUBOW**
**5155 SW LOMBARD AVE**
**BEAVERTON, OR 97005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$43.21**

---

**3.164
9**

**Nonpriority creditor's name and mailing address**

**NATURAL GAS COMPRESSION**
**2480 AERO PARK DRIVE**
**TRAVERSE CITY, MI 49686**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,780.00**

---

Debtor  **PostRock Energy Corporation**
Name

Case number *(if known)*  **16-11230-SAH**

---

| 3.165 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.49** |
|---|---|---|---|

**NEAL & LAVON HEILMAN**
**211 SOUTH PLUMMER**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.36** |
|---|---|---|---|

**NEAL CLAY MCDERMEIT**
**2905 CHAMA STREET NE**
**ALBUQUERQUE, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.35** |
|---|---|---|---|

**NEAL DORNBUSCH**
**1030 S. SAGEBRUSH**
**WICHITA, KS 67230-7636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$785.37** |
|---|---|---|---|

**NEAL E & LEE F KOTTKE**
**141 W JACKSON, #1220**
**CHICAGO, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.54** |
|---|---|---|---|

**NEDRA REINHARD**
**PO BOX 760**
**FISH CREEK, WI 54212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$512.71** |
|---|---|---|---|

**NEEL FAMILY TRST**
**9481 EAST 109TH STREET**
**TULSA, OK 74133-6374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.72** |
|---|---|---|---|

**NEER FAMILY TRST**
**3027 BROWN RD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Case number (if known) **16-11230-SAH**

Name

---

**3.1657**

**Nonpriority creditor's name and mailing address**

**NEIL & VALERIE WORRELL, H/W**
**15434 1025 ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$354.19**

---

**3.1658**

**Nonpriority creditor's name and mailing address**

**NEIL K & BILLIE R GILDART**
**RT 1, BOX 154**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$84.61**

---

**3.1659**

**Nonpriority creditor's name and mailing address**

**NELSON & IDA KYLE FAMILY TRST**
**2311 XANTHISMA**
**MISSION, TX 78574-7927**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$288.54**

---

**3.1660**

**Nonpriority creditor's name and mailing address**

**NEOFIRMA, INC**
**P.O. BOX 678162**
**DALLAS, TX 75267-8162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,330.00**

---

**3.1661**

**Nonpriority creditor's name and mailing address**

**NEOSHO MEMORIAL REGIONAL**
**PO BOX 426**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$78.15**

---

**3.1662**

**Nonpriority creditor's name and mailing address**

**NEOSHO NATURAL LLC**
**4230 DOUGLAS ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$323.16**

---

**3.1663**

**Nonpriority creditor's name and mailing address**

**NEOSHO PROPERTIES**
**20155 HARPER ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$221.60**

---

Debtor    **PostRock Energy Corporation**                                       Case number (if known)    **16-11230-SAH**
_____
Name

| 3.166<br>4 | Nonpriority creditor's name and mailing address<br>**NICHOLAS BRIGGS**<br>**1230 APPLETON**<br>**PARSONS, KS 67357** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111.65 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166<br>5 | Nonpriority creditor's name and mailing address<br>**NICHOLAS V & CONNIE L HEIT**<br>**26046 FORD ROAD**<br>**DENNIS, KS 67341** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $155.37 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166<br>6 | Nonpriority creditor's name and mailing address<br>**NICHOLE R TURNER SLAUGHTER**<br>**107 NORTH SMITH STREET**<br>**FAYETTEVILLE, WV 25840** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.47 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166<br>7 | Nonpriority creditor's name and mailing address<br>**NILA THOMAS**<br>**HC 62 BOX 106**<br>**LIMA, WV 26377** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14.42 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166<br>8 | Nonpriority creditor's name and mailing address<br>**NOBLE ROYALTIES ACCESS FUND**<br>**P.O. BOX 660082**<br>**DALLAS, TX 75266-0082** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $837.06 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166<br>9 | Nonpriority creditor's name and mailing address<br>**NOBLE ROYALTIES ACCESS FUND**<br>**P.O. BOX 660082**<br>**DALLAS, TX 75266-0082** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $837.06 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167<br>0 | Nonpriority creditor's name and mailing address<br>**NOOTEBOOM LIV TRST**<br>**17860 WINDSOR PLACE**<br>**STILLWELL, KS 66085** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $511.89 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PostRock Energy Corporation**                                   Case number *(if known)*    **16-11230-SAH**
_____
Name

| 3.167 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NORMA BEST**
**453605 CHICKASAW AVE**
**AFTON, OK 74301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$142.63

---

| 3.167 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NORMA MOYERS**
**1468 MILLERSBURG RD SW**
**NAVARRE, OH 44662**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$4.32

---

| 3.167 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NORMA ROBERTS**
**5207 3RD AVENUE**
**VIENNA, WV 26105**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$120.66

---

| 3.167 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NORMA T MORRIS**
**4850 120TH RD**
**THAYER, KS 66776**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$102.26

---

| 3.167 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NORMAN C RITZ & ILENE MARY**
**1830 NESS RD**
**PARSONS, KS 67357**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$55.87

---

| 3.167 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NORMAN DUANE TRICHLER**
**P.O. BOX 221**
**YATES CENTER, KS 66783**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$239.91

---

| 3.167 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NORTHEAST OKLAHOMA ELECTRIC**
**P.O. BOX 419458**
**KANSAS CITY, MO 64141-9458**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,215.42

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.167 8**

**Nonpriority creditor's name and mailing address**
**NORTHSTAR ENERGY CORPORATION**
**PO BOX 3720**
**CHARLESTON, WV 25337**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$238.35**

---

**3.167 9**

**Nonpriority creditor's name and mailing address**
**NYLA I & GARY E BONGIORNI**
**23586 K47 HWY**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$38.95**

---

**3.168 0**

**Nonpriority creditor's name and mailing address**
**O'REILLY AUTO PARTS**
**PO BOX 9464**
**SPRINGFIELD, MO 65801-9464**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$197.94**

---

**3.168 1**

**Nonpriority creditor's name and mailing address**
**ODETTE FAMILY LLC**
**841 NE TIGERMISSION ROAD**
**BELFAIR, WA 98528-5002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$319.52**

---

**3.168 2**

**Nonpriority creditor's name and mailing address**
**ODYSSEY ROYALTIES LLC**
**8261 S MONACO COURT**
**CENTENNIAL, CO 80112**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$86.71**

---

**3.168 3**

**Nonpriority creditor's name and mailing address**
**OIL PATCH PUMP & SUPPLY INC**
**P.O. BOX 591**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$846.90**

---

**3.168 4**

**Nonpriority creditor's name and mailing address**
**OKLAHOMA TAX COMMISSION (Vehicle Tags)**
**P.O. BOX 269056**
**OKLAHOMA CITY, OK 73126-9056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

**3.168 5**

**Nonpriority creditor's name and mailing address**

**OKLAHOMA TOWER REALTY**
**204 N. ROBINSON**
**SUITE 700**
**OKLAHOMA CITY, OK 73102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No ☐ Yes

$983,478.48

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**OLETA M PROPS & DONALD R PROPS**
**539 3RD RUN ROAD**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$91.42

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**OLIN GOINS MARITAL TRST**
**1760 120TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1,465.05

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**OLLIE MAE KYLER TRST**
**1229 COUNTY RD 3561**
**PAWHUSKA, OK 74056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$6.93

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

**OLNHAUSEN FARMS, LLC**
**5788 PRATT ROAD**
**NEODESHA, KS 66757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$53.27

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

**ONA LAURABEL AYERS**
**841 BIG SPRINGS RD**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$77.56

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

**OPAL JEAN FARVER**
**4679 STATE RT 557**
**MILLERBURG, OH 44654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.18

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.169 2**

**Nonpriority creditor's name and mailing address**
**OPAL L. EWBANK**
**1230 APPLETON**
**PARSONS, KS 67357**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$111.65

---

**3.169 3**

**Nonpriority creditor's name and mailing address**
**OPPORTUNE LLP**
**711 LOUISIANA STREET STE3100**
**HOUSTON, TX 77002**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,739.80

---

**3.169 4**

**Nonpriority creditor's name and mailing address**
**OSMOND OIL & GAS LLC**
**1520 WEST CANAL COURT**
**STE. 220**
**LITTLETON, CO 80120-5651**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$87.17

---

**3.169 5**

**Nonpriority creditor's name and mailing address**
**OXY USA, INC**
**P.O. BOX 841735**
**DALLAS, TX 75284-1803**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$164.61

---

**3.169 6**

**Nonpriority creditor's name and mailing address**
**P2 ENERGY SOLUTIONS**
**1670 BROADWAY, STE. 2800**
**DENVER, CO 80202**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$352.50

---

**3.169 7**

**Nonpriority creditor's name and mailing address**
**PAMALA L TICHNELL**
**RT. 1 BOX 269B**
**HARRISVILLE, WV 26362**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.27

---

**3.169 8**

**Nonpriority creditor's name and mailing address**
**PAMELA A MATTSON**
**1310 N. OLD NORTH PLACE**
**SAND SPRINGS, OK 74063**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$225.97

---

Debtor **PostRock Energy Corporation**

Name

Case number (if known) **16-11230-SAH**

| | |
|---|---|
| 3.1699 | **$1.13** |

**Nonpriority creditor's name and mailing address**

**PAMELA DONOHOE**
**524 SE 42ND ST.**
**OCALA, FL 34480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.1700 | **$782.95** |

**Nonpriority creditor's name and mailing address**

**PAMELA J CLEVENGER**
**991 2000 RD**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.1701 | **$0.00** |

**Nonpriority creditor's name and mailing address**

**PAMELA KAY WALCHLE**
**8091 LAKE JAMES BLVD.**
**LAKELAND, FL 33810-4834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.1702 | **$6.58** |

**Nonpriority creditor's name and mailing address**

**PAMELA THOMAS WENSING**
**839 ELMWOOD AVENUE**
**WICKLIFFE, OH 44092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.1703 | **$17.34** |

**Nonpriority creditor's name and mailing address**

**PARADIGM, LLLP**
**P.O. BOX 91**
**BAYFIELD, CO 81122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.1704 | **$6.57** |

**Nonpriority creditor's name and mailing address**

**PATENIA S LAMB**
**238 CONGER RD**
**WASHINGTON, WV 26181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.1705 | **$210.75** |

**Nonpriority creditor's name and mailing address**

**PATRICIA A & FREDDIE R OSBORN**
**11455 GRAY RD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**

Name

Case number *(if known)*    **16-11230-SAH**

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $442.46 |

**PATRICIA A GOOD**
**2 RORI LN**
**BELLA VISTA, AR 72715-5609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.34 |

**PATRICIA A JOURNOT**
**1218 25000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.12 |

**PATRICIA A SABA**
**2816 DARBY FALLS DRIVE**
**LAS VEGAS, NV 89134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,435.12 |

**PATRICIA A STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.98 |

**PATRICIA CURTIS**
**2642 ROCK CAVE ROAD**
**CRAWFORD, WV 26343**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $628.92 |

**PATRICIA J PAULSEN, TTEE OF**
**8630 W NEVSO DR**
**#173**
**LAS VEGAS, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.23 |

**PATRICIA JUNE HAUGHT**
**8145 N. CALHOUN HWY**
**BIG SPRINGS, WV 26137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalty Payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**

Name

Case number (if known)   **16-11230-SAH**

---

| 3.171 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICIA L COLE**
**608 N PENN AVE**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$6.57

---

| 3.171 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICIA L GAULT**
**3407 8TH AVE.**
**VIENNA, WV 26105**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$4.14

---

| 3.171 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICIA L HILL**
**ROUTE 1, BOX 359**
**S. COFFEYVILLE, OK 74072**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$43.99

---

| 3.171 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICIA L ROWE**
**5431 SERRA VISTA COURT**
**STOW, OH 44224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$40.90

---

| 3.171 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICIA M. LARERY**
**14427 COUNTY RD 160**
**CARTHAGE, MO 64836**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$19.34

---

| 3.171 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICIA S HEAD REVOCABLE**
**2975 65 ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$125.44

---

| 3.171 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICK A & JULIA ANN JOHNSON**
**14882 115TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$269.45

---

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

**PATRICK C & CATHY S HEIT**
**6530 10TH ROAD**
**DENNIS, KS 67341**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$100.52

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

**PATRICK E SMITH**
**4030 JACKSON ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$534.88

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

**PATRICK TODD JOHNSON**
**4801 ROANOKE #705**
**KANSAS CITY, MO 64112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$162.80

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

**PATSY DELORES KEESEE**
**1924 MADISON AVE**
**HUNTINGTON, WV 25704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$56.27

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

**PATSY NEACE FEDELE**
**4447 AMELIA AVE.**
**LYONS, IL 60534-1919**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$23.88

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

**PATTI ANN WOLFE, A/K/A PATTI**
**3805 150TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$89.26

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

**PATTIE MACKENZIE**
**23 ARLINGTON CT**
**CHARLESTON, WV 25301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$3.98

---

Debtor     **PostRock Energy Corporation**

Name

Case number (if known)     **16-11230-SAH**

---

| 3.172 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566.17 |

**PATTY HON**
**101 BIG OAK LANE**
**MARBLE FALLS, TX 78654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.55 |

**PATTY K ANDERES**
**18245 OTTAWA ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.94 |

**PATTY LONG**
**ROUTE 1, BOX 367-1**
**SOUTH COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.21 |

**PATTY S. IONNO**
**2239 FEATHER LANE**
**MARION, OH 43302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.06 |

**PAUL & SHELIA DAVENPORT JTWROS**
**HC 61, BOX 90**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.74 |

**PAUL A BRUNNER**
**1646 22ND AVE.**
**SAN FRANCISCO, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.14 |

**PAUL BEARD**
**14600 WALLACE ROAD**
**WALNUT, KS 66780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.173
4**

**Nonpriority creditor's name and mailing address**

**PAUL D LUDWIG**
**920 FLINT WAY**
**BROOMFIELD, CO 80020-3419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$79.24

---

**3.173
5**

**Nonpriority creditor's name and mailing address**

**PAUL E & RETA K AMES, H/W JT**
**HC 61 BOX 157**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$4.13

---

**3.173
6**

**Nonpriority creditor's name and mailing address**

**PAUL E KLOBERDANZ**
**PO BOX 57756**
**OKLAHOMA CITY, OK 73157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173
7**

**Nonpriority creditor's name and mailing address**

**PAUL J BOGNER TRUST**
**15635 20TH RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$428.48

---

**3.173
8**

**Nonpriority creditor's name and mailing address**

**PAUL L MCCULLISS**
**P.O. BOX 3248**
**LITTLETON, CO 80161-3248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$254.66

---

**3.173
9**

**Nonpriority creditor's name and mailing address**

**PAUL M DECKER &**
**1650 CR 5550**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$73.18

---

**3.174
0**

**Nonpriority creditor's name and mailing address**

**PAUL W MYERS & JANET MYERS,**
**16121 THOMAS RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$173.34

---

Debtor **PostRock Energy Corporation**
Name

Case number (if known)    **16-11230-SAH**

| 3.174 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.19 |
|---|---|---|---|

**PAULINE PARKS**
**2100 WELLINGTON CT**
**FAIRBORN, OH 45324-0602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29.36 |
|---|---|---|---|

**PAULINE TARDY**
**210 ALETHIA STREET**
**CHARLESTON, WV 25302-4111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.31 |
|---|---|---|---|

**PAULINE WARD**
**6900 CHIMNEY MTN RD**
**MUSKOGEE, OK 74401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.15 |
|---|---|---|---|

**PEC MINERALS LP**
**16400 NORTH DALLAS PARKWAY**
**SUITE 400**
**DALLAS, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $136.49 |
|---|---|---|---|

**PEGGY A & LONNIE D YARNELL**
**8405 PRATT ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.31 |
|---|---|---|---|

**PEGGY JOE MOORE**
**2001 EAST 83RD STREET SOUTH**
**MUSKOGEE, OK 74403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.94 |
|---|---|---|---|

**PEGGY WIENEKE**
**RT. 1 BOX 369**
**SO. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**
_____
            Name

Case number (*if known*)    **16-11230-SAH**

---

| 3.174 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.06 |

**PENROC OIL CORPORATION**
**PO BOX 2769**
**HOBBS, NM 88241-2769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.94 |

**PERCY D ROSS**
**P.O. BOX 65**
**GREEN BANK, WV 24944-0065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,857.70 |

**PERKINS SUPPLY INC**
**2966 NORTHWEST TPKE**
**PENNSBORO, WV 26415-9624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.62 |

**PERRY L ALDRIDGE**
**1030 23000 RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.27 |

**PETER FERGUSON ANDREWS**
**1107 RT 292**
**HOLMES, NY 12531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.29 |

**PETER W FLINTOM**
**1326 S.E. 17TH STREET #248**
**FORT LAUDERDALE, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.17 |

**PHIL & INEZ BARNES**
**602 LEE ST**
**HAMBURG, AR 71646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)* **16-11230-SAH**

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

**PHIL BOWMAN IRREVOCABLE TRUST**
**6456 TORRINGTON ROAD**
**KALAMAZOO, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$370.99

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

**PHIL LAUTNER**
**33605 OLD PORTLAND RD.**
**ADEL, IA 50003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$17.01

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**PHILIP P BRADY &**
**353 N. HIGH STREET**
**WICHITA, KS 67203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

**PHILIP W JOHNSON**
**13732 HORTON DR**
**OVERLAND PARK, KS 66223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$72.96

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**PHILIP W UMBARGER**
**3450 150TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$804.88

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**PHILIP W UMBARGER & STUART W**
**3450 150TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$85.38

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**PHILLIP & PATRICIA LEWIS IRREV**
**6820 30TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$96.02

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**PHILLIP B LEMLER**
**196 ELCANO DRIVE**
**HOT SPRINGS VILLAGE, AR 71909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$73.78

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**PHILLIP C THOMPSON**
**ROUTE 1, BOX 66A**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$412.98

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**PHILLIP C THOMPSON & JULIE A**
**ROUTE 1, BOX 66A**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$140.61

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**PHILLIP HAGEN & STACY HAGEN**
**P.O. BOX 850352**
**YUKON, OK 73085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$818.72

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**PHILLIP KEPLEY**
**23007 KIOWA RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$19.34

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**PHILLIP L CARTER &**
**420 SOUTH ALLEN**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$239.88

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**PHILLIP L CRANE**
**70 MAPLE CIRCLE**
**WATERFORD, OH 45786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.14

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **PostRock Energy Corporation**
_____
Name

Case number (*if known*)  **16-11230-SAH**

| | | |
|---|---|---|
| 3.176 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.176 9**

**Nonpriority creditor's name and mailing address**
**PHILLIP SCHOENECKER**
**ROUTE 1, BOX 11A**
**BENEDICT, KS 66714**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$8.03

---

**3.177 0**

**Nonpriority creditor's name and mailing address**
**PHILLIP STEINLE**
**5013 MARION**
**SHAWNEE, KS 66218**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$3.05

---

**3.177 1**

**Nonpriority creditor's name and mailing address**
**PHYLLIS E SWEETING**
**1503 UNITED STREET**
**KEY WEST, FL 33040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.64

---

**3.177 2**

**Nonpriority creditor's name and mailing address**
**PHYLLIS F LASSMAN**
**7415 E 29TH STREET**
**TULSA, OK 74129**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$45.65

---

**3.177 3**

**Nonpriority creditor's name and mailing address**
**PHYLLIS HAUGHT MILLS**
**PO BOX 86**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.08

---

**3.177 4**

**Nonpriority creditor's name and mailing address**
**PHYLLIS J NORDT, TTEE OF THE**
**101 NORTH LARSON**
**CHANUTE, KS 66720**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$121.87

---

**3.177 5**

**Nonpriority creditor's name and mailing address**
**PINNACLE RESOURCES INC**
**PO BOX 52826**
**LAFAYETTE, LA 70505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$20.44

---

Debtor    **PostRock Energy Corporation**
_____
Name

Case number (if known)    **16-11230-SAH**
_____

---

| 3.177 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,769.67 |

**PITNEY BOWES GLOBAL**
**PO BOX 371887**
**PITTSBURG, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.71 |

**PITTS FAMILY TRST DTD 11-24-99**
**1506 PIONEER RD**
**PONCA CITY, OK 74604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.43 |

**PORTCO, INC**
**P. O. BOX 279**
**DEWEY, OK 74029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,741.15 |

**POTTER ANDERSON & CORROON LLP**
**1313 NORTH MARKET STREET**
**FLOOR 6**
**WILMINGTON, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.24 |

**POTTS EXPLORATION, LLC**
**100 N BROADWAY, SUITE 3200**
**OKLAHOMA CITY, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.65 |

**PRECISION FITTING & GAUGE, CO**
**DEPT. 3653**
**TULSA, OK 74182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.07 |

**PRESTON W WALKER**
**4107 S SYCAMORE PL**
**BROKEN ARROW, OK 74011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**                     Case number (if known)  **16-11230-SAH**
_____
Name

| 3.178 3 | **Nonpriority creditor's name and mailing address** **PROFESSIONAL GLASS INSTALLERS** PO BOX 811 CHANUTE, KS 66720 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$387.18** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** **PROFESSIONAL WINDOW CLEANING** 8840 S MERIDIAN STREET HAYSVILLE, KS 67060 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$36.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** **PUBLIC SERVICE COMPANY OF OK** P O BOX 24421 CANTON, OH 44701-4421 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$776.76** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** **PURE SOURCE ENERGY LLC** 522 EAST LONG CIRCLE LITTLETON, CO 80122 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$27.15** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** **QUALITY MOTORS** P.O. BOX 568 INDEPENDENCE, KS 67301 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$308.08** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** **QUINTON W & MICHELLE R SAYE,** 20078 FORD RD CHERRYVALE, KS 67335 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$213.78** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** **QUORUM BUSINESS SOLUTIONS** 811 MAIN STREET, SUITE 2000 HOUSTON, TX 77002 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,881.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
_____
Name

| 3.179 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,535.00** |
|---|---|---|---|

**R & J WELL SERVICE INC**
**PO BOX 191**
**SMITHVILLE, WV 26178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91.58** |
|---|---|---|---|

**R DALE & LILLIE IRENE PHILLIPS**
**25084 DOUGLAS RD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513.93** |
|---|---|---|---|

**R GORDON WILTSE,**
**1319 MONROE ST.**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127.62** |
|---|---|---|---|

**R L ROBERTS**
**2871 WV HWY 5 W**
**GLENVILLE, WV 26351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,915.53** |
|---|---|---|---|

**R P DYKES**
**PO BOX 280235**
**LAKEWOOD, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$888.09** |
|---|---|---|---|

**R&A KEPLEY FARMS**
**3035 160TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.12** |
|---|---|---|---|

**R&F FARM SUPPLY, INC**
**10200 HIGHWAY 59**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**                               Case number (if known)   **16-11230-SAH**
         _____
         Name

| 3.179<br>7 | Nonpriority creditor's name and mailing address<br>**RACHEL JOANN STEINMAN**<br>**6006 JUNIPER DR**<br>**MISSION, KS 66205** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.11 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179<br>8 | Nonpriority creditor's name and mailing address<br>**RADIANT ELECTRIC COOPERATIVE,**<br>**P.O. BOX 842706**<br>**KANSAS CITY, MO 64184-2706** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179<br>9 | Nonpriority creditor's name and mailing address<br>**RAEBERN & DEADRA NELSON LIV TR**<br>**24750 YALE RD**<br>**CHANUTE, KS 66720** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $226.67 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180<br>0 | Nonpriority creditor's name and mailing address<br>**RALPH & DICY JANSSEN**<br>**114 E. MARSHALL**<br>**RM. 140**<br>**ERIE, KS 66733** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $257.61 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180<br>1 | Nonpriority creditor's name and mailing address<br>**RALPH & TERESA TUDOR**<br>**204 JARVIS RIDGE ROAD**<br>**GRIFFITHSVILLE, WV 25521** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22.29 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180<br>2 | Nonpriority creditor's name and mailing address<br>**RALPH DALE PHILLIPS, TTEE OF**<br>**25084 DOUGLAS RD**<br>**DENNIS, KS 67341** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $318.68 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180<br>3 | Nonpriority creditor's name and mailing address<br>**RALPH DOUGLAS**<br>**HC 61 BOX 114**<br>**LENAPAH, OK 74042** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $182.21 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Royalty Payments__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**RALPH HEADY & BETTY HEADY**
**1645 W.S. HIGHWAY 59**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$33.62

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**RANDA JOYCE WATSON**
**2204 PRUNTY RD**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$14.25

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**RANDAL E & LORETTA K NEELY,**
**815 S HIGHLAND**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$111.31

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**RANDAL E NEELY**
**815 S HIGHLAND**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$111.30

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**RANDALL & NANCY CORNS**
**11535 THOMAS RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$71.30

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**RANDALL & TERESA JO ADAMS**
**25290 QUIVIRA RD**
**LOUISBURG, KS 66053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$16.43

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**RANDALL CARTER**
**640 ROMANS ROAD**
**NEW VIENNA, OH 45159**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.37

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.181**
**1**

**Nonpriority creditor's name and mailing address**

**RANDALL E & JUDITH L MOYER,**
**17175 IRVING RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$205.52

---

**3.181**
**2**

**Nonpriority creditor's name and mailing address**

**RANDALL E OLSON & RAE LYNN**
**19139 1800 RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$50.84

---

**3.181**
**3**

**Nonpriority creditor's name and mailing address**

**RANDALL F BRUNGARDT**
**PO BOX 99**
**GALESBURG, KS 66740-0099**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$284.34

---

**3.181**
**4**

**Nonpriority creditor's name and mailing address**

**RANDALL J STOUT**
**RT 1 BOX 10**
**PETROLEUM, WV 26161**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$5.51

---

**3.181**
**5**

**Nonpriority creditor's name and mailing address**

**RANDALL L COX**
**24385 300TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$171.25

---

**3.181**
**6**

**Nonpriority creditor's name and mailing address**

**RANDALL LEE STEINMAN**
**6006 JUNIPER DRIVE**
**MISSION, KS 66205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$120.11

---

**3.181**
**7**

**Nonpriority creditor's name and mailing address**

**RANDALL R FAIL**
**751 S. VERNA AVE**
**ANDOVER, KS 67002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$174.66

---

Debtor  **PostRock Energy Corporation**                                    Case number (if known)  **16-11230-SAH**
        Name

| 3.181 8 | **Nonpriority creditor's name and mailing address**<br>**RANDALL W & SUZANNE D ELLIS**<br>**19405 NESS ROAD**<br>**ERIE, KS 66733**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $66.98 |
|---|---|---|---|

| 3.181 9 | **Nonpriority creditor's name and mailing address**<br>**RANDY D BRADLEY**<br>**3567 INDUSTRY**<br>**ROOTSTOWN, OH 44272**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2.91 |

| 3.182 0 | **Nonpriority creditor's name and mailing address**<br>**RANDY HENDRICKS**<br>**125 HIGHWAY 26 WEST**<br>**OGALLALA, NE 69153**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $72.12 |

| 3.182 1 | **Nonpriority creditor's name and mailing address**<br>**RANDY J RAIDA**<br>**9950 FORD RD**<br>**THAYER, KS 66776**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $23.86 |

| 3.182 2 | **Nonpriority creditor's name and mailing address**<br>**RANDY L & CHERYL L**<br>**6425 BROWN RD**<br>**THAYER, KS 66776**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $34.83 |

| 3.182 3 | **Nonpriority creditor's name and mailing address**<br>**RANDY W & KIMBERLY K BERG**<br>**P.O. BOX 33**<br>**THAYER, KS 66776**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $219.05 |

| 3.182 4 | **Nonpriority creditor's name and mailing address**<br>**RAY G HIZEY &**<br>**8815 NESS RD**<br>**ERIE, KS 66733**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $286.69 |

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.182
5**

**Nonpriority creditor's name and mailing address**
**RAY L & RENA JOLENE FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$94.17

---

**3.182
6**

**Nonpriority creditor's name and mailing address**
**RAY L FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$22.98

---

**3.182
7**

**Nonpriority creditor's name and mailing address**
**RAY L HILL**
**427843 E 20 ROAD**
**WELCH, OK 74369**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.33

---

**3.182
8**

**Nonpriority creditor's name and mailing address**
**RAY LEE ROBINSON**
**339-3000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$235.83

---

**3.182
9**

**Nonpriority creditor's name and mailing address**
**RAY V NORDMEYER**
**362 90TH RD**
**TORONTO, KS 66777**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$47.67

---

**3.183
0**

**Nonpriority creditor's name and mailing address**
**RAYBURN L GOSNEY**
**P.O. BOX 195**
**BAYFIELD, CO 81122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$60.94

---

**3.183
1**

**Nonpriority creditor's name and mailing address**
**RAYMOND C BAUGHER REV TRST**
**20100 KIOWA RD**
**PARSONS, KS 67357**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$103.77

---

Debtor    **PostRock Energy Corporation**
Name

Case number (if known)    **16-11230-SAH**

---

**3.183.2**

**Nonpriority creditor's name and mailing address**
**RAYMOND J, JR & TINA M BAKER**
**856 23000 RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$127.75

---

**3.183.3**

**Nonpriority creditor's name and mailing address**
**RAYMOND KARL TEDSTROM**
**22 SHADOW LAKE DRIVE**
**BARTLESVILLE, OK 74006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$76.27

---

**3.183.4**

**Nonpriority creditor's name and mailing address**
**RAYMOND L PANEK & NANELLEN**
**12550 10TH ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$59.95

---

**3.183.5**

**Nonpriority creditor's name and mailing address**
**RAYMOND L PEARCE, TTEE OF THE**
**44 INDIAN WELLS DRIVE**
**HOLIDAY ISLAND, AR 72631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$71.44

---

**3.183.6**

**Nonpriority creditor's name and mailing address**
**RCPTX LTD**
**777 TAYLOR STREET**
**SUITE 810**
**FORT WORTH, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$181.56

---

**3.183.7**

**Nonpriority creditor's name and mailing address**
**REA DAWN WEDEKAMM**
**7654 SHERMAN RD**
**CHESTERLAND, OH 44026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$25.03

---

**3.183.8**

**Nonpriority creditor's name and mailing address**
**REBA M. JOHNSON**
**2632 LESLEE LAKE DR. N.**
**ST. PETERSBURG, FL 33713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$14.21

---

Debtor    **PostRock Energy Corporation**
_____
Name

Case number (if known)    **16-11230-SAH**
_____

| 3.183 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REBA ROBERTS**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67335**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$42.31**

---

| 3.184 0 |
|---|

**Nonpriority creditor's name and mailing address**
**REBECCA THOMAS TRACY**
**5 OAK HILL LANE**
**BLUFFTON, SC 29910**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$6.58**

---

| 3.184 1 |
|---|

**Nonpriority creditor's name and mailing address**
**REGENIA LUCAS**
**PO BOX 66**
**MIDKIFF, WV 25540**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$63.63**

---

| 3.184 2 |
|---|

**Nonpriority creditor's name and mailing address**
**RENA JOLENE FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$22.98**

---

| 3.184 3 |
|---|

**Nonpriority creditor's name and mailing address**
**RENE E & REGINA K CARES**
**26031 HARPER ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$18.20**

---

| 3.184 4 |
|---|

**Nonpriority creditor's name and mailing address**
**REP ENTERPRISES LLC**
**P.O. BOX 332**
**BARTLESVILLE, OK 74005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,797.19**

---

| 3.184 5 |
|---|

**Nonpriority creditor's name and mailing address**
**REPUBLIC PARKING SYSTEM**
**PO BOX 2433**
**OKLAHOMA CITY, OK 73101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,072.89**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|--------|------|------|------|
| | Name | | |

---

**3.1846**

Nonpriority creditor's name and mailing address
**RETA RIFLE**
**9777 GARVER ROAD**
**LITCHFIELD, OH 44253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$37.49

---

**3.1847**

Nonpriority creditor's name and mailing address
**REX A HOUGHTON & MARGARET**
**9510 LYON ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$670.87

---

**3.1848**

Nonpriority creditor's name and mailing address
**REX BROWN & MARY K BROWN**
**16751 1200 RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$94.75

---

**3.1849**

Nonpriority creditor's name and mailing address
**REX J KOLSTE**
**4105 PARK VIEW DRIVE**
**JANESVILLE, WI 53546-1777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$59.99

---

**3.1850**

Nonpriority creditor's name and mailing address
**RH HOLDINGS, LLC**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1,278.86

---

**3.1851**

Nonpriority creditor's name and mailing address
**RHONDA S STRINGER**
**3130 BRIGGS**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$87.03

---

**3.1852**

Nonpriority creditor's name and mailing address
**RICHARD & LINDA REINHARDT**
**14465 210TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$168.04

---

Debtor **PostRock Energy Corporation**
Name

Case number (*if known*) **16-11230-SAH**

---

3.185
3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.33
**RICHARD & ROBIN COMPSTON**
**PO BOX 486**
**S. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.185
4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61.40
**RICHARD & VIRGINIA R SHORT,**
**2100 NEW HAMPSHIRE**
**LAWRENCE, KS 66046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.185
5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.27
**RICHARD DWIGHT CHILDERS**
**4472 HIGHES BR RD**
**HUNTINGTON, WV 25701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.185
6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112.42
**RICHARD E WILES**
**9411 RENO RD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.185
7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82.89
**RICHARD F BOND &**
**HC 61, BOX 61**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.185
8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.95
**RICHARD G MURRELL & LINDA I**
**1121 S. WASHINGTON**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.185
9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.93
**RICHARD J & THERESIA L GAGAN**
**HC 61 BOX 36**
**LENAPAH, OK 74042-1515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.54** |
|---|---|---|---|

**RICHARD KENT & DEBRA COOPER**
P. O. BOX 112
EDNA, KS 67342

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$91.30** |
|---|---|---|---|

**RICHARD L & DALENE HOLTZMAN**
P O BOX 267
THAYER, KS 66776

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$436.61** |
|---|---|---|---|

**RICHARD L & DEBRA D BRADFORD,**
14373 VIOLA ROAD
CHANUTE, KS 66720

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.82** |
|---|---|---|---|

**RICHARD L & MARLENE A CLARK**
8775 QUEEN ROAD
ST. PAUL, KS 66771

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98.73** |
|---|---|---|---|

**RICHARD L BABCOCK & MICHAEL D**
23039 QUEENS RD
PARSONS, KS 67357

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.75** |
|---|---|---|---|

**RICHARD L BRADFORD LIV TR**
14373 VIOLA RD
CHANUTE, KS 66720

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63.54** |
|---|---|---|---|

**RICHARD L KIMREY**
3305 MEADE ROAD
PARSONS, KS 67357

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**

Name

Case number (if known)    **16-11230-SAH**

| | | |
|---|---|---|
| 3.186 7 | **Nonpriority creditor's name and mailing address** | $14.67 |

**RICHARD L PAULEY**
**1554 PREASE ROAD**
**BUCHANAN, VA 24066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.186 8 | **Nonpriority creditor's name and mailing address** | $47.66 |

**RICHARD LAWRENCE PORTER**
**5225 FLEETWOOD OAKS DRIVE #627**
**DALLAS, TX 75235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.186 9 | **Nonpriority creditor's name and mailing address** | $0.37 |

**RICHARD M LEWIS**
**PO BOX 102170**
**DENVER, CO 80250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.187 0 | **Nonpriority creditor's name and mailing address** | $93.81 |

**RICHARD M ROBEY**
**1007 OAKWOOD TERRACE**
**ST. MARYS, WV 26170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.187 1 | **Nonpriority creditor's name and mailing address** | $65.18 |

**RICHARD MAXON**
**2507 CHURCHILL DRIVE**
**BARTLESVILLE, OK 74006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.187 2 | **Nonpriority creditor's name and mailing address** | $59.74 |

**RICHARD N & CLAUDETTE J DENNIS**
**16225 FORD ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.187 3 | **Nonpriority creditor's name and mailing address** | $44.21 |

**RICHARD N & GLORIA J GREVE**
**201 N. PLUMMER**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.187
4**

**Nonpriority creditor's name and mailing address**
**RICHARD N STURDEVANT**
**1308 N. 1100 ROAD**
**LAWRENCE, KS 66046-9613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$143.10

---

**3.187
5**

**Nonpriority creditor's name and mailing address**
**RICHARD N STURDEVANT &**
**1308 N. 1100 ROAD**
**LAWRENCE, KS 66046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$286.20

---

**3.187
6**

**Nonpriority creditor's name and mailing address**
**RICHARD R STREETS**
**39153 MILLER RD**
**SLIDELL, LA 70461-2311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$319.63

---

**3.187
7**

**Nonpriority creditor's name and mailing address**
**RICHARD S & KAREN D WILSON**
**PO BOX 521168**
**TULSA, OK 74152**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1,923.78

---

**3.187
8**

**Nonpriority creditor's name and mailing address**
**RICHARD S SPANGLER**
**11611 TAMPA AVE.**
**NORTHRIDGE, CA 91326**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$14.80

---

**3.187
9**

**Nonpriority creditor's name and mailing address**
**RICHARD STEVEN MEADOR**
**1819 CORALBERRY COURT**
**CINCINNATI, OH 45230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$104.98

---

**3.188
0**

**Nonpriority creditor's name and mailing address**
**RICHARD T & SUZANNE LACKEY JR**
**1068 GREEN MEADOW**
**CHARLESTON, WV 25314**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$96.74

---

Debtor **PostRock Energy Corporation**
Name

Case number (if known) **16-11230-SAH**

---

**3.188**
**1**

**Nonpriority creditor's name and mailing address**
**RICHARD VARNER & BEVERLY**
**16948 HWY K16**
**DENISON, KS 66419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$138.95

---

**3.188**
**2**

**Nonpriority creditor's name and mailing address**
**RICHARD W WILLHOUR**
**5005 EAST 86TH PLACE SOUTH**
**TULSA, OK 74137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$3.57

---

**3.188**
**3**

**Nonpriority creditor's name and mailing address**
**RICHARD WESLEY TINK**
**31 HILLTOP ROAD**
**EWING, NJ '08638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$15.02

---

**3.188**
**4**

**Nonpriority creditor's name and mailing address**
**RICHARD WILLIAM AUER DBA**
**PO BOX 159**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$5.92

---

**3.188**
**5**

**Nonpriority creditor's name and mailing address**
**RICK & ALICE LONG**
**RT 1 BOX 366**
**SOUTH COFFEYVILLE, OK 74072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$189.82

---

**3.188**
**6**

**Nonpriority creditor's name and mailing address**
**RICK & MARSHA WINGATE LIV TRST**
**11725 HARPER ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$578.13

---

**3.188**
**7**

**Nonpriority creditor's name and mailing address**
**RICK E & TERESA M BRADLEY**
**1691 CR 5700**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

$113.40

---

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.188 8**

**Nonpriority creditor's name and mailing address**

**RICK J RUTTER & KIM UDEN**
**21254 2400TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$276.27

---

**3.188 9**

**Nonpriority creditor's name and mailing address**

**RICK L RANABARGER**
**6700 140TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$20.21

---

**3.189 0**

**Nonpriority creditor's name and mailing address**

**RICK M BLANCETT**
**P.O. BOX 369**
**GOLDEN CITY, MO 64748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$80.36

---

**3.189 1**

**Nonpriority creditor's name and mailing address**

**RICKEY A & MARY E HIZEY, JTS**
**1743 2400 RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$96.21

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

**RICKEY A HIZEY REV TRST DTD**
**1743 2400 RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$20.91

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

**RICKEY DEAN TURNER**
**3216 AMBERWOOD CT**
**EDMOND, OK 73003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1.67

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

**RICKY D & DARLENE M SPENCER**
**19070 IRVING RD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$59.58

---

Debtor    **PostRock Energy Corporation**                                      Case number (if known)    **16-11230-SAH**
_____
Name

| 3.189 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RICKY D WOOD**
**427454 E. 20TH ROAD**
**WELCH, OK 74369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$62.90

---

**Nonpriority creditor's name and mailing address**
**RICKY LEE MYERS**
**23054 KIOWA RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$68.67

3.189 6

---

**Nonpriority creditor's name and mailing address**
**RICKY LYNN RATZLAFF &**
**7830 500 ROAD**
**FREDONIA, KS 66736**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$76.92

3.189 7

---

**Nonpriority creditor's name and mailing address**
**RILEY R & SHARON K HOLMES,**
**P.O. BOX 275**
**BUSHLAND, TX 79012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$424.43

3.189 8

---

**Nonpriority creditor's name and mailing address**
**RITA KAY HARRIS**
**2704A N LOMA LINDA DRIVE**
**JOPLIN, MO 64804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$120.36

3.189 9

---

**Nonpriority creditor's name and mailing address**
**RITA M BERND, LINDA A BARRAGAR**
**4946 CR 5400**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$3.87

3.190 0

---

**Nonpriority creditor's name and mailing address**
**RIVER FARMS, INC**
**4303 W. 112TH TER.**
**LEAWOOD, KS 66211-1718**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No  ☐ Yes

$1,048.89

3.190 1

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.190 2**

**Nonpriority creditor's name and mailing address**

**RIVERSIDE RESOURCES LLC**
**955 BULL CREEK ROAD**
**WAVERLY, WV 26184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$20.64**

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

**ROANOKE RANCH & INVESTMENT,**
**325 N ST PAUL, STE 4300**
**DALLAS, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$188.47**

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

**ROBERT & AIMEE VANDERFORD**
**10936 S. 2151 STREET E. AVENUE**
**BROKEN ARROW, OK 74014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$144.13**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**ROBERT & CAROLYN ADAMS LV TRST**
**21069 JACKSON RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$545.78**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**ROBERT & CHERYL ANN BEAM**
**1014 HILLCREST DRIVE**
**GROVE, OK 74344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$93.41**

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**ROBERT & L COLENE JONES, TRST**
**5083 CHASE ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1,313.49**

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

**ROBERT & MARILYN LESLIE**
**P.O. BOX 119**
**SPALDING, NE 68666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$37.24**

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.1909**

Nonpriority creditor's name and mailing address
**ROBERT A DAYER**
**3008 N IRONWOOD AVENUE**
**BROKEN ARROW, OK 74012-2007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$22.87**

---

**3.1910**

Nonpriority creditor's name and mailing address
**ROBERT A KEPLEY & TERI S**
**1328 W. 11TH ST.**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$67.17**

---

**3.1911**

Nonpriority creditor's name and mailing address
**ROBERT B HAUGHT**
**6575 ARK RD**
**GLOUSTER, VA 23061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$24.78**

---

**3.1912**

Nonpriority creditor's name and mailing address
**ROBERT CHARLES GIBBS &**
**611 QUAIL CREEK ROAD**
**PARSON, KS 67357-2257**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$81.93**

---

**3.1913**

Nonpriority creditor's name and mailing address
**ROBERT D & JULIE H TONNESON**
**59063 203RD STREET**
**MANKATO, MN 56001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$83.84**

---

**3.1914**

Nonpriority creditor's name and mailing address
**ROBERT D BARNOW &**
**6885 130TH RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$114.55**

---

**3.1915**

Nonpriority creditor's name and mailing address
**ROBERT D CELAINE RIDDLE TRST**
**RT 2 BOX 21B**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$6.57**

---

Debtor    **PostRock Energy Corporation**                                   Case number (if known)    **16-11230-SAH**
          Name

| 3.191 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.57 |

**ROBERT D HEADY & ELIZABETH J**
**ROUTE 3, BOX 297**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.79 |

**ROBERT D MIDDLETON & IRMA M**
**824 20000 RD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.60 |

**ROBERT D REVELL & LORI ELAINE**
**14625 50TH ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.72 |

**ROBERT DOUGLAS GRIMM**
**341 CYPRESS RD**
**ST. AUGUSTINE, FL 32086-6737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.92 |

**ROBERT E & MARCIA A CLINE**
**121 SOUTH 7TH**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.89 |

**ROBERT E HAMMETT**
**NO. 2 PINE CREEK LANE**
**HOUSTON, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.94 |

**ROBERT E HAMSHER**
**1147 CREEKSIDE COURT**
**BURTON, MI 48509-1460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

| 3.192<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT E MORRIS**
**RT 1 BOX 241A**
**CAIRO, WV 26337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.31 |
|---|---|---|---|

**ROBERT E ROBERTS**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.36 |
|---|---|---|---|

**ROBERT E ROBERTS REV TRST**
**4062 CHASE ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $693.35 |
|---|---|---|---|

**ROBERT E SMITH & MARY ELAINE**
**1318 W. MAIN**
**ANTLERS, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.90 |
|---|---|---|---|

**ROBERT G ROWE**
**303 MARKET COURT**
**FULLERTON, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.60 |
|---|---|---|---|

**ROBERT GLEN SWILER**
**16672 MEADE ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.91 |
|---|---|---|---|

**ROBERT H PARKS**
**791 COLLINS RD**
**LITTLE HOCKING, OH 45742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.193 0**

**Nonpriority creditor's name and mailing address**
**ROBERT HOOD**
**28351 SHADOW MOUNTAIN DRIVE**
**CONIFER, CO 80433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$3.98**

---

**3.193 1**

**Nonpriority creditor's name and mailing address**
**ROBERT J & CONNIE J CAMPBELL**
**14605 HIGHWAY 59**
**ERIE, KS 67333**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$243.27**

---

**3.193 2**

**Nonpriority creditor's name and mailing address**
**ROBERT J & SHERI LYNN ELLIS**
**7043 SOUTH KENDALL COURT**
**LITTLETON, CO 80128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$50.55**

---

**3.193 3**

**Nonpriority creditor's name and mailing address**
**ROBERT J HOUGHTON**
**8270 MEADE ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$339.39**

---

**3.193 4**

**Nonpriority creditor's name and mailing address**
**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$598.33**

---

**3.193 5**

**Nonpriority creditor's name and mailing address**
**ROBERT JAMES FOLK**
**BOX 127**
**SOUTH COFFEYVILLE, OK 74072**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$312.86**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**
**ROBERT JASON HAUGHT**
**118 CRESTWOOD DR.**
**PARKERSBURG, WV 26104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$32.15**

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.193**
**7**

**Nonpriority creditor's name and mailing address**
**ROBERT K JOHN**
**8490 ELK RD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$954.70

---

**3.193**
**8**

**Nonpriority creditor's name and mailing address**
**ROBERT L & TRELLIS E LUBBERS**
**23035 GRAY ROAD**
**DENNIS, KS 67341**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$186.79

---

**3.193**
**9**

**Nonpriority creditor's name and mailing address**
**ROBERT L MERRITT**
**8742 WICHITA RD**
**THAYER, KS 66776-8131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$452.36

---

**3.194**
**0**

**Nonpriority creditor's name and mailing address**
**ROBERT LYNN PORTER**
**20522 DEER HOLLOW DR.**
**EDMOND, OK 73012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$47.66

---

**3.194**
**1**

**Nonpriority creditor's name and mailing address**
**ROBERT M & ARDIS M NOVOTNY,**
**5010 DOUGLAS RD**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$394.91

---

**3.194**
**2**

**Nonpriority creditor's name and mailing address**
**ROBERT M BELL**
**5288 COORS STREET**
**ARVADA, CO 80002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$53.04

---

**3.194**
**3**

**Nonpriority creditor's name and mailing address**
**ROBERT M HALL**
**202 SOUTH WEBSTER**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$96.34

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.194<br>4**

**Nonpriority creditor's name and mailing address**

**ROBERT R & PATRICIA J O'BRIEN<br>3072 N. 2ND ST.<br>CHETOPA, KS 67336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$82.05

---

**3.194<br>5**

**Nonpriority creditor's name and mailing address**

**ROBERT R JONES 3630<br>PO BOX 1<br>SAND FORK, WV 26430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$11.66

---

**3.194<br>6**

**Nonpriority creditor's name and mailing address**

**ROBERT R WILLHOUR<br>612 HILLVIEW COURT<br>FORT COLLINS, CO 80526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$3.57

---

**3.194<br>7**

**Nonpriority creditor's name and mailing address**

**ROBERT REXROAD<br>2725 ONTARIO ROAD<br>UNIONTOWN, OH 44685-8360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$57.97

---

**3.194<br>8**

**Nonpriority creditor's name and mailing address**

**ROBERT W & REBECCA A JOHNSON,<br>265 VINITA RD<br>NOWATA, OK 74048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$59.33

---

**3.194<br>9**

**Nonpriority creditor's name and mailing address**

**ROBERTA MCCOY<br>P.O. BOX 5<br>SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$248.35

---

**3.195<br>0**

**Nonpriority creditor's name and mailing address**

**ROBIN & NAOMI OLSON, H/W<br>1910 CANTER LANE<br>MARRIOTSVILLE, MD 21104-1152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$184.58

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.195**
**1**

**Nonpriority creditor's name and mailing address**
**ROBIN J COOK**
**715 FOX AVE.**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$68.39**

---

**3.195**
**2**

**Nonpriority creditor's name and mailing address**
**ROBIN LANDRUM**
**PO BOX 100**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$39.02**

---

**3.195**
**3**

**Nonpriority creditor's name and mailing address**
**ROBIN MOORE**
**890 4000 ROAD**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$51.32**

---

**3.195**
**4**

**Nonpriority creditor's name and mailing address**
**ROCK FUND I LTD.**
**C/O 1000 BALLPARK WAY, STE 216**
**ARLINGTON, KS 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$54.86**

---

**3.195**
**5**

**Nonpriority creditor's name and mailing address**
**ROCKNE RAY MAXSON**
**2111 YALE AVE.**
**MIAMI, OK 74354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$17.11**

---

**3.195**
**6**

**Nonpriority creditor's name and mailing address**
**RODERICK EARL LANHAM**
**526 NORTHILL DRIVE**
**RICHARDSON, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$51.48**

---

**3.195**
**7**

**Nonpriority creditor's name and mailing address**
**RODNEY & DARLENE HUGHES H/W JT**
**3475 HARPER ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$220.31**

---

Debtor    **PostRock Energy Corporation**                                           Case number (if known)    **16-11230-SAH**

Name

---

| 3.195 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.02 |
|---|---|---|---|

**RODNEY ALAN MCCLOY**
**2906 BROOKSIDE CT**
**LA GRANGE, KY 40031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.02 |
|---|---|---|---|

**RODNEY D & SUSAN M BAKER, H/W**
**23029 HARPER RD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.64 |
|---|---|---|---|

**RODNEY DALE & TERRI L WALKER**
**7345 U.S. HWY 169**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.28 |
|---|---|---|---|

**RODNEY L HAMBLETON & EDWINA L**
**1018 25000 RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.48 |
|---|---|---|---|

**ROGER ELLIOTT**
**19730 IRVING ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.93 |
|---|---|---|---|

**ROGER J & CAROL A LEE**
**3015 DIRR**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.26 |
|---|---|---|---|

**ROGERS RESOURCES, LLC**
**7922 S. BUCHANAN WAY**
**AURORA, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **PostRock Energy Corporation**

Name

Case number (if known)    **16-11230-SAH**

---

| 3.196 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.93 |
|---|---|---|---|

**ROLLAND W MARINO JR**
**1415 SOUTHRIDGE DR.**
**BREA, CA 92821-0195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.40 |
|---|---|---|---|

**ROMA J & EDDIE D HENLEY**
**8091 2400 ROAD**
**FREDONIA, KS 66736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.38 |
|---|---|---|---|

**RON & LISA TREAT**
**9369 DYNAMITE ROAD**
**LAKESIDE, AZ 85929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.29 |
|---|---|---|---|

**RONALD D DANNELS, DAYNA R**
**P.O. BOX 82**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.72 |
|---|---|---|---|

**RONALD D GREEN**
**PO BOX 97**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.11 |
|---|---|---|---|

**RONALD E CHILDERS**
**521 ALTON RD**
**GALLOWAY, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.47 |
|---|---|---|---|

**RONALD F & SANDRA J CAVENDER**
**321A RR 1**
**SALT ROCK, WV 25559-9728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**
Name

Case number (*if known*) **16-11230-SAH**

---

3.197
2

**Nonpriority creditor's name and mailing address**
**RONALD G & TERRI L WINKLER**
**P.O. BOX 154**
**GALESBURG, KS 66740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$39.54

---

3.197
3

**Nonpriority creditor's name and mailing address**
**RONALD HATFIELD**
**779 MOATS RD.**
**ELLENBORO, WV 26346**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$4.62

---

3.197
4

**Nonpriority creditor's name and mailing address**
**RONALD J SMITH & SHARILYN M.**
**1624 DOVER ROAD**
**EMPORIA, KS 66801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$581.65

---

3.197
5

**Nonpriority creditor's name and mailing address**
**RONALD JR & ANGELINE VYHLIDAL,**
**7570 HARPER RD**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$58.42

---

3.197
6

**Nonpriority creditor's name and mailing address**
**RONALD L & JUDITH ALEXANDER**
**837 5000 ROAD**
**EDNA, KS 67342**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$93.25

---

3.197
7

**Nonpriority creditor's name and mailing address**
**RONALD L MADRON REV TRST U/A**
**198 B 5000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$698.65

---

3.197
8

**Nonpriority creditor's name and mailing address**
**RONALD L ROGERS**
**1623 ROAD 1**
**CEDAR VALE, KS 67024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **PostRock Energy Corporation**                                     Case number *(if known)*    **16-11230-SAH**
          Name

---

**3.197 9**

**Nonpriority creditor's name and mailing address**                                                                                                $1.96

**RONALD L VANDENBARK**
**262 LARA DR**
**ZANESVILLES, OH 43701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198 0**

**Nonpriority creditor's name and mailing address**                                                                                                $0.00

**RONALD M BRADLEY**
**946 SHORT RUN RD.**
**PENNSBORO, WV 26415**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198 1**

**Nonpriority creditor's name and mailing address**                                                                                                $89.74

**RONALD N OLSON**
**16225 210TH ROAD**
**ERIE, KS 66733**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198 2**

**Nonpriority creditor's name and mailing address**                                                                                                $47.91

**RONALD R FLOWERS &**
**16440 GRAY ROAD**
**CHANUTE, KS 66720**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198 3**

**Nonpriority creditor's name and mailing address**                                                                                                $37.99

**RONALD R NUTT**
**723 WIGNER AVE**
**HARRISVILLE, WV 26362**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198 4**

**Nonpriority creditor's name and mailing address**                                                                                                $504.93

**RONALD R STOTTS**
**1681 CR 5300**
**COFFEYVILLE, KS 67337**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198 5**

**Nonpriority creditor's name and mailing address**                                                                                                $444.06

**RONALD TRIM**
**10700 FORD ROAD**
**THAYER, KS 66776**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.198 6**

**Nonpriority creditor's name and mailing address**
**RONALD V ELY**
**1505 150TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$658.94**

---

**3.198 7**

**Nonpriority creditor's name and mailing address**
**RONALD W ASTON**
**1212 COURTLAND RD**
**WEIRTON, WV 26062-5104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.41**

---

**3.198 8**

**Nonpriority creditor's name and mailing address**
**RONALD W NEIDIGH**
**787 1000 ROAD**
**EDNA, KS 67342-9349**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$232.68**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**
**RONALD W PARKS**
**6101 VALLEY PARK DRIVE**
**HUNTSVILLE, AL 35810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.64**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**
**RONNIE E & LINDA K WEST**
**1501 25000 RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$96.59**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**
**RONNIE E MCGUIRE**
**8680 NESS RD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$56.21**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**
**RONNIE JOE & SONDRA D HARRIS**
**9605 QUEEN ROAD**
**ST. PAUL, KS 66771**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$835.86**

---

Debtor    **PostRock Energy Corporation**
          _____
          Name

Case number (*if known*)   **16-11230-SAH**

---

| 3.199 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.36 |

**Nonpriority creditor's name and mailing address**
**ROSA BELLE GAINER**
**P. O. BOX 12**
**GLENVILLE, WV 26351**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$0.36**

---

| 3.199 4 |

**Nonpriority creditor's name and mailing address**
**ROSS GOSNEY**
**PO BOX 1013**
**BAYFIELD, CO 81122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,212.12**

---

| 3.199 5 |

**Nonpriority creditor's name and mailing address**
**ROST ENERGY CO**
**P.O. BOX 615**
**LIGONIER, PA 16568**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$273.01**

---

| 3.199 6 |

**Nonpriority creditor's name and mailing address**
**ROXIE HENDRICKS**
**36321 N. 12TH ST.**
**PHOENIX, AZ 85086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$525.77**

---

| 3.199 7 |

**Nonpriority creditor's name and mailing address**
**ROY & MARIAN CARSON, H/W JT**
**2116 W. COMSTOCK DR.**
**CHANDLER, AZ 85224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$75.19**

---

| 3.199 8 |

**Nonpriority creditor's name and mailing address**
**ROY A. CAMPBELL**
**8331 SISSONVILLE DR**
**CHARLESTON, WV 25320**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$46.20**

---

| 3.199 9 |

**Nonpriority creditor's name and mailing address**
**ROY BURNER OR PATRICIA BURNER**
**1535 BREAM ST**
**MERRITT ISLAND, FL 32953**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$2.21**

---

Debtor  **PostRock Energy Corporation**
Name

Case number (*if known*)  **16-11230-SAH**

| | |
|---|---|
| 3.200 0 | |

**Nonpriority creditor's name and mailing address**
**ROY D ADAMS**
**18500 FORD RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$82.11**

---

| | |
|---|---|
| 3.200 1 | |

**Nonpriority creditor's name and mailing address**
**ROY D HADLEY**
**43 BRIDGE WAY N**
**MIDDLEBOURNE, WV 26149**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.200 2 | |

**Nonpriority creditor's name and mailing address**
**ROY E ANGLIN**
**RR1 BOX 107**
**WANN, OK 74083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$241.23**

---

| | |
|---|---|
| 3.200 3 | |

**Nonpriority creditor's name and mailing address**
**ROY E ANGLIN & REGENT BANK,**
**RT 1, BOX 107**
**WANN, OK 74083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,001.21**

---

| | |
|---|---|
| 3.200 4 | |

**Nonpriority creditor's name and mailing address**
**ROY E VARNER & ROBIN L VARNER,**
**18911 U.S. 75 HWY**
**BENEDICT, KS 66714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$360.49**

---

| | |
|---|---|
| 3.200 5 | |

**Nonpriority creditor's name and mailing address**
**ROY G HILDRETH & SONS INC**
**PO BOX 1007**
**SPENCER, WV 25276**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$282.83**

---

| | |
|---|---|
| 3.200 6 | |

**Nonpriority creditor's name and mailing address**
**ROY L THOMPSON**
**991 22000 RD**
**PARSONS, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$46.06**

---

Debtor **PostRock Energy Corporation**
Name
Case number *(if known)* **16-11230-SAH**

| 3.200 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$82.93** |
|---|---|---|---|

**ROY LOWELL THOMPSON & JUDITH L**
**991 22000 RD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Payments_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102.98** |
|---|---|---|---|

**ROYCE E SAUBERS**
**1574 10TH ROAD**
**BUFFALO, KS 66717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Payments_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,910.84** |
|---|---|---|---|

**RP 2010, LLC**
**P.O. BOX 1094**
**NORTH PLATTE, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Payments_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RPI ENGINES**
**5401 North Wood Drive**
**Okmulgee, OK 74447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**RR DONNELLEY FINANCIAL, INC**
**PO BOX 93271**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,025.10** |
|---|---|---|---|

**RUBY A OLSON**
**19676 1800TH ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Payments_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74.22** |
|---|---|---|---|

**RUBY F BLACK**
**831 20000 ROAD**
**MOUND VALLEY, KS 67354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Royalty Payments_

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)* **16-11230-SAH**

| 3.2014 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.19 |
|---|---|---|---|
| | **RUDY R HECKER**<br>**4254 REKA DRIVE**<br>**ANCHORAGE, AK 99508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2015 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.67 |
|---|---|---|---|
| | **RUNNIN 'F' INC**<br>**RT 1 BOX 150**<br>**DELAWARE, OK 74027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2016 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.40 |
|---|---|---|---|
| | **RUSSELL & TERRY MCKEE**<br>**BOX 130**<br>**EDNA, KS 67342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2017 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.92 |
|---|---|---|---|
| | **RUSSELL DEAN RATZLAFF &**<br>**619 N. 6TH**<br>**FREDONIA, KS 66736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2018 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.65 |
|---|---|---|---|
| | **RUSSELL J & NORITA F MARTIN**<br>**6730 NORTH 4010 ROAD**<br>**COPAN, OK 74022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2019 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559.88 |
|---|---|---|---|
| | **RUSSELL L BUSSMAN**<br>**7005 UNION TERRACE LANE N.**<br>**MAPLE GROVE, MN 55369** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2020 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.64 |
|---|---|---|---|
| | **RUSSELL L WALKER**<br>**201 E 1ST**<br>**ALTOONA, KS 66710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalty Payments** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **PostRock Energy Corporation**

Name

Case number (*if known*)  **16-11230-SAH**

---

| 3.202 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUSSELL LEWIS HEADY**
**12900 160TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$17.72

---

| 3.202 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUSSELL S CLEAVER**
**17495 135TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$193.28

---

| 3.202 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH A LINVILLE**
**3351 RAIN ROAD**
**CHAPMAN, KS 67431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$91.47

---

| 3.202 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH ANN FLANAGAN**
**16662 FM 1716 E**
**HENDERSON, TX 75652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.202 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH STEVENS REVOCABLE TRUST**
**500 LAKEWOOD DRIVE**
**FAIRVIEW, TX 75069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$54.31

---

| 3.202 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RWJ FARMS, LLC**
**PO BOX 2817**
**WICHITA, KS 67201-2817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$90.11

---

| 3.202 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RYAN J. ELLIS**
**7045 S. KENDALL BLVD**
**LITTLETON, CO 80128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$55.02

---

Debtor    **PostRock Energy Corporation**

Name

Case number *(if known)*    **16-11230-SAH**

---

| 3.202 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.60** |
| **RYAN P BERG & AMY MEEKER-BERG** | ☐ Contingent | |
| **220 HIGH STREET** | ☐ Unliquidated | |
| **BALDWIN CITY, KS 66006** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.31** |
| **S & C PROPERTIES** | ☐ Contingent | |
| **PO BOX 601295** | ☐ Unliquidated | |
| **DALLAS, TX 75360-1295** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.30** |
| **S&S OIL & GAS, LLC** | ☐ Contingent | |
| **P.O. BOX 659** | ☐ Unliquidated | |
| **SKIATOOK, OK 74070** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,406.90** |
| **SAFETY-KLEEN SYSTEMS, INC** | ☐ Contingent | |
| **PO BOX 650509** | ☐ Unliquidated | |
| **DALLAS, TX 75265-0509** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.34** |
| **SALLIE TIERNEY GAMMAGE** | ☐ Contingent | |
| **705 WILLIAMS AVE.** | ☐ Unliquidated | |
| **NATCHITOCHES, LA 71457** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.86** |
| **SAMUAL R NODO** | ☐ Contingent | |
| **2161 KENYON AVE. NW** | ☐ Unliquidated | |
| **MASSILON, OH 44646** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.89** |
| **SAMUEL C HAMMETT** | ☐ Contingent | |
| **955 BULL CREEK RD** | ☐ Unliquidated | |
| **WAVERLY, WV 26184** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Royalty Payments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

| 3.203 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.69** |
|---|---|---|---|

**SAMUEL L OAKLEAF**
**887 W. JEFFERSON**
**HOWARD, KS 67349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.58** |
|---|---|---|---|

**SAMUEL L OAKLEAF & REBECCA**
**887 W. JEFFERSON**
**HOWARD, KS 67349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SANDRA GARDNER**
**304 CAMINO REAL**
**HOWEY IN THE HILLS, FL 34737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.64** |
|---|---|---|---|

**SANDRA L MOORE**
**RR1 BOX 159**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.02** |
|---|---|---|---|

**SANDRA S DYKE**
**26055 ELK ROAD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.63** |
|---|---|---|---|

**SARA JOHNSON BERRY**
**497 PITCHERCANE RD**
**HOT SPRINGS, AR 71901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.73** |
|---|---|---|---|

**SARAH A RUBOW**
**403 BUNKER AVENUE**
**AZTEC, NM 87410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | PostRock Energy Corporation | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.204 2**

**Nonpriority creditor's name and mailing address**

**SCHELL FAMILY TRUST**
**17875 GRADY RD.**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$21.65**

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

**SCHULEIN COMPANY**
**1775 SHERMAN ST, STE 2950**
**DENVER, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$5.24**

---

**3.204 4**

**Nonpriority creditor's name and mailing address**

**SCHULTZ FARM, LLC**
**P.O. BOX 125**
**SOUTH COFFEYVILLE, OK 74072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$117.18**

---

**3.204 5**

**Nonpriority creditor's name and mailing address**

**SCOTT & JANE A SWEZEY**
**2375 IRVING ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$57.22**

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

**SCOTT L & VALERIE K GARRETT**
**8501 N NOB HILL DR**
**TUCSON, AZ 85742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.204 7**

**Nonpriority creditor's name and mailing address**

**SCOTT SMITH & STACY SMITH,**
**633 23000 ROAD**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$164.67**

---

**3.204 8**

**Nonpriority creditor's name and mailing address**

**SCOTT VAUGHAN**
**RT 1**
**SALTROCK, WV 25559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$2.55**

---

Debtor    **PostRock Energy Corporation**
_____
Name

Case number (if known)    **16-11230-SAH**

---

| 3.2049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.11 |
|---|---|---|---|

**SEE DER RIDGE, LLC**
**24218 US 7 HWY**
**BUFFALO, KS 66717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.12 |
|---|---|---|---|

**SEIDL FARMS, LLC**
**30830 W. 90TH STREET**
**DESOTO, KS 66018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.16 |
|---|---|---|---|

**SEK ENERGY OPERATING**
**PO BOX 55**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,934.69 |
|---|---|---|---|

**SEK ENERGY OPERATING, LLC**
**P.O. BOX 55**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.10 |
|---|---|---|---|

**SERENITY G VAUGHAN**

**SALTROCK, WV 25559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.04 |
|---|---|---|---|

**SHADY CREEK AGRICULTURAL**
**10600 170TH ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.69 |
|---|---|---|---|

**SHANE M BARNHART**
**16435 MARSHALL RD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PostRock Energy Corporation**

Name

Case number *(if known)*   **16-11230-SAH**

---

| 3.205 6 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**SHAREHOLDERCOM**
**PO BOX 8500**
**LOCKBOX 30200**
**PHILADELPHIA, PA 19178-0200**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.205 7 | **Nonpriority creditor's name and mailing address** | | **$391.29** |
|---|---|---|---|

**SHAREN B STOCKEBRAND**
**1964 110TH RD**
**YATES CENTER, KS 66783**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.205 8 | **Nonpriority creditor's name and mailing address** | | **$1.54** |
|---|---|---|---|

**SHARLENE PITTMAN**
**RT. 1 BOX 176A**
**HARRISVILLE, WV 26362**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.205 9 | **Nonpriority creditor's name and mailing address** | | **$2.85** |
|---|---|---|---|

**SHARON L REAVES LIV TRST,**
**20814 1900 RD**
**CHANUTE, KS 66720**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.206 0 | **Nonpriority creditor's name and mailing address** | | **$21.49** |
|---|---|---|---|

**SHARON L ROBERTSON**
**1302 S EDITH**
**CHANUTE, KS 66720**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.206 1 | **Nonpriority creditor's name and mailing address** | | **$203.04** |
|---|---|---|---|

**SHARON L STOVER**
**18548 1800TH RD**
**ALTOONA, KS 66710**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.206 2 | **Nonpriority creditor's name and mailing address** | | **$4.78** |
|---|---|---|---|

**SHARON LAMBKIN**
**104 COUNTY ROAD 2313**
**PITTSBURG, TX 75686**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                                              Case number (if known)    **16-11230-SAH**
                  Name

| 3.206 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.91 |

**SHARON MCINTYRE GRIFFETH EXEC**
**27 SHADY BROOK DR**
**LANGHORNE, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.26 |

**SHARON SUE MOORE**
**5214 BRISCOE RD**
**PARKERSBURG, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.24 |

**SHEILA GUY**
**3811 ROOT, N.E.**
**CANTON, OH 44705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |

**SHEILA M HOENES**
**20 WEST MAGGIE CT**
**WENDELL, NC 27591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.70 |

**SHELDON GOSNEY**
**PO BOX 1018**
**IGNACIO, CO 81137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.44 |

**SHERRI E BRANT**
**4070 120TH STREET**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.06 |

**SHIRLEY BRINKMAN**
**RT 1 BOX 358**
**S COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

**SHIRLEY E BURCHARD**
**164 CARPENTERS RUN RD**
**WAVERLY, WV 26184**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$79.58

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

**SHIRLEY FINLEY LIV TR**
**1420 HWY 39**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$177.70

---

**3.207 2**

**Nonpriority creditor's name and mailing address**

**SHIRLEY FLINTOM**
**11885 SURFBIRD CIRCLE**
**JACKSONVILLE, FL 32265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$0.82

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

**SHIRLEY J ELLIS, ADMINISTRATOR**
**525 SHAWNEE**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$4.83

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

**SHIRLEY J ELLIS, TTEE**
**525 SHAWNEE**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$4.83

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

**SHIRLEY J MCDANIEL**
**905 W 109TH NORTH**
**VALLEY CENTER, KS 67147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$70.05

---

**3.207 6**

**Nonpriority creditor's name and mailing address**

**SHIRLEY M DRISKILL**
**6873 SCOTT ROAD**
**NEODESHA, KS 66757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$190.02

---

Debtor **PostRock Energy Corporation**
         Name

Case number *(if known)* **16-11230-SAH**

| | |
|---|---|
| **3.207** **7** | |

**Nonpriority creditor's name and mailing address**
**SHIRLEY MATZ**
**43763 STATE ROUTE 26**
**WOODSFIELD, OH 43793**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$13.81

---

| | |
|---|---|
| **3.207** **8** | |

**Nonpriority creditor's name and mailing address**
**SHIRLEY MCDANIEL ALFORD**
**593 8000 RD**
**EDNA, KS 67342**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$476.79

---

| | |
|---|---|
| **3.207** **9** | |

**Nonpriority creditor's name and mailing address**
**SHIRLEY PHILLIPS**
**6104 WINDSOR DRIVE**
**FREDRICKSBURG, VA 22407**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$22.07

---

| | |
|---|---|
| **3.208** **0** | |

**Nonpriority creditor's name and mailing address**
**SHIRLEY POWERS**
**5435 K-47 HWY**
**THAYER, KS 66776**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$142.10

---

| | |
|---|---|
| **3.208** **1** | |

**Nonpriority creditor's name and mailing address**
**SHYREL ANN GEORGE**
**206 WEST 2ND**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$337.40

---

| | |
|---|---|
| **3.208** **2** | |

**Nonpriority creditor's name and mailing address**
**SIGNATURE STAFF RESOURCES LLC**
**2460 NORTH F.M. 740**
**HEATH, TX 75032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,192.00

---

| | |
|---|---|
| **3.208** **3** | |

**Nonpriority creditor's name and mailing address**
**SILTSTONE RESOURCES II, LLC**
**600 JEFFERSON STREET, STE 2000**
**HOUSTON, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$21.82

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.208 4**

**Nonpriority creditor's name and mailing address**
**SINGER BROTHERS A PARTNERSHIP**
**DEPT 1063**
**TULSA, OK 74182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$11.56

---

**3.208 5**

**Nonpriority creditor's name and mailing address**
**SINNI R KLINTWORTH**
**4081 BLENDON PT. DR.**
**COLUMBUS, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.03

---

**3.208 6**

**Nonpriority creditor's name and mailing address**
**SLUSHER LIVING TRUST**
**2204 N LOCH LOMOND CT**
**WICHITA, KS 67228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$57.44

---

**3.208 7**

**Nonpriority creditor's name and mailing address**
**SLYVIA WEBER & JAN MOORMAN**
**112 WILLOWOOD CIRCLE**
**HURRICANE, WV 25526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$67.86

---

**3.208 8**

**Nonpriority creditor's name and mailing address**
**SMITH & MORRIS TRST**
**PO DRAWER 99084**
**FORT WORTH, TX 76199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$61.76

---

**3.208 9**

**Nonpriority creditor's name and mailing address**
**SMITH REV TRST UTA DTD 6/24/02**
**PO BOX 2227**
**HOUSTON, TX 77252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$113.57

---

**3.209 0**

**Nonpriority creditor's name and mailing address**
**SOUTHWEST PETROLEUM COMPANY,**
**P.O. BOX 702377**
**DALLAS, TX 75370-2377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$947.64

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.209**
**1**

Nonpriority creditor's name and mailing address
**SOUTHWIND RESOURCES, INC**
**2209 MARKWELL PLACE**
**OKLAHOMA CITY, OK 73127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$190.90

---

**3.209**
**2**

Nonpriority creditor's name and mailing address
**SOWER FAMILY PARTNERSHIP, LLLP**
**PO BOX 91**
**BAYFIELD, CO 81122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$8.81

---

**3.209**
**3**

Nonpriority creditor's name and mailing address
**SPRINT**
**P.O. BOX 219100**
**KANSAS CITY, MO 64121-9100**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$22.76

---

**3.209**
**4**

Nonpriority creditor's name and mailing address
**SPRUCE GROVE METHODIST CHURCH**
**1430 COKELEY RIDGE**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$13.21

---

**3.209**
**5**

Nonpriority creditor's name and mailing address
**STACY A HAMMER**
**607 PAMELA ST**
**APT 6**
**TAHLEQUAH, OK 74464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.04

---

**3.209**
**6**

Nonpriority creditor's name and mailing address
**STAN & PAULETTE FRIEDERICH**
**12100 200 ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$16.14

---

**3.209**
**7**

Nonpriority creditor's name and mailing address
**STANLEY C & KATHERINE L STITT**
**8830 BROWN ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$485.31

---

Debtor   **PostRock Energy Corporation**     Case number *(if known)*   **16-11230-SAH**
Name

| 3.2098 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $106.06 |
|---|---|---|---|

**STANLEY O UMBARGER**
**6725 FORD RD**
**THAYER, KS 66776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2099 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $443.74 |
|---|---|---|---|

**STANLEY W & GLENDA K HAAG**
**575 2000 ROAD**
**COFFEYVILLE, KS 67337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $248.32 |
|---|---|---|---|

**STEFAN SCOTT & STACY M SMITH,**
**633 23000 ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.51 |
|---|---|---|---|

**STEFANIE A MINOR**
**372 FOWLER RD**
**HARRISVILLE, WV 26362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.04 |
|---|---|---|---|

**STEPHANIE HAMMER**
**4800 PARK HILL RD**
**TAHLEQUAH, OK 74464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $206.22 |
|---|---|---|---|

**STEPHANIE S SMITH**
**3905 GREGORY ROAD**
**EL RENO, OK 73036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $72.32 |
|---|---|---|---|

**STEPHEN & PAMELA NEWELL**
**1241 26000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Royalty Payments**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)*    **16-11230-SAH**

| | | |
|---|---|---|
| 3.210 5 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN A & ROSANNA HEISKELL,**<br>**1331 CHESS**<br>**PARSONS, KS 67357**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>$52.23 |
| 3.210 6 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN CARNEY**<br>**212 WEST PARK STREET**<br>**PITTSBURG, KS 66762**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>$67.27 |
| 3.210 7 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN D CAMPANELLA**<br>**910 FOX CHAPEL RD**<br>**PITTSBURGH, PA 15238**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>$2.62 |
| 3.210 8 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN D JEFFREY & DONA D**<br>**12375 80TH RD**<br>**ERIE, KS 66733**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>$24.36 |
| 3.210 9 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN DWIGHT COOPER &**<br>**743 - 1000 ROAD**<br>**EDNA, KS 67342**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>$167.44 |
| 3.211 0 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN J HANSEN &**<br>**19626 ANDERSON RD**<br>**CHANUTE, KS 66720**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>$96.28 |
| 3.211 1 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN M BILLS, AGENT**<br>**309 RAVENSHOLLOW DRIVE**<br>**CUYAHOGA FALLS, OH 44223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>$17.92 |

| Debtor | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.211**
**2**

**Nonpriority creditor's name and mailing address**
**STEPHEN O HELT & MARY ANN**
**934 19000 ROAD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$63.66

---

**3.211**
**3**

**Nonpriority creditor's name and mailing address**
**STEVE &/OR SANDRA ERBE**
**207 WATERMELON ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$20.69

---

**3.211**
**4**

**Nonpriority creditor's name and mailing address**
**STEVEN & EDITH ELLIOT**
**841 BIG SPRINGS RD**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$13.51

---

**3.211**
**5**

**Nonpriority creditor's name and mailing address**
**STEVEN ALLEN REGER**
**2103 MAXWELL AVE**
**PARKERSBURG, WV 26101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$28.98

---

**3.211**
**6**

**Nonpriority creditor's name and mailing address**
**STEVEN B FRIESS LIV TRST**
**23458 6600 RD.**
**THAYER, KS 66776-8169**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$392.36

---

**3.211**
**7**

**Nonpriority creditor's name and mailing address**
**STEVEN E & DIANA L SPIELBUSCH**
**4270 HIGHWAY 59**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$97.53

---

**3.211**
**8**

**Nonpriority creditor's name and mailing address**
**STEVEN E & DIANA L SPIELBUSCH**
**4270 HIGHWAY 59**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$64.55

---

Debtor  **PostRock Energy Corporation**

Name

Case number (if known)  **16-11230-SAH**

---

**3.211**
**9**

Nonpriority creditor's name and mailing address
**STEVEN E & JEANETTE MILLER**
**14498 1700 RD**
**BENEDICT, KS 66714**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$114.69

---

**3.212**
**0**

Nonpriority creditor's name and mailing address
**STEVEN E & JEANETTE MILLER**
**14498 1700 RD**
**BENEDICT, KS 66714**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$152.61

---

**3.212**
**1**

Nonpriority creditor's name and mailing address
**STEVEN E & PATTIE L POWERS**
**4315 130TH RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1,274.48

---

**3.212**
**2**

Nonpriority creditor's name and mailing address
**STEVEN E POWERS**
**4315 130TH RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$241.69

---

**3.212**
**3**

Nonpriority creditor's name and mailing address
**STEVEN E SOMMARS & ARLENE**
**1014 E. LIBERTY DRIVE**
**WHEATON, IL 60187**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$58.85

---

**3.212**
**4**

Nonpriority creditor's name and mailing address
**STEVEN L ODELL**
**1105 MADISON**
**FREDONIA, KS 66736-1626**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$58.02

---

**3.212**
**5**

Nonpriority creditor's name and mailing address
**STEVEN MERLE GENTLE**
**7630 US 59 HIGHWAY**
**ERIE, KS 66733**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$331.93

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **PostRock Energy Corporation**
_____
Name

Case number (if known)  **16-11230-SAH**

---

| 3.212 6 | **Nonpriority creditor's name and mailing address**<br>**STEVEN TURNER**<br>**PO BOX 294**<br>**PARK HILL, OK 74451**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.23** |
|---|---|---|---|

| 3.212 7 | **Nonpriority creditor's name and mailing address**<br>**STEVEN W BUSKE**<br>**1626 PARTRIDGE**<br>**PARSONS, KS 67357**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28.80** |
|---|---|---|---|

| 3.212 8 | **Nonpriority creditor's name and mailing address**<br>**STEVENS OIL & GAS, LLC**<br>**110 LYNCH CHURCH ROAD**<br>**MARIETTA, OH 45750**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$429.20** |
|---|---|---|---|

| 3.212 9 | **Nonpriority creditor's name and mailing address**<br>**STINE, LLC**<br>**P.O. BOX 307**<br>**EDNA, KS 67342**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22.96** |
|---|---|---|---|

| 3.213 0 | **Nonpriority creditor's name and mailing address**<br>**STINSON, MORRISON, HECKER, LLP**<br>**P.O. BOX 843052**<br>**KANSAS CITY, MO 64184-3052**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$624.00** |
|---|---|---|---|

| 3.213 1 | **Nonpriority creditor's name and mailing address**<br>**STOCK & OPTION SOLUTIONS**<br>**910 CAMPISI WAY, STE. 2E**<br>**CAMPBELL, CA 95008**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,625.00** |
|---|---|---|---|

| 3.213 2 | **Nonpriority creditor's name and mailing address**<br>**STONE FAMILY RESOURCES, LLC**<br>**2030 NEBRASKA RD**<br>**IOLA, KS 66749**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty Payments**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$546.11** |
|---|---|---|---|

Debtor  **PostRock Energy Corporation**
_____
Name

Case number (if known)  **16-11230-SAH**

---

| 3.213 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STORMI R ALLDREDGE**
**PO BOX 400**
**GLEN ROSE, TX 76043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$49.50

---

| 3.213 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STOWERS ENERGY LLC**
**140 ISLAND WAY #293**
**CLEARWATER BEACH, FL 33767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$140.00

---

| 3.213 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**STRANGE TRACTOR & IMPLEMENT CO**
**59 VIA VERDE STREET**
**WICHITA, KS 67230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$52.35

---

| 3.213 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUE ELLIOTT NORRIS**
**205 HEDGE ST.**
**CLARKSBURG, WV 26301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$9.33

---

| 3.213 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUNRISE OILFIELD SUPPLY, INC**
**105 S. BROADWAY**
**SUITE 610**
**WICHITA, KS 67202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$85,522.73

---

| 3.213 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUPERIOR INVESTMENT COMPANY,**
**2020 N. 21ST STREET**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$265.64

---

| 3.213 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUSAN D BILLER RICKMEYER**
**2535 BURLY AVENUE**
**ORANGE, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$264.71

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

**SUSAN F BROWNE**
**13390 QUINTER RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$87.72**

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

**SUSAN I ATKINSON**
**286 BIG COVE RD**
**TROY, WV 26443**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$46.25**

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**SUSAN L. TAYLOR**
**4305 N. 141ST COURT**
**BASEHOR, KS 66007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$75.75**

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**SUSAN LEE HEWITT**
**50 LAMSDEN LANE**
**ATLANTA, GA 30327**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$24.53**

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**SUSAN THOMAS UNDERWOOD**
**RT 1 BOX 188A**
**DELAWARE, OK 74027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$73.21**

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**SUSAUN MAXSON**
**1311 W 10TH ST**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$5.14**

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**SUSPENSE ROYALTIES**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUSPENSE ROYALTIES**

Is the claim subject to offset? ■ No ☐ Yes

**$1,582,285.93**

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.214**
**7**

**Nonpriority creditor's name and mailing address**
SUZAN M KIRKPATRICK REV TRST
1508 EAST 31ST STREET
TULSA, OK 74105

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$184.77

---

**3.214**
**8**

**Nonpriority creditor's name and mailing address**
SWILER FARMS, LLC
4212 NORTH MINNESOTA STREET
HARLINGEN, TX 78550

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$567.93

---

**3.214**
**9**

**Nonpriority creditor's name and mailing address**
TAMI C HOOVER
3889 CROW CANYON ROAD
SAN RAMON, CA 94583

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$5.64

---

**3.215**
**0**

**Nonpriority creditor's name and mailing address**
TAMMY & KENNETH ALLEN
3725 60TH RD
THAYER, KS 66776

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$45.42

---

**3.215**
**1**

**Nonpriority creditor's name and mailing address**
TAMMY M ADKINS
2403 STEVENS
PARSONS, KS 67357

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.215**
**2**

**Nonpriority creditor's name and mailing address**
TAMMY MILLER
6520 IRVING ROAD
GALESBURG, KS 66740

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$12.33

---

**3.215**
**3**

**Nonpriority creditor's name and mailing address**
TAMMY MORRIS BELL
527 CRAB RUN ROAD
SMITHVILLE, WV 26178

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

$37.32

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.215
4**

**Nonpriority creditor's name and mailing address**

**TAWANA HAGER**
**RT 1 BOX 312**
**SALTROCK, WV 25559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.55

---

**3.215
5**

**Nonpriority creditor's name and mailing address**

**TED LEON KING**
**HC 61 BOX 161**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.58

---

**3.215
6**

**Nonpriority creditor's name and mailing address**

**TEDDIE L BLEVINS, ET UX**
**6002 GRAY ROAD**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$60.88

---

**3.215
7**

**Nonpriority creditor's name and mailing address**

**TELE-CONNECT, INC**
**PO BOX 887**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$100.13

---

**3.215
8**

**Nonpriority creditor's name and mailing address**

**TERESA D BOGNER REV TRST,**
**7800 20TH ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$58.99

---

**3.215
9**

**Nonpriority creditor's name and mailing address**

**TERESA E TRUE**
**924 JASMIN RUN**
**LITTLE RIVER, SC 29566-7347**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.27

---

**3.216
0**

**Nonpriority creditor's name and mailing address**

**TERRI K DALE**
**402 S WESTVIEW**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$224.46

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

**TERRY F TAYLOR & TAMARA J**
**17800 GRAY RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$18.71

---

**3.216 2**

**Nonpriority creditor's name and mailing address**

**TERRY J & JANET K TOPHAM**
**12028 1500 ROAD**
**FREDONIA, KS 66736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$146.04

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

**TERRY L & BARBARA A SHOUSE**
**26055 SCOTT ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$76.52

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

**TERRY L & CONNIE D LAYTON**
**430030 E 40 ROAD**
**WELCH, OK 74369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$65.61

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

**TERRY L JR & MARY WATKINS REV**
**HC 61 BOX 83**
**LENAPAH, OK 74042-9708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$23.44

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

**TERRY R & PEGGY D WEIDERT**
**967 26000 RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$90.31

---

**3.216 7**

**Nonpriority creditor's name and mailing address**

**TERRY STONESTREET**
**412 E. SOUTH STREET**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1.12

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.216 8**

**Nonpriority creditor's name and mailing address**
**TEXAS NORTHSTAR 1 LLC**
**900 LEE STREET, E**
**CHARLESTON, WV 25301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$238.34**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**
**THE ALFRED E ERBE TRST**
**19106 800 RD**
**ALTOONA, KS 66710-8618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$206.13**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**
**THE CARMEN A BLEVINS**
**12400 SOUTH 4050 ROAD**
**OOLOGAH, OK 74053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$2.53**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**
**THE DONALD E & VIOLA M WALDRON**
**661 24500 RD**
**DENNIS, KS 67341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$53.66**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**
**THE EST OF JOHNEY RAY WILLIS**
**1708 MCKINLEY ROAD**
**BARTLESVILLE, OK 74006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$31.83**

---

**3.217 3**

**Nonpriority creditor's name and mailing address**
**THE ESTATE OF HEARTSILL LANIER**
**615 ROSEMONT PLACE II**
**TYLER, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$249.96**

---

**3.217 4**

**Nonpriority creditor's name and mailing address**
**THE JAMES & JUANITA MCCLANAHAN**
**8434 S. PHOENIX PL.**
**TULSA, OK 74132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$191.67**

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.217**
**5**

**Nonpriority creditor's name and mailing address**
**THE KENNETH E RICHARDS**
**901 LINCOLN STREET**
**NEODESHA, KS 66757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$45.65**

---

**3.217**
**6**

**Nonpriority creditor's name and mailing address**
**THE LANG FAMILY TRST AGREEMENT**
**P.O. BOX 850**
**PARKER, CO 80138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$99.97**

---

**3.217**
**7**

**Nonpriority creditor's name and mailing address**
**THE LEE DIEDIKER LIV TR**
**12650 20TH RD**
**PARSONS, KS 67357**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$21.68**

---

**3.217**
**8**

**Nonpriority creditor's name and mailing address**
**THE MALLARD CLUB LLC**
**P.O. BOX 219**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$66.38**

---

**3.217**
**9**

**Nonpriority creditor's name and mailing address**
**THE MARY C CRANDELL LIV TRST**
**416 CRYSTAL STREET**
**AKRON, OH 44305**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$577.65**

---

**3.218**
**0**

**Nonpriority creditor's name and mailing address**
**THE MCGUIRE FAMILY FARM, LLC**
**5611 NW 36TH STREET**
**WARR ACRES, OK 73122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$122.08**

---

**3.218**
**1**

**Nonpriority creditor's name and mailing address**
**THE NANCY TIMMONS LIV TRST,**
**12797 KINGMAN RD**
**FREDONIA, KS 66736**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$415.01**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.218 2**

**Nonpriority creditor's name and mailing address**

**THE PROSPECT COMPANY**
**PO BOX 1100**
**EDMOND, OK 73083-1100**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$22.58

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

**THE RITA ANNE KUKURA TRST DTD**
**34688 WEST MCCRACKIN RD**
**MANNFORD, OK 74044-3491**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$7.93

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

**THE SLAUGHTER FAMILY REVOCABLE**
**12726 N NEW REFLECTION DR**
**MARANA, AZ 85658**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$43.56

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**THE STANLEY R FRIEDERICH &**
**FRIEDERICH, TTEES**
**12100 200 RD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$56.94

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

**THE STICH LIV TRST**
**1070 HWY 47**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$932.00

---

**3.218 7**

**Nonpriority creditor's name and mailing address**

**THE STICH LIVING TRUST**
**PO BOX 628**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$95.76

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**THE VIRGIL J & ANN N BOWERS**
**HC 61, BOX 102**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ☑ No ☐ Yes

$132.62

---

| Debtor | PostRock Energy Corporation | | Case number (if known) | 16-11230-SAH |
|---|---|---|---|---|

Name

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

**THE WRIGHT WAY OIL & LAND**
**3463 STATE STREET #513**
**SANTA BARBARA, CA 93105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$5.88

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

**THE YIELD MASTER FUND II, L.P.**
**C/O 1000 BALLPARK WAY, STE 216**
**ARLINGTON, TX 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$114.63

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

**THELMA F CLEMENS**
**26044 KIOWA RD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$83.10

---

**3.219 2**

**Nonpriority creditor's name and mailing address**

**THEODORE & RUTHANN BOATWRIGHT**
**209 S. HIGHLAND**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$76.16

---

**3.219 3**

**Nonpriority creditor's name and mailing address**

**THEODORE R HOUSEL, JR & SONJA**
**345 E. 4800 STREET**
**CHERRYVALE, KS 67335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$166.44

---

**3.219 4**

**Nonpriority creditor's name and mailing address**

**THERMAL LEE BARNHART**
**113 CUMBERLAND ST, APT 3**
**CALDWELL, OH 43724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$15.47

---

**3.219 5**

**Nonpriority creditor's name and mailing address**

**THOMAS C & FAYE J TIMMONS, H/W**
**13518 JADE ROAD**
**FREDONIA, KS 66736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$198.87

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.219
6**

**Nonpriority creditor's name and mailing address**
**THOMAS C DUERR**
**6380 FIRESIDE HAVEN DRIVE**
**SYKESVILLE, MD 21784**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$46.21**

---

**3.219
7**

**Nonpriority creditor's name and mailing address**
**THOMAS C WITTEN & CONNIE S**
**17490 DOUGLAS RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$51.30**

---

**3.219
8**

**Nonpriority creditor's name and mailing address**
**THOMAS E & TERRI L BARTHOLOMEW**
**14280 150TH RD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$83.17**

---

**3.219
9**

**Nonpriority creditor's name and mailing address**
**THOMAS G & CONNIE L LAGALY**
**1400 C STREET**
**SNYDER, OK 73566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$6.25**

---

**3.220
0**

**Nonpriority creditor's name and mailing address**
**THOMAS G LAGALY**
**BOX 371**
**SNYDER, OK 73566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$274.34**

---

**3.220
1**

**Nonpriority creditor's name and mailing address**
**THOMAS HATFIELD**
**4362 LOVERS LANE**
**RAVENNA, OH 44266-9209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$47.64**

---

**3.220
2**

**Nonpriority creditor's name and mailing address**
**THOMAS IVAN JACKSON**
**1785 JACKSON ROAD**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$49.42**

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
Name

---

3.220
3

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.60 |
|---|---|---|

**THOMAS IVAN JACKSON & MARGARET**
**1785 JACKSON ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.220
4

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.36 |
|---|---|---|

**THOMAS J BLANCETT III**
**810 HEDGEROW COURT**
**CHESAPEAKE, VA 23322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.220
5

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217.70 |
|---|---|---|

**THOMAS J O'CONNOR, JR TRST**
**1027 26000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.220
6

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.79 |
|---|---|---|

**THOMAS J SCHOENECKER & BRENDA**
**13627 2000 RD**
**BENEDICT, KS 66714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.220
7

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.38 |
|---|---|---|

**THOMAS L & ANITA L EHMKE,**
**19370 FORD ROAD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.220
8

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.09 |
|---|---|---|

**THOMAS L LEWIS**
**2354 BENTON ROAD**
**LONGS, SC 29568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.220
9

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.09 |
|---|---|---|

**THOMAS R ERBE**
**21184 800 ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PostRock Energy Corporation**

Name

Case number *(if known)* **16-11230-SAH**

---

**3.221
0**

**Nonpriority creditor's name and mailing address**

**THOMAS R ERBE &
21184 800 ROAD
ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$207.91

---

**3.221
1**

**Nonpriority creditor's name and mailing address**

**THOMAS R WILSON & DEBRA G
415 3000 ROAD
COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$50.16

---

**3.221
2**

**Nonpriority creditor's name and mailing address**

**THOMAS SPRINGER
30 LOMA DEL. ESCOLAR
LOS ALAMOS, NM 87544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1.38

---

**3.221
3**

**Nonpriority creditor's name and mailing address**

**THOMAS W ANDERSON
RT 1 BOX 94-1
WANN, OK 74083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1.10

---

**3.221
4**

**Nonpriority creditor's name and mailing address**

**THOMPSON & KNIGHT, LLP
333 CLAY STREET, STE 3300
HOUSTON, TX 77002-4499**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.221
5**

**Nonpriority creditor's name and mailing address**

**THORN C ROBERTS
P.O. BOX 92
ELIZABETH, WV 26143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.30

---

**3.221
6**

**Nonpriority creditor's name and mailing address**

**THORNTON FAMILY TRST DTD
7450 BETHANY RD
THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$24.35

---

Debtor   **PostRock Energy Corporation**

Case number (*if known*)   **16-11230-SAH**

Name

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.54** |
|---|---|---|---|

**THREE QUOGUE LLC**
**14 HARWOOD COURT**
**SUITE 225**
**SCARSDALE, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,190.00** |
|---|---|---|---|

**TIERPOINT OKLAHOMA, LLC**
**520 MARYVILLE CENTRE DRIVE**
**SUITE 300**
**ST. LOUIS, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.19** |
|---|---|---|---|

**TIM & MARY H KILPATRICK**
**HC 61, BOX 135**
**LENAPAH, OK 74042-9712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$721.29** |
|---|---|---|---|

**TIMMY TYSON MAXSON**
**724 3000 ROAD**
**EDNA, KS 67342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.69** |
|---|---|---|---|

**TIMOTHY & MARY WEILERT HW &**
**6180 183RD RD**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.14** |
|---|---|---|---|

**TIMOTHY A BROOKS**
**303 N. CLARK**
**UDALL, KS 67146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.87** |
|---|---|---|---|

**TIMOTHY A GERICKE &**
**81 1300TH STREET**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.222
4**

**Nonpriority creditor's name and mailing address**

**TIMOTHY B BUTCHER**
**P O BOX 425**
**GLENVILLE, WV 26351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$42.66**

---

**3.222
5**

**Nonpriority creditor's name and mailing address**

**TIMOTHY D MCDANIEL & DEA J**
**14305 20TH ROAD**
**PARSONS, KS 67357-7412**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$26.02**

---

**3.222
6**

**Nonpriority creditor's name and mailing address**

**TIMOTHY G & CAROLYN MARIE**
**304 2000TH ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$174.38**

---

**3.222
7**

**Nonpriority creditor's name and mailing address**

**TIMOTHY R HATFIELD**
**110 WHALEY ROAD**
**PENINSULA, OH 44264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$9.52**

---

**3.222
8**

**Nonpriority creditor's name and mailing address**

**TIMOTHY TURNER**
**405 E THOMPSON STREET**
**SALINA, OK 74365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.23**

---

**3.222
9**

**Nonpriority creditor's name and mailing address**

**TODD &/OR DARLA MARPLE LIV TR**
**18946 QUEEN ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$92.79**

---

**3.223
0**

**Nonpriority creditor's name and mailing address**

**TODD J MARPLE & DARLA MARPLE,**
**18946 QUEEN RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$298.20**

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 3.223 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**TODD RHODES**
**247 EAST GRAND**
**HAYSVILLE, KS 67060-1317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123.80 |
|---|---|---|---|

**TOM A WALTERS REV TRST**
**1630 CRAWFORD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.77 |
|---|---|---|---|

**TOM HIZEY**
**6855 LYON ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45.94 |
|---|---|---|---|

**TOM L GROSS**
**27201 S HWY 125**
**MONKEY ISLAND, OK 74331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.88 |
|---|---|---|---|

**TOMMY & HELEN BURNS, TTEES**
**2220 ASPEN DRIVE**
**PAMPA, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $149.96 |
|---|---|---|---|

**TOMMY R & SHIRLEY J HIZEY**
**6855 LYON ROAD**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $166.16 |
|---|---|---|---|

**TONI A BILLUPS**
**401 7TH ST.**
**WAMEGO, KS 66547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.223 8**

**Nonpriority creditor's name and mailing address**
**TONY L. HARRIS**
**14955 115TH RD**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

**$65.04**

---

**3.223 9**

**Nonpriority creditor's name and mailing address**
**TOP DRILLING CORPORATION**
**107 LANCASTER STREET**
**STE. 301**
**MARIETTA, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ☒ No  ☐ Yes

**$9,114.30**

---

**3.224 0**

**Nonpriority creditor's name and mailing address**
**TOPSOURCE, LLC**
**PO BOX 337**
**RAPID CITY, MI 49676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$90,399.80**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**
**TORBECK PROPERTIES LLC**
**RT. 2 BOX 65-G1**
**HARRISVILLE, WV 26362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**
**TOWN OF WEST HAMLIN WATER &**
**P.O. BOX 221**
**WEST HAMLIN, WV 25571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.224 3**

**Nonpriority creditor's name and mailing address**
**TRACI NELSON**
**3920 TARRYTOWN LANE**
**AGOURA HILLS, CA 91301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5.21**

---

**3.224 4**

**Nonpriority creditor's name and mailing address**
**TRACTBUILDER LLC**
**1428 RIDGEWOOD**
**MAGNOLIA, TX 77354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$295.00**

---

Debtor    **PostRock Energy Corporation**

Name          Case number (*if known*)    **16-11230-SAH**

---

**3.224 5**

**Nonpriority creditor's name and mailing address**

**TRANSTEX HUNTER LLC**
**909 LAKE CAROLYN PARKWAY**
**SUITE 600**
**IRVING, TX 75039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 6**

**Nonpriority creditor's name and mailing address**

**TRANSZAP, INC**
**PO BOX 123597**
**DENVER, CO 75312-3597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$43,729.74**

---

**3.224 7**

**Nonpriority creditor's name and mailing address**

**TRAVIS & ROBYN MILLER, H/W**
**20137 OTTAWA RD.**
**BENEDICT, KS 66714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$127.04**

---

**3.224 8**

**Nonpriority creditor's name and mailing address**

**TRAVIS & TAMMY KIMREY**
**PO BOX 335**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$71.35**

---

**3.224 9**

**Nonpriority creditor's name and mailing address**

**TREVOR AND TIFFINY BOND**
**19072 GRAY ROAD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$138.05**

---

**3.225 0**

**Nonpriority creditor's name and mailing address**

**TRIANGLE PRODUCTION SYSTEM INC**
**P O BOX 861**
**11646 EAST PARK RD**
**CAMBRIDGE, OH 43725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.225 1**

**Nonpriority creditor's name and mailing address**

**TRIPLE C, INC**
**8655 170TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$734.00**

---

Debtor **PostRock Energy Corporation**
Name

Case number (if known) **16-11230-SAH**

---

**3.225 2**

**Nonpriority creditor's name and mailing address**
**TROY & CHANNION MACKIE**
**132 1000 ROAD**
**COFFEYVILLE, KS 67337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$11.01**

---

**3.225 3**

**Nonpriority creditor's name and mailing address**
**TROY G & LEANNA M SETZKORN**
**15540 FORD ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$10.19**

---

**3.225 4**

**Nonpriority creditor's name and mailing address**
**TRUCK PARTS & EQUIPMENT, INC**
**4501 W. ESTHNER**
**WICHITA, KS 67209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,538.48**

---

**3.225 5**

**Nonpriority creditor's name and mailing address**
**TUSKER LLC**
**401 S. BOSTON AVE.**
**STE. 2100**
**TULSA, OK 74103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$16.78**

---

**3.225 6**

**Nonpriority creditor's name and mailing address**
**TWILA N SOMMARS**
**3635 170TH ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$97.43**

---

**3.225 7**

**Nonpriority creditor's name and mailing address**
**TWIN VALLEY ELECTRIC COOP**
**1511 14000 road**
**ALTAMONT, KS 67330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$53,545.00**

---

**3.225 8**

**Nonpriority creditor's name and mailing address**
**UNITED MECHANICAL SERVICE, INC**
**117 NE 38TH TERRACE**
**OKLAHOMA CITY, OK 73105-2403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$191.00**

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.2259**

**Nonpriority creditor's name and mailing address**

**UNITED STATE TREASURY**
**33 E TWOHIG RM 101**
**SAN ANGELO, TX 79603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$405.25**

---

**3.2260**

**Nonpriority creditor's name and mailing address**

**UNKWN A HATFIELD 203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$57.47**

---

**3.2261**

**Nonpriority creditor's name and mailing address**

**VELLNALEE GUMM**
**3503 EMERSON COURT**
**PARKERSBURG, WV 26104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$134.48**

---

**3.2262**

**Nonpriority creditor's name and mailing address**

**VELMA L HARRIS**
**8701 NS 3500 ROAD**
**PRAGUE, OK 74864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$53.05**

---

**3.2263**

**Nonpriority creditor's name and mailing address**

**VENTURE PLANNING, INC**
**200 BELMONTE RD.**
**WEST PALM BEACH, FL 33405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$309.29**

---

**3.2264**

**Nonpriority creditor's name and mailing address**

**VERA CRAMER**
**15062 IRVING ROAD**
**MOUND VALLEY, KS 67354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$17.28**

---

**3.2265**

**Nonpriority creditor's name and mailing address**

**VERDIGRIS VALLEY ELECTRIC COOP**
**P.O. BOX 219**
**COLLINSVILLE, OK 74021-0219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

**VERL E SHUFELT & ANITA THRESSE**
**1143 6000 ROAD**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$62.38**

---

**3.226 7**

**Nonpriority creditor's name and mailing address**

**VERLE W TASCHE & NAOMI P**
**906 S. TENNESSEE**
**CHANTUE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$224.41**

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

**VERLENE F TRIM**
**P.O. BOX 222**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$85.76**

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

**VERN HEILMAN FAMILY TRST -**
**P.O. BOX 7751**
**OVERLAND PARK, KS 66207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$542.54**

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

**VERN L & TERESA D CRAWSHAW H/W**
**8649 VIOLA RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1,347.92**

---

**3.227 1**

**Nonpriority creditor's name and mailing address**

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG, KS 66740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1,422.91**

---

**3.227 2**

**Nonpriority creditor's name and mailing address**

**VERNA J CONROY REV TRST**
**308 LEXINGTON**
**ANDOVER, KS 67002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.227.3**

**Nonpriority creditor's name and mailing address**
**VERNADEAN L BUCHAN**
**11512 MULBERRY CT**
**JENKS, OK 74037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$449.64

---

**3.227.4**

**Nonpriority creditor's name and mailing address**
**VERNON & ELVA OESTMANN FAMILY**
**RT 1, BOX 304**
**SO. COFFEYVILLE, OK 74072**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$20.34

---

**3.227.5**

**Nonpriority creditor's name and mailing address**
**VERNON & GLORIA KUEHN**
**RT 1, BOX 339**
**S. COFFEYVILLE, OK 74072**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$29.46

---

**3.227.6**

**Nonpriority creditor's name and mailing address**
**VERNON A & SUSAN E VAVERKA,**
**26020 HARPER RD**
**DENNIS, KS 67341**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$94.42

---

**3.227.7**

**Nonpriority creditor's name and mailing address**
**VERSATEQ, LLC**
**2901 S PORTLAND AVE**
**OKC, OK 73108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$819.27

---

**3.227.8**

**Nonpriority creditor's name and mailing address**
**VEVA D SCHWATKEN REV TRST**
**5615 CR 2100**
**ELK CITY, KS 67344**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$245.35

---

**3.227.9**

**Nonpriority creditor's name and mailing address**
**VICKI LEIGH BEAN WALDRIP**
**901 JAMESWAY**
**CHOCTAW, OK 73020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.14

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PostRock Energy Corporation**

Name

Case number (if known)    **16-11230-SAH**

---

| 3.228 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$137.23** |
| **VICTOR ALLEN ERBE REV TR** | ☐ Contingent | |
| **BOX 82** | ☐ Unliquidated | |
| **THAYER, KS 66776** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.228 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48.92** |
| **VICTOR R WILKERSON & JANICE J** | ☐ Contingent | |
| **1003 S. 32ND** | ☐ Unliquidated | |
| **PARSONS, KS 67357** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.228 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$74.81** |
| **VINCENT & SHARON LEE** | ☐ Contingent | |
| **401671 WEST 100 RD** | ☐ Unliquidated | |
| **WANN, OK 74083** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.228 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **VIOLET SMITH** | ☐ Contingent | |
| **147 LONG BRANCH RD** | ☐ Unliquidated | |
| **BRANCHLAND, WV 25506** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Contract__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.228 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.67** |
| **VIRGINIA HAYHURST DEEM** | ☐ Contingent | |
| **200 TIMBERLINE DRIVE,** | ☐ Unliquidated | |
| **APT. 1209** | ☐ Disputed | |
| **MARIETTA, OH 45750** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.228 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.93** |
| **VIRGINIA L CHRISTOFFERSON** | ☐ Contingent | |
| **7626 NE 140TH STREET** | ☐ Unliquidated | |
| **KIRKLAND, WA 98034** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.228 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **VIRGINIA OSBOURN HEIRS** | ☐ Contingent | |
| **HC71 BOX 128A** | ☐ Unliquidated | |
| **TANNER, WV 26137** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Payments__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **PostRock Energy Corporation**
_____
Name

Case number (*if known*)  **16-11230-SAH**

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.91 |

**VIRGINIA R PARKS BOSWELL**
**847 TELEGRAPH RD**
**STAFFORD, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.98 |

**VIRGINIA REXROAD**
**0191 TWP. RD. 165**
**DUNKIRK, OH 45836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.34 |

**VYRL M FEGAL & ANNA J FEGAL**
**1215 W. 7TH**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $226.00 |

**W EUGENE POOL & LEONA M POOL**
**51 2400 STREET**
**SAVONBURG, KS 66772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**W H SHIELDS HEIRS**
**RT 1 BOX 41-B**
**CAIRO, WV 26337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5.63 |

**W M GRIMM II**
**2003 WOODLAND DR.**
**MOULTRIE, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11.46 |

**W R HEDGE HEIRS**
**RT. 3 BOX 144**
**BRIDGEPORT, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Royalty Payments**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**

Name

Case number *(if known)*    **16-11230-SAH**

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

**W T WIANT HEIRS**
**219 SOUTH HAMBDEN STREET**
**CHARDON, OH 44024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$75.31**

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

**W. MILFORD HALL**
**202 S WEBSTER**
**ERIE, KS 66733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$73.33**

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

**WACO OIL & GAS CO INC**
**P. O. BOX 397**
**GLENVILLE, WV 26351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$69.67**

---

**3.229 7**

**Nonpriority creditor's name and mailing address**

**WAGGONER REVOCABLE TRUST**
**1705 WESTBURY LANE**
**FORT SCOTT, KS 66701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$53.10**

---

**3.229 8**

**Nonpriority creditor's name and mailing address**

**WALLIE D MAXSON**
**1410 N CHOCTAW ST**
**DEWEY, OK 74029-1706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$25.65**

---

**3.229 9**

**Nonpriority creditor's name and mailing address**

**WALTER C CRANE**
**212 PIERPOINT ST**
**HARRISVILLE, WV 26362-1242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$45.63**

---

**3.230 0**

**Nonpriority creditor's name and mailing address**

**WALTER CRANE ET AL**
**212 PIERPONT STREET**
**HARRISVILLE, WV 26362-1242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$57.20**

---

| Debtor | **PostRock Energy Corporation** | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.230**
**1**

**Nonpriority creditor's name and mailing address**
**WAN-TING HAO**
**3610 GABRIEL AVENUE, APT 337**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$223.29

---

**3.230**
**2**

**Nonpriority creditor's name and mailing address**
**WANDA LEE GOODWIN, NOW LADAGE**
**3604 DIRR AVE.**
**PARSONS, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$36.26

---

**3.230**
**3**

**Nonpriority creditor's name and mailing address**
**WARD N ADKINS, JR**
**5519 TUPPER LAKE**
**HOUSTON, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$162.44

---

**3.230**
**4**

**Nonpriority creditor's name and mailing address**
**WARREN R &/OR LENNA G HAUGHT**
**P.O. BOX 2**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$26.24

---

**3.230**
**5**

**Nonpriority creditor's name and mailing address**
**WARREN R HAUGHT**
**P.O. BOX 2**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$286.23

---

**3.230**
**6**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT OFWEST VIRGINIA, INC**
**PO BOX 13648**
**PHILADELPHIA, PA 19101-3648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$41.49

---

**3.230**
**7**

**Nonpriority creditor's name and mailing address**
**WAYLON DALE MAYS**
**4542 CAMP CREEK ROAD**
**HUNTINGTON, WV 25701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$19.67

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|--------|----------------------------------|------------------------|-------------------|
| | Name | | |

---

**3.2308**

Nonpriority creditor's name and mailing address
**WAYNE & BERNIECE GIBSON LIV TR**
**9285 QUEEN RD**
**ST. PAUL, KS 66771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$137.77

---

**3.2309**

Nonpriority creditor's name and mailing address
**WAYNE & CARMALETTA BOZMAN**
**852 5000 ROAD**
**EDNA, KS 67342-9363**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$207.69

---

**3.2310**

Nonpriority creditor's name and mailing address
**WAYNE & JANET REHMERT**
**1220 60TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$259.07

---

**3.2311**

Nonpriority creditor's name and mailing address
**WAYNE APOLLO**
**1684 1200 RD.**
**FREDONIA, KS 66736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$76.47

---

**3.2312**

Nonpriority creditor's name and mailing address
**WAYNE DUNN**
**3162 WEST MAIN**
**NEWCASTLE, WY 82701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$59.27

---

**3.2313**

Nonpriority creditor's name and mailing address
**WAYNE E & MARJORIE H BRANT**
**2840 HWY 47**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$361.79

---

**3.2314**

Nonpriority creditor's name and mailing address
**WAYNE E & SUSAN E MUSTONEN**
**HC 61 BOX 82**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$2.22

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

**WAYNE G BAKER**
**3105 27TH STREET**
**PARKERSBURG, WV 26104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

$0.91

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**WAYNE HUMPHREY**
**105 KENNETH LINDER LANE**
**LIVINGSTON, TN 38570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

$47.64

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**WAYNE L TAYLOR TESTAMENTARY**
**1502 W. 9TH**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

$48.59

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**WAYNE L TAYLOR TRST, LARRY W**
**1502 W. 9TH**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

$389.45

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**WAYNE MILLARD**
**3931 E 2ND STREET**
**TUCSON, AZ 85711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

$51.54

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**WAYNE SOMMERVILLE**
**79 SMITH AVE**
**BUCKHANNON, WV 26201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Payments

Is the claim subject to offset? ■ No ☐ Yes

$37.46

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**WCA WASTE SYSTEMS, INC**
**PO BOX 553166**
**DETROIT, MI 48255-3166**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **PostRock Energy Corporation**

Name

Case number (if known) **16-11230-SAH**

---

| 3.232 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $139.70 |
|---|---|---|---|

**WCK LLC**
**PO BOX 2309**
**VANCOUVER, WA 98668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $79.71 |
|---|---|---|---|

**WENDALL A & YULONDIA WOOD**
**7755 S 4320 RD**
**WELCH, OK 74369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $79.85 |
|---|---|---|---|

**WESLEY B DEAN & LAURA L DEAN**
**9990 20TH ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.69 |
|---|---|---|---|

**WESLEY THOMPSON**
**8855 K-39 HIGHWAY**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,354.22 |
|---|---|---|---|

**WESTAR ENERGY**
**P.O. BOX 758500**
**TOPEKA, KS 66675-8500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,273.73 |
|---|---|---|---|

**WESTFALL GMC TRUCK, INC**
**PO BOX 418050**
**KANSAS CITY, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $167.16 |
|---|---|---|---|

**WHITE FARMS INC**
**PO BOX 126**
**GALESBURG, KS 66740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

**WHITTLE CORPORATION**
**12864 STAUNTON TPKE**
**SMITHVILLE, WV 26178**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$228.41

---

**3.233 0**

**Nonpriority creditor's name and mailing address**

**WICKER FARMS LLC**
**4535 S PLUMMER AVE**
**CHANUTE, KS 66720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$227.40

---

**3.233 1**

**Nonpriority creditor's name and mailing address**

**WILBUR A SCHWATKEN REV TRST**
**5615 CR 2100**
**ELK CITY, KS 67344**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$836.51

---

**3.233 2**

**Nonpriority creditor's name and mailing address**

**WILBUR MACK GRIMM II**
**2003 WOODLAND DR.**
**MOULTRIE, GA 31768**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$55.72

---

**3.233 3**

**Nonpriority creditor's name and mailing address**

**WILL E MORRIS HEIRS TRST**
**P. O. BOX 99084**
**FORT WORTH, TX 76199**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

**WILLARD & ERMA P CLINE REV TR**
**1701 MADISON**
**APT. 114**
**FREDONIA, KS 66736**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$164.06

---

**3.233 5**

**Nonpriority creditor's name and mailing address**

**WILLARD & LUCILE CARTER**
**30 COTTONWOOD POINT LANE**
**AUGUSTA, KS 67010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$181.29

---

| | |
|---|---|
| Debtor | **PostRock Energy Corporation** |
| | Name |

Case number (*if known*)   **16-11230-SAH**

---

**3.2336**

**Nonpriority creditor's name and mailing address**
**WILLHOUR ENERGY**
**612 HILLVIEW COURT**
**FORT COLLINS, CO 80526**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$2.74**

---

**3.2337**

**Nonpriority creditor's name and mailing address**
**WILLIAM & CONNIE JOURNOT TR**
**4336 CR 5050**
**INDEPENDENCE, KS 67301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$76.16**

---

**3.2338**

**Nonpriority creditor's name and mailing address**
**WILLIAM & DEBRA NAFTZGER**
**119 S. 67TH CIRCLE**
**BROKEN ARROW, OK 74014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$129.60**

---

**3.2339**

**Nonpriority creditor's name and mailing address**
**WILLIAM & JEAN COOK - JTWROS**
**20475 UDALL ROAD**
**STARK, KS 66775**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$55.98**

---

**3.2340**

**Nonpriority creditor's name and mailing address**
**WILLIAM A PITTMAN**
**12021 COLEFIELD DRIVE**
**HANOVER, VA 23069-1705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$1.54**

---

**3.2341**

**Nonpriority creditor's name and mailing address**
**WILLIAM A. GREENWOOD**
**25034 A IRVING RD.**
**PARSONS, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$65.27**

---

**3.2342**

**Nonpriority creditor's name and mailing address**
**WILLIAM ALLEN PORTER**
**14279 INMAN ROAD**
**FREDONIA, KS 66736**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$47.45**

---

Debtor   **PostRock Energy Corporation**                          Case number *(if known)*   **16-11230-SAH**
_____
Name

| 3.234 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$88.42** |

**WILLIAM B & MARILYN TAYLOR**
**13935 W 116TH TERR**
**OLATHE, KS 66062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.74** |

**WILLIAM B CUNNINGHAM**
**8125 FOREST CT,**
**NORTH ROYALTON, OH 44133-0200**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.39** |

**WILLIAM B ELLIOT**
**70 BETSY LANE**
**BELPRE, OH 45714-9336**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$432.85** |

**WILLIAM B TAYLOR**
**11608 W. 101ST TERRACE**
**OVERLAND PARK, KS 66214**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133.32** |

**WILLIAM C & BETTY J FOLLMER**
**2042 WOODLAND VIEW DR.**
**INDEPENDENCE, KS 67301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$164.80** |

**WILLIAM C CRAIG**
**6345 70TH ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.14** |

**WILLIAM C CRANE**
**P.O. BOX 127**
**PULLMAN, WV 26421**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PostRock Energy Corporation**                                    Case number (if known)    **16-11230-SAH**
          Name

---

| 3.235 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.78 |

**WILLIAM CLARK HALE, SINGLE**
**379 KEYMAN ROAD**
**ARDMORE, OK 73401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $270.15 |

**WILLIAM D & CHERYL A BOWEN,**
**19068 U.S. HWY 59**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.55 |

**WILLIAM DAVIS HEWITT**
**37 WILLOW GLEN #37**
**ATLANTA, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.79 |

**WILLIAM E OAKES**
**2900 REGENCY DRIVE**
**INDEPENDENCE, KS 67301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $122.82 |

**WILLIAM F WILLIS TRST**
**HC 61 BOX 233**
**LENAPAH, OK 74042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.15 |

**WILLIAM FARNSWORTH**
**1317 14TH STREET**
**VIENNA, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $114.91 |

**WILLIAM G & GEORGIA F SCOTT**
**26056 HARPER ROAD**
**DENNIS, KS 67341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|

Name

---

**3.235 7**

**Nonpriority creditor's name and mailing address**
**WILLIAM G NEELY TRST DTD**
**8150 170TH RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$1,208.33

---

**3.235 8**

**Nonpriority creditor's name and mailing address**
**WILLIAM H & MARION LOWTHER**
**1589 CHRISTINE AVE**
**SIMI VALLEY, CA 93063-4429**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$39.39

---

**3.235 9**

**Nonpriority creditor's name and mailing address**
**WILLIAM H CARPENTER**
**570 SUSAN AVE**
**WESTERVILLE, OH 43081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$14.90

---

**3.236 0**

**Nonpriority creditor's name and mailing address**
**WILLIAM H GUDDE TESTAMENTARY**
**20571 500 RD**
**NEODESHA, KS 66757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$53.48

---

**3.236 1**

**Nonpriority creditor's name and mailing address**
**WILLIAM H RUBLE & PEGGY D**
**17750 170TH ROAD**
**ERIE, KS 66733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$84.89

---

**3.236 2**

**Nonpriority creditor's name and mailing address**
**WILLIAM H TROUTMAN & IDA M**
**2402 S REDWOOD PLACE**
**BROKEN ARROW, OK 74012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$525.82

---

**3.236 3**

**Nonpriority creditor's name and mailing address**
**WILLIAM J SMITH**
**1224 PRUITT DRIVE**
**WAYCROSS, GA 31501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$6.05

---

| Debtor | PostRock Energy Corporation | Case number (if known) | 16-11230-SAH |
|---|---|---|---|
| | Name | | |

---

**3.236 4**

Nonpriority creditor's name and mailing address

**WILLIAM KENT & P LYNNE ESTES**
**8893 SCOTT RD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$125.23**

---

**3.236 5**

Nonpriority creditor's name and mailing address

**WILLIAM KEVIN SNIDER**
**P. O. BOX 545**
**PENNSBORO, WV 26415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$9.14**

---

**3.236 6**

Nonpriority creditor's name and mailing address

**WILLIAM M & WILLINDA L HOWELL**
**HC 61, BOX 137**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$70.86**

---

**3.236 7**

Nonpriority creditor's name and mailing address

**WILLIAM M BAILEY**
**P O BOX 246**
**WILLIAMSTOWN, WV 26187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$353.20**

---

**3.236 8**

Nonpriority creditor's name and mailing address

**WILLIAM M ENGEL**
**62 PELICAN CIRCLE**
**WOODBINE, GA 31569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$11.94**

---

**3.236 9**

Nonpriority creditor's name and mailing address

**WILLIAM M FRANKENBERY &**
**8736 PRATT ROAD**
**ALTOONA, KS 66710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$214.35**

---

**3.237 0**

Nonpriority creditor's name and mailing address

**WILLIAM M STOUT**
**1441 N ROCK RD #1903**
**WICHITA, KS 67206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$2,914.85**

---

| Debtor | **PostRock Energy Corporation** | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

---

**3.237 1**

**Nonpriority creditor's name and mailing address**
**WILLIAM MANGELS LIV TRST**
**HC 61, BOX 111**
**LENAPAH, OK 74042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$475.41

---

**3.237 2**

**Nonpriority creditor's name and mailing address**
**WILLIAM R STALNAKER**
**160 STALNAKER ESTATES**
**GLENVILLE, WV 26351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$127.63

---

**3.237 3**

**Nonpriority creditor's name and mailing address**
**WILLIAM R STOUT**
**1808 SPRING ST**
**PARKERSBURG, WV 26102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$5.51

---

**3.237 4**

**Nonpriority creditor's name and mailing address**
**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$132.14

---

**3.237 5**

**Nonpriority creditor's name and mailing address**
**WILLIAM R THORSELL & VALERIE L**
**19720 ULYSSES ROAD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$242.69

---

**3.237 6**

**Nonpriority creditor's name and mailing address**
**WILLIAM S & REBECCA A MARKHAM**
**2411 WEST 49TH STREET**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$59.47

---

**3.237 7**

**Nonpriority creditor's name and mailing address**
**WILLIAM SWINDELLS, JR**
**1100 SW MYRTLE DRIVE**
**PORTLAND, OR 97201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1.84

---

| Debtor | **PostRock Energy Corporation** | | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|---|
| | Name | | | |

| 3.2378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.56 |
|---|---|---|---|

**WILLIAM T WEINRICH**
**13920 WELLINGTON LANE**
**GRAND ISLAND, FL 32735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.15 |
|---|---|---|---|

**WILLIAM T WILCOXEN**
**18 LOGAN DRIVE**
**BELPRE, OH 45714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $312.89 |
|---|---|---|---|

**WILLIAM W ESTES REV TRUST**
**8893 SCOTT ROAD**
**ALTOONA, KS 66710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.52 |
|---|---|---|---|

**WILLIAM W HATFIELD**
**114 SUMMERFIELD DRIVE**
**LEXINGTON, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $364.70 |
|---|---|---|---|

**WILLIS G GRINSTEAD, TTEE**
**6505 WILLOW LANE**
**MISSION HILLS, KS 66208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.19 |
|---|---|---|---|

**WILLIS RAY MONEYPENNY**
**183 MONEYPENNY LANE**
**CAIRO, WV 26337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILMA E EMERSON**
**P.O. BOX 243**
**CEDAR VALE, KS 67024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|

Name

---

| 3.238 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.64 |
|---|---|---|---|

**WILMA FORD**
**164 PARK PLACE DRIVE**
**WADSWORTH, OH 44281-8767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.56 |
|---|---|---|---|

**WILMA J CORBETT**
**19505 OTTAWA ROAD**
**ERIE, KS 66733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.51 |
|---|---|---|---|

**WILMA JEAN ERBE LIV TRST**
**19106 800 ROAD**
**ALTOONA, KS 66710-8618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.64 |
|---|---|---|---|

**WILMA LYNN MURRAY**
**1407 SOUTH SLAY**
**EASTLAND, TX 76448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.75 |
|---|---|---|---|

**WILMA RICE RYMER**
**32 MONTE SANO DRIVE**
**HANAHAN, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.64 |
|---|---|---|---|

**WILMER JOHNSON**
**152 OAKBLUFF DR.**
**MURPHY, TX 75094-3960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.12 |
|---|---|---|---|

**WILSON CO RWD #10**
**P.O. BOX 561**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **PostRock Energy Corporation**
_____
Name

Case number (if known) **16-11230-SAH**

---

**3.239 2**

**Nonpriority creditor's name and mailing address**
**WILSON PIPE TESTING LLC**
**P.O. BOX 561**
**EL DORADO, KS 67042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,233.00**

---

**3.239 3**

**Nonpriority creditor's name and mailing address**
**WINGATE FARMS LLC**
**11725 HARPER ROAD**
**THAYER, KS 66776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$154.59**

---

**3.239 4**

**Nonpriority creditor's name and mailing address**
**WINOMA M SPURGEON**
**532 MIDLAND TRAIL**
**HURRICANE, WV 25526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$200.25**

---

**3.239 5**

**Nonpriority creditor's name and mailing address**
**WL MCMILLEN & MARY A MCMILLEN**
**DTD 1-28-98**
**24571 1600 RD**
**CHANUTE, KS 66720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$585.17**

---

**3.239 6**

**Nonpriority creditor's name and mailing address**
**WOLF CREEK CATTLE COMPANY**
**6073 GRAY RD.**
**EDNA, KS 67342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$398.15**

---

**3.239 7**

**Nonpriority creditor's name and mailing address**
**WOLVERTON FARMS INC**
**PO BOX 1002**
**SUMMERSVILLE, WV 26651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.93**

---

**3.239 8**

**Nonpriority creditor's name and mailing address**
**WOLVERTON MCCLUNG HEIRS REVOCA**
**1144 PHEASANT CIRCLE**
**WINTER SPRINGS, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.93**

---

Debtor    **PostRock Energy Corporation**
          Name

Case number *(if known)*    **16-11230-SAH**

---

| 3.239 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.71 |

**WOMMACK PROPERTIES LLC**
**1151 26000 ROAD**
**PARSONS, KS 67357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.59 |

**WOODROW DAVID MOHLER**
**6825 IRELAND RD**
**LANCASTER, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.82 |

**WOODY OIL, LLC**
**RT. 1 BOX 328**
**SOUTH COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.09 |

**XURY R HOLE & VALETA I HOLE,**
**318 WILLOWBROOK STREET**
**ANDOVER, KS 67002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.42 |

**ZACHARY J & COURTNEY**
**RT. 1, BOX 168**
**S. COFFEYVILLE, OK 74072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,809.39 |

**ZIMMERMAN ELECTRIC SERVICE,**
**P.O. BOX 533**
**1202 W. BEECH**
**CHANUTE, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.44 |

**ZUGMIER REV LIV TR**
**22742 N 90TH STREET**
**SCOTTSDALE, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalty Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PostRock Energy Corporation** | Case number (if known) | **16-11230-SAH** |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,232,894.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,232,894.67 |

**Fill in this information to identify the case:**

Debtor name     **PostRock Energy Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **16-11230-SAH**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**<br><br>State the term remaining    **Unknown**<br><br>List the contract number of any government contract | **4-WALK FARMS, LLC**<br>**201 EAST 1ST**<br>**ALTOONA, KS 66710** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**<br><br>State the term remaining    **Unknown**<br><br>List the contract number of any government contract | **4D LAND & CATTLE COMPANY, INC**<br>**995 W RD 140**<br>**SCOTT CITY, KS 67871** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**<br><br>State the term remaining    **Unknown**<br><br>List the contract number of any government contract | **710 CORPORATION**<br>**12864 STAUNTON TPKE**<br>**SMITHVILLE, WV 26178** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**<br><br>State the term remaining    **Unknown**<br><br>List the contract number of any government contract | **A M ELLIOTT HEIRS**<br>**2161 KENYON AVE NW**<br>**MASSILLON, OH 44646** |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AARON K LELACHEAUR &** |
| | List the contract number of any government contract | | **RT 1 BOX 172** <br> **SOUTH COFFEYVILLE, OK 74072** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AARON MILLER** |
| | List the contract number of any government contract | | **10562 US HIGHWAY 26** <br> **KINNEAR, WY 82516** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ADAM HARRIS** |
| | List the contract number of any government contract | | **11550 60TH ROAD** <br> **GALESBURG, KS 66740** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ADAM L & PEGGY L KINSCH, H/W** |
| | List the contract number of any government contract | | **26042 IRVING ROAD** <br> **PARSONS, KS 67357** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Adam L. & Peggy L. Kinsch, H/W** |
| | List the contract number of any government contract | | **26042 IRVING ROAD** <br> **PARSONS** <br> **KS, US 67357** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Adam L. & Peggy L. Kinsch, H/W** |
| | List the contract number of any | | **26042 IRVING ROAD** <br> **PARSONS** <br> **KS, US 67357** |

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ADAM NORRIS LEMON, JR**<br>**1338 COPPERHEAD ROAD**<br>**WAVERLY, WV 26184** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ADOBE ACQUISITION, LLC**<br>**1000 BALLPARK WAY**<br>**STE 216**<br>**ARLINGTON, TX 76011** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ADRIAN DALE COOMES**<br>**621 LAFAYETTE ST.**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ALAN & SHARON HOUGARDY**<br>**1545 85TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ALAN & SHARON HOUGARDY**<br>**1545 85TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ALAN & SHARON HOUGARDY**<br>**1545 85TH ROAD**<br>**THAYER**<br>**KS, US 66776** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

---

2.17.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**ALAN B & SHARON L HOUGARDY**
**1545 85TH ROAD**
**THAYER, KS 66776**

---

2.18.   State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**ALAN B HOUGARDY**
**1545 85TH ROAD**
**THAYER**
**KS, US 66776**

---

2.19.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**ALAN CARL GRIFFEY**
**PO BOX 189**
**LENAPAH, OK 74042**

---

2.20.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**ALAN E & EILEEN ANGLETON**
**13505 240TH RD**
**ERIE, KS 66773**

---

2.21.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**ALAN R HAUGHT**
**405 W. MAIN STREET**
**HARRISVILLE, WV 26362**

---

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **ALBERT J BENJAMIN TTEE**<br>**2518 PINOAK LANE**<br>**RESTON, VA 20191-4229** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **ALBERT P DORRIS**<br>**8255 LYON ROAD**<br>**ERIE, KS 66733** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | | **ALBERT P DORRIS**<br>**8255 LYON ROAD**<br>**ERIE**<br>**KS, US 66733** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | | **ALBERT P DORRIS**<br>**8255 LYON ROAD**<br>**ERIE**<br>**KS, US 66733** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **ALEXANDER DAVID MIH**<br>**1927 BREWSTER RD**<br>**INDIANAPOLIS, IN 46260-1589** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any | | **ALEXANDER DAVID MIH**<br>**PO BOX 2**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1    **PostRock Energy Corporation**
    First Name                Middle Name               Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ALEXANDER DAVID MIH** |
| | List the contract number of any government contract | | **PO BOX 2** **CHANUTE** **KS, US 66720** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ALFAB INC** |
| | List the contract number of any government contract | | **PO BOX 26** **SMITHVILLE, WV 26178** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ALFRED & SARA MCKINNEY** |
| | List the contract number of any government contract | | **7751 W. QUARTO DRIVE** **LITTLETON, CO 80128** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ALFRED & VIRGINIA MANNERS LIV** |
| | List the contract number of any government contract | | **22044 UDALL ROAD** **PARSONS, KS 67357** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV** |
| | List the contract number of any government contract | | **22044 UDALL ROAD** **PARSONS** **KS, US 67357** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ALFRED & VIRGINIA MANNERS LIV** **22044 UDALL ROAD** **PARSONS** **KS, US 67357** |

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **UNKNOWN** | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR 22044 UDALL ROAD PARSONS KS, US 67357** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ALFRED & VIRGINIA MANNERS LIV TRST, ALFR**<br>**22044 UDALL ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Alfred & Virginia Manners Liv Trust**<br>**22044 UDALL ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Alfred & Virginia Manners Liv Trust**<br>**22044 UDALL ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALFRED E ERBE, THOMAS RAY ERBE**<br>**19106 800 RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALICE GOINS FAMILY TRST**<br>**PO BOX 222**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALICE GOINS FAMILY TRUST**<br>**1760 120TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALICE LONG**<br>**RT. 1 BOX 366**<br>**SO. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALICE STUMP**<br>**679 HIGHLAND ROAD**<br>**ELLENBORO, WV 26346** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLAN PAUL CLINE**<br>**5204 SATTLER PL**<br>**SARASOTA, FL 34232-2677** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLAN R SANDERS**<br>**683 21000 RD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLEN & DIANN MYERS TRUST**<br>**16040 CHASE ROAD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **ALLEN & DIANN MYERS TRUST**<br>**16040 CHASE ROAD**<br>**CHERRYVALE, KS 67335** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALLEN D NOTTINGHAM** |
| | List the contract number of any government contract | | **PO BOX 105** **MINERALWELLS, WV 26150** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALLEN DEAN AYERS II** |
| | List the contract number of any government contract | | **HC 75 BOX 4A** **SMITHVILLE, WV 26178** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALLEN L & CECILLE L** |
| | List the contract number of any government contract | | **12788 QUINTER ROAD** **ALTOONA, KS 66710** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALLEN L & CECILLE R NUNNENKAMP** |
| | List the contract number of any government contract | | **13906 US 75 HIGHWAY** **ALTOONA, KS 66710** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **ALLEN L & DIANN MYERS** |
| | List the contract number of any government contract | | **16040 CHASE ROAD** **CHERRYVALE, KS 67335** |

Debtor 1   **PostRock Energy Corporation**                                Case number (*if known*)   **16-11230-SAH**

First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLEN L & DIANN MYERS** |
| | List the contract number of any government contract | | **16040 CHASE ROAD** **CHERRYVALE, KS 67335** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLEN R OR WANDA J CHEWNING** |
| | List the contract number of any government contract | | **509 BELL FONTAINE** **OKLAHOMA CITY, OK 73160** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALLENE MAYNARD& WILBUR MAYNARD** |
| | List the contract number of any government contract | | **246 GUYAN STREET** **HUNTINGTON, WV 25702-9576** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALMA MEYER REV TRST,** |
| | List the contract number of any government contract | | **6 BERRYDALE PL** **BELLA VISTA, AR 72715** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALTA M MERRILL** |
| | List the contract number of any government contract | | **4665 IRVING ROAD** **GALESBURG, KS 66740** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ALVIN F DAUBENSPECK** |
| | List the contract number of any | | **93 CISCO ROAD** **CAIRO, WV 26337** |

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AMANDA TURNER** |
| | List the contract number of any government contract | | **2261 N. 545 RD.**<br>**TAHLEQUAH, OK 74464** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AMERICAN ENERGY** |
| | List the contract number of any government contract | | **301 NW 63RD SUITE 600**<br>**OKLAHOMA CITY, OK 73116** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AMERITAS LIFE INSURANCE CORP** |
| | List the contract number of any government contract | | **ATTN:  OIL & GAS**<br>**PO BOX 40888**<br>**CINCINNATI, OH 45240-0888** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AMY M BERG & BRADLEY D BOHRER** |
| | List the contract number of any government contract | | **220 HIGH STREET**<br>**BALDWIN CITY, KS 66006** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANDREA SCHOMAKER, TTEE OF** |
| | List the contract number of any government contract | | **21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD, AR 72732** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ANDREW D & KARI S KING**<br>**P.O. BOX 92**<br>**YATES CENTER, KS 66783** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | ANDREW D & KARI S KING P.O. BOX 92 YATES CENTER KS, US 66783 |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | ANDREW G MEIWES 4320 MOFFAT ROAD NW PIEDMONT, OK 73078 |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
 _____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.**  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**ANDREWS FAMILY HOLDING CO LLC**
**851 CEDAR DR**
**DEALE, MD 20751**

**2.74.**  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**ANGELA K BEST**
**107 AUTOMOTIVE BLVD.**
**ELKTON, MD 21921**

**2.75.**  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**ANGELYN W DAVIDSON,**
**371 WOODLAWN MNR**
**LAWRENCE, KS 66049**

**2.76.**  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**ANITA MAE COMPSTON REV TR**
**1410 W. 2ND STREET**
**COFFEYVILLE, KS 67337**

**2.77.**  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**ANN KANE SEIDMAN**
**PO BOX 2566**
**BARTLESVILLE, OK 74005**

**2.78.**  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any

**ANN KOONTZ**
**7509 NEW GRACE MEWS**
**COLUMBIA, MD 21046**

Debtor 1    **PostRock Energy Corporation**

First Name      Middle Name      Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ANNA HERRMANN** |
| | List the contract number of any government contract | | **7245 S BIRMINGHAM AVE**<br>**TULSA, OK 74136** |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ANNA MC CALLISTER** |
| | List the contract number of any government contract | | **5156 STRAIGHT FORK**<br>**GRIFFITHSVILLE, WV 25521** |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ANNA MORRIS** |
| | List the contract number of any government contract | | **10450 LAKEVIEW DR**<br>**NEW PRT RCHY, FL 34654-3549** |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ANNABELLE MAYHEW** |
| | List the contract number of any government contract | | **167 OAKBROOK LANE**<br>**MINERALWELLS, WV 26150** |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ANNE E MULHOLLAND, PATRICK J** |
| | List the contract number of any government contract | | **423 7TH STREET, APT. 1W**<br>**DEWITT, IA 52742** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ANNE MCCAULEY**<br>**6855 150TH ROAD**<br>**MAYETTA, KS 66509** |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **ANNE R DECKER**<br>**9612 TRAILRIDGE TERRACE**<br>**POTOMAC, MD 20854** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **ANNETTA G BAXTER**<br>**700 BAY DRIVE**<br>**APT 1010**<br>**NICEVILLE, FL 32578-4148** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **ANTHIS LAND COMPANY, LLC**<br>**PO BOX 14470**<br>**TULSA, OK 74159-0480** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **ANTHONY J BOLLIG TEST TRST;**<br>**PO BOX 779**<br>**CHANUTE, KS 66720** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | |
| | List the contract number of any government contract | _____ | **ANTHONY J BOLLIG TEST TRST;**<br>**PO BOX 779**<br>**CHANUTE**<br>**KS, US 66720** |

Case: 16-11230    Doc: 191    Filed: 05/19/16    Page: 422 of 1138

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ANTHONY J BOLLIG TEST TRST;**<br>**PO BOX 779**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANTHONY JIMENEZ**<br>**23375 LYON ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ANTHONY JIMENEZ**<br>**23375 LYON ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANTHONY LYNN ROGERS**<br>**5527 W AMHURST AVE**<br>**DALLAS, TX 75209** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ANTONIO I MATTHEWS**<br>**RT 1 BOX 35204**<br>**SO. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **APPALACHIAN ROYALTIES INC**<br>**PO DRAWER 1917**<br>**CLARKSBURG, WV 26302** |
| | List the contract number of any | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 17 of 732

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ARCHIE WRIGHT DECLARATION OF** |
| | List the contract number of any government contract | | **3463 STATE STREET #513**<br>**SANTA BARBARA, CA 93105** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ARDIS ANN COOK** |
| | List the contract number of any government contract | | **24560 W. 55TH STREET**<br>**SHAWNEE, KS 66226** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ARDITH A BRENEMAN** |
| | List the contract number of any government contract | | **33000 S. 544 ROAD**<br>**JAY, OK 74346** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ARLENE D KNOX TRST, JAMES &** |
| | List the contract number of any government contract | | **5322 PENNSYLVANIA AVE.**<br>**BOULDER, CO 80303** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ARLENE M FRAZER** |
| | List the contract number of any government contract | | **3708 ATWATER ROAD**<br>**SACRAMENTO, CA 95864** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ARLENE RIDGELY**<br>**1265 CAMPUS COURT**<br>**WESTMINSTER, MD 21157** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **ARLO L CRAWSHAW LIV TRST**<br>**24345 S. NAVAJO DR.**<br>**CHANNAHON, IL 60410** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **ARLO WAYNE & RUTH ANN**<br>**6512 NW FAIRWAY DRIVE**<br>**PARKVILLE, MO 64152-2518** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **ARLYCE JUNE STEELE**<br>**P.O. BOX 688**<br>**TRIBUNE, KS 67879** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **ARMILDA ADKINS**<br>**3657 PIEDMONT ROAD**<br>**HUNTINGTON, WV 25704-1940** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **ARNA M WALLS**<br>**299 LONG BRANCH ROAD**<br>**BRANCHLAND, WV 25506** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.107.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ARNALDO BARROS & MARIA BARROS**
**900 WASHINGTON ST**
**HOLLYWOOD, FL 33019**

**2.108.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ARROW W RANCH, LLC**
**685 W. 77TH STREET**
**TULSA, OK 74132**

**2.109.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ART & SUSAN WADE**
**730 ROAD 28**
**PERU, KS 67360**

**2.110.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ARTHA DEEN CHAMBERLIN**
**5256 MANDARIN DRIVE**
**OCEANSIDE, CA 92056**

**2.111.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ARTHUR LEE CRANOR**
**114 W NORTH STREET**
**COFFEYVILLE, KS 67337**

**2.112.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**ARTHUR W GIBSON TRST**
**P O BOX 3480**
**OMAHA, NE 68103-0480**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ARVIN E CLEMANS**<br>**705 N KENTUCKY**<br>**IOLA, KS 66749** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ASHLEY HOLT**<br>**P.O. BOX 680997**<br>**FRANKLIN, TN 37068-0997** |
| | List the contract number of any government contract | | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ATLANTIS OIL & GAS, LLC**<br>**PO BOX 249**<br>**SKIATOOK, OK 74070** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ATMOS ENERGY**<br>**2929 W SAM HOUSTON PKWY**<br>**STE. 200**<br>**HOUSTON, TX 77043** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **AUDREY I YOUNG, TTEE OF THE**<br>**19500 MEADE RD.**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **AUSTIN A DUVERNOY**<br>**1440 TRUMANSBURG RD**<br>**ITHACA, NY 14850** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | AUSTIN M RICHARD |
|  | List the contract number of any government contract | | 20155 HARPER ROAD |
|  | | | CHANUTE, KS 66720 |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | AVAGENE DIGMAN |
|  | List the contract number of any government contract | | 144 LINDSEY RD |
|  | | | MUNROE FALLS, OH 44262 |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | AVANELLE CUMMINGS ESTATE |
|  | List the contract number of any government contract | | 35 LOWER FALLS DRIVE |
|  | | | ST ALBANS, WV 25177 |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | AVONELLE CUMMINGS |
|  | List the contract number of any government contract | | PO BOX 26 |
|  | | | MIDKIFF, WV 25540 |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | B DOUGLAS HAUGHT II |
|  | List the contract number of any government contract | | 12864 STAUNTON TPKE |
|  | | | SMITHVILLE, WV 26178 |

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BARBARA A ESTES TRST - 1/24/92** |
| | List the contract number of any government contract | | **9624 U.S. HIGHWAY 75** **ALTOONA, KS 66710** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BARBARA ANN BOTTOMS** |
| | List the contract number of any government contract | | **ROUTE 1, BOX 175A** **DELAWARE, OK 74027** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BARBARA BAYNE** |
| | List the contract number of any government contract | | **2700 G RD** **UNIT #11-C** **GRAND JUNCTION, CO 81506-1426** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BARBARA BAYNE** |
| | List the contract number of any government contract | | **2700 G RD** **UNIT #11-C** **GRAND JUNCTION, CO 81506-1426** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BARBARA BLASCHKE & WILLIAM A** |
| | List the contract number of any government contract | | **404 MERCER DRIVE** **WOODSTOCK, GA 30189** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BARBARA BRUMMITT &** |
| | List the contract number of any | | **6533 ZARDA DRIVE** **SHAWNEE, KS 66226-3375** |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA JEAN BEARD**<br>**324 N. KANSAS**<br>**COLUMBUS, KS 66725** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **BARBARA JEAN BEARD**<br>**324 N. KANSAS**<br>**COLUMBUS**<br>**KS, US 66725** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA JUNE BUSENBARRICK**<br>**6205 183RD ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA K STICH**<br>**8740 150TH RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **BARBARA M WELLS**<br>**RT 1 BOX 39**<br>**CAIRO, WV 26337** |
| | List the contract number of any government contract | | |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BARBARA PORTER**<br>**1133 WICK RD.**<br>**MIDDLEBOURNE, WV 26149** |

Debtor 1   **PostRock Energy Corporation**
    First Name          Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| State the term remaining | Unknown | |
|---|---|---|
| List the contract number of any government contract | | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **BARNEY PONTIOUS**<br>**14400 50TH ROAD**<br>**PARSONS, KS 67357** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **BARRY KEN CARNAHAN**<br>**422 ROYAL CREST**<br>**RICHARDSON, TX 75081** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **BART KOLSTE**<br>**1301 EAST I STREET**<br>**OGALLALA, NE 69153** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **BARTIE ANN BLACK REV TRST**<br>**857 17000 RD**<br>**MOUND VALLEY, KS 67354** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **BDL PARTNERS**<br>**PO BOX 3**<br>**HARRISVILLE, WV 26362** |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
      First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEACHNER BROTHERS, INC** **PO BOX 128** **ST.PAUL** **KS, US 66771** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | State the term remaining | UNKNOWN | |
| --- | --- | --- | --- |
| | List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| --- | --- | --- | --- |
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771 |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**                          Case number *(if known)*  **16-11230-SAH**
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**

First Name         Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
|  | List the contract number of any government contract |  | **PO BOX 128** |
|  |  |  | **ST.PAUL** |
|  |  |  | **KS, US 66771** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
|  | List the contract number of any government contract |  | **PO BOX 128** |
|  |  |  | **ST.PAUL** |
|  |  |  | **KS, US 66771** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
|  | List the contract number of any government contract |  | **PO BOX 128** |
|  |  |  | **ST.PAUL** |
|  |  |  | **KS, US 66771** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
|  | List the contract number of any government contract |  | **PO BOX 128** |
|  |  |  | **ST.PAUL** |
|  |  |  | **KS, US 66771** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC** |
|  | List the contract number of any government contract |  | **PO BOX 128** |
|  |  |  | **ST.PAUL** |
|  |  |  | **KS, US 66771** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEACHNER BROTHERS, INC** |
|---|---|---|---|
|  |  |  | **PO BOX 128** |
|  |  |  | **ST.PAUL** |
|  |  |  | **KS, US 66771** |

Debtor 1   **PostRock Energy Corporation**
            First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-11230-SAH**

    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
| | List the contract number of any government contract | | |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | BEACHNER BROTHERS, INC<br>PO BOX 128<br>ST.PAUL<br>KS, US 66771 |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known)   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

---

2.187.　State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771**

---

2.188.　State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771**

---

2.189.　State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771**

---

2.190.　State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771**

---

2.191.　State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771**

---

Debtor 1    **PostRock Energy Corporation**                          Case number *(if known)*    **16-11230-SAH**
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEACHNER BROTHERS, INC**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name         Middle Name         Last Name

Case number (*if known*)    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **BEACHNER BROTHERS, INC PO BOX 128 ST.PAUL KS, US 66771** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.209.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.210.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.211.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.212.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.213.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

**2.214.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

BEACHNER BROTHERS, INC
PO BOX 128
ST.PAUL
KS, US 66771

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.215. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract

2.216. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract

2.217. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract

2.218. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract

2.219. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

**BEACHNER BROTHERS, INC**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

List the contract number of any government contract

2.220. State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

**Beachner Brothers, Inc.**
**PO BOX 128**
**ST.PAUL**
**KS, US 66771**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN |  |
|---|---|---|---|
|  | List the contract number of any government contract | |  |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|  | List the contract number of any government contract | | |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|  | List the contract number of any government contract | | |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|  | List the contract number of any government contract | | |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|  | List the contract number of any government contract | | |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
    First Name         Middle Name         Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** |
|  | List the contract number of any government contract |  | **PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** |
|  | List the contract number of any government contract |  | **PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** |
|  | List the contract number of any government contract |  | **PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** |
|  | List the contract number of any government contract |  | **PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** |
|  | List the contract number of any government contract |  | **PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

---

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

---

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

---

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

---

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

---

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.**<br>**PO BOX 128**<br>**ST.PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract | _____ | |

---

Debtor 1    **PostRock Energy Corporation**
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any government contract | | |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Beachner Brothers, Inc.** **PO BOX 128** **ST.PAUL** **KS, US 66771** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEACHNER SOUTHWEST FARMING CO**<br>**P.O. BOX 128**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN & DONNA J MYERS**<br>**495 23000 RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEN & DONNA J MYERS**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEN & DONNA J MYERS**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BEN & DONNA J MYERS**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **BEN & DONNA J MYERS**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|---|---|---|---|

Debtor 1　**PostRock Energy Corporation**
First Name　　　Middle Name　　　Last Name

Case number *(if known)*　**16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **BEN & DONNA J MYERS REV TRST**<br>**495 23000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Corporation**
     First Name         Middle Name         Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN & MERRY CARLENE HINKLE**<br>**1277 16000 ROAD**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN E HINKLE**<br>**1277 16000 RD.**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEN R DOUD**<br>**25528 GENESEE TRAIL RD**<br>**GOLDEN, CO 80401** |
| | List the contract number of any government contract | | |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BENJAMIN HALE THOMAS**<br>**100 BELLE MEADOW DRIVE**<br>**MARIETTA, OH 45750** |
| | List the contract number of any government contract | | |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BENTON & MELISSA DUFF, H/W**<br>**612 SOUTH WESTVIEW**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNARD & HELEN G CRUSE**<br>**1288 24500 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
_____
First Name    Middle Name    Last Name

Case number (*if known*)    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNARD J HARDIN, JR**<br>**24371 1500 ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNARD L GOUGH**<br>**6885 NESS ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNICE HAMMER**<br>**4800 PARK HILL RD**<br>**TAHLEQUAH, OK 74464** |
| | List the contract number of any government contract | | |

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERNIE J KOGER**<br>**2880 LYON RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BERT CARLSON**<br>**1432 NIGHTHAWK ROAD**<br>**YATES CENTER, KS 66783** |
| | List the contract number of any government contract | | |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BERTRAM TRST REALTY**<br>**PO BOX 515**<br>**MARIETTA, OH 45750** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETSY MAE WELCH WILSON**<br>**P. O. BOX 2524**<br>**MT. PLEASANT, SC 29465** |
| | List the contract number of any government contract | _____ | |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTIE L PARKS**<br>**224 CARRINGTON DRIVE**<br>**PAWLEYS ISLAND, SC 29585** |
| | List the contract number of any government contract | _____ | |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY J MCMILLEN**<br>**23424 1800 ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY J STILES REV TRST**<br>**21455 900 RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | _____ | |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY JANE & STEVEN WHEELER,**<br>**1705 85TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.277.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

**BETTY JANE & STEVEN WHEELER, JTROS**
**1705 85TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.278.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

**BETTY JANE & STEVEN WHEELER, JTROS**
**1705 85TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.279.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**BETTY JANE ADAMS**
**RT 1 BOX 176A**
**HARRISVILLE, WV 26362**

---

**2.280.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**BETTY JANE BLACK**
**401 HARMONY LN**
**MT HOLLY, NC 28120**

---

**2.281.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**BETTY JO ASH**
**P O BOX 581**
**KERNVILLE, CA 93238**

---

**2.282.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**BETTY K SELL FAMILY TRST**
**1835 E. JACKSON RD**
**FREDONIA, KS 66736**

---

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY L MAUDLIN REV LIV TRST**<br>**PO BOX 133**<br>**EL DORADO SPRIN, MO 84744** |
| | List the contract number of any government contract | | |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY L OWENS**<br>**4223 W. ELM**<br>**WICHITA, KS 67212** |
| | List the contract number of any government contract | | |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY LAWERENCE**<br>**142 HILLSIDE ST**<br>**ASHVILLE, NC 28801** |
| | List the contract number of any government contract | | |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BETTY LOU HESS**<br>**1500 E. 10 BLVD. APT B1**<br>**WINIFRED, KS 67156** |
| | List the contract number of any government contract | | |

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BEULAH WRIGHT**<br>**203 - 20TH STREET**<br>**DUNBAR, WV 25064** |
| | List the contract number of any government contract | | |

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BEVERLY ANN NELSON**<br>**27803 32ND AVE. E**<br>**SPANAWAY, WA 98387** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|  | List the contract number of any government contract | |  |

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BEVERLY BAILEY** |
|  | List the contract number of any government contract | | **RT 1 BOX 391** **SALT ROCK, WV 25559** |

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BIG BEN LLC** |
|  | List the contract number of any government contract | | **5709 SNOWBERRY DR.** **LITTLETON, CO 80123** |

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BIG HILL FARMS** |
|  | List the contract number of any government contract | | **17075 BROWN RD** **CHERRYVALE, KS 67335** |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **Big O Properties, Inc.** |
|  | List the contract number of any government contract | | **319 SOUTH LINCOLN** **CHANUTE** **KS, US 66720** |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | **Unknown** | **BIG PRODUCTION, LLC** |
|  | List the contract number of any government contract | | **P.O. BOX 68** **SEDAN, KS 67361** |

Debtor 1    **PostRock Energy Corporation**
    First Name         Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIG SKY MINERAL TRST**<br>**P.O. BOX 3788**<br>**ARLINGTON, TX 76007-3788** |
| | List the contract number of any government contract | | |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILL & KATHY MCMILLEN, TRS**<br>**RT. 1, BOX 57**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILL E REINHARDT**<br>**1105 S. ALLEN**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILL J WESTERMAN**<br>**12905 HWY 39**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILL MCMILLEN & KATHY A**<br>**RT. 1**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILLER FAMILY TRST B OF 2007**<br>**9910 BIRCHDALE**<br>**DOWNEY, CA 90240** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILLY J & SUSAN M MITCHELL** |
| | List the contract number of any government contract | | **18523 SCOTT ROAD** **ALTOONA, KS 66710** |

---

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILLY JOE & JUDITH A MCDANIEL** |
| | List the contract number of any government contract | | **2061 EAST BLUE HAVEN RD** **TISHOMINGO, OK 73460** |

---

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BILLY WAYNE BURRIS** |
| | List the contract number of any government contract | | **24097 IRVING ROAD** **PARSONS, KS 67357** |

---

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIRMINGHAM CORPORATION** |
| | List the contract number of any government contract | | **P.O. BOX 52043** **TULSA, OK 74152** |

---

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BIRMINGHAM CORPORATION** |
| | List the contract number of any government contract | | **P.O. BOX 52043** **TULSA, OK 74152** |

---

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BLACK GOLD GROUP, LTD** **PO BOX 85** **STRASBURG, OH 44680** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BLACK RIVER ROYALTIES, LLC** |
| | List the contract number of any government contract | _____ | **1499 BLAKE STREET**<br>**DENVER, CO 80202** |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BLACKBIRD PARTNERS LLC** |
| | List the contract number of any government contract | _____ | **P O BOX 270894**<br>**LITTLETON, CO 80127** |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BLACKPOOL I LLC** |
| | List the contract number of any government contract | _____ | **53 FOREST AVE., 1ST FLOOR**<br>**OLD GREENWICH, CT '06870** |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BLUE RIBBON RANCH, INC** |
| | List the contract number of any government contract | _____ | **P.O. BOX 279**<br>**DEWEY, OK 74029** |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BOB H DAVIS** |
| | List the contract number of any government contract | _____ | **PO BOX 26**<br>**FLATWOODS, WV 26621** |

Debtor 1    **PostRock Energy Corporation**                                    Case number (*if known*)    **16-11230-SAH**
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOB J GROSS** |
| | List the contract number of any government contract | | **3252 S. 4290 ROAD** **WELCH, OK 74369** |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOB WILLIS FARMS #4 LLC** |
| | List the contract number of any government contract | | **HC 61 BOX 233** **LENAPAH, OK 74042** |

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOBBY D & LADONNA S BEARD** |
| | List the contract number of any government contract | | **3070 DOUGLAS RD** **COFFEYVILLE, KS 67337** |

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONEVA V SPURGEON** |
| | List the contract number of any government contract | | **24427 STAUNTON TURNPIKE** **SMITHVILLE, WV 26178** |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONITA A ROSKOV** |
| | List the contract number of any government contract | | **20 COUNTRY VIEW LANE** **FINLEYVILLE, PA 15332** |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONNIE K SIMPSON** |
| | List the contract number of any | | **BOX 84** **SMITHVILLE, WV 26178** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONNIE L GROSSNICKLE, A-I-F**<br>**12655 80TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BONNIE SUE NELSON**<br>**727 12000 ROAD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOYD H OR BONNIE W MCCUNE**<br>**2813 ROSECLIFF TERRACE**<br>**GRAPEVINE, TX 76051** |
| | List the contract number of any government contract | | |

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BOYD L BURNS TRST DTD 8/8/88**<br>**8101 MISSION ROAD**<br>**APT. 203**<br>**PRAIRIE VILLAGE, KS 66208** |
| | List the contract number of any government contract | | |

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRAD R & SENTA B MEISTER,**<br>**21900 10TH ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BRAD THOMPSON**<br>**906 12TH ST**<br>**VIRGINIA BEACH, WV 23451** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
          First Name        Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **BRANDON D NUNNENKAMP &** <br> **522 N.E. VIEWPARK DRIVE** <br> **LEE SUMMIT, MO 64086** |

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **BRANDON N VOGEL** <br> **9900 80TH RD** <br> **GALESBURG, KS 66733** |

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **BRENDA BRITTON JOBES** <br> **44 SILOS** <br> **WILLIAMSTOWN, WV 26187** |

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **BRENDA CLEMENS** <br> **26057 KIOWA RD.** <br> **PARSONS, KS 67357** |

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **BRENDA FOSTER** <br> **3580 JENNANN AVE** <br> **PADUCAHA, KY 42001** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA KAY SWEIGART**<br>**615 S. 13TH**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA L TAYLOR**<br>**8001 TREGO ROAD**<br>**OSWEGO, KS 67356** |
| | List the contract number of any government contract | | |

| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA RAY & RICHARD RAY, H/W**<br>**7403 MONTICELLO PARKWAY**<br>**COLLEYVILLE, TX 76034** |
| | List the contract number of any government contract | | |

| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENDA SUE WHITTINGTON**<br>**117 NORTH 2ND AVE.**<br>**PADEN CITY, WV 26159** |
| | List the contract number of any government contract | | |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENT & BECKY SMITH**<br>**410 5000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRENT REVELL**<br>**5485 KIOWA ROAD**<br>**GALESBURG, KS 66704** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
           First Name      Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN & TERESA LAHEY** |
| | List the contract number of any government contract | | **5170 LYON ROAD** **GALESBURG, KS 66740** |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN D KNIGHT** |
| | List the contract number of any government contract | | **8106 CAIRO ROAD** **HARRISVILLE, WV 26362** |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN G HAUGHT** |
| | List the contract number of any government contract | | **76 GRANADA CICLE** **PARKERSBURG, WV 26104-9784** |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN G MOORE** |
| | List the contract number of any government contract | | **5554 CR 5800** **CHERRYVALE, KS 67325** |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRIAN HEATH TURNER** |
| | List the contract number of any government contract | | **4315 E. 74TH PLACE** **TULSA, OK 74136** |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BRIAN J ANDERSON** **2217 FAIRWAY COURT** **DERBY, KS 67037** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRIAN MOORE & DENA MOORE H/W** |
| | List the contract number of any government contract | _____ | **1013 FORD RD.**<br>**COFFEYVILLE, KS 67337** |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRIAN TAYLOR** |
| | List the contract number of any government contract | _____ | **22290 1600 ROAD**<br>**CHANUTE, KS 66720** |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRIAN W MORRIS & ALISON E** |
| | List the contract number of any government contract | _____ | **17017 UDALL ROAD**<br>**RT 1, BOX 43**<br>**ALTOONA, KS 67710** |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BROKEN ARROW ROYALTIES LLC** |
| | List the contract number of any government contract | _____ | **PO BOX 960**<br>**ARTESIA, NM 88211-0960** |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRONWEN T FRANCIS TRST** |
| | List the contract number of any government contract | _____ | **617 N. 2ND STREET**<br>**HUMBOLDT, KS 66748** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Bruce & Cynthia Dick**<br>**11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Bruce & Cynthia Dick**<br>**11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE L & TONYA R THORTON**<br>**24889 600 RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE L & TONYA R THORTON**<br>**24889 600 RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE L CRITCHFIELD**<br>**98 TANGLEWOOD DRIVE**<br>**BUCKHANNON, WV 26201** |
| | List the contract number of any government contract | | |

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE L THORNTON**<br>**24889 600 RD**<br>**THAYER, KS 66776** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE L THORNTON & TONJA R** |
| | List the contract number of any government contract | | **24889 600 RD**<br>**THAYER, KS 66776** |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE S & CYNTHIA A DICK** |
| | List the contract number of any government contract | | **11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **BRUCE S & CYNTHIA A DICK** |
| | List the contract number of any government contract | | **11580 HARPER RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE S DICK &** |
| | List the contract number of any government contract | | **11580 HARPER ROAD**<br>**THAYER, KS 66776** |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BRUCE SCRITCHFIELD** |
| | List the contract number of any government contract | | **12490 LEE CREEK RD**<br>**ROCKPORT, WV 26169-8271** |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **BRUMMITT LIVING TRUST** |
|---|---|---|---|
| | | | **6533 ZARDA DR**<br>**SHAWNEE, KS 66226-3375** |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract | | |

---

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRYAN & DEBRA COOVER**<br>**6165 JACKSON ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

---

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRYAN & KIMBERLY SCHULZ TRST**<br>**7630 80TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

---

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRYAN & LORETTA HUCKE**<br>**859 21000 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

---

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BRYAN R DEEM**<br>**7014 BETHEL ROAD**<br>**GREENBRIER, TN 37073-5743** |
| | List the contract number of any government contract | | |

---

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **BURDETTE S ROMIG**<br>**974 ANDERS RD**<br>**LANSDALE, PA 19446** |
| | List the contract number of any government contract | | |

---

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.362. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **BURRESS FARMS, INC** |
| | List the contract number of any government contract | | **1151 26000 ROAD** **PARSONS, KS 67357** |

| 2.363. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **C C RUHL** |
| | List the contract number of any government contract | | **407 N. MAPLE** **COFFEYVILLE, KS 67337** |

| 2.364. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **C D & CATHY J TRIPLETT H/W** |
| | List the contract number of any government contract | | **7675 120TH RD** **THAYER, KS 66776** |

| 2.365. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
| | List the contract number of any government contract | | **7675 120TH RD** **THAYER** **KS, US 66776** |

| 2.366. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
| | List the contract number of any government contract | | **7675 120TH RD** **THAYER** **KS, US 66776** |

| 2.367. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W** |
| | List the contract number of any | | **7675 120TH RD** **THAYER** **KS, US 66776** |

Debtor 1    **PostRock Energy Corporation**

First Name      Middle Name      Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.368. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W 7675 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |
| 2.369. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W 7675 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |
| 2.370. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W 7675 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |
| 2.371. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W 7675 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |
| 2.372. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C D & CATHY J TRIPLETT H/W 7675 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |
| 2.373. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | C D & CATHY J TRIPLETT H/W, JTROS 7675 120TH RD THAYER KS, US 66776 |

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining | **UNKNOWN**

List the contract number of any government contract

---

**2.374.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

List the contract number of any government contract

---

**2.375.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

List the contract number of any government contract

---

**2.376.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

List the contract number of any government contract

---

**2.377.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

List the contract number of any government contract

---

**2.378.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**
**7675 120TH RD**
**THAYER**
**KS, US 66776**

List the contract number of any government contract

---

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.384. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
         First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C D & CATHY J TRIPLETT H/W, JTROS**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C D & Cathy Triplett**<br>**7675 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **UNKNOWN** | |
| List the contract number of any government contract _____ | |

| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining **UNKNOWN** | | **C D & Cathy Triplett** **7675 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract _____ | | |

| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining **UNKNOWN** | | **C D & Cathy Triplett** **7675 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract _____ | | |

| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining **UNKNOWN** | | **C D & Cathy Triplett** **7675 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract _____ | | |

| 2.394. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining **Unknown** | | **C D TRIPLETT** **7675 120TH RD** **THAYER, KS 66776** |
| | List the contract number of any government contract _____ | | |

| 2.395. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining **Unknown** | | **C DIANE EDDY &** **183 CLOHAN AVE.** **MARTINSBURG, WV 25404-0737** |
| | List the contract number of any government contract _____ | | |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.396.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C F LAIR
BOX 44
LENAPAH, OK 74042**

---

**2.397.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C F LAIR OR JANICE K LAIR OR
P. O. BOX 44
LENAPAH, OK 74042**

---

**2.398.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C G WASS HEIRS TRST
P O BOX 29
HARRISVILLE, WV 26362**

---

**2.399.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C JOE MOYERS
1024 PALM AVE.
WILDWOOD, FL 34785**

---

**2.400.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**C PHILIP KEITH
RT. 1 BOX 114
PETROLEUM, WV 26161**

---

**2.401.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**C W & CONSTANCE E TRIPLETT
7720 120TH RD
THAYER, KS 66776**

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | government contract |  |  |
| 2.402. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |
| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |
| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |
| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |
| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |
| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.408. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.409. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.410. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.411. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.412. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
           First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.413. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.414. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.415. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.416. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.417. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.418. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.423. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | _____ | |
| 2.425. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | _____ | |
| 2.426. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | _____ | |
| 2.427. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | _____ | |
| 2.428. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | _____ | |
| 2.429. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | C W & CONSTANCE E TRIPLETT<br>7720 120TH RD<br>THAYER<br>KS, US 66776 |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.431. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.432. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.433. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.434. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.435. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**                              Case number *(if known)*    **16-11230-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | UNKNOWN |  |
|---|---|---|---|
|  | List the contract number of any government contract | |  |

| 2.442. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | |  |

| 2.443. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | |  |

| 2.444. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | |  |

| 2.445. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | |  |

| 2.446. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | |  |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.447. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.448. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.449. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.450. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.451. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.452. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
<br>First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.453. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.454. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.455. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & CONSTANCE E TRIPLETT**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.456. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & Constance Triplett**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.457. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **C W & Constance Triplett**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.458. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **C W & Constance Triplett**<br>**7720 120TH RD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name       Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

---

2.459.   State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**C W & MICHELLE D POWELL
647 E NOTTINGHAM
SPRINGFIELD, MO 65810**

---

2.460.   State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**CABOT OIL & GAS CORPORATION
P.O. BOX 4544
HOUSTON, TX 77210-4544**

---

2.461.   State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**CAL FARLEY'S BOYS RANCH
P.O. BOX 1
AMARILLO, TX 79105-0001**

---

2.462.   State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**CALVIN CARTER
1072 RD 26
SEDAN, KS 67361**

---

2.463.   State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**CALVIN D & KAREN L PHILLIPS
25078 ELK ROAD
DENNIS, KS 67341**

---

Debtor 1    **PostRock Energy Corporation**
       First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.464.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CALVIN MCCOMAS**
**2951 RT 25, TRLR #6**
**HUNTINGTON, WV 25704-9143**

---

**2.465.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CAMDEN ENERGY CORPORATION**
**P.O. BOX 31196**
**EDMOND, OK 73003-7603**

---

**2.466.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CAMERON & SHIRLEY JANTZ**
**10272 1400 ROAD**
**FREDONIA, KS 66736**

---

**2.467.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CAMILLA GATRELL**
**2367 MURRAYSVILLE ROAD**
**RAVENSWOOD, WV 26164**

---

**2.468.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CANDACE ANN GFELLER**
**2857 230TH**
**MARION, KS 66861**

---

**2.469.** State what the contract or lease is for and the nature of the debtor's interest — **Copier rental - WV**

State the term remaining — **Ended**

List the contract number of any

**CANON FINANCIAL SERVICES, INC**
**14904 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

Debtor 1  **PostRock Energy Corporation**
      First Name           Middle Name         Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.470. | State what the contract or lease is for and the nature of the debtor's interest | **Copier rental - WV** |  |
|---|---|---|---|
|  | State the term remaining | **Ended** | **CANON FINANCIAL SERVICES, INC**<br>**14904 COLLECTIONS CENTER DR.**<br>**CHICAGO, IL 60693** |
|  | List the contract number of any government contract |  |  |

| 2.471. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CARA SUE SOMMERVILLE AGENT**<br>**79 SMITH AVE.**<br>**BUCKHANNON, WV 26201** |
|  | List the contract number of any government contract |  |  |

| 2.472. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CARL & ELIZABETH HOGAN REV**<br>**3756 COUNTY ROAD 6030**<br>**NEODESHA, KS 66757** |
|  | List the contract number of any government contract |  |  |

| 2.473. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CARL A & MARTHA J SHUFELDT, JT**<br>**RT 1 BOX 343**<br>**SOUTH COFFEYVILLE, OK 74072** |
|  | List the contract number of any government contract |  |  |

| 2.474. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CARL D REAVES**<br>**21538 2000 RD**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract |  |  |

| 2.475. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **CARL D REAVES**<br>**21538 2000 RD**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
            First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | State the term remaining | **UNKNOWN** |   |
|---|---|---|---|
|   | List the contract number of any government contract |   |   |

| 2.476. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |   |
|---|---|---|---|
|   | State the term remaining | **UNKNOWN** | **CARL D REAVES**<br>**21538 2000 RD**<br>**CHANUTE**<br>**KS, US 66720** |
|   | List the contract number of any government contract |   |   |

| 2.477. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **CARL F & SHERYL A JOHNSON J.T.**<br>**621 N CENTRAL AVE**<br>**PARSONS, KS 67357** |
|   | List the contract number of any government contract |   |   |

| 2.478. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **CARL J & DORIS W STUDEBAKER**<br>**9585 JEWELL RD**<br>**FREDONIA, KS 66736-7600** |
|   | List the contract number of any government contract |   |   |

| 2.479. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **CARL JORDAN**<br>**5260 TIMUCUA CIRCLE**<br>**ST. AUGUSTINE, FL 32086-5622** |
|   | List the contract number of any government contract |   |   |

| 2.480. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |   |
|---|---|---|---|
|   | State the term remaining | **Unknown** | **CARL LEROY & JUDY JONES**<br>**#2 BRENTWOOD DRIVE**<br>**STILLWATER, OK 74075** |
|   | List the contract number of any government contract |   |   |

Debtor 1  **PostRock Energy Corporation**

First Name                Middle Name                Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.481.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CARL P BRUNGARDT**
**12950 70TH ROAD**
**GALESBURG, KS 66740**

---

**2.482.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CARL P BRUNGARDT &**
**12950 70TH RD**
**GALESBURG, KS 66740**

---

**2.483.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CARL W & CONNIE DENISE HENRY**
**RT. 1, BOX 165**
**SOUTH COFFEYVILLE, OK 74072**

---

**2.484.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CARLA A MCKINNEY & DOUGLAS**
**1311 EAST 25TH AVENUE**
**HUTCHINSON, KS 67502**

---

**2.485.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**CARLA MCKINNEY**
**1311 EAST 25TH AVENUE**
**HUTCHINSON, KS 67502**

---

**2.486.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any

**CARLTON E. KASPER**
**5915 PALM SPRINGS COURT**
**ELK GROVE, CA 95758**

Debtor 1 **PostRock Energy Corporation**

　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.487. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARMELLA W HINES**<br>**26 SIGNAL HILL ROAD**<br>**CHERRY HILL, NJ 80030** |
| | List the contract number of any government contract | | |

| 2.488. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROL A & LEWIS S REGIS**<br>**13030 PRATT RD**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.489. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL A & LEWIS S REGIS**<br>**13030 PRATT RD**<br>**ALTAMONT**<br>**KS, US 67330** |
| | List the contract number of any government contract | | |

| 2.490. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL A & LEWIS S REGIS**<br>**13030 PRATT RD**<br>**ALTAMONT**<br>**KS, US 67330** |
| | List the contract number of any government contract | | |

| 2.491. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROL ARNOLD SIMMONS**<br>**5922 GILLESPIE RUN RD**<br>**HARRISVILLE, WV 26362-7572** |
| | List the contract number of any government contract | | |

| 2.492. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CAROL BRADFORD LIV TRST**<br>**14007 THOMAS RD**<br>**CHANUTE, KS 66720-5528** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.493. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
|  | List the contract number of any government contract | | |

| 2.494. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
|  | List the contract number of any government contract | | |

| 2.495. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
|  | List the contract number of any government contract | | |

| 2.496. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
|  | List the contract number of any government contract | | |

| 2.497. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.498. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.499. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.500. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.501. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.502. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any government contract | | |

| 2.503. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD, 14007 THOMAS RD CHANUTE KS, US 66720-5528** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
    First Name         Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.504. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD,** |
| | List the contract number of any government contract | | **14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720-5528** |

| 2.505. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD,** |
| | List the contract number of any government contract | | **14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720-5528** |

| 2.506. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROL BRADFORD LIV TRST, CAROL BRADFORD,** |
| | List the contract number of any government contract | | **14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720-5528** |

| 2.507. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROL F MANGELS** |
| | List the contract number of any government contract | | **4300 SOUTH TAMARACK AVE**<br>**BROKEN ARROW, OK 74011-1344** |

| 2.508. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROL HARRIS** |
| | List the contract number of any government contract | | **2906 S.W. 57TH**<br>**OKLAHOMA CITY, OK 73119** |

| 2.509. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CAROL J MADRON REV TRST** |
|---|---|---|---|
| | | | **198 B 5000 ROAD**<br>**COFFEYVILLE, KS 67337** |

Debtor 1   **PostRock Energy Corporation**                              Case number *(if known)*   **16-11230-SAH**
    First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.510. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CAROL OTT** |
| | List the contract number of any government contract | _____ | **106 MELROSE AVE.** **DELRAN, NJ '08075** |

| 2.511. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CAROL ROBINSON** |
| | List the contract number of any government contract | _____ | **P.O. BOX 43** **MILTON, WV 25541** |

| 2.512. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CAROL SUE ANDREWS** |
| | List the contract number of any government contract | _____ | **1317 86TH AVE N., APT 240** **MINNEAPOLIS, MN 55444** |

| 2.513. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CAROL WALTERS** |
| | List the contract number of any government contract | _____ | **1005 SMITH ROAD** **FREMONT, OH 43420-8860** |

| 2.514. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CAROL WEISBERGER** |
| | List the contract number of any government contract | _____ | **6601 COUNTRY CLUB DRIVE** **HUNTINGTON, WV 25705** |

Debtor 1    **PostRock Energy Corporation**                                      Case number *(if known)*    **16-11230-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.515. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN BURTON**<br>**RR2 BOX 109A**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.516. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN C LAMB & MARLENE A**<br>**8775 QUEEN ROAD**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.517. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN HEINEY**<br>**263 MATHEWS ROAD**<br>**GRANTSVILLE, WV 26147** |
| | List the contract number of any government contract | | |

| 2.518. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN HURST & ROBERT A**<br>**12900 170TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.519. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN K STARR**<br>**600 TANEYTOWN PIKE**<br>**WESTMINSTER, MD 21158** |
| | List the contract number of any government contract | | |

| 2.520. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN KAY CRANOR**<br>**25919 BRICK HILL DRIVE**<br>**SPRING, TX 77389** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.521. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN R PARKS FULPER**<br>**HC 68 BOX 24**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.522. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CAROLYN ROGERS**<br>**72 COUNTRY ROAD 2305**<br>**BARNSDALE, OK 74002** |
| | List the contract number of any government contract | | |

| 2.523. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROLYN S & DWIGHT W MYNATT**<br>**961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |
| | List the contract number of any government contract | | |

| 2.524. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROLYN S & DWIGHT W MYNATT**<br>**961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |
| | List the contract number of any government contract | | |

| 2.525. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CAROLYN S & DWIGHT W MYNATT**<br>**961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |
| | List the contract number of any government contract | | |

| 2.526. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **CAROLYN S & DWIGHT W MYNATT**<br>**961 2800TH STREET**<br>**LAHARPE**<br>**KS, US 66751** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
          First Name      Middle Name      Last Name

Case number *(if known)*  **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **UNKNOWN** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.527. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CAROLYN S & RANDALL W ROGERS** |
|  | List the contract number of any government contract | | **ROUTE 1, BOX 881** **BARNSDALL, OK 74002** |

| 2.528. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CAROLYN S MYNATT** |
|  | List the contract number of any government contract | | **961 2800TH STREET** **LAHARPE, KS 66751** |

| 2.529. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CAROLYN SHEETS** |
|  | List the contract number of any government contract | | **RT 2, BOX 73B** **PENNSBORO, WV 26145** |

| 2.530. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CAROLYN SUE CREMEANS** |
|  | List the contract number of any government contract | | **1256 GEORGIA AVE.** **MILTON, WV 25541** |

| 2.531. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CARRIE J SCARBRO** |
|  | List the contract number of any government contract | | **109 STONE STREET** **MT HOPE, WV 25880** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
First Name      Middle Name      Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.532. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARROL & LAVON CUMMINGS** |
| | List the contract number of any government contract | | **1501 S. WASHINGTON AVE.** **CHANUTE, KS 66720-2812** |

| 2.533. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARROLL ENERGY, LLC** |
| | List the contract number of any government contract | | **PO BOX 3950** **BARTLESVILLE, OK, OK 74006** |

| 2.534. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARROLL ENERGY, LLC** |
| | List the contract number of any government contract | | **PO BOX 3950** **BARTLESVILLE, OK, OK 74006** |

| 2.535. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CARROLL ENERGY, LLC** |
| | List the contract number of any government contract | | **PO BOX 3950** **BARTLESVILLE, OK** **OK, US 74006** |

| 2.536. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARY & JENNIFER BRADY, JTWROS** |
| | List the contract number of any government contract | | **17700 DOUGLAS ROAD** **CHANUTE, KS 66720** |

| 2.537. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CARY FAMILY LLC** |
| | List the contract number of any | | **1716 EAST 138TH PLACE SOUTH** **BIXBY, OK 74008** |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.538. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CASCADE ACQUISITION**<br>**PO BOX 7849**<br>**DALLAS, TX 75209** |
| | List the contract number of any government contract | | |

| 2.539. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE AMOS**<br>**1240 CEDARDELL CR**<br>**BIRMINGHAM, AL 35216** |
| | List the contract number of any government contract | | |

| 2.540. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE C REECE**<br>**3917 GLADSTONE DR.**<br>**CORPUS CHRISTI, TX 78414** |
| | List the contract number of any government contract | | |

| 2.541. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE F & JACK L SULLIVAN**<br>**3686 LONGHORN DR.**<br>**HAMILTON, OH 45013** |
| | List the contract number of any government contract | | |

| 2.542. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CATHERINE L YOUNTZ**<br>**692 COUNTY ROAD 2280**<br>**BARNSDALL, OK 74002** |
| | List the contract number of any government contract | | |

| 2.543. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CATHERINE SUE WEESE**<br>**405 GOFFS RD**<br>**HARRISVILLE, WV 26362** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.544. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **CATHY MARSHALL** |
|  | List the contract number of any government contract | _____ | **581 MCCLURE**<br>**WOOSTER, OH 44691** |

| 2.545. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **CATHY SUE & PATRICK C HEIT,** |
|  | List the contract number of any government contract | _____ | **6530 10TH ROAD**<br>**DENNIS, KS 67341** |

| 2.546. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **CATHY SUE & PATRICK C HEIT, JTROS** |
|  | List the contract number of any government contract | _____ | **6530 10TH ROAD**<br>**DENNIS**<br>**KS, US 67341** |

| 2.547. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **CATHY SUE & PATRICK C HEIT, JTROS** |
|  | List the contract number of any government contract | _____ | **6530 10TH ROAD**<br>**DENNIS**<br>**KS, US 67341** |

| 2.548. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **CAVU RESOURCES INC** |
|  | List the contract number of any government contract | _____ | **5147 SOUTH HARVARD AVE**<br>**SUITE 138**<br>**TULSA, OK 74135** |

Debtor 1   **PostRock Energy Corporation**

First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.549. | State what the contract or lease is for and the nature of the debtor's interest | **License and software support Fees-Microsoft** | |
|---|---|---|---|
| | State the term remaining | **1 months** | **CDW DIRECT, LLC** |
| | List the contract number of any government contract | | **P.O. BOX 75723** **CHICAGO, IL 60675-5723** |

| 2.550. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft data center support** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **CDW DIRECT, LLC** |
| | List the contract number of any government contract | | **P.O. BOX 75723** **CHICAGO, IL 60675-5723** |

| 2.551. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CECELIA STODOLA, BRENDA L** |
| | List the contract number of any government contract | | **% BRENDA SHIRLEY** **PO BOX 1306** **WARNER, OK 74469-1306** |

| 2.552. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CECIL R OVERALL & PEARL J** |
| | List the contract number of any government contract | | **25052 HARPER RD** **PARSONS, KS 67357** |

| 2.553. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CECIL RAY KIRBY & MARILYN** |
| | List the contract number of any government contract | | **11990 HIGHWAY 47** **ERIE, KS 66773** |

| 2.554. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CECILIA A MITCHELL** |
| | List the contract number of any | | **PO BOX 753** **CHANUTE, KS 66720** |

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.555. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CECILIA A MITCHELL, TTEE**
**P.O. BOX 753**
**CHANUTE, KS 66720**

| 2.556. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CECILIA M BAUGHER REV TRST**
**20100 KIOWA RD**
**PARSONS, KS 67357**

| 2.557. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CECILLE R NUNNENKAMP**
**13906 US 75 HIGHWAY**
**ALTOONA, KS 66710**

| 2.558. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CEDAR CREEK LLC**
**11984 S PROVENCE STREET**
**UNIT 2003**
**OLATHE, KS 66061**

| 2.559. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CELESTE GARNETT**
**PO BOX 703**
**ROUGH AND READY, CA 95975-0703**

| 2.560. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|

**CENTRAL PLAINS FARMING, LLC**
**PO BOX 128**
**ST. PAUL, KS 66771**

Debtor 1  **PostRock Energy Corporation**
_____     Case number *(if known)*  __16-11230-SAH__
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.561. | State what the contract or lease is for and the nature of the debtor's interest | **KS Printer located at Johnson Road: 1 Copier/Printer** | |
| | State the term remaining | **8  months** | **CENTURY BUSINESS TECHNOLOGIES, INC.** |
| | List the contract number of any government contract | _____ | **P.O. BOX 2459** **TOPEKA, KS 66601** |

| 2.562. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CEP MID-CONTINENT, LLC** **1000 MAIN STREET** |
| | List the contract number of any government contract | _____ | **SUITE 3000** **HOUSTON, TX 77002** |

| 2.563. | State what the contract or lease is for and the nature of the debtor's interest | **Crossfire Subscription & Professional Services** | |
| | State the term remaining | **2  months** | **CERTENT, INC** |
| | List the contract number of any government contract | _____ | **4683 CHABOT DR. # 260** **PLEASANTON, CA 94588** |

| 2.564. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CHAD L & JEANA D ANDERES** **1035 200TH ROAD** |
| | List the contract number of any government contract | _____ | **CHANUTE, KS 66720** |

| 2.565. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CHAD MCDOWELL & ANGELA** **P.O. BOX 967** |
| | List the contract number of any government contract | _____ | **MUSTANG, OK 73064** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
      First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.566.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHAD W JOHNSON**
**109 PLATINUM DR., STE I**
**BRIDGEPORT, WV 26330**

---

**2.567.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHARLENE DAVIS**
**520 WOODELL DRIVE**
**SAFETY HARBOR, FL 34695**

---

**2.568.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHARLES & BARBARA S WHEELER,**
**6165 IRVING RD**
**GALESBURG, KS 66740**

---

**2.569.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHARLES &/OR JOYCE WRIGHT**
**36 MULBRIGHT DR**
**WILLIAMSTOWN, WV 26187**

---

**2.570.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHARLES A & GOLDA M CRAMER**
**874 15000 ROAD**
**MOUND VALLEY, KS 67354**

---

**2.571.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**CHARLES B. PARKS**
**5765 S.W. 87 AVE.**
**COOPER CITY, FL 33328**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
   First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.572. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES BLAISE PIRRONE**<br>**4034 SEIGMON AVE.**<br>**COLUMBUS, OH 43213** |
| | List the contract number of any government contract | | |

| 2.573. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES D BROWN**<br>**RT 1 BOX 360**<br>**S. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.574. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Charles D. Brown**<br>**RT 1 BOX 360**<br>**S. COFFEYVILLE**<br>**OK, US 74072** |
| | List the contract number of any government contract | | |

| 2.575. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES DEWEESE LVG TRST**<br>**624 S. SYCAMORE**<br>**IOLA, KS 66749** |
| | List the contract number of any government contract | | |

| 2.576. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES DUANE BROWN &**<br>**569 VALEDA ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.577. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CHARLES E & CAROL LUNDY**<br>**519 EDGEWOOD COURT**<br>**NOWATA, OK 74048** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| 2.578. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **CHARLES E CONLEY**<br>**115 WOODRIDGE DR**<br>**ELYRIA, OH 44035** |

| 2.579. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **CHARLES EDWARD STEINBACHER**<br>**14745 20TH RD**<br>**PARSONS, KS 67357** |

| 2.580. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **CHARLES H HAYES- DECEASED**<br>**127 2000TH ROAD**<br>**COFFEYVILLE, KS 67337** |

| 2.581. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **CHARLES H MURPHY & ROSSINDA J**<br>**8492 US 75 HWY**<br>**ALTOONA, KS 66710** |

| 2.582. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | **CHARLES H VARNER & DOROTHY M**<br>**16754 2000 RD**<br>**BENEDICT, KS 66714** |

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.583.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHARLES KLINTWORTH**
**578 CATON STREET**
**SEYMOUR, TN 37865**

**2.584.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHARLES M CANTRELL**
**909 ELK ROAD**
**COFFEYVILLE, KS 67337**

**2.585.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CHARLES MIDDLETON**
**2814 MORGAN**
**PARSONS, KS 67357**

**2.586.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**CHARLES MIDDLETON**
**2814 MORGAN**
**PARSONS**
**KS, US 67357**

**2.587.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**CHARLES N THUMMEL**
**12030 ELK RD**
**THAYER**
**KS, US 66776**

**2.588.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**CHARLES N THUMMEL**
**12030 ELK RD**
**THAYER**
**KS, US 66776**

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.589. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES P & CAROL D MEIWES H/W**<br>**9025 FORD ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

---

| 2.590. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES P MEIWES & JOHN P**<br>**9025 FORD ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

---

| 2.591. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES P MEIWES & JOHN P**<br>**9025 FORD ROAD**<br>**EDNA**<br>**KS, US 67342** |
| | List the contract number of any government contract | | |

---

| 2.592. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES P MEIWES & JOHN P**<br>**9025 FORD ROAD**<br>**EDNA**<br>**KS, US 67342** |
| | List the contract number of any government contract | | |

---

| 2.593. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES R BUSSINGER &**<br>**25031 GRAY ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

---

| 2.594. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CHARLES R FAIL &**<br>**1531 VIA SAN CAYETANO**<br>**RIO RICO, AZ 85648** |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.595. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CHARLES R GREENWOOD & SHIRLEY** |
| | List the contract number of any government contract | _____ | **25034 A IRVING RD** **PARSONS, KS 67357** |

| 2.596. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CHARLES R POWELL** |
| | List the contract number of any government contract | _____ | **720 VIRGINIA LANE** **ARDMORE, OK 73401-3012** |

| 2.597. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **Charles R. & Katherine M. Bussinger** |
| | List the contract number of any government contract | _____ | **25031 GRAY ROAD** **DENNIS** **KS, US 67341** |

| 2.598. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **Charles R. & Katherine M. Bussinger** |
| | List the contract number of any government contract | _____ | **25031 GRAY ROAD** **DENNIS** **KS, US 67341** |

| 2.599. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CHARLES S EVANS-LOMBE** |
| | List the contract number of any government contract | _____ | **P O BOX 814** **COFFEYVILLE, KS 67337** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**      Case number *(if known)*   **16-11230-SAH**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.600. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES T REAVES & SHARON L** |
| | List the contract number of any government contract | | **20814 1900 ROAD** **CHANUTE, KS 66720** |

| 2.601. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD** **CHANUTE** **KS, US 66720** |

| 2.602. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD** **CHANUTE** **KS, US 66720** |

| 2.603. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD** **CHANUTE** **KS, US 66720** |

| 2.604. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any government contract | | **20814 1900 ROAD** **CHANUTE** **KS, US 66720** |

| 2.605. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHARLES T REAVES LIV TR** |
| | List the contract number of any | | **20814 1900 ROAD** **CHANUTE** **KS, US 66720** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.606. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES W GOFF III**<br>**20311 800 ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.607. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES W HENDRICKSON &/OR**<br>**150 CONCORD STREET**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.608. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLES W MOATS**<br>**15021 BELLEPOINT RD**<br>**OSTRANDER, OH 43061** |
| | List the contract number of any government contract | | |

| 2.609. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLETTE SEARS**<br>**1609 NW 36TH ST**<br>**LAWTON, OK 73505** |
| | List the contract number of any government contract | | |

| 2.610. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHARLEY DEWEESE LIV TR**<br>**624 S SYCAMORE**<br>**IOLA, KS 66749** |
| | List the contract number of any government contract | | |

| 2.611. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CHARLOTTE ERBE**<br>**6570 ANDERSON ROAD**<br>**THAYER, KS 66776** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.612. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **CHARLOTTE ERBE**<br>**6570 ANDERSON ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.613. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **CHARLOTTE ERBE**<br>**6570 ANDERSON ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.614. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CHARLOTTE M STEPHENS**<br>**622 SOUTH RUFFNER DR.**<br>**CHARLESTON, WV 25311** |
| | List the contract number of any government contract | | |

| 2.615. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CHARLOTTE MAXON**<br>**29125 NORTH 2960 ROAD**<br>**CASHION, OK 73016** |
| | List the contract number of any government contract | | |

| 2.616. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **CHARLOTTE P SELLERS**<br>**504 MONTICELLO LANE**<br>**BLACKSBURG, VA 24060** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**        Case number *(if known)*    **16-11230-SAH**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.617.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**CHASE FAMILY LLC**
**567 PAULINE AVENUE**
**AKRON, OH 44312-3409**

**2.618.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**CHASE OIL CORPORATION**
**P.O. BOX 1767**
**ARTESIA, NM 88211**

**2.619.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**CHEROKEE LEGACY MINERALS, LTD**
**P.O. BOX 3217**
**ALBANY, TX 76430**

**2.620.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**CHERYL LEWEKE**
**314 EXNER**
**COFFEYVILLE, KS 67337**

**2.621.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**CHERYL STORRS**
**2332 PERCUSSION CT**
**EL CAJON, CA 92019**

**2.622.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**CHERYL STROHM WINDSOR**
**2905 CHESTNUT DRIVE**
**WALDORF, MD 20603**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.623. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHERYLENE BERRYHILL** |
| | List the contract number of any government contract | | **21100 RAWHIDE TRAIL** <br> **LAGO VISTA, TX 78645** |

| 2.624. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESAPEAKE APPALACHIA LLC** |
| | List the contract number of any government contract | | **P.O. BOX 18496** <br> **OKLAHOMA CITY, OK 73154** |

| 2.625. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESTER & DANA HOBBS** |
| | List the contract number of any government contract | | **13052 2100 ROAD** <br> **BUFFALO, KS 66717** |

| 2.626. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESTER C NELSON** |
| | List the contract number of any government contract | | **P.O. BOX 393** <br> **KEVIL, KY 42053** |

| 2.627. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHESTER LEROY MARKHAM** |
| | List the contract number of any government contract | | **15001 1700 RD** <br> **BENEDICT, KS 66714** |

| 2.628. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **CHESTER LEROY MARKHAM** <br> **15001 1700 RD** <br> **BENEDICT** <br> **KS, US 66714** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **UNKNOWN** | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.629. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHETOPA 14, LLC** |
|  | List the contract number of any government contract | _____ | **10920 GRAY ROAD**<br>**THAYER, KS 66776** |

| 2.630. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHEYNEY LAND, LLC** |
|  | List the contract number of any government contract | _____ | **8655 170 ROAD**<br>**CHANUTE, KS 66720** |

| 2.631. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHILDERS-BROWN, LLC** |
|  | List the contract number of any government contract | _____ | **2389 IRONWOOD ROAD**<br>**FT. SCOTT, KS 66701** |

| 2.632. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHRIS LANCASTER** |
|  | List the contract number of any government contract | _____ | **405 CUMBERLAND DRIVE**<br>**BARTLESVILLE, OK 74003** |

| 2.633. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHRIS TROXELL & GWEN TROXELL** |
|  | List the contract number of any government contract | _____ | **20700 HARPER ROAD**<br>**CHANUTE, KS 66720** |

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.634. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISSCOTT, LP** |
| | List the contract number of any government contract | | **5623 N WESTERN, SUITE B** **OKLAHOMA CITY, OK 73118** |

| 2.635. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISTINE H YOUNG** |
| | List the contract number of any government contract | | **222 GREENWOOD STREET** **THAYER, KS 66776** |

| 2.636. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHRISTINE H YOUNG** |
| | List the contract number of any government contract | | **222 GREENWOOD STREET** **THAYER** **KS, US 66776** |

| 2.637. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHRISTINE H YOUNG** |
| | List the contract number of any government contract | | **222 GREENWOOD STREET** **THAYER** **KS, US 66776** |

| 2.638. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISTINE M ERBE REV TR** |
| | List the contract number of any government contract | | **BOX 82** **THAYER, KS 66776** |

| 2.639. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CHRISTINE M ERBE REV TR, VICTOR ALLEN ER** |
| | List the contract number of any | | **BOX 82** **THAYER** **KS, US 66776** |

Debtor 1    **PostRock Energy Corporation**
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.640. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.641. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.642. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.643. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.644. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **CHRISTINE M ERBE REV TR, VICTOR ALLEN ER BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.645. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CHRISTINE YOUNG &/OR CATHERINE 222 GREENWOOD STREET THAYER, KS 66776** |

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.646. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHRISTOPHER HAYMOND AS TTEE** |
|  | List the contract number of any government contract | | **P.O. BOX 426**<br>**PENNSBORO, WV 26415** |

| 2.647. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHRISTOPHER J LUBBERS & ELLA J** |
|  | List the contract number of any government contract | | **14925 20TH ROAD**<br>**PARSONS, KS 67357** |

| 2.648. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHRISTOPHER M MEANS** |
|  | List the contract number of any government contract | | **PO BOX 215**<br>**LENAPAH, OK 74042** |

| 2.649. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHRISTOPHER M STOCKEBRAND &** |
|  | List the contract number of any government contract | | **1964 110TH RD**<br>**YATES CENTER, KS 66783** |

| 2.650. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CHRISTOPHER RYAN AYERS** |
|  | List the contract number of any government contract | | **PO BOX 117**<br>**PONSFORD, MN 56575** |

| Debtor 1 | PostRock Energy Corporation | | Case number *(if known)* | 16-11230-SAH |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.651. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CHRISTOPHER T & DEBORAH S**<br>**17300 NESS ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.652. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO**<br>**4050 LOGGING TRAIL LN.**<br>**KEWADIN, MI 49648** |
| | List the contract number of any government contract | | |

| 2.653. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO**<br>**4050 LOGGING TRAIL LN.**<br>**KEWADIN, MI 49648** |
| | List the contract number of any government contract | | |

| 2.654. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO**<br>**4050 LOGGING TRAIL LN.**<br>**KEWADIN, MI 49648** |
| | List the contract number of any government contract | | |

| 2.655. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY FAGER-FINDLEY FBO**<br>**4050 LOGGING TRAIL LN.**<br>**KEWADIN, MI 49648** |
| | List the contract number of any government contract | | |

| 2.656. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY KONDA**<br>**1704 AVE. C**<br>**DODGE CITY, KS 67801** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.657. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CINDY M FAGER FINDLEY**<br>**4050 LOGGING TRAIL LANE**<br>**KEWADIN, MI 49648** |
| | List the contract number of any government contract | | |

| 2.658. | State what the contract or lease is for and the nature of the debtor's interest | **Uniforms and Safety Supplies - KS Chanute, & Lenapah** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **CINTAS CORPORATION**<br>**P.O. BOX 88005**<br>**CHICAGO, IL 60680-1005** |
| | List the contract number of any government contract | | |

| 2.659. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLAIRE ANN CHRISP**<br>**17640 BECK ST.**<br>**LAKE MILTON, OH 44429** |
| | List the contract number of any government contract | | |

| 2.660. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLAIRE ROBINSON**<br>**41 ESCARGOT CROSSING**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.661. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLARA E CORBETT**<br>**1712 W. MAIN**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.662. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CLARA ROSE**<br>**121 HATTIE BRANCH RD**<br>**SERVIREVILLE, TN 37876** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Corporation**      Case number *(if known)*   **16-11230-SAH**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.663. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CLAREMONT & RUBY TENNANT |
| | List the contract number of any government contract | | 11122 WADESILLE<br>ROCKPORT, WV 26169-9801 |

| 2.664. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CLARENCE E & JO A MCDANIEL, |
| | List the contract number of any government contract | | 12411 E 14TH PLACE<br>TULSA, OK 74128 |

| 2.665. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CLARENCE E & SHELLY A PEARCE |
| | List the contract number of any government contract | | 828 26000 ROAD<br>PARSONS, KS 67357 |

| 2.666. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CLARENCE E &JO A MCDANIEL, J/T |
| | List the contract number of any government contract | | 12411 E 14TH PLACE<br>TULSA, OK 74128 |

| 2.667. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | CLARENCE L HILL & PATRICIA L |
| | List the contract number of any government contract | | ROUTE 1, BOX 359<br>S COFFEYVILLE, OK 74072 |

Debtor 1  **PostRock Energy Corporation**                                    Case number *(if known)*  **16-11230-SAH**
_____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.668.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CLARISSA HAMMER**
**701 W FOX ST, APT 25**
**TAHLEQUAH, OK 74464**

---

**2.669.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CLARK ENERGY, LLC**
**1198 ROAD 31**
**HAVANA, KS 67347**

---

**2.670.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CLARK R & SHARON L CLEAVER**
**17400 130TH ROAD**
**ERIE, KS 66733**

---

**2.671.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CLAUDE S RHEA**
**1429 GREENBRIER DR**
**MT VERNON, OH 43050**

---

**2.672.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**CLAYTON & NICKIE WHEELER**
**6339 US 75 HWY**
**NEODESHA, KS 66757**

---

**2.673.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**CLAYTON D WARD & LAURIE I**
**6335 160TH ROAD**
**CHANUTE, KS 66720**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
_____    _____    _____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.674. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CLAYTON J MCCLURE & SHIRLEY A**<br>**59511 E. 240 RD.**<br>**GROVE, OK 74344** |

| 2.675. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CLEAR FORK ROYALTY II, LP**<br>**309 W. 7TH ST., STE. 500**<br>**FORT WORTH, TX 76102** |

| 2.676. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CLEATON E & ALECE N**<br>**2526 ALABAMA ROAD**<br>**SAVONBURG, KS 66772** |

| 2.677. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CLEATOUS C & LORENE RICHARDSON**<br>**P.O. BOX 811**<br>**COFFEYVILLE, KS 67337** |

| 2.678. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CLEMENT D EIKENBERRY**<br>**5078 GRAY ROAD**<br>**EDNA, KS 67342** |

| 2.679. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CLEONICE C HENDRICKS**<br>**125 HWY 26 W**<br>**OGALLALA, NE 69153** |

Debtor 1    **PostRock Energy Corporation**                                        Case number (*if known*)    **16-11230-SAH**

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.680. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLIFFORD E JOHNSON** |
| | List the contract number of any government contract | _____ | **1713 E 123RD STREET** |
| | | | **LOS ANGELES, CA 90059** |

| 2.681. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLIFFORD HAYES GORDON** |
| | List the contract number of any government contract | _____ | **2119 EAST 45TH STREET** |
| | | | **DAVENPORT, IA 52807** |

| 2.682. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLIFTON VALENTINE** |
| | List the contract number of any government contract | _____ | **3524 IMPERIAL LA.** |
| | | | **LAKELAND, FL 33813** |

| 2.683. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CLINT W DILLOW** |
| | List the contract number of any government contract | _____ | **200 WEST STREET** |
| | | | **CASSVILLE, MO 65265** |

| 2.684. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **CLINTON T HUDSON & MELVA  HUDSON TTEES** |
| | List the contract number of any government contract | _____ | **17840 150TH RD** |
| | | | **ERIE** |
| | | | **KS, US 66733-4202** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.685.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLIPE, LLC
P.O. BOX 815
QUOGUE, NY 11959

---

**2.686.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLYDE & NAOMI BARNHART JTWROS
PO BOX 105
ALTOONA, KS 66710

---

**2.687.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

CLYDE P KEITH, II
1003 ORMA DR
PETROLEUM, WV 26161-6413

---

**2.688.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

COASTAL FOREST RESOURCES COMPA
P.O. BOX 709
BUCKHANNON, WV 26201

---

**2.689.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

COBANK, FCB
245 N. WACO, P.O. BOX 2940
WICHITA, KS 67201

---

**2.690.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

COBRA PETROLEUM COMPANY, LP
P. O. BOX 136355
FORT WORTH, TX 76136

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.691. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **CODY W & BELINDA A GARTEN, H/W** |
|  | List the contract number of any government contract | | **10740 LYON ROAD** |
|  | | | **ERIE, KS 66733** |

| 2.692. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **COLLEEN SALISBURY** |
|  | List the contract number of any government contract | | **317 WHISKEY CREEK CT** |
|  | | | **OCOEE, FL 34761** |

| 2.693. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **COLT NATURAL GAS, LLC** |
|  | List the contract number of any government contract | | **PO BOX 388** |
|  | | | **IOLA, KS 66749** |

| 2.694. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **COMMERCIAL BANK** |
|  | List the contract number of any government contract | | **1821 MAIN STREET** |
|  | | | **PARSONS, KS 67357** |

| 2.695. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **COMMERCIAL BANK (PO Box)** |
|  | List the contract number of any government contract | | **P.O. BOX 648** |
|  | | | **PARSONS, KS 67357** |

| 2.696. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **COMMERCIAL BANK F/A/O** |
|---|---|---|---|
|  | | | **P.O. BOX 648** |
|  | | | **PARSON, KS 67357** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.697. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **COMMERCIAL BANK F/A/O MICHAEL** |
| | List the contract number of any government contract | _____ | **1901 MAIN STREET**<br>**PARSONS, KS 67357** |

| 2.698. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **COMMERCIAL BANK F/A/O MICHAEL L SMITH** |
| | List the contract number of any government contract | _____ | **P.O. BOX 648**<br>**PARSONS**<br>**KS, US 67357** |

| 2.699. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **COMMERCIAL BANK F/A/O MICHAEL L SMITH** |
| | List the contract number of any government contract | _____ | **P.O. BOX 648**<br>**PARSONS**<br>**KS, US 67357** |

| 2.700. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **COMMISSIONERS OF LAND OFFICE** |
| | List the contract number of any government contract | _____ | **P.O. BOX 248896**<br>**OKLAHOMA CITY, OK 73124-8896** |

| 2.701. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | _____ | **CSI COMPRESSCO LP**<br>**P.O. BOX 841807**<br>**DALLAS, TX 75284-1807** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.702. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC<br>CSI COMPRESSCO LP<br>P.O. BOX 841808<br>DALLAS, TX 75284-1808 |
| | List the contract number of any government contract | | |

| 2.703. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC<br>CSI COMPRESSCO LP<br>P.O. BOX 841809<br>DALLAS, TX 75284-1809 |
| | List the contract number of any government contract | | |

| 2.704. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC<br>CSI COMPRESSCO LP<br>P.O. BOX 841810<br>DALLAS, TX 75284-1810 |
| | List the contract number of any government contract | | |

| 2.705. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC<br>CSI COMPRESSCO LP<br>P.O. BOX 841811<br>DALLAS, TX 75284-1811 |
| | List the contract number of any government contract | | |

| 2.706. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC<br>CSI COMPRESSCO LP<br>P.O. BOX 841812<br>DALLAS, TX 75284-1812 |
| | List the contract number of any government contract | | |

| 2.707. | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Contracts | |
|---|---|---|---|
| | State the term remaining | Month to Month | COMPRESSOR SYSTEMS, INC<br>CSI COMPRESSCO LP<br>P.O. BOX 841813<br>DALLAS, TX 75284-1813 |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.708. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841814 DALLAS, TX 75284-1814** |
| | List the contract number of any government contract | | |

| 2.709. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841815 DALLAS, TX 75284-1815** |
| | List the contract number of any government contract | | |

| 2.710. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841816 DALLAS, TX 75284-1816** |
| | List the contract number of any government contract | | |

| 2.711. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841817 DALLAS, TX 75284-1817** |
| | List the contract number of any government contract | | |

| 2.712. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841818 DALLAS, TX 75284-1818** |
| | List the contract number of any government contract | | |

| 2.713. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841819 DALLAS, TX 75284-1819** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  | State the term remaining | **Month to Month** |  |
|---|---|---|---|---|
|  |  | List the contract number of any government contract | | |

| 2.714. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841820**
**DALLAS, TX 75284-1820**

| 2.715. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841821**
**DALLAS, TX 75284-1821**

| 2.716. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841822**
**DALLAS, TX 75284-1822**

| 2.717. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841823**
**DALLAS, TX 75284-1823**

| 2.718. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** |
|---|---|---|
|  | State the term remaining | **Month to Month** |
|  | List the contract number of any government contract | |

**COMPRESSOR SYSTEMS, INC**
**CSI COMPRESSCO LP**
**P.O. BOX 841824**
**DALLAS, TX 75284-1824**

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.719. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841825**<br>**DALLAS, TX 75284-1825** |
| | List the contract number of any government contract | | |

| 2.720. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841826**<br>**DALLAS, TX 75284-1826** |
| | List the contract number of any government contract | | |

| 2.721. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841827**<br>**DALLAS, TX 75284-1827** |
| | List the contract number of any government contract | | |

| 2.722. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841828**<br>**DALLAS, TX 75284-1828** |
| | List the contract number of any government contract | | |

| 2.723. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841829**<br>**DALLAS, TX 75284-1829** |
| | List the contract number of any government contract | | |

| 2.724. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841830**<br>**DALLAS, TX 75284-1830** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.725. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP**<br>**P.O. BOX 841831**<br>**DALLAS, TX 75284-1831** |

| 2.726. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP**<br>**P.O. BOX 841832**<br>**DALLAS, TX 75284-1832** |

| 2.727. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP**<br>**P.O. BOX 841833**<br>**DALLAS, TX 75284-1833** |

| 2.728. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP**<br>**P.O. BOX 841834**<br>**DALLAS, TX 75284-1834** |

| 2.729. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP**<br>**P.O. BOX 841835**<br>**DALLAS, TX 75284-1835** |

| 2.730. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841836**<br>**DALLAS, TX 75284-1836** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number _(if known)_  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | _____ | |

| 2.731. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | 8 days | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | _____ | **CSI COMPRESSCO LP**<br>**P.O. BOX 841837**<br>**DALLAS, TX 75284-1837** |

| 2.732. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | _____ | **CSI COMPRESSCO LP**<br>**P.O. BOX 841838**<br>**DALLAS, TX 75284-1838** |

| 2.733. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | _____ | **CSI COMPRESSCO LP**<br>**P.O. BOX 841839**<br>**DALLAS, TX 75284-1839** |

| 2.734. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | Month to Month | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | _____ | **CSI COMPRESSCO LP**<br>**P.O. BOX 841840**<br>**DALLAS, TX 75284-1840** |

| 2.735. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | 8 days | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | _____ | **CSI COMPRESSCO LP**<br>**P.O. BOX 841841**<br>**DALLAS, TX 75284-1841** |

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.736. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **8 days** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841842**<br>**DALLAS, TX 75284-1842** |
| | List the contract number of any government contract | | |

| 2.737. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841843**<br>**DALLAS, TX 75284-1843** |
| | List the contract number of any government contract | | |

| 2.738. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841844**<br>**DALLAS, TX 75284-1844** |
| | List the contract number of any government contract | | |

| 2.739. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841845**<br>**DALLAS, TX 75284-1845** |
| | List the contract number of any government contract | | |

| 2.740. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841846**<br>**DALLAS, TX 75284-1846** |
| | List the contract number of any government contract | | |

| 2.741. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841847**<br>**DALLAS, TX 75284-1847** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
   First Name         Middle Name         Last Name

Case number (*if known*)  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.742. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841848 DALLAS, TX 75284-1848** |
| | List the contract number of any government contract | | |

| 2.743. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841849 DALLAS, TX 75284-1849** |
| | List the contract number of any government contract | | |

| 2.744. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841850 DALLAS, TX 75284-1850** |
| | List the contract number of any government contract | | |

| 2.745. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841851 DALLAS, TX 75284-1851** |
| | List the contract number of any government contract | | |

| 2.746. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **11.1 Months** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841852 DALLAS, TX 75284-1852** |
| | List the contract number of any government contract | | |

| 2.747. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | **COMPRESSOR SYSTEMS, INC CSI COMPRESSCO LP P.O. BOX 841853 DALLAS, TX 75284-1853** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **11.1 Months** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.748. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
|  | State the term remaining | **11.1 Months** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841854**<br>**DALLAS, TX 75284-1854** |
|  | List the contract number of any government contract | | |

| 2.749. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
|  | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841855**<br>**DALLAS, TX 75284-1855** |
|  | List the contract number of any government contract | | |

| 2.750. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
|  | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841856**<br>**DALLAS, TX 75284-1856** |
|  | List the contract number of any government contract | | |

| 2.751. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
|  | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841857**<br>**DALLAS, TX 75284-1857** |
|  | List the contract number of any government contract | | |

| 2.752. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
|  | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC**<br>**CSI COMPRESSCO LP**<br>**P.O. BOX 841858**<br>**DALLAS, TX 75284-1858** |
|  | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
_____
First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.753. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **25.2 Months** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP** |
| | | | **P.O. BOX 841859** |
| | | | **DALLAS, TX 75284-1859** |

| 2.754. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP** |
| | | | **P.O. BOX 841860** |
| | | | **DALLAS, TX 75284-1860** |

| 2.755. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **COMPRESSOR SYSTEMS, INC** |
| | List the contract number of any government contract | | **CSI COMPRESSCO LP** |
| | | | **P.O. BOX 841861** |
| | | | **DALLAS, TX 75284-1861** |

| 2.756. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONNIE JO LOCKWOOD** |
| | List the contract number of any government contract | | **P.O. BOX 2563** |
| | | | **CODY, WY 82414-4256** |

| 2.757. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONNIE K NEHRBASS** |
| | List the contract number of any government contract | | **621 4000 ROAD** |
| | | | **COFFEYVILLE, KS 67337** |

| 2.758. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **CONNIE S MCKINNEY ADAMS** |
| | List the contract number of any | | **608 N. LEAWOOD** |
| | | | **PARSONS, KS 67357** |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.759. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CONQUEST ENERGY, INC**<br>**PO BOX 3950**<br>**BARTLESVILLE, OK 74006** |

| 2.760. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CONQUEST ENERGY, INC**<br>**PO BOX 3950**<br>**BARTLESVILLE, OK 74006** |

| 2.761. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CONSTANCE J DODGE**<br>**1800 WASHINGTON AVENUE**<br>**GOLDEN, CO 80401** |

| 2.762. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CONSTANCE J DODGE**<br>**1800 WASHINGTON AVENUE**<br>**GOLDEN, CO 80401** |

| 2.763. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **CONSTANCE VAN HARN**<br>**6602 E 114TH ST S**<br>**BIXBY, OK 74008** |

| 2.764. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **CONSUELO ANN LANHAM MORENO**<br>**3370 VIRGINIA STREET**<br>**LYNWOOD, CA 90262** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.765. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CONSUL PROPERTIES, LLC** |
| | List the contract number of any government contract | _____ | **2800 W COUNTRY CLUB DR** **OKLAHOMA CITY, OK 73116** |

| 2.766. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **COOK ENTERPRISES, LP** |
| | List the contract number of any government contract | _____ | **12908 WESTGATE** **OVERLAND PARK, KS 66213** |

| 2.767. | State what the contract or lease is for and the nature of the debtor's interest | Third Party Production Agreement | |
| | State the term remaining | Unknown | **COOK ENTERPRISES, LP** |
| | List the contract number of any government contract | _____ | **12908 WESTGATE** **OVERLAND PARK, KS 66213** |

| 2.768. | State what the contract or lease is for and the nature of the debtor's interest | Connectivity to off-site Datacenter | |
| | State the term remaining | Month to Month | **COX COMMUNICATIONS, INC** |
| | List the contract number of any government contract | _____ | **P.O. BOX 248851** **OKLAHOMA CITY, OK 73124-8851** |

| 2.769. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **CRAIG E CUNNINGHAM** |
| | List the contract number of any government contract | _____ | **6596 YORK ROAD** **PARMA HEIGHTS, OH 44130** |

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.770.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**CRAIG EMMANUEL
PO BOX 86
LARAMIE, WY 82073-0086**

---

2.771.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**CRAIG SMITH
115 BROOKSIDE ESTATES
SCOTT DEPOT, WV 25560**

---

2.772.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**CRIST M & SARAH A TROYER
4668 LEBANON ROAD
EATON, NY 13334**

---

2.773.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**CURT L JANSSEN
11045 16TH ROAD
PARSONS, KS 67357**

---

2.774.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**CURTIS D DANIELS
18655 OTTAWA RD
ERIE, KS 66733**

---

2.775.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

**CURTIS D DANIELS
18655 OTTAWA RD
ERIE
KS, US 66733**

---

Debtor 1    **PostRock Energy Corporation**          Case number *(if known)*    **16-11230-SAH**

First Name       Middle Name       Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.776. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CURTIS R & TERESA A BURNS,**
**10231 E FUNSTON COURT**
**WICHITA, KS 67207**

| | | |
|---|---|---|
| 2.777. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CURTIS R THOMPSON**
**1486 HEIGHTS VIEW DRIVE**
**AKRON, OH 44305**

| | | |
|---|---|---|
| 2.778. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**CYNTHIA KEES**
**59301 E 301 RD**
**GROVE, OK 74344**

| | | |
|---|---|---|
| 2.779. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**D B ZWIRN SPECIAL OP FUND LP**
**C/O FORTRESS INVESTMENTS; ATTN:  VRF**
**OPERATIONS**
**1345 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10151**

| | | |
|---|---|---|
| 2.780. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**D BAR D LAND, LLC**
**13214 K47 HWY**
**FREDONIA, KS 66736**

| | | |
|---|---|---|
| 2.781. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |

**D P & PHYLLIS ANNE LAY, JT**
**393301 W 2980 RD**
**OCHELATA, OK 74051**

Debtor 1   **PostRock Energy Corporation**
           _First Name_          _Middle Name_          _Last Name_

Case number _(if known)_   **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.782. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE & MARGARET ALLEN**<br>**19120 KINGMAN RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.783. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE BOGNER & BRIAN BOGNER**<br>**15635 20TH ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.784. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE D MAXSON & WINIFRED N**<br>**753 3000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | _____ | |

| 2.785. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE D MAXSON TRST**<br>**753 3000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | _____ | |

| 2.786. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE E GEORGE**<br>**P.O. BOX 118**<br>**5010 2ND AVE.**<br>**ALBERT, KS 67511** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.787. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE G & ETHELENA SMALL** |
| | List the contract number of any government contract | | **9400 170TH ROAD**<br>**CHANUTE, KS 66720** |

| 2.788. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE J & IRIS VAN METER** |
| | List the contract number of any government contract | | **3800 120TH ROAD**<br>**THAYER, KS 66776** |

| 2.789. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE J STEINMAN & PHYLLIS J** |
| | List the contract number of any government contract | | **ROUTE 2**<br>**HUMBOLDT, KS 66748** |

| 2.790. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALE STAFFORD** |
| | List the contract number of any government contract | | **7113 EAST 8TH STREET**<br>**TULSA, OK 74112-4421** |

| 2.791. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DALLAS HONAKER** |
| | List the contract number of any government contract | | **13771 CR 2133**<br>**WHITEHOUSE, TX 75791** |

| 2.792. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAN R RICKORDS** |
| | List the contract number of any | | **501 KELLEY ROAD**<br>**WOODLAND PARK, CO 80863** |

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.793. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANA BURKE** |
| | List the contract number of any government contract | | **313 LYNWOOD CIRCLE** |
| | | | **LONG BEACH, MS 39560** |

| 2.794. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANA P SWEETEN & JEFFREY** |
| | List the contract number of any government contract | | **653 5000 ROAD** |
| | | | **COFFEYVILLE, KS 67337** |

| 2.795. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANIEL E & TAMMY L MILLER** |
| | List the contract number of any government contract | | **6520 IRVING ROAD** |
| | | | **GALESBURG, KS 66740** |

| 2.796. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANIEL G & TERESA D BOGNER** |
| | List the contract number of any government contract | | **7800 20TH ROAD** |
| | | | **GALESBURG, KS 66740** |

| 2.797. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANIEL G BOGNER REV TRST** |
| | List the contract number of any government contract | | **7800 20TH RD** |
| | | | **GALESBURG, KS 66740** |

| 2.798. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **DANIEL G BOGNER REV TRST** |
| | | | **7800 20TH RD** |
| | | | **GALESBURG** |
| | | | **KS, US 66740** |

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

| 2.799. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **DANIEL G BOGNER REV TRST 7800 20TH RD GALESBURG KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.800. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **DANIEL G BOGNER REV TRST 7800 20TH RD GALESBURG KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.801. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **DANIEL G BOGNER REV TRST 7800 20TH RD GALESBURG KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.802. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **DANIEL G BOGNER REV TRST 7800 20TH RD GALESBURG KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.803. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **DANIEL G BOGNER REV TRST 7800 20TH RD GALESBURG KS, US 66740** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.804. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL J. KEPLEY** |
| | List the contract number of any government contract | | **1029 23000 RD.** |
| | | | **PARSONS, KS 67357** |

| 2.805. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL K.& ELLA BRAZIL JTWROS** |
| | List the contract number of any government contract | | **13015 ELK ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.806. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL S BURRIS** |
| | List the contract number of any government contract | | **1460 MEADE ROAD** |
| | | | **PARSONS, KS 67357** |

| 2.807. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL THORNTON** |
| | List the contract number of any government contract | | **5005 DOUGLAS ROAD** |
| | | | **THAYER, KS 66776** |

| 2.808. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL W DARNOLD** |
| | List the contract number of any government contract | | **3248 ROSEMAR RD** |
| | | | **PARKERSBURG, WV 26101** |

| 2.809. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DANIEL W SOMMERS** |
| | List the contract number of any | | **717 ALAN DRIVE** |
| | | | **BURLESON, TX 76028** |

Debtor 1   **PostRock Energy Corporation**                              Case number *(if known)*   **16-11230-SAH**
           First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |

| 2.810. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANNY C & DEE ANN K CARRICO**<br>**811 5000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.811. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANNY CARRICO & DEE ANN**<br>**811 5000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.812. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANNY J DEBLER**<br>**1417 S. MALCOLM**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.813. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANNY K SUTTON & DARLA SUTTON**<br>**23094 HARPER RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.814. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DANNY L & PEGGY D MAXSON**<br>**4384 S 4270 ROAD**<br>**WELCH, OK 74369** |
| | List the contract number of any government contract | | |

| 2.815. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DANNY LAIRD**<br>**2415 NEAL ST**<br>**PARKERSBURG, WV 26101** |

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.816. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DARIA A CONDON** |
| | List the contract number of any government contract | _____ | **16105 NESS RD.**<br>**ALTAMONT, KS 67330** |

| 2.817. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DARIN & DEANNA VAUGHN** |
| | List the contract number of any government contract | _____ | **13214 K47 HWY**<br>**FREDONIA, KS 66736** |

| 2.818. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DARLENE O'NEILL** |
| | List the contract number of any government contract | _____ | **RT 1 BOX 367-1**<br>**SOUTH COFFEYVILLE, OK 74072** |

| 2.819. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DARLENE TAYLOR** |
| | List the contract number of any government contract | _____ | **543 13TH AVENUE**<br>**NEW BRIGHTON, PA 15066** |

| 2.820. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DAROLD COOMES REV TRST** |
| | List the contract number of any government contract | _____ | **409 SHERIDAN**<br>**ST. PAUL, KS 66771** |

Debtor 1   **PostRock Energy Corporation**
　　　　　　 First Name　　　　　 Middle Name　　　　　 Last Name

Case number (*if known*)　**16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.821. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARREL & CAROLYN MONTGOMERY**<br>**2820 NORTH 8TH**<br>**INDEPENDENCE, KS 67301-1745** |
| | List the contract number of any government contract | | |

| 2.822. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARRELL ALLEN WILLIAMS**<br>**19993 218TH TERRACE**<br>**SPRING HILL, KS 66083** |
| | List the contract number of any government contract | | |

| 2.823. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARREN BABCOCK**<br>**1345 OTTAWA RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.824. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARREN MICHAEL WILEY AND**<br>**1580 9000 RD**<br>**OSWEGO, KS 67356** |
| | List the contract number of any government contract | | |

| 2.825. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARRIN W WOOLFOLK & DEANA A**<br>**3040 HARPER RD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.826. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARVIN & CHARLOTTE WAGGONER**<br>**3501 DIRR**<br>**APT. 129**<br>**PARSONS, KS 67357** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.827. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARYL D AHLQUIST**<br>**102 S LINCOLN AVE**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.828. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DARYL D AHLQUIST & DEMI**<br>**102 S. LINCOLN AVE**<br>**CHANUTE, KS 66720-2432** |
| | List the contract number of any government contract | | |

| 2.829. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVE & BELINDA COMPSTON**<br>**4719 STATE ST**<br>**BARLESVILLE, OK 74006** |
| | List the contract number of any government contract | | |

| 2.830. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVE L & TERESA L COX**<br>**6700 40TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.831. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID & APRIL SEMRAD**<br>**9450 90TH RD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.832. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID & DEBBIE CASTLE**<br>**9280 50TH ROAD**<br>**GALESBURG, KS 66740** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.833. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO, KS 66717** |
|  | List the contract number of any government contract | _____ |  |

| 2.834. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO, KS 66717** |
|  | List the contract number of any government contract | _____ |  |

| 2.835. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO**<br>**KS, US 66717** |
|  | List the contract number of any government contract | _____ |  |

| 2.836. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **DAVID & DEBORAH LOWE**<br>**24649 KINGMAN RD**<br>**BUFFALO**<br>**KS, US 66717** |
|  | List the contract number of any government contract | _____ |  |

| 2.837. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **DAVID & DONNA WILLIS**<br>**7120 160TH ROAD**<br>**CHANUTE, KS 66720-6800** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1  **PostRock Energy Corporation**                                Case number (*if known*)   **16-11230-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.838. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID & GINA BURNETT**<br>**8405 MEADE ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.839. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID & HARRIET THORNTON**<br>**7450 BETHANY ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.840. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID & MARY SUE CARLSON**<br>**18915 WICHITA ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.841. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID & MICHELLE HINKLE**<br>**300 QUAIL RUN**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.842. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID A & BARBARA POWERS, H/S,**<br>**11185 ELK RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.843. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID A LIPSCOMB**<br>**711 FOX AVE**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.844. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID A PETERSON**<br>**20050 50TH RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.845. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID A STARR & TERESA K STARR**<br>**104 S. WILSON**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.846. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID ALLEN BEAM &**<br>**611 N.W. 1751**<br>**KINGSVILLE, MO 64061** |
| | List the contract number of any government contract | | |

| 2.847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID B ELY & TONYA R ELY**<br>**10720 BROWN ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.848. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID BOSCH**<br>**6077 QUEEN ROAD**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | | |

| 2.849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID C ROSS & DONNA S ROSS**<br>**1910 WILLOW**<br>**VALLEY FALLS, KS 66088-4040** |

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.850. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DAVID CALLAGHAN** |
| | List the contract number of any government contract | | **1713 LOUDON HEIGHTS RD** **CHARLESTON, WV 25314** |

| 2.851. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DAVID D & RHONDA J MARPLE** |
| | List the contract number of any government contract | | **20389 2000 RD** **BUFFALO, KS 66717** |

| 2.852. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DAVID D MARPLE** |
| | List the contract number of any government contract | | **20389 2000 ROAD** **BUFFALO, KS 66717** |

| 2.853. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DAVID D. & PATRICIA ANN MARPLE** |
| | List the contract number of any government contract | | **20389 2000 ROAD** **BUFFALO, KS 66717** |

| 2.854. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DAVID D. OLSON ESTATE** |
| | List the contract number of any government contract | | **1201 W. OAK STREET** **INDEPENDENCE, KS 67301** |

Debtor 1 **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.855.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

DAVID E CRITES, EMMA F CRITES
133 N. 16TH
FREDONIA, KS 66736

**2.856.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

DAVID EUGENE BURDUE &
P.O. BOX 720182
OKLAHOMA CITY, OK 73172

**2.857.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

DAVID G GROBLEBE
PO BOX 2265
DURANGO, CO 81302

**2.858.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

DAVID H & CAROLYN M WINTERS,
BOX 135
MOUND VALLEY, KS 67354

**2.859.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

DAVID H WINTERS, JR &
16000 IRVING RD
MOUND VALLEY, KS 67354

**2.860.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

DAVID K & KIMBERLY R KRAMER
6955 JACKSON ROAD
GALESBURG, KS 66740

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
         First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.861. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID K THORNTON**<br>**24916 850 RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.862. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID KEN & TAMMY F THORNTON**<br>**24916 850 RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.863. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L & DONNA J ERBE, JT**<br>**1209 POTOMAC**<br>**BURLINGTON, KS 66839** |
| | List the contract number of any government contract | | |

| 2.864. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L & DONNA L MAXEY**<br>**HC 61 BOX 23**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.865. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L & JUDITH D OSBORN**<br>**2510 HWY 169**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.866. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID L & MARY SUE CARLSON,**<br>**18915 WICHITA RD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.867. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DAVID L & MARY SUE CARLSON,** **18915 WICHITA RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.868. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DAVID L & MARY SUE CARLSON,** **18915 WICHITA RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.869. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DAVID L & MARY SUE CARLSON,** **18915 WICHITA RD** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.870. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L HARRIS & PAM L HARRIS** **13225 K-47 HIGHWAY** **ERIE, KS 66733** |
| | List the contract number of any government contract | _____ | |

| 2.871. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L MONROE** **2697 RANCH RD** **ELK CITY, KS 67344** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.872. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L MONROE CUSTODIAN FOR**<br>**2697 RANCH RD**<br>**ELK CITY, KS 67344** |
| | List the contract number of any government contract | | |

| 2.873. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L ROGERS**<br>**724 SOUTH MARKET**<br>**WICHITA, KS 67211** |
| | List the contract number of any government contract | | |

| 2.874. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID L SCHLARB**<br>**307 55TH STREET**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.875. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID M & KRISTEN K MILLER,**<br>**14475 250TH RD**<br>**SAVONBURG, KS 66772** |
| | List the contract number of any government contract | | |

| 2.876. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID MAXSON**<br>**123 N 160TH**<br>**GIRARD, KS 66743** |
| | List the contract number of any government contract | | |

| 2.877. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DAVID P ANDERSON**<br>**721 N. HUNTINGTON COURT**<br>**LAWRENCE, KS 66049** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.878. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID P ELLIOTT, JR**<br>**619 LIMESTONE RUN ROAD**<br>**WESTON, WV 26452-7667** |
| | List the contract number of any government contract | | |

| 2.879. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID R & AUDREY A MAHURIN**<br>**5215 20TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.880. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID R & SHIRLENE K MAHURIN**<br>**11875 220TH RD.**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.881. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID RICKY & PAMELA SUE BEARD**<br>**18104 1400 RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.882. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DAVID RICKY BEARD REV TRST**<br>**18104 1400 RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.883. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DAVID STICH & KATRINA STICH,**<br>**16505 ELK ROAD**<br>**CHANUTE, KS 66720** |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.884. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DAVID T HOLT** |
| | List the contract number of any government contract | | **P.O. BOX 680997**<br>**FRANKLIN, TN 37068-0997** |

| 2.885. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DAVID W BAUGHER** |
| | List the contract number of any government contract | | **20048 NESS ROAD**<br>**PARSONS, KS 67357** |

| 2.886. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DAVID W BAUGHER REV TRST** |
| | List the contract number of any government contract | | **20048 NESS RD**<br>**PARSONS, KS 67357** |

| 2.887. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DAVID W ELLIOTT AIF FOR** |
| | List the contract number of any government contract | | **2502 LIBERTY ST**<br>**PARKERSBURG, WV 26101** |

| 2.888. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DAVID W ENGELMAN & ELAINE C** |
| | List the contract number of any government contract | | **17454 2000 RD**<br>**BENEDICT, KS 66714** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.889.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DAVID W HINKLE**
**300 QUAIL RUN**
**ALTAMONT, KS 67330**

---

**2.890.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DAVID W KNUDSEN & MARY**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

---

**2.891.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**DAVID W KNUDSEN & MARY FINLEY-KNUDSEN, J**
**21730 YALE ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.892.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**DAVID W KNUDSEN & MARY FINLEY-KNUDSEN, J**
**21730 YALE ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.893.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DAVID WAYNE FOSTER, JR**
**RT. 1 BOX 229B**
**CAIRO, WV 26337**

---

**2.894.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**DAVID WELCH**
**1307 DARWIN STREET**
**ODENTEN, MD 21113**



Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.895. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **DAVIS BROS LLC**<br>**110 W. 7TH ST. STE. 1000**<br>**TULSA, OK 74119** |
| 2.896. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **DEAN & JERI COOPER**<br>**429 498 E 20 ROAD**<br>**WELCH, OK 74369-9658** |
| 2.897. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **DEAN HOLLENSBE**<br>**PO BOX 1257**<br>**MT VERNON, IL 62864** |
| 2.898. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **DEANNA KELSO**<br>**1049 NORTH PEBBLE CREEK DRIVE**<br>**NIXA, MO 65714** |
| 2.899. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **DEANNA L DIBRELL**<br>**1915 MOFFAT RD NW**<br>**PIEDMONT, OK 73078** |
| 2.900. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | | **DEANNA SPOON**<br>**4650 RENO RD**<br>**NEODESHA, KS 66757** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.901. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST**<br>**14373 VIOLA RD.**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.902. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST**<br>**14373 VIOLA RD.**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.903. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST**<br>**14373 VIOLA RD.**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.904. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST**<br>**14373 VIOLA RD.**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.905. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST**<br>**14373 VIOLA RD.**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**                                     Case number *(if known)*   **16-11230-SAH**
~~~~~~~~~First Name~~~~~~~~Middle Name~~~~~~~~Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.906. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST** **14373 VIOLA RD.** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.907. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST** **14373 VIOLA RD.** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.908. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DEBBIE BRADFORD LIVING TRUST** **14373 VIOLA RD.** **CHANUTE** **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.909. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBBIE D SEIDL** **2305 KERRI DRIVE** **DODGE CITY, KS 67801** |
| | List the contract number of any government contract | | |

| 2.910. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBORAH EWBANK** **206 S RUTLER** **CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.911. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBORAH G (BUZZARD) MOORE** **7705 FORD ROAD** **THAYER, KS 66776** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.912. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBORAH L CURFMAN**<br>**RT. 2 BOX 328**<br>**CAIRO, WV 26337** |
| | List the contract number of any government contract | | |

| 2.913. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBORAH LESH**<br>**4241 CLOVE ST.**<br>**MIDDLEBURG, FL 32068** |
| | List the contract number of any government contract | | |

| 2.914. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBRA L HATFIELD**<br>**1511 MADISON CREEK RD.**<br>**BRANCHLAND, WV 25506** |
| | List the contract number of any government contract | | |

| 2.915. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBRA L THORNTON**<br>**11305 HWY 59**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.916. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEBRA S DELATORRE**<br>**18676 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.917. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DEBRA S DELATORRE & KELLY A**<br>**18676 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
           First Name         Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.918. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DEE & VICKI WEST** |
| | List the contract number of any government contract | _____ | **RT 1 BOX 133A** **DELAWARE, OK 74027** |

| 2.919. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DEE ANNA CORNS** |
| | List the contract number of any government contract | _____ | **23099 E MOCKINGBIRD DRIVE** **GOLDEN, MO 65658** |

| 2.920. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DELBERT MCCUNE FAMILY** |
| | List the contract number of any government contract | _____ | **P.O. BOX 424** **MONTEZUMA, KS 67867** |

| 2.921. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DELISA LYNN HOPPES** |
| | List the contract number of any government contract | _____ | **881 22000 ROAD** **PARSONS, KS 67357** |

| 2.922. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DELL MARIE SHANAHAN SWEARER** |
| | List the contract number of any government contract | _____ | **2901 WESTMINISTER DR** **HUTCHINSON, KS 67502** |

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.923. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DELMA CARTER** |
| | List the contract number of any government contract | | **% BEV BAILEY**<br>**SALTROCK, WV 25559** |

| 2.924. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DELORES CARR** |
| | List the contract number of any government contract | | **STAR RT 83, BOX 45**<br>**ELLENBORO, WV 26346** |

| 2.925. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DELORES SANDERS** |
| | List the contract number of any government contract | | **17 LONG BRANCH ROAD**<br>**BRANCHLAND, WV 25506** |

| 2.926. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DELORIS MAE WEST** |
| | List the contract number of any government contract | | **HC 61, BOXX 21**<br>**LENAPAH, OK 74042** |

| 2.927. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DELPHINE HANSEN, TTEE OF THE** |
| | List the contract number of any government contract | | **983 W. LINWOOD AVE.**<br>**NIXA, MO 65714** |

| 2.928. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DELTA RUTH HARRIS, TTEE OF THE** |
| | List the contract number of any | | **305 E. CANVILLE**<br>**ERIE, KS 66733** |

Debtor 1   **PostRock Energy Corporation**
           First Name         Middle Name         Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.929. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DELTA RUTH HARRIS, TTEE OF THE DELTA RUT** |
| | List the contract number of any government contract | | 9605 QUEEN ROAD<br>SAINT PAUL<br>KS, US 66771 |

| 2.930. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **DELTA RUTH HARRIS, TTEE OF THE DELTA RUT** |
| | List the contract number of any government contract | | 9605 QUEEN ROAD<br>SAINT PAUL<br>KS, US 66771 |

| 2.931. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEMMA JO RANDALL** |
| | List the contract number of any government contract | | 1511 SUNNY MEAD LANE<br>ESTES PARK, CO 80517-7582 |

| 2.932. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DENNIS & DEBORA BAYLESS JTWROS** |
| | List the contract number of any government contract | | 1136 CR 3000<br>HAVANA, KS 67347 |

| 2.933. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DENNIS H CUNNINGHAM** |
| | List the contract number of any government contract | | 6113 GALLERY ST<br>BOWIE, MD 20720 |

| 2.934. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DENNIS R & RITA F GRAHAM** |
|---|---|---|---|
| | | | 2670 60 RD<br>THAYER, KS 66776 |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.935. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | DENNIS S & CARRIE R COOPER |
| | List the contract number of any government contract | _____ | 494 SQUIRREL RD. YATES CENTER, KS 66783 |

| 2.936. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | DENNIS STEIG & ELLEN STEIG, |
| | List the contract number of any government contract | _____ | 317 24000 RD CHERRYVALE, KS 67337 |

| 2.937. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | DENZIL R RUTHERFORD |
| | List the contract number of any government contract | _____ | RT. 6 BOX 217 ROCK LAKE FAIRMONT, WV 26554 |

| 2.938. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | DEREK ALAN STEINMAN |
| | List the contract number of any government contract | _____ | 4343 NORTH CLARENDON AVE. APT. #1817 CHICAGO, IL 60613 |

| 2.939. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | DEV BEESON & LEIGH ANN BEESON |
| | List the contract number of any government contract | _____ | 19064 JACKSON PARSONS, KS 67357 |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.940. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEVARA KINKEAD** |
| | List the contract number of any government contract | | **925 COUNTY RD, 1003A** **GODLEY, TX 76044** |

| 2.941. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DEWAYNE A & VERDA ILENE** |
| | List the contract number of any government contract | | **17417 E. 54TH TERRACE COURT S** **INDEPENDENCE, MO 64055** |

| 2.942. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANA AROCHENA** |
| | List the contract number of any government contract | | **11409 IVY FLOWER LOOP** **RIVERVIEW, FL 33569** |

| 2.943. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANA SHOWALTER** |
| | List the contract number of any government contract | | **P.O. BOX 64** **GALESBURG, KS 66740** |

| 2.944. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANA WELCH** |
| | List the contract number of any government contract | | **333 W. HIGH STREET** **HARRISVILLE, WV 26362** |

| 2.945. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DIANE BLACKBIRD** |
| | List the contract number of any | | **21835 COFFEE HOLLY RD** **TAHLEQUAH, OK 74464** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
 _____
 First Name      Middle Name      Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.946. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DIANE K BENSON**<br>**RT 1 BOX 360-1**<br>**S COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.947. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Diane K. Benson**<br>**RT 1 BOX 360-1**<br>**S COFFEYVILLE**<br>**OK, US 74072** |
| | List the contract number of any government contract | | |

| 2.948. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DIANE M IULIANO**<br>**3016 WINTERS LANE**<br>**LAGRANGE, KY 40031** |
| | List the contract number of any government contract | | |

| 2.949. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
| | State the term remaining | **Unknown** | **DIANE M IULIANO**<br>**3016 WINTERS LANE**<br>**LAGRANGE, KY 40031** |
| | List the contract number of any government contract | | |

| 2.950. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DIANE S BOWER**<br>**507 51ST STREET**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.951. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DIANNA PHILLIPS & MICHAEL**<br>**1624 E HOLLY AVE**<br>**SAND SPRINGS, OK 74063** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.952. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DIETER & SEDANA S BEUSCH** |
| | List the contract number of any government contract | _____ | **ROUTE 2 BOX 6020**<br>**NOWATA, OK 74048** |

| 2.953. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DIETRICH LECK** |
| | List the contract number of any government contract | _____ | **ROUTE 1, BOX 172**<br>**THAYER, KS 66776** |

| 2.954. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DIXIE L LEWIS** |
| | List the contract number of any government contract | _____ | **ROUTE 2, BOX 199**<br>**COFFEYVILLE, KS 67337** |

| 2.955. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DIXIE L MURDOCK** |
| | List the contract number of any government contract | _____ | **2922 GRAND**<br>**PARSONS, KS 67357** |

| 2.956. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DKI HOLDINGS, LLC** |
| | List the contract number of any government contract | _____ | **% MICHAEL W DOMINO**<br>**20506 MISTY CROSSING LAND**<br>**SPRING, TX 77379** |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.957.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOLORES SCOCCHIO
25927 MARKET PLACE
LOMITA, CA 90710**

---

**2.958.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOMESTIC ENERGY PARTNERS
5201 CAMP BOWIE BLVD. STE. 200
FORT WORTH, TX 76107**

---

**2.959.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOMESTIC ENERGY PARTNERS
5201 CAMP BOWIE BLVD. STE. 200
FORT WORTH, TX 76107**

---

**2.960.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOMINION TRANSMISSION INC
P. O. BOX 27403
RICHMOND, VA 23261**

---

**2.961.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DON & ROSILEE RISSEN TTEES OF
5420 FORD RD
THAYER, KS 66776**

---

**2.962.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**DON BLACKBIRD
PO BOX 121
MOODYS, OK 74444-0121**

---

Debtor 1   **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.963. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON C GRIFFEY**<br>**5350 EAST 46TH STREET # 145**<br>**TULSA, OK 74135** |
| | List the contract number of any government contract | | |

| 2.964. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L & NORMA J HALL**<br>**5118 BALLENTINE**<br>**SHAWNEE, KS 66203** |
| | List the contract number of any government contract | | |

| 2.965. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L GOSNEY**<br>**PO BOX 256**<br>**BAYFIELD, CO 81122** |
| | List the contract number of any government contract | | |

| 2.966. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L GROSS**<br>**3252 S. 4290 ROAD**<br>**WELCH, OK 74369** |
| | List the contract number of any government contract | | |

| 2.967. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DON L WEBSTER TRST**<br>**2507 GLYNNWOOD LANE**<br>**BARTLESVILLE, OK 74005-6223** |
| | List the contract number of any government contract | | |

| 2.968. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DON THORNTON**<br>**P.O. BOX 590**<br>**CANEY, KS 67333** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**        Case number *(if known)*    **16-11230-SAH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.969. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DONAL R BURRIS** |
| | List the contract number of any government contract | _____ | **1875 NESS RD** **PARSONS, KS 67357** |

| 2.970. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DONALD & DARLENE CHILDERS** |
| | List the contract number of any government contract | _____ | **1305 BOWEN CREEK RD** **BRANCHLAND, WV 25506** |

| 2.971. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DONALD & HELEN JANSSEN** |
| | List the contract number of any government contract | _____ | **12640 90TH ROAD** **ERIE, KS 66733** |

| 2.972. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **DONALD A & PAM K GASTINEAU** |
| | List the contract number of any government contract | _____ | **502 S WESTVIEW DR** **CHANUTE** **KS, US 66720** |

| 2.973. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **DONALD A & PAM K GASTINEAU** |
| | List the contract number of any government contract | _____ | **502 S WESTVIEW DR** **CHANUTE** **KS, US 66720** |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.974.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

DONALD A & PAM K GASTINEAU
502 S WESTVIEW DR
CHANUTE
KS, US 66720

**2.975.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

DONALD A & PAM K GASTINEAU
502 S WESTVIEW DR
CHANUTE
KS, US 66720

**2.976.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

DONALD A & PAMELA K GASTINEAU
502 S WESTVIEW DR
CHANUTE, KS 66720

**2.977.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

DONALD A ROBEY
PO BOX 954
ROMNEY, WV 26757

**2.978.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

DONALD D & CHRISTINE M DIXON
1367 22000 ROAD
PARSONS, KS 67357

**2.979.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

DONALD D DIXON &
777 21000 RD
MOUND VALLEY, KS 67354

Debtor 1    **PostRock Energy Corporation**
             First Name          Middle Name              Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.980. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD D PROPS** |
| | List the contract number of any government contract | | **P.O. BOX 73**<br>**HARRISVILLE, WV 26362** |

| 2.981. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD E BABCOCK & JUDY A** |
| | List the contract number of any government contract | | **1475 OTTAWA RD**<br>**PARSONS, KS 67357** |

| 2.982. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD E HEADY** |
| | List the contract number of any government contract | | **1900 PRATT ROAD**<br>**PARSONS, KS 67357** |

| 2.983. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD E JANSSEN** |
| | List the contract number of any government contract | | **12640 90TH RD**<br>**ERIE, KS 66733** |

| 2.984. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DONALD F MOYERS** |
| | List the contract number of any government contract | | **6779 CR201**<br>**MILLERSBURG, OH 44654** |

| 2.985. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DONALD K STOUT**<br>**110 COUNTRYSIDE DR**<br>**SENOIA, GA 30276** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.986. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **DONALD L & RICKEY E FREEBERG**<br>**26066 MEADE ROAD**<br>**PARSONS, KS 67357** |

| 2.987. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **DONALD L LACEN & CATHY L LACEN**<br>**2420 60TH RD**<br>**THAYER, KS 66776** |

| 2.988. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **DONALD LEE BEST & ANGELA LEE**<br>**7 GINTY DRIVE**<br>**NORTH EAST, MD 21901** |

| 2.989. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **DONALD LEE SONGER &**<br>**18567 950 ROAD**<br>**ALTOONA, KS 66710** |

| 2.990. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **DONALD M & ANNA M COOPER REV**<br>**4242 S CEDAR LANE**<br>**TALALA, OK 74080** |

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.991. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD O & CHERYL A FRIEDRICK**<br>**19895 BROWN ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.992. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD P & MARILYN J GOOD, H/W**<br>**23054 FORD ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.993. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD P COOVER**<br>**9305 70TH RD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.994. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD R & KATHY E GARBER**<br>**4095 BROWN ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.995. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONALD R GREEN**<br>**18832 1200 RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.996. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **DONALD R GREEN**<br>**18832 1200 RD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | | government contract | | |
| --- | --- | --- | --- | --- |

| 2.997. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **DONALD R MUSTAIN & WANDA**<br>**P.O. BOX 23**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.998. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **DONALD R MUSTAIN & WANDA MUSTAIN, H/W JT**<br>**P.O. BOX 23**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.999. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **DONALD R MUSTAIN & WANDA MUSTAIN, H/W JT**<br>**P.O. BOX 23**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.1000. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **DONALD R VITT & VERA M VITT,**<br>**12425 TREGO ROAD**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.1001. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **DONALD THURMAN & RUTH THURMAN,**<br>**9386 RENO ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.1002. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **DONALD THURMAN & RUTH THURMAN,**<br>**9386 RENO ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| --- | --- | --- | --- |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

---

2.1003.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**DONALD TOLLES**
**22047 GRAY RD.**
**DENNIS, KS 67341-9036**

---

2.1004.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**DONALD W HAMMETT**
**255 N. PORTAGE PATH #503**
**AKRON, OH 44313**

---

2.1005.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**DONNA & EUGENE WAKEFIELD**
**7501 NW 234TH**
**EDMOND, OK 73025**

---

2.1006.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**DONNA BECK**
**2532 NORTHWEST TURNPIKE**
**PENNSBORO, WV 26415**

---

2.1007.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**DONNA BENTLEY**
**PO BOX 127**
**ALTOONA, KS 66710**

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (if known)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1008.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**DONNA J ENGELMANN**
**4422 CR 4700**
**INDEPENDENCE, KS 67301**

**2.1009.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**DONNA J PARKS RICHARDS**
**122 3RD STREET**
**NEW LONDON, OH 44851**

**2.1010.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**DONNA JEAN EARHART**
**123 BROOKSTONE BOULEVARD**
**WESTERVILLE, OH 43081**

**2.1011.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**DONNA JEAN SWAN**
**5216 WEST US HIGHWAY 56**
**BURLINGAME, KS 66413**

**2.1012.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract

**DONNA L PRITCHETT**
**ROUTE 2 BOX 221-4**
**NOWATA, OK 74048**

**2.1013.** State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any

**DONNA L PROVALENKO FORMERLY**
**1810 FAIRLAWN**
**ROCK HILL, SC 29732**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |

| 2.1014. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONNA LYNN BEIDL** |
| | List the contract number of any government contract | | **1134 HARVEST GLEN DRIVE NW** |
| | | | **CLEVELAND, TN 37312** |

| 2.1015. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONNIE R & VERA M BELL TRST** |
| | List the contract number of any government contract | | **2565 100TH ROAD** |
| | | | **THAYER, KS 66776** |

| 2.1016. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DONNIE YARNELL & DOLORES M** |
| | List the contract number of any government contract | | **16510 PRYOR RD** |
| | | | **ERIE, KS 66733** |

| 2.1017. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DORA M CLAYTON** |
| | List the contract number of any government contract | | **748 TRAIL RIDGE RD** |
| | | | **MATTHEWS, NC 28105** |

| 2.1018. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DORIS J SWILER** |
| | List the contract number of any government contract | | **10415 160TH ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.1019. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DORIS L DAVIS** |
| | | | **6647 PRUNTY RD.** |
| | | | **HARRISVILLE, WV 26362** |

Debtor 1   **PostRock Energy Corporation**
      First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |   |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.1020. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **DORIS L DODD**<br>**PO BOX 118**<br>**SMITHVILLE, WV 26178** |

| 2.1021. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **DORIS L STICE, TTEE**<br>**26039 MEADE ROAD**<br>**PARSONS, KS 67357** |

| 2.1022. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **DORIS LEE DODD**<br>**PO BOX 118**<br>**SMITHVILLE, WV 26178** |

| 2.1023. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **DORIS M ALLMON**<br>**606 SOUTH EAST STREET**<br>**ERIE, KS 66733** |

| 2.1024. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **DORIS N STREETS**<br>**332 NORTH 12TH**<br>**FREDONIA, KS 66736** |

Debtor 1    **PostRock Energy Corporation**
     First Name       Middle Name       Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1025.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DORIS O OGLESBEE TRST**
**344 S CRESTWAY**
**WICHITA, KS 67218**

---

**2.1026.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOROTHA LADONNA THUMMEL, LIFE**
**12030 ELK ROAD**
**THAYER, KS 66776**

---

**2.1027.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOROTHA MASON**
**24501 NORTH COUNCIL**
**EDMOND, OK 73025**

---

**2.1028.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOROTHEA LEE BASLER TRUST**
**1404 NW 122ND STREET**
**APARTMENT 305**
**OKLAHOMA CITY, OK 73114**

---

**2.1029.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOROTHY ANN RUTLEDGE**
**804 S. GARFIELD**
**CHANUTE, KS 66720**

---

**2.1030.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**DOROTHY D HANSEN, TTEE OF THE**
**983 W. LINWOOD AVE.**
**NIXA**
**MO, US 65714**

Debtor 1    **PostRock Energy Corporation**
             First Name          Middle Name              Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.1031. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **DOROTHY D HANSEN, TTEE OF THE** |
|  | List the contract number of any government contract | | **983 W. LINWOOD AVE.** **NIXA** **MO, US 65714** |

| 2.1032. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **DOROTHY D HANSEN, TTEE OF THE KENNETH &** |
|  | List the contract number of any government contract | | **983 W. LINWOOD AVE.** **NIXA** **MO, US 65714** |

| 2.1033. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **DOROTHY D HANSEN, TTEE OF THE KENNETH &** |
|  | List the contract number of any government contract | | **983 W. LINWOOD AVE.** **NIXA** **MO, US 65714** |

| 2.1034. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **DOROTHY FARROW** |
|  | List the contract number of any government contract | | **8233 NW WOLF RD** **LAWTON, OK 73507** |

| 2.1035. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **DOROTHY I JUNGLES REV TR** |
|  | List the contract number of any government contract | | **566 23000 RD** **DENNIS, KS 67341** |

| 2.1036. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DOROTHY J WARD REV TRST** **3205 45TH ROAD** **THAYER, KS 66776** |

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

---

2.1037.   State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE
AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**DOROTHY J WARD REV TRST
3205 45TH ROAD
THAYER
KS, US 66776**

---

2.1038.   State what the contract or
lease is for and the nature of
the debtor's interest   **LAND USE
AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

**DOROTHY J WARD REV TRST
3205 45TH ROAD
THAYER
KS, US 66776**

---

2.1039.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**DOROTHY L & MICHAEL J CRUCE
BOX 417
EDNA, KS 67342**

---

2.1040.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**DORWARD ENERGY CORPORATION
447 3RD AVE N STE 400
ST PETERSBURG, FL 33701-3255**

---

2.1041.   State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**DOUG B BRUNGARDT
6500 WIPPOORWILL
OLIVE BRANCH, MS 38654**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1042.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOUGLAS & MELINDA KEATON**
**7745 PRATT ROAD**
**ERIE, KS 66733**

---

**2.1043.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOUGLAS A DIETSCH &**
**19220 BROWN RD**
**CHANUTE, KS 66720**

---

**2.1044.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOUGLAS B BRUNGARDT**
**6500 WIPPOORWILL**
**OLIVE BRANCH, MS 38654**

---

**2.1045.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOUGLAS E FICKEL &**
**518 W 1ST STREET**
**CHANUTE, KS 66720**

---

**2.1046.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOUGLAS L ALLMON**
**314 EXNER**
**COFFEYVILLE, KS 67337**

---

**2.1047.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**DOUGLAS L FRYDENDALL &**
**16355 JACKSON ROAD**
**CHANUTE, KS 66720**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1048. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DOUGLAS P & LOIS A LOONEY** |
| | List the contract number of any government contract | | **809 W PUTTER CT** <br> **ANDOVER, KS 67002** |

| 2.1049. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DOUGLAS PITCHER** |
| | List the contract number of any government contract | | **1349 N. GREENFIELD** <br> **MULVANE, KS 67110** |

| 2.1050. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DOUGLAS Q REED & LAURIE K REED** |
| | List the contract number of any government contract | | **13860 80TH RD** <br> **ERIE, KS 66733** |

| 2.1051. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DOUGLAS W BARNOW & RONDA L** |
| | List the contract number of any government contract | | **7490 160TH RD** <br> **CHANUTE, KS 66720** |

| 2.1052. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **DOUGLAS W SOMMERS** |
| | List the contract number of any government contract | | **1001 S PLUMMER** <br> **CHANUTE, KS 66720** |

| 2.1053. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DOYAL & MIRIAM SAYE REV TRST** <br> **P.O. BOX 66** <br> **DENNIS, KS 67341** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DOYAL L SAYE, JR** |
| | List the contract number of any government contract | | **P.O. BOX 66** **DENNIS, KS 67341** |

| 2.1055. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **DOYAL L SAYE, JR** **P.O. BOX 66** |
| | List the contract number of any government contract | | **DENNIS** **KS, US 67341** |

| 2.1056. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **DOYAL L SAYE, JR** **P.O. BOX 66** |
| | List the contract number of any government contract | | **DENNIS** **KS, US 67341** |

| 2.1057. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **Doyle & Terri Saye, H/W** **22003 FINNEY ROAD** |
| | List the contract number of any government contract | | **DENNIS** **KS, US 67341** |

| 2.1058. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **DOYLE A & TERRI L SAYE, H/W** |
| | List the contract number of any government contract | | **22003 FINNEY ROAD** **DENNIS, KS 67341** |

Debtor 1     **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*     **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1059.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOYLE A ANGLETON & KATHY A**
**16 S. TENNESSEE**
**CHANUTE, KS 66720**

---

**2.1060.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**DOYLE ANGLETON**
**16 SOUTH TENNESSEE AVE.**
**CHANUTE**
**KS, US 66720**

---

**2.1061.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOYLE CONRAD BROWN**
**511 STALCUP STREET**
**COLUMBIA, MO 65203**

---

**2.1062.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DOYLE E BILLER FAMILY TRST**
**9910 BIRCHDALE**
**DOWNEY, CA 90240**

---

**2.1063.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**DOYLE E BILLER FAMILY TRST**
**9910 BIRCHDALE**
**DOWNEY**
**CA, US 90240**

---

**2.1064.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**DOYLE F BILLER**
**17962 JOEL BRATTAIN**
**YORBA LINDA, CA 92886**

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1065. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Doyle F. Biller**<br>**17962 JOEL BRATTAIN**<br>**YORBA LINDA**<br>**CA, US 92886** |
| | List the contract number of any government contract | | |

| 2.1066. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Doyle F. Biller**<br>**17962 JOEL BRATTAIN**<br>**YORBA LINDA**<br>**CA, US 92886** |
| | List the contract number of any government contract | | |

| 2.1067. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Doyle F. Biller**<br>**17962 JOEL BRATTAIN**<br>**YORBA LINDA**<br>**CA, US 92886** |
| | List the contract number of any government contract | | |

| 2.1068. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DRAWBRIDGE SPECIAL OP FUND LP**<br>**ATTN: FORTRESS CREDIT ADVISORS**<br>**32711 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693-0327** |
| | List the contract number of any government contract | | |

| 2.1069. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DRAWBRIDGE SPECIAL OP FUND LP**<br>**P.O. BOX 5098**<br>**NEW YORK, NY 10185-5098** |
| | List the contract number of any government contract | | |

| 2.1070. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **DREAMA DEARDORFF**<br>**PO BOX 135**<br>**KEVIL, KY 72053** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name    Middle Name    Last Name

Case number (*if known*)    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.1071. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DUANE A & BETTY ANGLETON**<br>**270 1000 RD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | _____ | |

| 2.1072. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DUANE E & SHIRLEY J MOYER**<br>**DTD 3/23/00**<br>**15050 GRAY RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.1073. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DUANE WADSWORTH**<br>**3967 TRUITT LANE**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | _____ | |

| 2.1074. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DUSTIN & ANGELA STANLEY JTWROS**<br>**7340 220TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.1075. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **DWAINE & MARY MCKINNEY**<br>**1997 MCLEAN BLVD.**<br>**WICHITA, KS 67203** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1076.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DWAINE HENDRICKS ESTATE**
**125 HWY 26 W**
**OGALLALA, NE 69153**

---

**2.1077.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DWAYNE D & TONI D UMBARGER,**
**1585 70TH RD**
**THAYER, KS 66776**

---

**2.1078.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DWAYNE D UMBARGER**
**1585 70TH ROAD**
**THAYER, KS 66776**

---

**2.1079.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DWIGHT & TINA MOORE, JTWOS**
**RT. 2 BOX 152A**
**WEST UNION, WV 26456**

---

**2.1080.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**DWIGHT D. KEEN &**
**#1 TAM-O-SHANTER CT.**
**WINFIELD, KS 67156**

---

**2.1081.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**E C WOLFE**
**5453 MANDARIN CIRCLE**
**HIXSON, TN 37343-6803**

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**
_____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1082. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **E E BUSH HEIRS** |
| | List the contract number of any government contract | | **3407 8TH AVE.** <br> **VIENNA, WV 26105** |

| 2.1083. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **E ELOISE HAHN** |
| | List the contract number of any government contract | | **1540 4000 ROAD** <br> **BARTLETT, KS 67332** |

| 2.1084. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **E PHILLIP COUCH, AKA EP COUCH** |
| | List the contract number of any government contract | | **1320 WEST OKLMULGEE** <br> **MUSKOGEE, OK 74401** |

| 2.1085. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **E REX NAANES TRST** |
| | List the contract number of any government contract | | **114 E. MARSHALL** <br> **ERIE, KS 66733-1128** |

| 2.1086. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **E ROBERT ROGERS &** |
| | List the contract number of any government contract | | **2401 JUNCTION RD** <br> **SEDAN, KS 67361** |

| 2.1087. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **E WAYNE WILLHITE & EUGENA L** <br> **TR U/A DTD 11/29/2007** <br> **PO BOX 707** <br> **HOWARD, KS 67349** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.1088. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | EARL & HELEN JOHNSON |
| | List the contract number of any government contract | _____ | 655 3000 ROAD EDNA, KS 67342 |

| 2.1089. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | EARL R TROUT JR & BETTY C |
| | List the contract number of any government contract | _____ | 346 24000 ROAD CHERRYVALE, KS 67335 |

| 2.1090. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | EARL S FOX |
| | List the contract number of any government contract | _____ | 2310 COLERIDGE DRIVE SILVER SPRING, MD 20910 |

| 2.1091. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | EARL W STOVER & |
| | List the contract number of any government contract | _____ | 23255 IRVING ROAD HUMBOLDT, KS 66748 |

| 2.1092. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | EARNEST & MICHELLE PUPANEK |
| | List the contract number of any government contract | _____ | 12658 QUEEN ROAD ALTOONA, KS 66710 |

Debtor 1    **PostRock Energy Corporation**
     First Name      Middle Name      Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1093.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **EARNIE A BARR & KATHY L BARR**
> **1300 S. 11TH**
> **PARSONS, KS 67357**

**2.1094.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **ED NICHOLSON**
> **P O BOX 294**
> **LENAPAH, OK 74042**

**2.1095.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **EDDIE O'NEILL**
> **1324 W. FIRST STREET**
> **COFFEYVILLE, KS 67337**

**2.1096.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **EDDIE R HILL**
> **428158 E. 20 RD.**
> **WELCH, OK 74369**

**2.1097.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

> **EDDIE R HILL**
> **428158 E. 20 RD.**
> **WELCH**
> **OK, US 74369**

**2.1098.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

> **EDGAR G WILSON**
> **403 N. 20TH STREET**
> **WEIRTON, WV 26062**

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1099.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EDGAR J & JOANNE HUTCHISON,
18303 UDALL ROAD
ALTOONA, KS 66710**

---

**2.1100.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EDITH & GARY KESTERSON
3495 30TH ROAD
THAYER, KS 66776**

---

**2.1101.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**EDITH ANN & GARY KESTERSON
3495 30TH ROAD
THAYER
KS, US 66776**

---

**2.1102.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**EDITH ANN & GARY KESTERSON
3495 30TH ROAD
THAYER
KS, US 66776**

---

**2.1103.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EDITH KESTERSON
3495 30TH ROAD
THAYER, KS 66776**

---

**2.1104.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**EDITH KESTERSON
3495 30TH ROAD
THAYER
KS, US 66776**

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

---

2.1105. State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER**
**KS, US 66776**

---

2.1106. State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER**
**KS, US 66776**

---

2.1107. State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

**EDITH KESTERSON**
**3495 30TH ROAD**
**THAYER**
**KS, US 66776**

---

2.1108. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**EDNA C FOSTER**
**434 OLD TURNPIKE ROAD**
**PARKERSBURG, WV 26104**

---

2.1109. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**EDNA FLANAGAN**
**1517 27TH STREET**
**VIENNA, WV 26105**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1110. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDNA KLINGENBERG** |
| | List the contract number of any government contract | | **4225 OAKCREST**<br>**ENID, OK 73703** |

| 2.1111. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDNA M PARKS WOTRING** |
| | List the contract number of any government contract | | **1000 ROLLING WOOD DR.**<br>**MARSHALL, TX 75670** |

| 2.1112. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDNA W HARDMAN** |
| | List the contract number of any government contract | | **2278 OXBOW CIR.**<br>**STONE MOUNTAIN, GA 30087-0121** |

| 2.1113. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDSEL E NOLAND & SONYA S** |
| | List the contract number of any government contract | | **DTD 5/29/99**<br>**1119 S. RUTTER AVE.**<br>**CHANUTE, KS 66720-2659** |

| 2.1114. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDWARD BENNETT WEBSTER** |
| | List the contract number of any government contract | | **1706 SKYLINE DRIVE**<br>**BARTLESVILLE, OK 74006** |

| 2.1115. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EDWARD BENNETT WEBSTER, TRSTE** |
| | List the contract number of any | | **1706 SKYLINE DRIVE**<br>**BARTLESVILLE, OK 74006** |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1116. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EDWARD BIRK, LINDA BIRK, 1044 HWY 75 BURLINGTON, KS 66839-3094** |
| | List the contract number of any government contract | | |

| 2.1117. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EDWARD J & GERTRUDE I MCKINNEY 608 LEAWOOD PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1118. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **EDWARD J & GERTUDE I MCKINNEY 608 LEAWOOD DRIVE PARSONS KS, US 67357-3435** |
| | List the contract number of any government contract | | |

| 2.1119. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **EDWARD J & GERTUDE I MCKINNEY 608 LEAWOOD DRIVE PARSONS KS, US 67357-3435** |
| | List the contract number of any government contract | | |

| 2.1120. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **EDWARD J & GERTUDE I MCKINNEY 608 LEAWOOD DRIVE PARSONS KS, US 67357-3435** |
| | List the contract number of any government contract | | |

| 2.1121. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **EDWARD J & GERTUDE I MCKINNEY 608 LEAWOOD DRIVE PARSONS KS, US 67357-3435** |

Debtor 1  **PostRock Energy Corporation**                    Case number *(if known)*  **16-11230-SAH**
         First Name      Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **UNKNOWN** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.1122. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **EDWARD J O'BRIEN**<br>**214 LATHROP STREET**<br>**KINGSTON, PA 18704** |
|  | List the contract number of any government contract | | |

| 2.1123. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **EDWARD J O'BRIEN**<br>**214 LATHROP STREET**<br>**KINGSTON**<br>**PA, US 18704** |
|  | List the contract number of any government contract | | |

| 2.1124. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **EDWARD R MCKINSEY & BRENDA C**<br>**22520 OTTAWA RD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | | |

| 2.1125. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **EDWARD WAYNE WALL & NORMA A**<br>**PO BOX 64**<br>**ALTOONA, KS 66710** |
|  | List the contract number of any government contract | | |

| 2.1126. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **EDWIN C WOMMER**<br>**5752 CR 501**<br>**BAYFIELD, CO 81122** |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
   First Name    Middle Name    Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1127.** State what the contract or lease is for and the nature of the debtor's interest

 **Royalty Payments**

 State the term remaining  **Unknown**

 List the contract number of any government contract

**EDWIN G WILLIAMS
RR. 1, BOX 247
HARRISVILLE, WV 26362**

---

**2.1128.** State what the contract or lease is for and the nature of the debtor's interest

 **LAND USE AGREEMENT**

 State the term remaining  **UNKNOWN**

 List the contract number of any government contract

**EDWIN H III & MARGARET E BIDEAU & DAVID
18 NORTH FOREST
CHANUTE
KS, US 66720**

---

**2.1129.** State what the contract or lease is for and the nature of the debtor's interest

 **LAND USE AGREEMENT**

 State the term remaining  **UNKNOWN**

 List the contract number of any government contract

**EDWIN H III & MARGARET E BIDEAU & DAVID
18 NORTH FOREST
CHANUTE
KS, US 66720**

---

**2.1130.** State what the contract or lease is for and the nature of the debtor's interest

 **Royalty Payments**

 State the term remaining  **Unknown**

 List the contract number of any government contract

**EDWIN J WILTSE
PO BOX 895
135 S. DELAWARE
DIGHTON, KS 67839**

---

**2.1131.** State what the contract or lease is for and the nature of the debtor's interest

 **Royalty Payments**

 State the term remaining  **Unknown**

 List the contract number of any government contract

**EHRLICH FAMILY TRST
RT 1 BOX 134
DELAWARE, OK 74027**

---

**2.1132.** State what the contract or lease is for and the nature of the debtor's interest

 **Royalty Payments**

 State the term remaining  **Unknown**

 List the contract number of any

**EIGG LAND LIMITED
PO BOX 31
NEW PHILADELPHIA, OH 44663**

---

Debtor 1 **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)* **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1133. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EILEEN FLUHARTY**<br>**P.O. BOX 13**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.1134. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EILEEN HOUGH, TTEE OF THE**<br>**1614 S. WALNUT**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.1135. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **EILEEN SHANAHAN THORNBURG &**<br>**8909 SCIROCCO CIRCLE**<br>**OKLAHOMA CITY, OK 73135** |
| | List the contract number of any government contract | | |

| 2.1136. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ELAINE CAROL CONLEY**<br>**HC 75, BOX 1**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.1137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ELAINE FRENETT**<br>**660 S 3RD STREET**<br>**JACKSONVILLE, OR 97530** |
| | List the contract number of any government contract | | |

| 2.1138. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **ELAINE FRENETT**<br>**660 S 3RD STREET**<br>**JACKSONVILLE, OR 97530** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | _____ | |

| 2.1139. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **ELAINE THURMAN** |
|  | List the contract number of any government contract | _____ | **8650 IRVING RD**<br>**GALESBURG, KS 66740** |

| 2.1140. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **ELDON J HAUGHT** |
|  | List the contract number of any government contract | _____ | **P.O. BOX 6**<br>**SMITHVILLE, WV 26178** |

| 2.1141. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **ELDON W, SR & SONYA M BARRIGER** |
|  | List the contract number of any government contract | _____ | **20760 MEADE RD**<br>**ERIE, KS 66733** |

| 2.1142. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **ELENOR GEORGEN** |
|  | List the contract number of any government contract | _____ | **9 BLUE STONE TERRACE**<br>**MORRISTOWN, NJ 79600** |

| 2.1143. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **ELIZABETH ANN WALL** |
|  | List the contract number of any government contract | _____ | **311 ARNOLD ROAD**<br>**BRENTWOOD, TN 37027-5124** |

Debtor 1   **PostRock Energy Corporation**
_____
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1144.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ELIZABETH HEWITT TAYLOR
PO BOX 550289
ATLANTA, GA 30355**

---

**2.1145.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ELIZABETH HEWITT TAYLOR
PO BOX 550289
ATLANTA, GA 30355**

---

**2.1146.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ELIZABETH L PICKENS
2604 UNITY PLACE #301 UNITY CT
PARKERSBURG, WV 26101**

---

**2.1147.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ELIZABETH M SCOTT
611 LEAWOOD
PARSONS, KS 67357**

---

**2.1148.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Elizabeth M. Scott
611 LEAWOOD
PARSONS
KS, US 67357**

---

**2.1149.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**Elizabeth M. Scott
611 LEAWOOD
PARSONS
KS, US 67357**

---

Debtor 1    **PostRock Energy Corporation**
    First Name      Middle Name      Last Name

Case number *(if known)*    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.1150. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **ELIZABETH WOODS-GAGE** |
| List the contract number of any government contract | | **1820 SOUTH ALSACE AVE.** **LOS ANGELES, CA 90019** |
| 2.1151. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **ELK CREEK AGRICULTURAL LP** |
| List the contract number of any government contract | | **P.O. BOX 8744** **HOUSTON, TX 77249** |
| 2.1152. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **ELLA BOONE** |
| List the contract number of any government contract | | **5 HILL CIRCLE** **LEXINGTON, VA 24450** |
| 2.1153. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **ELLA J REED** |
| List the contract number of any government contract | | **RT. 2 BOX 63** **HARRISVILLE, WV 26362** |
| 2.1154. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | **ELLEN GRAYCE HARRINGTON** |
| List the contract number of any government contract | | **2100 36TH AVENUE NW** **APT 52** **NORMAN, OK 73072** |
| 2.1155. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ELLEN HAFER** **RD 4 BOX 324B** **BLAIRSVILLE, PA 15717** |

Debtor 1   **PostRock Energy Corporation**                                Case number *(if known)*   **16-11230-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.1156. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**ELLEN L. TITUS
22102 GRAY RD.
DENNIS, KS 67341**

| 2.1157. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**ELMER E SCHIELDS, JR &
1005 S. ALLEN AVE.
CHANUTE, KS 66720**

| 2.1158. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**ELMO J & NORMA JEAN COLE
1023 JACKSON ROAD
EDNA, KS 67342**

| 2.1159. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**ELOUISE POTTER
122 RADISSON LANE
MADISON, AL 35758**

| 2.1160. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**ELSIE L MATHEWS LIV TRST
6318 N. MACARTHUR BLVD.
APT. 1068
IRVING, TX 75039**

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1161.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**ELTON SNYDER & HORTENSE SNYDER**
**STAR RT 80 BOX 19**
**HARRISVILLE, WV 26362**

---

**2.1162.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**EMERY R & SHIELA M PROPER**
**2062 - 10TH ROAD**
**CHANUTE, KS 66720**

---

**2.1163.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**EMILY GRONAU**
**330 E. 630TH AVE.**
**GIRARD, KS 66743**

---

**2.1164.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**EMILY PENDLETON BIDDLER**
**9711 FITZROY CIRCLE**
**DALLAS, TX 75236-4243**

---

**2.1165.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**EMMA JEAN MERCER AGENT**
**2306 WINCHESTER ROAD**
**S CHARLESTON, WV 25303**

---

**2.1166.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**EMOGENE CARPENTER**
**200 STOUT STREET**
**HARRISVILLE, WV 26362**

---

Debtor 1    **PostRock Energy Corporation**                                      Case number *(if known)*   **16-11230-SAH**
_____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| government contract | | |

| 2.1167. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ENERGY DEEP RESOURCES INC** |
| | List the contract number of any government contract | | **1028 REGENCY WAY**<br>**BIRMINGHAM, AL 35242** |

| 2.1168. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ENGLAND HOLDINGS LLC** |
| | List the contract number of any government contract | | **1 INNWOOD CIRCLE, SUITE 204**<br>**LITTLE ROCK, AR 72211** |

| 2.1169. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ENGLAND INVESTMENTS LTD** |
| | List the contract number of any government contract | | **1 INNWOOD CIRCLE**<br>**SUITE 204**<br>**LITTLE ROCK, AR 72211** |

| 2.1170. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ENID C YAWORSKY** |
| | List the contract number of any government contract | | **911 MELROSE AVE.**<br>**AMBRIDGE, PA 15003** |

| 2.1171. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EPETROLEUM** |
| | List the contract number of any government contract | | **53 FOREST AVE., 1ST FLOOR**<br>**OLD GREENWICH, CT '06870** |

| 2.1172. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **EQUITY TRUST COMPANY**<br>**PO BOX 451340**<br>**WESTLAKE, OH 44145** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **Unknown**

List the contract number of any government contract _____

---

2.1173. State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**EQUITY TRUST COMPANY**
**PO BOX 451340**
**WESTLAKE, OH 44145**

---

2.1174. State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**ERBE LIV TRST**
**7565 UDALL ROAD**
**ALTOONA, KS 66710**

---

2.1175. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**Erbe Living Trust**
**7565 UDALL ROAD**
**ALTOONA**
**KS, US 66710**

---

2.1176. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**Erbe Living Trust**
**7565 UDALL ROAD**
**ALTOONA**
**KS, US 66710**

---

2.1177. State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**ERIK MITCHELL**
**3218 STATE RT 82 #127**
**MANTUACH, OH 44255**

---

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1178.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ERIN E KLINTWORTH**
**600 JUNEWAY DR.**
**BAY VILLAGE, OH 44140**

---

**2.1179.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ERMA K PETHTEL**
**2317 BROAD STREET**
**PARKERSBURG, WV 26101**

---

**2.1180.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ERNEST & CAROLINE PETERS**
**16750 K-47 HIGHWAY**
**ERIE, KS 66733**

---

**2.1181.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG, KS 66740**

---

**2.1182.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.1183.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**ERNEST & GERALDINE CLEVENGER**
**11130 90TH ROAD**
**GALESBURG**
**KS, US 66740**

---

Debtor 1    **PostRock Energy Corporation**
First Name      Middle Name      Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| government contract | |

| 2.1184. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ERNEST & GERALDINE CLEVENGER 11130 90TH ROAD GALESBURG KS, US 66740 |
| | List the contract number of any government contract | | |

| 2.1185. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ERNEST & GERALDINE CLEVENGER 11130 90TH ROAD GALESBURG KS, US 66740 |
| | List the contract number of any government contract | | |

| 2.1186. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ERNEST & GERALDINE CLEVENGER 11130 90TH ROAD GALESBURG KS, US 66740 |
| | List the contract number of any government contract | | |

| 2.1187. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ERNEST & GERALDINE CLEVENGER 11130 90TH ROAD GALESBURG KS, US 66740 |
| | List the contract number of any government contract | | |

| 2.1188. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ERNEST & GERALDINE CLEVENGER 11130 90TH ROAD GALESBURG KS, US 66740 |
| | List the contract number of any government contract | | |

| 2.1189. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | ERNEST & GERALDINE CLEVENGER 11130 90TH ROAD GALESBURG KS, US 66740 |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
     First Name         Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **UNKNOWN** |  |
|  | List the contract number of any government contract | | |

| 2.1190. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER** **11130 90TH ROAD** **GALESBURG** **KS, US 66740** |
|  | List the contract number of any government contract | | |

| 2.1191. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER** **11130 90TH ROAD** **GALESBURG** **KS, US 66740** |
|  | List the contract number of any government contract | | |

| 2.1192. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER** **11130 90TH ROAD** **GALESBURG** **KS, US 66740** |
|  | List the contract number of any government contract | | |

| 2.1193. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER** **11130 90TH ROAD** **GALESBURG** **KS, US 66740** |
|  | List the contract number of any government contract | | |

| 2.1194. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER** **11130 90TH ROAD** **GALESBURG** **KS, US 66740** |
|  | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1195. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1196. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1197. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1198. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1199. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1200. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E**<br>**11130 90TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.1201. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ERNEST & GERALDINE CLEVENGER REV TRST, E 11130 90TH ROAD GALESBURG KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.1202. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ERNEST D WOLFE & NANCY L WOLFE 11814 ROCKING HORSE RD ROCKVILLE, MD 20852** |
| | List the contract number of any government contract | | |

| 2.1203. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ERNEST H & PHYLLIS A KRENZ BOX 188 HC 61 LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.1204. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ERNEST H KRENZ & PHYLLIS A HC-61 BOX 188 LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.1205. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ERNEST HAUGHT JR 16837 STAUNTON TPKE SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.1206. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ERNEST L HARTSHORN PO BOX 315 GRANTSVILLE, WV 26147** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.1207. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **ERNEST M & M MAE MCCOY** |
| | List the contract number of any government contract | _____ | **1650 GARRETTS BEND** **SOD, WV 25564** |

| 2.1208. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **ESTATE OF DEANNA LYNN MARTIN** |
| | List the contract number of any government contract | _____ | **994 BURKE ROAD** **GUNTER, TX 75058-4186** |

| 2.1209. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **ESTATE OF DOTTIE JEAN KRAMER** |
| | List the contract number of any government contract | _____ | **P.O. BOX 366** **ALTAMONT, KS 67330** |

| 2.1210. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **ESTATE OF HAROLD STROUD** |
| | List the contract number of any government contract | _____ | **1202 S. PLUMMER #107** **CHANUTE, KS 66720** |

| 2.1211. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **ESTATE OF JOYCE K BURROWS** |
| | List the contract number of any government contract | _____ | **2292 STATE ROUTE 555** **LITTLE HOCKING, OH 45742** |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1212.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ESTATE OF MILO I UMBARGER**
**304 E 35TH ST**
**CHANUTE, KS 66720**

---

**2.1213.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ESTATE OF RAYMOND E CRANOR**
**114 WEST NORTH STREET**
**COFFEYVILLE, KS 67337-1729**

---

**2.1214.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ESTATE OF SHIRLEY PERKINS**
**4501 SANDALWOOD PL**
**VIENNA, WV 26105**

---

**2.1215.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ESTATE OF STEPHEN CURTIS MEANS**
**ROUTE 1, BOX 234-49**
**SO. COFFEYVILLE, OK 74072**

---

**2.1216.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ESTATE OF WILLIAM STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

---

**2.1217.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**ESTHER L SNIDER**
**104 DIXIE LANE**
**PARKERSBURG, WV 26104**

Debtor 1   **PostRock Energy Corporation**
_____
First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.1218.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ESTHER SNIDER**
**118 LAKE RD**
**BELPRE, OH 45714**

**2.1219.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ETHEL ALEXANDER**

**2.1220.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ETHEL E HINES REV TRUST**
**3816 SW CHRISTIANSEN DR.**
**BLUE SPRINGS, MO 64014-5502**

**2.1221.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ETHELYN L VANGILDER**
**221 FREEMAN HILL RD**
**BRIDGEPORT, WV 26330**

**2.1222.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EUGENE DORRIS HARPER,**
**PO BOX 206**
**PARSONS, KS 67357**

**2.1223.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**EUGENE E & SANDRA REINHARDT**
**11695 HWY 39**
**CHANUTE, KS 66720**

Debtor 1 **PostRock Energy Corporation**

First Name            Middle Name            Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.1224. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **EUGENE HATFIELD** |
| | List the contract number of any government contract | _____ | **879 W. HIGHLAND RD**<br>**SAGAMORE HILLS, OH 44067** |

| 2.1225. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **EUGENE TOWERS** |
| | List the contract number of any government contract | _____ | **243 SE FENWAY PLACE**<br>**BARTLESVILLE, OK 74006** |

| 2.1226. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **EVA ANN SNYDER PARKS** |
| | List the contract number of any government contract | _____ | **1258 CEDAR GROVE RD**<br>**SMITHVILLE, WV 26178-7012** |

| 2.1227. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **EVA M MALES** |
| | List the contract number of any government contract | _____ | **RR 1, BOX 169**<br>**S.COFFEYVILLE, OK 74072-9766** |

| 2.1228. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **EVELYN & WALTER LACEY JTS** |
| | List the contract number of any government contract | _____ | **21648 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1229. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVELYN A J BRUNGARDT REV TRST,**<br>**PO BOX 99**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.1230. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVELYN A J BRUNGARDT, SUCC**<br>**P.O. BOX 99**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.1231. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVELYN F SHORT REV TRST**<br>**1701 MADISON STREET, APT 110**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.1232. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT &**<br>**1701 MADISON STREET, APT 110**<br>**FREDONIA**<br>**KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1233. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT &**<br>**1701 MADISON STREET, APT 110**<br>**FREDONIA**<br>**KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1234. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT &**<br>**1701 MADISON STREET, APT 110**<br>**FREDONIA**<br>**KS, US 66736** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
　　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1235. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1236. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1237. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1238. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1239. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1240. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
    First Name          Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** |  |
| List the contract number of any government contract | | |

| 2.1241. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **EVELYN F SHORT REV TRST, EVELYN SHORT & 1701 MADISON STREET, APT 110 FREDONIA KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.1242. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVELYN HUNT 2900 GULF TO BAY BLVD LOT 213 CLEARWATER, FL 33759** |
| | List the contract number of any government contract | | |

| 2.1243. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVELYN I ADAMS RT 4 CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1244. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVERETT BLAINE SMITH, JR HC 65, BOX 38C OCEANA, WV 24870** |
| | List the contract number of any government contract | | |

| 2.1245. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **EVERETT RAY THORNTON 24867 850TH ROAD THAYER, KS 66776** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**
    First Name         Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1246.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EWING GALE WOLFE
21635 OTTAWA ROAD
ERIE, KS 66733**

**2.1247.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**EXODUS GAS & OIL, LLC
1001 MCKINNEY ST., STE. 804
HOUSTON, TX 77002**

**2.1248.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**EXODUS GAS & OIL, LLC
1001 MCKINNEY ST., STE. 804
HOUSTON, TX 77002**

**2.1249.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**F & M BANK
115 N. CAMERON STREET
WINCHESTER, VA 22601**

**2.1250.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FARM SERVICE AGENCY
410 PETER PAN ROAD
INDEPENDENCE, KS 67301**

**2.1251.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**FARM SERVICE AGENCY FAO
410 PETER PAN ROAD
INDEPENDENCE, KS 67301**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1252. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO Casey & Stacey D**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |
| | List the contract number of any government contract | | |

| 2.1253. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO Casey & Stacey D**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |
| | List the contract number of any government contract | | |

| 2.1254. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO CLAYTON S. MYERS**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |
| | List the contract number of any government contract | | |

| 2.1255. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARM SERVICE AGENCY FBO CLAYTON S. MYERS**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE**<br>**KS, US 67301** |
| | List the contract number of any government contract | | |

| 2.1256. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY,**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.1257. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FARM SERVICE AGENCY, F/A/O**<br>**24081 GRAY ROAD**<br>**DENNIS, KS 67341** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
   First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining    **Unknown**

    List the contract number of any government contract  _____

---

2.1258.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract  _____

**FARM SERVICE AGENCY, FARM
410 PETER PAN ROAD
INDEPENDENCE, KS 67301**

---

2.1259.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract  _____

**FARM SERVICE AGENCY_0
207 S. SUMMIT
GIRARD, KS 66743**

---

2.1260.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract  _____

**FARM SERVICE AGENCY_0
207 S. SUMMIT
GIRARD, KS 66743**

---

2.1261.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract  _____

**FARM SERVICE AGENCY_0
410 PETER PAN ROAD
INDEPENDENCE, KS 67301**

---

2.1262.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract  _____

**FARM SERVICE AGENCY_0
410 PETER PAN ROAD
INDEPENDENCE, KS 67301**

---

Debtor 1 **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1263. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.1264. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.1265. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.1266. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_0**<br>**410 PETER PAN RD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.1267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_1**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.1268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_1**<br>**2118 EAST 9TH STREET**<br>**WINFIELD, KS 67156** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*)  **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1269. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_1**<br>**207 S. SUMMIT**<br>**GIRARD, KS 66743** |
| | List the contract number of any government contract | | |

| 2.1270. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARM SERVICE AGENCY_1**<br>**410 PETER PAN ROAD**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.1271. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARMERS NAT'L BANK OF KANSAS**<br>**8775 PRATT ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1272. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FARMERS NATIONAL BANK OF**<br>**200 MAIN ST.**<br>**WALNUT, KS 66780** |
| | List the contract number of any government contract | | |

| 2.1273. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FARMERS NATIONAL BANK OF KANSAS F/A/O WI**<br>**15305 JACKSON ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1274. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **FARON W & SHEILA M DYKE**<br>**9635 BROWN ROAD**<br>**THAYER, KS 66776** |

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract _____ | |

| 2.1275. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FATHER FLANAGAN'S BOYS HOME** |
| | List the contract number of any government contract _____ | | **14100 CRAWFORD STREET** **BOYS TOWN, NE 68010** |

| 2.1276. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FAY THOMISON** |
| | List the contract number of any government contract _____ | | **2438 POINT O'WOODS COURT** **OVIDA, FL 32765** |

| 2.1277. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FEJEANA SONDALEE EVANS** |
| | List the contract number of any government contract _____ | | **308 BUTCHER BEND ROAD** **MINERAL WELLS, WV 26150** |

| 2.1278. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FELICIA FOREMAN** |
| | List the contract number of any government contract _____ | | **PO BOX 151** **OAKS, OK 74359** |

| 2.1279. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FERN CHILDERS** |
| | List the contract number of any government contract _____ | | **RR 1, BOX 305** **SALTROCK, WV 25559** |

Debtor 1   **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1280.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FEWINS LIV TR**
**1735 CLOUD PEAK DR.**
**SPARKS, NV 89436**

---

**2.1281.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FISH OUT OF WATER, LLC**
**P.O. BOX 11247**
**ST. THOMAS, VA '00801**

---

**2.1282.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FLOYD & JEANNE K WASSON, JT**
**10398 RENO RD.**
**ALTOONA, KS 66710**

---

**2.1283.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FLOYD A TIMMONS**
**14585 JADE ROAD**
**FREDONIA, KS 66736**

---

**2.1284.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FLOYD E & HILDA B WHEELER**
**5262 RENO ROAD**
**NEODESHA, KS 66757**

---

**2.1285.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**FLOYD E MCKINNEY**
**332 N. OAK STREET**
**PRATT, KS 67124**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1286. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FOREST ACRES LP** |
| | List the contract number of any government contract | | **PO BOX 189**<br>**LENAPAH, OK 74042** |

| 2.1287. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FORTRESS VALUE RECOVERY FUND**<br>**ATTN: VRF LB LLC** |
| | List the contract number of any government contract | | **32799 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693-0327** |

| 2.1288. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FORTRESS VALUE RECOVERY FUND** |
| | List the contract number of any government contract | | **P.O. BOX 5098**<br>**NEW YORK, NY 10185-5098** |

| 2.1289. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRANCENE ALLSUP BRYANT** |
| | List the contract number of any government contract | | **5713 PARK HILL PLACE**<br>**BARTLESVILLE, OK 74006-9112** |

| 2.1290. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRANCENE E & ALAN D JOHNSON** |
| | List the contract number of any government contract | | **20580 HARPER ROAD**<br>**CHANUTE, KS 66720** |

| 2.1291. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FRANCES CAROLYN O'DELL**<br>**11933 N WOODLEA DRIVE**<br>**WAYNESBORO, PA 17268** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **Unknown**

List the contract number of any government contract  _____

---

2.1292. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**FRANCES PATRICIA HADA, LE**
**1715 CR 3775**
**PAWHUSKA, OK 74056**

---

2.1293. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**FRANCIS A GRILLOT, JR TTEE OF**
**601 WOODLAWN DRIVE**
**FAIRFIELD BAY, AR 72088**

---

2.1294. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**FRANCIS M GARCIA JR**
**470 S. EDGESIDE AVE.**
**TUCSON, AZ 85748**

---

2.1295. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**FRANK & BEULAH ROHLING**
**104 8000 ROAD**
**COFFEYVILLE, KS 67337**

---

2.1296. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**FRANK A STOVER & SHARON L**
**18548 1800TH RD**
**ALTOONA, KS 66710**

---

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1297.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**FRANK ADKINS**
**P O BOX 70**
**ONA, WV 25545**

---

**2.1298.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**FRANK J MIDDLETON**
**314 NETTLE DR.**
**GARLAND, TX 74043**

---

**2.1299.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**FRANK J MIDDLETON**
**314 NETTLE DR.**
**GARLAND**
**TX, US 74043**

---

**2.1300.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**FRANK K & KATHLEEN BRAZLE**
**9745 210TH ROAD**
**CHANUTE, KS 66720**

---

**2.1301.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**FRANK MARSALIS HODGES**
**2114 HUMMINGBIRD NW DR**
**PIEDMONT, OK 73078**

---

**2.1302.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

**FRANK W & DELTA R HARRIS**
**9605 QUEEN ROAD**
**SAINT PAUL**
**KS, US 66771**

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.1303. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS**<br>**9605 QUEEN ROAD**<br>**SAINT PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract |  |  |

| 2.1304. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS**<br>**9605 QUEEN ROAD**<br>**SAINT PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract |  |  |

| 2.1305. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS**<br>**9605 QUEEN ROAD**<br>**SAINT PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract |  |  |

| 2.1306. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS**<br>**9605 QUEEN ROAD**<br>**SAINT PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract |  |  |

| 2.1307. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
| | State the term remaining | **UNKNOWN** | **FRANK W & DELTA R HARRIS**<br>**9605 QUEEN ROAD**<br>**SAINT PAUL**<br>**KS, US 66771** |
| | List the contract number of any government contract |  |  |

| 2.1308. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FRANKIE L DOUGLAS**<br>**1014 SO 62ND ST**<br>**TACOMA, WA 98408** |

Debtor 1   **PostRock Energy Corporation**
    First Name         Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract    _____ | |

| 2.1309. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRANKLIN L STEPHENS AGENT**<br>**P.O. BOX 631**<br>**EAST POINT, FL 32328** |
| | List the contract number of any government contract | _____ | |

| 2.1310. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FRED & ANITA VAIL**<br>**650 7000 ROAD**<br>**EDNA**<br>**KS, US 67342** |
| | List the contract number of any government contract | _____ | |

| 2.1311. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRED & NORMA JEAN SIMON, H/W**<br>**1206 N. ARMOUR**<br>**WICHITA, KS 67206** |
| | List the contract number of any government contract | _____ | |

| 2.1312. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FRED BLACK**<br>**857 17000 ROAD**<br>**MOUND VALLEY**<br>**KS, US 67354** |
| | List the contract number of any government contract | _____ | |

| 2.1313. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRED F BLACK &**<br>**857 17000 RD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1314.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRED F BLACK REV TRST,**
**857 17000 RD**
**MOUND VALLEY, KS 67354**

**2.1315.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRED H GOFF JR**
**203 JEFFERSON ST**
**BRIDGEPORT, WV 26330**

**2.1316.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED OSBORN**
**11305 GRAY ROAD**
**THAYER**
**KS, US 66776**

**2.1317.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED OSBORN**
**11305 GRAY ROAD**
**THAYER**
**KS, US 66776**

**2.1318.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER, KS 66776**

**2.1319.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.1320.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **UNKNOWN**

**LAND USE AGREEMENT**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1321.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **UNKNOWN**

**LAND USE AGREEMENT**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1322.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **UNKNOWN**

**LAND USE AGREEMENT**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1323.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **UNKNOWN**

**LAND USE AGREEMENT**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1324.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **UNKNOWN**

**LAND USE AGREEMENT**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1325.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

Debtor 1  **PostRock Energy Corporation**                              Case number *(if known)*  **16-11230-SAH**
   First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining          **UNKNOWN**

List the contract number of any
   government contract          _____

---

2.1326.  State what the contract or        **LAND USE**
         lease is for and the nature of    **AGREEMENT**
         the debtor's interest

State the term remaining          **UNKNOWN**          **FRED R & DIANA LECK**
                                                       **2435 CHASE ROAD**
List the contract number of any                        **THAYER**
   government contract          _____ **KS, US 66776**

---

2.1327.  State what the contract or        **LAND USE**
         lease is for and the nature of    **AGREEMENT**
         the debtor's interest

State the term remaining          **UNKNOWN**          **FRED R & DIANA LECK**
                                                       **2435 CHASE ROAD**
List the contract number of any                        **THAYER**
   government contract          _____ **KS, US 66776**

---

2.1328.  State what the contract or        **LAND USE**
         lease is for and the nature of    **AGREEMENT**
         the debtor's interest

State the term remaining          **UNKNOWN**          **FRED R & DIANA LECK**
                                                       **2435 CHASE ROAD**
List the contract number of any                        **THAYER**
   government contract          _____ **KS, US 66776**

---

2.1329.  State what the contract or        **LAND USE**
         lease is for and the nature of    **AGREEMENT**
         the debtor's interest

State the term remaining          **UNKNOWN**          **FRED R & DIANA LECK**
                                                       **2435 CHASE ROAD**
List the contract number of any                        **THAYER**
   government contract          _____ **KS, US 66776**

---

2.1330.  State what the contract or        **LAND USE**
         lease is for and the nature of    **AGREEMENT**
         the debtor's interest

State the term remaining          **UNKNOWN**          **FRED R & DIANA LECK**
                                                       **2435 CHASE ROAD**
List the contract number of any                        **THAYER**
   government contract          _____ **KS, US 66776**

---

Debtor 1  **PostRock Energy Corporation**

First Name                    Middle Name                    Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1331.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1332.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1333.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1334.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**FRED R & DIANA LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

**2.1335.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**FRED RICHARD LECK**
**2435 CHASE ROAD**
**THAYER, KS 66776**

**2.1336.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**FRED RICHARD LECK**
**2435 CHASE ROAD**
**THAYER**
**KS, US 66776**

Debtor 1   **PostRock Energy Corporation**

First Name            Middle Name            Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1337. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **FRED RICHARD LECK** **2435 CHASE ROAD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1338. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Fred Richard Leck** **2435 CHASE ROAD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1339. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Fred Richard Leck** **2435 CHASE ROAD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1340. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FRED W ROBINSON** **12775 60TH RD** **GALESBURG, KS 66740-9108** |
| | List the contract number of any government contract | | |

| 2.1341. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **FREDA H STOTTS** **137 W. SECOND ST.** **MORGANTOWN, WV 26501** |
| | List the contract number of any government contract | | |

| 2.1342. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **FREDA M MILLER** **4863 ORANGE TREE PLACE** **VENICE, FL 34293** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.1343. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Freddy & Patricia Osborn**<br>**11455 GRAY ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.1344. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Freddy & Patricia Osborn**<br>**11455 GRAY ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.1345. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FRIESS FARMS LAND AND CATTLE**<br>**23458 6600 ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| 2.1346. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FRONTIER FARM CREDIT FLCA**<br>**2005 HARDING DRIVE**<br>**PO BOX 937**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.1347. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **FULLERTON TR AGR DTD 10/6/00**<br>**PO BOX 1435**<br>**RAPID CITY, SD 57709** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.1348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** |
| | List the contract number of any government contract | | **20966 1500 R RD** **CHANUTE** **KS, US 66720** |

| 2.1349. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** |
| | List the contract number of any government contract | | **20966 1500 R RD** **CHANUTE** **KS, US 66720** |

| 2.1350. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** |
| | List the contract number of any government contract | | **20966 1500 R RD** **CHANUTE** **KS, US 66720** |

| 2.1351. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** |
| | List the contract number of any government contract | | **20966 1500 R RD** **CHANUTE** **KS, US 66720** |

| 2.1352. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** |
| | List the contract number of any government contract | | **20966 1500 R RD** **CHANUTE** **KS, US 66720** |

| 2.1353. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** |
| | List the contract number of any | | **20966 1500 R RD** **CHANUTE** **KS, US 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1354. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** 20966 1500 R RD CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1355. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** 20966 1500 R RD CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1356. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **GALE & RETHA CARTER** 20966 1500 R RD CHANUTE KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1357. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GALE A WHITAKER** 3090 CHASE ROAD COFFEYVILLE, KS 67337 |
| | List the contract number of any government contract | | |

| 2.1358. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GALE D & RETHA CARTER, H/W JTS** 20966 1500 R RD CHANUTE, KS 66720 |
| | List the contract number of any government contract | | |

| 2.1359. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GALEN E THORSELL REV TRST** 19603 UDALL ROAD CHANUTE, KS 66720 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1360. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | GALEN E THORSELL REV TRST DTD<br>1305 W. 4TH STREET<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1361. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | GALEN E THORSELL REV TRST DTD<br>1305 W. 4TH STREET<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1362. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | GALEN E THORSELL REV TRST DTD<br>1305 W. 4TH STREET<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1363. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | GALEN E THORSELL REV TRST, GEORGE ROBERT<br>19603 UDALL ROAD<br>CHANUTE<br>KS, US 66720 |
| | List the contract number of any government contract | | |

| 2.1364. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | GARETH WHITEHURST<br>550 EAST LAKE DRIVE<br>TARPON SPRINGS, FL 34688 |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1365.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GAROLD L POWERS**
**5435 HWY 47**
**THAYERS, KS 66776**

---

**2.1366.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GARRICK & ANNA OGLE, JTWROS**
**22783 1900 ROAD**
**CHANUTE, KS 66720**

---

**2.1367.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GARRY O. & MARY E.L. ECKERT**
**1421 BELMONT ROAD**
**PARSONS, KS 67357**

---

**2.1368.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GARY & DEBRA WILLHITE JOINT**
**1708 NORTH MAIN STREET**
**ELDORADO, KS 67042**

---

**2.1369.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**GARY & JANELLE WEIDERT**
**24063 MEADE ROAD**
**PARSONS, KS 67357**

---

**2.1370.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**GARY & TONIA NELSON**
**21461 LIMIT ROAD**
**EASTON, KS 66020**

---

Debtor 1   **PostRock Energy Corporation**     Case number *(if known)*   **16-11230-SAH**

First Name      Middle Name      Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.1371. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON**<br>**21461 LIMIT ROAD**<br>**EASTON**<br>**KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1372. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON**<br>**21461 LIMIT ROAD**<br>**EASTON**<br>**KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1373. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON**<br>**21461 LIMIT ROAD**<br>**EASTON**<br>**KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1374. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON**<br>**21461 LIMIT ROAD**<br>**EASTON**<br>**KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1375. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GARY & TONIA NELSON**<br>**21461 LIMIT ROAD**<br>**EASTON**<br>**KS, US 66020** |
| | List the contract number of any government contract | | |

| 2.1376. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **GARY & TONIA NELSON**<br>**21461 LIMIT ROAD**<br>**EASTON**<br>**KS, US 66020** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

---

2.1377.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**GARY A & JANELLE A WEIDERT LIV
24063 MEADE RD
PARSONS, KS 67357**

---

2.1378.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**GARY A AUSTIN
712 23000 RD
DENNIS, KS 67341**

---

2.1379.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**GARY A AUSTIN & ANN ELAINE
712 23000 RD
DENNIS, KS 67341**

---

2.1380.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**GARY B CARR
6101 ELLIS
WICHITA, KS 67216**

---

2.1381.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**GARY C SPLANE
PO BOX 254
CHANUTE, KS 66720**

---

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1382. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D BRENNECKE REV TRST;** |
| | List the contract number of any government contract | | **3100 JOHNSTON ROAD** |
| | | | **PARSONS, KS 67357** |

| 2.1383. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Gary D Brennecke Rev Trust** |
| | List the contract number of any government contract | | **3100 JOHNSTON ROAD** |
| | | | **PARSONS** |
| | | | **KS, US 67357** |

| 2.1384. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D DEEM** |
| | List the contract number of any government contract | | **1448 HARVEY RD.** |
| | | | **HUNTINGTON, WV 25701** |

| 2.1385. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D FAIL & CONSTANCE J FAIL** |
| | List the contract number of any government contract | | **1 WEST MAIN STREET** |
| | | | **CHANUTE, KS 66720** |

| 2.1386. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY D ROLFE** |
| | List the contract number of any government contract | | **RR 1 BOX 313A** |
| | | | **SALTROCK, WV 25559** |

| 2.1387. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GARY DALE PALMER** |
| | List the contract number of any | | **371 12000 ROAD** |
| | | | **MOUND VALLEY, KS 67354** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1388. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GARY G & KATHY CARRICO**<br>**3205 45TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1389. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GARY L KILGORE & LORRAINE**<br>**5365 170TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1390. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **GARY L KILGORE & LORRAINE**<br>**5365 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1391. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **GARY L KILGORE & LORRAINE**<br>**5365 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1392. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GARY L NICKELSON & BONNIE M**<br>**1860 KIOWA RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1393. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GARY L PONTIOUS & ELEANOR C**<br>**2156 MORNINGSIDE AVE.**<br>**UPLAND, CA 91784** |

Debtor 1    **PostRock Energy Corporation**                                      Case number *(if known)*    **16-11230-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

　　　　State the term remaining    **Unknown**

　　List the contract number of any
　　　　government contract    _____

---

2.1394.　State what the contract or
　　　　lease is for and the nature of    **Royalty Payments**
　　　　the debtor's interest

　　　　State the term remaining    **Unknown**
　　　　　　　　　　　　　　　　　　　　　　**GARY LEE & LUELLA M HUCKE**
　　List the contract number of any　　　　　　　**20009 IRVING ROAD**
　　　　government contract    _____　**PARSONS, KS 67357**

---

2.1395.　State what the contract or
　　　　lease is for and the nature of    **Royalty Payments**
　　　　the debtor's interest

　　　　State the term remaining    **Unknown**
　　　　　　　　　　　　　　　　　　　　　　**GARY R & NANCY KITTERMAN**
　　List the contract number of any　　　　　　　**ROUTE 1 BOX 72-4**
　　　　government contract    _____　**SOUTH COFFEYVILLE, OK 74072**

---

2.1396.　State what the contract or
　　　　lease is for and the nature of    **Royalty Payments**
　　　　the debtor's interest

　　　　State the term remaining    **Unknown**
　　　　　　　　　　　　　　　　　　　　　　**GARY R & SUZANNE PETERS**
　　List the contract number of any　　　　　　　**16050 MARSHALL ROAD**
　　　　government contract    _____　**ERIE, KS 66733**

---

2.1397.　State what the contract or
　　　　lease is for and the nature of    **Royalty Payments**
　　　　the debtor's interest

　　　　State the term remaining    **Unknown**
　　　　　　　　　　　　　　　　　　　　　　**GARY T & CARLA J BREWER**
　　List the contract number of any　　　　　　　**4012 BEAR HOLLOW RD**
　　　　government contract    _____　**WILSON, OK 73463**

---

2.1398.　State what the contract or
　　　　lease is for and the nature of    **Royalty Payments**
　　　　the debtor's interest

　　　　State the term remaining    **Unknown**
　　　　　　　　　　　　　　　　　　　　　　**GARY T BREWER**
　　List the contract number of any　　　　　　　**4012 BEAR HOLLOW RD**
　　　　government contract    _____　**WILSON, OK 73463**

---

Debtor 1　**PostRock Energy Corporation**

　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1399.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**GATES GATES ETAL PTR**
**108-1/2 CAPITOL STREET**
**CHARLESTON, WV 25301**

---

**2.1400.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**GENE F LANG & CO**
**P.O. BOX 850**
**PARKER, CO 80138**

---

**2.1401.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**GENEVA LOU ANN WHITE &**
**7625 KIOWA RD**
**GALESBURG, KS 66740**

---

**2.1402.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**GENEVIEVE GASKINS**
**6201 MAPLE VIEW PLACE**
**LINCOLN, NE 68512**

---

**2.1403.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**GEO OIL & GAS SERVICE**
**430 KANSAS AVENUE**
**IOLA, KS 66749**

---

**2.1404.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any

**GEORGE & BETTY GREVE**
**13010 230TH ROAD**
**ERIE**
**KS, US 66733**

Debtor 1    **PostRock Energy Corporation**                              Case number *(if known)*    **16-11230-SAH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1405. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GEORGE & BETTY GREVE** |
| | List the contract number of any government contract | | **13010 230TH ROAD** **ERIE** **KS, US 66733** |

| 2.1406. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GEORGE & HELEN EISELE** |
| | List the contract number of any government contract | | **ROUTE 4, BOX 164** **FREDONIA** **KS, US 66736** |

| 2.1407. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGE & IONA BENNING** |
| | List the contract number of any government contract | | **383 3000 ROAD** **COFFEYVILLE, KS 67337** |

| 2.1408. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGE & JANICE OWENS** |
| | List the contract number of any government contract | | **9046 HIGHWAY101** **ALTAMONT, KS 67330** |

| 2.1409. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GEORGE & LUMONIA DAVIS** |
| | List the contract number of any government contract | | **ROUTE 1, BOX 372** **S. COFFEYVILLE, OK 74072** |

| 2.1410. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GEORGE A KASPER** **5657 HOLLAND LANE** **SAN JOSE, CA 95118** |
|---|---|---|---|

Debtor 1　**PostRock Energy Corporation**

First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1411. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | GEORGE A SHAW |
| | List the contract number of any government contract | | 11450 160TH RD<br>CHANUTE, KS 66720 |

| 2.1412. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | GEORGE BENNING |
| | List the contract number of any government contract | | 383 3000 ROAD<br>COFFEYVILLE, KS 67337 |

| 2.1413. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | GEORGE E CRANE |
| | List the contract number of any government contract | | 215 WOODLAKE DR.<br>GEORGETOWN, TX 78628 |

| 2.1414. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | GEORGE F HOUGH |
| | List the contract number of any government contract | | 107 3000 ROAD<br>COFFEYVILLE, KS 67337 |

| 2.1415. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | GEORGE G VAUGHT, JR |
| | List the contract number of any government contract | | PO BOX 13557<br>DENVER, CO 80201 |

Debtor 1   **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1416.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GEORGE K BEARD**
**3541 S.E. CLAYBOURNE STREET**
**PORTLAND, OR 97202**

---

**2.1417.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GEORGE LOWELL BROWN**
**2074 INDIAN ROAD**
**SEDAN, KS 67361**

---

**2.1418.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GEORGE N LUNDY JR**
**8913 WEST 89TH STREET**
**OVERLAND PARK, KS 66212**

---

**2.1419.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**GEORGE R THORSELL**
**19603 UDALL ROAD**
**CHANUTE, KS 66720**

---

**2.1420.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**GEORGE SEALS**
**6517 W 79TH ST**
**OVERLAND PARK**
**KS, US 66204**

---

**2.1421.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**GEORGE VERNON 2006 REV TR**
**17275 NE 23RD ST**
**CHOCTAW, OK 73020-8413**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1422. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GEORGIA SPLANE** |
| | List the contract number of any government contract | | **17150 ELK ROAD**<br>**CHANUTE, KS 66720** |

| 2.1423. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GEORGIANA HEDDEN** |
| | List the contract number of any government contract | | **5309 YAGER DRIVE**<br>**THE COLONY, TX 75056** |

| 2.1424. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GERALD & BARBARA HOOVER REV** |
| | List the contract number of any government contract | | **414 W 128TH S**<br>**JENKS, OK 74037** |

| 2.1425. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Gerald & Elizabeth Sharp** |
| | List the contract number of any government contract | | **P.O. BOX 721**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1426. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GERALD D & ELIZABETH B SHARP** |
| | List the contract number of any government contract | | **P.O. BOX 721**<br>**CHANUTE, KS 66720** |

| 2.1427. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GERALD D SNEERINGER & JUDY A**<br>**18480 FORD ROAD**<br>**CHANUTE, KS 66720** |

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.1428. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract | | |

| 2.1429. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.1430. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.1431. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.1432. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **GERALD E & ELEANOR E UMBARGER**<br>**1221 W 2ND**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
   First Name          Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1433.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALD L & DEBRA A CALLARMAN**
**1785 60TH RD**
**THAYER, KS 66776**

---

**2.1434.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALD L & SHARON M POWELL**
**PO BOX 84**
**ANDOVER, KS 67002-0084**

---

**2.1435.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALD L HUFFMAN**
**14 CIRCLE DRIVE**
**MOORESTOWN, NJ '08057**

---

**2.1436.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALD P FLAGEL**
**5831 PERSIMMON WAY**
**NAPLES, FL 34110**

---

**2.1437.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALD W LUNDY**
**304 NE SHANNON**
**BARTLESVILLE, OK 74006**

---

**2.1438.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**GERALDINE COCHRAN**
**4242 MIDFIELD ST**
**SPRINGFIELD, OH 45503-6254**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1439.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALDINE H WALKER; JOHN**
**6170 SE 40TH**
**EL DORADO, KS 67042**

---

**2.1440.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALDINE LUCILE MORRIS**
**2210 WILLIE ST**
**ST. MARYS, WV 26170-2617**

---

**2.1441.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERALDINE SMITH**
**300 SEVILLE RD**
**SUNBRIDGE-PUTNAM**
**HURRICANE, WV 25526**

---

**2.1442.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GERICKE IRON & METAL, INC**
**1212 N. SANTA FE**
**BOX 504**
**CHANUTE, KS 66720**

---

**2.1443.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**GERICKE IRON & METAL, INC**
**1212 N. SANTA FE**
**BOX 504**
**CHANUTE**
**KS, US 66720**

---

**2.1444.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**GERICKE IRON & METAL, INC**
**1212 N. SANTA FE**
**BOX 504**
**CHANUTE**
**KS, US 66720**

---

Debtor 1    **PostRock Energy Corporation**
             First Name            Middle Name            Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1445. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **GERICKE IRON & METAL, INC** <br> **1212 N. SANTA FE** <br> **BOX 504** <br> **CHANUTE** <br> **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1446. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **GERICKE IRON & METAL, INC** <br> **1212 N. SANTA FE** <br> **BOX 504** <br> **CHANUTE** <br> **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1447. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **GERICKE IRON & METAL, INC** <br> **1212 N. SANTA FE** <br> **BOX 504** <br> **CHANUTE** <br> **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1448. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **GERICKE IRON & METAL, INC** <br> **1212 N. SANTA FE** <br> **BOX 504** <br> **CHANUTE** <br> **KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1449. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **GERICKE IRON & METAL, INC** <br> **1212 N. SANTA FE** <br> **BOX 504** <br> **CHANUTE** <br> **KS, US 66720** |
| | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1450.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**GERICKE IRON & METAL, INC**
**1212 N. SANTA FE**
**BOX 504**
**CHANUTE**
**KS, US 66720**

---

**2.1451.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GG LAND & CATTLE**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

---

**2.1452.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

---

**2.1453.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

---

**2.1454.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

---

**2.1455.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**GG LAND & CATTLE, GARY HOLST, MANAGER**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1456.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

GG LAND & CATTLE, GARY HOLST, MANAGER
9685 WICHITA ROAD
THAYER
KS, US 66776

**2.1457.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

GG LAND & CATTLE, GARY HOLST, MANAGER
9685 WICHITA ROAD
THAYER
KS, US 66776

**2.1458.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

GG LAND & CATTLE, GARY HOLST, MANAGER
9685 WICHITA ROAD
THAYER
KS, US 66776

**2.1459.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

GG LAND & CATTLE, GARY HOLST, MANAGER
9685 WICHITA ROAD
THAYER
KS, US 66776

**2.1460.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

GG LAND & CATTLE, GARY HOLST, MANAGER
9685 WICHITA ROAD
THAYER
KS, US 66776

**2.1461.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

GG LAND & CATTLE, GARY HOLST, MANAGER
9685 WICHITA ROAD
THAYER
KS, US 66776

Debtor 1   **PostRock Energy Corporation**                  Case number *(if known)*  **16-11230-SAH**

First Name             Middle Name            Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **UNKNOWN** | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.1462. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GIEFER LAND, LLC** |
|  | List the contract number of any government contract | _____ | **4705 QUEEN RD**<br>**PARSONS, KS 67357** |

| 2.1463. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GILMER ALLEN LEWIS, III** |
|  | List the contract number of any government contract | _____ | **PO BOX 2056**<br>**OKC, OK 73101-2056** |

| 2.1464. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GILMER E & MARY JO MOSTELLER** |
|  | List the contract number of any government contract | _____ | **50 DRY BRANCH RD**<br>**GRIFFITHSVILLE, WV 25521** |

| 2.1465. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GINA L RICHARDS** |
|  | List the contract number of any government contract | _____ | **1608 9TH AVENUE**<br>**VIENNA, WV 26105** |

| 2.1466. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **GLASS-GLEN BURNIE FOUNDATION** |
|  | List the contract number of any government contract | _____ | **5147 S. HARVARD AVE., STE 110**<br>**TULSA, OK 74135-3587** |

Debtor 1  **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1467.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GLEN A NOVOTNY**
**5670 DOUGLAS RD**
**THAYER, KS 66776**

---

**2.1468.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GLEN ALLEN**
**6780 LYON RD.**
**GALESBURG, KS 66740**

---

**2.1469.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GLEN E SHOMBER REV TRST**
**746 160000 RD**
**MOUND VALLEY, KS 67354**

---

**2.1470.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GLEN L BURDUE &**
**914 E. 120TH AVE. NORTH**
**BELLE PLAINE, KS 67013**

---

**2.1471.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GLEN R BERG REV TRST**
**1311 N. MAIN**
**GARDEN PLAIN, KS 67050**

---

**2.1472.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**GLEN R BERG, TTEE OF THE GLEN**
**1311 NORTH MAIN**
**GARDEN PLAIN, KS 67050-9218**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1473. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Glen R. Berg Rev Trust**<br>**1311 N. MAIN**<br>**GARDEN PLAIN**<br>**KS, US 67050** |
| | List the contract number of any government contract | | |

| 2.1474. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Glen R. Berg Rev Trust**<br>**1311 N. MAIN**<br>**GARDEN PLAIN**<br>**KS, US 67050** |
| | List the contract number of any government contract | | |

| 2.1475. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Glen R. Berg Rev Trust**<br>**1311 N. MAIN**<br>**GARDEN PLAIN**<br>**KS, US 67050** |
| | List the contract number of any government contract | | |

| 2.1476. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENDA CARTER**<br>**20367 1700 ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.1477. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENDA RIDDLE**<br>**2711 BARNSLEY LANE**<br>**KISSIMMEE, FL 34744** |
| | List the contract number of any government contract | | |

| 2.1478. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GLENDA STATES**<br>**11552 ECONTUCHKA ROAD**<br>**PRAGUE, OK 74864-7647** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract _____ | |

| 2.1479. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENN & DEANNA BARNHART**<br>**9795 190TH RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract _____ | | |

| 2.1480. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENN L & MARLENE A RETTMAN,**<br>**20310 1300 ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract _____ | | |

| 2.1481. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENN L PARKS**<br>**815 SHEFFIELD ROAD**<br>**SHEFFIELD LAKE, OH 44054** |
| | List the contract number of any government contract _____ | | |

| 2.1482. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GLENN MARSHALL COX JR**<br>**RT 3 BOX 145**<br>**CLARKSBURG, WV 26301** |
| | List the contract number of any government contract _____ | | |

| 2.1483. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GLENN RETTMANN**<br>**20310 1300 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract _____ | | |

Debtor 1  **PostRock Energy Corporation**
First Name       Middle Name       Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1484.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GLENN ROBERT WORLEY**
**3 SCOTT LANE**
**CONWAY, AR 72032**

---

**2.1485.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GLENNA L MANGELS LIV TRST**
**HC 61 BOX 111**
**LENAPAH, OK 74042**

---

**2.1486.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GODDARD FAMILY PARTNERSHIP LP**
**1 PINETREE WAY**
**DURANGO, CO 81301**

---

**2.1487.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GOLDIE I GUDDE**
**20571 500 RD**
**NEODESHA, KS 66757-9548**

---

**2.1488.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GORDON & EVA REXWINKLE**
**4005 GRAY ROAD**
**EDNA, KS 67342**

---

**2.1489.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**GORDON H SYMPSON**
**P.O. BOX 2015**
**BRENTWOOD, TN 37024-2015**

Debtor 1 **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1490. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GORDON R HATFIELD** |
| | List the contract number of any government contract | | **6604 FULLERTON AVE.** |
| | | | **CLEVELAND, OH 44105** |

| 2.1491. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GRACE E RANEY REV LIV TRST** |
| | List the contract number of any government contract | | **6928 SOUTH UTICA CIRCLE** |
| | | | **TULSA, OK 74136-5160** |

| 2.1492. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GRACE HARRISON** |
| | List the contract number of any government contract | | **107 4-1/2 ST** |
| | | | **WILLIAMSTOWN, WV 26187** |

| 2.1493. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **GRACE P TAYLOR FAMILY TRST** |
| | List the contract number of any government contract | | **11608 W 101ST TERR** |
| | | | **OVERLAND PARK, KS 66214** |

| 2.1494. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **GRACE P TAYLOR FAMILY TRST** |
| | List the contract number of any government contract | | **11608 W 101ST TERR** |
| | | | **OVERLAND PARK** |
| | | | **KS, US 66214** |

| 2.1495. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GRACE P TAYLOR TESTAMENTARY** |
| | | | **13935 W 116TH TERR** |
| | | | **OLATHE, KS 66062** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**
_____

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** |  |
| List the contract number of any government contract | _____ |  |

| 2.1496. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **GRANDELL CHILDERS** |
|  | List the contract number of any government contract | _____ | **1307 BOWEN CREEK RD** **BRANCHLAND, WV 25506** |

| 2.1497. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **GREAT SOUTHERN BANK** **11050 ROE AVENUE** |
|  | List the contract number of any government contract | _____ | **SUITE 200** **OVERLAND PARK, KS 66211** |

| 2.1498. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **GREEN BANDIT LLC** **P O BOX 1004** |
|  | List the contract number of any government contract | _____ | **VINITA, OK 74301** |

| 2.1499. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Greg & Antoinette Carter** **23152 2100 ROAD** |
|  | List the contract number of any government contract | _____ | **CHANUTE** **KS, US 66720** |

| 2.1500. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **Greg & Antoinette Carter** **23152 2100 ROAD** |
|  | List the contract number of any government contract | _____ | **CHANUTE** **KS, US 66720** |

Debtor 1    **PostRock Energy Corporation**                                          Case number *(if known)*    **16-11230-SAH**
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1501. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREG & FLORINE MORRISON** |
| | List the contract number of any government contract | | **5830 COUNTY RD 523**<br>**BAYFIELD, CO 81122** |

| 2.1502. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREG A & ANTOINETTE M CARTER** |
| | List the contract number of any government contract | | **23152 2100 ROAD**<br>**CHANUTE, KS 66720** |

| 2.1503. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GREG A & ANTOINETTE M CARTER** |
| | List the contract number of any government contract | | **23152 2100 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1504. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GREG A & ANTOINETTE M CARTER** |
| | List the contract number of any government contract | | **23152 2100 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1505. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREG HUNN & REBECCA HUNN, H/W** |
| | List the contract number of any government contract | | **14250 115TH STREET**<br>**ERIE, KS 66733** |

| 2.1506. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GREG HUNN & REBECCA HUNN, H/W** |
| | List the contract number of any | | **14250 115TH STREET**<br>**ERIE**<br>**KS, US 66733** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
_____
First Name      Middle Name      Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1507. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **GREG HUNN & REBECCA HUNN, H/W**<br>**14250 115TH STREET**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.1508. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREG R THOME**<br>**17737 E BELLEVIEW PL**<br>**CENTENNIAL, CO 80015** |
| | List the contract number of any government contract | | |

| 2.1509. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREG W & ANN M SEMRAD**<br>**9320 90TH RD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.1510. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREGORY & TERESA BLACKMORE**<br>**16700 MARSHALL RD.**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1511. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **GREGORY A BOBBETT &**<br>**580 2400 RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1512. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **GREGORY A CARTER**<br>**321 SYCAMORE RIDGE WAY**<br>**GAHANNA, OH 43230** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
           First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.1513. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

**GREGORY A RAMEY & REVONDA M
22087 IRVING RD
PARSONS, KS 67357**

| 2.1514. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

**GREGORY D & MARY K DUFF,
6662 100TH ROAD
THAYER, KS 66776**

| 2.1515. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

**GREGORY E CARTER
PO BOX 158
THAYER, KS 66776**

| 2.1516. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

**GREGORY N BRUNGARDT
11450 70TH ROAD
GALESBURG, KS 66740**

| 2.1517. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

**GREGORY N GROSDIDIER
11730 SCOTT ROAD
ST PAUL, KS 66771**

Debtor 1    **PostRock Energy Corporation**                                      Case number *(if known)*    **16-11230-SAH**
_____
First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1518.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GREGORY W & VIRGINIA S PECK**
**16405 HWY 146**
**ERIE, KS 66733**

---

**2.1519.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GRIDER WAREHOUSE FOODS, INC**
**5301 S. SAGE**
**OKLAHOMA CITY, OK 73109**

---

**2.1520.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GROVER FAMILY TRST**
**RT 1 BOX 200**
**SOUTH COFFEYVIL, OK 74072**

---

**2.1521.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GUADALUPE HATFIELD**
**P.O. BOX 458**
**NOGALES, AZ 85628-0458**

---

**2.1522.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**GWENDLYN PLACE**
**2700 LEGACY COURT**
**BARTLESVILLE, OK 74006**

---

**2.1523.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**GWENDLYN PLACE**
**2700 LEGACY COURT**
**BARTLESVILLE**
**OK, US 74006**

Debtor 1   **PostRock Energy Corporation**
           First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.1524. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **H DALE MOYERS**<br>**8888 EASY STREET NW**<br>**MASSILLON, OH 44646** |
| | List the contract number of any government contract | | |

| 2.1525. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **H EDDIE & RITA SMITH**<br>**1110 SOUTH RUTTER**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1526. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HAROLD & RUTH HEILMAN REV**<br>**2204 N LOCH LOMOND CT**<br>**WICHITA, KS 67228** |
| | List the contract number of any government contract | | |

| 2.1527. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HAROLD & RUTH HEILMAN REV LIV**<br>**2204 N. LOCH LOMOND COURT**<br>**WICHITA, KS 67228** |
| | List the contract number of any government contract | | |

| 2.1528. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HAROLD D & MARY A KNEWTSON**<br>**884 9000TH ROAD**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.1529. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **HAROLD E & PHYLISS L ENOS, H/W**<br>**15550 GRAY ROAD**<br>**CHANUTE, KS 66720** |

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining　　**Unknown**

List the contract number of any government contract　　_____

---

2.1530.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract　　_____

**HAROLD E DOUGLAS
504 E. 10TH STREET
GROVE, OK 74344**

---

2.1531.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract　　_____

**HAROLD K RECOY & PATRICIA A
25810 E 330 ROAD
CHELSEA, OK 74016**

---

2.1532.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract　　_____

**HAROLD L GREEN
7722 OAKLAND AVE.
KANSAS CITY, KS 66112**

---

2.1533.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract　　_____

**HAROLD LEE FAWL
17428 UDALL ROAD
ALTOONA, KS 66710**

---

2.1534.　State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract　　_____

**HAROLD LEON & MILDRED LUCILLE
HC 61 BOX 126
LENAPAH, OK 74042**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Corporation**
_____

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1535. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD LEON HEADY &** |
| | List the contract number of any government contract | _____ | **15400 30TH ROAD** <br> **PARSONS, KS 67357** |

| 2.1536. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | _____ | **120 SOUTH OKMULGEE STREET** <br> **THAYER, KS 66776** |

| 2.1537. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | _____ | **120 SOUTH OKMULGEE STREET** <br> **THAYER** <br> **KS, US 66776** |

| 2.1538. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | _____ | **120 SOUTH OKMULGEE STREET** <br> **THAYER** <br> **KS, US 66776** |

| 2.1539. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any government contract | _____ | **120 SOUTH OKMULGEE STREET** <br> **THAYER** <br> **KS, US 66776** |

| 2.1540. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN** |
| | List the contract number of any | | **120 SOUTH OKMULGEE STREET** <br> **THAYER** <br> **KS, US 66776** |

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1541. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **HAROLD LEON JOHN & PAULA JOHN**<br>**120 SOUTH OKMULGEE STREET**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1542. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HAROLD LEONARD HARVEY & LINDA**<br>**19600 QUINTER RD**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.1543. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HAROLD R HENRY & MILDRED A**<br>**RT. 3, BOX 378**<br>**NOWATA, OK 74048** |
| | List the contract number of any government contract | | |

| 2.1544. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HAROLD W PARKS**<br>**405 ASHLAND COURT**<br>**ELYRIA, OH 44035** |
| | List the contract number of any government contract | | |

| 2.1545. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HAROLD WEST**<br>**132 SPUNKY CREEK DRIVE**<br>**CATOOSA, OK 74015-2312** |
| | List the contract number of any government contract | | |

| 2.1546. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **HARPER OIL COMPANY**<br>**1599 EAST 5200 STREET**<br>**CHERRYVALE, KS 67335** |

Debtor 1  **PostRock Energy Corporation**
   First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract |  |  |

| 2.1547. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** |  |
|  | State the term remaining | Unknown | **HARPER OIL COMPANY** |
|  | List the contract number of any government contract |  | **1599 EAST 5200 STREET** |
|  |  |  | **CHERRYVALE, KS 67335** |

| 2.1548. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **HARRISVILLE BAPTIST CHURCH** |
|  | List the contract number of any government contract |  | **PO BOX 193** |
|  |  |  | **HARRISVILLE, WV 26362** |

| 2.1549. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **HARRY & RUTH M OEHLERT** |
|  | List the contract number of any government contract |  | **13520 197TH ROAD** |
|  |  |  | **ERIE, KS 66733** |

| 2.1550. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** |  |
|  | State the term remaining | Unknown | **HARRY E HINMAN REV TRST** |
|  | List the contract number of any government contract |  | **976 MAIN STREET** |
|  |  |  | **CLIFTON PARK, NY 12065** |

| 2.1551. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **HARRY F PARKS & KATHLEEN PARKS** |
|  | List the contract number of any government contract |  | **9290 RAWIGA RD** |
|  |  |  | **SEVILLE, OH 44273** |

Debtor 1    **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1552.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HART INVESTMENTS , LLC**
**BOX 1004**
**VINITA, OK 74301**

---

**2.1553.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HARVEY E DLUGATCH**
**18909 SHERMAN WAY**
**RESEDA, CA 91335**

---

**2.1554.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HAT CREEK OIL & GAS, INC**
**P.O. BOX 2512**
**LYONS, CO 80540**

---

**2.1555.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HATTON W SUMNERS FOUNDATION**
**325 N. ST. PAUL STREET,**
**STE. 3920**
**DALLAS, TX 75201**

---

**2.1556.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HAUGHT CEMETERY INC**
**HC-80 BOX 9**
**SMITHVILLE, WV 26178**

---

**2.1557.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**HAUGHT FAMILY TRST**
**210 E. MAIN STREET**
**HARRISVILLE, WV 26362-1204**

Debtor 1   **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | government contract | | |
|---|---|---|---|

**2.1558.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HAVEN C ENGLAND**
**1224 PINE  VALLEY ROAD**
**LITTLE ROCK, AR 72207**

**2.1559.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HAYWARD W COLLINS JR**
**114 GARNETT DRIVE**
**DUNBAR, WV 25064-0181**

**2.1560.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HBCC OIL & GAS, LLC**
**2375 E. CAMELBACK RD.**
**STE. 600**
**PHOENIX, AZ 85016**

**2.1561.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HEATH W HARDING**
**203 N. LINCOLN**
**ERIE, KS 66733**

**2.1562.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**HEATHER M AYERS**
**28720 COUNTY HWY 48**
**PARK RAPIDS, MN 56470**

**2.1563.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**HEDGE ROW LLC**
**7336 220TH ROAD**
**CHANUTE, KS 66720**

Debtor 1    **PostRock Energy Corporation**
　　　　　 First Name　　　Middle Name　　　Last Name

Case number *(if known)*    **16-11230-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.1564. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HELEN E HUTCHISON** |
| | List the contract number of any government contract | _____ | **19588 PRATT ROAD**<br>**BENEDICT, KS 66714** |

| 2.1565. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HELEN GRAYBILL** |
| | List the contract number of any government contract | _____ | **1033 8000 ROAD**<br>**ALTAMONT, KS 67330** |

| 2.1566. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HELEN GRAYBILL REV. TRUST** |
| | List the contract number of any government contract | _____ | **2871 CR 5900**<br>**COFFEYVILLE, KS 67337** |

| 2.1567. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HELEN J ELI, TTEE OF THE** |
| | List the contract number of any government contract | _____ | **P.O. BOX 159**<br>**EDNA, KS 67342** |

| 2.1568. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HELEN KAY CALLAGHAN** |
| | List the contract number of any government contract | _____ | **4279 INDIAN RIVER DR**<br>**COCOA, FL 32927** |

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1569.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HELEN M HOLDER**
**5624 NW 37TH**
**OKLAHOMA CITY, OK 73122**

**2.1570.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HELEN M JOHNSON**
**655 3000 ROAD**
**EDNA, KS 67342**

**2.1571.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HELEN M JOHNSON, CONSERVATOR**
**655 3000 ROAD**
**EDNA, KS 67342**

**2.1572.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HENRY & JANIS STOCKEBRAND**
**86 3200 STREET**
**SAVONBURG, KS 66772**

**2.1573.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**HENRY DAVID PENDLETON**
**16024 WEST 80TH ST**
**LENEXA, KS 66219**

**2.1574.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**HERMAN ENTERPRISES, LLC**
**PO BOX 28010**
**SCOTTSDALE, AZ 85255**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Corporation**
_____    Case number (*if known*)    **16-11230-SAH**
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1575. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HESTER GERALDINE TICHY**<br>**607 55TH STREET**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.1576. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HG ENERGY, LLC**<br>**5620 DUPONT ROAD**<br>**PARKERSBURG, WV 26101** |
| | List the contract number of any government contract | | |

| 2.1577. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HGL FARMS**<br>**20705 IRVING ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1578. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HIGHLAND ENERGY PARTNERS, LLC**<br>**4 BROOKHAVEN TRL**<br>**LITTLETON, CO 80123** |
| | List the contract number of any government contract | | |

| 2.1579. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HIGHMARK ENERGY OPERATING, LLC**<br>**PO BOX 205309**<br>**DALLAS, TX 75320-5309** |
| | List the contract number of any government contract | | |

| 2.1580. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **HILDA DEEM**<br>**5607 4TH AVENUE**<br>**VIENNA, WV 26105** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
     First Name           Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining — **Unknown** | |
| List the contract number of any government contract | |

---

| 2.1581. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HILLCREST FARMS OF KANSAS INC**<br>**3111 KANSAS ROAD**<br>**HAVANA, KS 67347** |
| | List the contract number of any government contract | | |

---

| 2.1582. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HINES FARMS INC**<br>**13350 160TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

---

| 2.1583. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HIRAM S GREEN**<br>**PO BOX 77**<br>**SPURLOCK, WV 25565** |
| | List the contract number of any government contract | | |

---

| 2.1584. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HOLLY MICHAELIS**<br>**PO BOX 263**<br>**REPUBLIC, MO 65738** |
| | List the contract number of any government contract | | |

---

| 2.1585. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HOLLY MICHAELIS**<br>**PO BOX 263**<br>**REPUBLIC**<br>**MO, US 65738** |
| | List the contract number of any government contract | | |

---

Debtor 1    **PostRock Energy Corporation**                              Case number *(if known)*    **16-11230-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1586.** State what the contract or lease is for and the nature of the debtor's interest **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

**HOLLY MICHAELIS
PO BOX 263
REPUBLIC
MO, US 65738**

---

**2.1587.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HOLST LAND & CATTLE, LLC
9685 WICHITA ROAD
THAYER, KS 66776**

---

**2.1588.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HOOVER B AYERS
PO BOX 163
SANDYVILLE, WV 25275-0163**

---

**2.1589.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HOPEWELL OPERATING, INC
4600 GREENVILLE AVE., #200
DALLAS, TX 75206**

---

**2.1590.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**HOPPES FARMS, LLC
21016 NESS RD
PARSONS, KS 67357**

---

**2.1591.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**HORIZON NATURAL RESOURCES, INC
2131 W 73RD STREET
TULSA, OK 74132**

---

Debtor 1    **PostRock Energy Corporation**
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.1592. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **HOWARD & VICKIE BAILEY**<br>**RT 1, BOX 394**<br>**SALT ROCK, WV 25559** |
|  | List the contract number of any government contract |  |  |

| 2.1593. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **HOWARD A & GETA F MARKLEY REV**<br>**716 26000 RD**<br>**DENNIS, KS 67341** |
|  | List the contract number of any government contract |  |  |

| 2.1594. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract |  |  |

| 2.1595. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract |  |  |

| 2.1596. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|  | List the contract number of any government contract |  |  |

| 2.1597. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1598. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1599. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1600. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1601. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **HOWARD A & GETA F MARKLEY REV TRST**<br>**716 26000 RD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.1602. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **HOWARD C & DEBRA L WEBSTER**<br>**HC 61 BOX 24**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**
　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1603.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**HOWARD C & SHIRLEY D WEBSTER**
**HC 6 BOX 217**
**LENAPAH, OK 74042**

---

**2.1604.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**HOWARD C & SHIRLEY D WEBSTER**
**HC 6 BOX 217**
**LENAPAH**
**OK, US 74042**

---

**2.1605.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**HOWARD C WEBSTER, JR**
**HC 61 BOX 24**
**LENAPAH, OK 74042**

---

**2.1606.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**HOWARD E BAILEY &**
**306 S. LARSON**
**CHANUTE, KS 66720**

---

**2.1607.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**HOWARD E KOONTZ III**
**320 COLLEGE VIEW BLVD.**
**WESTMINSTER, MD 21158**

---

**2.1608.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any

**HOWARD JR & DEBRA WEBSTER,**
**HC 61 BOX 24**
**LENAPAH, OK 74042**

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.1609. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HOWARD WEIDERT & PAULA WEIDERT** |
| | List the contract number of any government contract | | **8855 30TH ROAD** **GALESBURG, KS 66740** |

| 2.1610. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HUDSON FAMILY FARMS, LLC** |
| | List the contract number of any government contract | | **1164 11TH LANE SW** **BURLINGTON, KS 66839** |

| 2.1611. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HUGH E & HAZEL GOOD, TTEE OF** |
| | List the contract number of any government contract | | **8063 VICTORY RD.** **OSWEGO, KS 67356** |

| 2.1612. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HUGHES RIVER OIL & GAS INC** |
| | List the contract number of any government contract | | **71 OLD MILL LANE** **WALKER, WV 26180** |

| 2.1613. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **HUGO & LAURALEE SPIEKER LIV TR** |
| | List the contract number of any government contract | | **15575 ELK RD** **CHANUTE, KS 66720** |

| 2.1614. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **HUGO & LAURALEE SPIEKER LIV TR** **15575 ELK RD** **CHANUTE** **KS, US 66720** |

Debtor 1  **PostRock Energy Corporation**
<div>First Name      Middle Name      Last Name</div>

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.1615. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1616. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1617. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1618. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HUGO & LAURALEE SPIEKER LIV TR**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1619. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HUGO & LAURALEE SPIEKER LIV TR, HUGO & L**<br>**15575 ELK RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1620. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **HUGO & LAURALEE SPIEKER LIV TR, HUGO & L 15575 ELK RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1621. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Hugo & Lauralee Spiekler Liv Tr 15575 ELK RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1622. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Hugo & Lauralee Spiekler Liv Tr 15575 ELK RD CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1623. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HUNTER & DENISE HASTINGS 1520 200TH ROAD CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1624. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **HYGRADE CONSTRUCTION & P.O. BOX 206 ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.1625. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **IDA M SPRINGSTON 1920 KNIGHT ROAD AKRON, OH 44306** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
First Name           Middle Name           Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.1626. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **II MOORE FARMS, A PARTNERSHIP** |
| | List the contract number of any government contract | | **210 NATIONS ROAD** **COFFEYVILLE, KS 67337** |

---

| 2.1627. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ILA EMOGENE WOLFE ESTATE** |
| | List the contract number of any government contract | | **1484 BLENNERHASSETT HEIGHTS** **PARKERSBURG, WV 26101** |

---

| 2.1628. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ILEANA R CROWLEY** |
| | List the contract number of any government contract | | **6013 ROOSEVELT ST** **BETHESDA, MD 20817** |

---

| 2.1629. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ILENE T BUSSMAN REV TRST;** |
| | List the contract number of any government contract | | **370 12000 ROAD** **MOUND VALLEY, KS 67354** |

---

| 2.1630. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers/Printers/Scann ers** | |
|---|---|---|---|
| | State the term remaining | **1  months** | **IMAGENET CONSULTING, LLC** |
| | List the contract number of any government contract | | **913 N. BROADWAY** **OKLAHOMA CITY, OK 73102** |

---

| 2.1631. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers/Printers/Scann ers** | **IMAGENET CONSULTING, LLC** **913 N. BROADWAY** **OKLAHOMA CITY, OK 73102** |
|---|---|---|---|

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **4 days**

List the contract number of any government contract

---

2.1632.  State what the contract or lease is for and the nature of the debtor's interest — **Copiers/Printers/Scanners**

State the term remaining **2 months**

List the contract number of any government contract

**IMAGENET CONSULTING, LLC**
**913 N. BROADWAY**
**OKLAHOMA CITY, OK 73102**

---

2.1633.  State what the contract or lease is for and the nature of the debtor's interest — **Copiers/Printers/Scanners**

State the term remaining **25 months**

List the contract number of any government contract

**IMAGENET CONSULTING, LLC**
**913 N. BROADWAY**
**OKLAHOMA CITY, OK 73102**

---

2.1634.  State what the contract or lease is for and the nature of the debtor's interest — **Copiers/Printers/Scanners**

State the term remaining **4 days**

List the contract number of any government contract

**IMAGENET CONSULTING, LLC**
**913 N. BROADWAY**
**OKLAHOMA CITY, OK 73102**

---

2.1635.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**IMOGENE R RAYMOND ESTATE,**
**6323 EAST 5TH STREET**
**TULSA, OK 74112**

---

2.1636.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**IONA KRAMER COLE**
**P.O. BOX 28**
**GALESBURG, KS 66740**

---

Debtor 1    **PostRock Energy Corporation**               Case number *(if known)*    **16-11230-SAH**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1637.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

     State the term remaining    **Unknown**

     List the contract number of any government contract

**IRA M HAUGHT
210 E. MAIN STREET
HARRISVILLE, WV 26362**

---

**2.1638.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

     State the term remaining    **Unknown**

     List the contract number of any government contract

**IRENE J CONAWAY
RR 1, BOX 272
HARRISVILLE, WV 26362**

---

**2.1639.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

     State the term remaining    **Unknown**

     List the contract number of any government contract

**IRENE KINDLEY
1003 N. 9TH AVE.
APT 604
BELTON, TX 76513**

---

**2.1640.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

     State the term remaining    **Unknown**

     List the contract number of any government contract

**IRMA FAYE GOSS LIFE ESTATE
605 FIRELANE RD
EDMOND, OK 73003**

---

**2.1641.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

     State the term remaining    **Unknown**

     List the contract number of any government contract

**IRMA WILSON
3027 SWEITZER ST. NW
UNIONTOWN, OH 44685-9325**

---

**2.1642.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

     State the term remaining    **Unknown**

     List the contract number of any

**IRREV LOJ TRST
6820 30TH RD
THAYER, KS 66776**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**                                Case number *(if known)*   **16-11230-SAH**
       First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.1643. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **IRWIN LEE & LINDA JO DIEDIKER DIEDIKER LIV TRST 12650 20TH RD PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1644. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ivan & Patricia Good Rev Trust 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1645. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ivan & Patricia Good Rev Trust 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1646. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN GOOD, TTEE 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1647. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN GOOD, TTEE 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1648. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **IVAN GOOD, TTEE 2 RORI LANE BELLA VISTA AR, US 72715-5609** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.1649. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN GOOD, TTEE** **2 RORI LANE** **BELLA VISTA** **AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1650. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN L & PATRICIA A GOOD REV TRST** **2 RORI LANE** **BELLA VISTA** **AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1651. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN L & PATRICIA A GOOD REV TRST** **2 RORI LANE** **BELLA VISTA** **AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1652. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN L & PATRICIA A GOOD REV TRST** **2 RORI LANE** **BELLA VISTA** **AR, US 72715-5609** |
| | List the contract number of any government contract | | |

| 2.1653. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **IVAN L & PATRICIA A GOOD REV TRST** **2 RORI LANE** **BELLA VISTA** **AR, US 72715-5609** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1654.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**IVAN L GOOD REV TRST**
**2 RORI LANE**
**BELLA VISTA, AR 72715-5609**

**2.1655.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**IVAN LEE FAIL**
**846 S. LINDEN**
**SPARTA, MO 65753**

**2.1656.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**IVAN LEE FAIL**
**846 S. LINDEN**
**SPARTA**
**MO, US 65753**

**2.1657.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**IVAN LEE FAIL**
**846 S. LINDEN**
**SPARTA**
**MO, US 65753**

**2.1658.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**J CARROLL & SHIRLEY F FINLEY**
**1420 HIGHWAY 39**
**CHANUTE**
**KS, US 66720**

**2.1659.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**J CARROLL & SHIRLEY F FINLEY**
**1420 HIGHWAY 39**
**CHANUTE**
**KS, US 66720**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.1660. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **J CARROLL & SHIRLEY F FINLEY** |
|  | List the contract number of any government contract |  | **1420 HIGHWAY 39**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1661. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **J CARROLL & SHIRLEY F FINLEY** |
|  | List the contract number of any government contract |  | **1420 HIGHWAY 39**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1662. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **J CARROLL FINLEY &** |
|  | List the contract number of any government contract |  | **1420 HIGHWAY 39**<br>**CHANUTE, KS 66720** |

| 2.1663. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **J CHRISTOPHER DYKES** |
|  | List the contract number of any government contract |  | **PO BOX 280235**<br>**LAKEWOOD, CO 80228** |

| 2.1664. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **J CLINTON WALKER TRST** |
|  | List the contract number of any government contract |  | **14403 FAIRWAY**<br>**LEAWOOD, KS 66224** |

| 2.1665. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **J D COOK, INC**<br>**P.O. BOX 373**<br>**COFFEYVILLE, KS 67337** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
    First Name        Middle Name       Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.1666. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **J DAVID CECIL** |
| | List the contract number of any government contract | _____ | **526 EVEREST AVENUE**<br>**ST ALBANS, WV 25177** |

| 2.1667. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **J F DEEM** |
| | List the contract number of any government contract | _____ | **4541 EMERSON AVENUE**<br>**#1 FLOOR 2**<br>**PARKERSBURG, WV 26104** |

| 2.1668. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **J H SNYDER HEIRS** |
| | List the contract number of any government contract | _____ | **27 STONERIDGE ROAD**<br>**WASHINGTON, WV 26181** |

| 2.1669. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **J KYLE JONES** |
| | List the contract number of any government contract | _____ | **PO BOX 1874**<br>**MIDLAND, TX 79702** |

| 2.1670. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **J NELSON ELLIOTT** |
| | List the contract number of any government contract | _____ | **12324 CATALINA**<br>**LEAWOOD, KS 66209** |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1671.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**J V OIL LLC**
**PO BOX 151**
**CHANUTE, KS 66720**

**2.1672.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**J W ELLIOTT HEIRS**
**2404 WV HWY 47W**
**LINN, WV 26384-7817**

**2.1673.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**J. IRWIN DIEDIKER REV TR**
**1970 MEADE RD**
**PARSONS, KS 67357**

**2.1674.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JACK & GAYLA THOMAS**
**H.C. 61, BOX 238**
**LENAPAH, OK 74042**

**2.1675.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JACK & HELEN HINES, JTS**
**212 N. GRANT STREET**
**ERIE, KS 66733**

**2.1676.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JACK & MARY JO HUGHES**
**8405 30TH ROAD**
**GALESBURG, KS 66740**

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1677. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JACK B JETT** |
| | List the contract number of any government contract | | **24070 FINNEY** |
| | | | **DENNIS, KS 67341** |

| 2.1678. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JACK D RYMER** |
| | List the contract number of any government contract | | **405 HICKORY GROVE CIR** |
| | | | **HARRISONBURG, VA 22801-7608** |

| 2.1679. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JACK DODSON MANSUR** |
| | List the contract number of any government contract | | **13537 TRADITION STREET** |
| | | | **SAN DIEGO, CA 92128-4735** |

| 2.1680. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JACK HUGHES REV TR** |
| | List the contract number of any government contract | | **8405 30TH RD** |
| | | | **GALESBURG** |
| | | | **KS, US 66740** |

| 2.1681. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JACK HUGHES, AS TTEE OF THE** |
| | List the contract number of any government contract | | **8405 30TH ROAD** |
| | | | **GALESBURG, KS 66740** |

| 2.1682. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JACK J ROWLAND** |
| | | | **13003 ROOKS ROAD** |
| | | | **OSWEGO, KS 67356** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |

**2.1683.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JACK R CHEYNEY**
**8655 170TH ROAD**
**CHANUTE, KS 66720**

---

**2.1684.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JACK ROBERT SCOTT & LADONNA R**
**6763 E. 32ND PLACE**
**TULSA, OK 74145**

---

**2.1685.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JACK W DYKE, ET UX**
**513 27000 ROAD**
**THAYER**
**KS, US 66776**

---

**2.1686.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JACK W DYKE, ET UX**
**513 27000 ROAD**
**THAYER**
**KS, US 66776**

---

**2.1687.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Jacob CP Schwartz**
**26062 ELK ROAD**
**THAYER**
**KS, US 66776**

---

Debtor 1   **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1688.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

Jacob CP Schwartz
26062 ELK ROAD
THAYER
KS, US 66776

---

**2.1689.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

JACQUELINE COOK BREEN AGENT
1525 NW 183 AVENUE
PEMBROKE PINES, FL 33029

---

**2.1690.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

JAKE BARNES
28812 N 141 ST
SCOTTSDALE, AZ 85262

---

**2.1691.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

JAMES & DIXIE ALDRIDGE RV TRST
1030 23000 RD
PARSONS, KS 67357

---

**2.1692.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

JAMES & JUANITA MCCLANAHAN
8434 S PHOENIX PL
TULSA
OK, US 74135

---

**2.1693.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

JAMES & JUANITA MCCLANAHAN
8434 S PHOENIX PL
TULSA
OK, US 74135

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1694.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JAMES & JUANITA MCCLANAHAN**
**8434 S PHOENIX PL**
**TULSA**
**OK, US 74135**

---

**2.1695.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JAMES & JUANITA MCCLANAHAN**
**8434 S PHOENIX PL**
**TULSA**
**OK, US 74135**

---

**2.1696.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAMES & MARIE BANOWETZ**
**10012 FORD RD**
**EDNA, KS 67342**

---

**2.1697.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JAMES & MARIE BANOWETZ**
**10012 FORD RD**
**EDNA**
**KS, US 67342**

---

**2.1698.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAMES & ROBERTA MCCOY**
**P. O. BOX 5**
**SMITHVILLE, WV 26178**

---

**2.1699.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**JAMES & RUETTA PRICE - JT**
**100 KANSAS ST.**
**SUSANK, KS 67544-9016**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.1700. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **JAMES &/OR SHARON HOLTZMAN** |
|  | List the contract number of any government contract | _____ | **24723 850 ROAD**<br>**THAYER, KS 66776** |

| 2.1701. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **James &/or Sharon Holtzman** |
|  | List the contract number of any government contract | _____ | **24723 850 ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.1702. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **James &/or Sharon Holtzman** |
|  | List the contract number of any government contract | _____ | **24723 850 ROAD**<br>**THAYER**<br>**KS, US 66776** |

| 2.1703. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **JAMES A & EVELYN L GRADY** |
|  | List the contract number of any government contract | _____ | **22094 1800 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.1704. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **JAMES A & EVELYN L GRADY** |
|  | List the contract number of any government contract | _____ | **22094 1800 ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1705.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

JAMES A & EVELYN L GRADY
22094 1800 ROAD
CHANUTE
KS, US 66720

---

**2.1706.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

JAMES A & EVELYN L GRADY
22094 1800 ROAD
CHANUTE
KS, US 66720

---

**2.1707.** State what the contract or lease is for and the nature of the debtor's interest
**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

JAMES A & EVELYN L GRADY TR
22094 1800 ROAD
CHANUTE, KS 66720

---

**2.1708.** State what the contract or lease is for and the nature of the debtor's interest
**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

JAMES A & EVELYN L GRADY TRST
22094 1800 ROAD
CHANUTE, KS 66720

---

**2.1709.** State what the contract or lease is for and the nature of the debtor's interest
**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

JAMES A & EVELYN L GRADY TRST
22094 1800 ROAD
CHANUTE
KS, US 66720

---

**2.1710.** State what the contract or lease is for and the nature of the debtor's interest
**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

JAMES A & WILMA WESTHOFF
13450 GRAY RD.
CHANUTE, KS 66720

Debtor 1  **PostRock Energy Corporation**
 First Name       Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.1711. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JAMES A DAUGHERTY**<br>**HC 64 BOX 2890**<br>**THREE CHURCHES, WV 26757** |
| | List the contract number of any government contract | | |

| 2.1712. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JAMES A SLAYTER III & CHERYL**<br>**1172-7000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.1713. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JAMES A VITT & JUDITH ANN**<br>**1164 26000 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1714. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JAMES B HAYHURST JR**<br>**29 ASHWOOD PLACE**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.1715. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JAMES B MCGEE & BRENDA K MCGEE**<br>**4078 GRAY ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.1716. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JAMES BOYLE**<br>**14 HARWOOD COURT**<br>**SUITE 225**<br>**SCARSDALE, NY 10583** |

Debtor 1    **PostRock Energy Corporation**
      First Name          Middle Name         Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any government contract

---

2.1717.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES C & DONNA S BATES,
6015 IRVING RD
GALESBURG, KS 66740**

---

2.1718.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES C & VIRGINIA WILLIAMS
RT 1, BOX 169
THAYER, KS 66776**

---

2.1719.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES CLEMENS
26024 OTTAWA ROAD
PARSONS, KS 67357**

---

2.1720.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES D & MARY L WALTERMIRE
15215 250TH RD
SAVONBURG, KS 66772**

---

2.1721.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES D BURNHAM &
6047 DOUGLAS RD.
COFFEYVILLE, KS 67337**

---

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1722.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAMES D CHILDERS**
**RT #1 BOX 305**
**SALT ROCK, WV 25559**

**2.1723.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAMES D ROBERTS**
**1047 ANDERSON ROAD**
**COFFEYVILLE, KS 67337**

**2.1724.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAMES DENNIS HARDING**
**20526 1700 RD**
**ALTOONA, KS 66710**

**2.1725.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JAMES E & TERRI S DEGEER**
**14305 210 ROAD**
**ERIE, KS 66733**

**2.1726.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JAMES E ALDRIDGE**
**1030 23000 RD**
**PARSONS**
**KS, US 67357**

**2.1727.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**JAMES E ALDRIDGE**
**1030 23000 RD**
**PARSONS**
**KS, US 67357**

Debtor 1    **PostRock Energy Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)　**16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1728. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E BOLLIG**<br>**16798 WICHITA ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1729. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E DEEM**<br>**724 COOPER ST**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.1730. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E FAGER**<br>**7511 W. 144TH PL.**<br>**OVERLAND PARK, KS 66223** |
| | List the contract number of any government contract | | |

| 2.1731. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E KNOX & ARLENE D KNOX**<br>**824 LOOKOUT POINT ROAD**<br>**C/O DOUG KNOX**<br>**SELAH, WA 98942** |
| | List the contract number of any government contract | | |

| 2.1732. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES E KNOX TRST, ARLENE D**<br>**5322 PENNSYLVANIA AVE.**<br>**BOULDER, CO 80303-2852** |
| | List the contract number of any government contract | | |

| 2.1733. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JAMES E KNOX TRST, JAMES &**<br>**5322 PENNSYLVANIA AVE.**<br>**BOULDER, CO 80303** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**                                   Case number *(if known)*    **16-11230-SAH**
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.1734. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JAMES E STARR**<br>**614 WIGNER AVENUE**<br>**HARRISVILLE, WV 26362** |
|  | List the contract number of any government contract | _____ |  |

| 2.1735. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JAMES E STARR AGENT**<br>**614 WIGNER AVE.**<br>**HARRISVILLE, WV 26362** |
|  | List the contract number of any government contract | _____ |  |

| 2.1736. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JAMES F & MARY J SOODSMA REV**<br>**20052 HARPER RD**<br>**MOUND VALLEY, KS 67354** |
|  | List the contract number of any government contract | _____ |  |

| 2.1737. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JAMES F. MOYERS**<br>**111 DAYTON ROAD**<br>**MARIETTA, OH 45750** |
|  | List the contract number of any government contract | _____ |  |

| 2.1738. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JAMES GARRETSON**<br>**PO BOX 415**<br>**GRANTSVILLE, WV 26147** |
|  | List the contract number of any government contract | _____ |  |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1739. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES H & ELIZABETH M SCOTT**<br>**24081 GRAY RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1740. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES H EARLE**<br>**53253 ZACHARY DRIVE**<br>**CHESTERFIELD, MI 48047** |
| | List the contract number of any government contract | | |

| 2.1741. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES J & JANET S CALLARMAN**<br>**2 SCARBA LANE**<br>**BELLA VISTA, AR 72715** |
| | List the contract number of any government contract | | |

| 2.1742. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES J & SUSANN M PIASZYNSKI**<br>**1508 COLLINS ST.**<br>**WEBSTER CITY, IA 50595** |
| | List the contract number of any government contract | | |

| 2.1743. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES JEROME, THOMAS JEROME,**<br>**1834 N. DENENE STREET**<br>**WICHITA, KS 67212** |
| | List the contract number of any government contract | | |

| 2.1744. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES K & DESIREE A KEPLEY**<br>**19450 FORD ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1745. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES KRAMER & JOYCE KRAMER**<br>**4040 MEADE ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1746. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES L & MARY L YORK**<br>**23996 700 ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1747. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES M & RACHEL POWERS**<br>**1030 S GRETCHEN**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.1748. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES M DYE**<br>**13848 HEBRON RD**<br>**ELLENBORO, WV 26346** |
| | List the contract number of any government contract | | |

| 2.1749. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES M KASPER**<br>**1496 MCPHERSON STREET**<br>**SANTA CLARA, CA 95051** |
| | List the contract number of any government contract | | |

| 2.1750. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **JAMES M ZANOVICH**<br>**1220 MADERA DR**<br>**LAKE HAVASU CITY, AZ 86404** |

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining  **Unknown** | |
| List the contract number of any government contract  _____ | |

| 2.1751. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments** | |
|---|---|
| State the term remaining  **Unknown** | **JAMES MCCOY**<br>**P.O. BOX 5**<br>**SMITHVILLE, WV 26178** |
| List the contract number of any government contract  _____ | |

| 2.1752. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments** | |
|---|---|
| State the term remaining  **Unknown** | **JAMES MICHAEL RENEHAN**<br>**11651 BRIDGEPORT ROAD**<br>**TANEYTOWN, MD 21787** |
| List the contract number of any government contract  _____ | |

| 2.1753. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments** | |
|---|---|
| State the term remaining  **Unknown** | **JAMES O MORRIS & MARY L MORRIS**<br>**16924 UDALL RD**<br>**ALTOONA, KS 66710** |
| List the contract number of any government contract  _____ | |

| 2.1754. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments** | |
|---|---|
| State the term remaining  **Unknown** | **JAMES P & COLLEEN M NEELY,**<br>**9050 140TH RD**<br>**CHANUTE, KS 66720** |
| List the contract number of any government contract  _____ | |

| 2.1755. State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments** | |
|---|---|
| State the term remaining  **Unknown** | **JAMES P & SHERRY L KEITH**<br>**370 LOCUST RIDGE**<br>**WASHINGTON, WV 26181** |
| List the contract number of any government contract  _____ | |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1756. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES P HARRINGTON**<br>**2060 CANYON LAKES DRIVE**<br>**SAN RAMON, CA 94582-4921** |
| | List the contract number of any government contract | | |

| 2.1757. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES R & RHONDA ROHLING**<br>**10053 CLAY ROAD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.1758. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES R & SUSANNAH E WEIL, H/W**<br>**20711 CR 53**<br>**KERSEY, CO 80644** |
| | List the contract number of any government contract | | |

| 2.1759. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES R GROVER &**<br>**BOX 2136 K ST SW**<br>**MIAMI, OK 74354** |
| | List the contract number of any government contract | | |

| 2.1760. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES R PERKINS ENERGY TRST**<br>**PO BOX 707**<br>**HOWARD, KS 67349** |
| | List the contract number of any government contract | | |

| 2.1761. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAMES R PERKINS, TTEE**<br>**PO BOX 707**<br>**HOWARD, KS 67349** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1762.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES R ROSS**
**RT 3 BOX 91**
**ONA, WV 25545**

---

2.1763.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES STOVER**
**3125 240TH ROAD**
**CHANUTE, KS 66720**

---

2.1764.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES W & JANET E SYMONS**
**31757 US HIGHWAY 160**
**BAYFIELD, CO 81122**

---

2.1765.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES W &/OR E FAYE ROBERTSON**
**2815 85TH ROAD**
**THAYER, KS 66776**

---

2.1766.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**JAMES W CLEMENS**
**26024 OTTAWA ROAD**
**PARSONS, KS 67357**

---

2.1767.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**JAMES W MCGUIRE JR & CONNIE J**
**8475 QUEEN ROAD**
**ST. PAUL, KS 66771**

---

Debtor 1  **PostRock Energy Corporation**
First Name     Middle Name     Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.1768. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **JAMES W REXROAD HRS**<br>**22 C STREET VANBUREN HOMES**<br>**BEAVER, PA 15009** |
| | List the contract number of any government contract | | |

| 2.1769. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **JANE ANN WILKINSON RUNYAN**<br>**917 NOTTINGHAM COURT**<br>**BENTON, AR 72019-2398** |
| | List the contract number of any government contract | | |

| 2.1770. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **JANE BURNS TRST**<br>**8101 MISSION RD**<br>**APT. 203**<br>**PRAIRIE VILLAGE, KS 66208** |
| | List the contract number of any government contract | | |

| 2.1771. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **JANET A SOLES**<br>**4053 CHASE ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.1772. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **Janet Erbe**<br>**21184 800 ROAD**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1773. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANET K STEPHENS TRST**<br>**1441 30TH STREET**<br>**SEVERY, KS 67137** |
| | List the contract number of any government contract | | |

| 2.1774. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANET L ERBE**<br>**21184 800 ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.1775. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANET LYNN BURRIS**<br>**920 25000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1776. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Janet Lynn Burris**<br>**920 25000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1777. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Janet Lynn Burris**<br>**920 25000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1778. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANET M STANLEY**<br>**1410 LYNN CAMP ROAD**<br>**PENNSBORO, WV 26415** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**

Case number *(if known)*    **16-11230-SAH**

First Name    Middle Name    Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.1779.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JANET SMITH**
**3298 NE 56TH AVE**
**SILVERSPRINGS, FL 34488**

---

**2.1780.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JANET SUE ELLIOTT**
**619 LIMESTONE RUN ROAD**
**WESTON, WV 26452-7667**

---

**2.1781.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JANICE A COLE**
**508 N CLINE ROAD APT J**
**COFFEYVILLE, KS 67337**

---

**2.1782.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JANICE L CONGLETON**
**159 EMMAUS RD**
**BELPRE, OH 45714**

---

**2.1783.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JANICE STAHL**
**120 W. JACKSON**
**PITTSBURG, KS 66762**

---

**2.1784.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**JANICE SWALLEY**
**13515 GRAY ROAD**
**CHANUTE, KS 66720**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | **Unknown** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1785. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANIE L SCOTT, LIFE ESTATE** |
| | List the contract number of any government contract | | **722 SW STATELINE LANE**<br>**ASBURY, MO 64832** |

| 2.1786. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JANIS D MARSHALL** |
| | List the contract number of any government contract | | **7521 SW 108TH PLACE**<br>**OCALA, FL 34476** |

| 2.1787. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JARED G & HEIDI L RANZ, J.T.** |
| | List the contract number of any government contract | | **17017 UDALL ROAD**<br>**ALTOONA, KS 66710** |

| 2.1788. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAROLD HENRY** |
| | List the contract number of any government contract | | **14385 ELK ROAD**<br>**CHANUTE, KS 66720** |

| 2.1789. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY** |
| | List the contract number of any government contract | | **14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1    **PostRock Energy Corporation**
            First Name         Middle Name         Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1790.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1791.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1792.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1793.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1794.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.1795.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

**JAROLD W & MARILYN HENRY**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1796. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1797. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1798. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1799. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1800. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JAROLD W & MARILYN HENRY**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.1801. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JAROLD W & MARILYN HENRY**<br>**14385 ELK ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1   **PostRock Energy Corporation**
<u>First Name                Middle Name              Last Name</u>

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

---

2.1802.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY
14385 ELK ROAD
CHANUTE
KS, US 66720**

---

2.1803.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY
14385 ELK ROAD
CHANUTE
KS, US 66720**

---

2.1804.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY
14385 ELK ROAD
CHANUTE
KS, US 66720**

---

2.1805.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY
14385 ELK ROAD
CHANUTE
KS, US 66720**

---

2.1806.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY
14385 ELK ROAD
CHANUTE
KS, US 66720**

---

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1807.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE, KS 66720

---

**2.1808.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720

---

**2.1809.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720

---

**2.1810.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720

---

**2.1811.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720

---

**2.1812.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720

---

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.1813.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY JTS**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

**2.1814.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY JTS**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

**2.1815.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY JTS**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

**2.1816.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY JTS**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

**2.1817.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**JAROLD W & MARILYN HENRY JTS**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

**2.1818.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

**JAROLD W & MARILYN HENRY JTS**
**14385 ELK ROAD**
**CHANUTE**
**KS, US 66720**

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

---

2.1819.  State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**JAROLD W & MARILYN HENRY JTS
14385 ELK ROAD
CHANUTE
KS, US 66720**

---

2.1820.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JARROD BIAS
RT 1 BOX 323B
SALT ROCK, WV 25559-1240**

---

2.1821.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JASMINE ROYALTIES LLC
1720 S BELLAIRE ST STE 1209
DENVER, CO 80222**

---

2.1822.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JASON & TERA ELLIOTT HW/JTROS
14250 220TH ROAD
ERIE, KS 66733**

---

2.1823.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**JASON A & WENDEE D GRADY
PO BOX 459
MANHATTAN, KS 66505**

---

Debtor 1 **PostRock Energy Corporation**
　　　　First Name　　　　　　　Middle Name　　　　　　　Last Name

Case number (*if known*)　**16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1824.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

JASON DANIEL VAVRINA
49 TUCKER LANE
BAYFIELD, CO 81122

---

**2.1825.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

JASON H WHEELER
1309 N 14TH ST
MARYSVILLE, KS 66508

---

**2.1826.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

JASON HARRIS & JENNIFER HARRIS
15240 80TH ROAD
ERIE, KS 66733

---

**2.1827.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

JASON R BOURNE
3715 SHORE AVE
EVERETT, WA 98203

---

**2.1828.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

JAY B PENDLETON
22 VALOR LANE
LEVITTOWN, PA 19054-1004

---

**2.1829.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

JAY BEE ROYALTY, LLC
1720 US HIGHWAY 22 CTR
UNION, NJ '07083

Debtor 1  **PostRock Energy Corporation**
            First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.1830. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAY C & KRISTINA R BARNHART**<br>**16600 MARSHALL RD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1831. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JAY D & SHARON K HICKS, H/W**<br>**775 SOUTH LIBERTY ROAD**<br>**CHERRYVALE, KS 67335-5709** |
| | List the contract number of any government contract | | |

| 2.1832. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.1833. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.1834. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | | |

| 2.1835. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **UNKNOWN** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1836. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining **UNKNOWN** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1837. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| | State the term remaining **UNKNOWN** | **JAY D HICKS**<br>**206 EAST 6TH, APT 6-B**<br>**CHERRYVALE**<br>**KS, US 67355** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1838. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining **Unknown** | **JAY D LAMONS & ELLA J LAMONS**<br>**20530 NESS ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1839. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining **Unknown** | **JAY HAWLEY STAFFORD**<br>**127 ROAD RUNNER DRIVE**<br>**PONCA CITY, OK 74604-5172** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1840. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining **Unknown** | **JD COOK, INC**<br>**P.O. BOX 373**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | |

Debtor 1   **PostRock Energy Corporation**
   First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1841.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEAN ALKIRE**
**HC 71 BOX 114**
**AUGUSTA, WV 26704**

---

**2.1842.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEANNE A EPPERSON**
**690 CEDAR RIDGE DRIVE**
**NEOSHO, MO 64850**

---

**2.1843.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JEANNE A EPPERSON**
**690 CEDAR RIDGE DRIVE**
**NEOSHO**
**MO, US 64850**

---

**2.1844.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEANNE C BERRY**
**PO BOX 102**
**TORNADO, WV 25202**

---

**2.1845.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JEANNETTE HOLTZBACH**
**2140 MENTONE BLVD., #164**
**MENTONE, CA 92359**

---

**2.1846.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JEFF CHADWELL**
**2398 INDEPENDENCE ROAD**
**SEDAN, KS 67361**

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.1847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JEFF KEPHART**<br>**4230 DOUGLAS ROAD**<br>**THAYER, KS 66776** |
|  | List the contract number of any government contract |  |  |

| 2.1848. | State what the contract or lease is for and the nature of the debtor's interest | **27th floor Sublease of Miller Dollarhide, P.C.- OK Tower** |  |
|---|---|---|---|
|  | State the term remaining | **17  months** | **JEFFERSON & TREVILLION INC**<br>**ATTN: JEFF TREVILLION**<br>**210 PARK AVE**<br>**SUITE 2700**<br>**OKLAHOMA CITY, OK 73102** |
|  | List the contract number of any government contract |  |  |

| 2.1849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JEFFERY D MOORE**<br>**1604 CEDAR LANE**<br>**PONCA CITY, OK 74604** |
|  | List the contract number of any government contract |  |  |

| 2.1850. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JEFFERY L PETERSON & DANNY**<br>**14680 115TH ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract |  |  |

| 2.1851. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **JEFFERY TODD & MELISSA G GREEN**<br>**837 3000 RD**<br>**EDNA, KS 67342** |
|  | List the contract number of any government contract |  |  |

| 2.1852. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JEFFREY & CHARLOTTE KEPHART**<br>**4230 DOUGLAS RD**<br>**THAYER, KS 66776** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
            First Name        Middle Name            Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.1853. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JEFFREY & HAILEY DEAN JTWROS** |
| | List the contract number of any government contract | _____ | **23546 1900 ROAD**<br>**CHANUTE, KS 66720** |

| 2.1854. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JEFFREY & SANDRA GOINS** |
| | List the contract number of any government contract | _____ | **5693 CR 5700**<br>**CHERRYVALE, KS 67335** |

| 2.1855. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JEFFREY D & DEBORAH NOAKES** |
| | List the contract number of any government contract | _____ | **606 SOUTH EAST STREET**<br>**ERIE, KS 66733** |

| 2.1856. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JEFFREY D HULL & JOYCE R HULL** |
| | List the contract number of any government contract | _____ | **17438 1200 RD**<br>**ALTOONA, KS 66710** |

| 2.1857. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **JEFFREY JAMES WILLIAMS** |
| | List the contract number of any government contract | _____ | **5143 N. REMINGTON**<br>**BEL AIRE, KS 67226** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1858.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JEFFREY LYNN SMITH & TERRY**
**23072 CHASE RD**
**CHERRYVALE, KS 67335**

---

**2.1859.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JEFFREY S FOWLER**
**2380 W MAIN**
**CHANUTE, KS 66720**

---

**2.1860.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**JEFFREY S FOWLER**
**2380 W MAIN**
**CHANUTE**
**KS, US 66720**

---

**2.1861.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JENNIE L UMBARGER**
**6725 FORD RD**
**THAYER, KS 66776**

---

**2.1862.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JENNIE LEE MANGUM**
**1215 WEST MARTIN STREET**
**CHERRYVALE, KS 67335**

---

**2.1863.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**JENNIFER ALLEN**
**736 LOWER DONNALLY RD**
**CHARLESTON, WV 25304**

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1864. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JENNIFER E BUCKBEE**<br>**5417 LOWELL STREET**<br>**OVERLAND PARK, KS 66202** |
| | List the contract number of any government contract | | |

| 2.1865. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JENNIFER MELLERT**<br>**219 COURT ST, SW**<br>**HUNTINGTON, WV 25704** |
| | List the contract number of any government contract | | |

| 2.1866. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JENNIFER SMITH-BEAL**<br>**803 PINE STREET**<br>**HUMBOLDT, KS 66749** |
| | List the contract number of any government contract | | |

| 2.1867. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERALD G & BARBARA KUEHN**<br>**ROUTE 1, BOX 335**<br>**SOUTH COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.1868. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JEREMY B THORNTON**<br>**510 W NEOSHO**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1869. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JEREMY BOSS**<br>**679 24500 ROAD**<br>**DENNIS, KS 67341** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Unknown**

List the contract number of any government contract   _____

---

2.1870.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**JERICHO OIL (OKLAHOMA) CORP**
**1100-888 DUNSMUIR STREET**
**VANCOUVER, BC V6C 3K4**

---

2.1871.   State what the contract or lease is for and the nature of the debtor's interest   **Third Party Production Agreement**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**JERICHO OIL (OKLAHOMA) CORP**
**1100-888 DUNSMUIR STREET**
**VANCOUVER, BC V6C 3K4**

---

2.1872.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**JERRY D & MARY R JORDAN**
**16665 FORD ROAD**
**CHANUTE, KS 66720**

---

2.1873.   State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**JERRY D & MARY R JORDAN**
**16665 FORD ROAD**
**CHANUTE**
**KS, US 66720**

---

2.1874.   State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**JERRY D & MARY R JORDAN**
**16665 FORD ROAD**
**CHANUTE**
**KS, US 66720**

---

Debtor 1    **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number (*if known*)    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1875. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERRY D & PATRICIA A STATES** |
| | List the contract number of any government contract | | **220 S OSAGE AVE**<br>**SHAWNEE, OK 74801** |

| 2.1876. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JERRY D HALL TRST JERRY D HALL, TTEE** |
| | List the contract number of any government contract | | **9267 MARION RD**<br>**FREDONIA**<br>**KS, US 66736** |

| 2.1877. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERRY D HUGHES & MARTHA D** |
| | List the contract number of any government contract | | **6275 160TH ROAD**<br>**CHANUTE, KS 66720** |

| 2.1878. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERRY L & DORIS A KENDALL** |
| | List the contract number of any government contract | | **971 2000 ROAD**<br>**EDNA, KS 67342** |

| 2.1879. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JERRY M GREER TRST** |
| | List the contract number of any government contract | | **105 MILLVIEW RD**<br>**SALINA, KS 67401** |

| 2.1880. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JERRY M GREER TRST DANNY L THOMAS - TTEE** |
| | List the contract number of any | | **105 MILLVIEW RD**<br>**SALINA**<br>**KS, US 67401** |

Debtor 1  **PostRock Energy Corporation**
         First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| government contract | | |

| 2.1881. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY M GREER TRST DANNY L THOMAS - TTEE** **105 MILLVIEW RD** **SALINA** **KS, US 67401** |
| | List the contract number of any government contract | | |

| 2.1882. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JERRY W & H ELAINE HOUSLEY,** **15001 GROVE RD** **MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.1883. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JERRY W & SHERRIE E BRANT,** **4070 120TH RD** **THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.1884. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1885. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.1886. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JERRY W & SHERRIE E BRANT, H/W JTS** **4070 120TH RD** **THAYER** **KS, US 66776** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|  | List the contract number of any government contract | | |

| 2.1887. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS 4070 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1888. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS 4070 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1889. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS 4070 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1890. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS 4070 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.1891. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | JERRY W & SHERRIE E BRANT, H/W JTS 4070 120TH RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1892.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS**
**4070 120TH RD**
**THAYER**
**KS, US 66776**

**2.1893.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS**
**4070 120TH RD**
**THAYER**
**KS, US 66776**

**2.1894.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS**
**4070 120TH RD**
**THAYER**
**KS, US 66776**

**2.1895.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS**
**4070 120TH RD**
**THAYER**
**KS, US 66776**

**2.1896.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS**
**4070 120TH RD**
**THAYER**
**KS, US 66776**

**2.1897.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**JERRY W & SHERRIE E BRANT, H/W JTS**
**4070 120TH RD**
**THAYER**
**KS, US 66776**

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.1898.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776**

**2.1899.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776**

**2.1900.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776**

**2.1901.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776**

**2.1902.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JERRY W & SHERRIE E BRANT, H/W JTS
4070 120TH RD
THAYER
KS, US 66776**

**2.1903.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**JERRY W BRANT
4070 120TH ROAD
THAYER, KS 66776**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

---

| 2.1904. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **JILL & DALE ORTH, W&H** |
| | List the contract number of any government contract | | **2003 MILL CREEK DR.** **ARLINGTON, TX 76010** |

---

| 2.1905. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **JILL ORTH** |
| | List the contract number of any government contract | | **2003 MILL CREEK DRIVE** **ARLINGTON, TX 76010** |

---

| 2.1906. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **JIM & MARGIE MCDANNALD, JT** |
| | List the contract number of any government contract | | **1011 GRIDER DRIVE** **GALLATIN, TN 37066-8458** |

---

| 2.1907. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **JIM ARDEN GILBREATH & MARTHA** |
| | List the contract number of any government contract | | **45 COVINGTON LANE** **MAMMOTH LAKES, CA 93546** |

---

| 2.1908. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **JIM DEEM** |
| | List the contract number of any government contract | | **P. O. BOX 391** **HEPZIBAH, WV 26369** |

---

Debtor 1    **PostRock Energy Corporation**                                   Case number *(if known)*    **16-11230-SAH**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1909. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIM L TRANSUE**<br>**199-3000 RD.**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.1910. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMEY R SMITH**<br>**900 ALICE, APT. 25**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1911. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMIE C HUGHES**<br>**106 NETTLECREEK**<br>**FAIRPORT, NY 14450** |
| | List the contract number of any government contract | | |

| 2.1912. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMY D & JOAN E PLUTE -**<br>**315 S. DELAWARE**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.1913. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JIMMY D CARTER**<br>**11406 UDALL**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.1914. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Jimmy D. Carter**<br>**11406 UDALL**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**                          Case number (*if known*)  **16-11230-SAH**
_____
First Name          Middle Name          Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1915. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Jimmy D. Carter**<br>**11406 UDALL**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | | |

| 2.1916. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JIMMY KLINTWORTH**<br>**8996 STATE RT 62**<br>**KILLBUCK, OH 44637** |
| | List the contract number of any government contract | | |

| 2.1917. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JIMMY O & MARILYN S FARMER**<br>**14648 SCOTT RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.1918. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JIMMY OMER & MARY ALICE WOODY**<br>**ROUTE 1, BOX 328**<br>**SOUTH COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.1919. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JIMMY R SMITH IRREVOCABLE TR**<br>**633 23000 RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.1920. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JO ANN CHAPPELL**<br>**4 CIRCLE DRIVE**<br>**BERRYVILLE, VA 22611** |

Debtor 1  **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.1921. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JO LYNN WRIGHT** |
| | List the contract number of any government contract | | **12226 E. 81ST PL. N.** |
| | | | **OWASSO, OK 74055** |

| 2.1922. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOAN FOGGIN** |
| | List the contract number of any government contract | | **610 55TH** |
| | | | **VIENNA, WV 26105** |

| 2.1923. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOAN HIGGS** |
| | List the contract number of any government contract | | **1304 NEMESIA PLACE NE** |
| | | | **ALBUQUERQUE, NM 87112** |

| 2.1924. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOAN JONES** |
| | List the contract number of any government contract | | **15 DEVONSHIRE COURT** |
| | | | **MIDDLETOWN, NJ '07748** |

| 2.1925. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOAN KNIGHT** |
| | List the contract number of any government contract | | **34 SAWMILL RD** |
| | | | **CULLODEN, WV 25510-9576** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1926.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JOAN ROSEMANNE PARK &
6213 SAWGRASS PLACE
BARTLESVILLE, OK 74006

---

**2.1927.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JOAN W DOTSON
730 10TH ST. DR NW
CONOVER, NC 28613

---

**2.1928.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JOE A DAYER
11402 N 131 E AVE
OWASSO, OK 74055

---

**2.1929.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JOE A HELMS SR & CONNIE K
24080-B FINNEY ROAD
DENNIS, KS 67341

---

**2.1930.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

JOE ALLEN BUTTS
598 17500 RD
CHERRYVALE, KS 67335

---

**2.1931.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

JOE D & SHARON J KEPHART
6355 50TH ROAD
THAYER, KS 66776

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|     government contract | |

| 2.1932. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOE D & TINA R KNIGHT H/W J/T**<br>**9740 NESS RD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.1933. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOE D CLEVENGER**<br>**1163 23000 RD**<br>**PARSON, KS 67357** |
| | List the contract number of any government contract | | |

| 2.1934. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOE D CLEVENGER**<br>**1163 23000 RD**<br>**PARSON**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1935. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOE D CLEVENGER**<br>**1163 23000 RD**<br>**PARSON**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1936. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOE HARRIS & SONDRA HARRIS**<br>**9605 QUEEN ROAD**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.1937. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOE N DAYER**<br>**2222 HERITAGE GARDEN COURT**<br>**ENID, OK 73703** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining  **Unknown** | |
| List the contract number of any government contract  _____ | |

| 2.1938. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOE R LAIN & SAMMIE L LAIN, JT** |
| | List the contract number of any government contract  _____ | | **RT 1 BOX 192**  **S COFFEYVILLE, OK 74072** |

| 2.1939. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOE SHIELDS & MELBA SHIELDS** |
| | List the contract number of any government contract  _____ | | **6885 IRVING ROAD**  **GALESBURG, KS 66740** |

| 2.1940. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN & BEVERLY ALTMAN** |
| | List the contract number of any government contract  _____ | | **10255 MEADE RD**  **ERIE, KS 66733** |

| 2.1941. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN & DEBRA HEADY** |
| | List the contract number of any government contract  _____ | | **1767 CR 1425**  **CANEY, KS 67333** |

| 2.1942. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN & JOYCE COONS** |
| | List the contract number of any government contract  _____ | | **2233 CR 4300**  **COFFEYVILLE**  **KS, US 67337** |

Debtor 1   **PostRock Energy Corporation**                                          Case number *(if known)*   **16-11230-SAH**
_____
First Name         Middle Name              Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1943.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | _____

**JOHN & JULIE STEWART
17620 GRADY ROAD
CHANUTE, KS 66720**

---

**2.1944.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | _____

**JOHN & RAMONA CULBERTSON
147 MEADOW PLACE
WINDSOR, CA 95492**

---

**2.1945.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | _____

**JOHN & ROBIN COOK
715 FOX AVE
HARRISVILLE, WV 26362-1103**

---

**2.1946.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN**

List the contract number of any government contract | _____

**John & Sherry Cope
ROUTE 1, BOX 18C
THAYER
KS, US 66776**

---

**2.1947.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT**

State the term remaining | **UNKNOWN**

List the contract number of any government contract | _____

**John & Sherry Cope
ROUTE 1, BOX 18C
THAYER
KS, US 66776**

---

**2.1948.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any

**JOHN A & JANET S KRAMER
7750 JACKSON RD
GALESBURG, KS 66740**

Debtor 1   **PostRock Energy Corporation**
    First Name         Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1949. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN A & LUCINDA J HAGER
6125 70TH ROAD
THAYER, KS 66776**

---

2.1950. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN A & WINIFRED GUYAN DAVIS
10175 50TH ROAD
GALESBURG, KS 66740**

---

2.1951. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN A &/OR SHIRLEY A BRINKMAN
ROUTE 1, BOX 358
SOUTH COFFEYVILLE, OK 74072**

---

2.1952. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN A ELLIOTT, TTEE OF THE
511 BIRKDALE CIRCLE
WICHITA, KS 67230**

---

2.1953. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN A KRAMER
7750 JACKSON RD
GALESBURG, KS 66740**

---

2.1954. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**JOHN A. HEAD REVOCABLE TRUST
2975 65 ROAD
THAYER, KS 66776**

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |

| 2.1955. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOHN C & BARBARA J FRASER, H/W |
| | List the contract number of any government contract | | 119 N 15TH STREET FREDONIA, KS 66736 |

| 2.1956. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOHN C & JUANITA E MEARS, |
| | List the contract number of any government contract | | 4100 240TH ROAD CHANUTE, KS 66720 |

| 2.1957. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOHN C & LINDA COLE RUBOW, |
| | List the contract number of any government contract | | PO BOX 705 CHANUTE, KS 66720 |

| 2.1958. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOHN C DIEDIKER, TTEE OF |
| | List the contract number of any government contract | | 24064 KIOWA RD PARSONS, KS 67357 |

| 2.1959. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | JOHN C FRASER |
| | List the contract number of any government contract | | 119 N 15TH STREET FREDONIA, KS 66736 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
               First Name       Middle Name       Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1960.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN C KIRKPATRICK REV TRST
P.O. BOX 3048
TULSA, OK 74101**

---

**2.1961.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JOHN C RUBOW & LINDA COLE RUBOW, H/W
PO BOX 563
CHANUTE
KS, US 66720**

---

**2.1962.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JOHN C RUBOW & LINDA COLE RUBOW, H/W
PO BOX 563
CHANUTE
KS, US 66720**

---

**2.1963.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN C WELLS & DEBORAH W WELLS
14135 90TH RD
ERIE, KS 66733**

---

**2.1964.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN CLINTON WALKER DBA
14403 FAIRWAY ST
LEAWOOD, KS 66224**

---

**2.1965.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JOHN D BAUGHER
1247 20000 RD
PARSONS, KS 67357**

Debtor 1   **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.1966.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JOHN D LAW
3917 9TH AVE.
PARKERSBURG, WV 26101**

---

2.1967.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JOHN D TILLACK
3311 S MAGNOLIA ST
DENVER, OK 80224**

---

2.1968.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JOHN DEMERITT
P.O. BOX 156
CHANUTE, KS 66720**

---

2.1969.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JOHN E & YOUNDA D FLOYD,
PO BOX 724
WHITEWRIGHT, TX 75491**

---

2.1970.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**JOHN E CAMPANELLA
2401 S. SANTA FE AVE. # 207
VERNON, CA 90058-1150**

---

2.1971.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**JOHN E STEINMITZ
26419 VINTAGE TRACE DR
CLAREMORE, OK 74019**

---

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.1972. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JOHN EUGENE & LAVETA M MAHAN, 11057 KIOWA RD ALTAMONT, KS 67330** |
|  | List the contract number of any government contract | _____ |  |

| 2.1973. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JOHN F & MARY C GELWICK 340 N GREEN STREET WICHITA, KS 67214** |
|  | List the contract number of any government contract | _____ |  |

| 2.1974. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JOHN F ERWIN RT 1, BOX 74 NEW MILTON, WV 26411** |
|  | List the contract number of any government contract | _____ |  |

| 2.1975. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JOHN FAIL 101 BIG OAK LANE MARBLE FALLS, TX 78654** |
|  | List the contract number of any government contract | _____ |  |

| 2.1976. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **JOHN G SCHULTZ 17275 ELK ROAD CHANUTE, KS 66720** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1977.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN H LAKEY
RT 1 BOX 10
DELAWARE, OK 74027**

---

**2.1978.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN K BRUNGARDT
10242 WALMER
OVERLAND PARK, KS 66212**

---

**2.1979.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN KEVIN STOUT
RT 1 BOX 147
CAIRO, WV 26337**

---

**2.1980.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN L BLAIR
11305 KIOWA ROAD
GALESBURG, KS 66740**

---

**2.1981.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN L DAVIDSON
371 WOODLAWN MANOR
LAWRENCE, KS 66049**

---

**2.1982.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JOHN L GOOD
1086 2600 ROAD
PARSONS, KS 67357**

---

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.1983. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1984. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1985. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1986. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1987. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.1988. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **JOHN L GOOD**<br>**1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |

Debtor 1    **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.1989. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD** |
| | List the contract number of any government contract | _____ | **1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |

| 2.1990. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN L GOOD** |
| | List the contract number of any government contract | _____ | **1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |

| 2.1991. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN L SIMMONS & PATRICIA M** |
| | List the contract number of any government contract | _____ | **4750 NESS RD**<br>**PARSONS, KS 67357** |

| 2.1992. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN L SIMMONS & PATRICIA M** |
| | List the contract number of any government contract | _____ | **4750 NESS RD**<br>**PARSONS**<br>**KS, US 67357** |

| 2.1993. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **John L. Good** |
| | List the contract number of any government contract | _____ | **1086 2600 ROAD**<br>**PARSONS**<br>**KS, US 67357** |

Debtor 1    **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1994.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

John L. Good
1086 2600 ROAD
PARSONS
KS, US 67357

---

**2.1995.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

JOHN L. MOYERS, JR.
P.O. BOX 69
BARLOW, OH 45712

---

**2.1996.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

JOHN LEONARD STEPHENS
620 SOUTH RUFFNER DR.
CHARLESTON, WV 25311

---

**2.1997.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

JOHN M & JANET E RAUSCH, H/W
24295 CHASE RD
CHANUTE, KS 66720

---

**2.1998.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

JOHN M & SHERRY L COPE
ROUTE 1, BOX 18C
THAYER
KS, US 66776

---

**2.1999.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any

JOHN M & SHERRY L COPE
ROUTE 1, BOX 18C
THAYER
KS, US 66776

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2000. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN M DENMAN OIL CO, INC**<br>**P.O. BOX 36**<br>**SEDAN, KS 67361** |
| | List the contract number of any government contract | | |

| 2.2001. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN M JUNGLES, JR & DEBORAH**<br>**566 23000 ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.2002. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN M RAUSCH**<br>**24295 CHASE RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2003. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOHN MCDOWELL**<br>**PO BOX 665**<br>**HAMLIN, WV 25523** |
| | List the contract number of any government contract | | |

| 2.2004. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOHN MEARS**<br>**4100 240 RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2005. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOHN P LAKIN & CAROL S LAKIN,**<br>**3510 BELMONT**<br>**PARSONS, KS 67357** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**

First Name            Middle Name            Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | |

| 2.2006. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHN P MEIWES**<br>**12925 59TH SW**<br>**MINCO, OK 73059** |

| 2.2007. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHN P STEPHENS**<br>**2800 INDUSTRY RD.**<br>**ROOTSTOWN, OH 44272** |

| 2.2008. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHN R & ELIZABETH A ZANOVICH,**<br>**10824 S. 93RD EAST AVE**<br>**TULSA, OK 74133-6181** |

| 2.2009. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHN R & GAYLA N EDWARDS,**<br>**21345 OTTAWA ROAD**<br>**ERIE, KS 66733** |

| 2.2010. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |
|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | **JOHN R & KAREN S WALTERS, H/W**<br>**15670 240TH RD**<br>**ERIE, KS 66733** |

Debtor 1   **PostRock Energy Corporation**
   First Name   Middle Name   Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2011.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN R & MAVIS GARD
16678 OTTAWA ROAD
ERIE, KS 66733**

---

**2.2012.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN S POSTON LIV TRST
P O BOX 75225
WICHITA, KS 67275**

---

**2.2013.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN S SPIRIDULIAS
23641 GOLDEN SPRINGS DR
SPACE C-14
DIAMOND BAR, CA 91765**

---

**2.2014.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOHN W & CAROL A SMITH
6030 HARPER ROAD
EDNA, KS 67342**

---

**2.2015.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**JOHN W & CAROL A SMITH
6030 HARPER ROAD
EDNA
KS, US 67342**

---

**2.2016.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JOHN W & DEANNE L DEAN
309 W. NEOSHO AVE
THAYER, KS 66776**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**
          First Name    Middle Name    Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2017.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**JOHN W EARLE**
**13950 TIMBERVIEW**
**SHELBY TOWNSHIP, MI 48315**

---

**2.2018.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**JOHN W LARUE & DOROTHY LARUE**
**11400 190TH ROAD**
**CHANUTE, KS 66720**

---

**2.2019.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**JOHN W WALKER, JR**
**6170 SE 40TH**
**EL DORADO, KS 67042**

---

**2.2020.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**JOHN W YERKEY**
**135 N. PARK DR.**
**WADSWORTH, OH 44281**

---

**2.2021.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**JOHN W. GASKINS**
**732 N. 6TH STREET**
**STEWARD, NE 68434**

---

**2.2022.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

**JOHNNIE & PHYLLIS KARRY REV TR**
**2207 BROADWAY AVE**
**PARSONS, KS 67357**

---

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.2023. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**JOHNNY G ELI, TTEE OF THE**
**P.O. BOX 159**
**EDNA, KS 67342**

| 2.2024. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**JOHNNY K AYERS**
**106 BRONSON ST**
**ST MARYS, WV 26170-4553**

| 2.2025. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**JOHNNY N SCHROCK AND KATIE**
**715 2500 ROAD**
**DENNIS, KS 67341**

| 2.2026. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**JOHNNY RAY RIDDLE**
**P.O. BOX 424**
**CHESAPEAKE, OH 45619-0424**

| 2.2027. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|  | State the term remaining | **Unknown** |
|  | List the contract number of any government contract | _____ |

**JOLINDA F WARD**
**4113 LINDSEY DR.**
**MANHATTAN, KS 66502**

Debtor 1  **PostRock Energy Corporation**                                      Case number *(if known)*    **16-11230-SAH**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2028.  State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOLINDA F WARD
4113 LINDSEY DR.
MANHATTAN, KS 66502**

---

2.2029.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOLYNN SLAUGHTER
12726 N. NEW REFLECTION DRIVE
MARANA, AZ 85658**

---

2.2030.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JON D & MARY F BURGHART, H/W
41600 N. VARGAS DRIVE
SAN TAN VALLEY, AZ 85140**

---

2.2031.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JONATHAN R LEWIS
103 EVENING STAR CIRCLE
RED OAK, TX 75154**

---

2.2032.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JONATHAN R SMITH
7929 BATTURE DR
SHREVEPORT, LA 71115**

---

2.2033.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**JONATHAN W NORRIS & MARY A
20090 HARPER RD
MOUND VALLEY, KS 67354**

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2034.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JONES & BUCK DEVELOPMENT**
**777 STATE HWY 99**
**PO BOX 68**
**SEDAN, KS 67361**

---

**2.2035.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOSEFINA BLANCO-RIVAS**
**4021 GULF SHORE BLVD. N**
**APT 501**
**NAPLES, FL 34103**

---

**2.2036.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Joseph & Caroline Stottmann**
**25037 LYON ROAD**
**PARSONS**
**KS, US 67357**

---

**2.2037.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Joseph & Caroline Stottmann**
**25037 LYON ROAD**
**PARSONS**
**KS, US 67357**

---

**2.2038.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**JOSEPH & CHARLOTTE STOTTMANN**
**25037 LYON ROAD**
**PARSONS, KS 67357**

---

**2.2039.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**JOSEPH A & DEBRA L THORNTON JT**
**11305 HWY 59**
**ERIE, KS 66733**

---

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining　**Unknown**

List the contract number of any government contract　_____

---

2.2040.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

　　State the term remaining　**Unknown**

　　List the contract number of any government contract　_____

JOSEPH A BRINKMAN
BOX 132
LENAPAH, OK 74042

---

2.2041.　State what the contract or lease is for and the nature of the debtor's interest　**LAND USE AGREEMENT**

　　State the term remaining　**UNKNOWN**

　　List the contract number of any government contract　_____

JOSEPH A BRINKMAN
BOX 132
LENAPAH
OK, US 74042

---

2.2042.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

　　State the term remaining　**Unknown**

　　List the contract number of any government contract　_____

JOSEPH A SCARPINO
6 BLANKET FLOWER CR
SANTA FE, NM 87506

---

2.2043.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

　　State the term remaining　**Unknown**

　　List the contract number of any government contract　_____

JOSEPH CHRISTOPHER CARSON TRST
24073 VINE RD
PARSONS, KS 67357

---

2.2044.　State what the contract or lease is for and the nature of the debtor's interest　**Royalty Payments**

　　State the term remaining　**Unknown**

　　List the contract number of any government contract　_____

JOSEPH D GARTRELL
P O BOX 31
NEW PHILADELPHIA, OH 44663

---

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2045. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH E & DORIS J CAMPBELL** |
| | List the contract number of any government contract | | **26 HILLSDALE CIRCLE** |
| | | | **SCOTT DEPOT, WV 25560** |

| 2.2046. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH E RELPH II & LYNSEE N** |
| | List the contract number of any government contract | | **14160 QUINTER ROAD** |
| | | | **ALTOONA, KS 66710** |

| 2.2047. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH J STOTTMANN & CHARLOTTE** |
| | List the contract number of any government contract | | **25037 LYON RD.** |
| | | | **PARSONS, KS 67357** |

| 2.2048. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH L & CAROL L NEWBY** |
| | List the contract number of any government contract | | **3345 80TH ROAD** |
| | | | **THAYER, KS 66776** |

| 2.2049. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH N & FRANCES M** |
| | List the contract number of any government contract | | **SCHOENECKER LIV TR** |
| | | | **20151 NESS RD** |
| | | | **BENEDICT, KS 66714** |

| 2.2050. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH R & ALICE E ROBINSON** |
| | List the contract number of any | | **9475 50TH ROAD** |
| | | | **GALESBURG, KS 66740** |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2051. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH R GORMLEY, JR & ALLIE M**<br>**2311 W. 3RD ST. TERRACE**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2052. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH R HANSEN REV TRST**<br>**19150 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2053. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOSEPH R HANSEN REV TRST JOSEPH R HANSEN**<br>**19150 ANDERSON ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSEPH R ROBINSON**<br>**9475 50TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2055. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **JOSEPH W & KATHERINE J BILLER**<br>**1133 CAMBRIDGE DR.**<br>**YUKON**<br>**OK, US 73099** |
| | List the contract number of any government contract | | |

| 2.2056. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **JOSEPH W & REBECKA K STICH**<br>**8740 150TH ROAD**<br>**CHANUTE, KS 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1 **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.2057. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JOSEPH W BILLER &** |
| | List the contract number of any government contract | | **1133 CAMBRIDGE DR.** |
| | | | **YUKON, OK 73099** |

| 2.2058. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JOSEPH W BILLER REV LIV TRST** |
| | List the contract number of any government contract | | **1133 CAMBRIDGE DR** |
| | | | **YUKON, OK 73099** |

| 2.2059. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JOSEPH W RITTER** |
| | List the contract number of any government contract | | **5180 CHASE ROAD** |
| | | | **THAYER, KS 66776** |

| 2.2060. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JOSEPH W STICH** |
| | List the contract number of any government contract | | **8740 150TH ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.2061. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JOSEPHINE BAUGH** |
| | List the contract number of any government contract | | **PO BOX 682** |
| | | | **TEXHOMA, TX 73949** |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2062. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSHUA & KAISHA NOVOTNY**<br>**240 PLUM DRIVE**<br>**AUSTIN, AR 72007** |
| | List the contract number of any government contract | | |

| 2.2063. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSHUA K MEIGS & JENNIFER LEE**<br>**16866 1800 RD**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.2064. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSHUA W. KINSCH**<br>**1309 S 32ND ST**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2065. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOSIAH D & AMANDA G KEPHART,**<br>**4270 GRAY RD.**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2066. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOY E GOOD**<br>**BOX 12**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.2067. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOY SPINO**<br>**1771 VICTORY AVE.**<br>**GRAFTON, WV 26354** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2068. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE ELAINE CARSON TRST**<br>**24073 VINE RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2069. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE K BURROWS**<br>**2292 STATE RT, #555**<br>**LITTLE HOCKING, OH 45742** |
| | List the contract number of any government contract | | |

| 2.2070. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE L MAXSON, INDIV & JOYCE**<br>**PO BOX 451413**<br>**GROVE, OK 74345-1413** |
| | List the contract number of any government contract | | |

| 2.2071. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE MINK**<br>**RT 1 BOX 147**<br>**S. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.2072. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JOYCE WILSON**<br>**150 CR 4603**<br>**BOGATA, TX 75417** |
| | List the contract number of any government contract | | |

| 2.2073. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JOYCLYN SUE BUNCH**<br>**140 CHANDLER DR**<br>**SHINNSTON, WV 26431-9637** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
_____

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **Unknown**

List the contract number of any
government contract
_____

---

2.2074.  State what the contract or
lease is for and the nature of
the debtor's interest        **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any
government contract
_____

**JUANITA E THOMPSON
1309 SACKETT AVE.
CUYAHOGA FALLS, OH 44223**

---

2.2075.  State what the contract or
lease is for and the nature of
the debtor's interest        **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any
government contract
_____

**JUDITH A DOLVEN
130 SEARS RD
GOSHEN, MA 10320**

---

2.2076.  State what the contract or
lease is for and the nature of
the debtor's interest        **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any
government contract
_____

**JUDITH A HILL
1604 CEDAR LANE
PONCA CITY, OK 74604**

---

2.2077.  State what the contract or
lease is for and the nature of
the debtor's interest        **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any
government contract
_____

**JUDITH ANN FAGER
9905 PRATT ROAD
ERIE, KS 66733**

---

2.2078.  State what the contract or
lease is for and the nature of
the debtor's interest        **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any
government contract
_____

**JUDITH ANN FAGER-LIFE ESTATE
9905 PRAT ROAD
ERIE, KS 66733**

---

Debtor 1  **PostRock Energy Corporation**
_____     Case number _(if known)_  **16-11230-SAH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2079. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JUDITH ANN SMITH**<br>**507 SHERIDAN**<br>**ST. PAUL, KS 66771** |
| | List the contract number of any government contract | | |

| 2.2080. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JUDITH ELLIOTT-DZUBAY**<br>**672 W LOCUST ST**<br>**WILMINGTON, OH 45177** |
| | List the contract number of any government contract | | |

| 2.2081. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JUDITH LAURENE COKELEY**<br>**10841 S FAIRWAY POINT COURT**<br>**VAIL, AZ 85641** |
| | List the contract number of any government contract | | |

| 2.2082. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JUDITH M & GREGORY P FARBER**<br>**7001 SOUTH 99TH STREET EAST**<br>**DERBY, KS 67037** |
| | List the contract number of any government contract | | |

| 2.2083. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JUDITH M VINER**<br>**1605 HOFFMAN DRIVE**<br>**LOVELAND, CO 80538** |
| | List the contract number of any government contract | | |

| 2.2084. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **JUDY A STEPHENS**<br>**961 VILLAGE GREEN CT.**<br>**NEWARK, OH 43055** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |

| 2.2085. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JUDY JO GORDON**<br>**3061 WEST 92ND, NO 13-A**<br>**WESTMINISTER, CO 80031** |
| | List the contract number of any government contract | | |

| 2.2086. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JUDY M POWERS FROEHLICH &**<br>**20 S. TENNESSEE**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2087. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JUDY M WATSON**<br>**RT 1 BOX 52**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.2088. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JULIA D MATHENY**<br>**12 CARPENTERS RUN RD**<br>**WAVERLY, WV 26184-3376** |
| | List the contract number of any government contract | | |

| 2.2089. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **JULIA N COOPER**<br>**1730 DEVIL HOLE RD**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.2090. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **JULIANNE J RIZZO**<br>**28055 CAMBRIDGE**<br>**HARRISON TWP, MI 48045** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name    Middle Name    Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2091. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **JULIE A GREGORY** |
| | List the contract number of any government contract | _____ | **45 SPRING HILLS RD** **GRAFTON, WV 26354** |

| 2.2092. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **JULIETTE M TATE** |
| | List the contract number of any government contract | _____ | **709 LEAWOOD DR** **PARSONS, KS 67357** |

| 2.2093. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **Justin & Jeannie McKee** **P.O. BOX 56** |
| | List the contract number of any government contract | _____ | **LENAPAH** **OK, US 74042** |

| 2.2094. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **JUSTIN & JEANNIE MCKEE** **P.O. BOX 56** |
| | List the contract number of any government contract | _____ | **LENAPAH** **OK, US 74042** |

| 2.2095. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **JUSTIN & MARY CALLARMAN** **PO BOX 150** |
| | List the contract number of any government contract | _____ | **NEODESHA, KS 66757** |

Debtor 1    **PostRock Energy Corporation**
            First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2096.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JUSTIN CARNAHAN BOND
808 WESTWOOD DRIVE
RICHARDSON, TX 75080**

---

**2.2097.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JUSTIN D. JANTZ
920 N. 6TH
FREDONIA, KS 66736**

---

**2.2098.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**JUSTIN D. JANTZ
920 N. 6TH
FREDONIA
KS, US 66736**

---

**2.2099.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**JUSTIN D. JANTZ
920 N. 6TH
FREDONIA
KS, US 66736**

---

**2.2100.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**JUSTIN MCKEE & JEANNIE MCKEE,
P.O. BOX 56
LENAPAH, OK 74042**

---

**2.2101.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**JUSTIN MILLARD
23251 E JONES ROAD
SEDRO WOLLEY, WA 98284**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2102. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **K P GOODNIGHT** |
| | List the contract number of any government contract | | **P. O. BOX 29**<br>**SMITHVILLE, WV 26178** |

| 2.2103. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KAISER-FRANCIS OIL CO** |
| | List the contract number of any government contract | | **DEPT. 637**<br>**TULSA, OK 74182** |

| 2.2104. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KANSAS 1178 LLC** |
| | List the contract number of any government contract | | **411 HILLSIDE DRIVE**<br>**CHANUTE, KS 66720** |

| 2.2105. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC** |
| | List the contract number of any government contract | | **411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2106. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC** |
| | List the contract number of any government contract | | **411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.2107. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **UNKNOWN** |
| List the contract number of any government contract | |

---

| 2.2108. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

| 2.2109. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

| 2.2110. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

| 2.2111. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

| 2.2112. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2113.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2114.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2115.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2116.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2117.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

---

**2.2118.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any

**KANSAS 1178 LLC**
**411 HILLSIDE DRIVE**
**CHANUTE**
**KS, US 66720**

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2119. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2120. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2121. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2122. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KANSAS 1178 LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2123. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Kansas 1178, LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2124. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **Kansas 1178, LLC**<br>**411 HILLSIDE DRIVE**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1   **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | **UNKNOWN** | |
|---|---|---|
| List the contract number of any government contract | | |

| 2.2125. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KANSAS OIL, INC** |
| | List the contract number of any government contract | | **16716 WICHITA RD** **CHANUTE, KS 66720** |

| 2.2126. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KANSAS PRODUCTION CO INC** |
| | List the contract number of any government contract | | **301 W 4TH STREET** **CANEY, KS 67333** |

| 2.2127. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KAREN & JIMMY DUFOE JTWROS** |
| | List the contract number of any government contract | | **2022 GRAY ROAD** **EDNA, KS 67342** |

| 2.2128. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KAREN A ROGERS** |
| | List the contract number of any government contract | | **26923 S. KAUFMANN** **HARRISONVILLE, MS 64701** |

| 2.2129. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KAREN A ROGERS** |
| | List the contract number of any government contract | | **26923 S. KAUFMANN** **HARRISONVILLE** **MS, US 64701** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**                    Case number *(if known)*  **16-11230-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2130.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

**2.2131.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

**2.2132.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

**2.2133.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

**2.2134.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

**2.2135.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

Debtor 1　**PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-11230-SAH**

　**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

**2.2136.** State what the contract or lease is for and the nature of the debtor's interest

　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**KAREN A ROGERS**
**26923 S. KAUFMANN**
**HARRISONVILLE**
**MS, US 64701**

---

**2.2137.** State what the contract or lease is for and the nature of the debtor's interest

　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**KAREN FAYE KEESEE**
**123 MIDVILLE HEIGHTS RD**
**LAVALETTE, WV 25535**

---

**2.2138.** State what the contract or lease is for and the nature of the debtor's interest

　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**KAREN HULL, WIDOW**
**13298 K 39**
**BENEDICT, KS 66714**

---

**2.2139.** State what the contract or lease is for and the nature of the debtor's interest

　**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

List the contract number of any government contract

**KAREN HULL, WIDOW**
**13298 K 39**
**BENEDICT**
**KS, US 66714**

---

**2.2140.** State what the contract or lease is for and the nature of the debtor's interest

　**Royalty Payments**

State the term remaining　**Unknown**

List the contract number of any government contract

**KAREN K MARS**
**1968 COUNTY ROAD 526**
**BAYFIELD, CO 81122-4688**

---

**2.2141.** State what the contract or lease is for and the nature of the debtor's interest

　**Royalty Payments**

**KAREN LOUISE MCINTYRE,**
**333 PATRICIA AVE.**
**WEIRTON, WV 26062**

---

Debtor 1   **PostRock Energy Corporation**                              Case number *(if known)*   **16-11230-SAH**
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.2142. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KAREN M FRITZ** |
| | List the contract number of any government contract | _____ | **119 SO. 5TH ST.** **MIFFLENBURG, PA 17844** |

| 2.2143. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KAREN R RICH** |
| | List the contract number of any government contract | _____ | **205 MONTEREY CT** **BOLINGBROOK, IL 60440** |

| 2.2144. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KAREN S KEHRLI** |
| | List the contract number of any government contract | _____ | **7619 HARRINGTON LANE** **BRADENTON, FL 34202** |

| 2.2145. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KAREN SUE STARR** |
| | List the contract number of any government contract | _____ | **215 CONGER ROAD** **WASHINGTON, WV 26181** |

| 2.2146. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KARL J SPINO** |
| | List the contract number of any government contract | _____ | **1661 VICTORY AVE** **GRAFTON, WV 26354** |

Debtor 1   **PostRock Energy Corporation**
_____   Case number *(if known)*   **16-11230-SAH**
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2147.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**KARL W OAKLEAF
13266 S. CEDAR
CLAREMORE, OK 74017**

**2.2148.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**KARLA C MENAUGH REV TR
3201 HARVARD ROAD
LAWRENCE, KS 66049**

**2.2149.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**KARLA J HOUSER
924 THIRD RUN RD
HARRISVILLE, WV 26362**

**2.2150.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**KATHERINE E WILLIAMS
167 SONGBIRD LANE
BERKLEY SPRINGS, WV 25411**

**2.2151.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**KATHERINE J BILLER REV LIV
1133 CAMBRIDGE DR.
YUKON, OK 73099**

**2.2152.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**KATHLEEN ANNE MENSINGER
257 BIG OAK DRIVE
LURAY, VA 22835**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

**2.2153.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

KATHLEEN D MCCULLEY
7470 SO. DAHLIA CT
CENTENNIAL, CO 80122

**2.2154.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

KATHLEEN H NICHOLLS
3 LAMBERTS LANE
STONINGTON, CT 06378-2905

**2.2155.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

KATHRYN E & JACK DYKE
513 27000TH ROAD
THAYER, KS 66776

**2.2156.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

KATHRYN KING FREDERICK
P.O. BOX 94
SMITHVILLE, WV 26178

**2.2157.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

KATHRYN L BROWN NICHOLSON
P.O. BOX 533
WOODLAKE, CA 93286-0533

**2.2158.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

KATHY A PRUITT & ROBERT E
12439 N. 172ND EAST AVE.
COLLINSVILLE, OK 74021

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.2159. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**KATHY CARRICO**
**3205 45TH ROAD**
**THAYER, KS 66776**

| 2.2160. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**KATHY L MATTOX**
**1195 E. MEADOW LANE**
**OLATHE, KS 66062**

| 2.2161. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**KATHY SCALISE**
**307 O'DONNELL LANE**
**CINNAMINSON, NJ '08077**

| 2.2162. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**KAY POWERS**
**453574 KIAWA ST**
**AFTON, OK 74331**

| 2.2163. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**KEITH & KAREN WADE**
**259 HOLLISTER RD**
**GRIFFITHSVILLE, WV 25521**

Debtor 1   **PostRock Energy Corporation**
        First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2164. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH M ASTON**<br>**HC 61, BOX 26**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.2165. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R & GLORIA J BEEMAN**<br>**430 2200 STREET**<br>**HUMBOLDT, KS 66748** |
| | List the contract number of any government contract | | |

| 2.2166. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT**<br>**6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2167. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT**<br>**6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2168. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT**<br>**6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2169. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT**<br>**6260 183RD ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
_____
First Name      Middle Name       Last Name

Case number *(if known)*   **16-11230-SAH**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2170. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT** |
| | List the contract number of any government contract | | **6260 183RD ROAD CHANUTE KS, US 66720** |

| 2.2171. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KEITH R & MARYLIN KRAFT** |
| | List the contract number of any government contract | | **6260 183RD ROAD CHANUTE KS, US 66720** |

| 2.2172. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R KIRK & JOYCE M KIRK** |
| | List the contract number of any government contract | | **2514 GREEN MEADOW COURT WICHITA, KS 67205** |

| 2.2173. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R KRAFT** |
| | List the contract number of any government contract | | **6260 183RD RD CHANUTE, KS 66720** |

| 2.2174. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KEITH R KRAFT & MARYLIN K** |
| | List the contract number of any government contract | | **6260 183RD ROAD CHANUTE, KS 66720** |

| 2.2175. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KEITH UMBARGER 13825 BROWN CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.2176. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **KELLI HEADY**<br>**708 SOUTH 31ST STREET**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2177. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **KELLY & JUDITH NEWBERRY**<br>**6770 KINGMAN ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2178. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Kelly & Judith Newberry**<br>**6770 KINGMAN ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.2179. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **KELLY D COOVER &**<br>**6300 KINGMAN ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2180. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **KELLY DIEDIKER**<br>**7527 SHOSHONE**<br>**BAYTOWN, TX 77521** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**
      First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2181.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**KELLY G BUSKE
881 22000 ROAD
PARSONS, KS 67357**

---

**2.2182.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**KELLY J HAUGHT
PO BOX 6
SMITHVILLE, WV 26178**

---

**2.2183.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**KENDALL L CLEVENGER
8535 59 HWY
ERIE, KS 66733**

---

**2.2184.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**KENEBREW MINERALS, LP
P.O. BOX 917
IDALOU, TX 79329**

---

**2.2185.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**KENNETH & KYRA CURNUUTE JTWROS
18043 GROVE ROAD
MOUND VALLEY, KS 67354-9265**

---

**2.2186.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any

**KENNETH & SHIRLEY FROEBE
18080 KIOWA RD
PARSONS, KS 67357**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

2.2187. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KENNETH C LAIRD**
**23233 CROFT**
**FLAT ROCK, MI 48134-1405**

---

2.2188. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KENNETH C VAN CLEAVE, JR &**
**9435 60TH ROAD**
**GALESBURG, KS 66740**

---

2.2189. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KENNETH C WILLIAMS LIV TRST**
**17404 EAST 78TH STREET NORTH**
**OWASSO, OK 74055**

---

2.2190. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**KENNETH E & GLENNA P KUHN**
**P.O. BOX 724**
**CHANUTE**
**KS, US 66720**

---

2.2191. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KENNETH E & MISTCHA POWERS,**
**2575 RT 1750**
**EAST POINT, KY 41216**

---

2.2192. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**KENNETH E &/OR GLENNA P KUHN**
**P.O. BOX 724**
**CHANUTE, KS 66720**

---

Debtor 1  **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2193. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH E. KEPLEY**<br>**21160 E. 1170 RD.**<br>**FOSS, OK 73647-2200** |

| 2.2194. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH J & SHELLY D HAYDEN**<br>**P.O. BOX 253**<br>**SOUTH COFFEYVILLE, OK 74072** |

| 2.2195. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH L BROTT**<br>**PO BOX 103**<br>**OGALLA, NE 69153-0103** |

| 2.2196. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH L RICHARDSON & JOAN E**<br>**9798 HARPER RD**<br>**FREDONIA, KS 66736** |

| 2.2197. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KENNETH L STREETS & MARILYN I**<br>**332 N. 12TH STREET**<br>**FREDONIA, KS 66736** |

Debtor 1  **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2198.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**KENNETH L STREETS LIV TR**
**332 N. 12TH ST**
**FREDONIA, KS 66736**

---

**2.2199.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**KENNETH LEE MOLDENHAUER**
**2910 E. 85TH ST. N.**
**VALLEY CENTER, KS 67147**

---

**2.2200.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**KENNETH LEON SWILER &**
**16291 YALE RD**
**CHANUTE, KS 66720**

---

**2.2201.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**KENNETH M & GAIL L COLLINS**
**2900 60TH ROAD**
**THAYER, KS 66776**

---

**2.2202.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**KENNETH M & NINA RUTH INGELS**
**86-3200 STREET**
**SAVONBURG, KS 66772**

---

**2.2203.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any

**KENNETH M & TAMMY BAKER**
**3500 60TH RD**
**THAYER, KS 66776**

Debtor 1    **PostRock Energy Corporation**
        First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2204. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH R & BRENDA L JOHNSON,** |
| | List the contract number of any government contract | | **7135 CR 2145** **BARTLESVILLE, OK 74003** |

| 2.2205. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH R GUERIN** |
| | List the contract number of any government contract | | **PO BOX 210251** **NASHVILLE, TN 37221** |

| 2.2206. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KENNETH RICHARDSON** |
| | List the contract number of any government contract | | **9798 HARPER ROAD** **FREDONIA** **KS, US 66736** |

| 2.2207. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH S & BARBARA M MCCLURE,** |
| | List the contract number of any government contract | | **24516 K-47 HWY** **THAYER, KS 66776** |

| 2.2208. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH SIMMONS** |
| | List the contract number of any government contract | | **249 PRINCETOWN ROAD** **WESTON, WV 26452** |

| 2.2209. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KENNETH W BARSCH FAMILY TRST** **4411 NEBRASKA** **MORAN, KS 66755** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.2210. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH W CURNUTTE**<br>**780 18000 RD**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | _____ | |

| 2.2211. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNETH W SWILER**<br>**12785 ELK RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2212. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNY D CARTER &**<br>**18240 HIGHWAY K-47**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | _____ | |

| 2.2213. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **KENNY D CARTER & CHRISTINE G. CARTER**<br>**18240 HIGHWAY K-47**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | _____ | |

| 2.2214. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Kenny D. Carter & Christine G. Carter**<br>**18240 HIGHWAY K-47**<br>**ALTOONA**<br>**KS, US 66710** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2215.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

Kenny D. Carter & Christine G. Carter
**18240 HIGHWAY K-47**
**ALTOONA**
**KS, US 66710**

---

**2.2216.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

Kenny D. Carter & Christine G. Carter
**18240 HIGHWAY K-47**
**ALTOONA**
**KS, US 66710**

---

**2.2217.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

Kenny D. Carter & Christine G. Carter
**18240 K 47 HWY**
**ALTOONA**
**KS, US 66710**

---

**2.2218.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**KENNY DEAN CARTER**
**18240 K47 HWY**
**ALTOONA, KS 66710**

---

**2.2219.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**KENNY DEAN CARTER &**
**18240 K 47 HWY**
**ALTOONA, KS 66710**

---

**2.2220.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any

**KENNY DEAN CARTER & CHRISTINE G CARTER,**
**18240 K 47 HWY**
**ALTOONA**
**KS, US 66710**

---

Debtor 1    **PostRock Energy Corporation**

<u>First Name</u>                    <u>Middle Name</u>                    <u>Last Name</u>

Case number *(if known)*    **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.2221. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.2222. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.2223. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.2224. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.2225. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **KENNY DEAN CARTER & CHRISTINE G CARTER, 18240 K 47 HWY ALTOONA KS, US 66710** |
| | List the contract number of any government contract | | |
| 2.2226. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **KENNY GILL 263 WIND DANCER LANE PARKERSBURG, WV 26101** |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

---

| 2.2227. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENNY JOE SMITH** |
| | List the contract number of any government contract | | **P.O. BOX 2365**<br>**TULSA, OK 74101-2365** |

---

| 2.2228. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENT D BLACKBURN** |
| | List the contract number of any government contract | | **25060 HARPER RD**<br>**DENNIS, KS 67341** |

---

| 2.2229. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENT D DUFFIELD** |
| | List the contract number of any government contract | | **257 SHILOH CHURCH ROAD**<br>**HICKORY, NC 28601** |

---

| 2.2230. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENT HEADY** |
| | List the contract number of any government contract | | **1239 NORTH BRAKEN COURT**<br>**WICHITA, KS 67206** |

---

| 2.2231. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **KENT L & JANIS K HANSEN,** |
| | List the contract number of any government contract | | **4856 FARMSTEAD**<br>**WICHITA, KS 67220** |

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| | First Name    Middle Name    Last Name | | | |

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.2232. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KENTON N BYRD** |
| | List the contract number of any government contract | | **7995 4TH STREET** **MINDEN CITY, MI 48456** |

| 2.2233. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KEPLEY ENTERPRISES, LLC** |
| | List the contract number of any government contract | | **3035 160TH ROAD** **CHANUTE, KS 66720** |

| 2.2234. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Kepley Enterprises, LLC** |
| | List the contract number of any government contract | | **3035 160TH ROAD** **CHANUTE** **KS, US 66720** |

| 2.2235. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KEVIN LEE WHITTINGTON** |
| | List the contract number of any government contract | | **126 FRANKLIN ST** **MARIETTA, OH 45750** |

| 2.2236. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KEVIN R & SHERRY SEIBERT** |
| | List the contract number of any government contract | | **25091 KIOWA ROAD** **PARSONS, KS 67357** |

| 2.2237. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **KEVIN W BUETOW** |
| | List the contract number of any | | **328 4000 ROAD** **COFFEYVILLE, KS 67337** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

**2.2238.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining

Unknown

List the contract number of any government contract

**KIEDAISCH & SUMMERS ENTERPRISE
PO BOX 254
HARRISVILLE, WV 26362**

**2.2239.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining

Unknown

List the contract number of any government contract

**KIM & SHELLY KUHN JTWROS
1630 200TH ROAD
CHANUTE, KS 66720**

**2.2240.** State what the contract or lease is for and the nature of the debtor's interest

LAND USE AGREEMENT

State the term remaining

UNKNOWN

List the contract number of any government contract

**KIM & SHELLY KUHN JTWROS
1630 200TH ROAD
CHANUTE
KS, US 66720**

**2.2241.** State what the contract or lease is for and the nature of the debtor's interest

LAND USE AGREEMENT

State the term remaining

UNKNOWN

List the contract number of any government contract

**KIM & SHELLY KUHN JTWROS
1630 200TH ROAD
CHANUTE
KS, US 66720**

**2.2242.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

State the term remaining

Unknown

List the contract number of any government contract

**KIM & TRACY BOORIGIE HW, JT
1931 NORTH 24TH ST.
INDEPENDENCE, KS 67301**

**2.2243.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Payments

**KIM E. KUHN
1630 200TH RD.
CHANUTE, KS 66720**

Debtor 1   **PostRock Energy Corporation**                                          Case number *(if known)*   **16-11230-SAH**
_____
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2244. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KIM UDEN RUTTER**<br>**21254 2400 ROAD**<br>**CHANUTE, KS 66720** |

| 2.2245. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KIMBERLY G BAKKEN**<br>**302 S MAIN STREET**<br>**BLUE RIDGE, TX 75424** |

| 2.2246. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KIMCO**<br>**PO BOX 1007**<br>**SPENCER, WV 25276** |

| 2.2247. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KING FARMS AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE, KS 66720** |

| 2.2248. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **KRIS D MARPLE**<br>**15476 2000 ROAD**<br>**BENEDICT, KS 66714** |

Debtor 1   **PostRock Energy Corporation**
_____          Case number *(if known)*   **16-11230-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2249.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KRISTA L OVERSTREET
10426 EAST POWERS PLACE
GREENWOOD VILLAGE, CO 80111**

---

2.2250.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KRISTI  MAXSON-ESQUIBEL
1002 3000 RD.
EDNA, KS 67342**

---

2.2251.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KRISTOPHER & MICHELLE KOWALSKY
543A 22000 RD
CHERRYVALE, KS 67335**

---

2.2252.   State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**KRISTOPHER & MICHELLE KOWALSKY
543A 22000 RD
CHERRYVALE, KS 67335**

---

2.2253.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**KURTIS A NUNNENKAMP &
12459 US 75 HWY
ALTOONA, KS 66710**

---

2.2254.   State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**KURTIS ALLEN NUNNENKAMP
12459 US 75 HWY
ALTOONA, KS 66710**

Debtor 1 **PostRock Energy Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2255. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | KW BRANT & MARY C BRANT, TTEES<br>13770 BROWN RD<br>CHANUTE, KS 66720 |
| | List the contract number of any government contract | | |

| 2.2256. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | KYLE & HAYDEN SEIFERT JTWROS<br>1300 KIOWA RD<br>PARSONS, KS 67357 |
| | List the contract number of any government contract | | |

| 2.2257. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | KYLE WEST<br>6924 EAST READING PLACE<br>TULSA, OK 74115 |
| | List the contract number of any government contract | | |

| 2.2258. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | L & M INVESTMENT CO., LLC<br>PO BOX 547<br>PENNSBORO, WV 26415 |
| | List the contract number of any government contract | | |

| 2.2259. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | L A HOOVER ESTATE<br>RT 1 BOX 8<br>HARRISVILLE, WV 26362 |
| | List the contract number of any government contract | | |

| 2.2260. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | L A LAMP<br>109 WILD GROVE DRIVE<br>GUNBARREL CITY, TX 75147 |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **Unknown**

List the contract number of any government contract _____

---

2.2261. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**L D PAYNE**
**1124 N GLENWOOD ST**
**BLOOMFIELD, NM 87413**

---

2.2262. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**L MARLENE LAW**
**110 DAVID DRIVE**
**HARRISVILLE, WV 26362**

---

2.2263. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**L WALKER JR & J WALKER REV**
**7425 DORN ROAD**
**THAYER, KS 66776**

---

2.2264. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**L&W VENTURES, LLC**
**PO BOX 850**
**PARKER, CO 80138**

---

2.2265. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**LA UNA NOLTE**
**BOX 132**
**LENAPAH, OK 74042**

---

| Debtor 1 | **PostRock Energy Corporation** | | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.2266. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LA UNA NOLTE**<br>**BOX 132**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

| 2.2267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE BANK**<br>**P.O. BOX 135**<br>**MOUND VALLEY, KS 67354** |
| | List the contract number of any government contract | | |

| 2.2268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE CO STATE BANK F/A/O**<br>**PO BOX 497**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.2269. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE COUNTY STATE BANK**<br>**P.O. BOX 497**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.2270. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LABETTE COUNTY STATE BANK, FOR**<br>**P.O. BOX 497**<br>**ALTAMONT, KS 67330** |
| | List the contract number of any government contract | | |

| 2.2271. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LADDER ENERGY COMPANY**<br>**PO BOX 4470**<br>**TULSA, OK 74159-0470** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.2272. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LADDER ENERGY COMPANY**<br>**PO BOX 4470**<br>**TULSA, OK 74159-0470** |
|  | List the contract number of any government contract |  |  |

| 2.2273. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **LaDonna Coffield**<br>**14831 N TRENT ST.**<br>**TAHLEQUAH**<br>**OK, US 74467** |
|  | List the contract number of any government contract |  |  |

| 2.2274. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LAKEVIEW FORGE COMPANY**<br>**1725 PITTSBURGH**<br>**ERIE, PA 16505** |
|  | List the contract number of any government contract |  |  |

| 2.2275. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LANA TURNER**<br>**1210 MARY ANNE DRIVE**<br>**RIVERTON, WY 82501-3024** |
|  | List the contract number of any government contract |  |  |

| 2.2276. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LANE & SHERRY HENDRICKSON**<br>**13260 197TH ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract |  |  |

| 2.2277. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LANNY G & CYRILLA J COOPER H/W**<br>**19352 YALE RD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**

<u>First Name</u>        <u>Middle Name</u>        <u>Last Name</u>

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2278. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **LARKSPUR ROYALTIES LLC**<br>**1720 S BELLAIRE ST STE 1209**<br>**DENVER, CO 80222** |
| | List the contract number of any government contract | _____ | |

| 2.2279. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **LARRY & CAROL UMBARGER REV**<br>**1085 120TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| 2.2280. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.2281. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.2282. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Corporation**                    Case number *(if known)*    **16-11230-SAH**
_____First Name_____Middle Name_____Last Name_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2283. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2284. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2285. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2286. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2287. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2288. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2289. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2290. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2291. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2292. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY & JOY WOOLERY**<br>**5880 90TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2293. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY & TERRY CRAWFORD**<br>**24 E. BAKER ROAD**<br>**ROCKY COMFORT, MO 64861-7456** |
| | List the contract number of any government contract | | |

| 2.2294. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LARRY A & JOY WOOLERY, H/W**<br>**5880 90TH RD**<br>**THAYER, KS 66776** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.2295. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY A & SHARON REITZ**<br>**HC 61, BOX 215**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

| 2.2296. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY A REITZ & SHARON REITZ**<br>**HC 61 BOX 215**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.2297. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY A REITZ & SHARON REITZ**<br>**HC 61 BOX 215**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

| 2.2298. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY D & JEANNINE A NORDSTEDT**<br>**310 S DEXTER**<br>**VALLEY CENTER, KS 67147** |
| | List the contract number of any government contract | | |

| 2.2299. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY D & TAMMY MARIE ADKINS**<br>**2403 STEVENS**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2300. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY D ADKINS** |
| | List the contract number of any government contract | | **2403 STEVENS** **PARSONS, KS 67357** |

| 2.2301. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER** |
| | List the contract number of any government contract | | **1085 120TH RD** **THAYER** **KS, US 66776** |

| 2.2302. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER** |
| | List the contract number of any government contract | | **1085 120TH RD** **THAYER** **KS, US 66776** |

| 2.2303. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER** |
| | List the contract number of any government contract | | **1085 120TH RD** **THAYER** **KS, US 66776** |

| 2.2304. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LARRY E & CAROL MAY UMBARGER** |
| | List the contract number of any government contract | | **1085 120TH RD** **THAYER** **KS, US 66776** |

| 2.2305. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY E UMBARGER &** |
| | List the contract number of any | | **1085 120TH RD** **THAYER, KS 66776** |

Debtor 1 **PostRock Energy Corporation**
First Name      Middle Name      Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | |
|---|---|---|
| 2.2306. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**LARRY G & CAROLYN J MARPLE**
**19678 QUEEN ROAD**
**BENEDICT, KS 66714**

| | | |
|---|---|---|
| 2.2307. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**LARRY J WYRICK**
**RT. 1 BOX 137**
**DELAWARE, OK 74027**

| | | |
|---|---|---|
| 2.2308. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**LARRY JOE & SHARON KAY STRANGE**
**59 VIA VERDE**
**WICHITA, KS 67230**

| | | |
|---|---|---|
| 2.2309. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**LARRY K LAMP**
**9177 RUTLEDGE RD**
**HOWARD, OH 43028-9789**

| | | |
|---|---|---|
| 2.2310. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**LARRY L & TERESSA L STEEBY**
**828 21000 ROAD**
**PARSONS, KS 67357**

| | | |
|---|---|---|
| 2.2311. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |

**LARRY L CALLARMAN**
**21760 850TH ROAD**
**ALTOONA, KS 66710**

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.2312. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY L CALLARMAN &** |
| | List the contract number of any government contract | _____ | **21760 850TH ROAD** **ALTOONA, KS 66710** |

| 2.2313. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **LARRY L CALLARMAN & HARRIETT LEISA CALLA** |
| | List the contract number of any government contract | _____ | **21760 850TH ROAD** **ALTOONA** **KS, US 66710** |

| 2.2314. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **LARRY L CALLARMAN & HARRIETT LEISA CALLA** |
| | List the contract number of any government contract | _____ | **21760 850TH ROAD** **ALTOONA** **KS, US 66710** |

| 2.2315. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY L CALLERMAN &** |
| | List the contract number of any government contract | _____ | **21760 850TH RD** **ALTOONA, KS 66710** |

| 2.2316. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **LARRY MCCLOY** |
| | List the contract number of any government contract | _____ | **922 33RD ST** **PARKERSBURG, WV 26104** |

Debtor 1　**PostRock Energy Corporation**

| First Name | Middle Name | Last Name |

Case number *(if known)*　**16-11230-SAH**

　**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.2317.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract

**LARRY MCHENRY**
**P. O. BOX 188**
**SMITHVILLE, WV 26178**

**2.2318.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract

**LARRY R WHITE**
**3739 S. KATY**
**CHANUTE, KS 66720**

**2.2319.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract

**LARRY V AMMANN, EDWARD R**
**14050 60TH RD**
**PARSONS, KS 67357**

**2.2320.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any government contract

**LARRY W & RHONDA INGRAHAM,**
**2831 SOUTH PLUMMER**
**CHANUTE, KS 66720**

**2.2321.** State what the contract or lease is for and the nature of the debtor's interest　　**LAND USE AGREEMENT**

State the term remaining　　**UNKNOWN**

List the contract number of any government contract

**LARRY W & RHONDA INGRAHAM, JTWROS**
**2831 SOUTH PLUMMER**
**CHANUTE**
**KS, US 66720**

**2.2322.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any

**LARRY W BARSCH**
**6646 W 900 S**
**ROSEDALE, IN 47874**

Debtor 1   **PostRock Energy Corporation**
_____

First Name   Middle Name   Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2323. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W INGRAHAM**<br>**2831 SOUTH PLUMMER**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2324. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W INGRAHAM, LARRY L**<br>**2831 S. PLUMMER**<br>**CHANTUE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2325. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W LUTES & KAREN S KIRK**<br>**542 21500 ROAD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.2326. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W RENSING**<br>**19100 IRVING ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2327. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LARRY W TAYLOR & CATHY MIH**<br>**1502 WEST 9TH**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2328. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LARRY W TAYLOR & SUSAN L**<br>**1502 WEST 9TH STREET**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |

| 2.2329. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **LARRY W. TAYLOR**<br>**1502 WEST 9TH**<br>**CHANUTE, KS 66720** |

| 2.2330. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **LATHROP K FLINTOM**<br>**1837 KUDZA ROAD**<br>**WEST PALM BEACH, FL 33415** |

| 2.2331. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **LATISHA A WHITWORTH & BILL**<br>**119 N STEUBEN AVE**<br>**CHANUTE, KS 66720** |

| 2.2332. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **LAURA M PARISH**<br>**20702 HARPER ROAD**<br>**CHANUTE, KS 66720** |

| 2.2333. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | **LAURIE M GOSNEY**<br>**P.O. BOX 20301**<br>**FOUNTAIN HILLS, AZ 85269** |

Debtor 1     **PostRock Energy Corporation**
_____
First Name     Middle Name     Last Name

Case number (*if known*)     **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2334. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAVERNA KAY HAUGHT** |
| | List the contract number of any government contract | _____ | **615 RIVERVIEW DRIVE** **BELMONT, WV 26134** |

| 2.2335. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAVERNE H MILLER** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA, KS 66710** |

| 2.2336. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LAVERNE H MILLER** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA** **KS, US 66710** |

| 2.2337. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Laverne H. Miller** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA** **KS, US 66710** |

| 2.2338. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Laverne H. Miller** |
| | List the contract number of any government contract | _____ | **16970 THOMAS ROAD** **ALTOONA** **KS, US 66710** |

| 2.2339. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAWRENCE E & JOAN W DOTSON** |
| | List the contract number of any | | **730 10TH STREET DRIVE N.W.** **CONOVER, NC 28613** |

Debtor 1   **PostRock Energy Corporation**                                    Case number (*if known*)   **16-11230-SAH**
  First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.2340. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAWRENCE E SHEPARD** |
| | List the contract number of any government contract | | **1206 S. RUTTER AVENUE** **CHANUTE, KS 66720** |

| 2.2341. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAWRENCE S. PARKS** |
| | List the contract number of any government contract | | **1252 SKYLARK AVE.** **MARCO ISLAND, FL 34145** |

| 2.2342. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LAWRENCE W MARSHALLL** |
| | List the contract number of any government contract | | **6825 90 RD** **THAYER, KS 66776** |

| 2.2343. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LD & PHYLLIS PAYNE** |
| | List the contract number of any government contract | | **1124 N. GLENWOOD ST** **BLOOMFIELD, NM 87413** |

| 2.2344. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LEE  BRADFORD LIV TRST** |
| | List the contract number of any government contract | | **14007 THOMAS ROAD** **CHANUTE, KS 66720** |

| 2.2345. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LEE BRADFORD & CAROL BRADFORD,** **14007 THOMAS RD** **CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**                          Case number *(if known)*  **16-11230-SAH**
 _____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.2346. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LEE BRADFORD LIV TRST** |
|  | List the contract number of any government contract | _____ | **14007 THOMAS ROAD** **CHANUTE, KS 66720** |

| 2.2347. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST** |
|  | List the contract number of any government contract | _____ | **14007 THOMAS RD** **CHANUTE** **KS, US 66720** |

| 2.2348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST** |
|  | List the contract number of any government contract | _____ | **14007 THOMAS RD** **CHANUTE** **KS, US 66720** |

| 2.2349. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE** |
|  | List the contract number of any government contract | _____ | **14007 THOMAS RD** **CHANUTE** **KS, US 66720** |

| 2.2350. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE** |
|  | List the contract number of any government contract | _____ | **14007 THOMAS RD** **CHANUTE** **KS, US 66720** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name    Middle Name    Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2351.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

List the contract number of any government contract
_____

**2.2352.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

List the contract number of any government contract
_____

**2.2353.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

List the contract number of any government contract
_____

**2.2354.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

List the contract number of any government contract
_____

**2.2355.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

List the contract number of any government contract
_____

**2.2356.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

LEE BRADFORD LIV TRST, LEE BRADFORD TTEE
14007 THOMAS RD
CHANUTE
KS, US 66720

List the contract number of any

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2357. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2358. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2359. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2360. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2361. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2362. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **LEE BRADFORD LIV TRST, LEE BRADFORD TTEE**<br>**14007 THOMAS RD**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1  **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **UNKNOWN** |  |
|---|---|---|---|
|  | List the contract number of any government contract | |  |

| 2.2363. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LEE C RANEY REV LIV TRST** |
|  | List the contract number of any government contract | | **6928 S UTICA CIRCLE** |
|  | | | **TULSA, OK 74136** |

| 2.2364. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LEE DONNA CRANOR** |
|  | List the contract number of any government contract | | **1300 CR 152** |
|  | | | **GEORGETOWN, TX 78626** |

| 2.2365. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LEGACY FARMS, LLC** |
|  | List the contract number of any government contract | | **2850 160TH ROAD** |
|  | | | **CHANUTE, KS 66720** |

| 2.2366. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LEGACY PETROLEUM, LLC** |
|  | List the contract number of any government contract | | **P.O. BOX 3336** |
|  | | | **BARTLESVILLE, OK 74006** |

| 2.2367. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **LELA M. ATKINS** |
|  | List the contract number of any government contract | | **18666 NILES DRIVE** |
|  | | | **HESPERIA, CA 92345** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2368.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LELAND L & SHARON L YARNELL**
**18180 MEADE ROAD**
**ERIE, KS 66733**

---

**2.2369.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**LELAND L & SHARON L YARNELL**
**18180 MEADE ROAD**
**ERIE**
**KS, US 66733**

---

**2.2370.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LELAND LEON YARNELL**
**18180 MEADE RD**
**ERIE, KS 66733**

---

**2.2371.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LELIA ATKINSON HRS**
**610 - 55TH STREET**
**VIENNA, WV 26105**

---

**2.2372.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LENAPAH PUBLIC WORKSAUTHORITY**
**PO BOX 130**
**LENAPAH, OK 74042-0130**

---

**2.2373.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**LENORE M WALKER**
**23991 1000 ROAD**
**THAYER, KS 66776**

---

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.2374. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LEO A & GENA R BURNETT**<br>**16250 90TH RD.**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.2375. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LEO N BOGNER REV TRST**<br>**1016 24000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2376. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2377. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2378. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2379. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **LEO N BOGNER TRST & MILDRED S BOGNER TRS**<br>**1016 24000 ROAD**<br>**PARSONS**<br>**KS, US 67357** |
|---|---|---|---|

Debtor 1 **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |
|---|---|
| State the term remaining | **UNKNOWN** |
| List the contract number of any government contract | _____ |

| 2.2380. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|   | State the term remaining | **Unknown** |
|   | List the contract number of any government contract | _____ |

**LEOMA PONTIOUS**
**200 E. SOUTHERN AVE. #127**
**APACHE, AZ 85119**

| 2.2381. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
|   | State the term remaining | **UNKNOWN** |
|   | List the contract number of any government contract | _____ |

**Leoma Pontious**
**200 E. SOUTHERN AVE. #127**
**APACHE**
**AZ, US 85119**

| 2.2382. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
|   | State the term remaining | **UNKNOWN** |
|   | List the contract number of any government contract | _____ |

**Leoma Pontious**
**200 E. SOUTHERN AVE. #127**
**APACHE**
**AZ, US 85119**

| 2.2383. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|   | State the term remaining | **Unknown** |
|   | List the contract number of any government contract | _____ |

**LEONA B KLINTWORTH**
**629 CO RD 175**
**WEST SALEM, OH 44287**

| 2.2384. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
|   | State the term remaining | **Unknown** |
|   | List the contract number of any government contract | _____ |

**LEONARD D BURROWS**
**2292 STATE ROUTE 555**
**LITTLE HOCKING, OH 45742**

Debtor 1   **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2385.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LEONARD G DRAIN, AS AGENT FOR**
**401 N. PENN AVE.**
**HARRISVILLE, WV 26362-1127**

---

**2.2386.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LEROY B MYERS**
**835 26000 ROAD**
**DENNIS, KS 67341-9050**

---

**2.2387.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LEROY E & CHERYL C BURK**
**9615 JACKSON ROAD**
**GALESBURG, KS 66740**

---

**2.2388.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**LEROY E & CHERYL C BURK**
**9615 JACKSON ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.2389.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**LEROY TURNER**
**PO BOX 276**
**PARK HILL, OK 74451**

---

**2.2390.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**LESA ADKINS**
**P O BOX 44**
**CULLODEN, WV 25519**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.2391. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LESLIE L & CATHERINE J**<br>**429757 E. 10 RD.**<br>**WELCH, OK 74369** |
| | List the contract number of any government contract | | |

| 2.2392. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LESLIE R & JANICE M KIMREY**<br>**1016 4000 RD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.2393. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LESTER L HOLE & R KAY HOLE,**<br>**1222 MULBERRY PLACE**<br>**WICHITA, KS 67212** |
| | List the contract number of any government contract | | |

| 2.2394. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LETA MARIE ELLIOTT**<br>**19730 IRVING ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2395. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LEW R FORMAN JR**<br>**815 W 4TH ST**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.2396. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **LEW R FORMAN JR**<br>**815 W 4TH ST**<br>**CHERRYVALE, KS 67335** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**
_____


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown | |
| List the contract number of any government contract | _____ | |

| 2.2397. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **LEWIS MATZ**<br>**46646 SR 78**<br>**WOODSFIELD, OH 43793** |

| 2.2398. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **LEWIS W MORRIS**<br>**1005 MARY ST.**<br>**HARRISVILLE, WV 26362** |

| 2.2399. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **LF & SHARON YOUNG**<br>**19150 NESS ROAD**<br>**ERIE, KS 66733** |

| 2.2400. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **LILA DANIELS, TTEE OF**<br>**204 N WEBSTER**<br>**ERIE, KS 66733** |

| 2.2401. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **LILA SIMMONS**<br>**12350 HOLMDEN DR. NE**<br>**ROCKFORD, MI 49341** |

Debtor 1    **PostRock Energy Corporation**                                            Case number *(if known)*    **16-11230-SAH**
　　　　　　First Name　　　　Middle Name　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2402.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

　　　State the term remaining    **Unknown**

　　　List the contract number of any government contract

**LILLIE IRENE PHILLIPS,
25084 DOUGLAS RD
DENNIS, KS 67341**

---

2.2403.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

　　　State the term remaining    **Unknown**

　　　List the contract number of any government contract

**LILY M ROBERTS
105 MAPLE STREET
MARIETTA, OH 45750**

---

2.2404.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

　　　State the term remaining    **Unknown**

　　　List the contract number of any government contract

**LINDA ANGLETON
20128 WICHITA RD
CHANUTE, KS 66720**

---

2.2405.　State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

　　　State the term remaining    **UNKNOWN**

　　　List the contract number of any government contract

**Linda Angleton
20128 WICHITA RD
CHANUTE
KS, US 66720**

---

2.2406.　State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

　　　State the term remaining    **UNKNOWN**

　　　List the contract number of any government contract

**Linda Angleton
20128 WICHITA RD
CHANUTE
KS, US 66720**

---

2.2407.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

　　　State the term remaining    **Unknown**

　　　List the contract number of any

**LINDA C RAMNYTZ
408 48TH ST SW
CANTON, OH 44706**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2408. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA DAVIDSON** |
| | List the contract number of any government contract | | **3670 100TH ROAD** **THAYER, KS 66776** |

| 2.2409. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA DEEM** |
| | List the contract number of any government contract | | **RR1 BOX 244** **HARRISVILLE, WV 26362** |

| 2.2410. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA J DRISKILL** |
| | List the contract number of any government contract | | **295 RD 3000** **COFFEYVILLE, KS 67337** |

| 2.2411. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA K (BUZZARD) BYFIELD** |
| | List the contract number of any government contract | | **PO BOX 24** **FAIRVIEW, OK 73737** |

| 2.2412. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LINDA K GIBSON** |
| | List the contract number of any government contract | | **RT. 1 BOX 181** **MERRITS CREEK** **SALT ROCK, WV 25559** |

| 2.2413. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LINDA MARIE COVEY** **5702 9TH AVE** **VIENNA, WV 26105** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

---

| 2.2414. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LINDA S MEEKS & VICKI S** |
| | List the contract number of any government contract | _____ | **874 15000 RD**<br>**MOUND VALLEY, KS 67354** |

---

| 2.2415. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LINDA S WOODALL** |
| | List the contract number of any government contract | _____ | **188 PLEASANT LANE**<br>**NEW BRAUNFELS, TX 78131** |

---

| 2.2416. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LINDSEY BARTLETT** |
| | List the contract number of any government contract | _____ | **RT 2, BOX 53**<br>**HARRISVILLE, WV 26362** |

---

| 2.2417. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LISA FERGUSON** |
| | List the contract number of any government contract | _____ | **PO BOX 982**<br>**BARBOURSVILLE, WV 25504** |

---

| 2.2418. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **LLHK RISING INC** |
| | List the contract number of any government contract | _____ | **1905 GLENWICK LANE**<br>**IRVING, TX 75060-7218** |

---

Debtor 1   **PostRock Energy Corporation**
<u>First Name                    Middle Name                    Last Name</u>

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2419.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LLOYD & CAROL KEBERT LIVING**
**12846 700 ROAD**
**FREDONIA, KS 66736**

---

**2.2420.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LLOYD H BANTA**
**PO BOX 576**
**LYONS, CO 80540**

---

**2.2421.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LLOYD LEON SHIELDS ESTATE**
**1909 CENTENARY DRIVE**
**LONGVIEW, TX 75601**

---

**2.2422.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LOETHER LIVING TR**
**6642 ROSSI DR**
**PLANO, TX 75023**

---

**2.2423.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**LOIS ANN HADDOX**
**3732 RIVIERA GRV. #103**
**COLORADO SPRINGS, CO 80922**

---

**2.2424.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**LOIS K HAUGHT SIMMONS**
**5604 WADESVILLE RD**
**BELLEVILLE, WV 26133-8145**

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | |
|---|---|
| government contract | |

| 2.2425. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS K VAIL**<br>**12017 BROWN ROAD**<br>**CHERRYVALE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.2426. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS KRAMER**<br>**9300 70TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2427. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2428. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2429. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2430. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
   First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.2431. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS L RAIDA REV TRST**<br>**5670 80TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2432. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS L SPOHN**<br>**14314 DOGWOOD LANE**<br>**BELLE HAVEN, VA 23306** |
| | List the contract number of any government contract | | |

| 2.2433. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS MARIE PARKER TRST**<br>**5155 MEADE ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2434. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **LOIS MARIE PARKER TRST**<br>**5155 MEADE ROAD**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.2435. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOIS MARIE PARKER, TTEE OF THE**<br>**5155 MEADE ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2436.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**LOIS RAIDA**
**5670 80TH RD**
**THAYER, KS 66776**

---

**2.2437.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**LONNIE TURNER**
**629 GREEN COUNTRY DR**
**TAHLEQUAH, OK 74464**

---

**2.2438.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**LORA L CORSON**
**326 VISTA GRANDE CIRCLE**
**CHARLOTTE, NC 28226**

---

**2.2439.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**LOREN BATES & CAROLE BATES**
**5853 MCCLELLAN HWY**
**BRANCHLAND, WV 25506**

---

**2.2440.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**LOREN JAMES SMITH & GENEVA ANN**
**745 24000 ROAD**
**DENNIS, KS 67341**

---

**2.2441.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**LOREN STANLEY BASLER TR**
**301 SE MORNINGSIDE**
**BARTLESVILLE, OK 74006**

---

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2442. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORENE BOLLIG**<br>**14374 ANDERSON RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2443. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORENE M NEWTON**<br>**19627 K47 HWY**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.2444. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORENE SWANSON REV TR**<br>**RT 1 BOX 180**<br>**DELAWARE, OK 74027** |
| | List the contract number of any government contract | | |

| 2.2445. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORETTA L HUCKE**<br>**859 21000 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2446. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LORETTA M HOLTZMAN**<br>**1125 S GARFIELD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2447. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LORETTA M TATUM**<br>**18490 E. 116TH ST. N.**<br>**OWASSO, OK 74055** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract | _____ |  |

| 2.2448. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **LORETTA PARKS STANLEY**<br>**1361 COUNTY RD 16**<br>**NEW LONDON, OH 44851** |
|  | List the contract number of any government contract | _____ |  |

| 2.2449. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **LORETTA STIFFLER**<br>**2155 NOTTINGHAM DRIVE**<br>**WINTER PARK, FL 32792** |
|  | List the contract number of any government contract | _____ |  |

| 2.2450. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **LORI ANN BEAM, A SINGLE PERSON**<br>**162 MYSIC VALLEY DRIVE**<br>**LINN VALLEY, KS 66040** |
|  | List the contract number of any government contract | _____ |  |

| 2.2451. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **LORI ANN JOYCE**<br>**21510 1000 RD**<br>**ALTOONA, KS 66710** |
|  | List the contract number of any government contract | _____ |  |

| 2.2452. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **LORNA KAY PARKS**<br>**125 WILDERNESS LN**<br>**WILLIAMSBURG, VA 23188** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1   **PostRock Energy Corporation**
_____
First Name         Middle Name         Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2453. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOTTIE & DONALD MAXON**<br>**R 1 BOX 77**<br>**CASHION, OK 73016** |
| | List the contract number of any government contract | | |

| 2.2454. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOU RITA J PERES**<br>**421 S. MAIN**<br>**LAHARPE, KS 66751** |
| | List the contract number of any government contract | | |

| 2.2455. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIE ELLIOTT**<br>**851 HAZELGREEN RD.**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.2456. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIE G ELLIOTT TRUST**<br>**7867 HAZELGREEN ROAD**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.2457. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIS D & JOAN W HIGGS**<br>**1304 NEMESIA PL NE**<br>**ALBUQUERQUE, NM 87112** |
| | List the contract number of any government contract | | |

| 2.2458. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **LOUIS E & BARBARA E HECK**<br>**1850 60TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| **2.2459.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUIS E GULICK** |
| | List the contract number of any government contract | | **3014 DIRR** **PARSONS, KS 67357** |

| **2.2460.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUIS OR AUDREY MARKFERDING** |
| | List the contract number of any government contract | | **1220 BRIARHILL DRIVE** **BATH, OH 44210** |

| **2.2461.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUISE H OSBORNE ATTY** |
| | List the contract number of any government contract | | **4727 BOILING BROOK PARKWAY** **ROCKVILLE, MD 20852** |

| **2.2462.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUISE H TAYLOR** |
| | List the contract number of any government contract | | **765 S. RACE STREET** **DENVER, CO 80209** |

| **2.2463.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **LOUISE KANE ROARK** |
| | List the contract number of any government contract | | **PO BOX 2566** **BARTLESVILLE, OK 74005** |

| **2.2464.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **LOY & JANIS REINHARDT** **14355 210TH ROAD** **ERIE, KS 66733** |

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
  First Name            Middle Name            Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any
government contract    _____

---

2.2465.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LRI COMPANY, LLC
2922 E. 97TH COURT, APT 812
TULSA, OK 74132**

---

2.2466.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LUCILLE A JANSSEN
2175 LYON ROAD
PARSONS, KS 67357**

---

2.2467.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LUCILLE A JANSSEN
2175 LYON ROAD
PARSONS, KS 67357**

---

2.2468.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LUTHER A PARK JR
6213 SAWGRASS PLACE
BARTLESVILLE, OK 74006**

---

2.2469.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**LYDA R WALDE CASTO
1717 AVERY STREET
PARKERSBURG, WV 26101**

---

Debtor 1  **PostRock Energy Corporation**
_____
First Name            Middle Name            Last Name

Case number (*if known*)    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2470.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**LYDIA J ENOS AGENT**
**1780 S. WESTWOOD DR.**
**SAGINAW, MI 48638-4657**

---

**2.2471.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**LYLE & CONNIE LOMAS**
**24052 DOUGLAS ROAD**
**DENNIS, KS 67341**

---

**2.2472.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**M & H WRIGHT, LLC**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD, AR 73732**

---

**2.2473.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD**
**AR, US 73732**

---

**2.2474.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD**
**AR, US 73732**

---

**2.2475.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any

**M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**
**21317 HIGHLAND LAKE DRIVE**
**GARFIELD**
**AR, US 73732**

Debtor 1    **PostRock Energy Corporation**
     First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|
| **2.2476.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD**<br>**AR, US 73732** |
| | List the contract number of any government contract | | |
| **2.2477.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD**<br>**AR, US 73732** |
| | List the contract number of any government contract | | |
| **2.2478.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD**<br>**AR, US 73732** |
| | List the contract number of any government contract | | |
| **2.2479.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD**<br>**AR, US 73732** |
| | List the contract number of any government contract | | |
| **2.2480.** | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **M & H WRIGHT, LLC, ANDREA SCHOMAKER MANA**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD**<br>**AR, US 73732** |
| | List the contract number of any government contract | | |
| **2.2481.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **M A BANTA LIV TRST DTD 8/22/94**<br>**2078 CR 4500**<br>**COFFEYVILLE, KS 67337** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.2482. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **M BAR RANCH**<br>**14026 KNOX**<br>**OVERLAND PARK, KS 66221** |
| | List the contract number of any government contract | _____ | |

| 2.2483. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **M C & ELDRIE SPAULDING**<br>**966 MORELLO AVE**<br>**MARTINEZ, CA 94553** |
| | List the contract number of any government contract | _____ | |

| 2.2484. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **M KEITH & VICTORIA UMBARGER**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2485. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **M KEITH & VICTORIA UMBARGER**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2486. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **M KEITH & VICTORIA UMBARGER**<br>**13825 BROWN ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**
     First Name          Middle Name         Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2487.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**M KEITH & VICTORIA UMBARGER**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.2488.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**M KEITH & VICTORIA UMBARGER**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.2489.** State what the contract or lease is for and the nature of the debtor's interest

    **LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract _____

**M KEITH & VICTORIA UMBARGER**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.2490.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**MABEL M LOUR**
**1405 N WALNUT ROADE**
**IOLA, KS 66749-1621**

---

**2.2491.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract _____

**MADELINE G WELLS**
**212 NINTH STREET**
**ELYRIA, OH 44035**

---

**2.2492.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**MADELINE M JORDAN**
**117 SOUTH LONG ROAD**
**ALIQUIPPA, PA 15001**

---

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.2493.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MAGGIE JONES**
**24789 E 869 ROAD**
**WELLING, OK 74471**

---

**2.2494.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MALYNDA PARKS HEIRS**
**791 COLLINS RD**
**LITTLE HOCKING, OH 45742**

---

**2.2495.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MANSFIELD HAUGHT ESTATE**
**6575 ARK. RD**
**GLOUCESTER, VA 23061**

---

**2.2496.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARC CHARLES CINQ-MARS**
**P.O. BOX 6191**
**VIENNA, WV 26105**

---

**2.2497.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARC E & ELAINE R SIUDUT**
**104 ELLIS STREET**
**GLASSBORO, NJ 80280**

---

**2.2498.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**MARCETTA KAY HELMS**
**5044 HICKORY HILLS DR.**
**WOODSTOCK, GA 30188**

---

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

---

| 2.2499. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARCEY KAY DESCHER ANTHIS** |
| | List the contract number of any government contract | _____ | **3244 66TH AVE. SW**<br>**#69**<br>**OLYMPIA, WA 98512-7080** |

---

| 2.2500. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARCIA HALE BOWDEN &** |
| | List the contract number of any government contract | _____ | **1025 ROCKFORD PLACE**<br>**ARDMORE, OK 73401** |

---

| 2.2501. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARCIA HALE BOWDEN, TTEE** |
| | List the contract number of any government contract | _____ | **1025 N ROCKFORD PLACE**<br>**ARDMORE, OK 73401** |

---

| 2.2502. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARCIA MORRIS** |
| | List the contract number of any government contract | _____ | **10450 LAKEVIEW DR**<br>**NEW PRT RCHY, FL 34654-3549** |

---

| 2.2503. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARCUS D MORRIS REV TRST,** |
| | List the contract number of any government contract | _____ | **3619 MAIN**<br>**PARSONS, KS 67357** |

---

Debtor 1   **PostRock Energy Corporation**                                      Case number *(if known)*   **16-11230-SAH**
           First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2504.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract                    **MARCUS O KEPHART &**
                                                                        **6900 50TH RD**
                                                                        **THAYER, KS 66776**

---

2.2505.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract                    **MARGARET J MILLER**
                                                                        **3808 GRAND CENTRAL AVE.**
                                                                        **VIENNA, WV 26105**

---

2.2506.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract                    **MARGARET LOUISE TUNSTALL**
                                                                        **2705 BETHEL CHURCH RD., APT. B**
                                                                        **BETHEL PARK, PA 15102**

---

2.2507.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract                    **MARGARET SEIWERT**
                                                                        **% JOSEPH SEIWERT**
                                                                        **310 N. PERSHING**
                                                                        **WICHITA, KS 67208**

---

2.2508.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any government contract                    **MARGIE L DUNAWAY**
                                                                        **9372 HOCKING NW**
                                                                        **MASSILLON, OH 44646**

---

2.2509.  State what the contract or lease is for and the nature of the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any                                        **MARGIE M MOYERS**
                                                                        **103 MOYERS RUN**
                                                                        **HARRISVILLE, WV 26362**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| government contract | | |

| 2.2510. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARGUERITE C TURNER**<br>**1924 BARBECUE RD**<br>**NORMANTOWN, WV 25267** |
| | List the contract number of any government contract | | |

| 2.2511. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARGUERITE NAANES TRST**<br>**114 E. MARSHALL**<br>**ERIE, KS 66733-1128** |
| | List the contract number of any government contract | | |

| 2.2512. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARHA S. JEROME**<br>**9421 THURMAN ROAD**<br>**WICHITA, KS 67212** |
| | List the contract number of any government contract | | |

| 2.2513. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **MARIAM MIH**<br>**701 SOUTH PLUMMER**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2514. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARIAN A JOHNSON**<br>**1190 25000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2515. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARIAN FRANCES ORTIZ**<br>**188 CEDAR SPRINGS ROAD**<br>**LEXINGTON, NC 27292** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

---

2.2516.  State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**MARIAN LEE CARSON
2116 W COMSTOCK DR
CHANDLER, AZ 85224**

---

2.2517.  State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**MARIE G MCBEE
3046 OLEANDER BLVD
FORT PIERCE, FL 34982**

---

2.2518.  State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**MARILYN FOLK
BOX 127
SOUTH COFFEYVILLE, OK 74075**

---

2.2519.  State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**MARILYN KYLER
P.O. BOX 117
PAWHUSKA, OK 74056**

---

2.2520.  State what the contract or
lease is for and the nature of
the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any
government contract   _____

**MARILYN LOCK
1028 WINDSOR ROAD
CHANUTE, KS 66720**

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2521.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARILYN S BURRIS**
**2510 PRAIRIE ST**
**GERING, NE 69341**

---

**2.2522.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARILYN S BURRIS**
**2510 PRAIRIE ST**
**GERING**
**NE, US 69341**

---

**2.2523.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARILYN S BURRIS**
**2510 PRAIRIE ST**
**GERING**
**NE, US 69341**

---

**2.2524.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARILYN W WINCE**
**901 39TH STREET**
**VIENNA, WV 26105-2745**

---

**2.2525.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARILYN WHARTON ROBINETT**
**20424 NORTH AURORA DRIVE**
**SUN CITY WEST, AZ 85375**

---

**2.2526.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**MARINA CHOTZINOFF**
**726 DOWNING STREET**
**DENVER, CO 80218**

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2527. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARINA CHOTZINOFF 726 DOWNING STREET DENVER, CO 80218** |
| | List the contract number of any government contract | | |

| 2.2528. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARION & CHARLENE BAILEY REV T 913 S GRETCHEN CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2529. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV T 913 S GRETCHEN CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2530. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV T 913 S GRETCHEN CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2531. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRST, MARIO 913 S GRETCHEN CHANUTE KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2532. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **MARION & CHARLENE BAILEY REV TRST, MARIO 913 S GRETCHEN CHANUTE KS, US 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | _____ |

| 2.2533. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRST, MARIO**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2534. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRST, MARIO**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2535. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2536. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2537. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2538.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARION & CHARLENE BAILEY REV TRUST**
**913 S GRETCHEN**
**CHANUTE**
**KS, US 66720**

---

**2.2539.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARION & CHARLENE BAILEY REV TRUST**
**913 S GRETCHEN**
**CHANUTE**
**KS, US 66720**

---

**2.2540.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARION & CHARLENE BAILEY REV TRUST**
**913 S GRETCHEN**
**CHANUTE**
**KS, US 66720**

---

**2.2541.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARION & CHARLENE BAILEY REV TRUST**
**913 S GRETCHEN**
**CHANUTE**
**KS, US 66720**

---

**2.2542.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARION & CHARLENE BAILEY REV TRUST**
**913 S GRETCHEN**
**CHANUTE**
**KS, US 66720**

---

**2.2543.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**MARION & CHARLENE BAILEY REV TRUST**
**913 S GRETCHEN**
**CHANUTE**
**KS, US 66720**

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2544. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2545. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2546. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARION & CHARLENE BAILEY REV TRUST**<br>**913 S GRETCHEN**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2547. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARION F KLINGENBERG, KENNETH**<br>**930 E. RANDOLPH STREET**<br>**ENID, OK 73701** |
| | List the contract number of any government contract | | |

| 2.2548. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARION JORDAN**<br>**837 ETON DR.**<br>**BARTLESVILLE, OK 74006-8313** |
| | List the contract number of any government contract | | |

| 2.2549. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARION KAY MULHOLLAND**<br>**4023 LILLIE AVENUE, APT 304**<br>**DAVENPORT, IA 52806-4408** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | _____ | |

| 2.2550. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **MARION L ROBY** |
|  | List the contract number of any government contract | _____ | **RT 1 BOX 174-C** **HARRISVILLE, WV 26362** |

| 2.2551. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **MARITA LAVETT HUDSON** |
|  | List the contract number of any government contract | _____ | **311 BUMGARNER** **NORMAN, OK 73026** |

| 2.2552. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **MARJORIE CRAGIN** |
|  | List the contract number of any government contract | _____ | **3816 CHRISTIANSEN DR** **BLUE SPRINGS, MO 64014-5502** |

| 2.2553. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|  | State the term remaining | UNKNOWN | **MARJORIE CRAGIN** |
|  | List the contract number of any government contract | _____ | **3816 CHRISTIANSEN DR** **BLUE SPRINGS** **MO, US 64014-5502** |

| 2.2554. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|  | State the term remaining | UNKNOWN | **MARJORIE CRAGIN** |
|  | List the contract number of any government contract | _____ | **3816 CHRISTIANSEN DR** **BLUE SPRINGS** **MO, US 64014-5502** |

Debtor 1    **PostRock Energy Corporation**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2555.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARJORIE D STRINGER**
**525 MEADOW LANE**
**FORT SCOTT, KS 66701**

---

**2.2556.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARJORIE F NEELY TRST**
**8150 170TH ROAD**
**CHANUTE, KS 66720**

---

**2.2557.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARJORIE J & MARK A CRAGIN**
**3816 S.W. CHRISTIANSEN DR.**
**BLUE SPRINGS, MO 64014**

---

**2.2558.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARJORIE L DILWORTH**
**17326 GAY STREET**
**HAGERSTOWN, MD 21740**

---

**2.2559.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARJORIE L SHOCKLEY, TTEE**
**20932 U.S. 75 HWY**
**BUFFALO, KS 66717**

---

**2.2560.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**MARJORIE L SHOCKLEY, TTEE**
**20932 U.S. 75 HWY**
**BUFFALO**
**KS, US 66717**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |
|---|---|
| government contract | |

| 2.2561. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2562. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2563. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2564. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2565. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.2566. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **UNKNOWN** | |
|  | List the contract number of any government contract | _____ | |

| 2.2567. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
|  | List the contract number of any government contract | _____ | |

| 2.2568. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE UNDER BOBBY EU**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
|  | List the contract number of any government contract | _____ | |

| 2.2569. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **MARJORIE L SHOCKLEY, TTEE UNDER BOBBY EU**<br>**20932 U.S. 75 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
|  | List the contract number of any government contract | _____ | |

| 2.2570. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **MARK & LISA MULLER**<br>**177 8000 ROAD**<br>**COFFEYVILLE, KS 67337** |
|  | List the contract number of any government contract | _____ | |

| 2.2571. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **MARK & SUSAN INGELS, JTWROS**<br>**2961 ARIZONA RD**<br>**SAVONBURG, KS 66772** |
|  | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2572.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK & SUSAN INGELS, JTWROS**
**2961 ARIZONA RD**
**SAVONBURG**
**KS, US 66772**

---

**2.2573.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE, KS 66733**

---

**2.2574.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

---

**2.2575.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

---

**2.2576.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

---

**2.2577.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**MARK A CLEVENGER**
**11107 HWY 47**
**ERIE**
**KS, US 66733**

Debtor 1   **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.2578. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARK A GILPIN &** |
| | List the contract number of any government contract | | **25068 QUEENS ROAD** **PARSONS, KS 67357** |

| 2.2579. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARK A O'DANIEL** |
| | List the contract number of any government contract | | **20395 40TH RD.** **PARSONS, KS 67357** |

| 2.2580. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARK A PATTON** |
| | List the contract number of any government contract | | **601 N. GRANT** **CHANUTE, KS 66720** |

| 2.2581. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARK D MELTON & PATRICIA A** |
| | List the contract number of any government contract | | **804 CHERRY HILL DRIVE** **N. LITTLEROCK, AR 72116** |

| 2.2582. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARK DEEM** |
| | List the contract number of any government contract | | **760 CHESHIRE ROAD** **SUNBURY, OH 43074** |

| 2.2583. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARK E & DOROTHY J NEELY, JTS** **17440 HARPER ROAD** **CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining　　**Unknown**

List the contract number of any
　　government contract　　_____

---

2.2584.　State what the contract or
　　lease is for and the nature of
　　the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract　　_____

**MARK E & KAREN C WING LIV TRST**
**18687 1800 ROAD**
**ALTOONA, KS 66710**

---

2.2585.　State what the contract or
　　lease is for and the nature of
　　the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract　　_____

**MARK E & KAREN WING LIV TRST**
**18687 1800 ROAD**
**ALTOONA, KS 66710**

---

2.2586.　State what the contract or
　　lease is for and the nature of
　　the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract　　_____

**MARK E CORBETT**
**20345 OTTAWA ROAD**
**ERIE, KS 66733**

---

2.2587.　State what the contract or
　　lease is for and the nature of
　　the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract　　_____

**MARK EUGENE LEMON**
**46 OAK STREET**
**PARKERSBURG, WV 26104**

---

2.2588.　State what the contract or
　　lease is for and the nature of
　　the debtor's interest　　**Royalty Payments**

State the term remaining　　**Unknown**

List the contract number of any
　　government contract　　_____

**MARK F KEETON**
**RR 1 BOX 147**
**S. COFFEYVILLE, OK 74072**

---

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2589.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

MARK F KEETON
RR 1 BOX 147
S. COFFEYVILLE
OK, US 74072

---

**2.2590.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

MARK F. GASKINS
586 W. WAVERLY ROAD
RAYMOND, NE 68428

---

**2.2591.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

MARK KANE
PO BOX 2566
BARTLESVILLE, OK 74005

---

**2.2592.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

MARK L SHIDLER
1313 CAMPBELL RD, BLDG D
HOUSTON, TX 77055

---

**2.2593.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

MARK LAMP
191 GINGERWOOD LANE
PARKERSBURG, WV 26101

---

**2.2594.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

MARK R BLACKBURN &
18050 HIGHWAY 47
ST. PAUL, KS 66771

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2595. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARLENE NAUDIN** |
| | List the contract number of any government contract | | **1605 LONGLEAF TRAIL** **CUMMING, GA 30041** |

| 2.2596. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARLIN C SAMS** |
| | List the contract number of any government contract | | **RR #2 BOX 212A** **WASHINGTON, WV 26181** |

| 2.2597. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARSHALL FRANKLIN DEEM** |
| | List the contract number of any government contract | | **1540 MAPLE ST** **BARBARTON, OH 44203** |

| 2.2598. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARTHA A YARNELL LT DTD** |
| | List the contract number of any government contract | | **15200 150TH ROAD** **ERIE, KS 66733** |

| 2.2599. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARTHA B BRENNECKE REV TRST;** |
| | List the contract number of any government contract | | **3100 JOHNSTON ROAD** **PARSONS, KS 67357** |

| 2.2600. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **Martha B Brennecke Rev Trust** **3100 JOHNSTON ROAD** **PARSONS** **KS, US 67357** |

Debtor 1   **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **UNKNOWN** |
| | List the contract number of any government contract | |

| 2.2601. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA COOK FAMILY TRST** |
| | List the contract number of any government contract | | **BOYCE, WV 22620** |

| 2.2602. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA JANE HOGUE** |
| | List the contract number of any government contract | | **1821 MCCORD STREET** <br> **LONGVIEW, TX 75605** |

| 2.2603. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA JEAN CARNEY** |
| | List the contract number of any government contract | | **549 AETNA DRIVE** <br> **CHENEY, KS 67205** |

| 2.2604. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA L MORRIS** |
| | List the contract number of any government contract | | **4207 10TH AVE.** <br> **VIENNA, WV 26102** |

| 2.2605. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA L WAGNER EXECUTRIX** |
| | List the contract number of any government contract | | **RT 7, BOX 42** <br> **CLARKSBURG, WV 26301** |

| Debtor 1 | PostRock Energy Corporation | | | Case number *(if known)* | 16-11230-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2606. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA LAHMEYER**<br>**PO BOX 173**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.2607. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA LAVON STRANGE &**<br>**59 VIA VERDE**<br>**WICHITA, KS 67230** |
| | List the contract number of any government contract | | |

| 2.2608. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2609. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2610. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2611. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2612. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2613. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARTHA LAVON STRANGE & LARRY JOE STRANGE**<br>**59 VIA VERDE**<br>**WICHITA**<br>**KS, US 67230** |
| | List the contract number of any government contract | | |

| 2.2614. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA PENDLETON CALLAWAY**<br>**1603 CENTENARY DRIVE**<br>**RICHARDSON, TX 75081-3807** |
| | List the contract number of any government contract | | |

| 2.2615. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTHA S GABROSEK**<br>**707 ORIOLE DRIVE**<br>**EASTLAKE, OH 44095** |
| | List the contract number of any government contract | | |

| 2.2616. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARTIN C & CARLA L. UNDERWOOD**<br>**380 PARKERS CORNER ROAD**<br>**CARLISLE, AR 72024** |
| | List the contract number of any government contract | | |

| 2.2617. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MARTIN D VOLZ**<br>**5560 JACKSON ROAD**<br>**GALESBURG, KS 66740** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.2618. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARVIN & FLORENCE GAY MCKINNEY** |
| | List the contract number of any government contract | | **1152 24500 ROAD** |
| | | | **PARSONS, KS 67357** |

| 2.2619. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARVIN DALE FRANCISCO &** |
| | List the contract number of any government contract | | **745 MEADOW LANE** |
| | | | **LEAVENWORTH, KS 66048** |

| 2.2620. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MARVIN G & BONNIE LECK, H/W** |
| | List the contract number of any government contract | | **4170 BROWN RD** |
| | | | **THAYER, KS 66776** |

| 2.2621. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS** |
| | List the contract number of any government contract | | **4170 BROWN RD** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| 2.2622. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS** |
| | List the contract number of any government contract | | **4170 BROWN RD** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

Debtor 1   **PostRock Energy Corporation**                                      Case number *(if known)*   **16-11230-SAH**
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2623. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS**<br>**4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2624. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS**<br>**4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2625. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS**<br>**4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2626. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS**<br>**4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2627. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS**<br>**4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2628. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G & BONNIE LECK, H/W, JTS**<br>**4170 BROWN RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2629. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARVIN G & BONNIE LECK, H/W, JTS 4170 BROWN RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.2630. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARVIN G & BONNIE LECK, H/W, JTS 4170 BROWN RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.2631. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARVIN G & BONNIE LECK, H/W, JTS 4170 BROWN RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.2632. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARVIN G & BONNIE LECK, H/W, JTS 4170 BROWN RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.2633. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | MARVIN G & BONNIE LECK, H/W, JTS 4170 BROWN RD THAYER KS, US 66776 |
| | List the contract number of any government contract | | |

| 2.2634. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | MARVIN G HAUGHT 1072 N. HAMETOWN ROAD AKRON, OH 44333 |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.2635. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2636. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2637. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2638. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.2639. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARVIN G LECK**<br>**4170 BROWN ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2640.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARVIN H OLSON & WILMA L OLSON**
**6180 183RD RD**
**CHANUTE, KS 66720**

---

**2.2641.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARVIN L & SANDRA BROOKS**
**24116 850 RD**
**THAYER, KS 66776**

---

**2.2642.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARVIN L & SANDRA BROOKS**
**24116 850 RD**
**THAYER**
**KS, US 66776**

---

**2.2643.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARVIN L BLACKBURN &**
**4701 MAIN STREET**
**PARSONS, KS 67357**

---

**2.2644.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARVIN R & JO ANN CARNEY**
**4024 GRAY RD**
**EDNA, KS 67342**

---

**2.2645.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**MARVIN R & JO ANN CARNEY**
**4024 GRAY RD**
**EDNA**
**KS, US 67342**

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

**2.2646.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY ANN GIDEON**
**1721 OLD STATE ROAD**
**COOLVILLE, OH 45723**

**2.2647.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY ANN THOMPSON**
**798 CEDAR COVE RD**
**WELLINGTON, FL 33414**

**2.2648.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY ANNE KETELSEN**
**2703 BEACH DRIVE**
**BELPRE, OH 45714**

**2.2649.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY ANNETTE RICHARDS**
**841 BIG SPRINGS RD**
**SMITHVILLE, WV 26178**

**2.2650.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY B FINLEY**
**21730 YALE ROAD**
**CHANUTE, KS 66720**

**2.2651.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**MARY CAROLYN CAIL**
**21 PRESTON CIRCLE**
**STILLWATER, OK 74075**

Debtor 1   **PostRock Energy Corporation**
　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.2652. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY CARPENTER** |
| | List the contract number of any government contract | _____ | **5229 CHOWCHILLA MT** **MARIPOSA, CA 95338** |

| 2.2653. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY COUCH OR DECK F COUCH** |
| | List the contract number of any government contract | _____ | **4700 FRANCISCO ROAD** **PENSACOLA, FL 32504** |

| 2.2654. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY DYKE** |
| | List the contract number of any government contract | _____ | **26033 ELK ROAD** **DENNIS, KS 67341** |

| 2.2655. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY E CLEMANS** |
| | List the contract number of any government contract | _____ | **705 N. KENTUCKY** **IOLA, KS 66749-1921** |

| 2.2656. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY E COUCH** |
| | List the contract number of any government contract | _____ | **4700 FRANCISCO ROAD** **PENSACOLA, FL 32504** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**
_____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2657.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**MARY E HIZEY REV TRST DTD**
**1743 2400 RD**
**PARSONS, KS 67357**

---

**2.2658.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**MARY E LAYFIELD**
**84 ORCHARD STREET**
**PARKERSBURG, WV 26101**

---

**2.2659.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**MARY E SCHAAKE**
**16135 1800 ROAD**
**BENEDICT, KS 66714**

---

**2.2660.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**MARY E WILLIAMS**
**1991 CAROLINA ST N.W.**
**DOVER, OH 44622-9605**

---

**2.2661.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**MARY ELLEN EYE**
**7023 ELK ROAD**
**COFFEYVILLE, KS 67337**

---

**2.2662.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**MARY ETTA TAYLOR TRST**
**4305 N 141ST COURT**
**BASEHOR, KS 66007**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.2663. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **MARY ETTA TAYLOR TRST**<br>**4305 N 141ST COURT**<br>**BASEHOR**<br>**KS, US 66007** |
| | List the contract number of any government contract | | |

| 2.2664. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **MARY ETTA TAYLOR TRST**<br>**4305 N 141ST COURT**<br>**BASEHOR**<br>**KS, US 66007** |
| | List the contract number of any government contract | | |

| 2.2665. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MARY F DOUGLAS**<br>**1202 PLUMMER AVE, APT # 109**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2666. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **MARY F DOUGLAS**<br>**1202 PLUMMER AVE, APT # 109**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2667. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **MARY F DOUGLAS**<br>**1202 PLUMMER AVE, APT # 109**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2668. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **MARY F DOUGLAS**<br>**1202 PLUMMER AVE, APT # 109**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1  **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** |  |
| List the contract number of any government contract | | |

| 2.2669. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **MARY F DOUGLAS**<br>**1202 PLUMMER AVE, APT # 109**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.2670. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARY F DUNN**<br>**2320 FLORIDA RD.**<br>**HUMBOLDT, KS 66748** |
|  | List the contract number of any government contract | | |

| 2.2671. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract | | |

| 2.2672. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.2673. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **MARY FINLEY-KNUDSEN LIV TRST**<br>**21730 YALE ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2674.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

MARY FINLEY-KNUDSEN LIV TRST
21730 YALE ROAD
CHANUTE
KS, US 66720

---

**2.2675.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

MARY FINLEY-KNUDSEN LIV TRST
21730 YALE ROAD
CHANUTE
KS, US 66720

---

**2.2676.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

MARY FINLEY-KNUDSEN LIV TRST
21730 YALE ROAD
CHANUTE
KS, US 66720

---

**2.2677.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

MARY FINLEY-KNUDSEN LIV TRST
21730 YALE ROAD
CHANUTE
KS, US 66720

---

**2.2678.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

MARY GEHO SMITH
1109 27TH STREET
VIENNA, WV 26105

---

**2.2679.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

MARY HELENA SOMMARS, LIFE
7440 220th ROAD
CHANUTE, KS 66720

Debtor 1   **PostRock Energy Corporation**
           First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.2680.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY J HUGHES & JACK HUGHES,
8405 30TH RD
GALESBURG, KS 66740**

**2.2681.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY J KITTERMAN
RT 1 BOX 208
SOUTH COFFEYVILLE, OK 74072**

**2.2682.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY JANE & MAX PAGE
18505 UDALL ROAD
ERIE, KS 66733**

**2.2683.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY JANE GARRETT
12083 ROOKS ROAD
OSWEGO, KS 67356**

**2.2684.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MARY JANE KITTERMAN
ROUTE 1, BOX 208
S. COFFEYVILLE, OK 74072**

**2.2685.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**MARY JANE ROBINSON
679 BULL FORD RD.
TANNER, WV 26137**

Debtor 1    **PostRock Energy Corporation**

First Name            Middle Name            Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.2686. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARY JANET JACOBSON |
| | List the contract number of any government contract | | 580 NW BELLA VISTA DR<br>GRESHAM, OR 97030 |

| 2.2687. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARY JO HUGHES, TTEE FOR MARY |
| | List the contract number of any government contract | | 8405 30TH ROAD<br>GALESBURG, KS 66740 |

| 2.2688. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARY JO PARKER |
| | List the contract number of any government contract | | 1101 CIRCLE M DR. APT. C<br>KILLEEN, TX 76549 |

| 2.2689. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARY JO PONTIOUS |
| | List the contract number of any government contract | | 7305 HWY 59<br>ERIE, KS 66733 |

| 2.2690. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | MARY JOAN ROBERTSON & |
| | List the contract number of any government contract | | 1009 CHESNUT<br>ATLANTIC, IA 50022 |

Debtor 1  **PostRock Energy Corporation**
_____First Name_____Middle Name_____Last Name_____

Case number (_if known_)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2691. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY JOAN ROBERTSON & MICHELE KIRCHOFF J 1009 CHESNUT ATLANTIC IA, US 50022** |
| | List the contract number of any government contract | | |

| 2.2692. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MARY JOAN ROBERTSON & MICHELE KIRCHOFF J 1009 CHESNUT ATLANTIC IA, US 50022** |
| | List the contract number of any government contract | | |

| 2.2693. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY KATHRYN ATKINSON 5 RIVER CREST VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.2694. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY KATHRYN UMPLEBY 711 27TH STREET VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.2695. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY L CHAPMAN 979 20000 ROAD PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2696. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY L HINES % HOME STATE BANK P.O. BOX 48 ERIE, KS 66733** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

**2.2697.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY L WATKINS**
**HC 61 BOX 83**
**LENAPAH, OK 74042-9708**

---

**2.2698.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY LEA STICH**
**PO BOX 102**
**GALESBURG, KS 66740**

---

**2.2699.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MARY LEA STICH**
**PO BOX 102**
**GALESBURG**
**KS, US 66740**

---

**2.2700.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Mary Lea Stitch**
**PO BOX 102**
**GALESBURG**
**KS, US 66740**

---

**2.2701.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MARY LOU & SHELDON MANLEY**
**698 5000 ROAD**
**COFFEYVILLE, KS 67337**

---

**2.2702.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**MARY LOU NATH TTEE ROBERTS**
**3311 SIERRA CIRCLE**
**TAMPA, FL 33629**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | Unknown |
| List the contract number of any government contract | |

| 2.2703. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

**MARY LOU ROSS, EXECUTRIX
657 STATE PARK RD
HARRISVILLE, WV 26362**

| 2.2704. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

**MARY LOUISE HINES REV TRST
15520 HIGHWAY 59
ERIE, KS 66733**

| 2.2705. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

**MARY LOUISE RETTMANN TRST
11234 THOMAS ROAD
ALTOONA, KS 66710**

| 2.2706. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

**MARY LOUISE RETTMANN, TTEE OF
11234 THOMAS ROAD
ALTOONA, KS 66710**

| 2.2707. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

**MARY M HAUGHT
12329 STAUTON TURNPIKE
SMITHVILLE, WV 26178**

| Debtor 1 | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2708.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY M SMITH**
> **519 S 15TH**
> **APT 14**
> **FREDONIA, KS 66736**

**2.2709.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY M STEINERT**
> **16900 MARSHALL RD.**
> **ERIE, KS 66733**

**2.2710.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY MARGARET MAXSON REV TRST**
> **3922 E. 63RD STREET**
> **TULSA, OK 74136**

**2.2711.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY MAXINE WELCH**
> **PO BOX 4308**
> **PARKERSBURG, WV 26104**

**2.2712.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

> **MARY NYE DAUBENSPECK**
> **BOX 306 RT 1**
> **CAIRO, WV 26337**

**2.2713.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

> **MARY P ELLIS-STAFFORD**
> **P.O. BOX 426**
> **WINTHROP, WA 98862**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2714. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY PARKS RYAN**<br>**42 HOPE HILL**<br>**MANNINGTON, WV 26582** |
| | List the contract number of any government contract | | |

| 2.2715. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY PAULINE SMITH**<br>**1109 27TH STREET**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.2716. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY S. KINNING**<br>**5401 REBEL DRIVE**<br>**LINCOLN, NE 68516** |
| | List the contract number of any government contract | | |

| 2.2717. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MARY V STEVENS, A WIDOW**<br>**19381 US HWY 75**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.2718. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MATT W ROECKER & LILA S**<br>**17745 FORD RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2719. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MATTHEW DEAN MANSUR**<br>**412 DELA DINA AVE., APT 19**<br>**MONTEREY, CA 93940** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |

| 2.2720. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MATTHEW M ATTEBERRY & PAMELA** |
|  | List the contract number of any government contract |  | **19030 JACKSON RD.** <br> **PARSONS, KS 67357** |

| 2.2721. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MATTHEW RICHARD & JENNIFER** |
|  | List the contract number of any government contract |  | **20155 HARPER RD** <br> **CHANUTE, KS 66720** |

| 2.2722. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MAUREEN PARKS BRUENSKI** |
|  | List the contract number of any government contract |  | **624 WEST CHESTNUT STREET** <br> **JUNCTION CITY, KS 66441** |

| 2.2723. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MAX & BETTY ROBERTS** |
|  | List the contract number of any government contract |  | **15725 150TH ROAD** <br> **ERIE, KS 66733** |

| 2.2724. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **MAX AND BETTY ROBERTS LIV TR** |
|  | List the contract number of any government contract |  | **15725 150TH RD** <br> **ERIE, KS 66733** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2725.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MAX BRITTON**
**607 46TH ST**
**VIENNA, WV 26105**

---

**2.2726.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**MAX H HARVEY**
**6831 COUNTRY VIEW LANE**
**SAN ANTONIO**
**TX, US 78240-2706**

---

**2.2727.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MAX K RICKERSON LIV TRST**
**P.O. BOX 431**
**CHANUTE, KS 66720**

---

**2.2728.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**MAX K RICKERSON LIV TRST (RESTATED)**
**P.O. BOX 431**
**CHANUTE**
**KS, US 66720**

---

**2.2729.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**MAX K RICKERSON LIV TRST (RESTATED)**
**P.O. BOX 431**
**CHANUTE**
**KS, US 66720**

---

**2.2730.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**MAX MARPLE & ELAINE MARPLE,**
**17421 US HIGHWAY 75**
**ALTOONA, KS 66710**

Debtor 1   **PostRock Energy Corporation**
 First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.2731. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MAX W & BONNIE L GROSSNICKLE**<br>**12655 80TH ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract |  |  |

| 2.2732. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MAXINE M DOAK ESTATE**<br>**217 MAIN ST**<br>**MIDDLEBOURNE, WV 26149** |
|  | List the contract number of any government contract |  |  |

| 2.2733. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MCCABE LAND CO**<br>**PO BOX 1692**<br>**CHARLESTON, WV 25326** |
|  | List the contract number of any government contract |  |  |

| 2.2734. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MCES FARMS, INC**<br>**2850 160TH ROAD**<br>**CHANUTE, KS 66720** |
|  | List the contract number of any government contract |  |  |

| 2.2735. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **MEKUSUKEY OIL COMPANY, LLC**<br>**P O BOX 816**<br>**WEWOKA, OK 74884-0816** |
|  | List the contract number of any government contract |  |  |

| 2.2736. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MELIA HOLDING D/B/A**<br>**5424 S MEMORIAL DR- BLDG E**<br>**TULSA, OK 74145** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name    Middle Name    Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.2737. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining    **UNKNOWN** | **MELIA PROPERTIES, LLC** |
| | List the contract number of any government contract | **5424 S MEMORIAL DR- BLDG E TULSA OK, US 74145** |

| | | |
|---|---|---|
| 2.2738. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining    **UNKNOWN** | **MELIA PROPERTIES, LLC** |
| | List the contract number of any government contract | **5424 S MEMORIAL DR- BLDG E TULSA OK, US 74145** |

| | | |
|---|---|---|
| 2.2739. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining    **Unknown** | **MELINDA A SHERRY** |
| | List the contract number of any government contract | **PO BOX 197 LAKE SHORE, CA 93634** |

| | | |
|---|---|---|
| 2.2740. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining    **Unknown** | **MELISSA A GILBERT** |
| | List the contract number of any government contract | **118 LAKE RD BELPRE, OH 45714** |

| | | |
|---|---|---|
| 2.2741. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining    **Unknown** | **MELISSA D GARDNER** |
| | List the contract number of any government contract | **2512 KATINA DRIVE FLOWER MOUND, TX 75028** |

Debtor 1   **PostRock Energy Corporation**
   First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2742. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**MELISSA DAWN AYERS**
**HC 75 BOX 2A**
**SMITHVILLE, WV 26178**

| 2.2743. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**MELODEE MORELAND**
**328 CHASE BEND ROAD**
**ESTILL SPRINGS, TN 37330**

| 2.2744. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**MELVA I HUDSON LIV TRST**
**17840 150TH ROAD**
**ERIE, KS 66733-4202**

| 2.2745. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**MELVIN E RILEY & SHARON F**
**P.O. BOX 94**
**GALESBURG, KS 66740**

| 2.2746. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**MELVIN F PONTIOUS**
**4641 TOEPFER RD.**
**MIDDLETON, WI 53562**

| 2.2747. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any | |

**MELVIN L POWELL**
**709 INDIANA STREET**
**NEODESHA, KS 66757**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.2748. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MELVIN OGRIN**<br>**10791 AVENIDA SANTA ANA**<br>**BOCA RATON, FL 33498** |
| | List the contract number of any government contract | | |

| 2.2749. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MERCY FOUNDATION WESTERN HILLS**<br>**4600 MCAULEY PLACE**<br>**CINCINNATI, OH 45242** |
| | List the contract number of any government contract | | |

| 2.2750. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MERIMA CARVER, INDIV AS TTEE**<br>**PO BOX 406**<br>**DERBY, KS 67037** |
| | List the contract number of any government contract | | |

| 2.2751. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI**<br>**PO BOX 406**<br>**DERBY**<br>**KS, US 67037** |
| | List the contract number of any government contract | | |

| 2.2752. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI**<br>**PO BOX 406**<br>**DERBY**<br>**KS, US 67037** |
| | List the contract number of any government contract | | |

| 2.2753. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **MERIMA CARVER, INDIV AS TTEE OF THE MERI**<br>**PO BOX 406**<br>**DERBY**<br>**KS, US 67037** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.2754. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | MERIMA CARVER, INDIV AS TTEE OF THE MERI<br>PO BOX 406<br>DERBY<br>KS, US 67037 |
|  | List the contract number of any government contract | | |

| 2.2755. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | MERIMA CARVER, INDIV AS TTEE OF THE MERI<br>PO BOX 406<br>DERBY<br>KS, US 67037 |
|  | List the contract number of any government contract | | |

| 2.2756. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | MERIMA CARVER, INDIV AS TTEE OF THE MERI<br>PO BOX 406<br>DERBY<br>KS, US 67037 |
|  | List the contract number of any government contract | | |

| 2.2757. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | MERIMA CARVER, INDIV AS TTEE OF THE MERI<br>PO BOX 406<br>DERBY<br>KS, US 67037 |
|  | List the contract number of any government contract | | |

| 2.2758. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | MERIMA CARVER, INDIV AS TTEE OF THE MERI<br>PO BOX 406<br>DERBY<br>KS, US 67037 |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
First Name            Middle Name            Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2759.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MERLE D GREVE**
**10785 230TH ROAD**
**CHANUTE, KS 66720**

---

**2.2760.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER, KS 66776**

---

**2.2761.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER**
**KS, US 66776**

---

**2.2762.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MERLE L & ANNA M MODESITT**
**563 27000TH RD**
**THAYER**
**KS, US 66776**

---

**2.2763.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MERLIN E SMITH**
**26 TOWNSHIP RD. #508**
**SOUTH POINT, OH 45680**

---

**2.2764.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**MERRICK OIL COMPANY**
**574 16500 ROAD**
**MOUND VALLEY, KS 67354**

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | government contract |   |   |
|---|---|---|---|

**2.2765.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**MERRICK OIL COMPANY**
**574 16500 ROAD**
**MOUND VALLEY, KS 67354**

**2.2766.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MERRILL D KRAMER**
**2106 WALNUT**
**COLLINSVILLE, OK 74021**

**2.2767.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**MERVIN LEE & SHARON K BROOKS**
**P.O. BOX 214**
**THAYER**
**KS, US 66776**

**2.2768.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**META GOINS**
**6434 WICHITA ROAD**
**THAYER, KS 66776-8126**

**2.2769.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL & BARBARA WATTS**
**21350 JACKSON ROAD**
**CHANUTE, KS 66720**

**2.2770.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**MICHAEL & BRENDA ELSWORTH**
**7905 PRATT RD.**
**ERIE, KS 66733**

Debtor 1 **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract | |  |

| 2.2771. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **MICHAEL & CAROLYN L CERELLI**<br>**14905 120TH RD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | |  |

| 2.2772. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **MICHAEL & STEPHANY LAPINA**<br>**522 26000 ROAD**<br>**DENNIS, KS 67341** |
|  | List the contract number of any government contract | |  |

| 2.2773. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **MICHAEL A & ELLA JEAN REED**<br>**2494 GOFFS ROAD**<br>**HARRISVILLE, WV 26362** |
|  | List the contract number of any government contract | |  |

| 2.2774. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **MICHAEL A SAMS**<br>**4155 HICKORY LAKE COURT**<br>**TITUSVILLE, FL 32780** |
|  | List the contract number of any government contract | |  |

| 2.2775. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|  | State the term remaining | Unknown | **MICHAEL BARRY &**<br>**17775 DURHAM ROAD**<br>**STUTTGART, AR 72160** |
|  | List the contract number of any government contract | |  |

Debtor 1  **PostRock Energy Corporation**
   First Name     Middle Name     Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2776.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

 State the term remaining

**Unknown**

 List the contract number of any government contract

**MICHAEL C & E AGNES PAULIE**
**7350 170TH ROAD**
**CHANUTE, KS 66720**

2.2777.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

 State the term remaining

**Unknown**

 List the contract number of any government contract

**MICHAEL D & KRISTIN SNOOKS**
**PO BOX 1181**
**BAYFIELD, CO 81122**

2.2778.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

 State the term remaining

**Unknown**

 List the contract number of any government contract

**MICHAEL D CAMPBELL**
**3586 BIG SPRING RD**
**BIG SPRINGS, WV 26137-6405**

2.2779.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

 State the term remaining

**Unknown**

 List the contract number of any government contract

**MICHAEL D STOUT**
**2775 SAWNEE VIEW DR**
**CUMMING, GA 30040**

2.2780.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

 State the term remaining

**Unknown**

 List the contract number of any government contract

**MICHAEL D TAYLOR & DIANN F**
**15647 COUNTY ROAD P10**
**BLAIR, NE 68008-5661**

2.2781.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

 State the term remaining

**Unknown**

 List the contract number of any

**MICHAEL D. OLSON &**
**18676 2000 RD.**
**BUFFALO, KS 66717**

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   Page 491 of 732

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2782.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL E & MONIQUE L JORDAN**
**26 CHANDLER LANE**
**EPPING, NH '03042**

---

**2.2783.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL E HUCKE & LEIA C HUCKE**
**19026 HARPER RD**
**MOUND VALLEY, KS 67354**

---

**2.2784.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL E HUCKE & LEIA C HUCKE**
**19026 HARPER RD**
**MOUND VALLEY, KS 67354**

---

**2.2785.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL E MUGRAGE**
**4133 SOUTH KATY ROAD**
**CHANUTE, KS 66720**

---

**2.2786.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAEL E MUGRAGE REV TR**
**PO DRAWER G**
**CHANUTE, KS 66720**

---

**2.2787.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**MICHAEL E SEMRAD**
**8720 90TH RD**
**GALESBURG, KS 66740**

---

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.2788. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL G KEPLEY & CARLA M**<br>**2850 160TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.2789. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL H SHELBY**<br>**4600 GREENVILLE AVE, STE 200**<br>**DALLAS, TX 75206** |
| | List the contract number of any government contract | | |

| 2.2790. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL J & MARY K SCOTT**<br>**2175 FORD ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2791. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **MICHAEL J & ROBERTA J RUTLEDGE**<br>**14736 VIOLA RD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.2792. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **MICHAEL J COLE**<br>**16009 E 40TH TERR S**<br>**INDEPENDENCE, MO 64055** |
| | List the contract number of any government contract | | |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2793.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MICHAEL J MCGUIRE & LORIE M
14582 K-47 HWY
ERIE, KS 66733

---

**2.2794.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MICHAEL JOE ALLMON
314 EXNER
COFFEYVILLE, KS 67337

---

**2.2795.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

MICHAEL K & NANCY L
19123 K47 HWY
ALTOONA, KS 66710

---

**2.2796.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

MICHAEL K & NANCY L NUNNENKAMP, JT
19123 K47 HWY
ALTOONA
KS, US 66710

---

**2.2797.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

MICHAEL K & NANCY L NUNNENKAMP, JT
19123 K47 HWY
ALTOONA
KS, US 66710

---

**2.2798.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

MICHAEL L & MARCIA A MCCOY,
8725 IRVING RD
GALESBURG, KS 66740

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.2799. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | **MICHAEL L EBERS**
**7800 WISDOM LANE**
**KNOXVILLE, TN 37938**

---

2.2800. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | **MICHAEL M MARTIN**
**17541 WICHITA ROAD**
**CHANUTE, KS 66720**

---

2.2801. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | **MICHAEL OLSON**
**18676 2000 RD**
**BUFFALO, KS 66717**

---

2.2802. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | **MICHAEL R  ELLIOTT**
**13 SEA BASS LANE**
**PONTE VEDRA BEACH, FL 32082**

---

2.2803. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

State the term remaining | **Unknown**

List the contract number of any government contract | **MICHAEL R BRADY**
**3756 S. 4450 RD**
**WELCH, OK 74369**

---

2.2804. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments**

**MICHAEL R DENT, LIFE ESTATE**
**4475 170TH ROAD**
**CHANUTE, KS 66720**

---

Debtor 1  **PostRock Energy Corporation**
   First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2805. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL RAY BLACKMORE**<br>**6320 BROWN RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| 2.2806. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL S FLINTOM**<br>**201 LINDSEY HOWARD ROAD**<br>**LANCING, TN 37770** |
| | List the contract number of any government contract | _____ | |

| 2.2807. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL S MITCHELL, TTEE**<br>**P.O. BOX 753**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | _____ | |

| 2.2808. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL S OR CAROLYN M STIMSON**<br>**13373 S 4250 RD**<br>**CHELSEA, OK 74016** |
| | List the contract number of any government contract | _____ | |

| 2.2809. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **MICHAEL STEPHEN STIMSON, & /OR**<br>**13373 S 4250 RD**<br>**CHELSEA, OK 74016** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2810.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MICHAEL T & REGINA FOSTER**
**13429 WEST 106TH ST**
**LENEXA, KS 66215**

---

**2.2811.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MICHAEL T MEANS**
**PO BOX 94**
**LENAPAH, OK 74042**

---

**2.2812.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MICHAEL WAYNE GUARNIERO**
**16664 BUCKHORN ROAD**
**MIDDLETON, CA 95461**

---

**2.2813.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MICHAEL WAYNE WILLIAMS**
**P.O. BOX 54**
**FORD, KS 67842-0054**

---

**2.2814.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**MICHAEL WILLIAMS**
**2200 WINDING RD**
**PARKERSBURG, WV 26104**

---

**2.2815.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**MICHAELIS LIV TRST**
**P.O. BOX 588**
**CADDO, OK 74729**

Debtor 1   **PostRock Energy Corporation**
           First Name        Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.2816. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAELIS LIVING TRUST
PO BOX 588
CADDO, OK 74729**

2.2817. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHAL VALENCIA
509 PROSPECT ROAD
LONGVIEW, TX 75603**

2.2818. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHELLE HARDIN
1245 UPPER LOCUST ROAD
WASHINGTON, WV 26181**

2.2819. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICHELLE HUDSON LOVE REV LIV TR
15600 PUTNAM ROAD
ROGERS, AR 72756-7875**

2.2820. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**MICKIE Y UNDERWOOD
575 8000 ROAD
EDNA, KS 67342**

2.2821. State what the contract or lease is for and the nature of the debtor's interest — **Pipeline capacity lease-PSI**

**MID-AMERICA PIPELINE COMPANY
P.O. BOX 972990
DALLAS, TX 75397-2990**

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **Sold**

List the contract number of any government contract

---

2.2822.  State what the contract or lease is for and the nature of the debtor's interest  **3D seismic**

State the term remaining  **Ended**

List the contract number of any government contract

**MIDCON DATA SERVICES, LLC**
**13431 N BROADWAY EXTENSION**
**STE. 115**
**OKLAHOMA CITY, OK 73114**

---

2.2823.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**MIKE & JEFF CASPER**
**20200 HARPER ROAD**
**CHANUTE, KS 66720**

---

2.2824.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**MIKE H & TINA R HENRY, H/W**
**6300 80TH RD**
**THAYER, KS 66776**

---

2.2825.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**MIKE ROSS INC**
**P. O. BOX 219**
**COALTON, WV 26257**

---

2.2826.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**MIKE S & STEPHANIE A HENRY**
**14970 ARKANSAS STREET**
**CHANUTE, KS 66720**

---

Debtor 1   **PostRock Energy Corporation**        Case number *(if known)*   **16-11230-SAH**

First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2827.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

   State the term remaining     **Unknown**

   List the contract number of any government contract

**MIKE S HENRY
14970 ARKANSAS STREET
CHANUTE, KS 66720**

---

**2.2828.** State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

   State the term remaining     **UNKNOWN**

   List the contract number of any government contract

**MIKE S HENRY
14970 ARKANSAS STREET
CHANUTE
KS, US 66720**

---

**2.2829.** State what the contract or lease is for and the nature of the debtor's interest     **LAND USE AGREEMENT**

   State the term remaining     **UNKNOWN**

   List the contract number of any government contract

**MIKE S HENRY
14970 ARKANSAS STREET
CHANUTE
KS, US 66720**

---

**2.2830.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

   State the term remaining     **Unknown**

   List the contract number of any government contract

**MIKE SEXTON
18140 MARION ROAD
BENEDICT, KS 66714**

---

**2.2831.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

   State the term remaining     **Unknown**

   List the contract number of any government contract

**MILDRED D RAYMOND
201 GREENWAY DRIVE
BRYAN, TX 77801-3916**

---

**2.2832.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

   State the term remaining     **Unknown**

   List the contract number of any

**MILDRED H ELLIOTT ADKINS
P O BOX 413
RANGER, WV 25557**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2833. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED HEATH PAXTON, TTEE**<br>**5120 WEST 66TH ST.**<br>**PRAIRIE VILLAGE, KS 66208** |
| | List the contract number of any government contract | | |

| 2.2834. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED L WRIGHT FAMILY IRRV**<br>**21317 HIGHLAND LAKE DRIVE**<br>**GARFIELD, AR 72732** |
| | List the contract number of any government contract | | |

| 2.2835. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED N POWERS**<br>**9145 BETHANY ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2836. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILDRED S BOGNER REV TRST**<br>**1016 24000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.2837. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MILFORD M DRISKILL & SHIRLEY**<br>**6873 SCOTT ROAD**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | | |

| 2.2838. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MILFORD SHAUN SLONE**<br>**4380 COUNTY ROAD 29**<br>**PEDRO, OH 45659** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

| 2.2839. | State what the contract or lease is for and the nature of the debtor's interest | **25th floor Sublease of Miller Dollarhide, P.C.-OK Tower** | |
| | State the term remaining | **17  months** | **MILLER DOLLARHIDE, P.C.** |
| | List the contract number of any government contract | | **210 PARK AVE**<br>**SUITE 2550**<br>**OKLAHOMA CITY, OK 73102** |

| 2.2840. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MILTON KEITH UMBARGER &** |
| | List the contract number of any government contract | | **13825 BROWN**<br>**CHANUTE, KS 66720** |

| 2.2841. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MILTON KEITH UMBARGER, AS TTEE** |
| | List the contract number of any government contract | | **13825 BROWN RD**<br>**CHANUTE, KS 66720** |

| 2.2842. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MINERAL OWNERS 2013, LLC** |
| | List the contract number of any government contract | | **2660 S BIRMINGHAM PL**<br>**TULSA, OK 74114** |

| 2.2843. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MIRIAM L MIH** |
| | List the contract number of any government contract | | **701 S. PLUMMER**<br>**CHANUTE, KS 66720** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2844. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MITZIE SHIDLER** |
| | List the contract number of any government contract | | **1313 CAMPBELL RD, BLDG D** **HOUSTON, TX 77055** |

| 2.2845. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **Ended** | **MJ SYSTEMS INC** **420 EAST 58TH AVENUE** |
| | List the contract number of any government contract | | **STE 210** **DENVER, CO 80216** |

| 2.2846. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MM ENERGY INC** |
| | List the contract number of any government contract | | **PO BOX 21904** **OKLAHOMA CITY, OK 73156** |

| 2.2847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MMII LONE MOUNTAIN INVESTMENT** |
| | List the contract number of any government contract | | **1301 ST ALBANS PATH** **SOUTH LAKE, TX 76092** |

| 2.2848. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MOAB OIL & GAS LLC** |
| | List the contract number of any government contract | | **3325 EAST 46TH STREET** **TULSA, OK 74135** |

| 2.2849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **MONIQUE L JORDAN** **26 CHANDLER  LANE** |
| | List the contract number of any | | **EPPING, NH '03042** |

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.2850. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MONTE L HERMRECK**<br>**839 21000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

---

| 2.2851. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MONTEE A SCOTT**<br>**25057 GRAY RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

---

| 2.2852. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MORRIS & DONNA WILTSE LIV TRST**<br>**18030 1600 ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

---

| 2.2853. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MORRIS W & KAREN A CARES**<br>**10370 10TH ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

---

| 2.2854. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **MOZELLE TURNER**<br>**629 GREEN COUNTRY DR**<br>**TAHLEQUAH, OK 74464** |
| | List the contract number of any government contract | | |

---

| 2.2855. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **MRS DORIS KENNEDY**<br>**6473 GROSSE DRIVE**<br>**BROOK PARK, OH 44142** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **PostRock Energy Corporation**
_____
First Name            Middle Name            Last Name

Case number (*if known*)    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.2856. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **MRS GUSSIE E DEEVER** |
| | List the contract number of any government contract | _____ | **3614 CYPRUS ST** **PARKERSBURG, WV 26101** |

| 2.2857. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **MRS IONA V JANES** |
| | List the contract number of any government contract | _____ | **1017 MAPLE STREET** **ST MARYS, WV 26170** |

| 2.2858. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **MRS JULIA D KING** |
| | List the contract number of any government contract | _____ | **517 EAST WASHINGTON STREET** **LEWISBURG, WV 24901** |

| 2.2859. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **MRS MABEL ANN DYGERT** |
| | List the contract number of any government contract | _____ | **12001 GULFPORT DR.** **CINCINNATI, OH 45246** |

| 2.2860. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **MUDCAT INVESTMENTS, LLC** |
| | List the contract number of any government contract | _____ | **256 SEABOARD LANE** **SUITE H-101** **FRANKLIN, TN 37067** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name    Middle Name    Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2861.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

MURRAY L & KAREN M BROWN,
18808 1600TH RD
ALTOONA, KS 66710

---

**2.2862.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

MYRALD CANTLEY
11 BEECH DRIVE
JIM THORPE, PA 18229-9553

---

**2.2863.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

MYRNA G BURKHART
PO BOX 154
STEVENSVILLE, MD 21666

---

**2.2864.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

N DEAN ALLOWAY & BARBARA L
3015 IRVING RD
EDNA, KS 67342

---

**2.2865.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

NANCY J CLINE
1604 W LUNT AVE
CHICAGO, IL 60626

---

**2.2866.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

NANCY L WOLFE
11814 ROCKING HORSE RD
ROCKVILLE, MD 20852

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.2867.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**NANCY MOSLEY**
**915 HENLEY PLACE**
**CHAROLETTE, NC 28207**

---

**2.2868.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**NANCY S SCHWEIGER**
**5111 SPRINGFIELD COURT**
**WESTERVILLE, OH 43081**

---

**2.2869.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**NANCY V BROOKS OR ED RIDENHOU**
**121 N. COURT STREET**
**HARRISVILLE, WV 26362**

---

**2.2870.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**NANNIE M SMITH**
**360 FOREST AVE**
**MINERALWELLS, WV 26150**

---

**2.2871.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**NAOMI ROLLINS**
**10143 STAUNTON TPKE**
**SMITHVILLE, WV 26178-7036**

---

**2.2872.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

**NAOMI TOME**
**1827 EASTFIELD DR.**
**MISSOURI, TX 77459**

---

Debtor 1    **PostRock Energy Corporation**
_____
    First Name         Middle Name         Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.2873. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **NATALIE S DENT** |
| | List the contract number of any government contract | _____ | **14600 WALLACE ROAD**<br>**WALNUT, KS 66780** |

| 2.2874. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **NATHAN J RUBOW** |
| | List the contract number of any government contract | _____ | **5155 SW LOMBARD AVE**<br>**BEAVERTON, OR 97005** |

| 2.2875. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **NATHAN T LONERGAN HERITAGE** |
| | List the contract number of any government contract | _____ | **388 NORTH 1200 EAST**<br>**OREM, UT 84097** |

| 2.2876. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Contracts** | |
| | State the term remaining | **Month to Month** | **NATURAL GAS COMPRESSION SYSTEMS, INC** |
| | List the contract number of any government contract | _____ | **2480 AERO PARK DRIVE**<br>**TRAVERSE CITY, MI 49686** |

| 2.2877. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **NEAL & LAVON HEILMAN** |
| | List the contract number of any government contract | _____ | **211 SOUTH PLUMMER**<br>**CHANUTE, KS 66720** |

Debtor 1  **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**


**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.2878.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**NEAL CLAY MCDERMEIT**
**2905 CHAMA STREET NE**
**ALBUQUERQUE, NM 87110**

---

**2.2879.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**NEAL DORNBUSCH**
**1030 S. SAGEBRUSH**
**WICHITA, KS 67230-7636**

---

**2.2880.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**NEAL E & LEE F KOTTKE**
**141 W JACKSON, #1220**
**CHICAGO, IL 60604**

---

**2.2881.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**NEAL E HEILMAN & LAVON HEILMAN**
**211 S. PLUMMER**
**CHANUTE, KS 66720**

---

**2.2882.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**NEDRA REINHARD**
**PO BOX 760**
**FISH CREEK, WI 54212**

---

**2.2883.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**NEEL FAMILY TRST**
**9481 EAST 109TH STREET**
**TULSA, OK 74133-6374**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
           First Name     Middle Name     Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

---

**2.2884.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NEER FAMILY TRST**
**3027 BROWN RD**
**COFFEYVILLE, KS 67337**

---

**2.2885.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NEIL & VALERIE WORRELL, H/W**
**15434 1025 ROAD**
**ALTOONA, KS 66710**

---

**2.2886.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NEIL K & BILLIE R GILDART**
**RT 1, BOX 154**
**THAYER, KS 66776**

---

**2.2887.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**NELSON & IDA KYLE FAMILY TRST**
**2311 XANTHISMA**
**MISSION, TX 78574-7927**

---

**2.2888.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**NELSON & IDA KYLE FAMILY TRST**
**2311 XANTHISMA**
**MISSION**
**TX, US 78574-7927**

---

**2.2889.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**NELSON & IDA KYLE FAMILY TRST**
**2311 XANTHISMA**
**MISSION**
**TX, US 78574-7927**

---

Debtor 1  **PostRock Energy Corporation**
    First Name      Middle Name      Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.2890. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | NELSON & IDA KYLE FAMILY TRST DTD 02/14/ 2311 XANTHISMA MISSION TX, US 78574-7927 |
|  | List the contract number of any government contract | _____ | |

| 2.2891. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | NELSON & IDA KYLE FAMILY TRST DTD 02/14/ 2311 XANTHISMA MISSION TX, US 78574-7927 |
|  | List the contract number of any government contract | _____ | |

| 2.2892. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | NEOSHO MEMORIAL HOSPITAL P O BOX 426 CHANUTE, KS 66720 |
|  | List the contract number of any government contract | _____ | |

| 2.2893. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | NEOSHO NATURAL LLC 4230 DOUGLAS ROAD THAYER, KS 66776 |
|  | List the contract number of any government contract | _____ | |

| 2.2894. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | NEOSHO PROPERTIES 20155 HARPER ROAD CHANUTE, KS 66720 |
|  | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**
     First Name           Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2895.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

NEW WESTERN ENERGY CORP
1140 SPECTRUM
IRVINE, CA 92618

**2.2896.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

NICHOLAS BRIGGS
1230 APPLETON
PARSONS, KS 67357

**2.2897.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

NICHOLAS V & CONNIE L HEIT
26046 FORD ROAD
DENNIS, KS 67341

**2.2898.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

NICHOLE R TURNER SLAUGHTER
107 NORTH SMITH STREET
FAYETTEVILLE, WV 25840

**2.2899.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

NILA THOMAS
HC 62 BOX 106
LIMA, WV 26377

**2.2900.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

NOBLE ROYALTIES ACCESS FUND
P.O. BOX 660082
DALLAS, TX 75266-0082

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

---

| 2.2901. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **NOBLE ROYALTIES ACCESS FUND** |
| | List the contract number of any government contract | | **P.O. BOX 660082**<br>**DALLAS, TX 75266-0082** |

---

| 2.2902. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **NOOTEBOOM LIV TRST** |
| | List the contract number of any government contract | | **17860 WINDSOR PLACE**<br>**STILLWELL, KS 66085** |

---

| 2.2903. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **NORMA BEST** |
| | List the contract number of any government contract | | **453605 CHICKASAW AVE**<br>**AFTON, OK 74301** |

---

| 2.2904. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **NORMA MOYERS** |
| | List the contract number of any government contract | | **1468 MILLERSBURG RD SW**<br>**NAVARRE, OH 44662** |

---

| 2.2905. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **NORMA ROBERTS** |
| | List the contract number of any government contract | | **5207 3RD AVENUE**<br>**VIENNA, WV 26105** |

---

| 2.2906. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | **NORMA T MORRIS**<br>**4850 120TH RD**<br>**THAYER, KS 66776** |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **Unknown**

List the contract number of any government contract

---

**2.2907.** State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**NORMAN & VICKI EISELE**
**12500 NEWTON ROAD**
**FREDONIA**
**KS, US 66736**

---

**2.2908.** State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**NORMAN C RITZ & ILENE MARY**
**1830 NESS RD**
**PARSONS, KS 67357**

---

**2.2909.** State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**NORMAN DUANE TRICHLER**
**P.O. BOX 221**
**YATES CENTER, KS 66783**

---

**2.2910.** State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**NORMAN DUANE TRICHLER**
**P.O. BOX 221**
**YATES CENTER**
**KS, US 66783**

---

**2.2911.** State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**NORMAN DUANE TRICHLER**
**P.O. BOX 221**
**YATES CENTER**
**KS, US 66783**

---

Debtor 1   **PostRock Energy Corporation**

First Name _____ Middle Name _____ Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2912.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

NORMAN DUANE TRICHLER
P.O. BOX 221
YATES CENTER
KS, US 66783

**2.2913.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

NORMAN DUANE TRICHLER
P.O. BOX 221
YATES CENTER
KS, US 66783

**2.2914.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

NORMAN DUANE TRICHLER
P.O. BOX 221
YATES CENTER
KS, US 66783

**2.2915.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

NORMAN DUANE TRICHLER
P.O. BOX 221
YATES CENTER
KS, US 66783

**2.2916.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

NORMAN DUANE TRICHLER
P.O. BOX 221
YATES CENTER
KS, US 66783

**2.2917.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

NORMAN DUANE TRICHLER
P.O. BOX 221
YATES CENTER
KS, US 66783

Debtor 1   **PostRock Energy Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.2918. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NORTHSTAR ENERGY CORPORATION** |
| | List the contract number of any government contract | | **PO BOX 3720** **CHARLESTON, WV 25337** |

| 2.2919. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NORVEN & CHERYL STORRS** |
| | List the contract number of any government contract | | **231 WEST MAIN STREET** **EL CAJON, CA 92020** |

| 2.2920. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NOWATA 12 PROSPECT JV** |
| | List the contract number of any government contract | | **31579 MENDOCINO COURT** **TEMECULA, CA 92592** |

| 2.2921. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NYLA I & GARY E BONGIORNI** |
| | List the contract number of any government contract | | **23586 K47 HWY** **THAYER, KS 66776** |

| 2.2922. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ODETTE FAMILY LLC** |
| | List the contract number of any government contract | | **841 NE TIGERMISSION ROAD** **BELFAIR, WA 98528-5002** |

| 2.2923. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ODETTE FAMILY LLC** **841 NE TIGERMISSION ROAD** **BELFAIR** **WA, US 98528-5002** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name    Middle Name    Last Name

Case number (*if known*)    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |

| 2.2924. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC |
| | List the contract number of any government contract | | 841 NE TIGERMISSION ROAD BELFAIR WA, US 98528-5002 |

| 2.2925. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC |
| | List the contract number of any government contract | | 841 NE TIGERMISSION ROAD BELFAIR WA, US 98528-5002 |

| 2.2926. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC |
| | List the contract number of any government contract | | 841 NE TIGERMISSION ROAD BELFAIR WA, US 98528-5002 |

| 2.2927. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | ODETTE FAMILY LLC |
| | List the contract number of any government contract | | 841 NE TIGERMISSION ROAD BELFAIR WA, US 98528-5002 |

| 2.2928. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | ODYSSEY ROYALTIES LLC |
| | List the contract number of any government contract | | 8261 S MONACO COURT CENTENNIAL, CO 80112 |

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2929. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OKAN LAND & CATTLE, LLC**<br>**25181 W 251ST STREET S**<br>**BRISTOW, OK 74010** |
| | List the contract number of any government contract | | |

| 2.2930. | State what the contract or lease is for and the nature of the debtor's interest | **Office space (floors 25,26 and 27)** | |
|---|---|---|---|
| | State the term remaining | **17 months** | **OKLAHOMA TOWER REALTY INVESTORS**<br>**% SPECIALTY REAL ESTATE SERVICES**<br>**204 N. ROBINSON**<br>**SUITE 700**<br>**OKLAHOMA CITY, OK 73102** |
| | List the contract number of any government contract | | |

| 2.2931. | State what the contract or lease is for and the nature of the debtor's interest | **Office space (floor 29)** | |
|---|---|---|---|
| | State the term remaining | **17 months** | **OKLAHOMA TOWER REALTY INVESTORS**<br>**% SPECIALTY REAL ESTATE SERVICES**<br>**204 N. ROBINSON**<br>**SUITE 700**<br>**OKLAHOMA CITY, OK 73102** |
| | List the contract number of any government contract | | |

| 2.2932. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OLETA M PROPS & DONALD R PROPS**<br>**539 3RD RUN ROAD**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | | |

| 2.2933. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OLIN GOINS MARITAL TRST**<br>**1760 120TH ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.2934. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **OLIN GOINS MARITAL TRST, GAYLE GARRETSON**<br>**1760 120TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.2935.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**OLIVER WILLIAM HINSHAW**
**7501 SCOTT ROAD**
**ALTOONA, KS 66710**

---

**2.2936.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**OLLIE MAE KYLER TRST**
**1229 COUNTY RD 3561**
**PAWHUSKA, OK 74056**

---

**2.2937.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**OLNHAUSEN FARMS, LLC**
**5788 PRATT ROAD**
**NEODESHA, KS 66757**

---

**2.2938.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**ONA LAURABEL AYERS**
**841 BIG SPRINGS RD**
**SMITHVILLE, WV 26178**

---

**2.2939.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**OPAL JEAN FARVER**
**4679 STATE RT 557**
**MILLERBURG, OH 44654**

---

**2.2940.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

**OPAL L. EWBANK**
**1230 APPLETON**
**PARSONS, KS 67357**

---

Debtor 1  **PostRock Energy Corporation**
_____

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.2941. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **ORVILLE & PATSY CARTER** |
|  | List the contract number of any government contract | _____ | **801 ROAD 26** <br> **SEDAN, KS 67361** |

| 2.2942. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **OSCAR H CUNNINGHAM FT** |
|  | List the contract number of any government contract | _____ | **371 S SHEFFORD ST** <br> **WICHITA, KS 67209** |

| 2.2943. | State what the contract or lease is for and the nature of the debtor's interest | **Software** |  |
|---|---|---|---|
|  | State the term remaining | **Ended** | **OSEBERG, LLC** |
|  | List the contract number of any government contract | _____ | **12 E. CALIFORNIA AVE.** <br> **STE. 200** <br> **OKC, OK 73104** |

| 2.2944. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **OSMOND OIL & GAS LLC** |
|  | List the contract number of any government contract | _____ | **1520 WEST CANAL COURT** <br> **STE. 220** <br> **LITTLETON, CO 80120-5651** |

| 2.2945. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **OXY USA, INC** |
|  | List the contract number of any government contract | _____ | **P.O. BOX 841735** <br> **DALLAS, TX 75284-1803** |

Debtor 1    **PostRock Energy Corporation**
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2946. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting/ERP System** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **P2 ENERGY SOLUTIONS** |
| | List the contract number of any government contract | | **1670 BROADWAY, STE. 2800** **DENVER, CO 80202** |

| 2.2947. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PACIFIC ATLANTIC RESOURCES** |
| | List the contract number of any government contract | | **PO BOX 51** **SALEM, WV 26426** |

| 2.2948. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMALA L TICHNELL** |
| | List the contract number of any government contract | | **RT. 1 BOX 269B** **HARRISVILLE, WV 26362** |

| 2.2949. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA A MATTSON** |
| | List the contract number of any government contract | | **1310 N. OLD NORTH PLACE** **SAND SPRINGS, OK 74063** |

| 2.2950. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PAMELA A MATTSON** |
| | List the contract number of any government contract | | **1310 N. OLD NORTH PLACE** **SAND SPRINGS** **OK, US 74063-8984** |

| 2.2951. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PAMELA A MATTSON** |
| | List the contract number of any | | **1310 N. OLD NORTH PLACE** **SAND SPRINGS** **OK, US 74063-8984** |

Debtor 1   **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| government contract | | |

| 2.2952. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA DONOHOE**<br>524 SE 42ND ST.<br>OCALA, FL 34480 |
| | List the contract number of any government contract | | |

| 2.2953. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA J CLEVENGER**<br>991 2000 RD<br>EDNA, KS 67342 |
| | List the contract number of any government contract | | |

| 2.2954. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA KAY WALCHLE**<br>8091 LAKE JAMES BLVD.<br>LAKELAND, FL 33810-4834 |
| | List the contract number of any government contract | | |

| 2.2955. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA SUE BEARD REV TRST**<br>18104 1400 ROAD<br>ALTOONA, KS 66710 |
| | List the contract number of any government contract | | |

| 2.2956. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAMELA THOMAS WENSING**<br>839 ELMWOOD AVENUE<br>WICKLIFFE, OH 44092 |
| | List the contract number of any government contract | | |

| 2.2957. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PARADIGM, LLLP**<br>P.O. BOX 91<br>BAYFIELD, CO 81122 |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **Unknown**

List the contract number of any government contract  _____

---

2.2958.  State what the contract or lease is for and the nature of the debtor's interest  **LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract  _____

**PAT YEOMAN**
**199 26000 ROAD**
**CHERRYVALE**
**KS, US 67335**

---

2.2959.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**PATENIA S LAMB**
**238 CONGER RD**
**WASHINGTON, WV 26181**

---

2.2960.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**PATRICIA A & FREDDIE R OSBORN**
**11455 GRAY RD**
**THAYER, KS 66776**

---

2.2961.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**PATRICIA A BROWN**
**1816 WEST 7TH STREET**
**COFFEYVILLE, KS 67337**

---

2.2962.  State what the contract or lease is for and the nature of the debtor's interest  **Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract  _____

**PATRICIA A GOOD**
**2 RORI LN**
**BELLA VISTA, AR 72715-5609**

---

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2963.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PATRICIA A GOOD, TTEE OF THE**
**2 RORI LANE**
**BELLA VISTA, AR 72715**

---

**2.2964.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PATRICIA A JOURNOT**
**1218 25000 ROAD**
**PARSONS, KS 67357**

---

**2.2965.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PATRICIA A SABA**
**2816 DARBY FALLS DRIVE**
**LAS VEGAS, NV 89134**

---

**2.2966.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PATRICIA A STICH**
**15305 JACKSON ROAD**
**CHANUTE, KS 66720**

---

**2.2967.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**PATRICIA COX**
**6040 190TH ROAD**
**CHANUTE, KS 66720**

---

**2.2968.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**PATRICIA CURTIS**
**2642 ROCK CAVE ROAD**
**CRAWFORD, WV 26343**

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2969. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA GILBERT SIGLER** |
| | List the contract number of any government contract | | **3083 WATERFORD DRIVE** **TALLAHASSEE, FL 32308** |

| 2.2970. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA J PAULSEN, TTEE OF** |
| | List the contract number of any government contract | | **8630 W NEVSO DR** **#173** **LAS VEGAS, NV 89147** |

| 2.2971. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA JUNE HAUGHT** |
| | List the contract number of any government contract | | **8145 N. CALHOUN HWY** **BIG SPRINGS, WV 26137** |

| 2.2972. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA L COLE** |
| | List the contract number of any government contract | | **608 N PENN AVE** **HARRISVILLE, WV 26362** |

| 2.2973. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA L GAULT** |
| | List the contract number of any government contract | | **3407 8TH AVE.** **VIENNA, WV 26105** |

| 2.2974. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **PATRICIA L HILL** **ROUTE 1, BOX 359** **S. COFFEYVILLE, OK 74072** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

| 2.2975. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA L ROWE** |
| | List the contract number of any government contract | | **5431 SERRA VISTA COURT** **STOW, OH 44224** |

| 2.2976. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA M. LARERY** |
| | List the contract number of any government contract | | **14427 COUNTY RD 160** **CARTHAGE, MO 64836** |

| 2.2977. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICIA S HEAD REVOCABLE** |
| | List the contract number of any government contract | | **2975 65 ROAD** **THAYER, KS 66776** |

| 2.2978. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICK A & JULIA ANN JOHNSON** |
| | List the contract number of any government contract | | **14882 115TH ROAD** **ERIE, KS 66733** |

| 2.2979. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON** |
| | List the contract number of any government contract | | **14882 115TH ROAD** **ERIE** **KS, US 66733** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2980. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2981. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2982. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2983. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2984. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2985. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.2986. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK A & JULIA ANN JOHNSON**<br>**14882 115TH ROAD**<br>**ERIE**<br>**KS, US 66733** |
| | List the contract number of any government contract | | |

| 2.2987. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICK C & CATHY S HEIT**<br>**6530 10TH ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.2988. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PATRICK E SMITH**<br>**4030 JACKSON ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.2989. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PATRICK E SMITH**<br>**4030 JACKSON ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.2990. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Patrick E. Smith**<br>**4030 JACKSON ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.2991. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **Patrick E. Smith**<br>**4030 JACKSON ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
|---|---|---|---|

Debtor 1 **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)* **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | _____ | |

| 2.2992. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **PATRICK Q & SHANNA K RYAN**<br>**818 22000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.2993. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **PATRICK TODD JOHNSON**<br>**4801 ROANOKE #705**<br>**KANSAS CITY, MO 64112** |
| | List the contract number of any government contract | _____ | |

| 2.2994. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **PATRICK TODD JOHNSON**<br>**4801 ROANOKE #705**<br>**KANSAS CITY**<br>**MO, US 64112** |
| | List the contract number of any government contract | _____ | |

| 2.2995. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **PATRICK TODD JOHNSON**<br>**4801 ROANOKE #705**<br>**KANSAS CITY**<br>**MO, US 64112** |
| | List the contract number of any government contract | _____ | |

| 2.2996. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **PATSY B MCCLOY**<br>**4612 STELLA STREET**<br>**PARKERSBURG, WV 26104** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**
_____
First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.2997. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **PATSY DELORES KEESEE** |
| | List the contract number of any government contract | | **1924 MADISON AVE HUNTINGTON, WV 25704** |

| 2.2998. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **PATSY NEACE FEDELE** |
| | List the contract number of any government contract | | **4447 AMELIA AVE. LYONS, IL 60534-1919** |

| 2.2999. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **PATTI ANN WOLFE, A/K/A PATTI** |
| | List the contract number of any government contract | | **3805 150TH ROAD CHANUTE, KS 66720** |

| 2.3000. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **PATTIE MACKENZIE** |
| | List the contract number of any government contract | | **23 ARLINGTON CT CHARLESTON, WV 25301** |

| 2.3001. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **PATTY HON** |
| | List the contract number of any government contract | | **101 BIG OAK LANE MARBLE FALLS, TX 78654** |

| 2.3002. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **PATTY K & HERMAN K ANDERES** |
| | List the contract number of any | | **18245 OTTAWA RD ERIE, KS 66733** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.3003. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **PATTY K ANDERES** |
|  | List the contract number of any government contract |  | **18245 OTTAWA ROAD** **ERIE, KS 66733** |

| 2.3004. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract |  | **101 BIG OAK LANE** **MARBLE FALLS** **TX, US 78654** |

| 2.3005. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract |  | **101 BIG OAK LANE** **MARBLE FALLS** **TX, US 78654** |

| 2.3006. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract |  | **101 BIG OAK LANE** **MARBLE FALLS** **TX, US 78654** |

| 2.3007. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **PATTY L HON** |
|  | List the contract number of any government contract |  | **101 BIG OAK LANE** **MARBLE FALLS** **TX, US 78654** |

| 2.3008. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **PATTY L HON** **101 BIG OAK LANE** **MARBLE FALLS** **TX, US 78654** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining  **UNKNOWN** | |
| List the contract number of any government contract | |

| 2.3009. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining  **UNKNOWN** | **PATTY L HON**<br>**101 BIG OAK LANE**<br>**MARBLE FALLS**<br>**TX, US 78654** |
| | List the contract number of any government contract | |

| 2.3010. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining  **UNKNOWN** | **PATTY L HON**<br>**101 BIG OAK LANE**<br>**MARBLE FALLS**<br>**TX, US 78654** |
| | List the contract number of any government contract | |

| 2.3011. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining  **UNKNOWN** | **PATTY L HON**<br>**101 BIG OAK LANE**<br>**MARBLE FALLS**<br>**TX, US 78654** |
| | List the contract number of any government contract | |

| 2.3012. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining  **UNKNOWN** | **PATTY L HON**<br>**101 BIG OAK LANE**<br>**MARBLE FALLS**<br>**TX, US 78654** |
| | List the contract number of any government contract | |

| 2.3013. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
|---|---|---|
| | State the term remaining  **UNKNOWN** | **PATTY L HON**<br>**101 BIG OAK LANE**<br>**MARBLE FALLS**<br>**TX, US 78654** |
| | List the contract number of any government contract | |

Debtor 1   **PostRock Energy Corporation**
_____

First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3014.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**PATTY L HON
101 BIG OAK LANE
MARBLE FALLS
TX, US 78654**

---

**2.3015.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**PATTY LONG
ROUTE 1, BOX 367-1
SOUTH COFFEYVILLE, OK 74072**

---

**2.3016.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**PATTY S. IONNO
2239 FEATHER LANE
MARION, OH 43302**

---

**2.3017.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**PAUL & ELYSIA TERRILL JTWROS
7860 NEW PARIS EL DORADO ROAD
NEW PARIS, OH 45347**

---

**2.3018.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**PAUL & SHELIA DAVENPORT JTWROS
HC 61, BOX 90
LENAPAH, OK 74042**

---

**2.3019.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**PAUL A BRUNNER
1646 22ND AVE.
SAN FRANCISCO, CA 94122**

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3020. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL BEARD**<br>**14600 WALLACE ROAD**<br>**WALNUT, KS 66780** |
| | List the contract number of any government contract | | |

| 2.3021. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Paul Beard**<br>**14600 WALLACE ROAD**<br>**WALNUT**<br>**KS, US 66780** |
| | List the contract number of any government contract | | |

| 2.3022. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Paul Beard**<br>**14600 WALLACE ROAD**<br>**WALNUT**<br>**KS, US 66780** |
| | List the contract number of any government contract | | |

| 2.3023. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL D LUDWIG**<br>**920 FLINT WAY**<br>**BROOMFIELD, CO 80020-3419** |
| | List the contract number of any government contract | | |

| 2.3024. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL E & RETA K AMES, H/W JT**<br>**HC 61 BOX 157**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.3025. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PAUL E KLOBERDANZ**<br>**PO BOX 57756**<br>**OKLAHOMA CITY, OK 73157** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any government contract    _____

---

2.3026.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PAUL J BOGNER REV TRST, PAUL J**
**15635 20TH RD**
**PARSONS, KS 67357**

---

2.3027.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PAUL J BOGNER TRUST**
**15635 20TH RD**
**PARSONS, KS 67357**

---

2.3028.　State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**PAUL J BOGNER TRUST**
**15635 20TH RD**
**PARSONS**
**KS, US 67357**

---

2.3029.　State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**PAUL J BOGNER TRUST**
**15635 20TH RD**
**PARSONS**
**KS, US 67357**

---

2.3030.　State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PAUL L MCCULLISS**
**P.O. BOX 3248**
**LITTLETON, CO 80161-3248**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3031. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL M DECKER &** |
| | List the contract number of any government contract | _____ | **1650 CR 5550**<br>**COFFEYVILLE, KS 67337** |

| 2.3032. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL PHILLIPS** |
| | List the contract number of any government contract | _____ | **RT1 BOX 31**<br>**CAIRO, WV 26337** |

| 2.3033. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL SCHAEFER & JOYCE ANN GATO** |
| | List the contract number of any government contract | _____ | **9401 COLLINS AVE., APT 905**<br>**SURFSIDE, FL 33154** |

| 2.3034. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PAUL V ANDERSON** |
| | List the contract number of any government contract | _____ | **RT 2**<br>**CHANUTE, KS 66720** |

| 2.3035. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PAUL W & JANET MYERS** |
| | List the contract number of any government contract | _____ | **16121 THOMAS ROAD**<br>**ALTOONA**<br>**KS, US 66710** |

| 2.3036. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PAUL W & JANET MYERS** |
| | List the contract number of any | | **16121 THOMAS ROAD**<br>**ALTOONA**<br>**KS, US 66710** |

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.3037. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **PAUL W MYERS & JANET MYERS,** |
| | List the contract number of any government contract | | **16121 THOMAS RD**<br>**ALTOONA, KS 66710** |

| 2.3038. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **PAULINE PARKS** |
| | List the contract number of any government contract | | **2100 WELLINGTON CT**<br>**FAIRBORN, OH 45324-0602** |

| 2.3039. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **PAULINE TARDY** |
| | List the contract number of any government contract | | **210 ALETHIA STREET**<br>**CHARLESTON, WV 25302-4111** |

| 2.3040. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **PAULINE WARD** |
| | List the contract number of any government contract | | **6900 CHIMNEY MTN RD**<br>**MUSKOGEE, OK 74401** |

| 2.3041. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **PE & MARILYN FOSTER** |
| | List the contract number of any government contract | | **4059 CHASE ROAD**<br>**COFFEYVILLE, KS 67337** |

| 2.3042. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PEARCE FAMILY PARTNERSHIP**<br>**2373 SHADY BLVD.**<br>**HANOVER, KS 66945** |

Debtor 1   **PostRock Energy Corporation**
First Name       Middle Name       Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any government contract    _____

---

2.3043.   State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PEC MINERALS LP**
**16400 NORTH DALLAS PARKWAY**
**SUITE 400**
**DALLAS, TX 75248**

---

2.3044.   State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PEGGY A & LONNIE D YARNELL**
**8405 PRATT ROAD**
**ERIE, KS 66733**

---

2.3045.   State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PEGGY JOE MOORE**
**2001 EAST 83RD STREET SOUTH**
**MUSKOGEE, OK 74403**

---

2.3046.   State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PEGGY WIENEKE**
**RT. 1 BOX 369**
**SO. COFFEYVILLE, OK 74072**

---

2.3047.   State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PENNMARK ENERGY LLC**
**2601 NW EXPRESSWAY**
**SUITE 1200 W**
**OKLAHOMA CITY, OK 73112**

---

Debtor 1   **PostRock Energy Corporation**                                                      Case number *(if known)*   **16-11230-SAH**
          First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3048.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

> **PENROC OIL CORPORATION**
> **PO BOX 2769**
> **HOBBS, NM 88241-2769**

**2.3049.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

> **PERCY D ROSS**
> **P.O. BOX 65**
> **GREEN BANK, WV 24944-0065**

**2.3050.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

> **PERRY L ALDRIDGE**
> **1030 23000 RD**
> **PARSONS, KS 67357**

**2.3051.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

> **PETER & MARTHA**
> **183 BRIDLE WAY**
> **PONTE VEDRA BCH, FL 32082**

**2.3052.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

> **PETER FERGUSON ANDREWS**
> **1107 RT 292**
> **HOLMES, NY 12531**

**2.3053.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

> **PETER W FLINTOM**
> **1326 S.E. 17TH STREET #248**
> **FORT LAUDERDALE, FL 33316**

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.3054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PETRORESOURCES, INC**<br>**4560 SOUTH DECATUR BLVD. # 202**<br>**LAS VEGAS, NV 89103** |
| | List the contract number of any government contract | | |

---

| 2.3055. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PETROTECH OIL & GAS INC**<br>**2520 HARDWOOD ROAD**<br>**SAUITE 200**<br>**BEDFORD, TX 76021** |
| | List the contract number of any government contract | | |

---

| 2.3056. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Phil & Inez Barners**<br>**602 LEE ST**<br>**HAMBURG**<br>**AR, US 71646** |
| | List the contract number of any government contract | | |

---

| 2.3057. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHIL & INEZ BARNES**<br>**602 LEE ST**<br>**HAMBURG, AR 71646** |
| | List the contract number of any government contract | | |

---

| 2.3058. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PHIL & INEZ BARNES, H/W JTROS**<br>**602 LEE ST**<br>**HAMBURG**<br>**AR, US 71646** |
| | List the contract number of any government contract | | |

---

| 2.3059. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **PHIL BOWMAN IRREVOCABLE TRUST**<br>**6456 TORRINGTON ROAD**<br>**KALAMAZOO, MI 49009** |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3060. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHIL LAUTNER**<br>**33605 OLD PORTLAND RD.**<br>**ADEL, IA 50003** |
| | List the contract number of any government contract | _____ | |

| 2.3061. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILIP & MAXINE WING LIV TRST**<br>**18687 1800 ROAD**<br>**ALTOONAM, KS 66710** |
| | List the contract number of any government contract | _____ | |

| 2.3062. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILIP L & MAXINE WING LIV TRS**<br>**18687 1800 ROAD**<br>**ALTOONAM, KS 66710** |
| | List the contract number of any government contract | _____ | |

| 2.3063. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILIP P BRADY &**<br>**353 N. HIGH STREET**<br>**WICHITA, KS 67203** |
| | List the contract number of any government contract | _____ | |

| 2.3064. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILIP W JOHNSON**<br>**13732 HORTON DR**<br>**OVERLAND PARK, KS 66223** |
| | List the contract number of any government contract | _____ | |

Debtor 1 **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)* **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3065. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILIP W UMBARGER** |
| | List the contract number of any government contract | | **3450 150TH ROAD**<br>**CHANUTE, KS 66720** |

| 2.3066. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PHILIP W UMBARGER** |
| | List the contract number of any government contract | | **3450 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3067. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PHILIP W UMBARGER** |
| | List the contract number of any government contract | | **3450 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3068. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PHILIP W UMBARGER & STUART W** |
| | List the contract number of any government contract | | **3450 150TH ROAD**<br>**CHANUTE, KS 66720** |

| 2.3069. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PHILIP W UMBARGER & STUART W UMBARGER** |
| | List the contract number of any government contract | | **3450 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3070. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **PHILIP W UMBARGER & STUART W UMBARGER** |
| | List the contract number of any | | **3450 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.3071.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**PHILLIP & PATRICIA LEWIS IRREV
6820 30TH ROAD
THAYER, KS 66776**

---

**2.3072.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**PHILLIP B LEMLER
196 ELCANO DRIVE
HOT SPRINGS VILLAGE, AR 71909**

---

**2.3073.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**PHILLIP C THOMPSON
ROUTE 1, BOX 66A
CHANUTE, KS 66720**

---

**2.3074.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**PHILLIP C THOMPSON & JULIE A
ROUTE 1, BOX 66A
CHANUTE, KS 66720**

---

**2.3075.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**PHILLIP HAGEN & STACY HAGEN
P.O. BOX 850352
YUKON, OK 73085**

---

**2.3076.** State what the contract or lease is for and the nature of the debtor's interest     **Royalty Payments**

**PHILLIP KEPLEY
23007 KIOWA RD.
PARSONS, KS 67357**

---

Debtor 1  **PostRock Energy Corporation**
　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |

| 2.3077. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **PHILLIP L CARTER &** |
|  | List the contract number of any government contract |  | **420 SOUTH ALLEN** <br> **CHANUTE, KS 66720** |

| 2.3078. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **PHILLIP L CRANE** |
|  | List the contract number of any government contract |  | **70 MAPLE CIRCLE** <br> **WATERFORD, OH 45786** |

| 2.3079. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Phillip L. & Caroline S. Carter** |
|  | List the contract number of any government contract |  | **420 SOUTH ALLEN** <br> **CHANUTE** <br> **KS, US 66720** |

| 2.3080. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Phillip L. & Caroline S. Carter** |
|  | List the contract number of any government contract |  | **420 SOUTH ALLEN** <br> **CHANUTE** <br> **KS, US 66720** |

| 2.3081. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **PHILLIP M & LINDA E HAYDEN** |
|  | List the contract number of any government contract |  | **P.O. BOX 279** <br> **SALLISAW, OK 74955** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3082.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PHILLIP SCHOENECKER
ROUTE 1, BOX 11A
BENEDICT, KS 66714**

---

**2.3083.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PHILLIP STEINLE
5013 MARION
SHAWNEE, KS 66218**

---

**2.3084.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PHYLLIS E SWEETING
1503 UNITED STREET
KEY WEST, FL 33040**

---

**2.3085.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PHYLLIS F LASSMAN
7415 E 29TH STREET
TULSA, OK 74129**

---

**2.3086.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**PHYLLIS HAUGHT MILLS
PO BOX 86
SMITHVILLE, WV 26178**

---

**2.3087.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**PHYLLIS J NORDT, TTEE OF THE
101 NORTH LARSON
CHANUTE, KS 66720**

Debtor 1  **PostRock Energy Corporation**
   First Name       Middle Name       Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

      government contract

---

**2.3088.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PHYLLIS STAMM**
**3018 CEDAR LANE**
**BARBOURSVILLE, WV 25504**

---

**2.3089.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PINEVILLE OPERATING**
**25 NATHANIEL ROAD**
**SOUTHAMPTON, PA 18966**

---

**2.3090.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**PINEVILLE OPERATING**
**25 NATHANIEL ROAD**
**SOUTHAMPTON, PA 18966**

---

**2.3091.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**PINNACLE RESOURCES INC**
**PO BOX 52826**
**LAFAYETTE, LA 70505**

---

**2.3092.** State what the contract or lease is for and the nature of the debtor's interest — **Digital Mailing System**

State the term remaining — **33 months**

List the contract number of any government contract

**PITNEY BOWES GLOBAL**
**FINANCIAL SERVICES LLC**
**PO BOX 371887**
**PITTSBURG, PA 15250-7887**

---

**2.3093.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**PITTS FAMILY TRST DTD 11-24-99**
**1506 PIONEER RD**
**PONCA CITY, OK 74604**

---

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |
|  | List the contract number of any government contract | _____ |

| 2.3094. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **POG OPERATING COMPANY, LLC** |
|  | List the contract number of any government contract | | **2375 CAMELBACK RD., STE. 600**<br>**PHOENIX, AZ 85016** |

| 2.3095. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **POLLY WALKER** |
|  | List the contract number of any government contract | | **RT 1, BOX 789**<br>**SALT ROCK, WV 25559** |

| 2.3096. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **PORTCO, INC** |
|  | List the contract number of any government contract | | **P. O. BOX 279**<br>**DEWEY, OK 74029** |

| 2.3097. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **POTTS EXPLORATION, LLC** |
|  | List the contract number of any government contract | | **100 N BROADWAY, SUITE 3200**<br>**OKLAHOMA CITY, OK 73102** |

| 2.3098. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|  | State the term remaining | Unknown | **POTTS FAMILY LLC** |
|  | List the contract number of any government contract | | **100 N BROADWAY, SUITE 3200**<br>**OKLAHOMA CITY, OK 73102** |

Debtor 1    **PostRock Energy Corporation**
 _____
 First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.3099.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**POWELL KANSAS RANCH, LLC
5 CAMP HOLLOW COURT
WILDWOOD, MO 63038**

---

**2.3100.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**PRESTON W WALKER
4107 S SYCAMORE PL
BROKEN ARROW, OK 74011**

---

**2.3101.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

Preston W. Walker
4107 S SYCAMORE PL
BROKEN ARROW
OK, US 74011

---

**2.3102.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**PROVEN RESERVES MANAGEMENT,
P.O. BOX 702424
DALLAS, TX 75370-2424**

---

**2.3103.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**PURE SOURCE ENERGY LLC
522 EAST LONG CIRCLE
LITTLETON, CO 80122**

---

**2.3104.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**QUINTON W & MICHELLE R SAYE,
20078 FORD RD
CHERRYVALE, KS 67335**

Debtor 1    **PostRock Energy Corporation**
    First Name           Middle Name         Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.3105. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **R DALE & LILLIE IRENE PHILLIPS** |
| | List the contract number of any government contract | | **25084 DOUGLAS RD**<br>**DENNIS, KS 67341** |

| 2.3106. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **R GORDON WILTSE,** |
| | List the contract number of any government contract | | **1319 MONROE ST.**<br>**FREDONIA, KS 66736** |

| 2.3107. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **R H ADKINS** |
| | List the contract number of any government contract | | **PO BOX 102**<br>**HAMLIN, WV 25523** |

| 2.3108. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **R L ROBERTS** |
| | List the contract number of any government contract | | **2871 WV HWY 5 W**<br>**GLENVILLE, WV 26351** |

| 2.3109. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **R P DYKES** |
| | List the contract number of any government contract | | **PO BOX 280235**<br>**LAKEWOOD, CO 80228** |

| 2.3110. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **R&A KEPLEY FARMS**<br>**3035 160TH ROAD**<br>**CHANUTE, KS 66720** |

Debtor 1  **PostRock Energy Corporation**                                    Case number *(if known)*  **16-11230-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.3111. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **R&F FARM SUPPLY, INC** |
|  | List the contract number of any government contract | _____ | **10200 HIGHWAY 59** **ERIE, KS 66733** |

| 2.3112. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **R-Della Benning** |
|  | List the contract number of any government contract | _____ | **14818 N. HOUSTON** **TAHLEQUAH** **OK, US 74464** |

| 2.3113. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **RACHEL JOANN STEINMAN** |
|  | List the contract number of any government contract | _____ | **6006 JUNIPER DR** **MISSION, KS 66205** |

| 2.3114. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **RAEBERN & DEADRA NELSON LIV TR** |
|  | List the contract number of any government contract | _____ | **24750 YALE RD** **CHANUTE, KS 66720** |

| 2.3115. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **RALEIGH O WICKER LIV TR** |
|  | List the contract number of any government contract | _____ | **4535 SO. PLUMMER AVENUE** **CHANUTE, KS 66720** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3116.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**RALPH & DICY JANSSEN**
**114 E. MARSHALL**
**RM. 140**
**ERIE, KS 66733**

---

**2.3117.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**RALPH & TERESA TUDOR**
**204 JARVIS RIDGE ROAD**
**GRIFFITHSVILLE, WV 25521**

---

**2.3118.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**RALPH DALE PHILLIPS, TTEE OF**
**25084 DOUGLAS RD**
**DENNIS, KS 67341**

---

**2.3119.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**RALPH DOUGLAS**
**HC 61 BOX 114**
**LENAPAH, OK 74042**

---

**2.3120.** State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**RALPH DOUGLAS**
**HC 61 BOX 114**
**LENAPAH**
**OK, US 74042**

---

**2.3121.** State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**RALPH HEADY & BETTY HEADY**
**1645 W.S. HIGHWAY 59**
**PARSONS, KS 67357**

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.3122. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RALPH W DOUGHERTY** |
| | List the contract number of any government contract | | **5856 W. ROXBURY PLACE**<br>**LITTLETON, CO 80128** |

| 2.3123. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RANDA JOYCE WATSON** |
| | List the contract number of any government contract | | **2204 PRUNTY RD**<br>**HARRISVILLE, WV 26362** |

| 2.3124. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RANDAL E & LORETTA K NEELY,** |
| | List the contract number of any government contract | | **815 S HIGHLAND**<br>**CHANUTE, KS 66720** |

| 2.3125. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **RANDAL E NEELY** |
| | List the contract number of any government contract | | **815 S HIGHLAND**<br>**CHANUTE, KS 66720** |

| 2.3126. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **RANDAL E NEELY** |
| | List the contract number of any government contract | | **815 S HIGHLAND**<br>**CHANUTE**<br>**KS, US 66720** |

| 2.3127. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **RANDAL E NEELY**<br>**815 S HIGHLAND**<br>**CHANUTE**<br>**KS, US 66720** |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **UNKNOWN** |
| List the contract number of any government contract | |

| 2.3128. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL & NANCY CORNS** |
| | List the contract number of any government contract | | **11535 THOMAS RD**<br>**ALTOONA, KS 66710** |

| 2.3129. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL & TERESA JO ADAMS** |
| | List the contract number of any government contract | | **25290 QUIVIRA RD**<br>**LOUISBURG, KS 66053** |

| 2.3130. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL CARTER** |
| | List the contract number of any government contract | | **640 ROMANS ROAD**<br>**NEW VIENNA, OH 45159** |

| 2.3131. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL E & JUDITH L MOYER,** |
| | List the contract number of any government contract | | **17175 IRVING RD**<br>**CHANUTE, KS 66720** |

| 2.3132. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL E OLSON & RAE LYNN** |
| | List the contract number of any government contract | | **19139 1800 RD**<br>**ALTOONA, KS 66710** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3133. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL F BRUNGARDT** |
| | List the contract number of any government contract | | **PO BOX 99** |
| | | | **GALESBURG, KS 66740-0099** |

| 2.3134. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL J STOUT** |
| | List the contract number of any government contract | | **RT 1 BOX 10** |
| | | | **PETROLEUM, WV 26161** |

| 2.3135. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL L COX** |
| | List the contract number of any government contract | | **24385 300TH ROAD** |
| | | | **THAYER, KS 66776** |

| 2.3136. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL LEE STEINMAN** |
| | List the contract number of any government contract | | **6006 JUNIPER DRIVE** |
| | | | **MISSION, KS 66205** |

| 2.3137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL R FAIL** |
| | List the contract number of any government contract | | **751 S. VERNA AVE** |
| | | | **ANDOVER, KS 67002** |

| 2.3138. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RANDALL W & SUZANNE D ELLIS** |
| | List the contract number of any | | **19405 NESS ROAD** |
| | | | **ERIE, KS 66733** |

Debtor 1  **PostRock Energy Corporation**                                    Case number *(if known)*  **16-11230-SAH**
_____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3139. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **RANDY & DIXIE ROBERTS, JT** |
| | List the contract number of any government contract | | **1122 ROAD 23** **SEDAN, KS 67361** |

| 2.3140. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **RANDY D BRADLEY** |
| | List the contract number of any government contract | | **3567 INDUSTRY** **ROOTSTOWN, OH 44272** |

| 2.3141. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **RANDY HENDRICKS** |
| | List the contract number of any government contract | | **125 HIGHWAY 26 WEST** **OGALLALA, NE 69153** |

| 2.3142. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **RANDY J RAIDA** |
| | List the contract number of any government contract | | **9950 FORD RD** **THAYER, KS 66776** |

| 2.3143. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **RANDY L & CHERYL L** |
| | List the contract number of any government contract | | **6425 BROWN RD** **THAYER, KS 66776** |

| 2.3144. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | **RANDY ROBERTS** **1122 ROAD 23** **SEDAN, KS 67361** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

| 2.3145. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**RANDY W & KIMBERLY K BERG**
**P.O. BOX 33**
**THAYER, KS 66776**

| 2.3146. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**RAY G HIZEY &**
**8815 NESS RD**
**ERIE, KS 66733**

| 2.3147. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**RAY L & RENA JOLENE FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

| 2.3148. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**RAY L FLAHARTY**
**562 2000 ROAD**
**COFFEYVILLE, KS 67337**

| 2.3149. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
|---|---|---|
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | _____ |

**RAY L HILL**
**427843 E 20 ROAD**
**WELCH, OK 74369**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**                                      Case number *(if known)*    **16-11230-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3150.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAY LEE ROBINSON**
**339-3000 ROAD**
**COFFEYVILLE, KS 67337**

---

**2.3151.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAY V NORDMEYER**
**362 90TH RD**
**TORONTO, KS 66777**

---

**2.3152.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYBURN GOSNEY**
**P.O. BOX 195**
**BAYFIELD, CO 81122-0195**

---

**2.3153.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYBURN L GOSNEY**
**P.O. BOX 195**
**BAYFIELD, CO 81122**

---

**2.3154.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYMOND C BAUGHER REV TRST**
**20100 KIOWA RD**
**PARSONS, KS 67357**

---

**2.3155.**  State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**RAYMOND C OR MARY CLINESMITH**
**24959 LANE ROAD**
**BUFFALO**
**KS, US 66717**

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.3156.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYMOND DEEM**
**859 SUNVIEW RD**
**REYNOLDSBURG, OH 43068**

---

**2.3157.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYMOND J, JR & TINA M BAKER**
**856 23000 RD**
**PARSONS, KS 67357**

---

**2.3158.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Raymond J. Jr & Tina M. Baker**
**856 23000 RD**
**PARSONS**
**KS, US 67357**

---

**2.3159.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Raymond J. Jr & Tina M. Baker**
**856 23000 RD**
**PARSONS**
**KS, US 67357**

---

**2.3160.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RAYMOND KARL TEDSTROM**
**22 SHADOW LAKE DRIVE**
**BARTLESVILLE, OK 74006**

---

**2.3161.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**RAYMOND L PANEK & NANELLEN**
**12550 10TH ROAD**
**PARSONS, KS 67357**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.3162. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RAYMOND L PANEK & NANELLEN**<br>**12550 10TH ROAD**<br>**PARSONS**<br>**KS, US 67357** |
|  | List the contract number of any government contract | | |

| 2.3163. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RAYMOND L PANEK & NANELLEN**<br>**12550 10TH ROAD**<br>**PARSONS**<br>**KS, US 67357** |
|  | List the contract number of any government contract | | |

| 2.3164. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RAYMOND L PANEK & NANELLEN PANEK**<br>**12550 10TH ROAD**<br>**PARSONS**<br>**KS, US 67357** |
|  | List the contract number of any government contract | | |

| 2.3165. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RAYMOND L PEARCE REV TRST**<br>**44 INDIAN WELLS DRIVE**<br>**HOLIDAY ISLAND**<br>**AR, US 72631** |
|  | List the contract number of any government contract | | |

| 2.3166. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RAYMOND L PEARCE REV TRST**<br>**44 INDIAN WELLS DRIVE**<br>**HOLIDAY ISLAND**<br>**AR, US 72631** |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**                                              Case number (*if known*)   **16-11230-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3167.** State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

    State the term remaining    **UNKNOWN**

    List the contract number of any government contract

**RAYMOND L PEARCE REV TRST
44 INDIAN WELLS DRIVE
HOLIDAY ISLAND
AR, US 72631**

---

**2.3168.** State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

    State the term remaining    **UNKNOWN**

    List the contract number of any government contract

**RAYMOND L PEARCE REV TRST
44 INDIAN WELLS DRIVE
HOLIDAY ISLAND
AR, US 72631**

---

**2.3169.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**RAYMOND L PEARCE, TTEE OF THE
44 INDIAN WELLS DRIVE
HOLIDAY ISLAND, AR 72631**

---

**2.3170.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**RBN RESOURCES, LLC
2339 COUNTY ROAD 2800
INDEPENDENCE, KS 67301**

---

**2.3171.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**RCPTX LTD
777 TAYLOR STREET
SUITE 810
FORT WORTH, TX 76102**

---

**2.3172.** State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any

**REA DAWN WEDEKAMM
7654 SHERMAN RD
CHESTERLAND, OH 44026**

---

Debtor 1   **PostRock Energy Corporation**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3173. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBA M. JOHNSON**<br>**2632 LESLEE LAKE DR. N.**<br>**ST. PETERSBURG, FL 33713** |
| | List the contract number of any government contract | | |

| 2.3174. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBA ROBERTS**<br>**4062 CHASE ROAD**<br>**COFFEYVILLE, KS 67335** |
| | List the contract number of any government contract | | |

| 2.3175. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBECCA ANN ROBINSON**<br>**1316 GRAND**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3176. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBECCA CONLEY AGENT**<br>**437 N TANGERINE SQ SW**<br>**VERO BEACH, FL 32968** |
| | List the contract number of any government contract | | |

| 2.3177. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **REBECCA SUE GARRISON**<br>**4844 NW FILDING PL #3**<br>**TOPEKA, KS 66618** |
| | List the contract number of any government contract | | |

| 2.3178. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **REBECCA THOMAS TRACY**<br>**5 OAK HILL LANE**<br>**BLUFFTON, SC 29910** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**                                              Case number *(if known)*    **16-11230-SAH**
       First Name       Middle Name       Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

|  |  |  |
| --- | --- | --- |
| State the term remaining | **Unknown** |  |
| List the contract number of any government contract | _____ |  |

| 2.3179. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| --- | --- | --- | --- |
|  | State the term remaining | **Unknown** | **REGENIA LUCAS**<br>**PO BOX 66**<br>**MIDKIFF, WV 25540** |
|  | List the contract number of any government contract | _____ |  |

| 2.3180. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| --- | --- | --- | --- |
|  | State the term remaining | **Unknown** | **REGINA M WILLIAMS AGENT**<br>**18018 MARBLE SPRING**<br>**SAN ANTONIO, TX 78258-0340** |
|  | List the contract number of any government contract | _____ |  |

| 2.3181. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| --- | --- | --- | --- |
|  | State the term remaining | **Unknown** | **RENA JOLENE FLAHARTY**<br>**562 2000 ROAD**<br>**COFFEYVILLE, KS 67337** |
|  | List the contract number of any government contract | _____ |  |

| 2.3182. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| --- | --- | --- | --- |
|  | State the term remaining | **Unknown** | **RENE E & REGINA K CARES**<br>**26031 HARPER ROAD**<br>**PARSONS, KS 67357** |
|  | List the contract number of any government contract | _____ |  |

| 2.3183. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
| --- | --- | --- | --- |
|  | State the term remaining | **Unknown** | **RETA RIFLE**<br>**9777 GARVER ROAD**<br>**LITCHFIELD, OH 44253** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
_____
First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3184.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Rex & Margaret Houghton**
**9510 LYON ROAD**
**ERIE**
**KS, US 66733**

---

**2.3185.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Rex & Margaret Houghton**
**9510 LYON ROAD**
**ERIE**
**KS, US 66733**

---

**2.3186.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**REX A HOUGHTON & MARGARET**
**9510 LYON ROAD**
**ERIE, KS 66733**

---

**2.3187.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**REX A HOUGHTON & MARGARET**
**9510 LYON ROAD**
**ERIE**
**KS, US 66733**

---

**2.3188.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**REX A HOUGHTON & MARGARET**
**9510 LYON ROAD**
**ERIE**
**KS, US 66733**

---

**2.3189.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**REX A HOUGHTON & MARGARET**
**9510 LYON ROAD**
**ERIE**
**KS, US 66733**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.3190.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**REX A HOUGHTON & MARGARET**
**9510 LYON ROAD**
**ERIE**
**KS, US 66733**

---

**2.3191.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**REX BROWN & MARY K BROWN**
**16751 1200 RD**
**ALTOONA, KS 66710**

---

**2.3192.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**REX J KOLSTE**
**4105 PARK VIEW DRIVE**
**JANESVILLE, WI 53546-1777**

---

**2.3193.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**REX TREFETHEN TRST**
**P.O. BOX 1221**
**LOUISBURG, KS 66053-1221**

---

**2.3194.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

**RH HOLDINGS, LLC**
**9685 WICHITA ROAD**
**THAYER, KS 66776**

---

**2.3195.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

**RH HOLDINGS, LLC**
**9685 WICHITA ROAD**
**THAYER**
**KS, US 66776**

---

Debtor 1  **PostRock Energy Corporation**
　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** |  |
| List the contract number of any government contract | _____ |  |

| 2.3196. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RH HOLDINGS, LLC**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.3197. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RH HOLDINGS, LLC**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.3198. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **RH HOLDINGS, LLC**<br>**9685 WICHITA ROAD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.3199. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **RHONDA S STRINGER**<br>**3130 BRIGGS**<br>**PARSONS, KS 67357** |
|  | List the contract number of any government contract | _____ |  |

| 2.3200. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **RICHARD & LINDA REINHARDT**<br>**14465 210TH ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3201. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD & ROBIN COMPSTON** |
| | List the contract number of any government contract | | **PO BOX 486** **S. COFFEYVILLE, OK 74072** |

| 2.3202. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD & VIRGINIA R SHORT,** |
| | List the contract number of any government contract | | **2100 NEW HAMPSHIRE** **LAWRENCE, KS 66046** |

| 2.3203. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD A MCMINIMY LIV TRST** |
| | List the contract number of any government contract | | **8808 29TH WAY SE** **OLYMPIA, WA 98513** |

| 2.3204. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD DWIGHT CHILDERS** |
| | List the contract number of any government contract | | **4472 HIGHES BR RD** **HUNTINGTON, WV 25701** |

| 2.3205. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD DWIGHT CHILDERS** |
| | List the contract number of any government contract | | **4472 HIGHES BR RD** **HUNTINGTON, WV 25701** |

| 2.3206. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD E WILES** |
| | List the contract number of any | | **9411 RENO RD** **ALTOONA, KS 66710** |

Debtor 1   **PostRock Energy Corporation**
　　　　　 First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3207. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD F BOND &** |
| | List the contract number of any government contract | | **HC 61, BOX 61**<br>**LENAPAH, OK 74042** |

| 2.3208. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD G MURRELL & LINDA I** |
| | List the contract number of any government contract | | **1121 S. WASHINGTON**<br>**CHANUTE, KS 66720** |

| 2.3209. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD J & THERESIA L GAGAN** |
| | List the contract number of any government contract | | **HC 61 BOX 36**<br>**LENAPAH, OK 74042-1515** |

| 2.3210. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD KENT & DEBRA COOPER** |
| | List the contract number of any government contract | | **P. O. BOX 112**<br>**EDNA, KS 67342** |

| 2.3211. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICHARD L & DALENE HOLTZMAN** |
| | List the contract number of any government contract | | **P O BOX 267**<br>**THAYER, KS 66776** |

| 2.3212. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RICHARD L & DEBRA D BRADFORD,**<br>**14373 VIOLA ROAD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**                          Case number *(if known)*   **16-11230-SAH**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | _____ |

| 2.3213. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** |
| | List the contract number of any government contract | _____ | **14373 VIOLA ROAD** **CHANUTE** **KS, US 66720** |

| 2.3214. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** |
| | List the contract number of any government contract | _____ | **14373 VIOLA ROAD** **CHANUTE** **KS, US 66720** |

| 2.3215. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** |
| | List the contract number of any government contract | _____ | **14373 VIOLA ROAD** **CHANUTE** **KS, US 66720** |

| 2.3216. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** |
| | List the contract number of any government contract | _____ | **14373 VIOLA ROAD** **CHANUTE** **KS, US 66720** |

| 2.3217. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RICHARD L & DEBRA D BRADFORD, JT** |
| | List the contract number of any government contract | _____ | **14373 VIOLA ROAD** **CHANUTE** **KS, US 66720** |

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3218.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining **UNKNOWN**

List the contract number of any government contract

**RICHARD L & DEBRA D BRADFORD, JT**
**14373 VIOLA ROAD**
**CHANUTE**
**KS, US 66720**

---

**2.3219.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**RICHARD L & MARLENE A CLARK**
**8775 QUEEN ROAD**
**ST. PAUL, KS 66771**

---

**2.3220.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**RICHARD L BABCOCK & MICHAEL D**
**23039 QUEENS RD**
**PARSONS, KS 67357**

---

**2.3221.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**RICHARD L BRADFORD LIV TR**
**14373 VIOLA RD**
**CHANUTE, KS 66720**

---

**2.3222.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

**RICHARD L KIMREY**
**3305 MEADE ROAD**
**PARSONS, KS 67357**

---

**2.3223.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

**RICHARD L PAULEY**
**1554 PREASE ROAD**
**BUCHANAN, VA 24066**

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

**2.3224.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**RICHARD L WILLIAMS**
**1207 S. SANTA FE**
**CHANUTE, KS 66720**

---

**2.3225.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**RICHARD LAWRENCE PORTER**
**5225 FLEETWOOD OAKS DRIVE #627**
**DALLAS, TX 75235**

---

**2.3226.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**RICHARD M LEWIS**
**PO BOX 102170**
**DENVER, CO 80250**

---

**2.3227.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**RICHARD M ROBEY**
**1007 OAKWOOD TERRACE**
**ST. MARYS, WV 26170**

---

**2.3228.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**RICHARD MAXON**
**2507 CHURCHILL DRIVE**
**BARTLESVILLE, OK 74006**

---

**2.3229.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**RICHARD N & CLAUDETTE J DENNIS**
**16225 FORD ROAD**
**CHANUTE, KS 66720**

---

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Unknown**

List the contract number of any government contract   _____

---

2.3230.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**RICHARD N & GLORIA J GREVE**
**201 N. PLUMMER**
**CHANUTE, KS 66720**

---

2.3231.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**RICHARD N STURDEVANT**
**1308 N. 1100 ROAD**
**LAWRENCE, KS 66046-9613**

---

2.3232.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**RICHARD N STURDEVANT &**
**1308 N. 1100 ROAD**
**LAWRENCE, KS 66046**

---

2.3233.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**RICHARD R STREETS**
**39153 MILLER RD**
**SLIDELL, LA 70461-2311**

---

2.3234.   State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**RICHARD R STREETS & LINDA J**
**39153 MILLER RD**
**SLIDELL, LA 70461-2311**

---

Debtor 1    **PostRock Energy Corporation**
_____
First Name    Middle Name    Last Name

Case number (*if known*)    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3235.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICHARD S & KAREN D WILSON
PO BOX 521168
TULSA, OK 74152**

---

**2.3236.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICHARD S SPANGLER
11611 TAMPA AVE.
NORTHRIDGE, CA 91326**

---

**2.3237.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RICHARD STEVEN MEADOR
1819 CORALBERRY COURT
CINCINNATI, OH 45230**

---

**2.3238.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**RICHARD STEVEN MEADOR
1819 CORALBERRY COURT
CINCINNATI
OH, US 45230**

---

**2.3239.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**RICHARD STEVEN MEADOR
1819 CORALBERRY COURT
CINCINNATI
OH, US 45230**

---

**2.3240.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**RICHARD T & SUZANNE LACKEY JR
1068 GREEN MEADOW
CHARLESTON, WV 25314**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **PostRock Energy Corporation**                                    Case number *(if known)*  **16-11230-SAH**
<u>First Name</u>           <u>Middle Name</u>           <u>Last Name</u>

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.3241. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**RICHARD VARNER & BEVERLY**
**16948 HWY K16**
**DENISON, KS 66419**

| | | |
|---|---|---|
| 2.3242. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**RICHARD W WILLHOUR**
**5005 EAST 86TH PLACE SOUTH**
**TULSA, OK 74137**

| | | |
|---|---|---|
| 2.3243. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**RICHARD W WILLHOUR**
**5005 EAST 86TH PLACE SOUTH**
**TULSA, OK 74137**

| | | |
|---|---|---|
| 2.3244. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**RICHARD WESLEY TINK**
**31 HILLTOP ROAD**
**EWING, NJ '08638**

| | | |
|---|---|---|
| 2.3245. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| | State the term remaining | **Unknown** |
| | List the contract number of any government contract | |

**RICHARD WILLIAM AUER DBA**
**PO BOX 159**
**LENAPAH, OK 74042**

| | | |
|---|---|---|
| 2.3246. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |

**RICK & ALICE LONG**
**RT 1 BOX 366**
**SOUTH COFFEYVILLE, OK 74072**

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | | |

| 2.3247. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **RICK & MARSHA WINGATE LIV TRST**<br>**11725 HARPER ROAD**<br>**THAYER, KS 66776** |
|  | List the contract number of any government contract | | |

| 2.3248. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **RICK & MARSHA WINGATE LIV TRST**<br>**11725 HARPER ROAD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | | |

| 2.3249. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|  | State the term remaining | **UNKNOWN** | **RICK & MARSHA WINGATE LIV TRST**<br>**11725 HARPER ROAD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | | |

| 2.3250. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **RICK E & TERESA M BRADLEY**<br>**1691 CR 5700**<br>**COFFEYVILLE, KS 67337** |
|  | List the contract number of any government contract | | |

| 2.3251. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **RICK G RAY & MARILYN E RAY**<br>**398 24000 ROAD**<br>**DENNIS, KS 67341** |
|  | List the contract number of any government contract | | |

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3252.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

RICK J RUTTER & KIM UDEN
21254 2400TH ROAD
CHANUTE, KS 66720

---

**2.3253.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

RICK L RANABARGER
6700 140TH ROAD
CHANUTE, KS 66720

---

**2.3254.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

RICK M BLANCETT
P.O. BOX 369
GOLDEN CITY, MO 64748

---

**2.3255.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

RICKEY A & MARY E HIZEY, JTS
1743 2400 RD
PARSONS, KS 67357

---

**2.3256.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

RICKEY A HIZEY REV TRST DTD
1743 2400 RD
PARSONS, KS 67357

---

**2.3257.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

RICKEY D MAXSON
28305 S HWY 125
MONKEY ISLAND, OK 74331

---



Debtor 1   **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.3258. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKEY DEAN TURNER** |
| | List the contract number of any government contract | | **3216 AMBERWOOD CT** **EDMOND, OK 73003** |

| 2.3259. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKY D & DARLENE M SPENCER** |
| | List the contract number of any government contract | | **19070 IRVING RD** **MOUND VALLEY, KS 67354** |

| 2.3260. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKY D WOOD** |
| | List the contract number of any government contract | | **427454 E. 20TH ROAD** **WELCH, OK 74369** |

| 2.3261. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKY LEE MYERS** |
| | List the contract number of any government contract | | **23054 KIOWA RD.** **PARSONS, KS 67357** |

| 2.3262. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RICKY LYNN RATZLAFF &** |
| | List the contract number of any government contract | | **7830 500 ROAD** **FREDONIA, KS 66736** |

| 2.3263. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RILEY R & SHARON K HOLMES,** **P.O. BOX 275** **BUSHLAND, TX 79012** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.3264. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **RITA F & DENNIS R GRAHAM** |
|  | List the contract number of any government contract | _____ | **2670 60 ROAD**<br>**THAYER, KS 66776** |

| 2.3265. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **RITA KAY HARRIS** |
|  | List the contract number of any government contract | _____ | **2704A N LOMA LINDA DRIVE**<br>**JOPLIN, MO 64804** |

| 2.3266. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **RITA M BERND, LINDA A BARRAGAR** |
|  | List the contract number of any government contract | _____ | **4946 CR 5400**<br>**CHERRYVALE, KS 67335** |

| 2.3267. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **RIVER FARMS, INC** |
|  | List the contract number of any government contract | _____ | **4303 W. 112TH TER.**<br>**LEAWOOD, KS 66211-1718** |

| 2.3268. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **RIVERSIDE RESOURCES LLC** |
|  | List the contract number of any government contract | _____ | **955 BULL CREEK ROAD**<br>**WAVERLY, WV 26184** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3269.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RK WINGATE LIV TRST**
**11725 HARPER RD**
**THAYER, KS 66776**

---

**2.3270.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROANOKE RANCH & INVESTMENT,**
**325 N ST PAUL, STE 4300**
**DALLAS, TX 75201**

---

**2.3271.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROB & ELAINE SMITH**
**HC 67, BOX 560**
**ANTLERS**
**OK, US 74523**

---

**2.3272.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROB GANGER**
**3240 CHERRYRIDGE ROAD**
**ENGLEWOOD, CO 80113**

---

**2.3273.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT  K JOHN**
**8490 ELK RD**
**THAYER, KS 66776**

---

**2.3274.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**ROBERT & AIMEE VANDERFORD**
**10936 S. 2151 STREET E. AVENUE**
**BROKEN ARROW, OK 74014**

Debtor 1    **PostRock Energy Corporation**                     Case number *(if known)*   **16-11230-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|        government contract | |

| 2.3275. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT & AIMEE VANDERFORD** **10936 S. 2151 STREET E. AVENUE** **BROKEN ARROW** **OK, US 74014** |
| | List the contract number of any government contract | | |

| 2.3276. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT & ANN JOHN** **8490 ELK ROAD** **THAYER** **KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3277. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT & CAROLYN ADAMS LV TRST** **21069 JACKSON RD** **PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3278. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT & CHERYL ANN BEAM** **1014 HILLCREST DRIVE** **GROVE, OK 74344** |
| | List the contract number of any government contract | | |

| 2.3279. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT & L COLENE JONES, TRST** **5083 CHASE ROAD** **COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.3280. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROBERT & MARILYN LESLIE** **P.O. BOX 119** **SPALDING, NE 68666** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | **Unknown** | |
|---|---|---|
| List the contract number of any government contract | | |

| 2.3281. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT A & BRENDA J BATTLES** |
| | List the contract number of any government contract | | **2902 TWELVE OAKS DR.**<br>**CHARLOTTE, MI 48813** |

| 2.3282. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT A DAYER** |
| | List the contract number of any government contract | | **3008 N IRONWOOD AVENUE**<br>**BROKEN ARROW, OK 74012-2007** |

| 2.3283. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT A KEPLEY & TERI S** |
| | List the contract number of any government contract | | **1328 W. 11TH ST.**<br>**CHANUTE, KS 66720** |

| 2.3284. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT B HAUGHT** |
| | List the contract number of any government contract | | **6575 ARK RD**<br>**GLOUSTER, VA 23061** |

| 2.3285. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT C SAMS** |
| | List the contract number of any government contract | | **292 BLENNERHASSETT HEIGHTS**<br>**WASHINGTON, WV 26181** |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3286.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT CHARLES GIBBS &
611 QUAIL CREEK ROAD
PARSON, KS 67357-2257**

---

**2.3287.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT CHARLES GIBBS & VICKI A RAWDON, H
611 QUAIL CREEK ROAD
PARSON
KS, US 67357-2257**

---

**2.3288.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT CHARLES RAMEY
13940 K47 HWY
FREDONIA
KS, US 66736**

---

**2.3289.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT D & JULIE H TONNESON
59063 203RD STREET
MANKATO, MN 56001**

---

**2.3290.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT D BARNOW &
6885 130TH RD
CHANUTE, KS 66720**

---

**2.3291.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**ROBERT D CELAINE RIDDLE TRST
RT 2 BOX 21B
HARRISVILLE, WV 26362**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**                                          Case number *(if known)*   **16-11230-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3292. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT D HEADY & ELIZABETH J** |
| | List the contract number of any government contract | | **ROUTE 3, BOX 297** **PARSONS, KS 67357** |

| 2.3293. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT D MIDDLETON & IRMA M** |
| | List the contract number of any government contract | | **824 20000 RD** **MOUND VALLEY, KS 67354** |

| 2.3294. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT D REVELL & LORI ELAINE** |
| | List the contract number of any government contract | | **14625 50TH ROAD** **PARSONS, KS 67357** |

| 2.3295. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT DOUGLAS GRIMM** |
| | List the contract number of any government contract | | **341 CYPRESS RD** **ST. AUGUSTINE, FL 32086-6737** |

| 2.3296. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROBERT E & MARCIA A CLINE** |
| | List the contract number of any government contract | | **121 SOUTH 7TH** **FREDONIA, KS 66736** |

| 2.3297. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROBERT E HAMMETT** **NO. 2 PINE CREEK LANE** **HOUSTON, TX 77055** |

Debtor 1 **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3298. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **ROBERT E HAMSHER** |
| | List the contract number of any government contract | _____ | **1147 CREEKSIDE COURT** **BURTON, MI 48509-1460** |

| 2.3299. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **ROBERT E HAMSHER** **1147 CREEKSIDE COURT** |
| | List the contract number of any government contract | _____ | **BURTON** **MI, US 48509-1460** |

| 2.3300. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | UNKNOWN | **ROBERT E HAMSHER** **1147 CREEKSIDE COURT** |
| | List the contract number of any government contract | _____ | **BURTON** **MI, US 48509-1460** |

| 2.3301. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **ROBERT E HOUSEL & ROSE M** |
| | List the contract number of any government contract | _____ | **1030 EAST 3RD** **CHERRYVALE, KS 67335** |

| 2.3302. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **ROBERT E MORRIS** |
| | List the contract number of any government contract | _____ | **RT 1 BOX 241A** **CAIRO, WV 26337** |

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3303.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E ROBERTS
4062 CHASE ROAD
COFFEYVILLE, KS 67337**

---

**2.3304.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT E ROBERTS
4062 CHASE ROAD
COFFEYVILLE
KS, US 67337**

---

**2.3305.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E ROBERTS REV TRST
4062 CHASE ROAD
COFFEYVILLE, KS 67337**

---

**2.3306.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E SMITH & MARY ELAINE
1318 W. MAIN
ANTLERS, OK 74523**

---

**2.3307.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**ROBERT E STAFFORD
173 SWEETBAY DRIVE
AIKEN, SC 29803**

---

**2.3308.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**ROBERT G ROWE
303 MARKET COURT
FULLERTON, CA 92832**

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3309. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT G STILES**<br>**2210 STURGEON DR.**<br>**MARYSVILLE, WA 98271** |
| | List the contract number of any government contract | | |

| 2.3310. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT GLEN SWILER**<br>**16672 MEADE ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.3311. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT H PARKS**<br>**791 COLLINS RD**<br>**LITTLE HOCKING, OH 45742** |
| | List the contract number of any government contract | | |

| 2.3312. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT HOOD**<br>**28351 SHADOW MOUNTAIN DRIVE**<br>**CONIFER, CO 80433** |
| | List the contract number of any government contract | | |

| 2.3313. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT J & CONNIE J CAMPBELL**<br>**14605 HIGHWAY 59**<br>**ERIE, KS 67333** |
| | List the contract number of any government contract | | |

| 2.3314. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROBERT J & SHERI LYNN ELLIS**<br>**7043 SOUTH KENDALL COURT**<br>**LITTLETON, CO 80128** |
|---|---|---|---|

Debtor 1 **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)* **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.3315. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ROBERT J BLACK &**<br>**1108 SPRUCE WAY ST**<br>**ABILENE, KS 67410** |
|  | List the contract number of any government contract | _____ |  |

| 2.3316. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ROBERT J HOUGHTON**<br>**8270 MEADE ROAD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | _____ |  |

| 2.3317. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | Unknown | **ROBERT J LECK**<br>**1525 20TH ROAD**<br>**THAYER, KS 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.3318. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **ROBERT J LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| 2.3319. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **ROBERT J LECK**<br>**1525 20TH ROAD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract | _____ |  |

| Debtor 1 | **PostRock Energy Corporation** | | Case number (*if known*) | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3320.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3321.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3322.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3323.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT J LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3324.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Robert J. Leck**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

**2.3325.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**Robert J. Leck**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
_____
First Name     Middle Name     Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3326. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT JAMES FOLK** |
| | List the contract number of any government contract | | **BOX 127**<br>**SOUTH COFFEYVILLE, OK 74072** |

| 2.3327. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT JASON HAUGHT** |
| | List the contract number of any government contract | | **118 CRESTWOOD DR.**<br>**PARKERSBURG, WV 26104** |

| 2.3328. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT K & ANN M JOHN, H/W JTS** |
| | List the contract number of any government contract | | **8490 ELK RD**<br>**THAYER, KS 66776** |

| 2.3329. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS** |
| | List the contract number of any government contract | | **8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.3330. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS** |
| | List the contract number of any government contract | | **8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |

| 2.3331. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |

| 2.3332. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS 8490 ELK RD THAYER KS, US 66776 |
|  | List the contract number of any government contract |  |  |

| 2.3333. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS 8490 ELK RD THAYER KS, US 66776 |
|  | List the contract number of any government contract |  |  |

| 2.3334. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS 8490 ELK RD THAYER KS, US 66776 |
|  | List the contract number of any government contract |  |  |

| 2.3335. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS 8490 ELK RD THAYER KS, US 66776 |
|  | List the contract number of any government contract |  |  |

| 2.3336. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROBERT K & ANN M JOHN, H/W JTS 8490 ELK RD THAYER KS, US 66776 |
|  | List the contract number of any government contract |  |  |

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3337.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT K & ANN M JOHN, H/W JTS**
**8490 ELK RD**
**THAYER**
**KS, US 66776**

**2.3338.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT K & ANN M JOHN, H/W JTS**
**8490 ELK RD**
**THAYER**
**KS, US 66776**

**2.3339.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT K & ANN M JOHN, H/W JTS**
**8490 ELK RD**
**THAYER**
**KS, US 66776**

**2.3340.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT K & ANN M JOHN, H/W JTS**
**8490 ELK RD**
**THAYER**
**KS, US 66776**

**2.3341.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**ROBERT K & ANN M JOHN, H/W JTS**
**8490 ELK RD**
**THAYER**
**KS, US 66776**

**2.3342.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**ROBERT K & ANN M JOHN, H/W JTS**
**8490 ELK RD**
**THAYER**
**KS, US 66776**

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |

| 2.3343. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **ROBERT K & ANN M JOHN, H/W JTS**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |

| 2.3344. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER, KS 66776** |
|  | List the contract number of any government contract |  |  |

| 2.3345. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |

| 2.3346. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |

| 2.3347. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
|  | List the contract number of any government contract |  |  |

| 2.3348. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **UNKNOWN** |
| List the contract number of any government contract | _____ |

| 2.3349. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3350. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3351. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3352. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3353. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT K JOHN**<br>**8490 ELK RD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3354.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

ROBERT K JOHN
8490 ELK RD
THAYER
KS, US 66776

---

**2.3355.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROBERT L & TRELLIS E LUBBERS
23035 GRAY ROAD
DENNIS, KS 67341

---

**2.3356.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROBERT L MERRITT
8742 WICHITA RD
THAYER, KS 66776-8131

---

**2.3357.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

ROBERT L MERRITT
8742 WICHITA RD
THAYER
KS, US 66776-8131

---

**2.3358.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

ROBERT L MERRITT
8742 WICHITA RD
THAYER
KS, US 66776-8131

---

**2.3359.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

ROBERT L MERRITT
8742 WICHITA RD
THAYER
KS, US 66776-8131

Debtor 1 **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)* **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3360. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT L MERRITT** |
| | List the contract number of any government contract | | **8742 WICHITA RD THAYER KS, US 66776-8131** |

| 2.3361. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT L THOMPSON** |
| | List the contract number of any government contract | | **7076 QUEEN ROAD OSWEGO, KS 67356** |

| 2.3362. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT L WATSON** |
| | List the contract number of any government contract | | **702 WEST A HILLSBORO, KS 67063** |

| 2.3363. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT LECK** |
| | List the contract number of any government contract | | **1525 20TH ROAD THAYER KS, US 66776** |

| 2.3364. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT LECK** |
| | List the contract number of any government contract | | **1525 20TH ROAD THAYER KS, US 66776** |

| 2.3365. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROBERT LECK 1525 20TH ROAD THAYER KS, US 66776** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
   First Name      Middle Name      Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

---

2.3366.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**ROBERT LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

2.3367.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**ROBERT LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

2.3368.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**ROBERT LECK**
**1525 20TH ROAD**
**THAYER**
**KS, US 66776**

---

2.3369.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**ROBERT LYNN PORTER**
**20522 DEER HOLLOW DR.**
**EDMOND, OK 73012**

---

2.3370.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**ROBERT M & ARDIS M NOVOTNY,**
**5010 DOUGLAS RD**
**THAYER, KS 66776**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.3371. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **ROBERT M & ARDIS M NOVOTNY, H/W, JTROS** |
| | List the contract number of any government contract | | **5010 DOUGLAS RD** **THAYER** **KS, US 66776** |

| 2.3372. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| --- | --- | --- | --- |
| | State the term remaining | **UNKNOWN** | **ROBERT M & ARDIS M NOVOTNY, H/W, JTROS** |
| | List the contract number of any government contract | | **5010 DOUGLAS RD** **THAYER** **KS, US 66776** |

| 2.3373. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **ROBERT M BELL** |
| | List the contract number of any government contract | | **5288 COORS STREET** **ARVADA, CO 80002** |

| 2.3374. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **ROBERT M HALL** |
| | List the contract number of any government contract | | **202 SOUTH WEBSTER** **ERIE, KS 66733** |

| 2.3375. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **ROBERT M KANE** |
| | List the contract number of any government contract | | **PO BOX 2566** **BARTLESVILLE, OK 74005** |

| 2.3376. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **ROBERT M SIGLER** |
| | List the contract number of any | | **PO BOX 65** **KINGWOOD, WV 26537** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3377. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT MARSHALL**<br>**209 MILLWRIGHT DRIVE**<br>**LEXINGTON, SC 29072** |
| | List the contract number of any government contract | | |

| 2.3378. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT MIDDLETON & IRMA MIDDLETON**<br>**824 2000 ROAD**<br>**MOUND VALLEY**<br>**KS, US 67354** |
| | List the contract number of any government contract | | |

| 2.3379. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROBERT MIDDLETON & IRMA MIDDLETON**<br>**824 2000 ROAD**<br>**MOUND VALLEY**<br>**KS, US 67354** |
| | List the contract number of any government contract | | |

| 2.3380. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT R & PATRICIA J O'BRIEN**<br>**3072 N. 2ND ST.**<br>**CHETOPA, KS 67336** |
| | List the contract number of any government contract | | |

| 2.3381. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROBERT R JONES 3630**<br>**PO BOX 1**<br>**SAND FORK, WV 26430** |
| | List the contract number of any government contract | | |

| 2.3382. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROBERT R WILLHOUR**<br>**612 HILLVIEW COURT**<br>**FORT COLLINS, CO 80526** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
      First Name       Middle Name       Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining    **Unknown**

    List the contract number of any government contract

---

2.3383.  State what the contract or lease is for and the nature of the debtor's interest    **Third Party Production Agreement**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**ROBERT R WILLHOUR
612 HILLVIEW COURT
FORT COLLINS, CO 80526**

---

2.3384.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**ROBERT REXROAD
2725 ONTARIO ROAD
UNIONTOWN, OH 44685-8360**

---

2.3385.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**ROBERT W & REBECCA A JOHNSON,
265 VINITA RD
NOWATA, OK 74048**

---

2.3386.  State what the contract or lease is for and the nature of the debtor's interest    **KPC Pipeline sale**

    State the term remaining    **Ended**

    List the contract number of any government contract

**ROBERT W BAIRD & CO INC
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202**

---

2.3387.  State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

    State the term remaining    **Unknown**

    List the contract number of any government contract

**ROBERTA G HUTCHENS, CHERYL R
PO BOX 109
MADISON, KS 66860**

---

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3388.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ROBERTA MCCOY**
**P.O. BOX 5**
**SMITHVILLE, WV 26178**

---

**2.3389.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ROBIN & NAOMI OLSON, H/W**
**1910 CANTER LANE**
**MARRIOTSVILLE, MD 21104-1152**

---

**2.3390.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ROBIN J COOK**
**715 FOX AVE.**
**HARRISVILLE, WV 26362**

---

**2.3391.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ROBIN LANDRUM**
**PO BOX 100**
**LENAPAH, OK 74042**

---

**2.3392.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**ROBIN MOORE**
**890 4000 ROAD**
**EDNA, KS 67342**

---

**2.3393.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**ROBYN A KEZAR**
**2131 SOUTH COOPER COURT**
**WICHITA, KS 67207**

---

Debtor 1  **PostRock Energy Corporation**
First Name                      Middle Name                      Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3394. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBYN A KEZAR** **2131 SOUTH COOPER COURT** **WICHITA** **KS, US 67207** |
| | List the contract number of any government contract | | |

| 2.3395. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROBYN A KEZAR** **2131 SOUTH COOPER COURT** **WICHITA** **KS, US 67207** |
| | List the contract number of any government contract | | |

| 2.3396. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Robyn A. Kezar** **2131 SOUTH COOPER COURT** **WICHITA** **KS, US 67207** |
| | List the contract number of any government contract | | |

| 2.3397. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **Robyn A. Kezar** **2131 SOUTH COOPER COURT** **WICHITA** **KS, US 67207** |
| | List the contract number of any government contract | | |

| 2.3398. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROCK FUND I LTD.** **C/O 1000 BALLPARK WAY, STE 216** **ARLINGTON, KS 76011** |
| | List the contract number of any government contract | | |

| 2.3399. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **ROCKNE RAY MAXSON** **2111 YALE AVE.** **MIAMI, OK 74354** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | State the term remaining | Unknown | |
| --- | --- | --- | --- |
| | List the contract number of any government contract | _____ | |

| 2.3400. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | **RODERICK EARL LANHAM** |
| | List the contract number of any government contract | _____ | **526 NORTHILL DRIVE**<br>**RICHARDSON, TX 75080** |

| 2.3401. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | **RODNEY & DARLENE HUGHES H/W JT** |
| | List the contract number of any government contract | _____ | **3475 HARPER ROAD**<br>**GALESBURG, KS 66740** |

| 2.3402. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | **RODNEY ALAN MCCLOY** |
| | List the contract number of any government contract | _____ | **2906 BROOKSIDE CT**<br>**LA GRANGE, KY 40031** |

| 2.3403. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | **RODNEY D & SUSAN M BAKER, H/W** |
| | List the contract number of any government contract | _____ | **23029 HARPER RD**<br>**DENNIS, KS 67341** |

| 2.3404. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| --- | --- | --- | --- |
| | State the term remaining | Unknown | **RODNEY DALE & TERRI L WALKER** |
| | List the contract number of any government contract | _____ | **7345 U.S. HWY 169**<br>**THAYER, KS 66776** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3405. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RODNEY L HAMBLETON & EDWINA L**<br>**1018 25000 RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3406. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RODNEY ROBERTSON, BRYAN**<br>**1302 S. EDITH**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3407. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER A & DONNA M PALMER**<br>**737 8000 ROAD**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.3408. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER D KEELING**<br>**112 MAPLEWOOD ESTATES**<br>**SCOTT DEPOT, WV 25560** |
| | List the contract number of any government contract | | |

| 2.3409. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER ELLIOTT**<br>**19730 IRVING ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3410. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGER J & CAROL A LEE**<br>**3015 DIRR**<br>**PARSONS, KS 67357** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**
_____    Case number *(if known)*    **16-11230-SAH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3411. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Roger J. & Carol A. Lee**<br>**3015 DIRR**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.3412. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Roger J. & Carol A. Lee**<br>**3015 DIRR**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.3413. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGERS RESOURCES, LLC**<br>**7922 S. BUCHANAN WAY**<br>**AURORA, CO 80016** |
| | List the contract number of any government contract | | |

| 2.3414. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROGERS RESOURCES, LLC**<br>**7922 S. BUCHANAN WAY**<br>**AURORA, CO 80016** |
| | List the contract number of any government contract | | |

| 2.3415. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROKFF LP**<br>**25 NATHANIEL ROAD**<br>**SOUTHAMPTON, PA 18966** |
| | List the contract number of any government contract | | |

| 2.3416. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **ROKFF LP**<br>**25 NATHANIEL ROAD**<br>**SOUTHAMPTON, PA 18966** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**

First Name      Middle Name      Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | |

| 2.3417. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROLLAND W MARINO JR**<br>**1415 SOUTHRIDGE DR.**<br>**BREA, CA 92821-0195** |
| | List the contract number of any government contract | | |

| 2.3418. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROMA J & EDDIE D HENLEY**<br>**8091 2400 ROAD**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.3419. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROMA J & EDDIE D HENLEY**<br>**8091 2400 ROAD**<br>**FREDONIA**<br>**KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.3420. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **ROMA J & EDDIE D HENLEY**<br>**8091 2400 ROAD**<br>**FREDONIA**<br>**KS, US 66736** |
| | List the contract number of any government contract | | |

| 2.3421. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **ROMAN G DELATORRE**<br>**18676 ANDERSON ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

Debtor 1   **PostRock Energy Corporation**
   First Name          Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.3422.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RON & LISA TREAT**
**9369 DYNAMITE ROAD**
**LAKESIDE, AZ 85929**

---

**2.3423.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD & DIANE L ARNOLD REV TR**
**4302 ROYAL ABERDEEN**
**COLUMBIA, MO 65203**

---

**2.3424.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD & LUCINDA MYERS -**
**415 N SHERMAN ST**
**SEDAN, KS 67361**

---

**2.3425.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD D DANNELS, DAYNA R**
**P.O. BOX 82**
**ALTOONA, KS 66710**

---

**2.3426.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD D GREEN**
**PO BOX 97**
**ALTOONA, KS 66710**

---

**2.3427.**  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**RONALD E CHILDERS**
**521 ALTON RD**
**GALLOWAY, OH 43119**

Debtor 1    **PostRock Energy Corporation**
　　　　　　First Name　　　　　Middle Name　　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |

| 2.3428. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD F & SANDRA J CAVENDER**<br>**321A RR 1**<br>**SALT ROCK, WV 25559-9728** |
| | List the contract number of any government contract | | |

| 2.3429. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD G & TERRI L WINKLER**<br>**P.O. BOX 154**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.3430. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD HATFIELD**<br>**779 MOATS RD.**<br>**ELLENBORO, WV 26346** |
| | List the contract number of any government contract | | |

| 2.3431. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD J SMITH & SHARILYN M.**<br>**1624 DOVER ROAD**<br>**EMPORIA, KS 66801** |
| | List the contract number of any government contract | | |

| 2.3432. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD JR & ANGELINE VYHLIDAL,**<br>**7570 HARPER RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3433. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RONALD L & JUDITH ALEXANDER**<br>**837 5000 ROAD**<br>**EDNA, KS 67342** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name            Middle Name              Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | Unknown |  |
| List the contract number of any government contract | | |

| 2.3434. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
| | State the term remaining | Unknown | **RONALD L MADRON REV TRST U/A**<br>**198 B 5000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.3435. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
| | State the term remaining | Unknown | **RONALD L ROGERS**<br>**1623 ROAD 1**<br>**CEDAR VALE, KS 67024** |
| | List the contract number of any government contract | | |

| 2.3436. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
| | State the term remaining | Unknown | **RONALD L VANDENBARK**<br>**262 LARA DR**<br>**ZANESVILLES, OH 43701** |
| | List the contract number of any government contract | | |

| 2.3437. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
| | State the term remaining | Unknown | **RONALD M BRADLEY**<br>**946 SHORT RUN RD.**<br>**PENNSBORO, WV 26415** |
| | List the contract number of any government contract | | |

| 2.3438. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
| | State the term remaining | Unknown | **RONALD N OLSON**<br>**16225 210TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3439.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD P WYER
RT 2, BOX 50-A
HARRISVILLE, WV 26362**

---

**2.3440.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R & DIANE ARNOLD
4302 ROYAL ABERDEEN
COLUMBIA, MO 65203**

---

**2.3441.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R & NONA STOTTS
1681 CR 5300
COFFEYVILLE, KS 67337**

---

**2.3442.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R FLOWERS &
16440 GRAY ROAD
CHANUTE, KS 66720**

---

**2.3443.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONALD R NUTT
723 WIGNER AVE
HARRISVILLE, WV 26362**

---

**2.3444.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**RONALD R STOTTS
1681 CR 5300
COFFEYVILLE, KS 67337**

Debtor 1   **PostRock Energy Corporation**
_____

First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3445. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD TRIM**<br>**10700 FORD ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3446. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Ronald Trim**<br>**10700 FORD ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3447. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RONALD TRIM**<br>**10700 FORD ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3448. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RONALD V ELY**<br>**1505 150TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3449. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **RONALD V ELY**<br>**1505 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3450. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **RONALD V ELY**<br>**1505 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.3451. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Ronald V. Ely**<br>**1505 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3452. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **Ronald V. Ely**<br>**1505 150TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3453. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **RONALD W ASTON**<br>**1212 COURTLAND RD**<br>**WEIRTON, WV 26062-5104** |
|  | List the contract number of any government contract | | |

| 2.3454. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **RONALD W NEIDIGH**<br>**787 1000 ROAD**<br>**EDNA, KS 67342-9349** |
|  | List the contract number of any government contract | | |

| 2.3455. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | Unknown | **RONALD W PARKS**<br>**6101 VALLEY PARK DRIVE**<br>**HUNTSVILLE, AL 35810** |
|  | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**
_____    _____    _____
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3456.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONNEY ELMER STAFFORD**
**PO BOX 911**
**OWASSO, OK 74055**

---

**2.3457.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONNIE E & HEATHER L MCGUIRE**
**8680 NESS ROAD**
**ERIE, KS 66733**

---

**2.3458.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONNIE E & LINDA K WEST**
**1501 25000 RD.**
**PARSONS, KS 67357**

---

**2.3459.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONNIE E MCGUIRE**
**8680 NESS RD**
**ERIE, KS 66733**

---

**2.3460.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**RONNIE JOE & SONDRA D HARRIS**
**9605 QUEEN ROAD**
**ST. PAUL, KS 66771**

---

**2.3461.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**RONNIE JOE & SONDRA D HARRIS**
**9605 QUEEN ROAD**
**ST. PAUL**
**KS, US 66771**

---

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3462. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSA BELLE GAINER** |
| | List the contract number of any government contract | | **P. O. BOX 12** **GLENVILLE, WV 26351** |

| 2.3463. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **ROSANNA SNYDER** |
| | List the contract number of any government contract | | **6517 W 79TH ST** **OVERLAND PARK** **KS, US 66204** |

| 2.3464. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSE MARIE PAULIE** |
| | List the contract number of any government contract | | **21860 120TH ROAD** **ST. PAUL, KS 66771** |

| 2.3465. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSE PARKS** |
| | List the contract number of any government contract | | **52723 TRINTER RD** **VERMILLION, OH 44089** |

| 2.3466. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ROSEMARY A MATTOX REV TRST** |
| | List the contract number of any government contract | | **935 N. LAKEVIEW** **DERBY, KS 67037** |

| 2.3467. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ROSEMARY A MATTOX REV TRST, ROSEMARY A M** **935 N. LAKEVIEW** **DERBY** **KS, US 67037** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**         Case number *(if known)*   **16-11230-SAH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | UNKNOWN |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |

| 2.3468. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROSEMARY A MATTOX REV TRST, ROSEMARY A M<br>935 N. LAKEVIEW<br>DERBY<br>KS, US 67037 |
|  | List the contract number of any government contract |  |  |

| 2.3469. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | ROSS GOSNEY<br>PO BOX 1013<br>BAYFIELD, CO 81122 |
|  | List the contract number of any government contract |  |  |

| 2.3470. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | ROST ENERGY CO<br>P.O. BOX 615<br>LIGONIER, PA 16568 |
|  | List the contract number of any government contract |  |  |

| 2.3471. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments |  |
|---|---|---|---|
|  | State the term remaining | Unknown | ROXANNA L LINNEBUR<br>P.O. BOX 602<br>STRASBURG, CO 80136 |
|  | List the contract number of any government contract |  |  |

| 2.3472. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT |  |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | ROXANNA L LINNEBUR<br>P.O. BOX 602<br>STRASBURG<br>CO, US 80136 |
|  | List the contract number of any government contract |  |  |

| Debtor 1 | PostRock Energy Corporation | | | Case number *(if known)* | 16-11230-SAH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3473.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROXIE HENDRICKS
36321 N. 12TH ST.
PHOENIX, AZ 85086

**2.3474.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY & MARIAN CARSON, H/W JT
2116 W. COMSTOCK DR.
CHANDLER, AZ 85224

**2.3475.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY A. CAMPBELL
8331 SISSONVILLE DR
CHARLESTON, WV 25320

**2.3476.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY BURNER OR PATRICIA BURNER
1535 BREAM ST
MERRITT ISLAND, FL 32953

**2.3477.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY D ADAMS
18500 FORD RD
CHANUTE, KS 66720

**2.3478.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

ROY D HADLEY
43 BRIDGE WAY N
MIDDLEBOURNE, WV 26149

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| government contract | |
|---|---|

**2.3479.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY E & ROBIN L VARNER, H/W
18911 US HWY 75
BENEDICT, KS 66714

---

**2.3480.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY E ANGLIN
RR1 BOX 107
WANN, OK 74083

---

**2.3481.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY E ANGLIN & REGENT BANK,
RT 1, BOX 107
WANN, OK 74083

---

**2.3482.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

ROY E VARNER & ROBIN L VARNER,
18911 U.S. 75 HWY
BENEDICT, KS 66714

---

**2.3483.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

ROY E VARNER & ROBIN L VARNER, H/W, JTRO
18911 U.S. 75 HWY
BENEDICT
KS, US 66714

---

**2.3484.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

ROY G HILDRETH & SONS INC
PO BOX 1007
SPENCER, WV 25276

---

Debtor 1    **PostRock Energy Corporation**

First Name            Middle Name            Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown**<br><br>List the contract number of any government contract | |
| **2.3485.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract | **ROY L THOMPSON**<br>**991 22000 RD**<br>**PARSONS, KS 67357** |
| **2.3486.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract | **ROY LOWELL THOMPSON & JUDITH L**<br>**991 22000 RD**<br>**PARSONS, KS 67357** |
| **2.3487.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract | **ROY PRESTON ARNOLD TRST**<br>**4715 ROLLING MEADOWS RD**<br>**BARTLESVILLE, OK 74006** |
| **2.3488.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract | **ROYCE E SAUBERS**<br>**1574 10TH ROAD**<br>**BUFFALO, KS 66717** |
| **2.3489.** State what the contract or lease is for and the nature of the debtor's interest **Third Party Production Agreement**<br><br>State the term remaining **Unknown**<br><br>List the contract number of any government contract | **ROYCE E SAUBERS**<br>**1574 10TH ROAD**<br>**BUFFALO, KS 66717** |

Debtor 1    **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3490.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RP 2010, LLC
P.O. BOX 1094
NORTH PLATTE, NE 69103

---

**2.3491.** State what the contract or lease is for and the nature of the debtor's interest — **XBRL Filing services**

State the term remaining — **Ended**

List the contract number of any government contract

RR DONNELLEY FINANCIAL, INC
PO BOX 93271
CLEVELAND, OH 44193

---

**2.3492.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RUBY A OLSON
19676 1800TH ROAD
ALTOONA, KS 66710

---

**2.3493.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

RUBY A OLSON
19676 1800TH ROAD
ALTOONA
KS, US 66710

---

**2.3494.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RUBY F BLACK
831 20000 ROAD
MOUND VALLEY, KS 67354

---

**2.3495.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

RUBY GAY WOLFE
825 WEST HIGH STREET
APT 3-B
HARRISVILLE, WV 26362

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3496. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUDY R HECKER**<br>**4254 REKA DRIVE**<br>**ANCHORAGE, AK 99508** |
| | List the contract number of any government contract | | |

| 2.3497. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUNNIN 'F' INC**<br>**RT 1 BOX 150**<br>**DELAWARE, OK 74027** |
| | List the contract number of any government contract | | |

| 2.3498. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUSSELL & TERRY MCKEE**<br>**BOX 130**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.3499. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUSSELL DEAN RATZLAFF &**<br>**619 N. 6TH**<br>**FREDONIA, KS 66736** |
| | List the contract number of any government contract | | |

| 2.3500. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **RUSSELL J & NORITA F MARTIN**<br>**6730 NORTH 4010 ROAD**<br>**COPAN, OK 74022** |
| | List the contract number of any government contract | | |

| 2.3501. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **RUSSELL L BUSSMAN**<br>**7005 UNION TERRACE LANE N.**<br>**MAPLE GROVE, MN 55369** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **Unknown** |
| List the contract number of any government contract | |
| 2.3502. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **RUSSELL L WALKER**<br>**201 E 1ST**<br>**ALTOONA, KS 66710** |
| 2.3503. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **RUSSELL LEWIS HEADY**<br>**12900 160TH ROAD**<br>**ERIE, KS 66733** |
| 2.3504. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **RUSSELL S CLEAVER**<br>**17495 135TH ROAD**<br>**ERIE, KS 66733** |
| 2.3505. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **RUTH A LINVILLE**<br>**3351 RAIN ROAD**<br>**CHAPMAN, KS 67431** |
| 2.3506. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |
| State the term remaining | **UNKNOWN** |
| List the contract number of any government contract | **Ruth A. Linville**<br>**3351 RAIN ROAD**<br>**CHAPMAN**<br>**KS, US 67431** |

Debtor 1 **PostRock Energy Corporation**
    First Name       Middle Name       Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3507.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

Ruth A. Linville
3351 RAIN ROAD
CHAPMAN
KS, US 67431

---

**2.3508.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RUTH ANN FLANAGAN
16662 FM 1716 E
HENDERSON, TX 75652

---

**2.3509.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RUTH STEVENS REVOCABLE TRUST
500 LAKEWOOD DRIVE
FAIRVIEW, TX 75069

---

**2.3510.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RWJ FARMS, LLC
PO BOX 2817
WICHITA, KS 67201-2817

---

**2.3511.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

RYAN J. ELLIS
7045 S. KENDALL BLVD
LITTLETON, CO 80128

---

**2.3512.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

RYAN P BERG & AMY MEEKER-BERG
220 HIGH STREET
BALDWIN CITY, KS 66006

---

Debtor 1    **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.3513. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **S & C PROPERTIES**<br>**PO BOX 601295**<br>**DALLAS, TX 75360-1295** |
| | List the contract number of any government contract | | |

| 2.3514. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **S&S OIL & GAS, LLC**<br>**P.O. BOX 659**<br>**SKIATOOK, OK 74070** |
| | List the contract number of any government contract | | |

| 2.3515. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SALLIE TIERNEY GAMMAGE**<br>**705 WILLIAMS AVE.**<br>**NATCHITOCHES, LA 71457** |
| | List the contract number of any government contract | | |

| 2.3516. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SAMUAL R NODO**<br>**2161 KENYON AVE. NW**<br>**MASSILON, OH 44646** |
| | List the contract number of any government contract | | |

| 2.3517. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SAMUEL C HAMMETT**<br>**955 BULL CREEK RD**<br>**WAVERLY, WV 26184** |
| | List the contract number of any government contract | | |

| 2.3518. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **SAMUEL L OAKLEAF**<br>**887 W. JEFFERSON**<br>**HOWARD, KS 67349** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
          First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|  | List the contract number of any government contract | | |

| 2.3519. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **SAMUEL L OAKLEAF & REBECCA** |
|  | List the contract number of any government contract | | **887 W. JEFFERSON**<br>**HOWARD, KS 67349** |

| 2.3520. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **SANDRA CORDELIA REED** |
|  | List the contract number of any government contract | | **3923 EDGEMOOR WAY**<br>**LAS VEGAS, NV 89121-4830** |

| 2.3521. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **SANDRA GARDNER** |
|  | List the contract number of any government contract | | **304 CAMINO REAL**<br>**HOWEY IN THE HILLS, FL 34737** |

| 2.3522. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **SANDRA L MOORE** |
|  | List the contract number of any government contract | | **RR1 BOX 159**<br>**HARRISVILLE, WV 26362** |

| 2.3523. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | **Unknown** | **SANDRA S DYKE** |
|  | List the contract number of any government contract | | **26055 ELK ROAD**<br>**THAYER, KS 66776** |

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number _(if known)_  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3524.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SARA JOHNSON BERRY
497 PITCHERCANE RD
HOT SPRINGS, AR 71901**

---

**2.3525.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SARAH A RUBOW
403 BUNKER AVENUE
AZTEC, NM 87410**

---

**2.3526.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SCHELL FAMILY TRUST
17875 GRADY RD.
CHANUTE, KS 66720**

---

**2.3527.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SCHULEIN COMPANY
1775 SHERMAN ST, STE 2950
DENVER, CO 80203**

---

**2.3528.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**SCHULEIN COMPANY
1775 SHERMAN ST, STE 2950
DENVER, CO 80203**

---

**2.3529.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**SCHULTZ FARM, LLC
P.O. BOX 125
SOUTH COFFEYVILLE, OK 74072**

Debtor 1    **PostRock Energy Corporation**
_____
First Name         Middle Name         Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3530. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SCOTT & JANE A SWEZEY**<br>**2375 IRVING ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.3531. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SCOTT L & VALERIE K GARRETT**<br>**8501 N NOB HILL DR**<br>**TUCSON, AZ 85742** |
| | List the contract number of any government contract | | |

| 2.3532. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Scott Smith & Stacy Smith**<br>**633 23000 ROAD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.3533. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SCOTT SMITH & STACY SMITH,**<br>**633 23000 ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.3534. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SCOTT SMITH (LIFE ESTATE)**<br>**633 23000 RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.3535. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **SCOTT TOMLINSON, TODD**<br>**1630 200TH RD**<br>**CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any government contract    _____

---

2.3536. State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SCOTT VAUGHAN
RT 1
SALTROCK, WV 25559**

---

2.3537. State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SDS ENERGY, LLC
53 FOREST AVE., 1ST FLOOR
OLD GREENWICH, CT '06870**

---

2.3538. State what the contract or lease is for and the nature of the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract    _____

**SEE DER RIDGE, LLC
24218 US 7 HWY
BUFFALO, KS 66717**

---

2.3539. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**SEE DER RIDGE, LLC
24218 US 7 HWY
BUFFALO
KS, US 66717**

---

2.3540. State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract    _____

**SEE DER RIDGE, LLC
24218 US 7 HWY
BUFFALO
KS, US 66717**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3541. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SEE DER RIDGE, LLC**<br>**24218 US 7 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.3542. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SEE DER RIDGE, LLC**<br>**24218 US 7 HWY**<br>**BUFFALO**<br>**KS, US 66717** |
| | List the contract number of any government contract | | |

| 2.3543. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEIDL FARMS, LLC**<br>**30830 W. 90TH STREET**<br>**DESOTO, KS 66018** |
| | List the contract number of any government contract | | |

| 2.3544. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING**<br>**PO BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3545. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING**<br>**PO BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3546. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING, LLC**<br>**P.O. BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
            _____
            First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |

| 2.3547. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY OPERATING, LLC**<br>**P.O. BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3548. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SEK ENERGY, LLC**<br>**P.O. BOX 55**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3549. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SERENITY G VAUGHAN**<br>**SALTROCK, WV 25559** |
| | List the contract number of any government contract | | |

| 2.3550. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHADY CREEK AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3551. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **SHADY CREEK AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3552. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **SHADY CREEK AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **UNKNOWN** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.3553. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **SHADY CREEK AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3554. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **SHADY CREEK AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3555. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **SHADY CREEK AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3556. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **SHADY CREEK AGRICULTURAL**<br>**10600 170TH ROAD**<br>**CHANUTE**<br>**KS, US 66720** |
|  | List the contract number of any government contract | | |

| 2.3557. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **SHANE M BARNHART**<br>**16435 MARSHALL RD**<br>**ERIE, KS 66733** |
|  | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3558.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

　　　　State the term remaining　　**Unknown**

　　　　List the contract number of any government contract

**SHANE M COLLINS**
**2625 60TH ROAD**
**THAYER, KS 66776**

---

**2.3559.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

　　　　State the term remaining　　**Unknown**

　　　　List the contract number of any government contract

**SHAREN B STOCKEBRAND**
**1964 110TH RD**
**YATES CENTER, KS 66783**

---

**2.3560.** State what the contract or lease is for and the nature of the debtor's interest　　**Royalty Payments**

　　　　State the term remaining　　**Unknown**

　　　　List the contract number of any government contract

**SHARLENE PITTMAN**
**RT. 1 BOX 176A**
**HARRISVILLE, WV 26362**

---

**2.3561.** State what the contract or lease is for and the nature of the debtor's interest　　**LAND USE AGREEMENT**

　　　　State the term remaining　　**UNKNOWN**

　　　　List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

---

**2.3562.** State what the contract or lease is for and the nature of the debtor's interest　　**LAND USE AGREEMENT**

　　　　State the term remaining　　**UNKNOWN**

　　　　List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

---

**2.3563.** State what the contract or lease is for and the nature of the debtor's interest　　**LAND USE AGREEMENT**

　　　　State the term remaining　　**UNKNOWN**

　　　　List the contract number of any

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

2.3564. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

---

2.3565. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

---

2.3566. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

---

2.3567. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

---

2.3568. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**SHARON B TRICHLER STOCKEBRAND**
**1964 110TH ROAD**
**YATES CENTER**
**KS, US 66783**

---

2.3569. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**SHARON DRAKE WILLIAMS**
**7601 DELEON CT**
**TAMPA, FL 33615**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | 16-11230-SAH |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.3570. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
|  | State the term remaining | Unknown | **SHARON K BEARD** |
|  | List the contract number of any government contract | _____ | **2107 HWY K**<br>**SENECA, MO 64865** |

| 2.3571. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **SHARON K HICKS** |
|  | List the contract number of any government contract | _____ | **775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |

| 2.3572. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **SHARON K HICKS** |
|  | List the contract number of any government contract | _____ | **775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |

| 2.3573. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **SHARON K HICKS** |
|  | List the contract number of any government contract | _____ | **775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |

| 2.3574. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
|  | State the term remaining | UNKNOWN | **SHARON K HICKS** |
|  | List the contract number of any government contract | _____ | **775 SOUTH LIBERTY**<br>**CHERRYVALE**<br>**KS, US 67355** |

Debtor 1   **PostRock Energy Corporation**
             First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3575.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**SHARON K HICKS**
**775 SOUTH LIBERTY**
**CHERRYVALE**
**KS, US 67355**

---

**2.3576.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**SHARON K HICKS**
**775 SOUTH LIBERTY**
**CHERRYVALE**
**KS, US 67355**

---

**2.3577.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**SHARON L REAVES LIV TRST,**
**20814 1900 RD**
**CHANUTE, KS 66720**

---

**2.3578.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**SHARON L ROBERTSON**
**1302 S EDITH**
**CHANUTE, KS 66720**

---

**2.3579.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**SHARON L STOVER**
**18548 1800TH RD**
**ALTOONA, KS 66710**

---

**2.3580.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**SHARON LAMBKIN**
**104 COUNTY ROAD 2313**
**PITTSBURG, TX 75686**

---

Debtor 1  **PostRock Energy Corporation**
  First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.3581.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHARON MCINTYRE GRIFFETH EXEC
27 SHADY BROOK DR
LANGHORNE, PA 19047**

---

2.3582.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHARON ROLFE
RR 1, BOX 313A
SALTROCK, WV 25559**

---

2.3583.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHARON SUE MOORE
5214 BRISCOE RD
PARKERSBURG, WV 26105**

---

2.3584.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHEILA BALDWIN
201 COOK HOLLOW RD
WOODHULL, NY 14898**

---

2.3585.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHEILA GUY
3811 ROOT, N.E.
CANTON, OH 44705**

---

2.3586.  State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**SHEILA M HOENES
20 WEST MAGGIE CT
WENDELL, NC 27591**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.3587. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHELDON GOSNEY**<br>**PO BOX 1018**<br>**IGNACIO, CO 81137** |
| | List the contract number of any government contract | | |

| 2.3588. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHERRI E BRANT**<br>**4070 120TH STREET**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3589. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY A LOGAN**<br>**406 NORTH BAY COUNTY**<br>**WICHITA, KS 67235** |
| | List the contract number of any government contract | | |

| 2.3590. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY ANN PERKINS**<br>**241 HARVEY STREET**<br>**VIENNA, WV 26104** |
| | List the contract number of any government contract | | |

| 2.3591. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SHIRLEY BRINKMAN**<br>**RT 1 BOX 358**<br>**S COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**
_____
First Name         Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3592.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

Shirley Brinkman
RT 1 BOX 358
S COFFEYVILLE
OK, US 74072

---

**2.3593.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

SHIRLEY E BURCHARD
164 CARPENTERS RUN RD
WAVERLY, WV 26184

---

**2.3594.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

SHIRLEY ELLIS
525 SHWANEE
LENAPAH, OK 74042

---

**2.3595.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

SHIRLEY FINLEY LIV TR
1420 HWY 39
CHANUTE, KS 66720

---

**2.3596.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any government contract

SHIRLEY FLINTOM
11885 SURFBIRD CIRCLE
JACKSONVILLE, FL 32265

---

**2.3597.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining  **Unknown**

List the contract number of any

SHIRLEY J ELLIS, ADMINISTRATOR
525 SHAWNEE
LENAPAH, OK 74042

---

Debtor 1   **PostRock Energy Corporation**
_____
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

2.3598.　State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHIRLEY J ELLIS, TTEE
525 SHAWNEE
LENAPAH, OK 74042**

2.3599.　State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHIRLEY J MCDANIEL
905 W 109TH NORTH
VALLEY CENTER, KS 67147**

2.3600.　State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHIRLEY M DRISKILL
6873 SCOTT ROAD
NEODESHA, KS 66757**

2.3601.　State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHIRLEY MATZ
43763 STATE ROUTE 26
WOODSFIELD, OH 43793**

2.3602.　State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SHIRLEY MCDANIEL ALFORD
593 8000 RD
EDNA, KS 67342**

2.3603.　State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**SHIRLEY PHILLIPS
6104 WINDSOR DRIVE
FREDRICKSBURG, VA 22407**

Debtor 1    **PostRock Energy Corporation**                                    Case number *(if known)*    **16-11230-SAH**
　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3604. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **SHIRLEY POWERS**<br>**5435 K-47 HWY**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3605. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **SHIRLEY POWERS**<br>**5435 K-47 HWY**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3606. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **SHIRLEY POWERS**<br>**5435 K-47 HWY**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.3607. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **SHYREL ANN GEORGE**<br>**206 WEST 2ND**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | _____ | |

| 2.3608. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **SIEVERLING OIL, LLC**<br>**800 WEST 47TH STREET**<br>**KANSAS CITY, MO 64112** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.3609. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SILTSTONE RESOURCES II, LLC
600 JEFFERSON STREET, STE 2000
HOUSTON, TX 77002**

---

2.3610. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SINGER BROTHERS A PARTNERSHIP
DEPT 1063
TULSA, OK 74182**

---

2.3611. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SINNI R KLINTWORTH
4081 BLENDON PT. DR.
COLUMBUS, OH 43230**

---

2.3612. State what the contract or lease is for and the nature of the debtor's interest — **Office space - Sewickley, PA**

State the term remaining — **Ended**

List the contract number of any government contract

**SIPPEL ENTERPRISES, LLC
2591 WEXFORD BAYNE RD.
SUITE 100
SEWICKLEY, PA 15143**

---

2.3613. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SLUSHER LIVING TRUST
2204 N LOCH LOMOND CT
WICHITA, KS 67228**

---

2.3614. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**SLYVIA WEBER & JAN MOORMAN
112 WILLOWOOD CIRCLE
HURRICANE, WV 25526**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
First Name       Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3615. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SMITH & MORRIS TRST**<br>**PO DRAWER 99084**<br>**FORT WORTH, TX 76199** |
| | List the contract number of any government contract | | |

| 2.3616. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SMITH REV TRST UTA DTD 6/24/02**<br>**PO BOX 2227**<br>**HOUSTON, TX 77252** |
| | List the contract number of any government contract | | |

| 2.3617. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SONNY R MANLEY & DARLA S**<br>**13015 ELK RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3618. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SOUTHWEST PETROLEUM COMPANY,**<br>**P.O. BOX 702377**<br>**DALLAS, TX 75370-2377** |
| | List the contract number of any government contract | | |

| 2.3619. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SOUTHWIND RESOURCES, INC**<br>**2209 MARKWELL PLACE**<br>**OKLAHOMA CITY, OK 73127** |
| | List the contract number of any government contract | | |

| 2.3620. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | | | **SOUTHWIND RESOURCES, INC**<br>**2209 MARKWELL PLACE**<br>**OKLAHOMA CITY, OK 73127** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Unknown**

List the contract number of any
government contract    _____

---

2.3621.    State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract    _____

**SOWER FAMILY PARTNERSHIP, LLLP
PO BOX 91
BAYFIELD, CO 81122**

---

2.3622.    State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract    _____

**SPRUCE GROVE METHODIST CHURCH
1430 COKELEY RIDGE
HARRISVILLE, WV 26362**

---

2.3623.    State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract    _____

**STACEY FAGER
1004 PRYOR
IOLA, KS 66749**

---

2.3624.    State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract    _____

**STACY A HAMMER
607 PAMELA ST
APT 6
TAHLEQUAH, OK 74464**

---

2.3625.    State what the contract or
lease is for and the nature of
the debtor's interest    **Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any
government contract    _____

**STAN & PAULETTE FRIEDERICH
12100 200 ROAD
ERIE, KS 66733**

---

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3626. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY W & GLENDA K HAAG**<br>**575 2000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any government contract | | |

| 2.3627. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY C & KATHERINE L STITT**<br>**8830 BROWN ROAD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3628. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STANLEY O & JENNIE L UMBARGER**<br>**6725 FORD ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3629. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STANLEY O & JENNIE L UMBARGER**<br>**6725 FORD ROAD**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3630. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY O UMBARGER**<br>**6725 FORD RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3631. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STANLEY W & GLENDA K HAAG**<br>**575 2000 ROAD**<br>**COFFEYVILLE, KS 67337** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.3632. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEFAN SCOTT & STACY M SMITH,** |
| | List the contract number of any government contract | | **633 23000 ROAD** **DENNIS, KS 67341** |

| 2.3633. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEFANIE A MINOR** |
| | List the contract number of any government contract | | **372 FOWLER RD** **HARRISVILLE, WV 26362** |

| 2.3634. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEPHANIE HAMMER** |
| | List the contract number of any government contract | | **4800 PARK HILL RD** **TAHLEQUAH, OK 74464** |

| 2.3635. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEPHANIE S SMITH** |
| | List the contract number of any government contract | | **3905 GREGORY ROAD** **EL RENO, OK 73036** |

| 2.3636. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEPHANIE SALAZAR** |
| | List the contract number of any government contract | | **3922 E. SKINNER** **WICHITA, KS 67218** |

| 2.3637. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **STEPHEN & LISA DUNLEAVY** **14026 KNOX** **OVERLAND PARK, KS 66221** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **16-11230-SAH**



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3638. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **STEPHEN & PAMELA NEWELL**<br>**1241 26000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.3639. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **STEPHEN & SUSAN WEYHRICH**<br>**20067 LYON RD**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.3640. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **STEPHEN A & ROSANNA HEISKELL,**<br>**1331 CHESS**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | _____ | |

| 2.3641. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **STEPHEN CARNEY**<br>**212 WEST PARK STREET**<br>**PITTSBURG, KS 66762** |
| | List the contract number of any government contract | _____ | |

| 2.3642. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **STEPHEN D CAMPANELLA**<br>**910 FOX CHAPEL RD**<br>**PITTSBURGH, PA 15238** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **PostRock Energy Corporation**                                    Case number *(if known)*  **16-11230-SAH**
_____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3643.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN D JEFFREY & DONA D
12375 80TH RD
ERIE, KS 66733

---

**2.3644.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN DWIGHT COOPER &
743 - 1000 ROAD
EDNA, KS 67342

---

**2.3645.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN HOWARD CLIFFORD
1441 BLVD DR
BELPRE, OH 45714

---

**2.3646.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN J HANSEN &
19626 ANDERSON RD
CHANUTE, KS 66720

---

**2.3647.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any government contract

STEPHEN M BILLS, AGENT
309 RAVENSHOLLOW DRIVE
CUYAHOGA FALLS, OH 44223

---

**2.3648.** State what the contract or lease is for and the nature of the debtor's interest **Royalty Payments**

State the term remaining **Unknown**

List the contract number of any

STEPHEN O HELT & MARY ANN
934 19000 ROAD
MOUND VALLEY, KS 67354

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3649. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVE &/OR SANDRA ERBE** |
| | List the contract number of any government contract | | **207 WATERMELON ROAD** **THAYER, KS 66776** |

| 2.3650. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STEVE HUSER** |
| | List the contract number of any government contract | | **2084 DECATUR ROAD** **FREDONIA** **KS, US 66736** |

| 2.3651. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVE W BUSKE & KELLY G BUSKE,** |
| | List the contract number of any government contract | | **880 22000 RD** **PARSONS, KS 67357** |

| 2.3652. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN E & DIANA L SPIELBUSC** |
| | List the contract number of any government contract | | **4270 HIGHWAY 59** **PARSONS, KS 67357** |

| 2.3653. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN & EDITH ELLIOT** |
| | List the contract number of any government contract | | **841 BIG SPRINGS RD** **SMITHVILLE, WV 26178** |

| 2.3654. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **STEVEN ALLEN REGER** **2103 MAXWELL AVE** **PARKERSBURG, WV 26101** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.3655. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.** **THAYER, KS 66776-8169** |

| 2.3656. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.** **THAYER** **KS, US 66776-8169** |

| 2.3657. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.** **THAYER** **KS, US 66776-8169** |

| 2.3658. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.** **THAYER** **KS, US 66776-8169** |

| 2.3659. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **STEVEN B FRIESS LIV TRST** |
|  | List the contract number of any government contract | _____ | **23458 6600 RD.** **THAYER** **KS, US 66776-8169** |

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3660. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN E & DIANA L SPIELBUSCH**<br>**4270 HIGHWAY 59**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3661. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STEVEN E & DIANA L SPIELBUSCH**<br>**4270 U.S. HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.3662. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **STEVEN E & DIANA L SPIELBUSCH**<br>**4270 U.S. HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.3663. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN E & JEANETTE MILLER**<br>**14498 1700 RD**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3664. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN E & JEANETTE MILLER**<br>**14498 1700 ROAD**<br>**BENEDICT, KS 66714** |
| | List the contract number of any government contract | | |

| 2.3665. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN E & PATTIE L POWERS**<br>**4315 130TH RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any | | |

Debtor 1   **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

**2.3666.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**STEVEN E & PATTIE L POWERS
4315 130TH RD
CHANUTE
KS, US 66720**

**2.3667.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract

**STEVEN E & PATTIE L POWERS
4315 130TH RD
CHANUTE
KS, US 66720**

**2.3668.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STEVEN E POWERS
4315 130TH RD
CHANUTE, KS 66720**

**2.3669.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STEVEN E SOMMARS & ARLENE
1014 E. LIBERTY DRIVE
WHEATON, IL 60187**

**2.3670.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**STEVEN GLEN ROBINSON
4110 WILLOW SPRINGS DRIVE
ARLINGTON, TX 76001**

**2.3671.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**STEVEN K O'HERN
5306 W 139TH STREET
OVERLAND PARK, KS 66224**

Debtor 1  **PostRock Energy Corporation**
<u>First Name          Middle Name          Last Name</u>

Case number (*if known*)  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3672. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN L ODELL** |
| | List the contract number of any government contract | _____ | **1105 MADISON** **FREDONIA, KS 66736-1626** |

| 2.3673. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN L ODELL** |
| | List the contract number of any government contract | _____ | **1105 MADISON** **FREDONIA, KS 66736-1626** |

| 2.3674. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN L THOMPSON & PATRICIA R** |
| | List the contract number of any government contract | _____ | **113 SOUTH 170TH STREET** **GIRARD, KS 66743-2171** |

| 2.3675. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN MERLE GENTLE** |
| | List the contract number of any government contract | _____ | **7630 US 59 HIGHWAY** **ERIE, KS 66733** |

| 2.3676. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **STEVEN TURNER** |
| | List the contract number of any government contract | _____ | **PO BOX 294** **PARK HILL, OK 74451** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3677.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**STEVEN W BUSKE**
**1626 PARTRIDGE**
**PARSONS, KS 67357**

---

**2.3678.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**STINE, LLC**
**P.O. BOX 307**
**EDNA, KS 67342**

---

**2.3679.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**STL OIL & GAS, LLC**
**P.O. BOX 528**
**SKIATOOK, OK 74070**

---

**2.3680.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**STONE FAMILY RESOURCES, LLC**
**2030 NEBRASKA RD**
**IOLA, KS 66749**

---

**2.3681.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Royalty Payments**

**Unknown**

**STORMI R ALLDREDGE**
**PO BOX 400**
**GLEN ROSE, TX 76043**

---

**2.3682.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Royalty Payments**

**Unknown**

**STOWERS ENERGY LLC**
**140 ISLAND WAY #293**
**CLEARWATER BEACH, FL 33767**

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.3683. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **STRANGE TRACTOR & IMPLEMENT CO 59 VIA VERDE STREET WICHITA, KS 67230** |
|  | List the contract number of any government contract |  |  |

| 2.3684. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **SUE ELLIOTT NORRIS 205 HEDGE ST. CLARKSBURG, WV 26301** |
|  | List the contract number of any government contract |  |  |

| 2.3685. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **SUPERIOR INVESTMENT COMPANY, 2020 N. 21ST STREET PARSONS, KS 67357** |
|  | List the contract number of any government contract |  |  |

| 2.3686. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **SUPERIOR INVESTMENT COMPANY, 2020 N. 21ST STREET PARSONS KS, US 67357** |
|  | List the contract number of any government contract |  |  |

| 2.3687. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **SUSAN D BILLER RICKMEYER 2535 BURLY AVENUE ORANGE, CA 92869** |
|  | List the contract number of any government contract |  |  |

| 2.3688. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **SUSAN ELIZABETH MANSUR P.O. BOX 34481 RENO, NV 89533-3682** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

| 2.3689. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUSAN F BROWNE**<br>**13390 QUINTER RD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | | |

| 2.3690. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUSAN I ATKINSON**<br>**286 BIG COVE RD**<br>**TROY, WV 26443** |
| | List the contract number of any government contract | | |

| 2.3691. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUSAN L. TAYLOR**<br>**4305 N. 141ST COURT**<br>**BASEHOR, KS 66007** |
| | List the contract number of any government contract | | |

| 2.3692. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUSAN LEE HEWITT**<br>**50 LAMSDEN LANE**<br>**ATLANTA, GA 30327** |
| | List the contract number of any government contract | | |

| 2.3693. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **SUSAN THOMAS UNDERWOOD**<br>**RT 1 BOX 188A**<br>**DELAWARE, OK 74027** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**

<u>First Name              Middle Name              Last Name</u>

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3694.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**SUSAN THOMAS UNDERWOOD**
**RT 1 BOX 188A**
**DELAWARE**
**OK, US 74027**

---

**2.3695.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SUSAUN MAXSON**
**1311 W 10TH ST**
**COFFEYVILLE, KS 67337**

---

**2.3696.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SUZAN M KIRKPATRICK REV TRST**
**1508 EAST 31ST STREET**
**TULSA, OK 74105**

---

**2.3697.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**SWILER FARMS, LLC**
**4212 NORTH MINNESOTA STREET**
**HARLINGEN, TX 78550**

---

**2.3698.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TAMI C HOOVER**
**3889 CROW CANYON ROAD**
**SAN RAMON, CA 94583**

---

**2.3699.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**TAMMI SIDEBOTTOM**
**1218 US HWY 50**
**KINSLEY, KS 67547**

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3700. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **TAMMY & KENNETH ALLEN**<br>**3725 60TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3701. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **TAMMY M ADKINS**<br>**2403 STEVENS**<br>**PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3702. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **TAMMY MILLER**<br>**6520 IRVING ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | | |

| 2.3703. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **TAMMY MORRIS BELL**<br>**527 CRAB RUN ROAD**<br>**SMITHVILLE, WV 26178** |
| | List the contract number of any government contract | | |

| 2.3704. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **TANDY ROSS**<br>**6517 W 79TH ST**<br>**OVERLAND PARK**<br>**KS, US 66204** |
| | List the contract number of any government contract | | |

| 2.3705. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | **TAWANA HAGER**<br>**RT 1 BOX 312**<br>**SALTROCK, WV 25559** |

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | | |

| 2.3706. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **TED L &/OR DONNA WOLF** |
|  | List the contract number of any government contract | | **11430 OTTAWA RD**<br>**FREDONIA, KS 66736** |

| 2.3707. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **TED L WOLF & DONNA R WOLF** |
|  | List the contract number of any government contract | | **11430 OTTAWA RD**<br>**FREDONIA, KS 66736** |

| 2.3708. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **TED LEON KING** |
|  | List the contract number of any government contract | | **HC 61 BOX 161**<br>**LENAPAH, OK 74042** |

| 2.3709. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **TEDDIE L BLEVINS, ET UX** |
|  | List the contract number of any government contract | | **6002 GRAY ROAD**<br>**EDNA, KS 67342** |

| 2.3710. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|  | State the term remaining | Unknown | **TELE-CONNECT, INC** |
|  | List the contract number of any government contract | | **PO BOX 887**<br>**CHANUTE, KS 66720** |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3711.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**TERESA D BOGNER REV TRST,
7800 20TH ROAD
GALESBURG, KS 66740**

---

**2.3712.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**TERESA E TRUE
924 JASMIN RUN
LITTLE RIVER, SC 29566-7347**

---

**2.3713.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**TERRI K DALE
402 S WESTVIEW
CHANUTE, KS 66720**

---

**2.3714.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**TERRY F TAYLOR & TAMARA J
17800 GRAY RD
CHANUTE, KS 66720**

---

**2.3715.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract

**TERRY J & JANET K TOPHAM
12028 1500 ROAD
FREDONIA, KS 66736**

---

**2.3716.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any

**TERRY J & JANET K TOPHAM
15181 EBSON ROAD
FULTON, IL 61252**

---

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3717. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TERRY L & BARBARA A SHOUSE** |
| | List the contract number of any government contract | | **26055 SCOTT ROAD** <br> **PARSONS, KS 67357** |

| 2.3718. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TERRY L & CONNIE D LAYTON** |
| | List the contract number of any government contract | | **430030 E 40 ROAD** <br> **WELCH, OK 74369** |

| 2.3719. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TERRY L JR & MARY WATKINS REV** |
| | List the contract number of any government contract | | **HC 61 BOX 83** <br> **LENAPAH, OK 74042-9708** |

| 2.3720. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TERRY L SNIDER** |
| | List the contract number of any government contract | | **P. O. BOX 545** <br> **PENNSBORO, WV 26415** |

| 2.3721. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **TERRY R & PEGGY D WEIDERT** |
| | List the contract number of any government contract | | **967 26000 RD.** <br> **PARSONS, KS 67357** |

| 2.3722. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **TERRY R & PEGGY D WEIDERT LV TRST** <br> **967 26000 RD.** <br> **PARSONS** <br> **KS, US 67357** |

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | **UNKNOWN** | |
|---|---|---|
| List the contract number of any government contract | _____ | |

---

| 2.3723. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **TERRY R & PEGGY D WEIDERT LV TRST**<br>**967 26000 RD.**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | _____ | |

---

| 2.3724. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TERRY STONESTREET**<br>**412 E. SOUTH STREET**<br>**HARRISVILLE, WV 26362** |
| | List the contract number of any government contract | _____ | |

---

| 2.3725. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TEXAS NORTHSTAR 1 LLC**<br>**900 LEE STREET, E**<br>**CHARLESTON, WV 25301** |
| | List the contract number of any government contract | _____ | |

---

| 2.3726. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE ALFRED E ERBE TRST**<br>**19106 800 RD**<br>**ALTOONA, KS 66710-8618** |
| | List the contract number of any government contract | _____ | |

---

| 2.3727. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE ALFRED E ERBE TRST DTD 09/15/86**<br>**19106 800 RD**<br>**ALTOONA**<br>**KS, US 66710-8618** |
| | List the contract number of any government contract | _____ | |

---

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3728.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**THE CARMEN A BLEVINS**
**12400 SOUTH 4050 ROAD**
**OOLOGAH, OK 74053**

---

**2.3729.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**THE DONALD E & VIOLA M WALDRON**
**661 24500 RD**
**DENNIS, KS 67341**

---

**2.3730.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**THE EST OF CLARENCE GRAYBILL**
**1033 8000 ROAD**
**ALTAMONT**
**KS, US 67330**

---

**2.3731.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**THE EST OF JOHNEY RAY WILLIS**
**1708 MCKINLEY ROAD**
**BARTLESVILLE, OK 74006**

---

**2.3732.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**THE ESTATE OF BETTY JANE**
**% VINCENT MESIS JR., PC**
**P.O. BOX 416**
**HENNESSEY, OK 73742**

---

**2.3733.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any

**THE ESTATE OF CHARLES DEWEESE**
**624 S. SYCAMORE**
**IOLA, KS 66749**

Debtor 1  **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| government contract | | |

| 2.3734. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE ESTATE OF DONALD E DUFF**<br>**6662 100TH RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3735. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE ESTATE OF HEARTSILL LANIER**<br>**615 ROSEMONT PLACE II**<br>**TYLER, TX 75701** |
| | List the contract number of any government contract | | |

| 2.3736. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE JAMES & JUANITA MCCLANAHAN**<br>**8434 S. PHOENIX PL.**<br>**TULSA, OK 74132** |
| | List the contract number of any government contract | | |

| 2.3737. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE JAMES & JUANITA MCCLANAHAN REV TRST**<br>**8434 S. PHOENIX PL.**<br>**TULSA**<br>**OK, US 74132** |
| | List the contract number of any government contract | | |

| 2.3738. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE KENNETH E RICHARDS**<br>**901 LINCOLN STREET**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | | |

| 2.3739. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **THE LANG FAMILY TRST AGREEMENT**<br>**P.O. BOX 850**<br>**PARKER, CO 80138** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

  ### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | |

| 2.3740. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE LEE DIEDIKER LIV TR** |
| | List the contract number of any government contract | _____ | **12650 20TH RD**<br>**PARSONS, KS 67357** |

| 2.3741. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE MALLARD CLUB LLC** |
| | List the contract number of any government contract | _____ | **P.O. BOX 219**<br>**COFFEYVILLE, KS 67337** |

| 2.3742. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE MARY C CRANDELL LIV TRST** |
| | List the contract number of any government contract | _____ | **416 CRYSTAL STREET**<br>**AKRON, OH 44305** |

| 2.3743. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **THE MCGUIRE FAMILY FARM, LLC** |
| | List the contract number of any government contract | _____ | **5611 NW 36TH STREET**<br>**WARR ACRES, OK 73122** |

| 2.3744. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **THE NANCY TIMMONS LIV TRST** |
| | List the contract number of any government contract | _____ | **12797 KINGMAN RD**<br>**FREDONIA**<br>**KS, US 66736** |

Debtor 1  **PostRock Energy Corporation**

<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3745.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE NANCY TIMMONS LIV TRST,**
**12797 KINGMAN RD**
**FREDONIA, KS 66736**

---

**2.3746.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**THE NANCY TIMMONS LIV TRST,**
**12797 KINGMAN RD**
**FREDONIA**
**KS, US 66736**

---

**2.3747.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE PROSPECT COMPANY**
**PO BOX 1100**
**EDMOND, OK 73083-1100**

---

**2.3748.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE RITA ANNE KUKURA TRST DTD**
**34688 WEST MCCRACKIN RD**
**MANNFORD, OK 74044-3491**

---

**2.3749.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THE SLAUGHTER FAMILY REVOCABLE**
**12726 N NEW REFLECTION DR**
**MARANA, AZ 85658**

---

**2.3750.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**THE STANLEY R FRIEDERICH &**
**FRIEDERICH, TTEES**
**12100 200 RD**
**ERIE, KS 66733**

---

Debtor 1    **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.3751. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE STICH LIV TRST**<br>**1070 HWY 47**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3752. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE STICH LIV TRST, BETTY L &**<br>**PO BOX 937**<br>**PARSONS, KS 67357-0937** |
| | List the contract number of any government contract | | |

| 2.3753. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE STICH LIVING TRUST**<br>**PO BOX 628**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3754. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3755. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3756. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | | |

| 2.3757. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3758. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3759. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3760. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

| 2.3761. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R**<br>**PO BOX 628**<br>**CHANUTE**<br>**KS, US 66720** |
| | List the contract number of any government contract | | |

Debtor 1    **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3762.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**THE STICH LIVING TRUST BETTY L & JOHN R**
**PO BOX 628**
**CHANUTE**
**KS, US 66720**

---

**2.3763.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**THE STICH LIVING TRUST BETTY L & JOHN R**
**PO BOX 628**
**CHANUTE**
**KS, US 66720**

---

**2.3764.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**THE STICH LIVING TRUST BETTY L & JOHN R**
**PO BOX 628**
**CHANUTE**
**KS, US 66720**

---

**2.3765.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**THE STICH LIVING TRUST BETTY L & JOHN R**
**PO BOX 628**
**CHANUTE**
**KS, US 66720**

---

**2.3766.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any government contract

**THE STICH LIVING TRUST BETTY L & JOHN R**
**PO BOX 628**
**CHANUTE**
**KS, US 66720**

---

**2.3767.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining  **UNKNOWN**

List the contract number of any

**THE STICH LIVING TRUST BETTY L & JOHN R**
**PO BOX 628**
**CHANUTE**
**KS, US 66720**

Debtor 1   **PostRock Energy Corporation**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| government contract | | |

**2.3768.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |

State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R PO BOX 628 CHANUTE KS, US 66720** |

List the contract number of any government contract | | |

**2.3769.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |

State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R PO BOX 628 CHANUTE KS, US 66720** |

List the contract number of any government contract | | |

**2.3770.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |

State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R PO BOX 628 CHANUTE KS, US 66720** |

List the contract number of any government contract | | |

**2.3771.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |

State the term remaining | **UNKNOWN** | **THE STICH LIVING TRUST BETTY L & JOHN R PO BOX 628 CHANUTE KS, US 66720** |

List the contract number of any government contract | | |

**2.3772.** State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |

State the term remaining | **Unknown** | **THE VIRGIL J & ANN N BOWERS HC 61, BOX 102 LENAPAH, OK 74042** |

List the contract number of any government contract | | |

**2.3773.** State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **THE WAYNE TAYLOR ESTATE 6845 160TH RD CHANUTE KS, US 66720** |

Debtor 1   **PostRock Energy Corporation**
            First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.3774. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE WRIGHT WAY OIL & LAND** |
| | List the contract number of any government contract | _____ | **3463 STATE STREET #513** <br> **SANTA BARBARA, CA 93105** |

| 2.3775. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THE YIELD MASTER FUND II, L.P.** |
| | List the contract number of any government contract | _____ | **C/O 1000 BALLPARK WAY, STE 216** <br> **ARLINGTON, TX 76011** |

| 2.3776. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THELMA F CLEMENS** |
| | List the contract number of any government contract | _____ | **26044 KIOWA RD** <br> **PARSONS, KS 67357** |

| 2.3777. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **THELMA MAXINE OSBORNE** |
| | List the contract number of any government contract | _____ | **2553 COLLIS AVE** <br> **HUNTINGTON, WV 25703-1636** |

| 2.3778. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **THELMA OFFENBACKER REV TR % BANK OF COMM** <br> **101 W MAIN** <br> **PO BOX 538** |
| | List the contract number of any government contract | _____ | **CHANUTE** <br> **KS, US 66720** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3779.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THEODORE & RUTHANN BOATWRIGHT
209 S. HIGHLAND
CHANUTE, KS 66720

**2.3780.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THEODORE R HOUSEL, JR & SONJA
345 E. 4800 STREET
CHERRYVALE, KS 67335

**2.3781.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THEORA E BICKEL TRST
514 MARKET STREET
PARKERSBURG, WV 26101

**2.3782.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THERMAL LEE BARNHART
113 CUMBERLAND ST, APT 3
CALDWELL, OH 43724

**2.3783.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

THOMAS C & FAYE J TIMMONS, H/W
13518 JADE ROAD
FREDONIA, KS 66736

**2.3784.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

THOMAS C DUERR
6380 FIRESIDE HAVEN DRIVE
SYKESVILLE, MD 21784

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.3785.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS C WITTEN & CONNIE S**
**17490 DOUGLAS RD**
**CHANUTE, KS 66720**

**2.3786.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS E & TERRI L BARTHOLOMEW**
**14280 150TH RD**
**ERIE, KS 66733**

**2.3787.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS E GIEFER**
**4705 QUEEN ROAD**
**PARSONS, KS 67357**

**2.3788.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS G & CONNIE L LAGALY**
**1400 C STREET**
**SNYDER, OK 73566**

**2.3789.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**THOMAS G LAGALY**
**BOX 371**
**SNYDER, OK 73566**

**2.3790.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**THOMAS HATFIELD**
**4362 LOVERS LANE**
**RAVENNA, OH 44266-9209**

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3791. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **THOMAS IVAN JACKSON** |
| | List the contract number of any government contract | _____ | **1785 JACKSON ROAD**<br>**PARSONS, KS 67357** |

| 2.3792. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **THOMAS IVAN JACKSON & MARGARET** |
| | List the contract number of any government contract | _____ | **1785 JACKSON ROAD**<br>**PARSONS, KS 67357** |

| 2.3793. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **THOMAS J BLANCETT III** |
| | List the contract number of any government contract | _____ | **810 HEDGEROW COURT**<br>**CHESAPEAKE, VA 23322** |

| 2.3794. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **THOMAS J O'CONNOR, JR TRST** |
| | List the contract number of any government contract | _____ | **1027 26000 ROAD**<br>**PARSONS, KS 67357** |

| 2.3795. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **THOMAS J SCHOENECKER** |
| | List the contract number of any government contract | _____ | **13627 2000 RD**<br>**BENEDICT, KS 66714** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.3796.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

> **THOMAS J SCHOENECKER & BRENDA**
> **13627 2000 RD**
> **BENEDICT, KS 66714**

---

**2.3797.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

> **THOMAS KNISLEY & SANDRA K**
> **ROUTE 1 BOX 172**
> **S. COFFEYVILLE, OK 74072**

---

**2.3798.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

> **THOMAS L & ANITA L EHMKE,**
> **19370 FORD ROAD**
> **CHANUTE, KS 66720**

---

**2.3799.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

> **THOMAS L LEWIS**
> **2354 BENTON ROAD**
> **LONGS, SC 29568**

---

**2.3800.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

> **THOMAS R ERBE**
> **21184 800 ROAD**
> **ALTOONA, KS 66710**

---

**2.3801.** State what the contract or lease is for and the nature of the debtor's interest

    **Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any

> **THOMAS R ERBE &**
> **21184 800 ROAD**
> **ALTOONA, KS 66710**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.3802.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**THOMAS R WILSON & DEBRA G**
**415 3000 ROAD**
**COFFEYVILLE, KS 67337**

**2.3803.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**THOMAS SPRINGER**
**30 LOMA DEL. ESCOLAR**
**LOS ALAMOS, NM 87544**

**2.3804.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**THOMAS UNDERWOOD**
**HC 61 BOX 162**
**LENAPAH, OK 74042**

**2.3805.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**THOMAS VIRGIL DILWORTH**
**16505 VIRGINIA AVENUE**
**UNIT B-218**
**WILLIAMSPORT, MD 21740**

**2.3806.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining     **Unknown**

List the contract number of any government contract

**THOMAS W ANDERSON**
**RT 1 BOX 94-1**
**WANN, OK 74083**

**2.3807.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**THORN C ROBERTS**
**P.O. BOX 92**
**ELIZABETH, WV 26143**

Debtor 1   **PostRock Energy Corporation**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.3808. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **THORNTON FAMILY TRST DTD**<br>**7450 BETHANY RD**<br>**THAYER, KS 66776** |
| | List the contract number of any government contract | | |

| 2.3809. | State what the contract or lease is for and the nature of the debtor's interest | **Houston office space** | |
|---|---|---|---|
| | State the term remaining | Ended | **THREE ALLEN CENTER CO, LLC**<br>**200 VESEY ST**<br>**NEW YORK, NY 10281-1021** |
| | List the contract number of any government contract | | |

| 2.3810. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **THREE QUOGUE LLC**<br>**14 HARWOOD COURT**<br>**SUITE 225**<br>**SCARSDALE, NY 10583** |
| | List the contract number of any government contract | | |

| 2.3811. | State what the contract or lease is for and the nature of the debtor's interest | **Data Center Services** | |
|---|---|---|---|
| | State the term remaining | 2 months | **TIERPOINT OKLAHOMA, LLC**<br>**CEQUEL DATA CENTERS**<br>**520 MARYVILLE CENTRE DRIVE**<br>**SUITE 300**<br>**ST. LOUIS, MO 63141** |
| | List the contract number of any government contract | | |

| 2.3812. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **TIM & JANET COOKE**<br>**ROUTE 3**<br>**5147 COUNTY ROAD 2200**<br>**COFFEYVILLE**<br>**KS, US 67337** |
| | List the contract number of any government contract | | |

| Debtor 1 | PostRock Energy Corporation | | Case number *(if known)* | 16-11230-SAH |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3813.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIM & MARY H KILPATRICK
HC 61, BOX 135
LENAPAH, OK 74042-9712**

---

**2.3814.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMMY TYSON MAXSON
724 3000 ROAD
EDNA, KS 67342**

---

**2.3815.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMOTHY & MARY WEILERT HW &
6180 183RD RD
CHANUTE, KS 66720**

---

**2.3816.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMOTHY A BROOKS
303 N. CLARK
UDALL, KS 67146**

---

**2.3817.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**TIMOTHY A BROOKS
303 N. CLARK
UDALL
KS, US 67146**

---

**2.3818.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**TIMOTHY A GERICKE &
81 1300TH STREET
CHANUTE, KS 66720**

---

Debtor 1  **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.3819.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMOTHY B BUTCHER**
**P O BOX 425**
**GLENVILLE, WV 26351**

---

**2.3820.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMOTHY D MCDANIEL & DEA J**
**14305 20TH ROAD**
**PARSONS, KS 67357-7412**

---

**2.3821.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMOTHY G & CAROLYN MARIE**
**304 2000TH ROAD**
**COFFEYVILLE, KS 67337**

---

**2.3822.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMOTHY R HATFIELD**
**110 WHALEY ROAD**
**PENINSULA, OH 44264**

---

**2.3823.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TIMOTHY TURNER**
**405 E THOMPSON STREET**
**SALINA, OK 74365**

---

**2.3824.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**TODD &/OR DARLA MARPLE LIV TR**
**18946 QUEEN ROAD**
**ALTOONA, KS 66710**

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract | _____ |  |

| 2.3825. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **TODD J MARPLE & DARLA MARPLE,** |
|  | List the contract number of any government contract | _____ | **18946 QUEEN RD** **ALTOONA, KS 66710** |

| 2.3826. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **TODD RHODES** |
|  | List the contract number of any government contract | _____ | **247 EAST GRAND** **HAYSVILLE, KS 67060-1317** |

| 2.3827. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **TOM A WALTERS REV TRST** |
|  | List the contract number of any government contract | _____ | **1630 CRAWFORD** **PARSONS, KS 67357** |

| 2.3828. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|  | State the term remaining | **UNKNOWN** | **TOM A WALTERS REV TRST, TOM A WALTERS, T** |
|  | List the contract number of any government contract | _____ | **1630 CRAWFORD** **PARSONS** **KS, US 67357** |

| 2.3829. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|  | State the term remaining | Unknown | **TOM HIZEY** |
|  | List the contract number of any government contract | _____ | **6855 LYON ROAD** **GALESBURG, KS 66740** |

Debtor 1    **PostRock Energy Corporation**
_____
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3830.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TOM L GROSS**
**27201 S HWY 125**
**MONKEY ISLAND, OK 74331**

---

**2.3831.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TOMMY & HELEN BURNS, TTEES**
**2220 ASPEN DRIVE**
**PAMPA, TX 79065**

---

**2.3832.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TOMMY R & SHIRLEY J HIZEY**
**6855 LYON ROAD**
**GALESBURG, KS 66740**

---

**2.3833.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TONI A BILLUPS**
**401 7TH ST.**
**WAMEGO, KS 66547**

---

**2.3834.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**TONY L. HARRIS**
**14955 115TH RD**
**ERIE, KS 66733**

---

**2.3835.** State what the contract or lease is for and the nature of the debtor's interest — **Communication Site Lease (QER/PEP Tower)**

State the term remaining — **14 months**

List the contract number of any

**TOP DRILLING CORPORATION**
**107 LANCASTER STREET**
**STE. 301**
**MARIETTA, OH 45750**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.3836. State what the contract or lease is for and the nature of the debtor's interest

**Office Rent - WV ($9,600/year)**

State the term remaining    **6 months**

List the contract number of any government contract

**TORBECK PROPERTIES LLC**
**RT. 2 BOX 65-G1**
**HARRISVILLE, WV 26362**

---

2.3837. State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**TRACI NELSON**
**3920 TARRYTOWN LANE**
**AGOURA HILLS, CA 91301**

---

2.3838. State what the contract or lease is for and the nature of the debtor's interest

**Natural Gas Treating Equipment Lease BOLO# 66916000**

State the term remaining    **21 months**

List the contract number of any government contract

**TRANSTEX HUNTER LLC**
**909 LAKE CAROLYN PARKWAY**
**SUITE 600**
**IRVING, TX 75039**

---

2.3839. State what the contract or lease is for and the nature of the debtor's interest

**E-Invoicing**

State the term remaining    **5 months**

List the contract number of any government contract

**TRANSZAP, INC**
**DEPT 3597**
**PO BOX 123597**
**DENVER, CO 75312-3597**

---

2.3840. State what the contract or lease is for and the nature of the debtor's interest

**JIB and Royalty Owner E-Statements**

State the term remaining    **9 months**

List the contract number of any government contract

**TRANSZAP, INC**
**DEPT 3597**
**PO BOX 123597**
**DENVER, CO 75312-3597**

---

2.3841. State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**TRAVIS & ROBYN MILLER, H/W**
**20137 OTTAWA RD.**
**BENEDICT, KS 66714**

---

Debtor 1   **PostRock Energy Corporation**
   First Name   Middle Name   Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.3842. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | TRAVIS & TAMMY KIMREY |
| | List the contract number of any government contract | _____ | PO BOX 335<br>EDNA, KS 67342 |

| 2.3843. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | TREVOR AND TIFFINY BOND |
| | List the contract number of any government contract | _____ | 19072 GRAY ROAD<br>MOUND VALLEY, KS 67354 |

| 2.3844. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | TRINITY JOE TROLLOPE |
| | List the contract number of any government contract | _____ | 16555 KIOWA<br>PARSONS, KS 67357 |

| 2.3845. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | TRIPLE C, INC |
| | List the contract number of any government contract | _____ | 8655 170TH ROAD<br>CHANUTE, KS 66720 |

| 2.3846. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | TROY & CHANNION MACKIE |
| | List the contract number of any government contract | _____ | 132 1000 ROAD<br>COFFEYVILLE, KS 67337 |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name　　Middle Name　　Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3847. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TROY G & LEANNA M SETZKORN** |
| | List the contract number of any government contract | | **15540 FORD ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.3848. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **TROY RUSSELL** |
| | List the contract number of any government contract | | **616 N. WOOD ST.** |
| | | | **ERIE** |
| | | | **KS, US 66733** |

| 2.3849. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TROY W HATFIELD** |
| | List the contract number of any government contract | | **629 SARDIS LAKE DRIVE.** |
| | | | **BATESVILLE, MS 38606** |

| 2.3850. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TUSKER LLC** |
| | List the contract number of any government contract | | **401 S. BOSTON AVE.** |
| | | | **STE. 2100** |
| | | | **TULSA, OK 74103** |

| 2.3851. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **TWILA N SOMMARS** |
| | List the contract number of any government contract | | **3635 170TH ROAD** |
| | | | **CHANUTE, KS 66720** |

| 2.3852. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **TWILA N SOMMARS** |
| | List the contract number of any | | **3635 170TH ROAD** |
| | | | **CHANUTE** |
| | | | **KS, US 66720** |

Debtor 1    **PostRock Energy Corporation**
   First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.3853. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **TWILA N SOMMARS** |
|  | List the contract number of any government contract |  | **3635 170TH ROAD CHANUTE KS, US 66720** |

| 2.3854. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **UNION CENTRAL LIFE INS CO** |
|  | List the contract number of any government contract |  | **PO BOX 40888 CINCINNATI, OH 45240** |

| 2.3855. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **UNITED STATE TREASURY** |
|  | List the contract number of any government contract |  | **33 E TWOHIG RM 101 SAN ANGELO, TX 79603** |

| 2.3856. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** |  |
|  | List the contract number of any government contract |  | **UNKWN A HATFIELD 203** |

| 2.3857. | State what the contract or lease is for and the nature of the debtor's interest | **GPS Monitoring Services** |  |
|---|---|---|---|
|  | State the term remaining | **Ended** | **US FLEET TRACKING** |
|  | List the contract number of any government contract |  | **2912 NW 156TH STREET EDMOND, OK 73013** |

| 2.3858. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **VELLNALEE GUMM 3503 EMERSON COURT PARKERSBURG, WV 26104** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
 _____
 First Name        Middle Name         Last Name

Case number *(if known)*   **16-11230-SAH**
 _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3859. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **VELMA L HARRIS**<br>**8701 NS 3500 ROAD**<br>**PRAGUE, OK 74864** |

| 2.3860. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **VENTURE PLANNING, INC**<br>**200 BELMONTE RD.**<br>**WEST PALM BEACH, FL 33405** |

| 2.3861. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **VERA CRAMER**<br>**15062 IRVING ROAD**<br>**MOUND VALLEY, KS 67354** |

| 2.3862. | State what the contract or lease is for and the nature of the debtor's interest | **40 Verizon Phone Cards @ about $50 per month per card** | |
|---|---|---|---|
| | State the term remaining | **Ended** | |
| | List the contract number of any government contract | _____ | **VERIZON WIRELESS**<br>**P.O. BOX 660108**<br>**DALLAS, TX 75266-0108** |

| 2.3863. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | _____ | **VERL E SHUFELT & ANITA THRESSE**<br>**1143 6000 ROAD**<br>**EDNA, KS 67342** |

Debtor 1   **PostRock Energy Corporation**                     Case number *(if known)*   **16-11230-SAH**

        First Name                 Middle Name                 Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3864.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**VERLE W TASCHE & NAOMI P**
**906 S. TENNESSEE**
**CHANTUE, KS 66720**

---

**2.3865.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**VERLENE F TRIM**
**P.O. BOX 222**
**THAYER, KS 66776**

---

**2.3866.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

     State the term remaining — **UNKNOWN**

     List the contract number of any government contract

**Vern & Teresa Crawshaw**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

**2.3867.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

     State the term remaining — **UNKNOWN**

     List the contract number of any government contract

**Vern & Teresa Crawshaw**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

**2.3868.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

     State the term remaining — **Unknown**

     List the contract number of any government contract

**VERN HEILMAN FAMILY TRST -**
**P.O. BOX 7751**
**OVERLAND PARK, KS 66207**

---

**2.3869.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

     State the term remaining — **UNKNOWN**

     List the contract number of any

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

Debtor 1   **PostRock Energy Corporation**
_____
First Name    Middle Name    Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.3870. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3871. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3872. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3873. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3874. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3875. State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

Debtor 1   **PostRock Energy Corporation**

First Name      Middle Name      Last Name

Case number *(if known)*   **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **UNKNOWN**

List the contract number of any government contract   _____

---

2.3876.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract   _____

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3877.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract   _____

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3878.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract   _____

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3879.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract   _____

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

2.3880.   State what the contract or lease is for and the nature of the debtor's interest    **LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract   _____

**VERN L & TERESA D CRAWSHAW**
**8649 VIOLA ROAD**
**ALTOONA**
**KS, US 66710**

---

Debtor 1  **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3881.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**VERN L & TERESA D CRAWSHAW H/W**
**8649 VIOLA RD**
**ALTOONA, KS 66710**

---

**2.3882.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3883.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3884.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3885.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**Vern L Heilman**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

---

**2.3886.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**VERN L HEILMAN**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3887. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3888. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN & BARBARA J HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3889. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN & BARBARA J HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3890. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN & BARBARA J HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3891. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN & BARBARA J HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | | |

| 2.3892. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **VERN L HEILMAN & BARBARA J HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| 2.3893. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN & BARBARA J HEILMAN**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3894. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG, KS 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3895. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3896. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3897. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*  **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3898.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

List the contract number of any government contract

---

**2.3899.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

List the contract number of any government contract

---

**2.3900.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

List the contract number of any government contract

---

**2.3901.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

List the contract number of any government contract

---

**2.3902.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

List the contract number of any government contract

---

**2.3903.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining　**UNKNOWN**

**VERN L HEILMAN FARM TRST**
**10125 130TH ROAD**
**GALESBURG**
**KS, US 66740**

List the contract number of any

Debtor 1    **PostRock Energy Corporation**
_____    Case number _(if known)_    **16-11230-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| | |
|---|---|
| 2.3904. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** |
| | | | **10125 130TH ROAD** |
| | List the contract number of any government contract | | **GALESBURG** |
| | | | **KS, US 66740** |

| | |
|---|---|
| 2.3905. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** |
| | | | **10125 130TH ROAD** |
| | List the contract number of any government contract | | **GALESBURG** |
| | | | **KS, US 66740** |

| | |
|---|---|
| 2.3906. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** |
| | | | **10125 130TH ROAD** |
| | List the contract number of any government contract | | **GALESBURG** |
| | | | **KS, US 66740** |

| | |
|---|---|
| 2.3907. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** |
| | | | **10125 130TH ROAD** |
| | List the contract number of any government contract | | **GALESBURG** |
| | | | **KS, US 66740** |

| | |
|---|---|
| 2.3908. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **VERN L HEILMAN FARM TRST** |
| | | | **10125 130TH ROAD** |
| | List the contract number of any government contract | | **GALESBURG** |
| | | | **KS, US 66740** |

| | |
|---|---|
| 2.3909. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **VERN L HEILMAN FARM TRST** |
| | | | **10125 130TH ROAD** |
| | | | **GALESBURG** |
| | | | **KS, US 66740** |

Debtor 1    **PostRock Energy Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | _____ | |

| 2.3910. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **VERN L HEILMAN FARM TRST**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3911. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **Vern L Heilman Farm Trust**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3912. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **Vern L Heilman Farm Trust**<br>**10125 130TH ROAD**<br>**GALESBURG**<br>**KS, US 66740** |
| | List the contract number of any government contract | _____ | |

| 2.3913. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **VERNA J CONROY REV TRST**<br>**308 LEXINGTON**<br>**ANDOVER, KS 67002** |
| | List the contract number of any government contract | _____ | |

| 2.3914. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
|---|---|---|---|
| | State the term remaining | Unknown | **VERNADEAN L BUCHAN**<br>**11512 MULBERRY CT**<br>**JENKS, OK 74037** |
| | List the contract number of any government contract | _____ | |

Debtor 1 **PostRock Energy Corporation**

    First Name              Middle Name            Last Name

Case number *(if known)*   **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3915.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERNIE S UMBARGER REV TRST**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

**2.3916.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERNIE S UMBARGER REV TRST**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

**2.3917.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERNIE S UMBARGER REV TRST M KEITH UMBAR**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

**2.3918.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**VERNIE S UMBARGER REV TRST M KEITH UMBAR**
**13825 BROWN ROAD**
**CHANUTE**
**KS, US 66720**

**2.3919.** State what the contract or lease is for and the nature of the debtor's interest — **Third Party Production Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**VERNIER FUNDING LLC**
**4825 BRYCE AVE**
**FT WORTH, TX 76107**

**2.3920.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**VERNON & ELVA OESTMANN FAMILY**
**RT 1, BOX 304**
**SO. COFFEYVILLE, OK 74072**

Debtor 1  **PostRock Energy Corporation**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3921. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNON & GLORIA KUEHN**<br>**RT 1, BOX 339**<br>**S. COFFEYVILLE, OK 74072** |
| | List the contract number of any government contract | | |

| 2.3922. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VERNON & GLORIA KUEHN**<br>**RT 1, BOX 339**<br>**S. COFFEYVILLE**<br>**OK, US 74072** |
| | List the contract number of any government contract | | |

| 2.3923. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNON A & SUSAN E VAVERKA,**<br>**26020 HARPER RD**<br>**DENNIS, KS 67341** |
| | List the contract number of any government contract | | |

| 2.3924. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VERNON DEWAYNE & FAITH E**<br>**2053 S. 4280 ROAD**<br>**WELCH, OK 74369** |
| | List the contract number of any government contract | | |

| 2.3925. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VEVA D SCHWATKEN REV TRST**<br>**5615 CR 2100**<br>**ELK CITY, KS 67344** |
| | List the contract number of any government contract | | |

| 2.3926. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **VICKI LEIGH BEAN WALDRIP**<br>**901 JAMESWAY**<br>**CHOCTAW, OK 73020** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract | |

| 2.3927. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VICTOR ALLEN ERBE REV TR** |
| | List the contract number of any government contract | | **BOX 82** |
| | | | **THAYER, KS 66776** |

| 2.3928. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E** |
| | List the contract number of any government contract | | **BOX 82** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| 2.3929. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E** |
| | List the contract number of any government contract | | **BOX 82** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| 2.3930. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E** |
| | List the contract number of any government contract | | **BOX 82** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| 2.3931. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E** |
| | List the contract number of any government contract | | **BOX 82** |
| | | | **THAYER** |
| | | | **KS, US 66776** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3932. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3933. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **VICTOR ALLEN ERBE REV TR, VICTOR ALLEN E BOX 82 THAYER KS, US 66776** |
| | List the contract number of any government contract | | |

| 2.3934. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VICTOR R WILKERSON & JANICE J 1003 S. 32ND PARSONS, KS 67357** |
| | List the contract number of any government contract | | |

| 2.3935. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VINCENT & SHARON LEE 401671 WEST 100 RD WANN, OK 74083** |
| | List the contract number of any government contract | | |

| 2.3936. | State what the contract or lease is for and the nature of the debtor's interest | **Shop rent - WV Lincoln ($1,200.00/year payable by March 1 each year per new contract with Violet Smith)** | |
|---|---|---|---|
| | State the term remaining | **35  months** | **VIOLET SMITH 147 LONG BRANCH RD BRANCHLAND, WV 25506** |
| | List the contract number of any government contract | | |

| 2.3937. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VIRGINIA HAYHURST DEEM 200 TIMBERLINE DRIVE, APT. 1209 MARIETTA, OH 45750** |

Debtor 1   **PostRock Energy Corporation**                                    Case number *(if known)*   **16-11230-SAH**
     First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

**2.3938.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract _____

**VIRGINIA L CHRISTOFFERSON**
**7626 NE 140TH STREET**
**KIRKLAND, WA 98034**

---

**2.3939.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract _____

**VIRGINIA MCCOY**
**16355 JACKSON ROAD**
**CHANUTE, KS 66720**

---

**2.3940.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract _____

**VIRGINIA OSBOURN HEIRS**
**HC71 BOX 128A**
**TANNER, WV 26137**

---

**2.3941.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract _____

**VIRGINIA R PARKS BOSWELL**
**847 TELEGRAPH RD**
**STAFFORD, VA 22554**

---

**2.3942.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract _____

**VIRGINIA REXROAD**
**0191 TWP. RD. 165**
**DUNKIRK, OH 45836**

---

Debtor 1   **PostRock Energy Corporation**
         First Name          Middle Name          Last Name

Case number (*if known*)   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3943. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **VYRL M FEGAL & ANNA J FEGAL**<br>**1215 W. 7TH**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.3944. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W EUGENE POOL & LEONA M POOL**<br>**51 2400 STREET**<br>**SAVONBURG, KS 66772** |
| | List the contract number of any government contract | | |

| 2.3945. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W H SHIELDS HEIRS**<br>**RT 1 BOX 41-B**<br>**CAIRO, WV 26337** |
| | List the contract number of any government contract | | |

| 2.3946. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W M GRIMM II**<br>**2003 WOODLAND DR.**<br>**MOULTRIE, GA 31768** |
| | List the contract number of any government contract | | |

| 2.3947. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W MILFORD & NORMA HALL**<br>**202 S. WEBSTER**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | | |

| 2.3948. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **W R HEDGE HEIRS**<br>**RT. 3 BOX 144**<br>**BRIDGEPORT, WV 26330** |
| | List the contract number of any | | |

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

2.3949. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**W SCOTT PARISH TRST**
**27 DRUMMORE DRIVE**
**BELLA VISTA, AR 72715**

---

2.3950. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**W T WIANT HEIRS**
**219 SOUTH HAMBDEN STREET**
**CHARDON, OH 44024**

---

2.3951. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**W. MILFORD HALL**
**202 S WEBSTER**
**ERIE, KS 66733**

---

2.3952. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WACO OIL & GAS CO INC**
**P. O. BOX 397**
**GLENVILLE, WV 26351**

---

2.3953. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAGGONER REVOCABLE TRUST**
**1705 WESTBURY LANE**
**FORT SCOTT, KS 66701**

---

2.3954. State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**WALLIE D MAXSON**
**1410 N CHOCTAW ST**
**DEWEY, OK 74029-1706**

---

Debtor 1    **PostRock Energy Corporation**
 First Name          Middle Name            Last Name

Case number *(if known)*    **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining · **Unknown**

List the contract number of any government contract
_____

2.3955.  State what the contract or lease is for and the nature of the debtor's interest · **Royalty Payments**

State the term remaining · **Unknown**

List the contract number of any government contract
_____

**WALTER C CRANE**
**212 PIERPOINT ST**
**HARRISVILLE, WV 26362-1242**

2.3956.  State what the contract or lease is for and the nature of the debtor's interest · **Royalty Payments**

State the term remaining · **Unknown**

List the contract number of any government contract
_____

**WALTER CRANE ET AL**
**212 PIERPONT STREET**
**HARRISVILLE, WV 26362-1242**

2.3957.  State what the contract or lease is for and the nature of the debtor's interest · **Royalty Payments**

State the term remaining · **Unknown**

List the contract number of any government contract
_____

**WALTER P SCHRODER, A SINGLE**
**935 18000 RD.**
**MOUND VALLEY, KS 67354**

2.3958.  State what the contract or lease is for and the nature of the debtor's interest · **Royalty Payments**

State the term remaining · **Unknown**

List the contract number of any government contract
_____

**WAN-TING HAO**
**3610 GABRIEL AVENUE, APT 337**
**PARSONS, KS 67357**

2.3959.  State what the contract or lease is for and the nature of the debtor's interest · **Royalty Payments**

State the term remaining · **Unknown**

List the contract number of any government contract
_____

**WANDA J. UMBARGER**
**20923 E 35 ST**
**BROKEN ARROW, OK 74014**

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3960.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**WANDA J. UMBARGER**
**PO BOX 2667**
**MUSKOGEE**
**OK, US 74402**

**2.3961.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining    **UNKNOWN**

List the contract number of any government contract

**WANDA J. UMBARGER**
**PO BOX 2667**
**MUSKOGEE**
**OK, US 74402**

**2.3962.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**WANDA J. UMBARGER_1**
**PO BOX 2667**
**MUSKOGEE, OK 74402**

**2.3963.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**WANDA LEE GOODWIN, NOW LADAGE**
**3604 DIRR AVE.**
**PARSONS, KS 67357**

**2.3964.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract

**WARD N ADKINS, JR**
**5519 TUPPER LAKE**
**HOUSTON, TX 77056**

**2.3965.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**WARREN R &/OR LENNA G HAUGHT**
**P.O. BOX 2**
**SMITHVILLE, WV 26178**

Debtor 1  **PostRock Energy Corporation**
    First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

**2.3966.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WARREN R HAUGHT**
**P.O. BOX 2**
**SMITHVILLE, WV 26178**

**2.3967.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAUNITA P CURRAN**
**P. O. BOX 347**
**SALEM, WV 26426**

**2.3968.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYLON DALE MAYS**
**4542 CAMP CREEK ROAD**
**HUNTINGTON, WV 25701**

**2.3969.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYNE & BERNIECE GIBSON LIV TR**
**9285 QUEEN RD**
**ST. PAUL, KS 66771**

**2.3970.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYNE & CARMALETTA BOZMAN**
**852 5000 ROAD**
**EDNA, KS 67342-9363**

**2.3971.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

**WAYNE & JANET REHMERT**
**1220 60TH ROAD**
**THAYER, KS 66776**

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | |

| 2.3972. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Wayne & Mary Pontious** |
| | List the contract number of any government contract | _____ | **7305 HWY 59**<br>**ERIE**<br>**KS, US 66733** |

| 2.3973. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **Wayne & Mary Pontious** |
| | List the contract number of any government contract | _____ | **7305 HWY 59**<br>**ERIE**<br>**KS, US 66733** |

| 2.3974. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE APOLLO** |
| | List the contract number of any government contract | _____ | **1684 1200 RD.**<br>**FREDONIA, KS 66736** |

| 2.3975. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE DUNN** |
| | List the contract number of any government contract | _____ | **3162 WEST MAIN**<br>**NEWCASTLE, WY 82701** |

| 2.3976. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE E & MARJORIE H BRANT** |
| | List the contract number of any government contract | _____ | **2840 HWY 47**<br>**THAYER, KS 66776** |

Debtor 1    **PostRock Energy Corporation**
            First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3977.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYNE E & SUSAN E MUSTONEN**
**HC 61 BOX 82**
**LENAPAH, OK 74042**

---

**2.3978.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYNE G BAKER**
**3105 27TH STREET**
**PARKERSBURG, WV 26104**

---

**2.3979.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYNE HUMPHREY**
**105 KENNETH LINDER LANE**
**LIVINGSTON, TN 38570**

---

**2.3980.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYNE L TAYLOR TESTAMENTARY**
**1502 W. 9TH**
**CHANUTE, KS 66720**

---

**2.3981.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WAYNE L TAYLOR TRST, LARRY W**
**1502 W. 9TH**
**CHANUTE, KS 66720**

---

**2.3982.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**WAYNE MILLARD**
**3931 E 2ND STREET**
**TUCSON, AZ 85711**

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.3983. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WAYNE SOMMERVILLE** |
| | List the contract number of any government contract | | **79 SMITH AVE** **BUCKHANNON, WV 26201** |

| 2.3984. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WCK LLC** |
| | List the contract number of any government contract | | **PO BOX 2309** **VANCOUVER, WA 98668** |

| 2.3985. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WENDALL A & YULONDIA WOOD** |
| | List the contract number of any government contract | | **7755 S 4320 RD** **WELCH, OK 74369** |

| 2.3986. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WENDY L ELLIOTT** |
| | List the contract number of any government contract | | **633 BROOKFIELD PLACE** **APOPKA, FL 32712** |

| 2.3987. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WESLEY B DEAN & LAURA L DEAN** |
| | List the contract number of any government contract | | **9990 20TH ROAD** **PARSONS, KS 67357** |

| 2.3988. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **WESLEY THOMPSON** **8855 K-39 HIGHWAY** **CHANUTE, KS 66720** |
|---|---|---|---|

Debtor 1    **PostRock Energy Corporation**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Unknown** |  |
|---|---|---|---|
|  | List the contract number of any government contract | ＿＿＿＿＿＿＿＿＿＿ |  |

| 2.3989. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **WEST VIRGINIA DEP OF TRNSPRT**<br>**1900 KANAWAHA BLVD, EAST**<br>**BUILDING 5**<br>**CHARLESTON, WV 25305** |
|  | List the contract number of any government contract | ＿＿＿＿＿＿＿＿＿＿ |  |

| 2.3990. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **WHITE FARMS INC**<br>**PO BOX 126**<br>**GALESBURG, KS 66740** |
|  | List the contract number of any government contract | ＿＿＿＿＿＿＿＿＿＿ |  |

| 2.3991. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **WHITMIRE BAR W RANCHES, LLC**<br>**7134 S. YALE AVE. SUITE 510**<br>**TULSA**<br>**OK, US 74136** |
|  | List the contract number of any government contract | ＿＿＿＿＿＿＿＿＿＿ |  |

| 2.3992. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **WHITMIRE BAR W RANCHES, LLC**<br>**7134 S. YALE AVE. SUITE 510**<br>**TULSA**<br>**OK, US 74136** |
|  | List the contract number of any government contract | ＿＿＿＿＿＿＿＿＿＿ |  |

| 2.3993. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **WHITTLE CORPORATION**<br>**12864 STAUNTON TPKE**<br>**SMITHVILLE, WV 26178** |
|  | List the contract number of any government contract | ＿＿＿＿＿＿＿＿＿＿ |  |

Debtor 1   **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3994.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WICKER FAMILY LIV TRST**
**4535 SO. PLUMMER AVENUE**
**CHANUTE, KS 66720**

---

**2.3995.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WICKER FARMS LLC**
**4535 S PLUMMER AVE**
**CHANUTE, KS 66720**

---

**2.3996.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILADENE A TREFETHEN**
**17053 SCOTT ROAD**
**ALTOONA, KS 66710**

---

**2.3997.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILBUR A SCHWATKEN REV TRST**
**5615 CR 2100**
**ELK CITY, KS 67344**

---

**2.3998.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILBUR L & MARY A MCMILLEN, TTEES**
**ROUTE 1, BOX 55E**
**CHANUTE**
**KS, US 66720**

---

**2.3999.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**WILBUR MACK GRIMM II**
**2003 WOODLAND DR.**
**MOULTRIE, GA 31768**

Debtor 1    **PostRock Energy Corporation**
   First Name   Middle Name   Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.4000. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILL E MORRIS HEIRS TRST** |
| | List the contract number of any government contract | | **P. O. BOX 99084**<br>**FORT WORTH, TX 76199** |

| 2.4001. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLARD & ERMA P CLINE REV TR** |
| | List the contract number of any government contract | | **1701 MADISON**<br>**APT. 114**<br>**FREDONIA, KS 66736** |

| 2.4002. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLARD & LUCILE CARTER** |
| | List the contract number of any government contract | | **30 COTTONWOOD POINT LANE**<br>**AUGUSTA, KS 67010** |

| 2.4003. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLARD & LUCILE CARTER REV LIV FAM TRST** |
| | List the contract number of any government contract | | **30 COTTONWOOD POINT LANE**<br>**AUGUSTA**<br>**KS, US 67010** |

| 2.4004. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLHOUR ENERGY** |
| | List the contract number of any government contract | | **612 HILLVIEW COURT**<br>**FORT COLLINS, CO 80526** |

| 2.4005. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | **WILLHOUR ENERGY**<br>**612 HILLVIEW COURT**<br>**FORT COLLINS, CO 80526** |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   Page 707 of 732

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | Unknown | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.4006. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **William & Cheryl Bowen**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.4007. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | **William & Cheryl Bowen**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

| 2.4008. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM & CONNIE JOURNOT TR**<br>**4336 CR 5050**<br>**INDEPENDENCE, KS 67301** |
| | List the contract number of any government contract | | |

| 2.4009. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM & DEBRA NAFTZGER**<br>**119 S. 67TH CIRCLE**<br>**BROKEN ARROW, OK 74014** |
| | List the contract number of any government contract | | |

| 2.4010. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILLIAM & JEAN COOK - JTWROS**<br>**20475 UDALL ROAD**<br>**STARK, KS 66775** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **PostRock Energy Corporation**
_____

First Name        Middle Name        Last Name

Case number *(if known)*  **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.4011.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM A & PATRICIA A STICH
15305 JACKSON ROAD
CHANUTE, KS 66720**

---

2.4012.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM A PITTMAN
12021 COLEFIELD DRIVE
HANOVER, VA 23069-1705**

---

2.4013.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM A. GREENWOOD
25034 A IRVING RD.
PARSONS, KS 67357**

---

2.4014.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM ALLEN PORTER
14279 INMAN ROAD
FREDONIA, KS 66736**

---

2.4015.  State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILLIAM B & MARILYN TAYLOR
13935 W 116TH TERR
OLATHE, KS 66062**

---

2.4016.  State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any

**WILLIAM B & MARILYN TAYLOR
13935 W 116TH TERR
OLATHE
KS, US 66062**

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | government contract | | |
| --- | --- | --- | --- |

| 2.4017. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM B CUNNINGHAM** |
| | List the contract number of any government contract | | **8125 FOREST CT,** **NORTH ROYALTON, OH 44133-0200** |

| 2.4018. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM B ELLIOT** |
| | List the contract number of any government contract | | **70 BETSY LANE** **BELPRE, OH 45714-9336** |

| 2.4019. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM B TAYLOR** |
| | List the contract number of any government contract | | **11608 W. 101ST TERRACE** **OVERLAND PARK, KS 66214** |

| 2.4020. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| | State the term remaining | **UNKNOWN** | **WILLIAM B TAYLOR** |
| | List the contract number of any government contract | | **11608 W. 101ST TERRACE** **OVERLAND PARK** **KS, US 66214** |

| 2.4021. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | **Unknown** | **WILLIAM C & BETTY J FOLLMER** |
| | List the contract number of any government contract | | **2042 WOODLAND VIEW DR.** **INDEPENDENCE, KS 67301** |

| 2.4022. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **WILLIAM C CRAIG** **6345 70TH ROAD** **THAYER, KS 66776** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **PostRock Energy Corporation**
<br>_First Name_      _Middle Name_      _Last Name_

Case number _(if known)_    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **Unknown** | |
| List the contract number of any government contract    _____ | |

| 2.4023. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM C CRANE**<br>**P.O. BOX 127**<br>**PULLMAN, WV 26421** |
| | List the contract number of any government contract | _____ | |

| 2.4024. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM CLARK HALE, SINGLE**<br>**379 KEYMAN ROAD**<br>**ARDMORE, OK 73401** |
| | List the contract number of any government contract | _____ | |

| 2.4025. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.4026. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| 2.4027. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM CRAIG**<br>**PO BOX 207**<br>**THAYER**<br>**KS, US 66776** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.4028.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILLIAM CRAIG**
**PO BOX 207**
**THAYER**
**KS, US 66776**

---

**2.4029.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILLIAM CRAIG**
**PO BOX 207**
**THAYER**
**KS, US 66776**

---

**2.4030.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILLIAM CRAIG**
**PO BOX 207**
**THAYER**
**KS, US 66776**

---

**2.4031.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILLIAM D & CHERYL A BOWEN**
**19068 US HWY 59**
**PARSONS**
**KS, US 67357**

---

**2.4032.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

**WILLIAM D & CHERYL A BOWEN**
**19068 US HWY 59**
**PARSONS**
**KS, US 67357**

---

**2.4033.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**WILLIAM D & CHERYL A BOWEN**
**19068 US HWY 59**
**PARSONS**
**KS, US 67357**

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | government contract | |

---

| 2.4034. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

---

| 2.4035. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

---

| 2.4036. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

---

| 2.4037. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

---

| 2.4038. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM D & CHERYL A BOWEN**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
| | List the contract number of any government contract | | |

---

| 2.4039. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **WILLIAM D & CHERYL A BOWEN REV TRST**<br>**19068 US HWY 59**<br>**PARSONS**<br>**KS, US 67357** |
|---|---|---|---|

Debtor 1   **PostRock Energy Corporation**
          First Name        Middle Name        Last Name

Case number (*if known*)   **16-11230-SAH**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **UNKNOWN**

List the contract number of any
government contract   _____

---

2.4040.  State what the contract or lease is for and the nature of the debtor's interest   **LAND USE AGREEMENT**

State the term remaining   **UNKNOWN**

List the contract number of any government contract   _____

**WILLIAM D & CHERYL A BOWEN REV TRST**
**19068 US HWY 59**
**PARSONS**
**KS, US 67357**

---

2.4041.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**WILLIAM D & CHERYL A BOWEN,**
**19068 U.S. HWY 59**
**PARSONS, KS 67357**

---

2.4042.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**WILLIAM DAVIS HEWITT**
**37 WILLOW GLEN #37**
**ATLANTA, GA 30342**

---

2.4043.  State what the contract or lease is for and the nature of the debtor's interest   **Royalty Payments**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**WILLIAM E OAKES**
**2900 REGENCY DRIVE**
**INDEPENDENCE, KS 67301**

---

2.4044.  State what the contract or lease is for and the nature of the debtor's interest   **Third Party Production Agreement**

State the term remaining   **Unknown**

List the contract number of any government contract   _____

**WILLIAM E OAKES**
**2900 REGENCY DRIVE**
**INDEPENDENCE, KS 67301**

---

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4045. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM F WILLIS REV TRST**<br>**HC 61 BOX 233**<br>**LENEPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.4046. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM F WILLIS TRST**<br>**HC 61 BOX 233**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.4047. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM F WILLIS TRST**<br>**HC, BOX 233**<br>**LENAPAH**<br>**OK, US 74042** |
| | List the contract number of any government contract | | |

| 2.4048. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM F WILLIS TRST_1**<br>**HC 61, BOX 233**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | | |

| 2.4049. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM FARNSWORTH**<br>**1317 14TH STREET**<br>**VIENNA, WV 26105** |
| | List the contract number of any government contract | | |

| 2.4050. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM G & GEORGIA F SCOTT**<br>**26056 HARPER ROAD**<br>**DENNIS, KS 67341** |
| | List the contract number of any | | |

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.4051. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM G & GEORGIA F SCOTT**<br>**26056 HARPER ROAD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.4052. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM G & GEORGIA F SCOTT**<br>**26056 HARPER ROAD**<br>**DENNIS**<br>**KS, US 67341** |
| | List the contract number of any government contract | | |

| 2.4053. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM G NEELY & MARJORIE F**<br>**8150 170TH ROAD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.4054. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM G NEELY TRST DTD**<br>**8150 170TH RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.4055. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM H & LEONA M MOORE**<br>**9705 JAMES CREEK ROAD**<br>**CHRISTMAS, FL 32709** |
| | List the contract number of any government contract | | |

| 2.4056. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | **WILLIAM H & MARION LOWTHER**<br>**1589 CHRISTINE AVE**<br>**SIMI VALLEY, CA 93063-4429** |
|---|---|---|---|

Debtor 1  **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **16-11230-SAH**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | |

| 2.4057. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **WILLIAM H & ROBERT L FARMER**<br>**17740 1200 ROAD**<br>**ALTOONA, KS 66710** |
| | List the contract number of any government contract | _____ | |

| 2.4058. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **WILLIAM H CARPENTER**<br>**570 SUSAN AVE**<br>**WESTERVILLE, OH 43081** |
| | List the contract number of any government contract | _____ | |

| 2.4059. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **WILLIAM H GUDDE TESTAMENTARY**<br>**20571 500 RD**<br>**NEODESHA, KS 66757** |
| | List the contract number of any government contract | _____ | |

| 2.4060. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **WILLIAM H MANGELS LIV TR &**<br>**HC 61 BOX 111**<br>**LENAPAH, OK 74042** |
| | List the contract number of any government contract | _____ | |

| 2.4061. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| | State the term remaining | Unknown | **WILLIAM H RUBLE & PEGGY D**<br>**17750 170TH ROAD**<br>**ERIE, KS 66733** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **PostRock Energy Corporation**
_____First Name_____Middle Name_____Last Name_____

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4062.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM H TROUTMAN & IDA M**
**2402 S REDWOOD PLACE**
**BROKEN ARROW, OK 74012**

**2.4063.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM H WIGGANS & CAROL A**
**16663 UDALL RD**
**ALTOONA, KS 66710**

**2.4064.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM J SMITH**
**1224 PRUITT DRIVE**
**WAYCROSS, GA 31501**

**2.4065.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM KENT & P LYNNE ESTES**
**8893 SCOTT RD**
**ALTOONA, KS 66710**

**2.4066.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM KEVIN SNIDER**
**P. O. BOX 545**
**PENNSBORO, WV 26415**

**2.4067.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any

**WILLIAM M & CONNIE L JOURNOT**
**4336 CR 5050**
**INDEPENDENCE, KS 67301**

Debtor 1   **PostRock Energy Corporation**
                First Name    Middle Name    Last Name

Case number *(if known)*   **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.4068. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **WILLIAM M & WILLINDA L HOWELL** |
| | List the contract number of any government contract | | **HC 61, BOX 137**<br>**LENAPAH, OK 74042** |

| 2.4069. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **WILLIAM M BAILEY** |
| | List the contract number of any government contract | | **P O BOX 246**<br>**WILLIAMSTOWN, WV 26187** |

| 2.4070. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **WILLIAM M ENGEL** |
| | List the contract number of any government contract | | **62 PELICAN CIRCLE**<br>**WOODBINE, GA 31569** |

| 2.4071. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Payments | |
| | State the term remaining | Unknown | **WILLIAM M FRANKENBERY &** |
| | List the contract number of any government contract | | **8736 PRATT ROAD**<br>**ALTOONA, KS 66710** |

| 2.4072. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | |
| | State the term remaining | UNKNOWN | **WILLIAM M JOURNOT** |
| | List the contract number of any government contract | | **4336 CR 5050**<br>**INDEPENDENCE**<br>**KS, US 67301** |

| 2.4073. | State what the contract or lease is for and the nature of the debtor's interest | LAND USE AGREEMENT | **WILLIAM M JOURNOT**<br>**4336 CR 5050**<br>**INDEPENDENCE**<br>**KS, US 67301** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | UNKNOWN | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.4074. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **WILLIAM M STOUT**<br>**1441 N ROCK RD #1903**<br>**WICHITA, KS 67206** |

| 2.4075. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **WILLIAM MANGELS LIV TRST**<br>**HC 61, BOX 111**<br>**LENAPAH, OK 74042** |

| 2.4076. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | _____ | **WILLIAM MANGELS LIV TRST**<br>**HC 61, BOX 111**<br>**LENAPAH**<br>**OK, US 74042** |

| 2.4077. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | _____ | **WILLIAM MANGELS LIV TRST**<br>**HC 61, BOX 111**<br>**LENAPAH**<br>**OK, US 74042** |

| 2.4078. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | _____ | **WILLIAM MCGREGOR BAILEY**<br>**5204 RIVER RD**<br>**VIENNA, WV 26105** |

Debtor 1    **PostRock Energy Corporation**
_____    _____    _____
First Name    Middle Name    Last Name

Case number *(if known)*    **16-11230-SAH**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4079.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**WILLIAM R STALNAKER**
**160 STALNAKER ESTATES**
**GLENVILLE, WV 26351**

---

**2.4080.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**WILLIAM R STOUT**
**1808 SPRING ST**
**PARKERSBURG, WV 26102**

---

**2.4081.** State what the contract or lease is for and the nature of the debtor's interest — **Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract — _____

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE, KS 66720**

---

**2.4082.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE**
**KS, US 66720**

---

**2.4083.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract — _____

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE**
**KS, US 66720**

---

**2.4084.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any

**WILLIAM R THORSELL**
**19720 ULYSSES RD**
**CHANUTE**
**KS, US 66720**

Debtor 1    **PostRock Energy Corporation**
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.4085. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL** |
|  | List the contract number of any government contract |  | **19720 ULYSSES RD** |
|  |  |  | **CHANUTE** |
|  |  |  | **KS, US 66720** |

| 2.4086. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL** |
|  | List the contract number of any government contract |  | **19720 ULYSSES RD** |
|  |  |  | **CHANUTE** |
|  |  |  | **KS, US 66720** |

| 2.4087. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL** |
|  | List the contract number of any government contract |  | **19720 ULYSSES RD** |
|  |  |  | **CHANUTE** |
|  |  |  | **KS, US 66720** |

| 2.4088. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL** |
|  | List the contract number of any government contract |  | **19720 ULYSSES RD** |
|  |  |  | **CHANUTE** |
|  |  |  | **KS, US 66720** |

| 2.4089. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** |  |
|---|---|---|---|
|  | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL** |
|  | List the contract number of any government contract |  | **19720 ULYSSES RD** |
|  |  |  | **CHANUTE** |
|  |  |  | **KS, US 66720** |

| 2.4090. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** |  |
|---|---|---|---|
|  |  |  | **WILLIAM R THORSELL & VALERIE L** |
|  |  |  | **19720 ULYSSES ROAD** |
|  |  |  | **CHANUTE, KS 66720** |

| Debtor 1 | **PostRock Energy Corporation** | | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | | |

---

| 2.4091. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL & VALERIE L THORSELL,** |
| | List the contract number of any government contract | | **19720 ULYSSES ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

---

| 2.4092. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WILLIAM R THORSELL & VALERIE L THORSELL,** |
| | List the contract number of any government contract | | **19720 ULYSSES ROAD**<br>**CHANUTE**<br>**KS, US 66720** |

---

| 2.4093. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **William R. Thorsell** |
| | List the contract number of any government contract | | **19720 ULYSSES RD**<br>**CHANUTE**<br>**KS, US 66720** |

---

| 2.4094. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **William R. Thorsell** |
| | List the contract number of any government contract | | **19720 ULYSSES RD**<br>**CHANUTE**<br>**KS, US 66720** |

---

| 2.4095. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WILLIAM S & REBECCA A MARKHAM** |
| | List the contract number of any government contract | | **2411 WEST 49TH STREET**<br>**CHANUTE, KS 66720** |

---

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **16-11230-SAH**
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4096.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract
_____

**WILLIAM SHERIDAN
956 2000 ROAD
EDNA, KS 67342**

---

**2.4097.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract
_____

**WILLIAM SWINDELLS, JR
1100 SW MYRTLE DRIVE
PORTLAND, OR 97201**

---

**2.4098.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract
_____

**WILLIAM T REXROAD
1814 5TH EXTENSION
NEW BRIGHTON, PA 15066**

---

**2.4099.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract
_____

**WILLIAM T WEINRICH
13920 WELLINGTON LANE
GRAND ISLAND, FL 32735**

---

**2.4100.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any government contract
_____

**WILLIAM T WILCOXEN
18 LOGAN DRIVE
BELPRE, OH 45714**

---

**2.4101.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining    **Unknown**

List the contract number of any

**WILLIAM W ESTES REV TRST
9624 US 75 HWY
ALTOONA, KS 66710**

---

Debtor 1  **PostRock Energy Corporation**
First Name            Middle Name            Last Name

Case number *(if known)*  **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

**2.4102.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM W ESTES REV TRUST**
**8893 SCOTT ROAD**
**ALTOONA, KS 66710**

**2.4103.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIAM W HATFIELD**
**114 SUMMERFIELD DRIVE**
**LEXINGTON, SC 29072**

**2.4104.** State what the contract or lease is for and the nature of the debtor's interest

**Mobile Office in Seminole, OK**

State the term remaining — **Sold**

List the contract number of any government contract

**WILLIAMS SCOTSMAN INC**
**P.O. BOX 17552**
**BALTIMORE, MD 21297**

**2.4105.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIS G GRINSTEAD, TTEE**
**6505 WILLOW LANE**
**MISSION HILLS, KS 66208**

**2.4106.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining — **Unknown**

List the contract number of any government contract

**WILLIS RAY MONEYPENNY**
**183 MONEYPENNY LANE**
**CAIRO, WV 26337**

**2.4107.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

**WILMA ANN STAFFORD RUSH**
**7300 S 4140 RD**
**TALALA, OK 74080**

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| **2.4108.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILMA BENNING** |
| | List the contract number of any government contract | | **1127 E. 5TH STREET** **CHERRYVALE, KS 67335** |

| **2.4109.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILMA CARSON BOWLES** |
| | List the contract number of any government contract | | **526 DALEY STREET** **ORANGE CITY, FL 32763** |

| **2.4110.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILMA E EMERSON** |
| | List the contract number of any government contract | | **P.O. BOX 243** **CEDAR VALE, KS 67024** |

| **2.4111.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILMA FORD** |
| | List the contract number of any government contract | | **164 PARK PLACE DRIVE** **WADSWORTH, OH 44281-8767** |

| **2.4112.** | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | Unknown | **WILMA J CORBETT** |
| | List the contract number of any government contract | | **19505 OTTAWA ROAD** **ERIE, KS 66733** |

Debtor 1    **PostRock Energy Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **16-11230-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4113.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILMA JEAN ERBE LIV TRST**
**19106 800 ROAD**
**ALTOONA, KS 66710-8618**

---

**2.4114.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILMA LYNN MURRAY**
**1407 SOUTH SLAY**
**EASTLAND, TX 76448**

---

**2.4115.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILMA RICE RYMER**
**32 MONTE SANO DRIVE**
**HANAHAN, SC 29410**

---

**2.4116.** State what the contract or lease is for and the nature of the debtor's interest

**Royalty Payments**

State the term remaining

**Unknown**

List the contract number of any government contract

**WILMER JOHNSON**
**152 OAKBLUFF DR.**
**MURPHY, TX 75094-3960**

---

**2.4117.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any government contract

**WILTSE REV LIV TRST, MORRIS D WILTSE, TT**
**18030 1600 ROAD**
**ALTOONA**
**KS, US 66710**

---

**2.4118.** State what the contract or lease is for and the nature of the debtor's interest

**LAND USE AGREEMENT**

State the term remaining

**UNKNOWN**

List the contract number of any

**WILTSE REV LIV TRST, MORRIS D WILTSE, TT**
**18030 1600 ROAD**
**ALTOONA**
**KS, US 66710**

---

Debtor 1    **PostRock Energy Corporation**
    First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

**2.4119.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

WILTSE REV LIV TRST, MORRIS D WILTSE, TT
18030 1600 ROAD
ALTOONA
KS, US 66710

---

**2.4120.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

WILTSE REV LIV TRST, MORRIS D WILTSE, TT
18030 1600 ROAD
ALTOONA
KS, US 66710

---

**2.4121.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

WILTSE REV LIV TRST, MORRIS D WILTSE, TT
18030 1600 ROAD
ALTOONA
KS, US 66710

---

**2.4122.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

WILTSE REV LIV TRST, MORRIS D WILTSE, TT
18030 1600 ROAD
ALTOONA
KS, US 66710

---

**2.4123.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

State the term remaining — **UNKNOWN**

List the contract number of any government contract

WILTSE REV LIV TRST, MORRIS D WILTSE, TT
18030 1600 ROAD
ALTOONA
KS, US 66710

---

**2.4124.** State what the contract or lease is for and the nature of the debtor's interest — **LAND USE AGREEMENT**

WILTSE REV LIV TRST, MORRIS D WILTSE, TT
18030 1600 ROAD
ALTOONA
KS, US 66710

---

Debtor 1    **PostRock Energy Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **16-11230-SAH**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | |

| | | |
|---|---|---|
| 2.4125. State what the contract or lease is for and the nature of the debtor's interest | **Tower Rental Agreement - leased measurement equipment** | |
| State the term remaining | **45  months** | |
| List the contract number of any government contract | _____ | **WINEXUS**<br>**209 CHESTNUT**<br>**GALESBURG, KS 66740** |

| | | |
|---|---|---|
| 2.4126. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | **WINGATE FARMS LLC**<br>**11725 HARPER ROAD**<br>**THAYER, KS 66776** |

| | | |
|---|---|---|
| 2.4127. State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
| State the term remaining | **UNKNOWN** | |
| List the contract number of any government contract | _____ | **Wingate Farms, LLC**<br>**11725 HARPER ROAD**<br>**THAYER**<br>**KS, US 66776** |

| | | |
|---|---|---|
| 2.4128. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | **WINIFRED MAXSON TRST**<br>**753 3000 ROAD**<br>**EDNA, KS 67342** |

| | | |
|---|---|---|
| 2.4129. State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
| State the term remaining | **Unknown** | |
| List the contract number of any government contract | _____ | **WINOMA M SPURGEON**<br>**532 MIDLAND TRAIL**<br>**HURRICANE, WV 25526** |

| Debtor 1 | **PostRock Energy Corporation** | | Case number *(if known)* | **16-11230-SAH** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4130. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WL MCMILLEN & MARY A MCMILLEN**<br>**DTD 1-28-98**<br>**24571 1600 RD**<br>**CHANUTE, KS 66720** |
| | List the contract number of any government contract | | |

| 2.4131. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WOLF CREEK CATTLE COMPANY**<br>**6073 GRAY RD.**<br>**EDNA, KS 67342** |
| | List the contract number of any government contract | | |

| 2.4132. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **UNKNOWN** | **WOLF CREEK CATTLE COMPANY**<br>**6073 GRAY RD.**<br>**EDNA**<br>**KS, US 67342** |
| | List the contract number of any government contract | | |

| 2.4133. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WOLVERTON FARMS INC**<br>**PO BOX 1002**<br>**SUMMERSVILLE, WV 26651** |
| | List the contract number of any government contract | | |

| 2.4134. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WOLVERTON MCCLUNG HEIRS REVOCA**<br>**1144 PHEASANT CIRCLE**<br>**WINTER SPRINGS, FL 32708** |
| | List the contract number of any government contract | | |

| 2.4135. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WOMMACK PROPERTIES LLC**<br>**1151 26000 ROAD**<br>**PARSONS, KS 67357** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **PostRock Energy Corporation**
      First Name      Middle Name      Last Name

Case number *(if known)*    **16-11230-SAH**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.4136. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WOODROW DAVID MOHLER** |
| | List the contract number of any government contract | | **6825 IRELAND RD** <br> **LANCASTER, OH 43130** |

| 2.4137. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WOODY OIL, LLC** |
| | List the contract number of any government contract | | **RT. 1 BOX 328** <br> **SOUTH COFFEYVILLE, OK 74072** |

| 2.4138. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Production Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **WOODY OIL, LLC** |
| | List the contract number of any government contract | | **RT. 1 BOX 328** <br> **SOUTH COFFEYVILLE, OK 74072** |

| 2.4139. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **XURY R HOLE & VALETA I HOLE,** |
| | List the contract number of any government contract | | **318 WILLOWBROOK STREET** <br> **ANDOVER, KS 67002** |

| 2.4140. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Payments** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **ZACHARY J & COURTNEY** |
| | List the contract number of any government contract | | **RT. 1, BOX 168** <br> **S. COFFEYVILLE, OK 74072** |

| 2.4141. | State what the contract or lease is for and the nature of the debtor's interest | **LAND USE AGREEMENT** | **ZACHARY J & COURTNEY ELIZABETH O'BRIEN** <br> **RT. 1, BOX 168** <br> **S. COFFEYVILLE** <br> **OK, US 74072** |
|---|---|---|---|

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 731 of 732

Debtor 1  **PostRock Energy Corporation**                                Case number *(if known)*  **16-11230-SAH**

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining          **UNKNOWN**

List the contract number of any
government contract          _____

---

2.4142.  State what the contract or
lease is for and the nature of
the debtor's interest          **Royalty Payments**

State the term remaining          **Unknown**

List the contract number of any
government contract          _____

**ZUGMIER REV LIV TR**
**22742 N 90TH STREET**
**SCOTTSDALE, AZ 85255**

---

2.4143.  State what the contract or
lease is for and the nature of
the debtor's interest          **29th floor Sublease to**
**ZZW Global, Inc. 1,000**
**sqf**

State the term remaining          **17  months**

List the contract number of any
government contract          _____

**ZZW GLOBAL INC**
**210 PARK AVE**
**SUITE 2950**
**OKLAHOMA CITY, OK 73102**

---

**Fill in this information to identify the case:**

Debtor name **PostRock Energy Corporation**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **16-11230-SAH**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |