IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 16-11230 |
| | ) | |
| PostRock Energy Corporation, et al.[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF LARRY G. BALL

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) ss. | |
| COUNTY OF OKLAHOMA | ) | |

I, Larry G. Ball, of lawful age, being first duly sworn, upon oath state the following based on my person knowledge.

1. The attached document is a true and correct copy of the actual billing submitted to the Official Committee of Unsecured Creditors of PostRock Energy Corporation.

FURTHER, AFFIANT SAYETH NOT.

_____
Larry G. Ball

Subscribed and sworn to before me this 26th day of October, 2016.

_____
Notary Public

My Commission Expires:

9/10/17
(SEAL)

My Commission No.:

13008343

---

[1] The Debtors in these chapter 11 cases include: PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc.
1383791.1:001269:00001

**EXHIBIT A**



INVOICE                                                                                                            Tax ID: 73-0931831

The Official Committee of Unsecured Creditors/Post Rock Energy        October 12, 2016
Corporation                                                            ID: 001269.00001
Attn: Wojciech F. Jung, Esq.                                           Invoice No: 499372
1251 Avenue of the Americas                                            Ball, Larry G.
New York, NY  10020

RE:   Bankruptcy

## BILLING SUMMARY

| | |
|---|---:|
| Fees For Professional Services through September 30, 2016 | 25,941.00 |
| Expenses and Advances through September 30, 2016 | 917.44 |
| **CURRENT BILL** | **26,858.44** |

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

The Official Committee of Unsecured  
Creditors/Post Rock Energy Corporation  
ID: 001269 00001

October 12, 2016  
Invoice No: 499372  
Page 2

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS |
|---|---|---|---|
| 04/27/16 | Emails with creditor (0.20); review cash collateral order and orders on employees and vendors (0.80); discuss matter with W. Jung. (0.35); review response to be filed by committee (0.6). | LGB | 1.95 |
| 04/28/16 | Call to Craig Regens regarding telephonic appearance (0.3); report to client (0.2); telephone call with W. Jung re: strategy for hearing (0.45). | LGB | 0.95 |
| 04/29/16 | Prepare for and appear at cash collateral hearing (2.55); report to W. Jung (0.3). | LGB | 2.85 |
| 05/02/16 | Appear at Meeting of Creditors (1.2); email L. Ball summary of case (0.3). | JHC | 1.50 |
| 05/02/16 | Emails W. Jung regarding deadlines and Debtor counsel (0.5); review third interim cash collateral Order (0.4); send to W. Jung (0.1). | LGB | 1.00 |
| 05/03/16 | Discuss case and retention status with w. Jung (0.35); draft Pro Hac Vice applications (0.3); report to W. Jung regarding 341 meeting (0.2). | LGB | 0.85 |
| 05/04/16 | Revise order on Vendor motion and send to Trustee (0.6); review proposed final cash collateral order (0.5); send to W. Jung (0.2); draft/edit motions and applications for retention (1.40); finalize Pro Hac Vice applications and send to W. Jung (0.3); review and edit Objection to cash collateral motion (0.65); file same (0.3). | LGB | 3.95 |
| 05/05/16 | Finalize and file Pro Hac Vice papers (0.6); edits to retention applications (0.8). | LGB | 1.40 |
| 05/06/16 | Final review to file Applications for retention (0.2); supplemental conflict check (0.4). | LGB | 0.60 |
| 05/09/16 | Prepare for and attend Cash Collateral hearing (2.6); post-hearing discussion with co-counsel (0.5). | LGB | 3.10 |
| 05/10/16 | Emails regarding bidding procedures, etc. | LGB | 0.30 |
| 05/18/16 | Emails W. Jung regarding status of hearing on Bid Procedures. | LGB | 0.30 |
| 05/19/16 | Prepare for and attend hearing on bid procedures (0.90); call from Carl Dore regarding status of case (0.3); follow up on drafts of revised bid procedures (0.5). | LGB | 1.70 |
| 05/23/16 | Call with W. Jung regarding objections and sale process (0.4); telephone call with W. Jung regarding sale objection (0.5). | LGB | 0.90 |
| 05/24/16 | Review Cash Collateral Order, Bidding Procedures Order (0.5); research re Diminution in Value (2.0). | JHC | 2.50 |
| 05/24/16 | Meet with J. Castillo regarding drafting objection. | LGB | 0.50 |

## HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.

The Official Committee of Unsecured  
Creditors/Post Rock Energy Corporation  
ID: 001269 00001

