## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                          )
    PostRock Energy Corporation, *et al.*[1]      )    Case No. 16-11230
                                                )
                                                )    Chapter 11
                                                )
                                                )    Jointly Administered
                                                )

## MONTHLY OPERATING REPORT FOR MONTH ENDING SEPTEMBER 30, 2017

COMES NOW, PostRock Energy Corporation *et al.*, Debtor, and hereby submits its Monthly Operating Report for the period commencing September 1, 2017 and ending September 30, 2017, as shown by the attached Exhibits consisting of 26 pages and containing the following, as indicated:

    [X]    Monthly Reporting Questionnaire (Exhibit "A").

    [X]    Monthly Income Statement (Exhibit "B").

    [X]    Balance Sheet (Exhibit "C").

    [X]    Cash Receipts and Disbursements Summary (Exhibit "D").

    [X]    Statement of Aged Accounts Receivable (Exhibit "E").

    [X]    Statement of Aged Accounts Payable (Exhibit "F").

    [X]    Bank Statements.

       I DECLARE UNDER PENALTY OF PERJURY THAT THIS REPORT AND ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

                   PostRock Energy Corporation, *et al.*

                   By: Stephen J. Moriarty, Trustee

---

[1] The Debtors in these chapter 11 cases include: PostRock Energy Corporation (16-11230), PostRock Energy Services Corporation (16-11231), PostRock Holdco, LLC (16-11235), PostRock Eastern Production, LLC (16-11233), PostRock MidContinent Production, LLC (16-11232), and STP Newco, Inc. (16-11236).

# POSTROCK ENERGY CORPORATION
# EXHIBIT A

CASE NAME:     **PostRock Energy Corporation,** *et al.*[1]                    .

CASE NUMBER:     **16-11230**                                        .

## MONTHLY REPORTING QUESTIONNAIRE FOR
## THE MONTH ENDED SEPTEMBER 30, 2017

1.  Were executive salaries paid and were taxes withheld? YES __ NO ___ N/A _X_ . State amounts paid to each executive for the period. Also include these amounts in gross payroll for number 2.

    Casey Bigelow     Chief Accounting Officer     $ 10.766.00** (As Contract)
    ***Paid 09/27/2017*

2.  Were all post-petition wages and wage related federal and state taxes deposited or paid for the period? YES ___ NO ___ N/A _X_ . If any post petition taxes are delinquent, please explain below: not applicable.

    State the amounts requested below:

GROSS PAYROLL DUE:     $ -0-          AMOUNT PAID:     $ -0-

| TYPE OF TAX | AMOUNT DUE | | AMOUNT PAID | |
|---|---|---|---|---|
| Withholding | $ | - | $ | - |
| FICA & Medicare | | | | |
|    Employee | $ | - | $ | - |
|    Employer | $ | - | $ | - |
| State Withholding | $ | - | $ | - |
| State Disability | $ | - | $ | - |
| FUTA | $ | - | $ | - |
| SUTA | $ | - | $ | - |

---

[1] The Debtors in these chapter 11 cases include: PostRock Energy Corporation (16-11230), PostRock Energy Services Corporation (16-11231), PostRock Holdco, LLC (16-11235), PostRock Eastern Production, LLC (16-11233), PostRock MidContinent Production, LLC (16-11232), and STP Newco, Inc. (16-11236).

PostRock Energy Corporation                                                    Case 16-11230

3.      Is Insurance in effect? YES ___ NO ___.  Are payments current? YES ___ NO ___.  If any policy has lapsed and been replaced or renewed, attach a copy of the binder or cover page of new policy. (*See Disclosure*)

4.      Do all required licenses remain in effect?    YES _X_ NO ___.

5.      Is the corporate charter in good standing?    YES _X_ NO ___.

6.      Professional Fees Paid: YES ___ NO __X__.  If YES, comment below:

|                        | AMOUNT | AGE | PAYMENT DATE |
|------------------------|--------|-----|--------------|
| Attorneys' Fees:       | $   *** | *** | ***          |
| Other Professional Fees: | $   *** | *** | ***          |

**\*\*\*See Exhibit F-1 for professional paid.  Also, see Exhibit F for accrued professional fees.**

7.      List the post-petition debts accrued that have not been paid.  Indicate aging (30, 60, 90 days old).  Please explain why these debts have not been paid or indicate when scheduled payment date is.

**See Attached Schedule F**

I DECLARE UNDER PENALTY OF PERJURY THAT THIS REPORT AND ATTACHED STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF BASED UPON THE INFORMATION AVAILABLE.

Date: ___12/26/17___          By: _____, Trustee

# POSTROCK ENERGY CORPORATION
## Case No. 16-11230

## Attachment to Monthly Operating Report
## September 30, 2017

PostRock Energy Corporation filed a voluntary petition under Chapter 11 in the U.S. Bankruptcy Court for the Western District of Oklahoma on April 1, 2016. There are six (6) related cases (including this case) pending in the U.S. Bankruptcy Court in the Western District of Oklahoma. The cases are (1) PostRock Energy Corporation – Case No. 16-11230; (2) PostRock Energy Services Corporation – Case No. 16-11231; (3) PostRock Holdco, LLC – Case No. 11235; (4) PostRock Eastern Production, LLC – Case No. 11233; and (5) PostRock MidContinent Production, LLC – Case No. 16-11232; and (6) STP Newco, Inc. – Case No. 16-11236. On April 8, 2016, Stephen J. Moriarty was appointed Trustee for this and all related cases.

On May 31, 2016, the Trustee conducted an auction in which substantially all of the operating assets were sold, pending Court approval. On June 8, 2016, the Court confirmed the sales and entered the Order Granting Motion to Sell Property, Free and Clear of All Claims, Liens, Interests and Encumbrances. The sales of operating assets and oil & gas properties were basically to two buyers, one for the Oklahoma and Kansas assets and one for the West Virginia assets. The effective date of the sale for accounting and tax purposes was June 1, 2016. Although the Debtor is still researching information in order to complete its accounting for the post-closing adjustments, the identified adjustments have been recorded in the June 30, 2016 financials. Any additional amounts will be booked in the current periods when identified.

Post-petition accounts payable are reported on Exhibit F as of September 30, 2017. Items included as post-petition accounts payable on Exhibit F are subject to adjustment pending further review of certain invoices, which may include post-closing adjustments.

**Question 3; Monthly Operating Report Questionnaire** – The operating insurance policies have been canceled or lapsed because of the disposition of the operating assets. The Trustee has secured a separate Trustee (Postrock Bankruptcy Estate) workers compensation policy to replace the canceled workers compensation policy.

The Company and the Trustee are in the process of determining other related parties and their relationship to the Debtors and the insiders. Once identified, the Debtors will report the same in future reports.

