### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| PostRock Energy Corporation, *et al.*[1] | ) | Case No. 16-11230 |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administrated |
| | ) | |

### MONTHLY OPERATING REPORT FOR MONTH ENDING
### APRIL 30, 2018

COMES NOW, PostRock Energy Corporation *et al.*, Debtor, and hereby submits its Monthly Operating Report for the period commencing April 1, 2018 and ending April 30, 2018, as shown by the attached Exhibits consisting of 24 pages and containing the following, as indicated:

[X]  Monthly Reporting Questionnaire (Exhibit "A").

[ ]  Monthly Income Statement (Exhibit "B" – *to be supplemented, see explanation*).

[ ]  Balance Sheet (Exhibit "C" – *to be supplemented, see explanation*).

[X]  Cash Receipts and Disbursements Summary (Exhibit "D").

[X]  Statement of Aged Accounts Receivable (Exhibit "E").

[X]  Statement of Aged Accounts Payable (Exhibit "F").

[X]  Bank Statements.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS REPORT AND ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

PostRock Energy Corporation, *et al.*

By: Stephen J. Moriarty, Trustee

---

[1] The Debtors in these chapter 11 cases include: PostRock Energy Corporation (16-11230), PostRock Energy Services Corporation (16-11231), PostRock Holdco, LLC (16-11235), PostRock Eastern Production, LLC (16-11233), PostRock MidContinent Production, LLC (16-11232), and STP Newco, Inc. (16-11236).

## POSTROCK ENERGY CORPORATION
## EXHIBIT A

CASE NAME:    __PostRock Energy Corporation, *et al.*[1]__     .

CASE NUMBER:    __16-11230__        .

### MONTHLY REPORTING QUESTIONNAIRE FOR
### THE MONTH ENDED APRIL 30, 2018

1.    Were executive salaries paid and were taxes withheld? YES __ NO ___ N/A _X_. State amounts paid to each executive for the period. Also include these amounts in gross payroll for number 2.

    Casey Bigelow    Chief Accounting Officer    $ 0.00** (As Contract)
    **None*

2.    Were all post-petition wages and wage related federal and state taxes deposited or paid for the period? YES ___ NO ___ N/A _X_. If any post petition taxes are delinquent, please explain below: not applicable.

    State the amounts requested below:

GROSS PAYROLL DUE:    $ -0-    AMOUNT PAID:    $ -0-

| TYPE OF TAX | AMOUNT DUE | | AMOUNT PAID | |
|---|---|---|---|---|
| Withholding | $ | - | $ | - |
| FICA & Medicare | | | | |
|     Employee | $ | - | $ | - |
|     Employer | $ | - | $ | - |
| State Withholding | $ | - | $ | - |
| State Disability | $ | - | $ | - |
| FUTA | $ | - | $ | - |
| SUTA | $ | - | $ | - |

---

[1] The Debtors in these chapter 11 cases include: PostRock Energy Corporation (16-11230), PostRock Energy Services Corporation (16-11231), PostRock Holdco, LLC (16-11235), PostRock Eastern Production, LLC (16-11233), PostRock MidContinent Production, LLC (16-11232), and STP Newco, Inc. (16-11236).

PostRock Energy Corporation                                      Case 16-11230

3.    Is Insurance in effect? YES ___ NO ___. Are payments current? YES ___ NO ___. If any policy has lapsed and been replaced or renewed, attach a copy of the binder or cover page of new policy. (*See Disclosure*)

4.    Do all required licenses remain in effect?    YES X NO ___.

5.    Is the corporate charter in good standing?    YES X NO ___.

6.    Professional Fees Paid: YES ____ NO _X_. If YES, comment below:

|  | AMOUNT | AGE | PAYMENT DATE |
|---|---|---|---|
| Attorneys' Fees: | $          *** | *** | *** |
| Other Professional Fees: | $          *** | *** | *** |

**\*\*\*See Exhibit F-1 for professional paid. Also, see Exhibit F for accrued professional fees.**

7.    List the post-petition debts accrued that have not been paid. Indicate aging (30, 60, 90 days old). Please explain why these debts have not been paid or indicate when scheduled payment date is.

**See Attached Schedule F**

I DECLARE UNDER PENALTY OF PERJURY THAT THIS REPORT AND ATTACHED STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF BASED UPON THE INFORMATION AVAILABLE.

Date: ___5/21/18___          By: _____

## POSTROCK ENERGY CORPORATION
## Case No. 16-11230

## Attachment to Monthly Operating Report
## April 30, 2018

PostRock Energy Corporation filed a voluntary petition under Chapter 11 in the U.S. Bankruptcy Court for the Western District of Oklahoma on April 1, 2016. There are six (6) related cases, including this case, pending in the U.S. Bankruptcy Court in the Western District of Oklahoma: (1) PostRock Energy Corporation – Case No. 16-11230; (2) PostRock Energy Services Corporation – Case No. 16-11231; (3) PostRock Holdco, LLC – Case No. 11235; (4) PostRock Eastern Production, LLC – Case No. 11233; and (5) PostRock MidContinent Production, LLC – Case No. 16-11232; and (6) STP Newco, Inc. – Case No. 16-11236. On April 8, 2016, Stephen J. Moriarty was appointed Trustee for this and all related cases.

On May 31, 2016, the Trustee conducted an auction, which resulted in substantially all of the operating assets being sold, pending Court approval. On June 8, 2016, the Court confirmed the sales and entered the Order Granting Motion to Sell Property, Free and Clear of All Claims, Liens, Interests and Encumbrances. Operating assets and oil & gas properties were purchased, in large part, by two buyers: one that purchased the Oklahoma and Kansas assets, and one that the West Virginia assets. June 1, 2016, was the effective date of the sale for accounting and tax purposes. Although the Debtor is still researching information in order to complete its accounting for the post-closing adjustments, the identified adjustments have been recorded in the June 30, 2016 financials. Any additional amounts will be booked in the period in which they are determined/discovered.

Post-petition accounts payable are reported in Exhibit F as of April 30, 2018. Items included as post-petition accounts payable in Exhibit F are subject to adjustment, pending further review of certain invoices that may include post-closing adjustments.

### Question 3: Monthly Operating Report Questionnaire
The operating insurance policies have been canceled or lapsed because of the disposition of the operating assets. The Trustee has secured a separate Trustee (Postrock Bankruptcy Estate) workers compensation policy to replace the canceled workers compensation policy.

The Company and the Trustee are in the process of determining other related parties and their relationship to the Debtors and the insiders. Once identified, the Debtors will report the same in future reports.

