**Dated: December 21, 2018**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

___

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | Case No. 16-11230-SAH |
| PostRock Energy Corporation, *et al.*[1] ) | |
| Debtors. ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |
| ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7
**(relates to Doc. 486)**

Comes on for consideration on Trustee's Motion to Convert Case to Chapter 7 (Doc. # 486) (the "Motion").

Upon the representation of counsel, the Motion was filed on November 5, 2018 containing a Notice of Hearing, if necessary, on the Motion for December 5, 2018. Notice of the Motion and Notice of Hearing, if necessary, was served on all parties in interest on or before November 7, 2018 (Docs. # 486 and 487). The last day for filing objections to the Motion was November 26, 2018 which passed with no objection thereto being served and filed. On August 26, 2018 a letter was received from Jeff and Charlotte Kephart referencing the Motion and filed

---

[1] The Debtors in these chapter 11 cases include: PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc.

in the case, however, the letter is not an objection to the relief sought by the Motion. The Trustee is in need on a brief period of time to address certain administrative and transition issues relating to the conversion of the case to Chapter 7. Therefore, the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this case shall be converted to Chapter 7, effective December 21, 2018.

*All findings of fact are based upon representations of counsel (Local Rule 9013-1 (L)(1)).*

###

Submitted by:

/s/ Stephen J. Moriarty
Stephen J. Moriarty, OBA #6410
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-Mail: smoriarty@fellerssnider.com

ATTORNEYS FOR TRUSTEE

744582;62771