UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | Case No. 16-11230-SAH |
| PostRock Energy Corporation, *et al.*[1] ) | |
| Debtors. ) | Chapter 7 |
| ) | |
| ) | Jointly Administered |
| ) | |

**AMENDED INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF J.P. DICK AND PINNACLE SERVICES, LLC
AND NOTICE OF OPPORTUNITY FOR HEARING**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who a required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

Stephen J. Moriarty as Trustee ("Trustee") for PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc. (collectively the "Debtors")

---

[1] The Debtors in these chapter 11 cases include: PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc.

files this **INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF J.P. DICK AND PINNACLE SERVICES. LLC** (the "Application"), pursuant to this Court's **ORDER AUTHORIZING EMPLOYMENT OF J.P. DICK AND PINNACLE SERVICES, LLC** [Dkt. 565], seeking approval of the payment of fees and expenses incurred for the period from March 5, 2019 through October 16, 2019**,** and in support thereof would respectfully show the Court as follows:

## BACKGROUND

1. On April 1, 2016 (the "Petition Date") the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The bankruptcy estates created by the commencement of the above-styled and numbered bankruptcy cases (collectively, the "Cases") are referred to herein collectively as the "Estates."

2. On March 20, 2019 this Court entered an order authorizing the employment of J.P.Dick and Pinnacle Services, LLC (collectively, "Applicant") to provide consulting services to the Trustee regarding PostRock's oil and gas properties and valuation issues [Dkt. 565].

## JURISDICTION

3. This Court has jurisdiction over the subject matter of this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The relief requested in this Application is authorized under 11 U.S.C. §§ 105(a) and 331.

## APPLICATION FOR APPROVAL OF COMPENSATION

4. By this Application, the Trustee seeks entry of an order allowing payment of compensation and reimbursement to Applicant whose services have been authorized by this Court.

5. The detailed time and expense records are attached hereto as Exhibit "A." Fees of $30,731.25 were incurred for the period covered by the Application. Based on the 173.40 hours billed for the period, the blended hourly rate is $168.30.

6. In addition, Applicant seeks reimbursement of expenses of $129.00.

7. All fees and expenses incurred were reasonable and necessary for the Trustee in the discharge of his duties and responsibilities.

**WHEREFORE**, the Trustee respectfully prays that the Court enter an order approving the compensation of professionals as set forth herein and for such other and further relief as is just and equitable.

/s/ Stephen J. Moriarty_____  \_
Stephen J. Moriarty, OBA #6410
FELLERS, SNIDER, BLANKENSHIP,
   BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, Oklahoma 73102
Main Phone:  (405) 232-0621
Facsimile:  (405) 232-9659
smoriarty@fellerssnider.com

ATTORNEYS FOR TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

This is to certify that a true and correct copy of the foregoing was mailed via first-class mail on the 5th day of November, 2019, to the following:

| BBVA Compass | Black Land Mgmt Inc | Cawley Gillespie & Assoc Inc |
| --- | --- | --- |
| PO Box 4444 | PO Box 38 | 306 W 7th Street Suite 302 |
| Houston Texas 77210-4444 | Bowden WV 26254 | Fort Worth TX 76102-4987 |

3

CDW Direct LLC
PO Box 75723
Chicago Illinois 60675-5723

Chandler Oil LLC
PO Box 564
Chanute KS 66720

Kansas Dept of Revenue
915 SW Harrison Room 150
Topeka KS 66612-2003

Nalco Champion
PO Box 730005
Dallas Texas 75373-0005

OneWest Bank FSB
888 E Walnut Street
Pasadena CA 91101

Pitney Bowes Global
c/o Bankruptcy Dept
PO Box 371887
Pittsburg PA 15250-7887

Sunrise Oilfield Supply Inc
105 S Broadway Ste 610
Wichita KS 67202

Texas Capital Bank, N.A.
2000 McKinney Avenue
Ste 700
Dallas TX 75201

Topsource, LLC
PO Box 337
Rapid City MI 49676

Transtex Hunter LLC
909 Lake Carolyn Pkwy
Ste 600
Irving TX 75039

Transzap, Inc.
PO Box 123597
Denver CO 75312-3597

US Attorney WDOK
210 West Park Avenue
Ste 400
Oklahoma City OK 73102

Oklahoma Employment
Security Commission
PO Box 53039
Oklahoma City OK 73152

Alabama Department of
Revenue
PO Box 32720
Montgomery AL 63132-7320

Delaware Dept of State
PO Box 898
Dover DE 19903-0898

IRS
PO Box 219690
Kansas City MO 64121-9690

Kansas Dept of Labor
401 SW Topeka Blvd
Topeka KS 66603-3182

Kansas Dept of Revenue
PO Box 12005
Topeka KS 66601-3005

Louisiana Dept of Revenue
PO Box 751
Baton Rouge LA 70821-0751

Missouri Dept of Revenue
PO Box 3375
Jefferson City MO 65102

Nebraska Dept of Revenue
PO Box 98912
Lincoln NE 68509-8912

NY State Dept of Taxation
PO Box 5300
Albany NY 12205-0300

Oklahoma Sec of State
2300 N Lincoln Blvd
Room 101
Oklahoma City OK 73105

Oklahoma Tax Commission
100 N. Broadway Suite 1500
Oklahoma City OK 73102

Oklahoma Employment Security
Commission
PO Box 52003
Oklahoma City OK 73152

West Virginia Dept of
Commerce
Capitol Complex
Bldg 6 Room 525
Charleston WV 25305-0311

West Virginia State Tax Dept
1206 Quarrier Street
Charleston WV 25301-1810

West Virginia State Tax Dept
1001 Lee Street East
Charleston WV 25301-1725

/s/ Stephen J. Moriarty
Stephen J. Moriarty

829577;62771