**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-11230 | SAH | Judge: | Sarah A. Hall | Trustee Name: | STEPHEN J. MORIARTY |

| Case Name: | PostRock Energy Corporation | | | Date Filed (f) or Converted (c): | 12/21/2018 (c) |

341(a) Meeting Date: 01/25/2019

For Period Ending: 12/31/2019

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Bank Account - CHapter 11 Trustee Operating Account at Bank of Oklahoma Acct. #0337.  Amount listed is bank balance at conversion date (12/21/2018) with outstanding checks of $16,355.87 to be reissued or paid to unclaimed funds. (u) | 3,017,102.88 | 3,017,102.88 | | 3,017,102.88 | 0.00 |
| 2.  Bank Account - Chapter 11 Trustee West Virginia Sales Proceeds Account at Bank of Oklahoma Acct. #1140.  Funds derived from West Virginia sale procees not subject to secured lien netted.  Amount listed is bank balance at conversion date (12/21/2018). (u) | 173,536.07 | 173,536.07 | | 173,536.07 | 0.00 |
| 3.  Bank Account - Chapter 11 Trustee BOK Suspense Royalties Escrow Account at Bank of Oklahoma Acct. #2031.  Funds derived from Suspense Royalties for royalty payments post appointment of Trustee.  Amount listed is bank balance at conversion date (12/21/2018) | 35,694.51 | 35,694.51 | | 35,694.51 | 0.00 |
| 4.  Oklahoma Tax Commission - Approved gross production tax refunds [estimated] (u) (u) | 47,789.71 | 47,789.71 | | 19,115.88 | 28,673.83 |
| 5.  US Treasury Restitution - Jerry Dale Cash [estimate] (u) (u) | Unknown | Unknown | | 10,000.00 | Unknown |
| 6.  US Treasury Restitution - B Muller and D Gross [estimate] (u) (u) | Unknown | Unknown | | 170,291.38 | Unknown |
| 7.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 8.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9.  Computer equipment and software | 0.00 | Unknown | | 0.00 | Unknown |
| 10.  Real Property - 1 Acre - Listed and Reported Debtor 16-11232 | 0.00 | Unknown | | 0.00 | Unknown |
| 11.  VOID | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Plugging Deposit - Oklahoma Corporation Commission, Plugging Deposit in Lieu of Letter of Credit | 25,000.00 | Unknown | | 0.00 | Unknown |
| 13.  100% membership interest in PostRock Energy Services Corporation 16-11231 | 0.00 | Unknown | | 0.00 | Unknown |
| 14.  100% membership interest in Constellation Energy Partners Management, LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 15.  Internet Domain Name and Website: www.pstr.com | 0.00 | Unknown | | 0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-11230 | SAH | Judge: | Sarah A. Hall | Trustee Name: | STEPHEN J. MORIARTY |
|---|---|---|---|---|---|---|

Case Name:    PostRock Energy Corporation

Date Filed (f) or Converted (c):    12/21/2018 (c)

341(a) Meeting Date:    01/25/2019

For Period Ending:    12/31/2019

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16.  Intercompany Accounts and Transactions (see Note) | 0.00 | Unknown | | 0.00 | Unknown |
| 17.  Accounts receivable reported on related debtor PESC 16-11231 (See Note) | 0.00 | Unknown | | 0.00 | Unknown |
| 18.  Adversary Proceeding 18-01022 Moriarty v. Bigelow - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 83,867.31 | Unknown | | 26,546.26 | FA |
| 19.  Adversary Proceeding 18-01023 Moriarty v. Carter - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 289,530.95 | Unknown | | 91,644.32 | FA |
| 20.  Adversary Proceeding 18-01024 Moriarty v. Damon - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 9,375.00 | Unknown | | 2,967.44 | FA |
| 21.  Adversary Proceeding 18-01025 Moriarty v. Deguisti - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 159,054.72 | Unknown | | 50,345.09 | FA |
| 22.  Adversary Proceeding 18-01026 Moriarty v. Edelman - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 23,333.00 | Unknown | | 7,385.52 | FA |
| 23.  Adversary Proceeding 18-01027 Moriarty v. Edwards - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 127,932.69 | Unknown | | 40,494.13 | FA |
| 24.  Adversary Proceeding 18-01029 Moriarty v. Klvac - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 172,154.21 | Unknown | | 54,491.43 | FA |
| 25.  Adversary Proceeding 18-01030 Moriarty v. Ligon - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 11,250.00 | Unknown | | 3,560.93 | FA |
| 26.  Adversary Proceeding 18-01031 Moriarty v. Lynch - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 8,750.00 | Unknown | | 2,769.61 | FA |
| 27.  Adversary Proceeding 18-01032 Moriarty v. McCormick - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments.   (u) | 62,539.00 | Unknown | | 19,795.27 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-11230 | SAH | Judge: | Sarah A. Hall | Trustee Name: | STEPHEN J. MORIARTY |
|---|---|---|---|---|---|---|

| Case Name: | PostRock Energy Corporation | | | | Date Filed (f) or Converted (c): | 12/21/2018 (c) |
|---|---|---|---|---|---|---|

