United States Bankruptcy Court
Western District of Oklahoma

In re: Case No. 16-11230-SAH
PostRock Energy Corporation Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 1087-5 User: admin Page 1 of 8
Date Rcvd: Aug 19, 2022 Form ID: pdf003lm Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PostRock Energy Corporation, 210 Park Avenue, Suite 2750, Oklahoma City, OK 73102-5641 |
| aty | + | J Seth Moore, Anderson Tobin PLLC, One Galleria Tower, 13355 Noel Rd Ste 1900, Dallas, TX 75240-6674 |
| aty | + | Leslie S Johnson - PHV, Winstead PC, 500 Winstead Building, 2728 N Harwood, Dallas, TX 75201-1743 |
| aty | + | Lloyd A Lim, Winstead PC, 1100 JPMorgan Chase Tower, 600 Travis Street, Houston, TX 77002-3009 |
| aty | + | Matthew T Ferris, Winstead PC, 500 Winstead Building, 2728 N Harwood Street, Dallas, TX 75201-1743 |
| aty | + | Phillip L Lamberson, Winstead PC, 500 Winstead Building, 2728 N Harwood Street, Dallas, TX 75201-1743 |
| aty | + | R Michael Farquhar, Winstead PC, 500 Winstead Building, 2728 N Harwood, Dallas, TX 75201-1743 |
| aty | + | Zachary S McKay - PHV Paper Filer, Dore Law Group PC, 17171 Park Row Suite 160, Houston, TX 77084-4927 |
| cr | + | Cadence Bank, c/o Stephen W. Elliott, 101 North Robinson Ave, 13th Floor, Oklahoma City, OK 73102-5523 |
| cr | + | Compressor Systems, Inc., c/o Carl Dore', Jr., Dore' Law Group, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| intp | + | Domestic Energy Partners, LLC, c/o Holladay & Chilton, PLLC, 204 N. Robinson, Suite 1550, Oklahoma City, OK 73102, UNITED STATES OF AMERICA 73102-6811 |
| intp | + | Jolene Wise United States Securities & Exchange Co, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604-2815 |
| cr | + | Joseph E & Doris J Campbell, 512 Harbor Watch Loop, Myrtle Beach, SC 29579-8265 |
| cr | + | Margaret C. Ginn, 1258 NW Shattuck Wy. #310, Gresham, OR 97030-3778 |
| cr | + | Margaret Tunstall, 158 Greystone Lane, Mt. Airy, NC 27030-4376 |
| cr | | Mary L Chapman, 12007 State Road 101, Altamont, KS 67330-9356 |
| cr | + | Maxine Jarvis Dougherty Rev Tr, Macsene Biswell Adams Trustee, 1023 Kiowa Dr East, Lake Kiowa, TX 76240-9577 |
| fa | + | Michael E. Deeba, PO Box 2895, Oklahoma City, OK 73101-2895 |