October 12, 2016  
Invoice No: 499372  
Page 3

| DATE | DESCRIPTION | INIT | HOURS |
|---|---|---|---|
| 05/25/16 | Continue research regarding diminution in value claim (1.7); review and file OCUC's Reply to Objection to Employ Lowenstein Sandler as co-counsel (0.8); correspond via email with L. Ball and W. Jung regarding same (0.4). | JHC | 2.90 |
| 05/25/16 | Review schedule of leases and meet with Trustee regarding lien review (1.2); discuss status of objection to diminution credit bid with J. Castillo (0.4); review objection to retention reply (0.2). | LGB | 1.80 |
| 05/26/16 | Telephone conference with W. Jung regarding Objection to Sale (0.3); draft same (4.1). | JHC | 4.40 |
| 05/27/16 | Correspond via email with L. Ball regarding credit bid (0.2); correspond via email with L. Ball and W. Jung regarding Objection (0.4); review W. Jung's revisions to Objection (0.6); electronically file same (0.1). | JHC | 1.30 |
| 05/27/16 | Review of objection to Motion to sell (0.75); review of bid status from Trustee (0.5). | LGB | 1.25 |
| 05/31/16 | Meet with co-counsel prior to auction (0.55); review bids (0.4); telephone call with co-counsel regarding hearing on Sale (0.25); review documents and prepare for hearing in case he is DQd (1.4). | LGB | 2.60 |
| 06/01/16 | Finish preparation for hearing (1.1); Attend hearing on Sale and Motion to retain (4.0); call with committee (0.4); emails regarding results (0.2). | LGB | 5.70 |
| 06/02/16 | Begin review of schedules. | LGB | 1.80 |
| 06/03/16 | Conference with L. Ball regarding potential claims against bank (.2); research regarding same (3.2); review Bidding Procedures Order to confirm end of creditor Comm. investigation period (.3). | JHC | 3.70 |
| 06/03/16 | Discuss research needed with J. Castillo. | LGB | 0.45 |
| 06/06/16 | Continue research regarding potential claims against Citibank (1.6); review Notice of Report of Auction and notice of Asset Purchase Agreements (0.3); attend meeting of creditors (1.50). | JHC | 3.40 |
| 06/06/16 | Finish review of schedules (1.5); attend continued 341 meeting (0.6). | LGB | 2.10 |
| 06/07/16 | Supplemental conflicts check against schedules. | LGB | 0.30 |
| 06/08/16 | Review and comment on sale order. | LGB | 0.50 |
| 06/09/16 | Review of final sale order. | LGB | 0.50 |
| 06/09/16 | Email with committee regarding meeting. | LGB | 0.20 |
| 06/10/16 | Discuss sale order with Mike Farquhar (0.15); emails regarding same (0.20). | LGB | 0.35 |
| 06/13/16 | Review of final sale order and respond to Trustee. | LGB | 0.30 |
| 06/14/16 | Preparation for and hold committee conference call. | LGB | 1.35 |
| 06/16/16 | Researching potential objections to fees claimed in a fee application. | JAB | 0.80 |

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

The Official Committee of Unsecured  
Creditors/Post Rock Energy Corporation  
ID: 001269 00001

October 12, 2016  
Invoice No: 499372  
Page 4

| DATE | DESCRIPTION | INIT | HOURS |
|---|---|---|---|
| 06/16/16 | Meet with Trustee regarding status and strategy. | LGB | 0.75 |
| 06/16/16 | Review fee application of Debtor (0.2); brief research regarding same (0.4); assign project to summer associate (0.2). | LGB | 0.80 |
| 06/17/16 | Reviewing opposing council's fee application for potential objections. | JAB | 0.40 |
| 06/22/16 | Review Emails regarding fee applications. | LGB | 0.25 |
| 06/23/16 | Review of first set of conflict hits on creditors from schedules. | LGB | 1.50 |
| 06/28/16 | Review last of potential conflicts from schedules. | LGB | 1.25 |
| 06/28/16 | Review Debtor's fee app; begin research for objection. | LGB | 0.90 |
| 06/29/16 | Call from UST regarding proposed deal (0.2); email to committee regarding same (0.3); respond to UST (0.2). | LGB | 0.70 |
| 06/30/16 | Emails regarding fee settlement and proposed order (0.3); calls to check hits regarding creditor list (1.1). | LGB | 1.40 |
| 07/01/16 | More follow up on hits with creditors (0.40); call to former CEO (0.2). | LGB | 0.60 |
| 07/07/16 | Preparation for interview (0.75); Phone interview of Clark Edwards (1.0); report to committee (0.8). | LGB | 2.55 |
| 07/08/16 | Wrap up last conflict follow up and draft Supplemental declaration (1.75); email trustee regarding claims against Bank (0.2). | LGB | 1.95 |
| 07/12/16 | Review and revise withdrawal of document and re-filing of Supplemental declaration. | LGB | 0.25 |
| 08/18/16 | Call with Trustee regarding update; notes for report to committee. | LGB | 0.65 |
| 08/19/16 | Draft report to committee. | LGB | 1.20 |
| 09/26/16 | Draft First Interim Application for Fees. | LNK | 3.50 |
| | TOTAL HOURS | | 78.70 |

| | | |
|---|---|---|
| | TOTAL FOR SERVICES | $25,941.00 |

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05/16 | Filing Fee for Applications for Admittance Pro Hac Vice (Wojciech Jung) - U.S. Bankruptcy Court for the Western District | 50.00 |
| 06/14/16 | Conference call, L. Ball, 6/14/16 - AT&T TeleConference Services | 32.44 |

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

The Official Committee of Unsecured  
Creditors/Post Rock Energy Corporation  
ID:  001269 00001

October 12, 2016  
Invoice No:  499372  
Page 5

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------:|
|      | Copy Costs  | 835.00  |
|      | **TOTAL EXPENSES** | **$917.44** |
|      | **TOTAL FOR MATTER** | **$26,858.44** |



**REMITTANCE**  TAX ID: 73-0931831

The Official Committee of Unsecured Creditors/Post Rock Energy Corporation
Attn: Wojciech F. Jung, Esq.
1251 Avenue of the Americas
New York, NY 10020

October 12, 2016
ID: 001269.00001
Invoice No: 499372
Ball, Larry G.

RE:   Bankruptcy

### REMITTANCE COPY

| | |
|---|---:|
| Fees For Professional Services through September 30, 2016 | 25,941.00 |
| Expenses and Advances through September 30, 2016 | 917.44 |
| **CURRENT BILL** | **26,858.44** |

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

320 SOUTH BOSTON AVENUE
SUITE 200
TULSA, OK 74103
(918)594-0400

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
A PROFESSIONAL CORPORATION
WWW.HALLESTILL.COM

OKLAHOMA CITY, OK
NORTHWEST ARKANSAS
WASHINGTON, D.C.
DENVER, CO