**All Exhibits including Monthly Income Statement ("B") and Balance Sheet ("C")**
The Trustee and Trustee's FA are researching the accounts receivable balances on the books and sub ledgers to determine further write downs/write offs for such accounts. The Trustee has been in contact with the purchasers of the oil and gas assets in discussing the possible collections of these receivables. See **Exhibit E.**

The Trustee and Trustee FA are in the process of reconciling the computer equipment sold for reporting to Court and for providing information for the preparation of fee application

PostRock Energy Corporation                                                    Case 16-11230

for the consultant sales. Additionally, the Trustee and Trustee FA are assessing the books and records, fixed asset schedules for computer and electronic equipment assets (including software) remaining on the books at 05/31/2017. These assets listed on books have been grouped in various classes for accounting puroses and noted the book balances needing to be removed from books because the assets were (1) disposed of or taken out of service prior to petition date; (2) obsolete assets abanonded; (3) property affixed as leasehold resolved in settlement and compromise with landlord Oklahoma Tower [Doc: 292 filed 11/10/2016]; (4) assets for field office infrastructure as part of sale of real estate; (5) Software Subscriptions expired; (6) software and hardware assets needing licenses which are expried or taken out of service; and (7) other. Once these lists and assets can be reconciled, the lists will reported in future Monthly Operating Reports.

Although CPAs, including the Debtors' accountants and professionals, have assisted in gathering documents and information for the Monthly Operating Report ("MOR"), they have not been engaged to perform an audit, review or compilation of the financial statements or information contained in this report. The Exhibits B and C have been prepared on a non GAAP basis from the Debtors normal accrual method of accounting. The statements and information are preliminary – subsequent information or data may cause omissions or errors to occur or cause material changes. Further, the CPAs are not expressing any opinions or conclusions on the data in this report and are not and have not performed attestation services with respect to the information or attachments in this report.

**EXHIBIT "B" to Monthly Operating Report**
**PostRock Energy Corporation**
**September-17 - Financial Package**
**Income Statement (dollars in thousands) - UNAUDITED**

| | MTD | | Variance | |
|---|---|---|---|---|
| | Sep-16 | Sep-17 | DELTA | % |
| **Revenue** | | | | |
| Gas sales | 0 | 0 | 0 | 0.0% |
| Oil sales | 0 | 0 | 0 | 0.0% |
| Gathering | 0 | 0 | 0 | 0.0% |
| **Total** | **0** | **0** | **0** | **0.0%** |
| | | | | |
| **Costs and expenses** | | | | |
| Production Expense | 0 | 0 | (0) | (100.0%) |
| General and administrative | 62 | 21 | (42) | (66.6%) |
| Litigation reserve | 0 | 0 | 0 | 0.0% |
| Depreciation, depletion and amortization | 0 | 0 | 0 | 0.0% |
| Acquisition cost | 0 | 0 | 0 | 0.0% |
| Impairment | 0 | 0 | 0 | 0.0% |
| **Total** | **62** | **21** | **(42)** | **(66.6%)** |
| | | | | |
| **Operating income (loss)** | **(62)** | **(21)** | **42** | **66.6%** |
| | | | | |
| **Other income (expense)** | | | | |
| Realized gain (loss) from derivative financial instruments | 0 | 0 | 0 | 0.0% |
| Unrealized gain (loss) from derivative financial instruments | 0 | 0 | 0 | 0.0% |
| Realized gain (loss) from investment in CEP | 0 | 0 | 0 | 0.0% |
| Unrealized gain (loss) from investment in CEP | 0 | 0 | 0 | 0.0% |
| (Gain) loss on disposal of assets | 0 | 0 | 0 | 0.0% |
| Other income (expense), net | 0 | 0 | 0 | 0.0% |
| Interest expense, net | (83) | 0 | 83 | 100.0% |
| Bankruptcy Expenses - Bond | 0 | 0 | 0 | 0.0% |
| US Trustee Fees | 0 | 0 | 0 | 0.0% |
| Trustee Fees | (1) | (1) | 1 | 50.9% |
| Trustee Attorney Fees | (16) | (1) | 15 | 94.8% |
| Trustee FA Fees | (28) | (28) | (0) | (1.2%) |
| Unsecured Creditor Committee Fees | 0 | 0 | 0 | 0.0% |
| **Total** | **(128)** | **(30)** | **98** | **(76.8%)** |
| | | | | |
| **Income (loss) from cont. ops. before income taxes** | **(190)** | **(51)** | **140** | **(73.5%)** |
| | | | | |
| Income tax expenses | 0 | 0 | 0 | 0.0% |
| **Net income (loss) from continuing operations** | **(190)** | **(51)** | **140** | **(73.5%)** |
| **Net income (loss)** | **(190)** | **(51)** | **140** | **(73.5%)** |

*May not foot due to immaterial rounding

Prepared by Company
See Disclosure

**EXHIBIT "C" to Monthly Operating Report**
**PostRock Energy Corporation**
**September -17 - Financial Package**
**Balance Sheet (dollars in thousands) - UNAUDITED**

| | Aug-17 | Sep-17 |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash and equivalents | 3,181 | 3,160 |
| Restricted cash | 213 | 213 |
| Accounts receivable - trade, net | (21) | (21) |
| Other receivables | 76 | 76 |
| Other | 615 | 607 |
| Inventory | 0 | 0 |
| Derivative financial instruments | 0 | 0 |
| **Total current assets** | **4,063** | **4,034** |
| | | |
| Oil and gas properties, full cost, net | 0 | 0 |
| Other property and equipment, net | 1,077 | 1,077 |
| Other, net | 23 | 23 |
| Equity investment | 0 | 0 |
| Long-term investment | 0 | 0 |
| Derivative financial instruments | 0 | 0 |
| Investment in subsidiary | 0 | 0 |
| **Total assets** | **5,163** | **5,134** |
| | | |
| **LIABILITIES** | | |
| **Liabilities Not Subject to Compromise** | | |
| Current liabilities | | |
| Post Petition accounts payable | 28 | 20 |
| Revenue payable - Suspense - Post | 38 | 38 |
| Accrued BK Professional Fees | 84 | 113 |
| Accrued Trustee Fees | 553 | 554 |
| Ad Valorem Taxes - Post | 390 | 390 |
| Ad Valorem Taxes - Post - Sale Proceeds | (390) | (390) |
| | | |
| Short-term borrowings - Post Petition | 1,000 | 1,000 |
| Proceeds to Reduce Debt - Post | (1,000) | (1,000) |
| Post Closing Adjustment | (43) | (43) |
| | | |
| **Total Liabilities Not Subject to Compromise** | **659** | **681** |

**Prepared by Company**
**See Disclosure**

*May not foot due to immaterial rounding          1 of 2

**EXHIBIT "C" to Monthly Operating Report**
**PostRock Energy Corporation**
**September -17 - Financial Package**
**Balance Sheet (dollars in thousands) - UNAUDITED**

|  | Aug-17 | Sep-17 |
|---|---|---|
| **Liabilities Subject to Compromise** | | |
| Current liabilities | | |
| Accounts payable - Pre Petition | 1,643 | 1,643 |
| Ad Valorem Taxes - Pre - 2015 | 1,020 | 1,020 |
| Ad Valorem Taxes - Pre - 2016 | 554 | 554 |
| Ad Valorem Taxes - Pre - Sale Proceeds | (710) | (710) |
| Revenue payable | (85) | (85) |
| Revenue payable - Suspense | 1,599 | 1,599 |
| Other Payables | 315 | 315 |
| Other Accruals | 184 | 184 |
| Short-term debt | 59,598 | 59,598 |
| Cash Proceeds paid to Secured Creditor | (1,168) | (1,168) |
| Proceeds to Reduce Debt - Post | (3,200) | (3,200) |
| Proceeds to Reduce Debt - Pre | (3,000) | (3,000) |
| Post Closing Adjustment | (179) | (179) |
| Derivative financial instruments | 1 | 1 |
| | 56,571 | 56,571 |
| | | |
| Long Term Debt | | |
| Series A preferred stock (debt) | 79,062 | 79,062 |
| | 79,062 | 79,062 |
| | | |
| **Total Liabilities** | **136,293** | **136,314** |
| **EQUITY** | | |
| Series B preferred stock | 3 | 3 |
| Common stock, par | 72 | 72 |
| Additional paid-in-capital | 486,713 | 486,713 |
| Treasury stock | (2,556) | (2,556) |
| Accumulated deficit | (615,362) | (615,412) |
| **Total stockholders' equity** | **(131,130)** | **(131,181)** |
| | | |
| **Total liabilities and equity** | **5,163** | **5,134** |