### All Exhibits including Monthly Income Statement ("B") and Balance Sheet ("C")
Since the December 31, 2017 period is the close of the calendar year, the Company is awaiting certain year-end adjustments and tax adjusting entries. These year-end adjustments and accruals will affect the carryover balances for the January financial statements. The tax CPA's are working on the final adjustments for year end 2017 and these adjustments will be booked upon completion. The adjustments are usually to depreciation, depletion (if any), taxes, certain accruals, etc. After an analysis of the accounts, trial balance and tax CPA analysis, other adjustments may need to be booked.

PostRock Energy Corporation                                              Case 16-11230

Once these adjustments and entries are complete, company balance sheets and profit and loss statements for February 2018 will be completed by the Company and will be included in future Monthly Operating Reports.  Additionally, the Debtor is in the process of converting the future accounting and books from the oil and gas BOLO system to an accounting platform and program for production of trustee reports and claims processing.

The Trustee and the Trustee's FA are researching the accounts receivable balances in the books and sub ledgers to determine further write downs/write offs for such accounts. The Trustee has made contact with the purchasers of the oil and gas assets to determine the possible collections of these receivables. See **Exhibit E.**

The Trustee and the Trustee's FA are in the process of reconciling the computer equipment sold so that the information can be reported to the Court and provided  for the preparation of fee application for the consultant sales.  Additionally, the Trustee and the Trustee's FA are assessing the books and records, and fixed asset schedules for computer and electronic equipment assets, including software, remaining on the books at May 31, 2017.  These assets, as listed on the books, have been grouped in various classes for accounting purposes, and it has been noted that the book balances need to be removed from books because the assets were: (1) disposed of or taken out of service prior to petition date; (2) obsolete assets abandoned; (3) property affixed as leasehold resolved in settlement and compromise with landlord Oklahoma Tower [Doc: 292 filed 11/10/2016]; (4) assets for field office infrastructure as part of sale of real estate; (5) Software Subscriptions expired; (6) software and hardware assets needing licenses which are expired or taken out of service; and (7) other.  Once these lists and assets are reconciled, the lists will be reported in future Monthly Operating Reports.

Although CPAs, including the Debtors' accountants and professionals, have assisted in gathering documents and information for the Monthly Operating Report ("MOR"), they have not been engaged to perform an audit, review, or compilation of the financial statements or information contained in this report.  Exhibits B and C have been prepared on a non GAAP basis based on the Debtors normal accrual method of accounting.  The statements and information are preliminary – subsequent information or data may cause omissions or errors to occur, or cause material changes.  Further, the CPAs are not expressing any opinions or conclusions on the data in this report and are not and have not performed attestation services with respect to the information or attachments in this report.

PostRock Energy Corporation et al
Case No. 16-11230

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transactions by Bank Account | | | | | | | | | |
| Exhibits D | | | | | | | | | |
| For the Period 04/01/2018 to 04/30/2018 | | | | | | | | | |
| Date | Transfer | Cleared | | | Debit | Credit | Account | Acct Name | Payee / Payor | Description |

| Date | Transfer | Cleared | | | Debit | Credit | Account | Acct Name | Payee / Payor | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Stephen J. Moriarty as Chapter 11 Trustee for PostRock Energy Corporation - Last 4 #0337 | | | | | | | | | | |
| 4/13/2018 | | X | | | | 359.11 | 1000.111 | BOK Ch.11 Trustee for PostRock | Bank of Oklahoma | Bank Analysis Fees |
| 4/27/2018 | | | | | | 325.00 | 1000.111 | BOK Ch.11 Trustee for PostRock | U.S. Trustee | Account: 875-16-11233 - Postrock Eastern |
| 4/27/2018 | | | | | | 325.00 | 1000.111 | BOK Ch.11 Trustee for PostRock | U.S. Trustee | Account: 875-16-11235 Postrock Holdco |
| 4/27/2018 | | | | | | 325.00 | 1000.111 | BOK Ch.11 Trustee for PostRock | U.S. Trustee | Account: 875-16-11236 STP Newco |
| 4/27/2018 | | | | | | 325.00 | 1000.111 | BOK Ch.11 Trustee for PostRock | U.S. Trustee | Account: 875-16-11231 Postrock Energy Serv Corp |
| 4/27/2018 | | | | | | 325.00 | 1000.111 | BOK Ch.11 Trustee for PostRock | U.S. Trustee | Account: 875-16-11232 Postrock Midcontinent |
| 4/27/2018 | | | | | | 975.00 | 1000.111 | BOK Ch.11 Trustee for PostRock | U.S. Trustee | Account: 875-16-11230 Postrock Energy Corp |
| 4/27/2018 | | X | | | | 561.25 | 1000.111 | BOK Ch.11 Trustee for PostRock | Ace Moving & Storage Company | Invoice # 210704 |
| 4/27/2018 | | X | | | | 180.37 | 1000.111 | BOK Ch.11 Trustee for PostRock | COX Communications | 05/20-06/20-2018 |
| 4/30/2018 | | X | | | 3,000.00 | 0.00 | 1000.111 | BOK Ch.11 Trustee for PostRock | US Treasury Restitution | |
| | | | | | 3,000.00 | 3,700.73 | | | | |
| BOK Chapter 11 WV Sales Proceeds PostRock Energy Corporation - Last 4 #1140 | | | | | | | | | | |
| 3/14/2018 | | X | | | 0.00 | 140.20 | 1000.112 | BOK Ch.11 Sales Proceeds West Virginia | Bank of Oklahoma | Bank Analysis Fees |
| | | | | | | | 1000.112 | BOK Ch.11 Sales Proceeds West Virginia | | |
| | | | | | 0.00 | 140.20 | | | | |
| BOK CH.11 Royalties Escrow - Last 4 #2031 | | | | | | | | | | |
| 3/14/2018 | | X | | | 0.00 | 112.38 | 1000.113 | BOK Ch.11 Royalties Escrow | Bank of Oklahoma | Bank Analysis Fees |
| | | | | | 0.00 | 112.38 | | | | |
| Total Deposits and Disbursements | | | | | 3,000.00 | 3,953.31 | | | | |
| Transfers / Bank Corrections | | | | | 0.00 | 0.00 | | | | |
| | | | | | | | 3% of Disb | | | |
| Net Deposits and Disbursements | | | | | 3,000.00 | 3,953.31 | 118.60 | | | |

**PostRock Energy Corporation et al**
**Case No. 16-11230**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | | | | Transactions by Bank Account | | | | | |