341(a) Meeting Date:    01/25/2019

For Period Ending:    12/31/2019

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. Cardinal River / RiverRock - post closing adjustments from purchase of oil and gas assets per contract [estimated] (u) (u) | 478,546.36 | Unknown | | 0.00 | Unknown |
| 29. Escrow Amount in Fellers , Snider, Blankenship, Bailey & Tippens, P.C. Trust Account for Unsecured Creditor Committee Fees Per Budget and Agreement (u) (u) | 17,581.67 | 17,581.67 | | 0.00 | 17,581.67 |
| 30. Casey Bigelow - Retainer (u) for consulting services paid 05/04/2016. (u) (u) | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 31. "Stephen J. Moriarty, as Chapter 11 Trustee of PostRock Energy, v. Lawler, Case No. CJ-2018-1724 (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 32. Torbeck Properties - Security Deposit for WV Office Lease | 1,600.00 | Unknown | | 0.00 | Unknown |
| 33. Nalco Champion - Unused deposits (u) (u) | 128,972.15 | Unknown | | 0.00 | Unknown |
| 34. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 35. Twin Valley Electric Coop - Unused deposit | 13,067.02 | Unknown | | 0.00 | Unknown |
| 36. Caney Valley Electric Coop - Unused deposit | 680.00 | Unknown | | 0.00 | Unknown |
| 37. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 38. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $4,892,357.25        $3,296,704.84        $3,725,740.72        $51,255.50

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Related cases include: PostRock Energy Corporation, Case No. 16-11230 (Main); PostRock Energy Services Corporation, Case No. 16-11231; PostRock Holdco, LLC, Case No. 16-11235; PostRock Eastern Production, LLC, Case No.16-11233; PostRock MidContinent Production, LLC, Case No. 16-11232; and STP Newco, Inc. Case No. 16-11236.

12/21/2018    Order granting motion to convert case to Chapter 7. [ECF 506]

09/18/2019    Order granting motion to employ M. Rodriguez as Expert/Consultant for state court litigation. [ECF 576]

09/18/2019    Order granting motion to employ S. Mann as Expert/Consultant for state court litigation. [ECF 577]

10/21/2019    Motion to compromise in fraudulent transfer adversary cases 18-01022, 18-01023, 18-01024, 18-01025, 18-01026, 18-01027, 18-01029, 18-01030, 18-01031, and 18-01032 for settlement of $300,000. [ECF 581-590]

11/13/2019    Order granting motion to compromise in fraudulent transfer adversary cases 18-01022, 18-01023, 18-01024, 18-01025, 18-01026, 18-01027, 18-01029, 18-01030, 18-01031, and 18-01032 for $300,000. [ECF 605-615]

11/20/2019    Order granting motion to employ M. Foreman as Consultant for state court litigation. [ECF 628]

12/02/2010    Order granting motion for compensation for M. Deeba (Baker Tilly Virchow Krause, LLP). [ECF 630]

12/02/2019    Order granting motion for Chapter 11 (to 12/20/2018) Trustee compensation for S. Moriarty, Trustee Trustee authorized to make interim partial payment of allowed trustee fee for $250,000. [ECF 631]

12/02/2019    Order granting motion for compensation for J.P. Dick (Pinnacle Energy). [ECF 632]

12/02/2019    Order granting motion for compensation for S. Moriarty (Fellers Snider). [ECF 633]

01/14/2020    Closure of fraudulent transfer adversary cases 18-01022, 18-01023, 18-01024, 18-01025, 18-01026, 18-01027, 18-01029, 18-01030, 18-01031, and 18-01032.

RE PROP #    1  --  Funds transferred to Axos Bank Account on 2/22/19

RE PROP #    2  --  Funds transferred to Axos Bank Account on 2/22/19

RE PROP #    3  --  Funds transferred to Axos Bank Account on 2/22/19

RE PROP #    4  --  Per OTC email June 19, 2018, PostRock Energy Corporation beginning July 2018 will begin receiving electronic fund transfers for approved gross production tax refunds. Per the statutes these refunds will pay out over a 36 month period in equal payments. The monthly amount of the payments received are $1,216.55 and $276.44.  To date, payments have been received in July 26, 2018 to December 13, 2018 (total of six months $9,557.93).  Using the monthly amount received for these six months and multiplying by the remaining 30 months, the balance calculates to $47,789.70.