| cr | + | Michael J Rutledge, PO Box 612, Chanute, KS 66720-0612 |
| crcm | + | Official Committee of Unsecured Creditors, c/o Larry G. Ball, 100 N. Broadway, Suite 2900, Oklahoma City, Ok 73102-8865 |
| cr | + | Oklahoma County Treasurer, 320 Robert S Kerr Ave, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Philip W Johnson, 1190 25000 Road, Parsons, KS 67357-8258 |
| acc | + | RSM US LLP, 531 Couch Drive, Oklahoma City, OK 73102-2237 |
| cr | | Radiant Electric cooperative Inc., P O Box 390, Fredonia, KS 66736-0390 |
| cr | + | Richard Maxon, 4754 Crestmere Lane, Edmond, OK 73025-1269 |
| cr | + | Roberta J Rutledge, PO Box 612, Chanute, KS 66720-0612 |
| cr | + | Ronald L & Carol J Madron Rev Trust U/A, 198 5000 Rd, Coffeyville, KS 67337-7732 |
| cr | + | Russell L Bussman, 1907 Cedarwood St, Fairmont, MN 56031-3252 |
| consult | + | Steven C Mann, Neeley School of Business, Texas Christian University, Campus Box 298530, Tandy Hall 386 Forth Worth, TX 76129-0001 |
| cr | + | Thomas M Matthews, 3535 Santa Fe St., Unit 3, Corpus Christi, TX 78411-1346 |
| cr | + | Twin Valley Electric Cooperative, Inc., 1511 14,000 Rd, Altamont, KS 67330-9388 |
| cr | + | UnitedHealthcare Insurance Company, c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | | Verdigris Valley Electric Cooperative, c/o Scott P. Kirtley, Esquire, Riggs, Abney, 502 West 6th Street, Tulsa, OK 74119-1016 |
| cr | + | William G Scott, 20660 20th Rd, Parson, KS 67357-7809 |
| 5823333 | + | BLACK LAND MANAGEMENT, INC., BRIAN D BLACK, PO BOX 38, BOWDEN WV 26254-0038 |
| 5823341 | | CAWLEY, GILLESPIE & ASSOC, INC, 306 WEST 7TH STREET, SUITE 302, FORT WORTH TX 76102-4987 |
| 5823342 | | CDW DIRECT, LLC, P.O. BOX 75723, CHICAGO IL 60675-5723 |
| 5823344 | + | CHANDLER OIL, LLC, P.O. BOX 564, CHANUTE KS 66720-0564 |
| 5823367 | + | Delaware Department of State, Division of Corporations, PO Box 898, Dover DE 19903-0898 |
| 5823397 | | KANSAS DEPARTMENT OF LABOR, 401 SW TOPEKA BLVD, TOPEKA KS 66603-3182 |
| 5823408 | | LOUISIANA DEPT OF REVENUE, P.O. BOX 751, BATON ROUGE LA 70821-0751 |
| 5823418 | | NEBRASKA DEPARTMENT OF REVENUE, PO BOX 98912, LINCOLN NE 68509-8912 |
| 5823420 | | New York State Dept of Taxation and Fina, Bankruptcy Section, PO Box 5300, Albany NY 12205-0300 |