**Prepared by Company**
**See Disclosure**

*May not foot due to immaterial rounding                2 of 2

**PostRock Energy Corporation et al**
**Case No. 16-11230**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | | | | Transactions by Bank Account | | | | | |
| | | | | | Exhibits D | | | | | |
| | | | | | For the Period 09/01/2017 to 09/30/2017 | | | | | |

| Date | Transfer | Cleared | | | Debit | Credit | GL Qty1 | Account | Acct Name | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Stephen J. Moriarty as Chapter 11 Trustee for PostRock Energy Corporation - Last 4 #0337 | | | | | | | | | | |
| 9/7/2017 | | X | | | 0.00 | 160.35 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Manual check offset to cash COX COMMUNICATIONS, INC |
| 9/27/2017 | | X | | | 0.00 | 160.35 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Manual check offset to cash COX COMMUNICATIONS, INC |
| 9/7/2017 | T | X | | | 0.00 | 269.39 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Manual check offset to cash J NELSON ELLIOTT |
| 9/7/2017 | | X | | | 0.00 | 903.90 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Manual check offset to cash ADP |
| 9/27/2017 | | X | | | 0.00 | 1,159.20 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Manual check offset to cash A-1 FREEMAN MOVING & |
| 9/27/2017 | | X | | | 0.00 | 7,576.00 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Manual check offset to cash CASEY BIGELOW |
| 9/27/2017 | | | | | 0.00 | 10,766.00 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Voided check offset to cash CASEY BIGELOW |
| 09/30/17 | T | X | | | 269.39 | 0.00 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | Voided check offset to cash J NELSON ELLIOTT |
| 09/15/17 | | X | | | 0.00 | 358.75 | | 21.1000.111 | BOK Ch.11 Trustee for PostRock | CEB09100 Account Analysis Fee -BOK acct CH 11 Trustee for PostRock, Stephen J Moriarty POSTROCK ENERGY SERVICES CORP |
| 9/5/2017 | | X | | | 152.90 | 0.00 | | 21.1000.112 | BOK Ch.11 Trustee for PostRock | Deposit Miscellaneous |
| | | | | | 422.29 | 21,393.94 | | | | |
| BOK Chapter 11 WV Sales Proceeds PostRock Energy Corporation - Last 4 #1140 | | | | | | | | | | |
| 09/15/17 | | X | | | 0.00 | 140.45 | | 21.1000.112 | BOK Ch.11 Sales Proceeds Wes | CEB09100 Account Analysis Fee -BOK acct CH 11 Escrow WV sales Proceeds |
| | | | | | 0.00 | 140.45 | | | | |

Monthly Operating Report
September 30, 2017

**PostRock Energy Corporation et al**
**Case No. 16-11230**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Transactions by Bank Account | | | | |
| | | | | | Exhibits D | | | | |
| | | | | | For the Period 09/01/2017 to 09/30/2017 | | | | |
| Date | Transfer | Cleared | | | Debit | Credit | GL Qty1 | Account | Acct Name | Description |
| PostRock Compass Operating Account - Last 4 #2595 | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| Compass Holdco - Last 4 #0614 | | | | | | | | | | |
| | | | | | | 0.00 | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| BOK CH.11 Royalties Escrow - Last 4 #2031 | | | | | | | | | | |
| 09/15/17 | | X | | | 0.00 | 112.55 | | 21.1000.113 | BOK Ch.11 Royalties Escrow | CEB09100 Account Analysis Fee -BOK acct CH 11 Royalties Escrow |
| | | | | | 0.00 | 112.55 | | | | |
| Total Deposits and Disbursements | | | | | 422.29 | 21,646.94 | | | | |
| Transfers | | | | | 269.39 | 269.39 | | | | |
| Net Deposits and Disbursements | | | | | 152.90 | 21,377.55 | | | | |

**PostRock Energy Corporation et al**
**Case No. 16-11230**

| | Transfer | Cleared | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Transactions by Bank Account | | | | |
| | | | | | | Exhibits D | | | | |
| | | | | | | For the Period 09/01/2017 to 09/30/2017 | | | | |
| Date | | | | | Debit | Credit | GL Qty1 | Account | Acct Name | Description |
| | | | | | Bank Balance | Book Balance | | | | |
| Stephen J. Moriarty as Chapter 11 Trustee for PostRock Energy Corporation | | | | | | | | | | |
| | | | | | 3,195,584.40 | 3,159,546.98 | | | | |
| WV Proceeds Chapter 11 PostRock Energy Corporation | | | | | | | | | | |
| | | | | | 175,431.65 | 175,431.65 | Need to research $.05 Bank Error | | | |
| PostRock Compass Operating Account | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| PostRock Energy Service Corporation Operating | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| Compass Revenue ZBA Account - Last 4 #4717 | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| Compass AP ZBA Account - Last 4 #4229 | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| Compass Payroll Account - Last 4 #3885 | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| Compass Escrow - Last 4 #3451 | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| Compass Holdco - Last 4 #0614 | | | | | | | | | | |
| | | | | | 0.00 | 0.00 | | | | |
| BOK CH.11 Royalties Escrow - Last 4 #2031 | | | | | | | | | | |
| | | | | | 37,202.11 | 37,202.11 | | | | |

Includes (1) PostRock Energy Corporation – Case No. 16230; (2) PostRock Energy Services Corporation – Case No. 16-11231; (3) PostRock Holdco, LLC – Case No. 11235; (4) PostRock Eastern Production, LLC – Case No. 11233; and (5) PostRock MidContinent Production, LLC – Case No. 16-11232; and (6) STP Newco, Inc. – Case No. 16-11236.