Transactions by Bank Account
Exhibits D
For the Period 04/01/2018 to 04/30/2018

| Date | Transfer | Cleared | | Debit | Credit | Account | Acct Name | Payee / Payor | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Bank Balance** | **Book Balance** | | | | |
| Stephen J. Moriarty as Chapter 11 Trustee for PostRock Energy Corporation | | | | | | Prior Period Book | | | |
| | | | | 3,295,796.83 | 3,245,969.23 | 3,246,659.95 | | | |
| WV Proceeds Chapter 11 PostRock Energy Corporation | | | | | | | | | |
| | | | | 174,446.04 | 174,445.59 | 174,728.59 | | | |
| PostRock Compass Operating Account | | | | | | | | | |
| | | | | 0.00 | 0.00 | | | | |
| PostRock Energy Service Corporation Operating | | | | | | | | | |
| | | | | 0.00 | 0.00 | | | | |
| Compass Revenue ZBA Account - Last 4 #4717 | | | | | | | | | |
| | | | | 0.00 | 0.00 | | | | |
| Compass AP ZBA Account - Last 4 #4229 | | | | | | | | | |
| | | | | 0.00 | 0.00 | | | | |
| Compass Payroll Account - Last 4 #3885 | | | | | | | | | |
| | | | | 0.00 | 0.00 | | | | |
| Compass Escrow - Last 4 #3451 | | | | | | | | | |
| | | | | 0.00 | 0.00 | | | | |
| Compass Holdco - Last 4 #0614 | | | | | | | | | |
| | | | | 0.00 | 0.00 | | | | |
| BOK CH.11 Royalties Escrow - Last 4 #2031 | | | | | | | | | |
| | | | | 36,414.25 | 36,414.25 | 36,539.48 | | | |

Includes (1) PostRock Energy Corporation – Case No. 16230; (2) PostRock Energy Services Corporation – Case No. 16-11231; (3) PostRock Holdco, LLC – Case No. 11235; (4) PostRock Eastern Production, LLC – Case No. 11233; and (5) PostRock MidContinent Production, LLC – Case No. 16-11232; and (6) STP Newco, Inc. – Case No. 16-11236.