RE PROP #    5  --  Per Judgement entered in United States District Court - Western District of Oklahoma criminal case No. 09-00241-F [ECF 84] filed November 15, 2010 and Amended Judgement field September 3, 2013 [ECF 111] Jerry Dale Cash shall make restitution payments to the U.S. Court Clerk to be distributed to PostRock.  The defendant shall make monthly installments of the greater of $2,000.00 or 10% of defendant's gross monthly income, as directed by the probation officer. Payments are to begin within 30 days following the defendant's release from custody of the Bureau of Prisons.  The court determined that the defendant does not have the ability to pay interest, and it is ordered that: the interest requirement is waived for the restitution.

RE PROP #    6  --  Judgements were entered in United States District Court - Western District of Oklahoma in criminal cases No. CR-09-191-1-F [ECF 76] (December 1, 2010), David Grose and CR-09-068-1-F [ECF 27] (May 18, 2010), Brent Muller.  Both Orders set forth restitution payments to the U.S. Court Clerk are to be distributed to PostRock and ordered that the interest requirement is waived for the restitution.
The ordered restitution for David Grose was $1,000,000 and the defendant shall make monthly installments of the greater of $2,000.00 or 10% of defendant's gross monthly income, as directed by the probation officer.
The ordered restitution for Brent Muller was $1,009,053 and the defendant shall make monthly installments of the greater of $400.00 or 10% of defendant's gross monthly income, as directed by the probation officer.  Joint and Several Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate. - David Grose - CR-09-191-1-F.

RE PROP #    9  --  Computer equipment remaining after sale and abandonment of non-sellable and abandoned assets (ECF docket #503 12-19-2018, Motion ECF docket #501 12-11-2018) pre conversion.

RE PROP #    16  --  As set forth in the Schedules Global Notes and Statement of Limitations, "...the Debtors general ledgers and trial balances do not include all intercompany transactions as the Company reports and accounts for its transactions on a consolidated basis. Therefore the entity by entity balances may not reflect the correct or actual entity rights. The separate entity Schedules may reflect assets and liabilities of other Related Debtors and noted reported on Related Debtors Schedules. As such, inadvertent errors between entities or other omissions may exist."

RE PROP #    28  --  Post closing adjustments to be settled with oil and gas asset purchasers once real estate tax protests and amounts due are calculated.

RE PROP #    31  --  On March 29, 2018, Trustee commenced the case of Stephen J. Moriarty, Trustee v. Lawler, et al., District Court, Oklahoma County, Oklahoma, Case No. CJ-2018-1724. A First Amended Petition was filed on May 25, 2018. This action seeks recovery from (a) former officers and directors of PostRock for both negligent and intentional acts, (b) recovery from PostRock's former auditors for accounting errors and (c) recovery from PostRock's former reservoir engineers for certain errors.

Discovery is ongoing. No trial date has been set.

RE PROP #    32  --  Deposits on books pre-petition that may have set-off with pre-petition claims and will most likely be settled in claims process.

RE PROP #    33  --  Deposits on books pre-petition that may have set-off with pre-petition claims and will most likely be settled in claims process.

RE PROP #    35  --  Deposits on books pre-petition that may have set-off with pre-petition claims and will most likely be settled in claims process.

RE PROP #    36  --  Deposits on books pre-petition that may have set-off with pre-petition claims and will most likely be settled in claims process.

Initial Projected Date of Final Report (TFR):            Current Projected Date of Final Report (TFR):

Trustee Signature:    /s/ STEPHEN J. MORIARTY        Date: 04/21/2020

STEPHEN J. MORIARTY
100 N. Broadway
Suite 1700
Oklahoma City, OK, 73102

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11230 | | Trustee Name: | STEPHEN J. MORIARTY |
| Case Name: | PostRock Energy Corporation | | Bank Name: | Bank of Oklahoma |
| | | | Account Number/CD#: | XXXXXX0337 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1065 | | Blanket Bond (per case limit): | $4,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 01/16/19 | 1 | -Balance Forward- | -BALANCE FORWARD- | 1129-000 | $3,017,102.88 | | $3,017,102.88 |
| 01/17/19 | 4 | State of Oklahoma | Gross Production Tax Refund | 1224-000 | $1,216.55 | | $3,018,319.43 |
| 01/17/19 | 4 | State of Oklahoma | Gross Production Tax Refund | 1224-000 | $376.44 | | $3,018,695.87 |
| 01/22/19 | 5 | US Treasury | US Treasury Restitution | 1110-000 | $2,000.00 | | $3,020,695.87 |
| 02/07/19 | 4 | State of Oklahoma | Gross Production Tax Refund | 1224-000 | $1,216.55 | | $3,021,912.42 |
| 02/07/19 | 4 | State of Oklahoma | Gross Production Tax Refund | 1224-000 | $376.44 | | $3,022,288.86 |
| 02/15/19 | | Baker Tilly Virckow Krause LLP | FA Fees Approved 02/11/2019 ECF 546 - 16-11230 | 3210-000 | | $178,664.01 | $2,843,624.85 |
| 02/22/19 | | Transfer to Acct # xxxxxx0012 | Transfer to Axos CH7 Account | 9999-000 | | $2,843,599.85 | $25.00 |
| 03/04/19 | 1001 | Estate of PostRock Energy Corporation, 16-11230 | Transfer to Axos CH7 Account | 9999-000 | | $25.00 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $3,022,288.86 | $3,022,288.86 |
| Less: Bank Transfers/CD's | | $0.00 | $2,843,624.85 |
| Subtotal | | $3,022,288.86 | $178,664.01 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $3,022,288.86 | $178,664.01 |