| District/off: 1087-5 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Aug 19, 2022 | Form ID: pdf003lm | Total Noticed: 68 |

| | | |
|---|---|---|
| 5823425 | + | OKLAHOMA SECRETARY OF STATE, 2300 N. LINCOLN BLVD, ROOM 101, OKLAHOMA CITY OK 73105-4801 |
| 5843428 | + | Oklahoma Employment, Security Commission, PO Box 53039, Oklahoma City OK 73152-3039 |
| 5823435 | | PITNEY BOWES GLOBAL, PO BOX 371887, PITTSBURG PA 15250-7887 |
| 5823458 | + | SUNRISE OILFIELD SUPPLY, INC, 105 S. BROADWAY, SUITE 610, WICHITA KS 67202-4221 |
| 5823464 | + | TOPSOURCE, LLC, PO BOX 337, RAPID CITY MI 49676-0337 |
| 5823468 | + | TRANSTEX HUNTER LLC, 909 LAKE CAROLYN PARKWAY, SUITE 600, IRVING TX 75039-3926 |
| 5823460 | + | Texas Capital Bank, N.A., 2000 McKinney Avenue, Suite 700, Dallas TX 75201-1985 |
| 5823477 | | West Virginia Department of Commerce, Capitol Complex, Bldg. 6, Room 525, Charleston WV 25305-0311 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mdrubenstein@liskow.com | Aug 19 2022 21:06:00 | Michael D Rubenstein, Liskow & Lewis, 1001 Fannin St Suite 1800, Houston, TX 77002 |
| cr | + Email/Text: carl@dorelawgroup.net | Aug 19 2022 21:06:00 | CSI Compressco, LP, c/o Dore' Law Group, P.C., 17171 Park Row, Suite 160, Houston, Tx 77084, UNITED STATES 77084-4927 |
| cr | Email/Text: gayleh@heartland-rec.com | Aug 19 2022 21:06:00 | Heartland Rural Electric Cooperative, Inc., P O Box 40, Girard, KS 66743 |
| cr | + Email/Text: pwp@pattiprewittlaw.com | Aug 19 2022 21:06:00 | Kinder Morgan Treating, LP, c/o Law Ofc Patricia Williams Prewitt, 10953 Vista Lake Ct., Navasota, TX 77868-6981 |
| 5823393 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2022 21:06:00 | *IRS, PO BOX 219690, KANSAS CITY MO 64121-9690 |
| 5843429 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Aug 19 2022 21:06:00 | *Kansas Dept of Revenue, PO Box 12005, Topeka KS 66601-3005 |
| 5823412 | + Email/Text: ecfnotices@dor.mo.gov | Aug 19 2022 21:06:00 | *MISSOURI DEPARTMENT OF REVENUE, PO BOX 3375, JEFFERSON CITY MO 65102-3375 |
| 5823415 | Email/Text: br-not@nalco.com | Aug 19 2022 21:06:00 | *NALCO CHAMPION, P.O. BOX 730005, DALLAS TX 75373-0005 |
| 5823424 | Email/Text: bankruptcy@oesc.state.ok.us | Aug 19 2022 21:06:00 | *Oklahoma Employment Security Commission, P.O. Box 52003, Attn: Director of Internal Audit, Oklahoma City OK 73152-2003 |
| 5843430 | + Email/Text: bankruptcysecretary@tax.ok.gov | Aug 19 2022 21:06:00 | *Oklahoma Tax Commission, 100 N Broadway Suite 1500, Oklahoma City OK 73102-8601 |
| 5823431 | + Email/Text: EBN_Notifications@OWB.com | Aug 19 2022 21:06:00 | *OneWest Bank, FSB, 888 East Walnut Street, Pasadena CA 91101-1895 |
| 5823478 | + Email/Text: TaxBankruptcy@wv.gov | Aug 19 2022 21:06:00 | *West Virginia State Tax Department, 1206 Quarrier Street, Charleston WV 25301-1843 |
| 5823479 | + Email/Text: TaxBankruptcy@wv.gov | Aug 19 2022 21:06:00 | *West Virginia State Tax Department (Inco, The Revenue Center, 1001 Lee St E., Charleston WV 25301-1725 |
| 5823398 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Aug 19 2022 21:06:00 | *KANSAS DEPARTMENT OF REVENUE, 915 SW HARRISON ROOM 150, TOPEKA KS 66612-2003 |
| 5823328 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2022 21:06:00 | *BBVA COMPASS, PO BOX 4444, HOUSTON TX 77210-4444 |
| 5823314 | Email/Text: bankruptcy@revenue.alabama.gov | Aug 19 2022 21:06:00 | *ALABAMA DEPARTMENT OF REVENUE, PO BOX 327320, MONTGOMERY AL 36132-7320 |
| 5843427 | Email/Text: usaokw.bankruptcy@usdoj.gov | Aug 19 2022 21:06:00 | *US Attorney WDOK, 210 West Park Avenue Ste 400, Oklahoma City OK 73102 |

TOTAL: 17

| District/off: 1087-5 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Aug 19, 2022 | Form ID: pdf003lm | Total Noticed: 68 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| liq | | Ash Nael, Digital Nail |
| cr | | Butler County Treasurer |
| cr | | Joe Don Riddle |
| cr | | Linda Mitchell |
| 5823469 | | *TRANSZAP, INC, PO BOX 123597, DENVER CO 75312-3597 |
| smg | * | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| cr | ##+ | Bradley R Thompson, 6100 Madison Pointe Courte, Falls Church, VA 22041-3671 |
| cr | ##+ | Leslie Thornton, 65 Bay Drive, Annapolis, MD 21403-4512 |
| consult | ##+ | Mauricio Rodriguez, 6805 Laurel Valley Drive, Fort Worth, TX 76132-4471 |