**Accounts Receivable Aging**
**Exhibits E**
**As of 09/30/2017**

| Customer | Balance | Current | 0-30 | 31-60 | 61-90 | Over 90 | Account: |
|---|---|---|---|---|---|---|---|
| 3R'S ENTERPRISES | (23.31) | - | - | - | - | (23.31) | 1200.200 A/R - Joint Interest |
| 710 CORPORATION | (2.09) | - | - | - | - | (2.09) | 1200.200 A/R - Joint Interest |
| DANIEL L ANDERSON | 615.54 | - | - | - | - | 615.54 | 1200.200 A/R - Joint Interest |
| ARROW OIL & GAS, LLC | (0.02) | - | - | - | - | (0.02) | 1200.200 A/R - Joint Interest |
| LOUIS OR AUDREY MARKFERDING | 455.27 | - | - | - | - | 455.27 | 1200.200 A/R - Joint Interest |
| BALL EXPLORATION INC | 1,886.65 | - | - | - | - | 1,886.65 | 1200.200 A/R - Joint Interest |
| BERTRAM TRST REALTY | 1,187.91 | - | - | - | - | 1,187.91 | 1200.200 A/R - Joint Interest |
| FRANK BITOTTA | 269.26 | - | - | - | - | 269.26 | 1200.200 A/R - Joint Interest |
| RUTH M BLUM | 553.00 | - | - | - | - | 553.00 | 1200.200 A/R - Joint Interest |
| BOOTHBAY ROYALTY COMPANY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| DIANE S BOWER | 390.63 | - | - | - | - | 390.63 | 1200.200 A/R - Joint Interest |
| B&P RESOURCES, INC. | 4.67 | - | - | - | - | 4.67 | 1200.200 A/R - Joint Interest |
| MARSHALL BRACKIN | (0.02) | - | - | - | - | (0.02) | 1200.200 A/R - Joint Interest |
| MAX BRITTON | (1.07) | - | - | - | - | (1.07) | 1200.200 A/R - Joint Interest |
| DOBKIN BROTHERS | 276.42 | - | - | - | - | 276.42 | 1200.200 A/R - Joint Interest |
| GERALDINE A BUERGER | 623.04 | - | - | - | - | 623.04 | 1200.200 A/R - Joint Interest |
| ROY BURNER OR PATRICIA BURNER | 1,243.04 | - | - | - | - | 1,243.04 | 1200.200 A/R - Joint Interest |
| R M BUSCH | 987.38 | - | - | - | - | 987.38 | 1200.200 A/R - Joint Interest |
| ANDREW K BUTLER | 685.08 | - | - | - | - | 685.08 | 1200.200 A/R - Joint Interest |
| LILLIAN CAMPBELL | 134.57 | - | - | - | - | 134.57 | 1200.200 A/R - Joint Interest |
| GARY B CARR | 556.49 | - | - | - | - | 556.49 | 1200.200 A/R - Joint Interest |
| CEP MID-CONTINENT, LLC | 0.23 | - | - | - | - | 0.23 | 1200.200 A/R - Joint Interest |
| CHURCHILL ENERGY PTNRS, GP-90 | 58,096.03 | - | - | - | - | 58,096.03 | 1200.200 A/R - Joint Interest |
| MRS GENEVIEVE CONRAD | 296.20 | - | - | - | - | 296.20 | 1200.200 A/R - Joint Interest |
| JOHN & ROBIN COOK | 51.63 | - | - | - | - | 51.63 | 1200.200 A/R - Joint Interest |
| ROBIN J COOK | 2,656.50 | - | - | - | - | 2,656.50 | 1200.200 A/R - Joint Interest |
| ANNE R DECKER | 0.01 | - | - | - | - | 0.01 | 1200.200 A/R - Joint Interest |
| MRS GUSSIE E DEEVER | 35.51 | - | - | - | - | 35.51 | 1200.200 A/R - Joint Interest |
| BEATRICE DOBSON | 3,017.36 | - | - | - | - | 3,017.36 | 1200.200 A/R - Joint Interest |
| DORIS LEE DODD | 1,191.72 | - | - | - | - | 1,191.72 | 1200.200 A/R - Joint Interest |
| DORMAN ENERGY, LLC | 355.99 | - | - | - | - | 355.99 | 1200.200 A/R - Joint Interest |
| AUSTIN A DUVERNOY | 147.34 | - | - | - | - | 147.34 | 1200.200 A/R - Joint Interest |
| JAMES M DYE | 281.70 | - | - | - | - | 281.70 | 1200.200 A/R - Joint Interest |
| MICHAEL L EBERS | 13,578.10 | - | - | - | - | 13,578.10 | 1200.200 A/R - Joint Interest |
| C DIANE EDDY & | (0.25) | - | - | - | - | (0.25) | 1200.200 A/R - Joint Interest |
| ENDEAVOR ENERGY RESOURCES, LP | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| ENERGY VENTURES, LLC | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| GERALD P FLAGEL | 4,823.15 | - | - | - | - | 4,823.15 | 1200.200 A/R - Joint Interest |
| EARL S FOX | 0.10 | - | - | - | - | 0.10 | 1200.200 A/R - Joint Interest |
| KATHRYN KING FREDERICK | (7.81) | - | - | - | - | (7.81) | 1200.200 A/R - Joint Interest |
| KAREN M FRITZ | 0.06 | - | - | - | - | 0.06 | 1200.200 A/R - Joint Interest |
| G TEN TWO LLC | 14,759.37 | - | - | - | - | 14,759.37 | 1200.200 A/R - Joint Interest |
| HARPER OIL COMPANY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| ALAN R HAUGHT | 302.85 | - | - | - | - | 302.85 | 1200.200 A/R - Joint Interest |
| B DOUGLAS HAUGHT II | 0.35 | - | - | - | - | 0.35 | 1200.200 A/R - Joint Interest |
| BRIAN G HAUGHT | 0.90 | - | - | - | - | 0.90 | 1200.200 A/R - Joint Interest |
| ELDON J HAUGHT | (0.50) | - | - | - | - | (0.50) | 1200.200 A/R - Joint Interest |
| ERNEST HAUGHT JR | 508.06 | - | - | - | - | 508.06 | 1200.200 A/R - Joint Interest |
| IRA M HAUGHT | 2,419.66 | - | - | - | - | 2,419.66 | 1200.200 A/R - Joint Interest |
| KELLY J HAUGHT | 743.34 | - | - | - | - | 743.34 | 1200.200 A/R - Joint Interest |
| LOWELL HAUGHT | 1,471.63 | - | - | - | - | 1,471.63 | 1200.200 A/R - Joint Interest |
| MARVIN G HAUGHT | 0.06 | - | - | - | - | 0.06 | 1200.200 A/R - Joint Interest |
| PATRICIA JUNE HAUGHT | 0.12 | - | - | - | - | 0.12 | 1200.200 A/R - Joint Interest |
| PHYLLIS HAUGHT MILLS | 743.33 | - | - | - | - | 743.33 | 1200.200 A/R - Joint Interest |
| ROBERT B HAUGHT | 0.06 | - | - | - | - | 0.06 | 1200.200 A/R - Joint Interest |
| WARREN R HAUGHT | 2,053.08 | - | - | - | - | 2,053.08 | 1200.200 A/R - Joint Interest |
| HOPEWELL OPERATING, INC | 155.88 | - | - | - | - | 155.88 | 1200.200 A/R - Joint Interest |
| JAN OIL COMPANY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| JBN 1997 REV. TR. | (7.26) | - | - | - | - | (7.26) | 1200.200 A/R - Joint Interest |
| MICHAEL KAPLAN ESTATE | 592.54 | - | - | - | - | 592.54 | 1200.200 A/R - Joint Interest |
| KAREN S KEHRLI | 138.60 | - | - | - | - | 138.60 | 1200.200 A/R - Joint Interest |
| IRENE B KELLEY ESCROW | 1,369.92 | - | - | - | - | 1,369.92 | 1200.200 A/R - Joint Interest |
| JOHN D KIRK | 684.99 | - | - | - | - | 684.99 | 1200.200 A/R - Joint Interest |
| KOLDING OIL & GAS, LLC | (1,153.69) | - | - | - | - | (1,153.69) | 1200.200 A/R - Joint Interest |
| BART KOLSTE | 1,112.93 | - | - | - | - | 1,112.93 | 1200.200 A/R - Joint Interest |
| REX J KOLSTE | 2,230.74 | - | - | - | - | 2,230.74 | 1200.200 A/R - Joint Interest |
| ANN KOONTZ | 0.07 | - | - | - | - | 0.07 | 1200.200 A/R - Joint Interest |
| HOWARD E KOONTZ III | 0.07 | - | - | - | - | 0.07 | 1200.200 A/R - Joint Interest |
| L.P. LAIRD | (3.15) | - | - | - | - | (3.15) | 1200.200 A/R - Joint Interest |
| LAKEVIEW FORGE COMPANY | 6,647.50 | - | - | - | - | 6,647.50 | 1200.200 A/R - Joint Interest |
| DENNIS L LAMB | 6,710.36 | - | - | - | - | 6,710.36 | 1200.200 A/R - Joint Interest |
| HELEN MARILYN LAMB | 4,181.38 | - | - | - | - | 4,181.38 | 1200.200 A/R - Joint Interest |
| BENJAMIN LUSTGARTEN | 1,369.91 | - | - | - | - | 1,369.91 | 1200.200 A/R - Joint Interest |