**Accounts Receivable Aging**
**Exhibits E**
**As of 04/30/2018**

| Customer | Balance | Current | 0-30 | 31-60 | 61-90 | Over 90 | Account: |
|---|---|---|---|---|---|---|---|
| 3R'S ENTERPRISES | (23.31) | - | - | - | - | (23.31) | 1200.200 A/R - Joint Interest |
| 710 CORPORATION | (2.09) | - | - | - | - | (2.09) | 1200.200 A/R - Joint Interest |
| DANIEL L ANDERSON | 615.54 | - | - | - | - | 615.54 | 1200.200 A/R - Joint Interest |
| ARROW OIL & GAS, LLC | (0.02) | - | - | - | - | (0.02) | 1200.200 A/R - Joint Interest |
| LOUIS OR AUDREY MARKFERDING | 455.27 | - | - | - | - | 455.27 | 1200.200 A/R - Joint Interest |
| BALL EXPLORATION INC | 1,886.65 | - | - | - | - | 1,886.65 | 1200.200 A/R - Joint Interest |
| BERTRAM TRST REALTY | 1,187.91 | - | - | - | - | 1,187.91 | 1200.200 A/R - Joint Interest |
| FRANK BITOTTA | 269.26 | - | - | - | - | 269.26 | 1200.200 A/R - Joint Interest |
| RUTH M BLUM | 553.00 | - | - | - | - | 553.00 | 1200.200 A/R - Joint Interest |
| BOOTHBAY ROYALTY COMPANY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| DIANE S BOWER | 390.63 | - | - | - | - | 390.63 | 1200.200 A/R - Joint Interest |
| B&P RESOURCES, INC. | 4.67 | - | - | - | - | 4.67 | 1200.200 A/R - Joint Interest |
| MARSHALL BRACKIN | (0.02) | - | - | - | - | (0.02) | 1200.200 A/R - Joint Interest |
| MAX BRITTON | (1.07) | - | - | - | - | (1.07) | 1200.200 A/R - Joint Interest |
| DOBKIN BROTHERS | 276.42 | - | - | - | - | 276.42 | 1200.200 A/R - Joint Interest |
| GERALDINE A BUERGER | 623.04 | - | - | - | - | 623.04 | 1200.200 A/R - Joint Interest |
| ROY BURNER OR PATRICIA BURNER | 1,243.04 | - | - | - | - | 1,243.04 | 1200.200 A/R - Joint Interest |
| R M BUSCH | 987.38 | - | - | - | - | 987.38 | 1200.200 A/R - Joint Interest |
| ANDREW K BUTLER | 685.08 | - | - | - | - | 685.08 | 1200.200 A/R - Joint Interest |
| LILLIAN CAMPBELL | 134.57 | - | - | - | - | 134.57 | 1200.200 A/R - Joint Interest |
| GARY B CARR | 556.49 | - | - | - | - | 556.49 | 1200.200 A/R - Joint Interest |
| CEP MID-CONTINENT, LLC | 0.23 | - | - | - | - | 0.23 | 1200.200 A/R - Joint Interest |
| CHURCHILL ENERGY PTNRS, GP-90 | 58,096.03 | - | - | - | - | 58,096.03 | 1200.200 A/R - Joint Interest |
| MRS GENEVIEVE CONRAD | 296.20 | - | - | - | - | 296.20 | 1200.200 A/R - Joint Interest |
| JOHN & ROBIN COOK | 51.63 | - | - | - | - | 51.63 | 1200.200 A/R - Joint Interest |
| ROBIN J COOK | 2,656.50 | - | - | - | - | 2,656.50 | 1200.200 A/R - Joint Interest |
| ANNE R DECKER | 0.01 | - | - | - | - | 0.01 | 1200.200 A/R - Joint Interest |
| MRS GUSSIE E DEEVER | 35.51 | - | - | - | - | 35.51 | 1200.200 A/R - Joint Interest |
| BEATRICE DOBSON | 3,017.36 | - | - | - | - | 3,017.36 | 1200.200 A/R - Joint Interest |
| DORIS LEE DODD | 1,191.72 | - | - | - | - | 1,191.72 | 1200.200 A/R - Joint Interest |
| DORMAN ENERGY, LLC | 355.99 | - | - | - | - | 355.99 | 1200.200 A/R - Joint Interest |
| AUSTIN A DUVERNOY | 147.34 | - | - | - | - | 147.34 | 1200.200 A/R - Joint Interest |
| JAMES M DYE | 281.70 | - | - | - | - | 281.70 | 1200.200 A/R - Joint Interest |
| MICHAEL L EBERS | 13,578.10 | - | - | - | - | 13,578.10 | 1200.200 A/R - Joint Interest |
| C DIANE EDDY & | (0.25) | - | - | - | - | (0.25) | 1200.200 A/R - Joint Interest |
| ENDEAVOR ENERGY RESOURCES, LP | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| ENERGY VENTURES, LLC | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| GERALO P FLAGEL | 4,823.15 | - | - | - | - | 4,823.15 | 1200.200 A/R - Joint Interest |
| EARL S FOX | 0.10 | - | - | - | - | 0.10 | 1200.200 A/R - Joint Interest |
| KATHRYN KING FREDERICK | (7.81) | - | - | - | - | (7.81) | 1200.200 A/R - Joint Interest |
| KAREN M FRITZ | 0.06 | - | - | - | - | 0.06 | 1200.200 A/R - Joint Interest |
| G TEN TWO LLC | 14,759.37 | - | - | - | - | 14,759.37 | 1200.200 A/R - Joint Interest |
| HARPER OIL COMPANY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| ALAN R HAUGHT | 302.85 | - | - | - | - | 302.85 | 1200.200 A/R - Joint Interest |
| B DOUGLAS HAUGHT II | 0.35 | - | - | - | - | 0.35 | 1200.200 A/R - Joint Interest |
| BRIAN G HAUGHT | 0.90 | - | - | - | - | 0.90 | 1200.200 A/R - Joint Interest |
| ELDON J HAUGHT | (0.50) | - | - | - | - | (0.50) | 1200.200 A/R - Joint Interest |
| ERNEST HAUGHT JR | 508.06 | - | - | - | - | 508.06 | 1200.200 A/R - Joint Interest |
| IRA M HAUGHT | 2,419.66 | - | - | - | - | 2,419.66 | 1200.200 A/R - Joint Interest |
| KELLY J HAUGHT | 743.34 | - | - | - | - | 743.34 | 1200.200 A/R - Joint Interest |
| LOWELL HAUGHT | 1,471.63 | - | - | - | - | 1,471.63 | 1200.200 A/R - Joint Interest |
| MARVIN G HAUGHT | 0.06 | - | - | - | - | 0.06 | 1200.200 A/R - Joint Interest |
| PATRICIA JUNE HAUGHT | 0.12 | - | - | - | - | 0.12 | 1200.200 A/R - Joint Interest |
| PHYLLIS HAUGHT MILLS | 743.33 | - | - | - | - | 743.33 | 1200.200 A/R - Joint Interest |
| ROBERT B HAUGHT | 0.06 | - | - | - | - | 0.06 | 1200.200 A/R - Joint Interest |
| WARREN R HAUGHT | 2,053.08 | - | - | - | - | 2,053.08 | 1200.200 A/R - Joint Interest |
| HOPEWELL OPERATING, INC | 155.88 | - | - | - | - | 155.88 | 1200.200 A/R - Joint Interest |
| JAN OIL COMPANY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| JBN 1997 REV. TR. | (7.26) | - | - | - | - | (7.26) | 1200.200 A/R - Joint Interest |
| MICHAEL KAPLAN ESTATE | 592.54 | - | - | - | - | 592.54 | 1200.200 A/R - Joint Interest |
| KAREN S KEHRLI | 138.60 | - | - | - | - | 138.60 | 1200.200 A/R - Joint Interest |
| IRENE B KELLEY ESCROW | 1,369.92 | - | - | - | - | 1,369.92 | 1200.200 A/R - Joint Interest |
| JOHN D KIRK | 684.99 | - | - | - | - | 684.99 | 1200.200 A/R - Joint Interest |
| KOLDING OIL & GAS, LLC | (1,153.69) | - | - | - | - | (1,153.69) | 1200.200 A/R - Joint Interest |
| BART KOLSTE | 1,112.93 | - | - | - | - | 1,112.93 | 1200.200 A/R - Joint Interest |
| REX J KOLSTE | 2,230.74 | - | - | - | - | 2,230.74 | 1200.200 A/R - Joint Interest |
| ANN KOONTZ | 0.07 | - | - | - | - | 0.07 | 1200.200 A/R - Joint Interest |
| HOWARD E KOONTZ III | 0.07 | - | - | - | - | 0.07 | 1200.200 A/R - Joint Interest |
| L.P. LAIRD | (3.15) | - | - | - | - | (3.15) | 1200.200 A/R - Joint Interest |
| LAKEVIEW FORGE COMPANY | 6,647.50 | - | - | - | - | 6,647.50 | 1200.200 A/R - Joint Interest |
| DENNIS L LAMB | 6,710.36 | - | - | - | - | 6,710.36 | 1200.200 A/R - Joint Interest |
| HELEN MARILYN LAMB | 4,181.38 | - | - | - | - | 4,181.38 | 1200.200 A/R - Joint Interest |
| BENJAMIN LUSTGARTEN | 1,369.91 | - | - | - | - | 1,369.91 | 1200.200 A/R - Joint Interest |