| | | |
|---|---|---|
| Page Subtotals: | $3,022,288.86 | $3,022,288.86 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Bank of Oklahoma

Account Number/CD#: XXXXXX1140

Checking

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 01/16/19 | 2 | BALANCE FORWARD | -BALANCE FORWARD- | 1129-000 | $173,536.07 | | $173,536.07 |
| 01/16/19 | | Bank of Oklahoma P O Box 24128 Oklahoma City, OK 73124 | Bank Analysis Fees | 2600-000 | | $47.64 | $173,488.43 |
| 02/14/19 | | Bank of Oklahoma P O Box 24128 Oklahoma City, OK 73124 | Bank Analysis Fees | 2600-000 | | $40.24 | $173,448.19 |
| 02/22/19 | | Transfer to Acct # xxxxxx0020 | Transfer to Axos CH7 Account | 9999-000 | | $173,423.19 | $25.00 |
| 03/04/19 | 1001 | Estate of PostRock Energy Corporation, 16-11230 | Transfer to Axos CH7 Account | 9999-000 | | $25.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $173,536.07 | $173,536.07 |
| Less: Bank Transfers/CD's | $0.00 | $173,448.19 |
| Subtotal | $173,536.07 | $87.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $173,536.07 | $87.88 |

Page Subtotals: $173,536.07   $173,536.07

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  16-11230

Case Name:  PostRock Energy Corporation

Taxpayer ID No:  XX-XXX1065

For Period Ending:  12/31/2019

Trustee Name:  STEPHEN J. MORIARTY

Bank Name:  Bank of Oklahoma

Account Number/CD#:  XXXXXX2031

Checking

Blanket Bond (per case limit):  $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  |  | Balance Forward |  |  |  | $0.00 |
| 01/16/19 | 3 | BALANCE FORWARD | -BALANCE FORWARD- | 1129-000 | $35,694.51 |  | $35,694.51 |
| 01/16/19 |  | Bank of Oklahoma P O Box 24128 Oklahoma City, OK 73124 | Bank of Oklahoma Analysis | 2600-000 |  | $25.68 | $35,668.83 |
| 02/14/19 |  | Bank of Oklahoma P O Box 24128 Oklahoma City, OK 73124 | Bank Analysis Fees | 2600-000 |  | $24.17 | $35,644.66 |
| 02/22/19 |  | Transfer to Acct # xxxxxx0038 | Transfer to Axos CH7 Account | 9999-000 |  | $35,619.66 | $25.00 |
| 03/04/19 | 1001 | Estate of PostRock Energy Corporation, 16-11230 | Transfer to Axos CH7 Account | 9999-000 |  | $25.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $35,694.51 | $35,694.51 |
| Less: Bank Transfers/CD's | $0.00 | $35,644.66 |
| Subtotal | $35,694.51 | $49.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,694.51 | $49.85 |

Page Subtotals:    $35,694.51    $35,694.51

Case: 16-11230    Doc: 648    Filed: 04/22/20    Page: 10 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 02/22/19 | | Transfer from Acct # xxxxxx0337 | Transfer of Funds | 9999-000 | $2,843,599.85 | | $2,843,599.85 |
| 03/14/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000024683366 POSTROCK MIDCONTINENT | 1224-000 | $1,216.55 | | $2,844,816.40 |
| 03/14/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000024683365 POSTROCK MIDCONTINENT | 1224-000 | $376.44 | | $2,845,192.84 |
| 04/04/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000026144432 POSTROCK MIDCONTINENT | 1224-000 | $1,216.55 | | $2,846,409.39 |
| 04/04/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000026144431 POSTROCK MIDCONTINENT | 1224-000 | $376.44 | | $2,846,785.83 |
| 05/02/19 | 6 | US Treasury | Criminal Restitution Payment | 1249-000 | $170,241.38 | | $3,017,027.21 |
| 05/02/19 | 5 | US Treasury | Criminal Restitution Payment | 1149-000 | $2,000.00 | | $3,019,027.21 |
| 05/02/19 | | US Treasury | Criminal Restitution Payment | 1249-000 | $75.00 | | $3,019,102.21 |
| 05/02/19 | | US Treasury | Bank / Input Error | 1249-000 | ($75.00) | | $3,019,027.21 |
| 05/02/19 | 1001 | United Systems Inc 5700 N. Portland Suite 201 Oklahoma City OK 73112 | IT Equipment Purchase Invoice #40130 | 2990-000 | | $7,180.46 | $3,011,846.75 |
| 05/02/19 | 1002 | Ace Moving and Storage 1700 S. Eastern OKC OK 73129 | File Storage Invoice #8450 | 2410-000 | | $224.50 | $3,011,622.25 |
| 05/02/19 | 1003 | A-1 Freeman 11517 N. Broadway Ext OKC OK 73114 | File Storage Invoice #1066296 | 2410-000 | | $579.60 | $3,011,042.65 |