TOTAL: 5 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annmarie Chiarello | on behalf of Defendant Citibank  N. A. as administrative and collateral agent for OneWest Bank, FSB achiarello@winstead.com, dgalindo@winstead.com |
| Annmarie Chiarello | on behalf of Creditor CITIBANK  N.A. achiarello@winstead.com, dgalindo@winstead.com |
| Annmarie Chiarello | on behalf of Defendant Citibank  N.A. as administrative and collateral agent for BBVA Compass achiarello@winstead.com, dgalindo@winstead.com |
| Annmarie Chiarello | on behalf of Defendant Citibank  N.A., for itself achiarello@winstead.com, dgalindo@winstead.com |
| Annmarie Chiarello | on behalf of Defendant Citibank  N. A. as administrative and collateral agent for Texas Capital Bank, N.A. achiarello@winstead.com, dgalindo@winstead.com |
| Annmarie Chiarello | on behalf of Defendant Citibank  N. A. as administrative and collateral agent for Cadence Bank, N.A. achiarello@winstead.com, dgalindo@winstead.com |
| Carl Dore | on behalf of Creditor Compressor Systems  Inc. carl@dorelawgroup.net, chymel@dorelawgroup.net;mbartlett@dorelawgroup.net |
| Carl Dore | on behalf of Creditor CSI Compressco  LP carl@dorelawgroup.net, chymel@dorelawgroup.net;mbartlett@dorelawgroup.net |
| Charles Snyder | on behalf of U.S. Trustee United States Trustee Charles.Snyder@usdoj.gov |
| Christopher M. Staine | |

| | |
|---|---|
| | on behalf of Debtor PostRock Energy Services Corporation christopher.staine@crowedunlevy.com cmstaine@gmail.com;betty.clymer@crowedunlevy.com;ecf@crowedunlevy.com;churmayne.kimbrough@crowedunlevy.com |
| Christopher M. Staine | on behalf of Debtor STP Newco Inc. christopher.staine@crowedunlevy.com, cmstaine@gmail.com;betty.clymer@crowedunlevy.com;ecf@crowedunlevy.com;churmayne.kimbrough@crowedunlevy.com |
| Christopher M. Staine | on behalf of Debtor PostRock Eastern Production LLC christopher.staine@crowedunlevy.com, cmstaine@gmail.com;betty.clymer@crowedunlevy.com;ecf@crowedunlevy.com;churmayne.kimbrough@crowedunlevy.com |
| Christopher M. Staine | on behalf of Debtor PostRock MidContinent Production LLC christopher.staine@crowedunlevy.com cmstaine@gmail.com;betty.clymer@crowedunlevy.com;ecf@crowedunlevy.com;churmayne.kimbrough@crowedunlevy.com |
| Christopher M. Staine | on behalf of Debtor PostRock Holdco LLC christopher.staine@crowedunlevy.com, cmstaine@gmail.com;betty.clymer@crowedunlevy.com;ecf@crowedunlevy.com;churmayne.kimbrough@crowedunlevy.com |
| Craig M Regens | on behalf of Interested Party J. Philip McCormick cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Gabriel A. Hammond cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Tom A. Saunders cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party David C. Lawler cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Defendant William Damon cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Jack T. Collins cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Terry W. Carter cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party William Damon cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Defendant Duke Ligon cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Defendant David J. Klvac cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Stephen L. DeGiusti cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party John H. Rateau cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Douglas K Strickland cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Clark Edwards cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Defendant Stephen L. Deguisti cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Defendant Terry W. Carter cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Lance J. Galvin cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Defendant Alexander P. Lynch cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party Mark A. Stansberry cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Interested Party James E. Saxton  Jr. cregens@gablelaw.com, kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | on behalf of Defendant Casey Bigelow cregens@gablelaw.com  kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |

District/off: 1087-5 User: admin Page 5 of 8
Date Rcvd: Aug 19, 2022 Form ID: pdf003lm Total Noticed: 68