Accounts Receivable Aging
Exhibits E
As of 09/30/2017

| Customer | Balance | Current | 0-30 | 31-60 | 61-90 | Over 90 | Account: |
|---|---|---|---|---|---|---|---|
| | | | \* \* \* \* \* \* \* Past Due Amounts (Days Old) \* \* \* \* \* \* \* | | | | |
| MAGNOLIA PETROLEUM, INC. | 3.57 | - | - | - | - | 3.57 | 1200.200 A/R - Joint Interest |
| HELEN C MATTHEWS REV TRST | 2,871.49 | - | - | - | - | 2,871.49 | 1200.200 A/R - Joint Interest |
| THOMAS M MATTHEWS | 2,871.54 | - | - | - | - | 2,871.54 | 1200.200 A/R - Joint Interest |
| MARIE G MCBEE | (0.05) | - | - | - | - | (0.05) | 1200.200 A/R - Joint Interest |
| MILDRED MCCABE | 683.47 | - | - | - | - | 683.47 | 1200.200 A/R - Joint Interest |
| IDA MCCOY ESTATE | 131.85 | - | - | - | - | 131.85 | 1200.200 A/R - Joint Interest |
| ROBERTA MCCOY | 1,347.94 | - | - | - | - | 1,347.94 | 1200.200 A/R - Joint Interest |
| MCCOYS SALES CO | 772.82 | - | - | - | - | 772.82 | 1200.200 A/R - Joint Interest |
| MEGAENERGY INC | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| MIKE ROSS INC | 4,096.05 | - | - | - | - | 4,096.05 | 1200.200 A/R - Joint Interest |
| FRANK E MILLER | 136.02 | - | - | - | - | 136.02 | 1200.200 A/R - Joint Interest |
| MILLENNIUM ENERGY | 2,373.41 | - | - | - | - | 2,373.41 | 1200.200 A/R - Joint Interest |
| PATRICIA J MORGAN | 173.89 | - | - | - | - | 173.89 | 1200.200 A/R - Joint Interest |
| PALMER NICHOLS | 895.87 | - | - | - | - | 895.87 | 1200.200 A/R - Joint Interest |
| NORTHSTAR ENERGY CORPORATION | 31,811.79 | - | - | - | - | 31,811.79 | 1200.200 A/R - Joint Interest |
| ANNE LOUISE NORTON | 354.82 | - | - | - | - | 354.82 | 1200.200 A/R - Joint Interest |
| MELVIN OGRIN | 607.60 | - | - | - | - | 607.60 | 1200.200 A/R - Joint Interest |
| ORISKANY EXPLORATION LLC | 5,727.16 | - | - | - | - | 5,727.16 | 1200.200 A/R - Joint Interest |
| CHARLES J OWENS | 577.36 | - | - | - | - | 577.36 | 1200.200 A/R - Joint Interest |
| LOUISE T PARKERS ESCROW | 1,154.28 | - | - | - | - | 1,154.28 | 1200.200 A/R - Joint Interest |
| GLENN L PARKS | 1,611.19 | - | - | - | - | 1,611.19 | 1200.200 A/R - Joint Interest |
| EVELYN PRICE | 43.19 | - | - | - | - | 43.19 | 1200.200 A/R - Joint Interest |
| WILLIAM LYNN PRICE | 57.42 | - | - | - | - | 57.42 | 1200.200 A/R - Joint Interest |
| PROMINENCE CAPITAL, INC | 163.93 | - | - | - | - | 163.93 | 1200.200 A/R - Joint Interest |
| RANKEN ENERGY CORPORATION | 1.51 | - | - | - | - | 1.51 | 1200.200 A/R - Joint Interest |
| R C J C LATTER DAY SAINTS | 1,647.61 | - | - | - | - | 1,647.61 | 1200.200 A/R - Joint Interest |
| ELLA J REED | 0.08 | - | - | - | - | 0.08 | 1200.200 A/R - Joint Interest |
| JAMES MICHAEL RENEHAN | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| TODD RHODES | 422.99 | - | - | - | - | 422.99 | 1200.200 A/R - Joint Interest |
| DAN R RICKORDS | 145.15 | - | - | - | - | 145.15 | 1200.200 A/R - Joint Interest |
| WILLIAM RIESBERG | 1,557.87 | - | - | - | - | 1,557.87 | 1200.200 A/R - Joint Interest |
| BURDETTE S ROMIG | 0.01 | - | - | - | - | 0.01 | 1200.200 A/R - Joint Interest |
| DENZIL R RUTHERFORD | (0.12) | - | - | - | - | (0.12) | 1200.200 A/R - Joint Interest |
| SABALO EXPLORATION OPERATING | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| RICK & ROSE SALVAGGIO | 290.96 | - | - | - | - | 290.96 | 1200.200 A/R - Joint Interest |
| STEPHEN L SATTERFIELD | 128.31 | - | - | - | - | 128.31 | 1200.200 A/R - Joint Interest |
| SC III, INC. C/O PEG BRACE | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| SEK ENERGY, LLC | 4,342.88 | - | - | - | - | 4,342.88 | 1200.200 A/R - Joint Interest |
| SEK ENERGY OPERATING | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| MICHAEL H SHELBY | 313.82 | - | - | - | - | 313.82 | 1200.200 A/R - Joint Interest |
| LOIS K HAUGHT SIMMONS | 485.43 | - | - | - | - | 485.43 | 1200.200 A/R - Joint Interest |
| SLOAN PETROLEUM SERVICES, INC | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| NANNIE M SMITH | 1,644.86 | - | - | - | - | 1,644.86 | 1200.200 A/R - Joint Interest |
| RICHARD S SPANGLER | 53.45 | - | - | - | - | 53.45 | 1200.200 A/R - Joint Interest |
| IDA M SPRINGSTON | 991.07 | - | - | - | - | 991.07 | 1200.200 A/R - Joint Interest |
| CAROLYN K STARR | 0.07 | - | - | - | - | 0.07 | 1200.200 A/R - Joint Interest |
| DAVID L STARR | 43.93 | - | - | - | - | 43.93 | 1200.200 A/R - Joint Interest |
| FRANKLIN R STARR | 66.92 | - | - | - | - | 66.92 | 1200.200 A/R - Joint Interest |
| R NEIL STARR | 43.97 | - | - | - | - | 43.97 | 1200.200 A/R - Joint Interest |
| ROGER A STARR | 43.95 | - | - | - | - | 43.95 | 1200.200 A/R - Joint Interest |
| ALFRED SURACI ESTATE | 89.62 | - | - | - | - | 89.62 | 1200.200 A/R - Joint Interest |
| WILLIAM SWINDELLS, JR | 0.04 | - | - | - | - | 0.04 | 1200.200 A/R - Joint Interest |
| TEXAS NORTHSTAR 1 LLC | 20,269.14 | - | - | - | - | 20,269.14 | 1200.200 A/R - Joint Interest |
| G.W. THOMAS III | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| THOMAS CRAIG PROPERTIES | (0.40) | - | - | - | - | (0.40) | 1200.200 A/R - Joint Interest |
| UNIT RESOURCES INC | 1,892.69 | - | - | - | - | 1,892.69 | 1200.200 A/R - Joint Interest |
| UNKWN A HATFIELD 203 | 4,097.75 | - | - | - | - | 4,097.75 | 1200.200 A/R - Joint Interest |
| VENTURE PLANNING, INC | 38,756.80 | - | - | - | - | 38,756.80 | 1200.200 A/R - Joint Interest |
| VICTORY ENERGY CORP | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| ROBERT L OR VIRGINIA L WEST | (0.01) | - | - | - | - | (0.01) | 1200.200 A/R - Joint Interest |
| NANCE S. WHITE LIV TR | 109.54 | - | - | - | - | 109.54 | 1200.200 A/R - Joint Interest |
| WHITE OIL & GAS | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| WHITTLE CORPORATION | (14.94) | - | - | - | - | (14.94) | 1200.200 A/R - Joint Interest |
| MICHAEL WILLIAMS | 116.00 | - | - | - | - | 116.00 | 1200.200 A/R - Joint Interest |
| SADIE WILSON ESCROW | 685.06 | - | - | - | - | 685.06 | 1200.200 A/R - Joint Interest |
| ANNE VIRGINIA WOLFE | 8,426.10 | - | - | - | - | 8,426.10 | 1200.200 A/R - Joint Interest |
| LEE ANN BAILEY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| **Subtotal** | **286,517.83** | **-** | **-** | **-** | **-** | **286,517.83** | |
| LEE ANN BAILEY | 316.24 | - | - | - | - | 316.24 | 1200.255 A/R - Inv'd Misc AR |
| TODD BAYESS | 56.07 | - | - | - | - | 56.07 | 1200.255 A/R - Inv'd Misc AR |