**Accounts Receivable Aging**
**Exhibits E**
**As of 04/30/2018**

| Customer | Balance | Current | 0-30 | 31-60 | 61-90 | Over 90 | Account: |
|---|---|---|---|---|---|---|---|
| | | | | * * * * * * * Past Due Amounts (Days Old) * * * * * * * | | | |
| MAGNOLIA PETROLEUM, INC. | 3.57 | - | - | - | - | 3.57 | 1200.200 A/R - Joint Interest |
| HELEN C MATTHEWS REV TRST | 2,871.49 | - | - | - | - | 2,871.49 | 1200.200 A/R - Joint Interest |
| THOMAS M MATTHEWS | 2,871.54 | - | - | - | - | 2,871.54 | 1200.200 A/R - Joint Interest |
| MARIE G MCBEE | (0.05) | - | - | - | - | (0.05) | 1200.200 A/R - Joint Interest |
| MILDRED MCCABE | 683.47 | - | - | - | - | 683.47 | 1200.200 A/R - Joint Interest |
| IDA MCCOY ESTATE | 131.85 | - | - | - | - | 131.85 | 1200.200 A/R - Joint Interest |
| ROBERTA MCCOY | 1,347.94 | - | - | - | - | 1,347.94 | 1200.200 A/R - Joint Interest |
| MCCOYS SALES CO | 772.82 | - | - | - | - | 772.82 | 1200.200 A/R - Joint Interest |
| MEGAENERGY INC | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| MIKE ROSS INC | 4,096.05 | - | - | - | - | 4,096.05 | 1200.200 A/R - Joint Interest |
| FRANK E MILLER | 136.02 | - | - | - | - | 136.02 | 1200.200 A/R - Joint Interest |
| MILLENNIUM ENERGY | 2,373.41 | - | - | - | - | 2,373.41 | 1200.200 A/R - Joint Interest |
| PATRICIA J MORGAN | 173.89 | - | - | - | - | 173.89 | 1200.200 A/R - Joint Interest |
| PALMER NICHOLS | 895.87 | - | - | - | - | 895.87 | 1200.200 A/R - Joint Interest |
| NORTHSTAR ENERGY CORPORATION | 31,811.79 | - | - | - | - | 31,811.79 | 1200.200 A/R - Joint Interest |
| ANNE LOUISE NORTON | 354.82 | - | - | - | - | 354.82 | 1200.200 A/R - Joint Interest |
| MELVIN OGRIN | 607.60 | - | - | - | - | 607.60 | 1200.200 A/R - Joint Interest |
| ORISKANY EXPLORATION LLC | 5,727.16 | - | - | - | - | 5,727.16 | 1200.200 A/R - Joint Interest |
| CHARLES J OWENS | 577.36 | - | - | - | - | 577.36 | 1200.200 A/R - Joint Interest |
| LOUISE T PARKERS ESCROW | 1,154.28 | - | - | - | - | 1,154.28 | 1200.200 A/R - Joint Interest |
| GLENN L PARKS | 1,611.19 | - | - | - | - | 1,611.19 | 1200.200 A/R - Joint Interest |
| EVELYN PRICE | 43.19 | - | - | - | - | 43.19 | 1200.200 A/R - Joint Interest |
| WILLIAM LYNN PRICE | 57.42 | - | - | - | - | 57.42 | 1200.200 A/R - Joint Interest |
| PROMINENCE CAPITAL, INC | 163.93 | - | - | - | - | 163.93 | 1200.200 A/R - Joint Interest |
| RANKEN ENERGY CORPORATION | 1.51 | - | - | - | - | 1.51 | 1200.200 A/R - Joint Interest |
| R C J C LATTER DAY SAINTS | 1,647.61 | - | - | - | - | 1,647.61 | 1200.200 A/R - Joint Interest |
| ELLA J REED | 0.08 | - | - | - | - | 0.08 | 1200.200 A/R - Joint Interest |
| JAMES MICHAEL RENEHAN | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| TODD RHODES | 422.99 | - | - | - | - | 422.99 | 1200.200 A/R - Joint Interest |
| DAN R RICKORDS | 145.15 | - | - | - | - | 145.15 | 1200.200 A/R - Joint Interest |
| WILLIAM RIESBERG | 1,557.87 | - | - | - | - | 1,557.87 | 1200.200 A/R - Joint Interest |
| BURDETTE S ROMIG | 0.01 | - | - | - | - | 0.01 | 1200.200 A/R - Joint Interest |
| DENZIL R RUTHERFORD | (0.12) | - | - | - | - | (0.12) | 1200.200 A/R - Joint Interest |
| SABALO EXPLORATION OPERATING | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| RICK & ROSE SALVAGGIO | 290.98 | - | - | - | - | 290.98 | 1200.200 A/R - Joint Interest |
| STEPHEN L SATTERFIELD | 128.31 | - | - | - | - | 128.31 | 1200.200 A/R - Joint Interest |
| SC III, INC. C/O PEG BRACE | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| SEK ENERGY, LLC | 4,342.88 | - | - | - | - | 4,342.88 | 1200.200 A/R - Joint Interest |
| SEK ENERGY OPERATING | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| MICHAEL H SHELBY | 313.82 | - | - | - | - | 313.82 | 1200.200 A/R - Joint Interest |
| LOIS K HAUGHT SIMMONS | 485.43 | - | - | - | - | 485.43 | 1200.200 A/R - Joint Interest |
| SLOAN PETROLEUM SERVICES, INC | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| NANNIE M SMITH | 1,644.86 | - | - | - | - | 1,644.86 | 1200.200 A/R - Joint Interest |
| RICHARD S SPANGLER | 53.45 | - | - | - | - | 53.45 | 1200.200 A/R - Joint Interest |
| IDA M SPRINGSTON | 991.07 | - | - | - | - | 991.07 | 1200.200 A/R - Joint Interest |
| CAROLYN K STARR | 0.07 | - | - | - | - | 0.07 | 1200.200 A/R - Joint Interest |
| DAVID L STARR | 43.93 | - | - | - | - | 43.93 | 1200.200 A/R - Joint Interest |
| FRANKLIN R STARR | 66.92 | - | - | - | - | 66.92 | 1200.200 A/R - Joint Interest |
| R NEIL STARR | 43.97 | - | - | - | - | 43.97 | 1200.200 A/R - Joint Interest |
| ROGER A STARR | 43.95 | - | - | - | - | 43.95 | 1200.200 A/R - Joint Interest |
| ALFRED SURACI ESTATE | 89.62 | - | - | - | - | 89.62 | 1200.200 A/R - Joint Interest |
| WILLIAM SWINDELLS, JR | 0.04 | - | - | - | - | 0.04 | 1200.200 A/R - Joint Interest |
| TEXAS NORTHSTAR 1 LLC | 20,269.14 | - | - | - | - | 20,269.14 | 1200.200 A/R - Joint Interest |
| G.W. THOMAS III | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| THOMAS CRAIG PROPERTIES | (0.40) | - | - | - | - | (0.40) | 1200.200 A/R - Joint Interest |
| UNIT RESOURCES INC | 1,892.69 | - | - | - | - | 1,892.69 | 1200.200 A/R - Joint Interest |
| UNKWN A HATFIELD 203 | 4,097.75 | - | - | - | - | 4,097.75 | 1200.200 A/R - Joint Interest |
| VENTURE PLANNING, INC | 38,756.80 | - | - | - | - | 38,756.80 | 1200.200 A/R - Joint Interest |
| VICTORY ENERGY CORP | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| ROBERT L OR VIRGINIA L WEST | (0.01) | - | - | - | - | (0.01) | 1200.200 A/R - Joint Interest |
| NANCE S. WHITE LIV TR | 109.54 | - | - | - | - | 109.54 | 1200.200 A/R - Joint Interest |
| WHITE OIL & GAS | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| WHITTLE CORPORATION | (14.94) | - | - | - | - | (14.94) | 1200.200 A/R - Joint Interest |
| MICHAEL WILLIAMS | 116.00 | - | - | - | - | 116.00 | 1200.200 A/R - Joint Interest |
| SADIE WILSON ESCROW | 685.06 | - | - | - | - | 685.06 | 1200.200 A/R - Joint Interest |
| ANNE VIRGINIA WOLFE | 8,426.10 | - | - | - | - | 8,426.10 | 1200.200 A/R - Joint Interest |
| LEE ANN BAILEY | - | - | - | - | - | - | 1200.200 A/R - Joint Interest |
| | | | | | | | |
| Subtotal | 286,517.83 | - | - | - | - | 286,517.83 | |
| | | | | | | | |
| LEE ANN BAILEY | 316.24 | - | - | - | - | 316.24 | 1200.255 A/R - Inv'd Misc AR |
| TODD BAYESS | 56.07 | - | - | - | - | 56.07 | 1200.255 A/R - Inv'd Misc AR |