Page Subtotals: $3,019,027.21  $7,984.56

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/19 | 1004 | United Systems Inc 5700 N. Portland Suite 201 Oklahoma City OK 73112 | Invoice #40555 Tech call on 4/18/19 | 2990-000 | | $156.25 | $3,010,886.40 |
| 05/03/19 | 1005 | United Systems Inc 5700 N. Portland Suite 201 Oklahoma City OK 73112 | Invoice #40556 Tech call on 4/22/19 | 2990-000 | | $187.50 | $3,010,698.90 |
| 05/06/19 | | Estate of PostRock Energy Corporation, 16-11230 | Transfer to CH7 Account Deposit of three $25 transfer-by-checks from BOK accts xxx0337, xxx1140, and xxx2031 written on 3-4-19 | 9999-000 | $75.00 | | $3,010,773.90 |
| 05/09/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000022033578 POSTROCK MIDCONTINENT | 1224-000 | $1,216.55 | | $3,011,990.45 |
| 05/09/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000022033577 POSTROCK MIDCONTINENT | 1224-000 | $376.44 | | $3,012,366.89 |
| 05/13/19 | 5 | United States Treasury | Criminal Restitution Payment-Jerry Cash | 1149-000 | $2,000.00 | | $3,014,366.89 |
| 06/13/19 | 4 | OK TAX COM OTC - BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND | 1224-000 | $1,216.55 | | $3,015,583.44 |
| 06/13/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND | 1224-000 | $376.44 | | $3,015,959.88 |
| 06/19/19 | 1006 | Cox Business P O Box 248851 Oklahoma City OK 73124-8851 | Internet Fees account # 001 6110 063052302 | 2990-000 | | $390.74 | $3,015,569.14 |
| 07/02/19 | 1010 | Ace Moving & Storage 1700 S. Freeman 11517 N. Broadway Ext Oklahoma City, OK 73129 | Document Storage Reversal Incorrect Address | 2410-000 | | ($336.75) | $3,015,905.89 |

Page Subtotals:                                           $5,260.98          $397.74

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11230 | | | Trustee Name: | STEPHEN J. MORIARTY |
| Case Name: | PostRock Energy Corporation | | | Bank Name: | Axos Bank |
| | | | | Account Number/CD#: | XXXXXX0012 |
| | | | | | Checking 1 |
| Taxpayer ID No: | XX-XXX1065 | | | Blanket Bond (per case limit): | $4,000,000.00 |
| For Period Ending: | 12/31/2019 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/19 | 1007 | Ricoh USA, INC<br>Ricoh USA, Inc<br>Dallas District - STL<br>P O Box 660342<br>Dallas TX 75266-0342 | Invoice #STL9040105<br>document services/e-discovery | 2410-000 | | $13,577.37 | $3,002,328.52 |
| 07/02/19 | 1008 | RSM USA, LLP<br>5155 Payshere Circle<br>Chicago, IL 60674 | Court Approved Accounting<br>Fees | 3410-000 | | $40,491.50 | $2,961,837.02 |
| 07/02/19 | 1009 | USPS<br>Center City Center<br>305 NW 5th<br>Oklahoma City OK 73102-9998 | 1 year PO Box rental | 2410-000 | | $234.00 | $2,961,603.02 |
| 07/02/19 | 1010 | Ace Moving & Storage<br>1700 S. Freeman<br>11517 N. Broadway Ext<br>Oklahoma City, OK 73129 | Document Storage<br>Invoice #8450 | 2410-000 | | $336.75 | $2,961,266.27 |
| 07/02/19 | 1011 | A-1 Freeman<br>11517 N. Broadway Ext<br>Oklahoma City OK 73114 | Document Storage<br>Invoice #1067568 | 2410-000 | | $579.60 | $2,960,686.67 |
| 07/02/19 | 1012 | Ace Moving & Storage<br>1700 S. Eastern<br>OKC, OK 73129 | Document Storage<br>Invoice #8450 | 2410-000 | | $336.75 | $2,960,349.92 |
| 07/02/19 | 1013 | K. P. Goodnight<br>P.O. Box 29<br>Smithville, WV 26178 | re-issue of BOK stale check<br>#832 payment for royalties | 2990-000 | | $7,042.97 | $2,953,306.95 |
| 07/09/19 | | Bank of Oklahoma | Transfer of funds by check<br>Transfer from Bank of<br>Oklahoma | 1290-000 | $25.00 | | $2,953,331.95 |
| 07/10/19 | | Bank of Oklahoma | Transfer of funds by check<br>Reversal<br>Duplicate deposit.  Phone<br>conference with Mike Deeba re:<br>void | 1290-000 | ($25.00) | | $2,953,306.95 |
| 07/18/19 | 4 | OK TAX COM-BUSNS REFUND | OK TAX COM OTC-BUSNS<br>REFUND | 1224-000 | $1,216.55 | | $2,954,523.50 |
| 07/18/19 | 4 | OK TAX COM-BUSNS REFUND | OK TAX COM OTC-BUSNS<br>REFUND | 1224-000 | $376.44 | | $2,954,899.94 |