| | |
|---|---|
| | on behalf of Interested Party Alexander P. Lynch cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Nathan M. Avery cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Daniel Spears cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Richard A. Marlin cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Defendant Clark Edwards cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Duke Ligon cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Casey Bigelow cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Eddie M. LeBlanc III cregens@gablelaw.com, kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Gary M. Pittman cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Defendant Thomas Edelman cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party David K. Pinson cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party Thomas Edelman cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Interested Party David J. Klvac cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| Craig M Regens | |
| | on behalf of Defendant J. Phillip McCormick cregens@gablelaw.com kcyrs@gablelaw.com;cregens@gmail.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party Terry W. Carter gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party J. Philip McCormick gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party Thomas Edelman gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party Richard A. Marlin gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party William Damon gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Defendant Stephen L. Deguisti gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party Duke Ligon gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party David C. Lawler gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party Daniel Spears gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party Gary M. Pittman gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party David J. Klvac gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party John H. Rateau gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Interested Party Alexander P. Lynch gschwabe@gablelaw.com pedmonds@gablelaw.com |
| G. Blaine Schwabe, III | |
| | on behalf of Defendant Terry W. Carter gschwabe@gablelaw.com pedmonds@gablelaw.com |

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 6 of 8 |
| Date Rcvd: Aug 19, 2022 | Form ID: pdf003lm | Total Noticed: 68 |

G. Blaine Schwabe, III
    on behalf of Interested Party Mark A. Stansberry gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Lance J. Galvin gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Casey Bigelow gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party James E. Saxton Jr. gschwabe@gablelaw.com, pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant Duke Ligon gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Eddie M. LeBlanc III gschwabe@gablelaw.com, pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant Casey Bigelow gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Tom A. Saunders gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Gabriel A. Hammond gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Nathan M. Avery gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party David K. Pinson gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant Clark Edwards gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Douglas K Strickland gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant David J. Klvac gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Clark Edwards gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Jack T. Collins gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant William Damon gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant J. Phillip McCormick gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Interested Party Stephen L. DeGiusti gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant Alexander P. Lynch gschwabe@gablelaw.com pedmonds@gablelaw.com

G. Blaine Schwabe, III
    on behalf of Defendant Thomas Edelman gschwabe@gablelaw.com pedmonds@gablelaw.com

Gideon Andrew Lincecum
    on behalf of Interested Party Domestic Energy Partners LLC glincecum@holladaychilton.com, cburgess@holladaychilton.com

Gretchen Crawford
    on behalf of Creditor Oklahoma County Treasurer grecra@oklahomacounty.org tammik@oklahomacounty.org;gigicraw@hotmail.com

John Napier
    on behalf of Debtor PostRock Eastern Production LLC jpknapier@gmail.com

John Napier
    on behalf of Debtor PostRock Holdco LLC jpknapier@gmail.com

John Napier
    on behalf of Debtor STP Newco Inc. jpknapier@gmail.com

John Napier
    on behalf of Debtor PostRock MidContinent Production LLC jpknapier@gmail.com

John Napier

District/off: 1087-5 | User: admin | Page 7 of 8
Date Rcvd: Aug 19, 2022 | Form ID: pdf003lm | Total Noticed: 68