Accounts Receivable Aging
Exhibits E
As of 09/30/2017

| Customer | Balance | Current | 0-30 | 31-60 | 61-90 | Over 90 | Account: |
|----------|---------|---------|------|-------|-------|---------|----------|
| | | | | * * * * * * * Past Due Amounts (Days Old) * * * * * * * | | | |
| MACK BECKETT | 582.46 | - | - | - | - | 582.46 | 1200.255 A/R - Inv'd Misc AR |
| PATRICK BECKETT | (16.63) | - | - | - | - | (16.63) | 1200.255 A/R - Inv'd Misc AR |
| REBECCA BOWEN | 115.95 | - | - | - | - | 115.95 | 1200.255 A/R - Inv'd Misc AR |
| JAMES CALDWELL | (2.67) | - | - | - | - | (2.67) | 1200.255 A/R - Inv'd Misc AR |
| RONALD CAVENDER | 9.92 | - | - | - | - | 9.92 | 1200.255 A/R - Inv'd Misc AR |
| AMANDA CHURCH | 421.99 | - | - | - | - | 421.99 | 1200.255 A/R - Inv'd Misc AR |
| CHURCH OF CHRIST | (13.68) | - | - | - | - | (13.68) | 1200.255 A/R - Inv'd Misc AR |
| BONNIE CLAY | 70.82 | - | - | - | - | 70.82 | 1200.255 A/R - Inv'd Misc AR |
| DARRELL COLLETT | 14.19 | - | - | - | - | 14.19 | 1200.255 A/R - Inv'd Misc AR |
| WILLIAM DEREMIAH | 6.21 | - | - | - | - | 6.21 | 1200.255 A/R - Inv'd Misc AR |
| TIMOTHY FERRIS | 527.37 | - | - | - | - | 527.37 | 1200.255 A/R - Inv'd Misc AR |
| ERICKA FURR | 99.07 | - | - | - | - | 99.07 | 1200.255 A/R - Inv'd Misc AR |
| BRANDON GAINER | 72.99 | - | - | - | - | 72.99 | 1200.255 A/R - Inv'd Misc AR |
| CHARLES A HATFIELD | 632.91 | - | - | - | - | 632.91 | 1200.255 A/R - Inv'd Misc AR |
| TOMIE HATFIELD | - | - | - | - | - | - | 1200.255 A/R - Inv'd Misc AR |
| GARY HOLST | 2,044.39 | - | - | - | - | 2,044.39 | 1200.255 A/R - Inv'd Misc AR |
| DUSTIN KIRBY | 9.65 | - | - | - | - | 9.65 | 1200.255 A/R - Inv'd Misc AR |
| JACK LAUFF | (7.17) | - | - | - | - | (7.17) | 1200.255 A/R - Inv'd Misc AR |
| FASTRAK ENERGY, LLC | 1,800.00 | - | - | - | - | 1,800.00 | 1200.255 A/R - Inv'd Misc AR |
| JEFF LOWE | 278.99 | - | - | - | - | 278.99 | 1200.255 A/R - Inv'd Misc AR |
| JUSTIN LOWTHER | 37.42 | - | - | - | - | 37.42 | 1200.255 A/R - Inv'd Misc AR |
| GARRY MARTIN | 8.71 | - | - | - | - | 8.71 | 1200.255 A/R - Inv'd Misc AR |
| TIMOTHY MAUSE | 682.65 | - | - | - | - | 682.65 | 1200.255 A/R - Inv'd Misc AR |
| AMORET MCCLUNG | (87.91) | - | - | - | - | (87.91) | 1200.255 A/R - Inv'd Misc AR |
| DENNIS J PECK, JR | 661.89 | - | - | - | - | 661.89 | 1200.255 A/R - Inv'd Misc AR |
| JOSEPH A RICHMOND | - | - | - | - | - | - | 1200.255 A/R - Inv'd Misc AR |
| ROY C ROSS | (37.45) | - | - | - | - | (37.45) | 1200.255 A/R - Inv'd Misc AR |
| SEK ENERGY, LLC | - | - | - | - | - | - | 1200.255 A/R - Inv'd Misc AR |
| AMBER SNIDER | 98.39 | - | - | - | - | 98.39 | 1200.255 A/R - Inv'd Misc AR |
| JIM SULLIVAN | 128.27 | - | - | - | - | 128.27 | 1200.255 A/R - Inv'd Misc AR |
| TOP DRILLING, INC | 109.38 | - | - | - | - | 109.38 | 1200.255 A/R - Inv'd Misc AR |
| CINDY WEST | 398.87 | - | - | - | - | 398.87 | 1200.255 A/R - Inv'd Misc AR |
| SHIRLEY WHALEY | (4.61) | - | - | - | - | (4.61) | 1200.255 A/R - Inv'd Misc AR |
| WRIGHT EXPRESS FINANCIAL | 9,405.61 | - | - | - | - | 9,405.61 | 1200.255 A/R - Inv'd Misc AR |
| AMERICAN ENERGY- WOODFORD, LL | - | - | - | - | - | - | 1200.255 A/R - Inv'd Misc AR |
| | | | | | | | |
| **Subtotal** | **18,420.29** | **-** | **-** | **-** | **-** | **18,420.29** | |
| | | | | | | | |
| AMERICAN ENERGY- WOODFORD, LL | - | - | - | - | - | - | 1280.100 Cash Calls Paid to Partners |
| CHARTER OAK PRODUCTION CO LLC | 5,099.83 | - | - | - | - | 5,099.83 | 1280.100 Cash Calls Paid to Partners |
| ROBERSON OIL COMPANY INC | - | - | - | - | - | - | 1280.100 Cash Calls Paid to Partners |
| SEK ENERGY, LLC | - | - | - | - | - | - | 1280.100 Cash Calls Paid to Partners |
| SEK ENERGY, LLC | (21,441.08) | - | - | - | - | (21,441.08) | 2000.600 AP - Prepayments from Partners |
| 1200.310 A/R Other | 20,556.61 | - | - | - | - | 20,556.61 | 1200.310 A/R Other |
| | | | | | | | |
| **Subtotal** | **4,215.36** | **-** | **-** | **-** | **-** | **4,215.36** | |
| | | | | | | | |
| MPM INVESTMENTS LLC | 4,240.00 | - | - | - | - | 4,240.00 | 1200.255 A/R - Inv'd Misc AR |
| ZZW GLOBAL INC | 14,343.28 | - | - | - | - | 14,343.28 | 1200.255 A/R - Inv'd Misc AR |
| | | | | | | | |
| Allowance for Doubtful Accounts (If collected, owed to Oklahoma Tower) | (18,583.28) | - | - | - | - | (18,583.28) | |
| | | | | | | | |
| **Subtotal** | **-** | **-** | **-** | **-** | **-** | **-** | |
| | | | | | | | |
| **Total Before Doubtful Accounts** | **309,153.48** | **-** | **-** | **-** | **-** | **309,153.48** | |
| | | | | | | | |
| Allowance for Doubtful Accounts (Booked through December 2016) | (249,770.02) | | | | | (249,770.02) | |
| | | | | | | | |
| **Total** | **59,383.46** | **-** | **-** | **-** | **-** | **59,383.46** | |