**Accounts Receivable Aging**
**Exhibits E**
**As of 04/30/2018**

| Customer | Balance | Current | 0-30 | 31-60 | 61-90 | Over 90 | Account: |
|---|---|---|---|---|---|---|---|
| | | | * * * * * * Past Due Amounts (Days Old) * * * * * * * | | | | |
| MACK BECKETT | 582.46 | - | - | - | - | 582.46 | 1200.255 A/R - Inv'd Misc AR |
| PATRICK BECKETT | (16.63) | - | - | - | - | (16.63) | 1200.255 A/R - Inv'd Misc AR |
| REBECCA BOWEN | 115.95 | - | - | - | - | 115.95 | 1200.255 A/R - Inv'd Misc AR |
| JAMES CALDWELL | (2.67) | - | - | - | - | (2.67) | 1200.255 A/R - Inv'd Misc AR |
| RONALD CAVENDER | 9.92 | - | - | - | - | 9.92 | 1200.255 A/R - Inv'd Misc AR |
| AMANDA CHURCH | 421.99 | - | - | - | - | 421.99 | 1200.255 A/R - Inv'd Misc AR |
| CHURCH OF CHRIST | (13.68) | - | - | - | - | (13.68) | 1200.255 A/R - Inv'd Misc AR |
| BONNIE CLAY | 70.82 | - | - | - | - | 70.82 | 1200.255 A/R - Inv'd Misc AR |
| DARRELL COLLETT | 14.19 | - | - | - | - | 14.19 | 1200.255 A/R - Inv'd Misc AR |
| WILLIAM DEREMIAH | 6.21 | - | - | - | - | 6.21 | 1200.255 A/R - Inv'd Misc AR |
| TIMOTHY FERRIS | 527.37 | - | - | - | - | 527.37 | 1200.255 A/R - Inv'd Misc AR |
| ERICKA FURR | 99.07 | - | - | - | - | 99.07 | 1200.255 A/R - Inv'd Misc AR |
| BRANDON GAINER | 72.99 | - | - | - | - | 72.99 | 1200.255 A/R - Inv'd Misc AR |
| CHARLES A HATFIELD | 632.91 | - | - | - | - | 632.91 | 1200.255 A/R - Inv'd Misc AR |
| TOMIE HATFIELD | - | - | - | - | - | - | 1200.255 A/R - Inv'd Misc AR |
| GARY HOLST | 2,044.39 | - | - | - | - | 2,044.39 | 1200.255 A/R - Inv'd Misc AR |
| DUSTIN KIRBY | 9.65 | - | - | - | - | 9.65 | 1200.255 A/R - Inv'd Misc AR |
| JACK LAUFF | (7.17) | - | - | - | - | (7.17) | 1200.255 A/R - Inv'd Misc AR |
| FASTRAK ENERGY, LLC | 1,800.00 | - | - | - | - | 1,800.00 | 1200.255 A/R - Inv'd Misc AR |
| JEFF LOWE | 278.99 | - | - | - | - | 278.99 | 1200.255 A/R - Inv'd Misc AR |
| JUSTIN LOWTHER | 37.42 | - | - | - | - | 37.42 | 1200.255 A/R - Inv'd Misc AR |
| GARRY MARTIN | 8.71 | - | - | - | - | 8.71 | 1200.255 A/R - Inv'd Misc AR |
| TIMOTHY MAUSE | 682.65 | - | - | - | - | 682.65 | 1200.255 A/R - Inv'd Misc AR |
| AMORET MCCLUNG | (87.91) | - | - | - | - | (87.91) | 1200.255 A/R - Inv'd Misc AR |
| DENNIS J PECK, JR | 661.89 | - | - | - | - | 661.89 | 1200.255 A/R - Inv'd Misc AR |
| JOSEPH A RICHMOND | - | - | - | - | - | - | 1200.255 A/R - Inv'd Misc AR |
| ROY C ROSS | (37.45) | - | - | - | - | (37.45) | 1200.255 A/R - Inv'd Misc AR |
| SEK ENERGY, LLC | - | - | - | - | - | - | 1200.255 A/R - Inv'd Misc AR |
| AMBER SNIDER | 98.39 | - | - | - | - | 98.39 | 1200.255 A/R - Inv'd Misc AR |
| JIM SULLIVAN | 128.27 | - | - | - | - | 128.27 | 1200.255 A/R - Inv'd Misc AR |
| TOP DRILLING, INC | 109.38 | - | - | - | - | 109.38 | 1200.255 A/R - Inv'd Misc AR |
| CINDY WEST | 398.67 | - | - | - | - | 398.67 | 1200.255 A/R - Inv'd Misc AR |
| SHIRLEY WHALEY | (4.61) | - | - | - | - | (4.61) | 1200.255 A/R - Inv'd Misc AR |
| WRIGHT EXPRESS FINANCIAL | 9,405.61 | - | - | - | - | 9,405.61 | 1200.255 A/R - Inv'd Misc AR |
| AMERICAN ENERGY- WOODFORD, LL | - | - | - | - | - | - | |
| | | | | | | | |
| **Subtotal** | **18,420.29** | **-** | **-** | **-** | **-** | **18,420.29** | |
| | | | | | | | 1280.100 Cash Calls Paid to |
| AMERICAN ENERGY- WOODFORD, LL | - | - | - | - | - | - | Partners |
| | | | | | | | 1280.100 Cash Calls Paid to |
| CHARTER OAK PRODUCTION CO LLC | 5,099.83 | - | - | - | - | 5,099.83 | Partners |
| | | | | | | | 1280.100 Cash Calls Paid to |
| ROBERSON OIL COMPANY INC | - | - | - | - | - | - | Partners |
| | | | | | | | 1280.100 Cash Calls Paid to |
| SEK ENERGY, LLC | - | - | - | - | - | - | Partners |
| | | | | | | | 2000.600 AP - Prepayments |
| SEK ENERGY, LLC | (21,441.08) | - | - | - | - | (21,441.08) | from Partners |
| 1200.310 A/R Other | 20,556.61 | | | | | 20,556.61 | 1200.310 A/R Other |
| | | | | | | | |
| **Subtotal** | **4,215.36** | **-** | **-** | **-** | **-** | **4,215.36** | |
| | | | | | | | |
| MPM INVESTMENTS LLC | 4,240.00 | - | - | - | - | 4,240.00 | 1200.255 A/R - Inv'd Misc AR |
| ZZW GLOBAL INC | 14,343.28 | - | - | - | - | 14,343.28 | 1200.255 A/R - Inv'd Misc AR |
| **Allowance for Doubtful Accounts** (If collected, owed to Oklahoma Tower) | (18,583.28) | - | - | - | - | (18,583.28) | |
| | | | | | | | |
| **Subtotal** | **-** | **-** | **-** | **-** | **-** | **-** | |
| | | | | | | | |
| **Total Before Doubtful Accounts** | **309,153.48** | **-** | **-** | **-** | **-** | **309,153.48** | |
| **Allowance for Doubtful Accounts** (Booked through December 2016) | (249,770.02) | | | | | (249,770.02) | |
| | | | | | | | |
| **Total** | **59,383.46** | **-** | **-** | **-** | **-** | **59,383.46** | |