| | | | Page Subtotals: | | $1,592.99 | $62,598.94 | |

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/19 | 1014 | Cox Business<br>P O Box 248851<br>Oklahoma City OK 73124-8851 | Internet Charges<br>acct. #001 6110 063052302 | 2990-000 | | $390.74 | $2,954,509.20 |
| 08/08/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND | 1224-000 | $1,216.55 | | $2,955,725.75 |
| 08/08/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND | 1224-000 | $376.44 | | $2,956,102.19 |
| 09/04/19 | 1015 | Ricoh USA, INC<br>Dallas District - STL<br>P O Box 660342<br>Dallas TX 75266-0342 | Digital document storage/discovery<br>Invoice #19050129 | 2410-000 | | $4,114.45 | $2,951,987.74 |
| 09/04/19 | 1016 | Ricoh USA, INC<br>Dallas District - STL<br>P O Box 660342<br>Dallas TX 75266-0342 | Digital document storage/discovery<br>Invoice #19060087 | 2410-000 | | $3,165.91 | $2,948,821.83 |
| 09/04/19 | 1017 | Ace Moving & Storage<br>1700 S. Eastern<br>OKC, OK 73129 | Document Storage<br>Invoice #8450 | 2410-000 | | $224.50 | $2,948,597.33 |
| 09/05/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND | 1224-000 | $1,216.55 | | $2,949,813.88 |
| 09/05/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND | 1224-000 | $376.44 | | $2,950,190.32 |
| 09/21/19 | 1004 | United Systems Inc<br>5700 N. Portland<br>Suite 201<br>Oklahoma City OK 73112 | Invoice #40555 Reversal<br>Tech call on 4/18/19 | 2990-000 | | ($156.25) | $2,950,346.57 |
| 09/21/19 | 1005 | United Systems Inc<br>5700 N. Portland<br>Suite 201<br>Oklahoma City OK 73112 | Invoice #40556 Reversal<br>Tech call on 4/22/19 | 2990-000 | | ($187.50) | $2,950,534.07 |
| 10/10/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND<br>CCD 021000026325657<br>POSTROCK MIDCONTINENT | 1224-000 | $376.44 | | $2,950,910.51 |

Page Subtotals:                                              $3,562.42        $7,551.85

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000026325658 POSTROCK MIDCONTINENT | 1224-000 | $1,216.55 | | $2,952,127.06 |
| 10/16/19 | 1018 | Ricoh USA, INC Dallas District - STL P O Box 660342 Dallas TX 75266-0342 | Digital document storage/discovery Invoice #19070072 | 2410-000 | | $4,909.24 | $2,947,217.82 |
| 10/16/19 | 1019 | Ricoh USA, INC Dallas District - STL P O Box 660342 Dallas TX 75266-0342 | Digital document storage/discovery Invoice #19080069 | 2410-000 | | $2,321.74 | $2,944,896.08 |
| 10/16/19 | 1020 | Ricoh USA, INC Dallas District - STL P O Box 660342 Dallas TX 75266-0342 | Digital document storage/discovery Invoice #19090079 | 2410-000 | | $2,321.74 | $2,942,574.34 |
| 10/16/19 | 1021 | Ace Moving & Storage 1700 S. Eastern OKC, OK 73129 | Document Storage Invoice #234174 | 2410-000 | | $224.50 | $2,942,349.84 |
| 10/16/19 | 1022 | Ace Moving & Storage 1700 S. Eastern OKC, OK 73129 | Document Storage Invoice #236248 | 2410-000 | | $224.50 | $2,942,125.34 |
| 10/16/19 | 1023 | A-1 Freeman 11517 N. Broadway Ext Oklahoma City OK 73114 | Document Storage Invoice #1069337 | 2410-000 | | $584.40 | $2,941,540.94 |
| 10/16/19 | 1024 | Cox Business P O Box 248851 Oklahoma City OK 73124-8851 | Internet Charges acct. #2302 | 2990-000 | | $390.74 | $2,941,150.20 |
| 10/16/19 | 1025 | United Systems Inc 5700 N. Portland Suite 201 Oklahoma City OK 73112 | Server Hosting Invoice #'s 40555 & 40556 | 2990-000 | | $343.75 | $2,940,806.45 |
| 11/07/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000023295408 POSTROCK MIDCONTINENT | 1224-000 | $1,216.55 | | $2,942,023.00 |