| | |
|---|---|
| | on behalf of Debtor PostRock Energy Services Corporation jpknapier@gmail.com |
| Jolene M. Wise | on behalf of Interested Party Jolene Wise United States Securities & Exchange Commission wisej@sec.gov |
| Larry Glenn Ball | on behalf of Creditor Committee Official Committee of Unsecured Creditors lball@hallestill.com tbeams@hallestill.com |
| Marjorie J. Creasey | on behalf of U.S. Trustee United States Trustee marjorie.creasey@usdoj.gov |
| Michael Paul Kirschner | on behalf of Interested Party Sandstone Energy Acquisitions Corp. mike@robertsonwilliams.com |
| Michael Paul Kirschner | on behalf of Creditor Oklahoma Tower Realty Investors LLC mike@robertsonwilliams.com |
| Patricia W Prewitt - PHV | on behalf of Creditor Kinder Morgan Treating LP pwp@pattiprewittlaw.com, pattiprewittlaw@gmail.com |
| Rakhee V Patel | on behalf of Creditor CITIBANK N.A. rpatel@winstead.com, lbayliss@winstead.com;achiarello@winstead.com |
| Scott P. Kirtley | on behalf of Creditor Verdigris Valley Electric Cooperative skirtley@riggsabney.com sunderwood@riggsabney.com |
| Socorro Adams Dooley | on behalf of Plaintiff Stephen J. Moriarty sdooley@fellerssnider.com ccampbell@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Trustee Stephen J. Moriarty smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Debtor STP Newco Inc. smoriarty@fellerssnider.com, amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Debtor PostRock Energy Corporation smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Plaintiff Stephen J. Moriarty as Chapter 11 Trustee of PostRock Energy Corporation et al smoriarty@fellerssnider.com, amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Debtor PostRock Eastern Production LLC smoriarty@fellerssnider.com, amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Debtor PostRock MidContinent Production LLC smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Plaintiff Stephen J. Moriarty smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Debtor PostRock Holdco LLC smoriarty@fellerssnider.com, amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Other Professional J.P. Dick smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Debtor PostRock Energy Services Corporation smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Accountant Baker Tilly Virchow Krause LLP smoriarty@fellerssnider.com, amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Financial Advisor Michael E. Deeba smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Consultant Michael Forman smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Accountant David Greenwell smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen J. Moriarty | on behalf of Consultant Mauricio Rodriguez smoriarty@fellerssnider.com amoham@fellerssnider.com |
| Stephen W. Elliott | on behalf of Creditor Cadence Bank swelliott@phillipsmurrah.com mdmills@phillipsmurrah.com |
| Steven W. Bugg | on behalf of Creditor CITIBANK N.A. steven.bugg@mcafeetaft.com, stewart.snider@mcafeetaft.com |

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 8 of 8 |
| Date Rcvd: Aug 19, 2022 | Form ID: pdf003lm | Total Noticed: 68 |

Timothy D Kline  on behalf of Creditor Twin Valley Electric Cooperative  Inc. tdkline@phillipsmurrah.com, slwilliams@phillipsmurrah.com

Timothy D Kline  on behalf of Creditor Heartland Rural Electric Cooperative  Inc. tdkline@phillipsmurrah.com, slwilliams@phillipsmurrah.com

Timothy D Kline  on behalf of Creditor Radiant Electric cooperative Inc. tdkline@phillipsmurrah.com  slwilliams@phillipsmurrah.com

United States Trustee  Ustpregion20.oc.ecf@usdoj.gov

Wojciech F Jung  on behalf of Creditor Committee Official Committee of Unsecured Creditors wjung@lowenstein.com

TOTAL: 123

**Dated: August 19, 2022**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-11230-SAH |
| PostRock Energy Corporation, *et al.*[1] | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |
| | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE
CONTROVERSY BETWEEN THE TRUSTEE AND UHY, LLC**
**(relates to Docket # 700)**

This matter comes on for consideration on Motion to Compromise Controversy (the "Motion")[2] [Doc. # 700] filed by Stephen J. Moriarty as Trustee ("Trustee") for PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc. (collectively the "Debtors") and, upon the representation of counsel for the Trustee, the Motion

---

[1] The Debtors in these chapter 7 cases include: PostRock Energy Corporation, PostRock Energy Services Corporation, PostRock Holdco, LLC, PostRock Eastern Production, LLC, PostRock MidContinent Production, LLC, and STP Newco, Inc.

[2] Capitalized terms not defined herein shall be given the meaning as set forth in the Motion.

was filed on July 28, 2022 and served on July 28, 2022. The last day to file objections to the Motion was August 18, 2022, which passed with no objection thereto being served and filed. Therefore, the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is **GRANTED** and Trustee is authorized to consummate the settlement with UHY, LLC contemplated by the Motion.

IT IS FURTHER ORDERD that within twenty (20) days of entry of this Order UHY, LLC shall remit the Settlement Payment to the Trustee in full satisfaction of the Trustee's claims against UHY, LLC.

*All findings of fact are based upon representations of counsel (Local Rule 9013-1 (L)(1)).*

###


APPROVED FOR ENTRY


 /s/ Stephen J. Moriarty
Stephen J. Moriarty, OBA #6410
FELLERS, SNIDER, BLANKENSHIP,
        BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-Mail: smoriarty@fellerssnider.com

ATTORNEYS FOR TRUSTEE


890916;62771