PostRock Energy Corporation, *et al.*                                    Case No. 16-11230

**Exhibit F**
**As of 09/30/2017**

| Vendor | Vendor Type | Vendor Category | Post-Petition A/P and Land Payment Totals | |
|--------|-------------|-----------------|-------------------|---|
| CASEY BIGELOW | G&A | Contract Labor | | |
| ADP | G&A | Payroll Services | | |
| COX COMMUNICATIONS, INC | G&A | IT | | |
| SHANI PAUL | G&A | Contract Labor | | |
| 1773 A-1 FREEMAN MOVING & | G&A | Storage | | |
| DIGITAL NAIL INC | G&A | IT | | |
| COMPSOURCE MUTUAL INSURANCE CO | G&A | Insurance | | |
| QUIKPRINT | G&A | Other | | |
| BANK OF OKLAHOMA (ELAN) | G&A | Other | | |
| ARMSTRONG UTILITIES, INC | G&A | Other | (37.92) | |
| CITY CENTER EAST GARAGE, LLC | G&A | Rent | | |
| OKLAHOMA TOWER REALTY | G&A | Rent | | |
| 11544 TRANSTEX HUNTER LLC | LOE | Other | 12,351.00 | (4) |
| E B ARCHBALD & ASSOCIATES INC | G&A | IT | | (4) |
| IMAGENET CONSULTING, LLC | G&A | IT | 5,258.92 | (4) |
| SPRINT | LOE | Other | (3.08) | (4) |
| TOTAH TELEPHONE CO INC | LOE | Other | (88.06) | (4) |
| VERIZON WIRELESS | LOE | Other | (595.00) | (4) |
| | | | $    16,885.86 | |
| | | | - | |

| Accrued Professional Fees: | Status | To | | |
|----------------------------|--------|-----|---|---|
| Trustee Fees | | 9/30/2017 | 553,907.82 | |
| | | | | |
| Trustee Attorney Fees and Expenses | Fee App Pending | | - | |
| Trustee Financial Advisor Fees and Expenses | Fee App Pending | | - | |
| UCC Attorney Fees and Expenses | Fee App Pending | | - | |
| DIGITAL NAIL INC | Fee App Pending | | - | |
| | | | | |
| Amount in FS Trust Account for Fees Per Budget and Agreement | | | (23,141.56) | |
| | | | | |
| Trustee Attorney Fees and Expenses | Accrued | Apr 2017 to Sept 2017 | 44,327.48 | |
| Trustee Financial Advisor Fees and Expenses | Accrued | Apr 2017 to Sept 2017 | 68,357.03 | |
| UCC Attorney Fees and Expenses | Accrued | Apr 2017 to Sept 2017 | - | |
| DIGITAL NAIL INC | A/P | 2017 | 3,000.00 | |
| | | | | |
| | | | $    646,450.77 | |

PostRock Energy Corporation, *et al.*                                              Case No. 16-11230

**Exhibit F**
**As of 09/30/2017**

Royalty and Third Party Producer Payments                                              (5)

Land Payments are for annual contracts or rights paid through 06/30/2016

Notes:
(1) The date of this schedule is December 31, 2016.
(2) On June 1, 2016, the Debtors sold their operating assets.  Certain payables included on
this schedule may be paid by the buyer as post-closing adjustments.
(3) Does include accruals or Professional Fees.
(4) Contingent invoices received, subject to adjustment after pending review is completed.
(5) Pre and Post Petition Royalty and Third Party Payments were paid or reserved on or
before 06/30/2016 including cash reserve for post-petition suspense royalties estimated to be
$37,694.18.  Pre petition suspense royalties were not reserved, however, a separate bank
account has been set up for these amounts.

Includes (1) PostRock Energy Corporation – Case No. 16230; (2) PostRock Energy Services Corporation – Case No. 16-11231; (3) PostRock Holdco, LLC – Case No. 11235; (4) PostRock Eastern Production, LLC – Case No. 11233; and (5) PostRock MidContinent Production, LLC – Case No. 16-11232; and (6) STP Newco, Inc. – Case No. 16-11236.