PostRock Energy Corporation, *et al.*                                                    Case No. 16-11230

**Exhibit F**
**As of 04/30/2018**

| Vendor | Vendor Type | Vendor Category | Post-Petition A/P and Land Payment Totals (2) (3) | |
|---|---|---|---|---|
| CASEY BIGELOW | G&A | Contract Labor | - | |
| A-1 FREEMAN MOVING & | G&A | Storage | - | |
| ADP | G&A | Payroll Services | - | |
| COX COMMUNICATIONS, INC | G&A | IT | - | |
| SHANI PAUL | G&A | Contract Labor | - | |
| DIGITAL NAIL INC | G&A | IT | 2,250.00 | |
| COMPSOURCE MUTUAL INSURANCE CO | G&A | Insurance | - | |
| QUIKPRINT | G&A | Other | - | |
| BANK OF OKLAHOMA (ELAN) | G&A | Other | - | |
| ARMSTRONG UTILITIES, INC | G&A | Other | (37.92) | |
| CITY CENTER EAST GARAGE, LLC | G&A | Rent | - | |
| OKLAHOMA TOWER REALTY | G&A | Rent | - | |
| 11544 TRANSTEX HUNTER LLC | LOE | Other | 12,351.00 | |
| IMAGENET CONSULTING, LLC | G&A | IT | 5,258.92 | (4) |
| SPRINT | LOE | Other | (3.08) | (4) |
| TOTAH TELEPHONE CO INC | LOE | Other | (88.06) | (4) |
| VERIZON WIRELESS | LOE | Other | (595.00) | (4) |
| | | | $        19,135.86 | |

| Accrued Professional Fees: | Status | To | | |
|---|---|---|---|---|
| Trustee Fees | | 4/30/2018 | 558,854.57 | |
| | | | | |
| Trustee Attorney Fees and Expenses | Fee App Pending | | | |
| Trustee Financial Advisor Fees and Expenses | Fee App Pending | 04/01/2017 to 03/20/2018 | 136,725.64 | |
| UCC Attorney Fees and Expenses | Fee App Pending | | | |
| | | | | |
| Amount in FS Trust Account for Fees Per Budget and Agreement | | | (23,141.56) | |
| | | | | |
| Trustee Attorney Fees and Expenses | Accrued | Nov 2017 to Apr 2018 | 90,684.94 | |
| Trustee Financial Advisor Fees and Expenses | Accrued | 03/21/2018 to 04/30/2018 | 51,782.02 | |
| UCC Attorney Fees and Expenses | Accrued | Nov 2017 to Apr 2018 | - | |
| DIGITAL NAIL INC | A/P | to Nov 2016 | 3,000.00 | |
| | | | $        817,905.61 | |

PostRock Energy Corporation, *et al.*                                                    Case No. 16-11230

**Exhibit F**
**As of 04/30/2018**

| Vendor | Vendor Type | Vendor Category | Post-Petition A/P and Land Payment Totals (2) (3) |
|--------|-------------|-----------------|----------------------------------------------------|
| **MONTHLY REPORTING QUESTIONNAIRE FOR THE MONTH ENDED FEB. 28, 2018, Question 6** | | | |
| Trustee Attorney Fees and Expenses | n/a | | - |
| Trustee Financial Advisor Fees and Expenses | n/a | | - |
| UCC Attorney Fees and Expenses | n/a | | - |
| DIGITAL NAIL INC | n/a | | - |
| RSM CPA's - Tax Return Preparation | n/a | | - |
| KE Edwards (Sales Tax Consultant) | n/a | | -- |
| | | | - |

Royalty and Third Party Producer Payments                                              (5)


Land Payments are for annual contracts or rights paid through 06/30/2016


Notes:
(1) The date of this schedule is February 28, 2018.
(2) On June 1, 2016, the Debtors sold their operating assets.  Certain payables included on this schedule may
be paid by the buyer as post-closing adjustments.
(3) Does include accruals or Professional Fees.
(4) Contingent invoices received, subject to adjustment after pending review is completed.
(5) Pre and Post Petition Royalty and Third Party Payments were paid or reserved on or before 06/30/2016
including cash reserve for post-petition suspense royalties estimated to be $37,694.18.  Pre petition
suspense royalties were not reserved, however, a separate bank account has been set up for these amounts.



Includes (1) PostRock Energy Corporation – Case No. 16230; (2) PostRock Energy Services Corporation -- Case No. 16-11231; (3)
PostRock Holdco, LLC -- Case No. 11235; (4) PostRock Eastern Production, LLC – Case No. 11233; and (5) PostRock MidContinent
Production, LLC – Case No. 16-11232; and (6) STP Newco, Inc. -- Case No. 16-11236.

# ⬡ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
███0337

Statement Period:
04-01-18 to 04-30-18

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
100 N BROADWAY SUITE 1700
OKLAHOMA CITY OK  73102

www.bok.com

5 Images Provided Page 1 of 4

## BANKRUPTCY CHECKING                           ACCOUNT: ███0337

Statement Period from 04-01-18 through 04-30-18

| | | |
|---|---|---:|
| $ | Starting Balance | 3,295,796.83 |
| + | 1  Deposits | 3,000.00 |
| - | 5  Checks & Withdrawals | 33,871.73 |
| - | Service Fees | .00 |
| = | Ending Balance | 3,264,925.10 |

---

## ✚ DEPOSITS

| Date | | Amount |
|---|---|---:|
| 04-30 DEPOSIT BRANCH | | 3,000.00 |

---

## ▭ WITHDRAWALS

| Date | | | Amount |
|---|---|---|---:|
| 04-13 BANK OF OKLAHOMA  ANALYSIS | 1 | | 359.11 |

---

## ✓ CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Reference | Amount |
|---|---|---|---:|
| 04-04 | 1179 | 0738285985 | 12,000.00 |
| 04-10 | *1182 | 0723061040 | 20,771.00 |
| 04-30 | *1190 | 0722261180 | 561.25 |

FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

04302018 0025

 **BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

A. Enter deposits not shown on this statement.

B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement.