Page Subtotals:                                           $2,433.10        $11,320.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000023295407 POSTROCK MIDCONTINENT | | 1224-000 | $376.44 | | $2,942,399.44 |
| 12/03/19 | | Fellers Snider Trust account | Settlemnet of Insider Adversary proceedings | | | $300,000.00 | | $3,242,399.44 |
| | | | Gross Receipts | $300,000.00 | | | | |
| | 18 | | Adversary Proceeding 18-01022 Moriarty v. Bigelow - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. | $26,546.26 | 1149-000 | | | |
| | 19 | | Adversary Proceeding 18-01023 Moriarty v. Carter - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. | $91,644.32 | 1149-000 | | | |
| | 20 | | Adversary Proceeding 18-01024 Moriarty v. Damon - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. | $2,967.44 | 1149-000 | | | |
| | 21 | | Adversary Proceeding 18-01025 Moriarty v. Deguisti - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. | $50,345.09 | 1149-000 | | | |
| | 22 | | Adversary Proceeding 18-01026 Moriarty v. Edelman - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. | $7,385.52 | 1149-000 | | | |
| | 23 | | Adversary Proceeding 18-01027 Moriarty v. Edwards - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. | $40,494.13 | 1149-000 | | | |

Page Subtotals:                                   $300,376.44          $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | 24 | | Adversary Proceeding 18-01029 Moriarty v. Klvac - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. $54,491.43 | 1149-000 | | | |
| | 25 | | Adversary Proceeding 18-01030 Moriarty v. Ligon - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. $3,560.93 | 1149-000 | | | |
| | 26 | | Adversary Proceeding 18-01031 Moriarty v. Lynch - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. $2,769.61 | 1149-000 | | | |
| | 27 | | Adversary Proceeding 18-01032 Moriarty v. McCormick - (u) Chapter 11 Trustee filed Adversary for preferences and insider payments. $19,795.27 | 1149-000 | | | |
| 12/03/19 | 6 | US Treasury | Gross restitution | 1149-000 | $50.00 | | $3,242,449.44 |
| 12/03/19 | 5 | US Treasury | Cash restitution | 1149-000 | $2,000.00 | | $3,244,449.44 |
| 12/03/19 | 5 | US Treasury | Cash restitution | 1149-000 | $2,000.00 | | $3,246,449.44 |
| 12/03/19 | | Superior Pipeline Company, LLC | WI suspense payment | 1290-000 | $34.06 | | $3,246,483.50 |
| 12/03/19 | 1026 | Ricoh USA, INC Dallas District - STL P O Box 660342 Dallas TX 75266-0342 | Digital document storage/discovery Invoice #19090101 | 2990-000 | | $1,785.30 | $3,244,698.20 |
| 12/03/19 | 1027 | Ricoh USA, INC Dallas District - STL P O Box 660342 Dallas TX 75266-0342 | Digital document storage/discovery Invoice #19100047 | 2990-000 | | $900.00 | $3,243,798.20 |