# ⬡ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
0337

Statement Period:
09-01-17 to 09-30-17

0000003 T092520930170424410000000 33 000000000 00002172 002 33

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
1QO N BROADWAY SUITE 1700
OKLAHOMA CITY OK  73102

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

4 Images Provided Page 1 of 4

## BANKRUPTCY CHECKING

ACCOUNT: 0337

Statement Period from 09-01-17 through 09-30-17

| | | |
|---|---|---|
| $ | Starting Balance | 3,197,143.89 |
| + | 1   Deposits | 152.90 |
| - | 4   Checks & Withdrawals | 1,712.39 |
| - | Service Fees | .00 |
| = | Ending Balance | 3,195,584.40 ✓ |

## ✚ DEPOSITS

| Date | Amount |
|---|---|
| 09-05 DEPOSIT BRANCH | 152.90 |

## ━ WITHDRAWALS

| Date | | Amount |
|---|---|---|
| 09-15 BANK OF OKLAHOMA  ANALYSIS | 1 | 358.75 |

## ✔ CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)




| Date | Number | Reference | Amount |
|---|---|---|---|
| 09-20 | 1146 | 0724448960 | 269.39 |
| 09-11 | 1147 | 0721382915 | 903.90 |

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

018 0000<em>0337 00000003115492 09302017 0025       00000003-0004453-0001-0004-T092520930170424410033-L

 **BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change
in mailing address to avoid delays in delivery. Please call the number listed on
the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges
including those in this statement.

**A. Enter deposits not shown on this statement.**

**B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement.**

**C. Follow instructions below to compare transactions recorded on your statement with those in your account register.**

| Date of Deposit | Amount | | Outstanding Item | Amount | |
|---|---|---|---|---|---|
| | | | | | **New Balance**<br>Shown on other side |
| | | | | | **Plus (+)**<br>Total A |
| | | | | | **Equals (=)** |
| | | | | | **Minus (-)**<br>Total B |
| Total A | | | Total B | | **Equals (=)**<br>Your current register balance |

*Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no
later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your
statement after the words "Direct Inquiries To" or write us at:

*Bank of Oklahoma N A*
*Attn: Customer Service*
*P.O. Box 2300*
*Tulsa, OK 74192-0001*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however,
we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will
credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
█████0337

Statement Period:
09-01-17 to 09-30-17

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
100 N BROADWAY SUITE 1700
OKLAHOMA CITY OK  73102

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

4 Images Provided Page 3 of 4

BANKRUPTCY CHECKING (cont.)

 CHECKS            (* Indicates a break in check number sequence)
                 (RTND Indicates a RETURNED CHECK)

| Date | Number | Reference | Amount |
|------|--------|-----------|--------|
| 09-11 | 1148 | 0707385650 | 180.35 |

DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08-31 | 3,197,143.89 | 09-11 | 3,196,212.54 | 09-20 | 3,195,584.40 |
| 09-05 | 3,197,296.79 | 09-15 | 3,195,853.79 | | |

### SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 3,196,263.46 | AVG COLLECTED BAL | 3,196,253.26 |
|--------------------|--------------|-------------------|--------------|
| MINIMUM LEDGER BAL | 3,195,584.40 | | |



# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
0337

Statement Period:
09-01-17 to 09-30-17

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE

Page 4 of 4

---

## BANKRUPTCY CHECKING - 312050337



$152.90

1146    $269.39

1147    $903.90

1148    $180.35

# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
████1140

Statement Period:
09-01-17 to 09-30-17

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

0020180  T09252093017074756800 00000 02 000000000 00318833 002 OKLRG2

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK- 16- 11230- SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK  73102

www.bok.com

Page 1 of 3

## BANKRUPTCY CHECKING

ACCOUNT: ████1140

Statement Period from 09-01-17 through 09-30-17

| | | |
|---|---|---|
| $ | Starting Balance | 175,572.10 |
| + | 0  Deposits | .00 |
| - | 1  Checks & Withdrawals | 140.40 |
| - | Service Fees | .00 |
| = | Ending Balance | 175,431.70 |

---

**WITHDRAWALS**

| Date | | Amount |
|---|---|---|
| 09-15 BANK OF OKLAHOMA  ANALYSIS | 1 | 140.40 |

---

**CHECKS**        (* Indicates a break in check number sequence)
                  (RTND Indicates a RETURNED CHECK)

*** No Checks ***

---



**DAILY ACCOUNT BALANCE**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 08-31 | 175,572.10 | 09-15 | 175,431.70 |



FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

 **BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

**Change of Address -** It is the responsibility of the account holder to notify us promptly of any change
in mailing address to avoid delays in delivery. Please call the number listed on
the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges
including those in this statement.

A. Enter deposits not shown on this
statement.

B. Enter all checks, withdrawals and
bank charges not shown on this or any
prior statement.

C. Follow instructions below to compare
transactions recorded on your statement
with those in your account register.

| Date of Deposit | Amount |
|---|---|
|  |  |

| Outstanding Item | Amount |
|---|---|
|  |  |

**New Balance**
**Shown on other side**

**Plus (+)**
**Total A**

**Equals (=)**

**Minus (-)**
**Total B**

**Equals (=)**
**Your current register balance**

Total A

Total B

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no
later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your
statement after the words "Direct Inquiries To" or write us at:

*Bank of Oklahoma N A*
*Attn: Customer Service*
*P.O. Box 2300*
*Tulsa, OK 74192-0001*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however,
we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will
credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# ⬗ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

PRIMARY ACCOUNT
▩▩▩1140

Statement Period:
09-01-17 to 09-30-17

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK- 16- 11230- SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK  73102

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

Page 3 of 3

---

### SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 175,497.22 | AVG COLLECTED BAL | 175,497.22 |
| MINIMUM LEDGER BAL | 175,431.70 | | |



00020180-0088545-0003-0003-T092520930170747500-02-L

 **BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
████2031

Statement Period:
09-01-17 to 09-30-17

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

0020181 T09252093017074758OO 00000 02 000000000 00318834 002 OKLRG2

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK 73102

Page 1 of 3

## BANKRUPTCY CHECKING                                    ACCOUNT: ████2031



Statement Period from 09-01-17 through 09-30-17

| | | |
|---|---|---|
| $ | Starting Balance | 37,314.66 |
| + | 0  Deposits | .00 |
| - | 1  Checks & Withdrawals | 112.55 |
| - | Service Fees | .00 |
| = | Ending Balance | 37,202.11 |

— WITHDRAWALS

| Date | Amount |
|---|---|
| 09-15 BANK OF OKLAHOMA  ANALYSIS    1 | 112.55 |

 CHECKS                (* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

*** No Checks ***

 DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 08-31 | 37,314.66 | 09-15 | 37,202.11 |



**BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

**A. Enter deposits not shown on this statement.**

**B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement.**

**C. Follow instructions below to compare transactions recorded on your statement with those in your account register.**

| Date of Deposit | Amount | | Outstanding Item | Amount |
|---|---|---|---|---|
| | | | | |

**New Balance**
**Shown on other side**

**Plus (+)**
**Total A**

**Equals (=)**

**Minus (-)**
**Total B**

**Equals (=)**
**Your current register balance**

| Total A | | | Total B | |
|---|---|---|---|---|

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Oklahoma N A*
*Attn: Customer Service*
*P.O. Box 2300*
*Tulsa, OK 74192-0001*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

00020181-0088546-0002-0003-T0925209301707475800-02-L

# ◈ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
██████2031

Statement Period:
09-01-17 to 09-30-17

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK  73102

www.bok.com

Page 3 of 3

---

## SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 37,254.63 | AVG COLLECTED BAL | 37,254.63 |
|---|---|---|---|
| MINIMUM LEDGER BAL | 37,202.11 | | |