C. Follow instructions below to compare transactions recorded on your statement with those in your account register.

| Date of Deposit | Amount | Outstanding Item | Amount | |
|---|---|---|---|---|
| | | | | New Balance |
| | | | | Shown on other side |
| | | | | |
| | | | | Plus (+) |
| | | | | Total A |
| | | | | |
| | | | | Equals (=) |
| | | | | |
| | | | | Minus (-) |
| | | | | Total B |
| | | | | |
| Total A | | Total B | | Equals (=) |
| | | | | Your current register balance |

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Oklahoma N A*
*Attn: Customer Service*
*P.O. Box 2300*
*Tulsa, OK 74192-0001*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# ⬡ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
████████0337

Statement Period:
04-01-18 to 04-30-18

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
100 N BROADWAY SUITE 1700
OKLAHOMA CITY OK  73102

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

5 Images Provided Page 3 of 4

---

BANKRUPTCY CHECKING (cont.)

CHECKS                (* Indicates a break in check number sequence)
                      (RTND Indicates a RETURNED CHECK)

| Date | Number | Reference | Amount |
|------|--------|-----------|--------|
| 04-30 | 1191 | 0747199790 | 180.37 |

---

DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03-31 | 3,295,796.83 | 04-10 | 3,263,025.83 | 04-30 | 3,264,925.10 |
| 04-04 | 3,283,798.83 | 04-13 | 3,262,666.72 | | |

SERVICE FEE BALANCE INFORMATION

AVG LEDGER BALANCE        3,270,316.94     AVG COLLECTED BAL        3,270,216.94
MINIMUM LEDGER BAL        3,262,666.72



**BANK OF OKLAHOMA**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
0337

Statement Period:
04-01-18 to 04-30-18

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE

Page 4 of 4

BANKRUPTCY CHECKING - 0337

$3,000.00

1179 $12,000.00

1182 $20,771.00

1190 $561.25

1191 $180.37

# ◎ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
██████ 140

Statement Period:
04-01-18 to 04-30-18

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK- 16- 11230- SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK  73102

www.bok.com

Page 1 of 3

## BANKRUPTCY CHECKING                                    ACCOUNT: ████140



Statement Period from 04-01-18 through 04-30-18

| | | |
|---|---|---:|
| $ | Starting Balance | 174,586.24 |
| + | 0  Deposits | .00 |
| ~ | 1  Checks & Withdrawals | 140.20 |
| - | Service Fees | .00 |
| = | Ending Balance | 174,446.04 |

WITHDRAWALS

| Date | | Amount |
|---|---|---:|
| 04-13 BANK OF OKLAHOMA  ANALYSIS     1 | | 140.20 |



CHECKS            (* Indicates a break in check number sequence)
                  (RTND Indicates a RETURNED CHECK)

          *** No Checks ***

DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03-31 | 174,586.24 | 04-13 | 174,446.04 |

FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE



# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|

| Date of Deposit | Amount | | Outstanding Item | Amount | |
|---|---|---|---|---|---|
| | | | | | New Balance |
| | | | | | Shown on other side |
| | | | | | |
| | | | | | Plus (+) |
| | | | | | Total A |
| | | | | | |
| | | | | | Equals (=) |
| | | | | | |
| | | | | | Minus (−) |
| | | | | | Total B |
| | | | | | |
| | | | | | Equals (=) |
| Total A | | | Total B | | Your current register balance |

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Oklahoma N.A
Attn: Customer Service
P.O. Box 2300
Tulsa, OK 74192-0001

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# ◎ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK- 16- 11230- SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK  73102

PRIMARY ACCOUNT
▬▬▬140

Statement Period:
04-01-18 to 04-30-18

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

Page 3 of 3

SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 174,502.12 | AVG COLLECTED BAL | 174,502.12 |
| MINIMUM LEDGER BAL | 174,446.04 | | |



# ◉ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
████2031

Statement Period:
04-01-18 to 04-30-18

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK  73102

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

Page 1 of 3

BANKRUPTCY CHECKING                                    ACCOUNT: ████2031



Statement Period from 04-01-18 through 04-30-18

| | | |
|---|---|---|
| $ | Starting Balance | 36,526.63 |
| + | 0  Deposits | .00 |
| - | 1  Checks & Withdrawals | 112.38 |
| - | Service Fees | .00 |
| = | Ending Balance | 36,414.25 |



## WITHDRAWALS

| Date | | | Amount |
|---|---|---|---|
| 04-13 BANK OF OKLAHOMA  ANALYSIS | 1 | | 112.38 |



## CHECKS          (* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

*** No Checks ***

## DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03-31 | 36,526.63 | 04-13 | 36,414.25 |



FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

018 ████████2031 000000003115492 04302018 0025



# BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
| --- | --- | --- |

| Date of Deposit | Amount | Outstanding Item | Amount | |
| --- | --- | --- | --- | --- |
| | | | | New Balance<br>Shown on other side |
| | | | | |
| | | | | Plus (+)<br>Total A |
| | | | | |
| | | | | Equals (=) |
| | | | | |
| | | | | Minus (-)<br>Total B |
| | | | | |
| Total A | | Total B | | Equals (=)<br>Your current register balance |

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Oklahoma N A
Attn: Customer Service
P.O. Box 2300
Tulsa, OK 74192-0001

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# ◎ BANK OF OKLAHOMA

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192-0001
Member FDIC

PRIMARY ACCOUNT
█████2031

Statement Period:
04-01-18 to 04-30-18

POSTROCK ENERGY CORPORATION
STEPHEN J MORIARTY AS CHAPTER 11 TRUSTEE
BK-16-11230-SAH
100 N BROADWAY STE 1700
OKLAHOMA CITY OK  73102

Direct Inquiries To:
Comm'l Client Svcs
800-541-4844

www.bok.com

Page 3 of 3

SERVICE FEE BALANCE INFORMATION

AVG LEDGER BALANCE      36,459.20    AVG COLLECTED BAL      36,459.20
MINIMUM LEDGER BAL      36,414.25