Page Subtotals:   $4,084.06   $2,685.30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/03/19 | 1028 | Ricoh USA, INC<br>Dallas District - STL<br>P O Box 660342<br>Dallas TX 75266-0342 | Digital document storage/discovery<br>Invoice #19100085 | 2990-000 | | $3,146.74 | $3,240,651.46 |
| 12/03/19 | 1029 | Ricoh USA, INC<br>Dallas District - STL<br>P O Box 660342<br>Dallas TX 75266-0342 | Digital document storage/discovery<br>Invoice #19100104 | 2990-000 | | $1,785.30 | $3,238,866.16 |
| 12/03/19 | 1030 | Ricoh USA, INC<br>Dallas District - STL<br>P O Box 660342<br>Dallas TX 75266-0342 | Digital document storage/discovery<br>Invoice #19110017 | 2950-000 | | $900.00 | $3,237,966.16 |
| 12/03/19 | 1031 | Ricoh USA, INC<br>Dallas District - STL<br>P O Box 660342<br>Dallas TX 75266-0342 | Digital document storage/discovery<br>Invoice #19110075 | 2990-000 | | $3,559.24 | $3,234,406.92 |
| 12/03/19 | 1032 | Fellers Snider<br>100 N. Broadway Suite 1700<br>Oklahoma City OK 73102 | Chapter 11 Trustee Interim Fee<br>Court Order | 2100-000 | | $250,000.00 | $2,984,406.92 |
| 12/03/19 | 1033 | Fellers Snider<br>100 N. Broadway Suite 1700<br>Oklahoma City OK 73102 | Interim Attorney Fees<br>Court Order | 3110-000 | | $62,676.05 | $2,921,730.87 |
| 12/03/19 | 1034 | Baker Tilly<br>205 N. Michigan Ave<br>Chicago, IL 60601-5927 | Interim Accounting Fees<br>Court Order | 3410-000 | | $156,137.39 | $2,765,593.48 |
| 12/03/19 | 1035 | Pinnacle Energy Services LLC<br>9420 Cedar Lake Ave<br>Oklahoma City OK 73114 | Consulting Fees<br>Court Order | 3731-000 | | $30,860.25 | $2,734,733.23 |
| 12/03/19 | 1036 | Citi NA Inc<br>Global Trade<br>3800 Citibank Center<br>Bldg B, 1st Floor<br>Tampa, FL 33610-9122 | L/C Fees<br>Invoice #0079000491_0319 | 2990-000 | | $463.61 | $2,734,269.62 |
| 12/03/19 | 1037 | Cox Business<br>P O Box 248851<br>Oklahoma City OK 73124-8851 | Internet Charges<br>Acct. #2302 | 2990-000 | | $390.74 | $2,733,878.88 |

Page Subtotals:                                      $0.00        $509,919.32

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0012

Checking 1

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000028180482 POSTROCK MIDCONTINENT | 1224-000 | $376.44 | | $2,734,255.32 |
| 12/05/19 | 4 | OK TAX COM OTC-BUSNS REFUND | OK TAX COM OTC-BUSNS REFUND CCD 021000028180483 POSTROCK MIDCONTINENT | 1224-000 | $1,216.55 | | $2,735,471.87 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,337,930.19 | $602,458.32 |
| Less: Bank Transfers/CD's | $2,843,674.85 | $0.00 |
| Subtotal | $494,255.34 | $602,458.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $494,255.34 | $602,458.32 |

Page Subtotals:          $1,592.99          $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0020

Checking 2

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 02/22/19 | | Transfer from Acct # xxxxxx1140 | Transfer to CH7 Account | 9999-000 | $173,423.19 | | $173,423.19 |
| 07/09/19 | | Bank of Oklahoma | Transfer of funds by check Transfer from Bank of Oklahoma | 1290-000 | $25.00 | | $173,448.19 |
| 07/10/19 | | Bank of Oklahoma | Transfer of funds by check Reversal Duplicate transaction. Phone Conference with Mike Deeba re: void | 1290-000 | ($25.00) | | $173,423.19 |

| | | |
|---|---|---|
| COLUMN TOTALS | $173,423.19 | $0.00 |
| Less: Bank Transfers/CD's | $173,423.19 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $173,423.19 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11230

Case Name: PostRock Energy Corporation

Taxpayer ID No: XX-XXX1065

For Period Ending: 12/31/2019

Trustee Name: STEPHEN J. MORIARTY

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0038

Checking 3

Blanket Bond (per case limit): $4,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 02/22/19 | | Transfer from Acct # xxxxxx2031 | Transfer to CH7 Account | 9999-000 | $35,619.66 | | $35,619.66 |
| 07/09/19 | | Bank of Oklahoma | Transfer of funds by check Transfer from Bank of Oklahoma | 1290-000 | $25.00 | | $35,644.66 |
| 07/10/19 | | Bank of Oklahoma | Transfer of funds by check Reversal Duplicate transaction. Phone Conference with Mike Deeba re: void | 1290-000 | ($25.00) | | $35,619.66 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $35,619.66 | $0.00 |
| Less: Bank Transfers/CD's | $35,619.66 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $35,619.66   $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0012 - Checking 1 | $494,255.34 | $602,458.32 | $2,735,471.87 |
| XXXXXX0020 - Checking 2 | $0.00 | $0.00 | $173,423.19 |
| XXXXXX0038 - Checking 3 | $0.00 | $0.00 | $35,619.66 |
| XXXXXX0337 - Checking | $3,022,288.86 | $178,664.01 | $0.00 |
| XXXXXX1140 - Checking | $173,536.07 | $87.88 | $0.00 |
| XXXXXX2031 - Checking | $35,694.51 | $49.85 | $0.00 |
| | $3,725,774.78 | $781,260.06 | $2,944,514.72 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,725,774.78 |
| Total Gross Receipts: | $3,725,774.78 |

Trustee Signature:    /s/ STEPHEN J. MORIARTY    Date: 04/21/2020

STEPHEN J. MORIARTY
100 N. Broadway
Suite 1700
Oklahoma City, OK, 73102

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |